UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 1:15-cv-00659-JMS-MJD ) |
| VEROS PARTNERS, INC., MATTHEW D. HAAB, JEFFERY B. RISINGER, VEROS FARM LOAN HOLDING LLC, TOBIN J. SENEFELD, FARM GROWCAP LLC, and PINCAP LLC | ) ) ) ) ) ) ) |
| Defendants, | ) ) |
| PIN FINANCIAL LLC, | ) ) |
| Relief Defendant. | ) |

**AGREED MOTION TO MODIFY ASSET FREEZE ORDER
AND LIFT FREEZE OF JEFFERY AND AMY RISINGER'S
<u>JOINT CHECKING AND SAVINGS ACCOUNTS AT CHASE BANK</u>**

Defendant, Jeffery B. Risinger, ("Risinger") by counsel, respectfully moves this Court to modify the asset freeze portion of the Court's Temporary Restraining Order (Docket No. 12a) and lift the freeze of Jeffery and Amy Risinger's (a) Joint Checking Account, account number xxx8507, at Chase Bank, and (b) Joint Savings Account, account number xxx1050, at Chase Bank, and as grounds therefor states that:

1.  On April 23, 2015, this Court issued a Temporary Restraining Order ("TRO") which, <u>inter alia</u>, in section IIIA ordered the defendants, which includes Jeffery B. Risinger, "to hold and retain funds and assets of defendants and presently hold them . . . and shall prevent any

withdrawal, sale, payment . . . transfer, dissipation, assignment, pledge, alienation, encumbrance, disposal . . . of any such funds or other assets, which are hereby frozen . . . ." (Doc. 12 pp. 5-6).

2. Additionally, at Doc. 12 p. 5, in section IIIB of the TRO, the Court ordered that "All banks, brokerage or other financial institutions . . . shall hold and retain within their control and prohibit the withdrawal, removal, sale, payment . . . transfer, dissipation, assignment, pledge, alienation, encumbrance . . . or other disposal of any such funds or other assets; and that such funds and assets are hereby frozen."

3. Non-party, Amy Risinger, the wife of Jeffery Risinger, deposited and continues to deposit her paychecks for teaching into said accounts which she owns as a joint tenant with rights of survivorship, but, as a result of the freeze order, is unable to withdraw funds or issue checks to pay the mortgage and regular monthly expenses (e.g., utilities, insurance, car payments).

4. Robert M. Moye, Esq., counsel for the plaintiff, United States Securities and Exchange Commission ("SEC") and Ronald E. Elberger, counsel for Risinger and the non-party, Amy Risinger, have agreed to vacate and lift the freeze on the joint checking account, account number xxx8507, and on the joint savings account, account number xxx1050, of Jeffery and Amy Risinger, both of which joint accounts are at Chase Bank. (Doc. 12 at p. 5).

5. It is the intent of the aforementioned agreement that Jeffery and Amy Risinger may each individually or jointly withdraw funds from said accounts, deposit funds into said accounts, issue checks on the joint checking account and otherwise may transfer, dissipate, pledge, alienate, encumber or dispose of the funds, money and assets in said accounts.

6. It is the further intent of said parties that Chase Bank shall permit Jeffery and Amy Risinger to have the full and unconditional use of all funds in the aforementioned joint checking account and savings account.

7. SEC's attorney, who has read this motion, agrees to the foregoing matters.

WHEREFORE, Defendant Risinger, by counsel, respectfully moves this Court for an order vacating and lifting the freeze of Jeffery and Amy Risinger's (a) Joint Checking Account, account number xxx8507, at Chase Bank, and (b) Joint Savings Account, account number xxx1050, at Chase Bank, and granting such further relief as the Court may deem just and proper.

Respectfully submitted,

s/*Ronald E. Elberger*
Ronald E. Elberger, Attorney No. 6675-49
Jeffrey B. Bailey, Attorney No. 3491-49
BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
(317) 684-5000; (317) 684-5173 Fax

*Attorneys for Defendant, Jeffery B. Risinger*

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2015 a copy of the foregoing "Agreed Motion To Vacate and Lift Freeze of Jeffery and Amy Risinger's Joint Checking and Savings Accounts at Chase Bank" was filed electronically. Notice of this filing will be sent to the following counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    Robert M. Moye, MoyeR@sec.gov
    Nicholas J. Eichenseer, EichenseerN@sec.gov
    Doressia L. Hutton, HuttonD@sec.gov
    Kathryn A. Pyzska, PyzskaK@sec.gov
    J. Richard Kiefer, jrkiefer@bgdlegal.com
    James J. Bell, jbell@bgdlegal.com
    John F. McCauley, jmccauley@bgdlegal.com

                                          s/*Ronald E. Elberger*
                                          Ronald E. Elberger

2765009_1