

# ARNOLD GALLAGHER
### ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

**EXHIBIT A**

Tax ID REDAC
E-Mail: billing@arnoldgallagher.com

Farmgrowcap LLC
c/o William Wendling, Receiver
Campbell Kyle Proffitt, LLP
11595 North Meridian Street, Suite 701
Carmel, IN 46032

Bill Date: July 24, 2015
Billed Through: July 20, 2015
Invoice Number: 180940
Client Number: 19048    00001
Billing Timekeeper: BSC
Amount Paid:

— — — — — — — — Detach top portion and return with payment — — — — — — — —

Arnold Gallagher P.C.        Farmgrowcap LLC  - 19048 - 00001 - 180940

## Invoice Summary

| | | |
|---|---|---|
| Total fees incurred on this invoice | $1,764.00 | |
| Net current charges | | $1,764.00 |
| **BALANCE DUE** | | **$1,764.00** |

**\*\*Payments received after Bill Date may not be reflected in Balance Due\*\***

## Invoice Detail

**Boyer**

### PROFESSIONAL SERVICES

06|22|2015   Telephone conference with receiver Bill Wendling (0.2).

06|23|2015   Telephone conference with receiver Wendling (0.2); Review correspondence from Receiver Wendling (0.1).

06|26|2015   Correspondence to Receiver Wendling (0.2).

06|30|2015   Review and respond to correspondence from Receiver Wendling's assistant (0.1).

07|01|2015   Preparation for meeting with William Wendling (0.9); Meeting with William Wendling (0.6); Meeting with William Wendling, Joe Boyer and Loren Scott (1.8); Telephone conference with William Wendling regarding inspection of real and personal property (0.1); Review information received from Loren Scott (0.2).

07|02|2015   Reconcile information provided by Boyer and attorney Scott at meeting (0.5).

07|06|2015   Review correspondence from Loren Scott (0.1).

07|09|2015   Collection of materials for delivery to new attorneys (0.3); Meeting with new attorneys and telephone conference with Receiver (1.0).

**Total Professional Services:**        1,764.00

800 Willamette Street  •  Suite 800  •  Eugene, OR 97401  •  P: 541-484-0188  •  F: 541-484-0536
arnoldgallagher.com  •  Correspondence: P.O. Box 1758  •  Eugene, OR 97440-1758