*Blue & Co., LLC  - (with assistance from Aliign, LLC as set forth in engagement letter)*

By: agh

| Description | Amount Due | Invoice Time Period | Invoice No. | Due Date | SEC Task No. | SEC Receivership - Quarter Period | Note: | Total Accounting fees to date |
|---|---|---|---|---|---|---|---|---|
| Blue & Co. - VP Receivership General Consulting | $4,425.00 | 7/6/15 - 8/25/15 | 10457292 | 9/27/2015 | 13 | 2015 - 3rd quarter | To be submitted with Receiver's 2015 3rd quarter fee app | |
| Veros PP - Blue Crop LLC Heritage Interim Loans | $806.00 | 7/6/15 - 8/25/15 | 10457291 | 9/27/2015 | 13 | 2015 - 3rd quarter | | |
| Veros PP - Blue Crop Group LLC - Midwest Interim | $1,026.00 | 7/6/15 - 8/25/15 | 10457283 | 9/27/2015 | 13 | 2015 - 3rd quarter | | |
| Veros PP - Blue Crop Group LLC - Midwest & Heritage Refinance | $1,048.00 | 7/6/15 - 8/25/15 | 10457261 | 9/27/2015 | 13 | 2015 - 3rd quarter | | |
| Veros PP - Cherry Farms Restructuring Loan | $1,386.00 | 7/6/15 - 8/25/15 | 10457271 | 9/27/2015 | 13 | 2015 - 3rd quarter | | |
| Veros PP - Cherry Farms LLC Term Loan | $1,760.00 | 7/6/15 - 8/25/15 | 10457286 | 9/27/2015 | 13 | 2015 - 3rd quarter | | |
| Veros PP - Jeff & a\Amy Cherry Single Residential Mortgage Loan | $440.00 | 7/6/15 - 8/25/15 | 10457260 | 9/27/2015 | 13 | 2015 - 3rd quarter | | |
| Veros PP - FarmGrowCap LLC | $3,108.00 | 7/6/15 - 8/25/15 | 10457290 | 9/27/2015 | 13 | 2015 - 3rd quarter | | |
| Veros PP - HF Land GP Secure Loans | $352.00 | 7/6/15 - 8/25/15 | 10457282 | 9/27/2015 | 13 | 2015 - 3rd quarter | | |
| Veros PP - Jennings Design LLC 2015 Secured Loans | $330.00 | 7/6/15 - 8/25/15 | 10457268 | 9/27/2015 | 13 | 2015 - 3rd quarter | | |
| Veros PP - Rockdale Holding LLC | $198.00 | 7/6/15 - 8/25/15 | 10457293 | 9/27/2015 | 13 | 2015 - 3rd quarter | | |
| Veros PP - Tobin Senefeld & Jeffery Risinger Loan | $132.00 | 7/6/15 - 8/25/15 | 10457273 | 9/27/2015 | 13 | 2015 - 3rd quarter | | |
| Veros PP - Stadiumred Secured Loans | $616.00 | 7/6/15 - 8/25/15 | 10457267 | 9/27/2015 | 13 | 2015 - 3rd quarter | | |
| Veros PP - True Blue Berry Management Mid-Term | $960.00 | 7/6/15 - 8/25/15 | 10457275 | 9/27/2015 | 13 | 2015 - 3rd quarter | | |
| Veros PP - True Blue Berry Mgmt LLC 2015 Secured Loans | $630.00 | 7/6/15 - 8/25/15 | 10457281 | 9/27/2015 | 13 | 2015 - 3rd quarter | | |
| Veros PP - 702 North Holding, LLC | $198.00 | 7/6/15 - 8/25/15 | 10457258 | 9/27/2015 | 13 | 2015 - 3rd quarter | | |
| Veros PP - Veros Craft Brew LLC | $176.00 | 7/6/15 - 8/25/15 | 10457272 | 9/27/2015 | 13 | 2015 - 3rd quarter | | |
| Veros PP - Veros Craft Brew II LLC | $132.00 | 7/6/15 - 8/25/15 | 10457265 | 9/27/2015 | 13 | 2015 - 3rd quarter | | |
| Veros PP - Veros Craft Brew III LLC | $88.00 | 7/6/15 - 8/25/15 | 10457263 | 9/27/2015 | 13 | 2015 - 3rd quarter | | |
| Veros PP - Veros JF Wild Holdings LLC | $132.00 | 7/6/15 - 8/25/15 | 10457295 | 9/27/2015 | 13 | 2015 - 3rd quarter | | |
| Veros PP - Veros Switch Holding LLC | $88.00 | 7/6/15 - 8/25/15 | 10457266 | 9/27/2015 | 13 | 2015 - 3rd quarter | | |
| Veros PP - Yeager of Frisco LLC | $110.00 | 7/6/15 - 8/25/15 | 10457285 | 9/27/2015 | 13 | 2015 - 3rd quarter | | |
| Veros Partners Receivership General Consulting | $4,920.00 | 9/08/15 - 9/17/15 | 10459475 | 10/29/2015 | 13, 14 | 2015 - 3rd quarter | | |
| | | | | | | | *Blue & Co. sub-total:* | *$23,061.00* |
| Aliign - Receivership General Consulting | $2,427.00 | 07/07/15 - 08/05/15 | 13405477 | 10/4/2015 | 13 | 2015 - 3rd quarter | forensic accounting services | |
| Aliign - Receivership General Consulting | $1,240.00 | 8/6/15 - 9/30/15 | 13405602 | 11/1/2015 | 13 | 2015 - 3rd quarter | forensic accounting services | |
| Aliign - Veros PP - HF Land GP Secured Loans | $78.00 | 8/6/15 - 9/30/15 | 13405606 | 11/1/2015 | 13 | 2015 - 3rd quarter | forensic accounting services | |
| Aliign - Veros PP - Rockdale Holding, LLC | $698.00 | 8/6/15 - 9/30/15 | 13405604 | 11/1/2015 | 13 | 2015 - 3rd quarter | forensic accounting services | |
| | | | | | | | *Aliign sub-total:* | *$4,443.00* |
| **Total Due for Period** | **$27,504.00** | 7/1/15 - 9/30/15 | | | | 2015 - 3rd quarter | To be submitted with Receiver's 2015 3rd quarter fee app | **$27,504.00** |

| SEC Task/Legal Activity: | Hours: | Fees: |
|---|---|---|
| #14, Tax Issues: | 3 | $645.00 |
| #13, Forensic Accounting | 130.36 | $26,859.00 |
| Totals: | 133.36 | $27,504.00 |

# blue

Veros Partners Receivership General Consulting
c/o Mr. William Wendling - Campbell Kyle Proffitt LLP
11595 N. Meridian St, Ste 701
Carmel, IN 46032

| **Invoice** | | **10457292** |
|---|---|---|
| **Client No.** | 116486 | **Invoice Date** 8/28/2015 |
| | | **Due Date** 9/27/2015 |

Billing for services rendered July 6, 2015 through August 25, 2015 related to Veros Partners Receivership General Consulting requested by Mr. William E. Wendling, Jr. (Receiver) including:

Forensic Accounting Services – various tasks associated analyzing supporting documents for private placement including (FarmGrowCap and Veros Farm Loan Holding).

Additionally time relates to various conference calls and meetings with the Receiver (and Counsel) to discuss the matter.

| | |
|---|---|
| Jarit Loughmiller (11.95 hours)** | 2,632.00 |
| Larry Steinberg (7.35 hours)** | 1,793.00 |
| **Reflects a 20% discount for services rendered as set forth in the Blue & Co.,LLC engagement letter with Mr. Wiliam E. Wendling, Jr. (Receiver). | 4,425.00 |
| | |
| **Total Due** | **4,425.00** |

PLEASE SEE "NEW"
REMITTANCE ADDRESS:
BLUE & CO., LLC
2712 SOLUTION CENTER
CHICAGO, IL 60677-2007

## Remit To:
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

**Veros Partners Receivership General Consulting**

**Invoice: 10457292**

| Employee Name | Entry Date | Task | Hours | Invoiced |
|---|---|---|---|---|
| Jarit Loughmiller | 7/7/2015 | Litigation consulting - Meeting with Counsel (Receiver) to discuss matter and Blue's assignment on engagement. | 2.50 | 557.25 |
| Larry Steinberg | 7/6/2015 | Attendance at organizational meeting at CKP to get additional information, procedural direction, etc.; includes brief review of information in office prior to meeting. (Note: This time is Tuesday; accidentally posted Monday time as Tuesday time.) | 2.75 | 679.85 |
| Larry Steinberg | 7/16/2015 | Meeting with JT to review info we have in file, organization of files, how to proceed, etc.; also discussion with Gwen on status of QuickBook files. | 1.00 | 247.22 |
| Jarit Loughmiller | 7/16/2015 | Forensics consulting - overview of PP funds and documents internal meeting. | 2.00 | 445.80 |
| Jarit Loughmiller | 7/17/2015 | Forensics consulting - Discuss memo of PP for Cherry Farms with LJS, call with Counsel to discuss engagement. | 0.80 | 178.33 |
| Larry Steinberg | 7/17/2015 | Review of summaries of two PPMs for format and content; review of selected docs in connection with same; discussion with J.T. on same; t/c with Receiver to discuss. | 1.40 | 346.10 |
| Larry Steinberg | 7/21/2015 | Review of documents prior to meeting this afternoon with Receiver; discussion of same with J.T.; attend meeting to discuss progress to date, information required by Receiver, and related matters; print and review MN Financial X-17A-5 from sec.gov | 2.20 | 543.88 |
| Jarit Loughmiller | 7/21/2015 | Forensics consulting-Meeting w/ Receiver to discuss assignment and Cherry Farms / Private Placements / FarmGrowCap. | 1.90 | 423.51 |
| Jarit Loughmiller | 7/22/2015 | Forensics consulting - meeting with Receiver to discuss status of BCG and TBBM placement offerings. | 2.00 | 445.81 |
| Jarit Loughmiller | 8/19/2015 | Litigation consulting conference call w/ Receiver. | 0.75 | 151.97 |
| Jarit Loughmiller | 8/21/2015 | Forensics consulting analysis of bank statements provided. | 2.00 | 405.28 |
| | | | 19.30 | 4,425.00 |

4,425.00



CPAS ADVISORS

Veros PP - Blue Crop LLC Heritage Interim Loans
c/o Mr. William Wendling - Campbell Kyle Proffitt LLP
11595 N. Meridian St, Ste. 701
Carmel, IN 46032

| Invoice | 10457291 |
|---|---|

| Client No. | 116516 | Invoice Date | 8/28/2015 |
|---|---|---|---|
| | | Due Date | 9/27/2015 |

Billing for services rendered for the period July 6, 2015 through August 25, 2015:

Forensic Accounting Services – analyzed supporting documents for private placement as provided by the Receiver to gain an understanding of the investors (and corresponding investment amounts) associated with Blue Crop LLC Heritage Interim Loans.

Additionally includes time for meeting on August 5, 2015 with Receiver, Tobin J. Senefeld, and Jeffrey B. Risinger to discuss matters specific to related private placements including Blue Crop Group, LLC and True Blue Berry Management.

Jarit Loughmiller (3.70 hours)**

**Reflects a 20% discount for services rendered as set forth in the Blue & Co.,LLC engagement letter with Mr. Wiliam E. Wendling, Jr. (Receiver).                                                                806.00

| Total Due | 806.00 |
|---|---|

PLEASE SEE "NEW"
REMITTANCE ADDRESS:
BLUE & CO., LLC
2712 SOLUTION CENTER
CHICAGO, IL 60677-2007

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).

**Veros PP - Blue Crop Group LLC - Heritage Interim Loans**

**Invoice: 10457291**

| Employee Name | Entry Date | Task | Hours | Invoiced |
|---|---|---|---|---|
| Jarit Loughmiller | 7/21/2015 | Forensics consulting - review documents and records on Blue Crop Group LLC Heritage Interim Loan PP in preparation for meeting with Counsel/Receiver on 7/22 | 2.10 | 462.00 |
| Jarit Loughmiller | 7/30/2015 | Forensics consulting - review of documents in preparation for meeting with Receiver to discuss Blue Crop Group Heritage Interim Loan PP. | 1.20 | 264.00 |
| Jarit Loughmiller | 8/5/2015 | Forensics consulting - Meeting with Receiver to discuss True Blue Berry Management and Blue Crop Group PP, time allocated equally amongst each of the 5 placements. | 0.40 | 80.00 |
| | | | 3.70 | 806.00 |

# blue

Veros PP - Blue Crop Group LLC - Midwest Interim
c/o Mr. William Wendling - Campbell Kyle Proffitt LLP
11595 N. Meridian St, Ste. 701
Carmel, IN 46032

| | **Invoice** | **10457283** |
|---|---|---|
| **Client No.** 116511 | **Invoice Date**<br>**Due Date** | 8/28/2015<br>9/27/2015 |

Billing for services rendered for the period July 6, 2015 through August 25, 2015:

Forensic Accounting Services – analyzed supporting documents for private placement as provided by the Receiver to gain an understanding of the investors (and corresponding investment amounts) associated with Blue Crop Group LLC - Midwest Interim.

Additionally includes time for meeting on August 5, 2015 with Receiver, Tobin J. Senefeld, and Jeffrey B. Risinger to discuss matters specific to related private placements including Blue Crop Group, LLC and True Blue Berry Management.

Jarit Loughmiller (4.70 hours)**

**Reflects a 20% discount for services rendered as set forth in the Blue & Co.,LLC engagement letter with Mr. Wiliam E. Wendling, Jr. (Receiver).

1,026.00

| **Total Due** | **1,026.00** |
|---|---|

PLEASE SEE "NEW"
REMITTANCE ADDRESS:
BLUE & CO., LLC
2712 SOLUTION CENTER
CHICAGO, IL 60677-2007

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).

**Veros PP - Blue Crop Group LLC - Midwest Interim**
**Invoice: 10457283**

| Employee Name | Entry Date | Task | Hours | Invoiced |
|---|---|---|---|---|
| Jarit Loughmiller | 7/21/2015 | Forensics consulting - review documents and records on Blue Crop Group LLC Midwest Interim | 2.00 | 440.00 |
| Jarit Loughmiller | 7/27/2015 | Secured Loan PP in preparation for meeting with Counsel/Receiver on 7/22 | 1.10 | 242.00 |
| Jarit Loughmiller | 7/30/2015 | Forensics consulting - Review of Veros documents and summary analysis related to Blue Crop Group Midwest Interim Loan PP. | 1.20 | 264.00 |
| Jarit Loughmiller | 8/5/2015 | Forensics consulting - review of documents in preparation for meeting with Receiver to discuss Blue Crop Group Midwest Interim Loan PP. | 0.40 | 80.00 |
| | | Forensics consulting - Meeting with Receiver to discuss True Blue Berry Management and Blue Crop Group PP, time allocated equally amongst each of the 5 placements. | | |

4.70    1,026.00



Veros PP - Blue Crop Group LLC - Midwest & Heritage Refinance
c/o Mr. William Wendling - Campbell Kyle Proffitt LLP
11595 N. Meridian St, Ste. 701
Carmel, IN 46032

| | | **Invoice** | **10457261** |
|---|---|---|---|
| **Client No.** | 116520 | **Invoice Date** | 8/28/2015 |
| | | **Due Date** | 9/27/2015 |

Billing for services rendered for the period July 6, 2015 through
August 25, 2015:

Forensic Accounting Services – analyzed supporting documents for
private placement as provided by the Receiver to gain an
understanding of the investors (and corresponding investment
amounts) associated with Blue Crop Group LLC - Midwest &
Heritage Refi.

Additionally includes time for meeting on August 5, 2015 with
Receiver, Tobin J. Senefeld, and Jeffrey B. Risinger to discuss
matters specific to related private placements including Blue Crop
Group, LLC and True Blue Berry Management.

Jarit Loughmiller (4.80 hours)**

**Reflects a 20% discount for services rendered as set forth in the
Blue & Co.,LLC engagement letter with Mr. Wiliam E. Wendling, Jr.
(Receiver).                                                                    1,048.00

| | **Total Due** | **1,048.00** |
|---|---|---|

PLEASE SEE "NEW"
REMITTANCE ADDRESS:
BLUE & CO., LLC
2712 SOLUTION CENTER
CHICAGO, IL 60677-2007

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

**Veros PP - Blue Crop Group LLC - Midwest & Heritage Refinance**

**Invoice: 10457261**

| Employee Name | Entry Date | Task | Hours | Invoiced |
|---|---|---|---|---|
| Jarit Loughmiller | 7/21/2015 | Forensics consulting - review documents and records on Blue Crop Group LLC Midwest & Heritage Refinance Loan PP in preparation for meeting with Counsel/Receiver on 7/22. | 2.10 | 462.00 |
| Jarit Loughmiller | 7/27/2015 | Forensics consulting - Review of Veros documents and summary analysis related to Blue Crop Group Midwest & Heritage Refinance Loan PP. | 1.10 | 242.00 |
| Jarit Loughmiller | 7/30/2015 | Forensics consulting - review of documents in preparation for meeting with Receiver to discuss Blue Crop Group Midwest & Heritage Refi Loan PP. | 1.20 | 264.00 |
| Jarit Loughmiller | 8/5/2015 | Forensics consulting - Meeting with Receiver to discuss True Blue Berry Management and Blue Crop Group PP; time allocated equally amongst each of the 5 placements. | 0.40 | 80.00 |
| | | | 4.80 | 1,048.00 |



CPAs · ADVISORS

Veros PP - Cherry Farms Restructuring Loan
c/o Mr. William Wendling - Campbell Kyle Proffitt LLP
11595 N. Meridian St, Ste. 701
Carmel, IN 46032

| **Invoice** | | **10457271** |
|---|---|---|
| **Client No.** 116497 | **Invoice Date** | 8/28/2015 |
| | **Due Date** | 9/27/2015 |

Billing for services rendered for the period July 6, 2015 through August 25, 2015:

Forensic Accounting Services – analyzed supporting documents for private placement as provided by the Receiver to gain an understanding of the investors (and corresponding investment amounts) associated with Cherry Farms Restructuring Loan.

Jarit Loughmiller (6.30 hours)**

**Reflects a 20% discount for services rendered as set forth in the Blue & Co.,LLC engagement letter with Mr. Wiliam E. Wendling, Jr. (Receiver).                                                    1,386.00

| | **Total Due** | **1,386.00** |

PLEASE SEE "NEW"
REMITTANCE ADDRESS:
BLUE & CO., LLC
2712 SOLUTION CENTER
CHICAGO, IL 60677-2007

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

**Veros PP - Cherry Farms LLC Restructuring Loan**
**Invoice: 10457271**

| Employee Name | Entry Date | Task | Hours | Invoiced |
|---|---|---|---|---|
| Jarit Loughmiller | 7/14/2015 | Forensics consulting - review of documents related to Cherry Farms Restructuring Loans PP account. | 2.50 | 550.00 |
| Jarit Loughmiller | 7/17/2015 | Business valuation - summarize PP of Restructuring Loan. | 3.80 | 836.00 |
| | | | 6.30 | 1,386.00 |



CPAs · ADVISORS

blue

Veros PP - Cherry Farms LLC Term Loan
c/o Mr. William Wendling - Campbell Kyle Proffitt LLP
11595 N. Meridian St, Ste. 701
Carmel, IN 46032

| | | **Invoice** | **10457286** |
|---|---|---|---|
| **Client No.** | 116491 | **Invoice Date** | 8/28/2015 |
| | | **Due Date** | 9/27/2015 |

Billing for services rendered for the period July 6, 2015 through August 25, 2015:

Forensic Accounting Services – analyzed supporting documents for private placement as provided by the Receiver to gain an understanding of the investors (and corresponding investment amounts) associated with Cherry Farms LLC Term Loan.

Jarit Loughmiller (8.0 hours)**

**Reflects a 20% discount for services rendered as set forth in the Blue & Co.,LLC engagement letter with Mr. Wiliam E. Wendling, Jr. (Receiver).                                                                          1,760.00

---

**Total Due**                                                                          **1,760.00**

PLEASE SEE "NEW"
REMITTANCE ADDRESS:
BLUE & CO., LLC
2712 SOLUTION CENTER
CHICAGO, IL 60677-2097

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

**Veros PP - Cherry Farms LLC Term Loan**
**Invoice: 10457286**

| Employee Name | Entry Date | Task | Hours | Invoiced |
|---|---|---|---|---|
| Jarit Loughmiller | 7/8/2015 | Forensics consulting - review documents provided by Receiver related to Cherry Farms Term Loan. | 4.00 | 880.00 |
| Jarit Loughmiller | 7/16/2015 | Forensics consulting - Term Loan Memo analysis and summary. | 4.00 | 880.00 |
| | | | 8.00 | 1,760.00 |



CPAs ADVISORS

Veros PP - Jeff & Amy Cherry Single Residential Mortgage Loan
c/o Mr. William Wendling - Campbell Kyle Proffitt LLP
11595 N Meridian St, Ste 701
Carmel, IN 46032

| **Invoice** | **10457260** |
|---|---|

| **Client No.** | 116492 | **Invoice Date** | 8/28/2015 |
|---|---|---|---|
| | | **Due Date** | 9/27/2015 |

Billing for services rendered for the period July 6, 2015 through August 25, 2015:

Forensic Accounting Services – analyzed supporting documents for private placement as provided by the Receiver to gain an understanding of the investors (and corresponding investment amounts) associated with Jeff & Amy Cherry Single Res.I Mort. Loan.

Jarit Loughmiller (2.0 hours)**

| | |
|---|---|
| **Reflects a 20% discount for services rendered as set forth in the Blue & Co.,LLC engagement letter with Mr. Wiliam E. Wendling, Jr. (Receiver). | 440.00 |

| **Total Due** | **440.00** |
|---|---|

PLEASE SEE "NEW"
REMITTANCE ADDRESS:
BLUE & CO., LLC
2712 SOLUTION CENTER
CHICAGO, IL 60677-2007

## Remit To:
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

**Veros PP - Jeff & Amy Cherry Single Residential Mortgage Loan**
**Invoice: 10457260**

| Employee Name | Entry Date | Task | Hours | Invoiced |
|---|---|---|---|---|
| Jaritt Loughmiller | 7/14/2015 | Forensics consulting - review of documents related to Jeff and Amy Residential Mortgage PP account. | 2.00 | 440.00 |
| | | | 2.00 | 440.00 |

 blue

Veros PP – FarmCapGrow LLC
c/o Mr. William Wendling - Campbell Kyle Proffitt LLP
11595 N. Meridian St, Ste. 701
Carmel, IN 46032

| | **Invoice** | **10457290** |
|---|---|---|

| **Client No.** | 116551 | **Invoice Date** | 8/28/2015 |
|---|---|---|---|
| | | **Due Date** | 9/27/2015 |

Billing for services rendered for the period July 6, 2015 through August 25, 2015:

Forensic Accounting Services – analyzed supporting documents for private placement as provided by the Receiver to gain an understanding of the investors (and corresponding investment amounts) associated with FarmCapGrow LLC (and Veros Farm Loan Holding).

Additionally includes time for various meetings and conference calls to discuss analysis involving FarmGrowCap and (Veros Farm Loan Holding) with Receiver.

Jarit Loughmiller (14.40 hours)**

**Reflects a 20% discount for services rendered as set forth in the Blue & Co.,LLC engagement letter with Mr. Wiliam E. Wendling, Jr. (Receiver). | 3,108.00

| | **Total Due** | **3,108.00** |
|---|---|---|

PLEASE SEE "NEW"
REMITTANCE ADDRESS:
BLUE & CO., LLC
2712 SOLUTION CENTER
CHICAGO, IL 60677-2007

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

**Veros PP – FarmCapGrow LLC**
**Invoice: 10457290**

| Employee Name | Entry Date | Task | Hours | Invoiced |
|---|---|---|---|---|
| Jarit Loughmiller | 7/17/2015 | Forensics consulting - review and analysis of documents related to FarmCapGrow provided by receiver. | 2.10 | 462.00 |
| Jarit Loughmiller | 7/20/2015 | Forensics consulting - review of document in connection with FarmGrowCap PP fund for 2014. | 6.20 | 1,364.00 |
| Jarit Loughmiller | 7/28/2015 | Forensics consulting - Review of Veros documents and summary analysis related to FarmGrowCap PP. | 1.90 | 418.00 |
| Jarit Loughmiller | 7/29/2015 | Forensics consulting - Review of FarmCapGrow (and Veros Farm Holdings) loan documents. | 1.20 | 264.00 |
| Jarit Loughmiller | 8/25/2015 | Forensics consulting - analyze bank statements for FarmCapGrow. | 3.00 | 600.00 |
| | | | 14.40 | 3,108.00 |

CPAs ADVISORS

 blue

Veros PP - HF Land GP Secure Loans
c/o Mr. William Wendling - Campbell Kyle Proffitt LLP
11595 N. Meridian St, Ste. 701
Carmel, IN 46032

| | | **Invoice** | **10457282** |
|---|---|---|---|

| **Client No.** | 116498 | **Invoice Date** | 8/28/2015 |
|---|---|---|---|
| | | **Due Date** | 9/27/2015 |

Billing for services rendered for the period July 6, 2015 through August 25, 2015:

Forensic Accounting Services – analyzed supporting documents for private placement as provided by the Receiver to gain an understanding of the investors (and corresponding investment amounts) associated with HF Land GP Secure Loans.

Jarit Loughmiller (1.6 hours)**

**Reflects a 20% discount for services rendered as set forth in the Blue & Co.,LLC engagement letter with Mr. Wiliam E. Wendling, Jr. (Receiver).                                                                                        352.00

| | **Total Due** | 352.00 |
|---|---|---|

PLEASE SEE "NEW"
REMITTANCE ADDRESS:
BLUE & CO., LLC
2712 SOLUTION CENTER
CHICAGO, IL 60677-2007

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

**Veros PP - HF Land GP Secure Loans**
**Invoice: 10457282**

| Employee Name | Entry Date | Task | Hours | Invoiced |
|---|---|---|---|---|
| Jarit Loughmiller | 7/24/2015 | Forensics consulting - Preliminary review of documents in support of HF Land GP Secure Loan to assess any irregularities related to proceeds for Receiver. | 1.60 | 352.00 |
| | | | 1.60 | 352.00 |



CPAs ADVISORS

Veros PP - Jennings Design LLC 2015 Secured Loans
c/o Mr. William Wendling - Campbell Kyle Proffitt LLP
11595 N. Meridian St, Ste. 701
Carmel, IN 46032

| | **Invoice** | **10457268** |
|---|---|---|
| **Client No.** 116515 | **Invoice Date**<br>**Due Date** | 8/28/2015<br>9/27/2015 |

Billing for services rendered for the period July 6, 2015 through
August 25, 2015:

Forensic Accounting Services – analyzed supporting documents for
private placement as provided by the Receiver to gain an
understanding of the investors (and corresponding investment
amounts) associated with Jennings Design, LLC 2015 Secured.

Jarit Loughmiller (1.5 hours)**

**Reflects a 20% discount for services rendered as set forth in the
Blue & Co.,LLC engagement letter with Mr. Wiliam E. Wendling, Jr.
(Receiver).

330.00

**Total Due** 330.00

PLEASE SEE "NEW"
REMITTANCE ADDRESS:
BLUE & CO., LLC
2712 SOLUTION CENTER
CHICAGO, IL 60677-2007

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

Veros PP - Jennings Design LLC 2015 Secured Loans
Invoice: 10457268

| Employee Name | Entry Date | Task | Hours | Invoiced |
|---|---|---|---|---|
| Jant Loughmiller | 7/23/2015 | Forensics consulting | 0.60 | 132.00 |
| Jant Loughmiller | 7/28/2015 | Forensics consulting - Review of Veros documents and summary analysis related to Jennings Design 2014 Secured Loan PP. | 0.90 | 198.00 |
| | | | 1.50 | 330.00 |

 blue

Veros PP - Rockdale Holding, LLC
c/o Mr. William Wendling - Campbell Kyle Proffitt LLP
11595 N. Meridian St, Ste. 701
Carmel, IN 46032

| **Invoice** | **10457293** |
|---|---|

| **Client No.** | 116496 | **Invoice Date** | 8/28/2015 |
|---|---|---|---|
| | | **Due Date** | 9/27/2015 |

Billing for services rendered for the period July 6, 2015 through August 25, 2015:

Forensic Accounting Services – analyzed supporting documents for private placement as provided by the Receiver to gain an understanding of the investors (and corresponding investment amounts) associated with Rockdale Holding, LLC.

Jarit Loughmiller (0.9 hours)**

**Reflects a 20% discount for services rendered as set forth in the Blue & Co.,LLC engagement letter with Mr. Wiliam E. Wendling, Jr. (Receiver).                                                          198.00

| **Total Due** | **198.00** |
|---|---|

PLEASE SEE "NEW"
REMITTANCE ADDRESS:
BLUE & CO., LLC
2712 SOLUTION CENTER
CHICAGO, IL 60677-2007

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

Veros PP - Rockdale Holding, LLC
Invoice: 10457293

| Employee Name | Entry Date | Task | Hours | Invoiced |
|---|---|---|---|---|
| Jarit Loughmiller | 7/24/2015 | Forensics consulting - Preliminary review of documents in support of Rockdale Holding LLC Loan to assess any irregularities related to proceeds for Receiver. | 0.90 | 198.00 |
| | | | 0.90 | 198.00 |



CPAS ADVISORS

Veros PP - Tobin Senefeld & Jeffery Risinger Loan
c/o Mr. William Wendling - Campbell Kyle Proffitt LLP
11595 N. Meridian St, Ste. 701
Carmel, IN 46032

| **Invoice** | | **10457273** |
|---|---|---|

| **Client No.** | 116494 | **Invoice Date** | 8/28/2015 |
|---|---|---|---|
| | | **Due Date** | 9/27/2015 |

Billing for services rendered for the period July 6, 2015 through August 25, 2015:

Forensic Accounting Services – analyzed supporting documents for private placement as provided by the Receiver to gain an understanding of the investors (and corresponding investment amounts) associated with Tobin Senefeld & Jeffery Risinger Loan.

Jarit Loughmiller (0.6 hours)**                                                          132.00

**Reflects a 20% discount for services rendered as set forth in the Blue & Co.,LLC engagement letter with Mr. Wiliam E. Wendling, Jr. (Receiver).

| **Total Due** | **132.00** |
|---|---|

PLEASE SEE "NEW"
REMITTANCE ADDRESS:
BLUE & CO., LLC
2712 SOLUTION CENTER
CHICAGO, IL 60677-2007

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

Veros PP - Tobin Senefeld & Jeffery Risinger Loan
Invoice: 10457273

| Employee Name | Entry Date | Task | Hours | Invoiced |
|---|---|---|---|---|
| Jarit Loughmiller | 7/23/2015 | Forensics consulting - Preliminary review of documents in support of Tobin Senefeld & Jeff Risinger Loan to assess any irregularities related to proceeds for Receiver. | 0.60 | 132.00 |
| | | | 0.60 | 132.00 |



CPAs ADVISORS

Veros PP - Stadiumred Secured Loans
c/o Mr. William Wendling - Campbell Kyle Proffitt LLP
11595 N. Meridian St, Ste. 701
Carmel, IN 46032

| | | **Invoice** | **10457267** |
|---|---|---|---|
| | | **Invoice Date** | 8/28/2015 |
| **Client No.** | 116508 | **Due Date** | 9/27/2015 |

Billing for services rendered for the period July 6, 2015 through
August 25, 2015:

Forensic Accounting Services – analyzed supporting documents for
private placement as provided by the Receiver to gain an
understanding of the investors (and corresponding investment
amounts) associated with Stadiumred Secured Loans.

Jarit Loughmiller (2.8 hours)**                                      616.00

**Reflects a 20% discount for services rendered as set forth in the
Blue & Co.,LLC engagement letter with Mr. Wiliam E. Wendling, Jr.
(Receiver).

**Total Due**                                                       **616.00**

PLEASE SEE "NEW"
REMITTANCE ADDRESS:
BLUE & CO., LLC
2712 SOLUTION CENTER
CHICAGO, IL 60677-2007

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

**Veros PP - Stadiumred Secured Loans**

**Invoice: 10457267**

| Employee Name | Entry Date | Task | Hours | Invoiced |
|---|---|---|---|---|
| Jarit Loughmiller | 7/23/2015 | Forensics consulting - Preliminary review of documents in support of Stadium Red Secured Loans to assess any irregularities related to proceeds for Receiver. | 1.80 | 396.00 |
| Jarit Loughmiller | 7/27/2015 | Forensics consulting - Review of Veros documents and summary analysis related to StadiaumRed Secured Loan PP. | 1.00 | 220.00 |
| | | | 2.80 | 616.00 |



CPAs · ADVISORS

Veros PP - True Blue Berry Management Mid-Term
c/o Mr. William Wendling - Campbell Kyle Proffitt LLP
11595 N. Meridian St, Ste. 701
Carmel, IN 46032

| | | **Invoice** | **10457275** |
|---|---|---|---|
| **Client No.** | 116510 | **Invoice Date** | 8/28/2015 |
| | | **Due Date** | 9/27/2015 |

Billing for services rendered for the period July 6, 2015 through
August 25, 2015:

Forensic Accounting Services – analyzed supporting documents for
private placement as provided by the Receiver to gain an
understanding of the investors (and corresponding investment
amounts) associated with True Blue Berry Management Mid-Term.

Additionally includes time for meeting on August 5, 2015 with
Receiver, Tobin J. Senefeld, and Jeffrey B. Risinger to discuss
matters specific to related private placements including Blue Crop
Group, LLC and True Blue Berry Management.

Jarit Loughmiller (4.40 hours)**

**Reflects a 20% discount for services rendered as set forth in the          960.00
Blue & Co.,LLC engagement letter with Mr. Wiliam E. Wendling, Jr.
(Receiver).

| | |
|---|---|
| **Total Due** | **960.00** |

PLEASE SEE "NEW"
REMITTANCE ADDRESS:
BLUE & CO., LLC
2712 SOLUTION CENTER
CHICAGO, IL 60677-2007

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

**Veros PP - True Blue Berry Management Mid-Term**
**Invoice: 10457275**

| Employee Name | Entry Date | Task | Hours | Invoiced |
|---|---|---|---|---|
| Jarit Loughmiller | 7/22/2015 | Forensics consulting - review of documents provided in support of True Blue Berry Mgmt 2015 Sec Loans in prep for meeting with Receiver. | 1.50 | 330.00 |
| Jarit Loughmiller | 7/27/2015 | Forensics consulting - Review of Veros documents and summary analysis related to True Blue Berry Management LLC Mid-Term Loan PP. | 2.50 | 550.00 |
| Jarit Loughmiller | 8/5/2015 | Forensics consulting - Meeting with Receiver to discuss True Blue Berry Management and Blue Crop Group PP; time allocated equally amongst each of the 5 placements. | 0.40 | 80.00 |
| | | | 4.40 | 960.00 |



CPAs · ADVISORS

Veros PP - True Blue Berry Mgmt LLC 2015 Secured Loans
c/o Mr. William Wendling - Campbell Kyle Proffitt LLP
11595 N. Merdian St, Ste. 701
Carmel, IN 46032

| | | **Invoice** | **10457281** |
|---|---|---|---|
| **Client No.** | 116521 | **Invoice Date** | 8/28/2015 |
| | | **Due Date** | 9/27/2015 |

Billing for services rendered for the period July 6, 2015 through August 25, 2015:

Forensic Accounting Services – analyzed supporting documents for private placement as provided by the Receiver to gain an understanding of the investors (and corresponding investment amounts) associated with True Blue Berry Mgmt LLC 2015 Secured Loans.

Additionally includes time for meeting on August 5, 2015 with Receiver, Tobin J. Senefeld, and Jeffrey B. Risinger to discuss matters specific to related private placements including Blue Crop Group, LLC and True Blue Berry Management.

Jarit Loughmiller (2.90 hours)**

**Reflects a 20% discount for services rendered as set forth in the Blue & Co.,LLC engagement letter with Mr. Wiliam E. Wendling, Jr. (Receiver).                                                                         630.00

| | |
|---|---|
| **Total Due** | **630.00** |

PLEASE SEE "NEW"
REMITTANCE ADDRESS:
BLUE & CO., LLC
2712 SOLUTION CENTER
CHICAGO, IL 60677-2007

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

**Veros PP - True Blue Berry Mgmt LLC 2015 Secured Loans**
**Invoice: 10457281**

| Employee Name | Entry Date | Task | Hours | Invoiced |
|---|---|---|---|---|
| Jarit Loughmiller | 7/27/2015 | Forensics consulting - Review of Veros documents and summary analysis related to True Blue Berry Man | 2.50 | 550.00 |
| Jarit Loughmiller | 8/5/2015 | Forensics consulting - Meeting with Receiver to discuss True Blue Berry Management and Blue Crop Gro | 0.40 | 80.00 |
| | | | 2.90 | 630.00 |



CPAs ADVISORS

Veros PP - Veros 702 North Holding, LLC
c/o Mr. William Wendling - Campbell Kyle Proffitt LLP
11595 N. Meridian St, Ste. 701
Carmel, IN 46032

| **Invoice** | | **10457258** |
|---|---|---|
| **Client No.** 116500 | **Invoice Date** **Due Date** | 8/28/2015 9/27/2015 |

Billing for services rendered for the period July 6, 2015 through August 25, 2015:

Forensic Accounting Services – analyzed supporting documents for private placement as provided by the Receiver to gain an understanding of the investors (and corresponding investment amounts) associated with Veros 702 North Holding LLC.

Jarit Loughmiller (0.9 hours)**                                    198.00

**Reflects a 20% discount for services rendered as set forth in the Blue & Co.,LLC engagement letter with Mr. Wiliam E. Wendling, Jr. (Receiver).

| **Total Due** | **198.00** |
|---|---|

PLEASE SEE "NEW"
REMITTANCE ADDRESS:
BLUE & CO., LLC
2712 SOLUTION CENTER
CHICAGO, IL 60677-2007

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

Veros PP - Veros 702 North Holding, LLC
Invoice: 10457258

| Employee Name | Entry Date | Task | Hours | Invoiced |
|---|---|---|---|---|
| Jarit Loughmiller | 7/24/2015 | Forensics consulting - Preliminary review of documents in support of Veros 702 N Holding Loan to assess any irregularities related to proceeds for Receiver. | 0.90 | 198.00 |
| | | | 0.90 | 198.00 |



CPAs · ADVISORS

Veros PP - Veros Craft Brew, LLC
c/o Mr. William Wendling - Campbell Kyle Proffitt LLP
11595 N. Meridian St, Ste. 701
Carmel, IN 46032

| | **Invoice** | | **10457272** |
|---|---|---|---|
| **Client No.** 116493 | **Invoice Date** | | 8/28/2015 |
| | **Due Date** | | 9/27/2015 |

Billing for services rendered for the period July 6, 2015 through August 25, 2015:

Forensic Accounting Services – analyzed supporting documents for private placement as provided by the Receiver to gain an understanding of the investors (and corresponding investment amounts) associated with Veros Craft Brew, LLC.

Jarit Loughmiller (0.8 hours)**

**Reflects a 20% discount for services rendered as set forth in the Blue & Co.,LLC engagement letter with Mr. Wiliam E. Wendling, Jr. (Receiver).

176.00

| **Total Due** | **176.00** |
|---|---|

PLEASE SEE "NEW"
REMITTANCE ADDRESS:
BLUE & CO., LLC
2712 SOLUTION CENTER
CHICAGO, IL 60677-2007

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

**Veros PP - Veros Craft Brew, LLC**
**Invoice: 10457272**

| Employee Name | Entry Date | Task | Hours | Invoiced |
|---|---|---|---|---|
| Jarit Loughmiller | 7/24/2015 | Forensics consulting - Preliminary review of documents in support of Veros Veros Craft Brew LLC Loan to assess any irregularities related to proceeds for Receiver. | 0.80 | 176.00 |
| | | | 0.80 | 176.00 |



Veros PP - Veros Craft Brew II, LLC
c/o Mr. William Wendling - Campbell Kyle Proffitt LLP
11595 N. Meridian St, Ste. 701
Carmel, IN 46032

## Invoice 10457265

| Client No. | 116505 | Invoice Date | 8/28/2015 |
| | | Due Date | 9/27/2015 |

Billing for services rendered for the period July 6, 2015 through August 25, 2015:

Forensic Accounting Services – analyzed supporting documents for private placement as provided by the Receiver to gain an understanding of the investors (and corresponding investment amounts) associated with Veros Craft Brew II, LLC.

Jarit Loughmiller (0.6 hours)**

**Reflects a 20% discount for services rendered as set forth in the Blue & Co.,LLC engagement letter with Mr. Wiliam E. Wendling, Jr. (Receiver).                                                           132.00

**Total Due**                                                                                                          **132.00**

PLEASE SEE "NEW"
REMITTANCE ADDRESS:
BLUE & CO., LLC
2712 SOLUTION CENTER
CHICAGO, IL 60677-2007

### Remit To:
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

**Veros PP - Veros Craft Brew II, LLC**
**Invoice: 1045726S**

| Employee Name | Entry Date | Task | Hours | Invoiced |
|---|---|---|---|---|
| Jarit Loughmiller | 7/24/2015 | Forensics consulting - Preliminary review of documents in support of Veros Veros Craft Brew II LLC Loan | 0.60 | 132.00 |
| | | | 0.60 | 132.00 |



CPAs / ADVISORS

Veros PP - Veros Craft Brew III, LLC
c/o Mr. William Wendling - Campbell Kyle Proffitt LLP
11595 N. Meridian St, Ste 701
Carmel, IN 46032

| **Invoice** | | **10457263** |
|---|---|---|

| **Client No.** | 116506 | **Invoice Date** | 8/28/2015 |
|---|---|---|---|
| | | **Due Date** | 9/27/2015 |

Billing for services rendered for the period July 6, 2015 through
August 25, 2015:

Forensic Accounting Services – analyzed supporting documents for
private placement as provided by the Receiver to gain an
understanding of the investors (and corresponding investment
amounts) associated with Veros Craft Brew III, LLC.

Jarit Loughmiller (0.4 hours)**

**Reflects a 20% discount for services rendered as set forth in the
Blue & Co.,LLC engagement letter with Mr. Wiliam E. Wendling, Jr.
(Receiver).                                                                88.00

| **Total Due** | **88.00** |
|---|---|

PLEASE SEE "NEW"
REMITTANCE ADDRESS:
BLUE & CO., LLC
2712 SOLUTION CENTER
CHICAGO, IL 60677-2007

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

**Veros PP - Veros Craft Brew III, LLC**
**Invoice: 10457263**

| Employee Name | Entry Date | Task | Hours | Invoiced |
|---|---|---|---|---|
| Jarit Loughmiller | 7/24/2015 | Forensics consulting - Preliminary review of documents in support of Veros Veros Craft Brew III LLC Loan to assess any irregularities related to proceeds for Receiver. | 0.40 | 88.00 |
| | | | 0.40 | 88.00 |

Veros PP - Veros JF Wild Holdings, LLC
c/o Mr. William Wendling - Campbell Kyle Proffitt LLP
11595 N. Meridian St, Ste. 701
Carmel, IN 46032

| **Invoice** | | **10457295** |
|---|---|---|

| **Client No.** | 116517 | **Invoice Date** | 8/28/2015 |
|---|---|---|---|
| | | **Due Date** | 9/27/2015 |

Billing for services rendered for the period July 6, 2015 through August 25, 2015:

Forensic Accounting Services – analyzed supporting documents for private placement as provided by the Receiver to gain an understanding of the investors (and corresponding investment amounts) associated with Veros JF Wild Holdings, LLC.

Jarit Loughmiller (0.6 hours)**

**Reflects a 20% discount for services rendered as set forth in the Blue & Co.,LLC engagement letter with Mr. Wiliam E. Wendling, Jr. (Receiver).

132.00

| **Total Due** | **132.00** |
|---|---|

PLEASE SEE "NEW"
REMITTANCE ADDRESS:
BLUE & CO., LLC
2712 SOLUTION CENTER
CHICAGO, IL 60677-2007

## Remit To:
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

**Veros PP - Veros JF Wild Holdings, LLC**
**Invoice: 10457295**

| Employee Name | Entry Date | Task | Hours | Invoiced |
|---|---|---|---|---|
| Jarit Loughmiller | 7/24/2015 | Forensics consulting - Preliminary review of documents in support of JF Wild Holdings LLC Loan to assess any irregularities related to proceeds for Receiver. | 0.60 | 132.00 |
| | | | 0.60 | 132.00 |



CPAs ADVISORS

Veros PP - Veros Switch Holding LLC
c/o Mr. William Wendling - Campbell Kyle Proffitt LLP
11595 N. Meridian St, Ste. 701
Carmel, IN 46032

| **Invoice** | | **10457266** |
|---|---|---|
| **Invoice Date** | | 8/28/2015 |
| **Due Date** | | 9/27/2015 |

**Client No.**     116513

---

Billing for services rendered for the period July 6, 2015 through
August 25, 2015:

Forensic Accounting Services – analyzed supporting documents for
private placement as provided by the Receiver to gain an
understanding of the investors (and corresponding investment
amounts) associated with  Veros Switch Holding LLC.

Jarit Loughmiller (0.4 hours)**

**Reflects a 20% discount for services rendered as set forth in the                    88.00
Blue & Co.,LLC engagement letter with Mr. Wiliam E. Wendling, Jr.
(Receiver).

---

**Total Due**                                                                                          **88.00**

PLEASE SEE "NEW"
REMITTANCE ADDRESS:
BLUE & CO., LLC
2712 SOLUTION CENTER
CHICAGO, IL 60677-2007

---

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

**Veros PP - Veros Switch Holding LLC**
**Invoice: 10457266**

| Employee Name | Entry Date | Task | Hours | Invoiced |
|---|---|---|---|---|
| Jarit Loughmiller | 7/24/2015 | Forensics consulting - Preliminary review of documents in support of Veros Switch Holding LLC Loan to assess any irregularities related to proceeds for Receiver. | 0.40 | 88.00 |
| | | | 0.40 | 88.00 |



CPAs / ADVISORS

Veros PP - Yeager of Frisco LLC
c/o Mr. William Wendling - Campbell Kyle Proffitt LLP
11595 N. Meridian St, Ste. 701
Carmel, IN 46032

| | | | | |
|---|---|---|---|---|
| **Invoice** | | | **10457285** | |

| | | | | |
|---|---|---|---|---|
| **Client No.** | 116504 | **Invoice Date** | 8/28/2015 | |
| | | **Due Date** | 9/27/2015 | |

Billing for services rendered for the period July 6, 2015 through August 25, 2015:

Forensic Accounting Services – analyzed supporting documents for private placement as provided by the Receiver to gain an understanding of the investors (and corresponding investment amounts) associated with  Yeager of Frisco LLC.

Jarit Loughmiller (0.5 hours)**

**Reflects a 20% discount for services rendered as set forth in the Blue & Co.,LLC engagement letter with Mr. Wiliam E. Wendling, Jr. (Receiver).

110.00

**Total Due**      **110.00**

PLEASE SEE "NEW"
REMITTANCE ADDRESS:
BLUE & CO., LLC
2712 SOLUTION CENTER
CHICAGO, IL 60677-2007

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

**Veros PP - Yeager of Frisco LLC**
**Invoice: 10457285**

| Employee Name | Entry Date | Task | Hours | Invoiced |
|---|---|---|---|---|
| Jarit Loughmiller | 7/24/2015 | Forensics consulting - Preliminary review of documents in support of Yeager of Frisco LLC Unsecured Debentures Loan to assess any irregularities related to proceeds for Receiver. | 0.50 | 110.00 |
| | | | 0.50 | 110.00 |



*CPAs / ADVISORS*

## blue

Veros Partners Receivership General Consulting
c/o Mr. William Wendling - Campbell Kyle Proffitt LLP
11595 N. Meridian St, Ste 701
Carmel, IN 46032

| | | **Invoice** | **10459475** |
|---|---|---|---|
| | | **Invoice Date** | 9/29/2015 |
| **Client No.** | 116486 | **Due Date** | 10/29/2015 |

Billing for the services rendered for the period September 8, 2015
through September 17, 2015 as follows:

Forensic Accounting Services - conference calls with Receiver to
discuss potential sale of Veros Partners Business Consulting & Tax
(BC&T) Division.
Time includes research, valuation analysis, drafting of
correspondence, and September 10, 2015 onsite meeting at Veros
to discuss BC&T financial statements and forecasts with Receiver.

| | |
|---|---|
| Jarit Loughmiller (16.0 hours)** | 3,520.00 |
| Larry Steinberg (3.1 hours)** | 755.00 |

Tax Issues - tax compliance and consulting time related to filing the
Midwest Blueberry Farms, Inc. tax extension. Additionally, time
included related to researching tax notice received related to Blue
Crop Group from the state of Michigan.

| | |
|---|---|
| Jerry Hammel (1.25 hours)** | 295.00 |
| Beth Harling (1.75 hours)** | 350.00 |
| Total Due | 4,920.00 |

**Reflects a 20% discount for services rendered as set forth in the
Blue & Co.,LLC engagement letter with Mr. Wiliam E. Wendling, Jr.
(Receiver).

PLEASE SEE "NEW"
REMITTANCE ADDRESS:
BLUE & CO., LLC
2712 SOLUTION CENTER
CHICAGO, IL 60677-2007

| **Total Due** | **4,920.00** |
|---|---|

### Remit To:
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

**Veros Partners Receivership General Consulting**
**Invoice: 10459475**

| Employee Name | Entry Date | Task | Hours | Invoiced |
|---|---|---|---|---|
| Jarit Loughmiller | 9/8/2015 | Forensics consulting - analysis for calculation of value for purposes of potential sale of Veros Accounting division; meeting with Receiver to discuss matters | 4.50 | 962.32 |
| Larry Steinberg | 9/10/2015 | Travel from office to Veros offices, with JT and Bill, to meet with Matt Haab, Amber Banks and Adam Decker regarding financial information (historical and forecast) for the business segments proposed to be sold; questions re: private placements | 3.10 | 808.77 |
| Jarit Loughmiller | 9/10/2015 | Forensics consulting - Meeting w/ Matt Haab, Amber Banks, Adam Decker and Receiver to discuss various matters including Accounting Division sale and FarmGrowCap Matters. | 3.10 | 662.93 |
| Jarit Loughmiller | 9/10/2015 | Forensics consulting - Analysis of calculation of value in support of potential acquisition of accounting division by Amber Banks and Adam Decker. | 2.20 | 470.46 |
| Jarit Loughmiller | 9/11/2015 | Forensics consulting - BC&T valuation analysis for potential sale of accounting division. | 4.50 | 962.32 |
| Jarit Loughmiller | 9/14/2015 | Forensics consulting - practice valuation analysis and correspondence; meeting w/ Receiver. | 1.70 | 363.54 |
| Jerry Hammel | 9/15/2015 | Midwest Blueberry Farms, Inc. extension including call with Bill Wendling and multiple emails with Matt Haab | 1.25 | 315.43 |
| Beth Harling | 9/15/2015 | Midwest Blueberry Farms Inc - Federal tax extension - discuss with Jerry and JT - further discussion with Jerry and prepare extension | 0.85 | 181.77 |
| Beth Harling | 9/17/2015 | Blue Crop Group - review 2014 MI notice and respond to JT; review response from client | 0.90 | 192.46 |

22.10    4,920.00



Veros Partners Receivership (Aliign)
11595 N. Meridian St, Ste. 701
Carmel, IN 46032

| **Invoice** | **13405477** |

| **Client No.** | 116487 | **Invoice Date** | 09/04/2015 |
| | | **Due Date** | 10/04/2015 |

Billing for services rendered July 7, 2015 through August 5, 2015
related to Veros Partners Receivership General Consulting
requested by Mr. William E. Wendling, Jr. (Receiver) including:

| | |
|---|---:|
| Forensic Accounting - G. Parker:Travel to and from Veros Partners with Cari Bonty and Matt Lees to obtain most recent QuickBooks files (25.8 miles from Aliign LLC/ 1 hour) ($155 discounted bill rate at 50%) | 77.00 |
| Forensic Accounting - G: Parker:Onsite consulting at Veros to obtain, verify, and repair damaged QuickBooks files. (2.5 hours) | 388.00 |
| Forensic Accounting - G. Parker: Onsite and phone discussions with Cari Bonty to discuss, review, and train on QuickBooks files (8.91 hours) | 1,381.00 |
| Forensic Accounting - G.Parker: Additional time for various conference calls and meeting with Counsel to discuss other general needs and matters. (3.75 hours) | 581.00 |

Reflects a 10% discount for services rendered as set forth in the
Blue & Co., LLC engagement letter with Mr. William E. Wendling, Jr.
(Receiver)

| **Total Due** | **2,427.00** |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

# Veros Partnership Receivership
## Aliign Invoice Support

Client: Veros General Receivership
Invoice Number: 13405477
Invoice Date: 9/4/2015
Invoice Total: 2,427.00

| Employee Name | Entry Date | Task | Quantity | Billing Price | Extended (Rounded) |
|---|---|---|---|---|---|
| Gwen Parker | 7/13/2015 | Travel- Billable at 1/2 rate. 24.7 miles from CKP (25.8 miles from Blue). Travel to/from Veros to obtain QuickBooks files. | 1.00 | $ 77.50 | |
| | | **Subtotal** | | | $ 77.00 |
| Gwen Parker | 7/13/2015 | Financial Activities-Accounting/Auditing-On site at Veros to obtain and verify QuickBooks files, including repair of damaged file. | 2.50 | 155.00 | |
| | | **Subtotal** | | | 388.00 |
| Gwen Parker | 7/23/2015 | Management consulting-tax return information (i.e. ensure final returns) discussion with Cari | 0.25 | 155.00 | |
| Gwen Parker | 7/28/2015 | Management consulting-Cari-tax return/Smart Vault question | 0.25 | 155.00 | |
| Gwen Parker | 7/7/2015 | Phone meeting with C. Bonty to discuss QuickBooks on-boarding and entities involved. | 0.33 | 155.00 | |
| Gwen Parker | 7/24/2015 | Management consulting-Update Cari's access to QuickBooks and print prior month PinCap Reconciliation and provide to Cari | 0.33 | 155.00 | |
| Gwen Parker | 7/17/2015 | Accounting-Upgrade files to 2015 (2012 unsupported) and upload files to hosted environment | 1.50 | 155.00 | |
| Gwen Parker | 7/21/2015 | Management consulting- Accounting, Bookkeeping and QuickBooks training for Cari (Onsite at CKP) -mainly non-private placement companies, and discussion with Bill Wendling on all, including private placements | 6.25 | 155.00 | |
| | | **Subtotal** | | | 1,381.00 |
| Gwen Parker | 7/7/2015 | Financials Activities-Accounting/Auditing-Meeting at KCP offices with A. Poindexter, W. Wendling Jr., A. Haworth, Cari Bonty, L. Steinberg, and J. Loughmiller to discuss the general issues and entities involved, along with preliminary responsibilities. | 1.50 | 155.00 | |
| Gwen Parker | 7/16/2015 | Management consulting-discussion with Larry Steinburg and JT Loughmiller on files obtained and information accessible | 0.25 | 155.00 | |
| Gwen Parker | 7/21/2015 | Management consulting-Prep for meeting with Cari. Passwords, email for file setup in hosted. | 0.50 | 155.00 | |
| Gwen Parker | 8/5/2015 | Management consulting-Phone meeting with Cari Bonty to assist with Financial Statement Needs for SEC Request | 1.50 | 155.00 | |
| | | **Subtotal** | | | 581.00 |
| Totals | | | 16.16 | | $ 2,427.00 |



Veros Partners Receivership (Aliign)
c/o Mr. William Wendling – Campbell Kyle Proffitt LLP
11595 N. Meridian St, Ste. 701
Carmel, IN 46032

| | | **Invoice** | **13405602** |
|---|---|---|---|
| **Client No.** | 116487 | **Invoice Date** | 10/02/2015 |
| | | **Due Date** | 11/01/2015 |

---

Billing for services rendered August 6, 2015 through September 30, 2015 related to Veros Partners Receivership - General Consulting as requested by Mr. William E. Wendling, Jr. (Receiver) Including:

Forensic Accounting - G. Parker: Meeting at Campbell, Kyle and Proffitt LLP with C. Bonti, W. Wendling, Jr., and M. Haab to discuss company structures, accounting and other related matters; preparation for meeting; follow up after meeting (5.25 hours)                      814.00

Forensic Accounting - G. Parker: General consulting relating to obtaining information needed for tax extension filings and other tax related needs (2 hours)                      310.00

Forensic Accounting - G. Parker: Accounting and QuickBooks consulting with C. Bonti related to the Tobin Senefeld & Jeffery Risinger Loan (.75)                      116.00

Reflects a 10% discount for services rendered as set forth in the Blue & Co, LLC engagement letter with Mr. William E. Wendling, Jr. (Receiver)

| | **Total Due** | **1,240.00** |
|---|---|---|

**AR AGING**

| BALANCE 10/02/2015 | AFTER 10/02/2015 | AFTER 09/02/2015 | AFTER 08/02/2015 | AFTER 07/02/2015 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 2,427.00 | 2,427.00 | 0.00 | 0.00 | 0.00 | 0.00 | USD |

---

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).

# Veros Partnership Receivership
## Aliign Invoice Support

Client: Veros General Receivership
Invoice Number: 13405602
Invoice Date: 10/2/2015
Invoice Total: 1,240.00

| Employee Name | Entry Date | Task | Quantity | Billing Price | Extended (Rounded) |
|---|---|---|---|---|---|
| Gwen Parker | 9/7/2015 | Management consulting-prep for meeting with Cari Bonty, Bill Wendling and Matt Haab | 0.75 | 155.00 | |
| Gwen Parker | 9/9/2015 | Management consulting-onsite at CKP with Cari Bonty, Bill (partly) and Matt Haab | 4.00 | 155.00 | |
| Gwen Parker | 9/9/2015 | Management consulting- General consulting as follow up to above meeting | 0.50 | 155.00 | 814.00 |
| Gwen Parker | 9/14/2015 | Management consulting-Obtain tax returns and file information for tax return extensions, download files from Matt Haab and discuss company structure with Jerry Hammel | 2.00 | 155.00 | 310.00 |
| Gwen Parker | 9/28/2015 | Management consulting-senefeld risinger loan-QuickBooks with Cari Bonty | 0.50 | 155.00 | |
| Gwen Parker | 9/29/2015 | Senefeld Risinger questions with Cari Bonty | 0.25 | 155.00 | 116.00 |
| Totals | | | 8.00 | | $ 1,240.00 |



Veros PP - HF Land GP Secured Loans (Aliign)
11595 N. Meridian St, Ste 701
Carmel, IN 46032

| | **Invoice** | **13405606** |
|---|---|---|

| **Client No.** | 116557 | **Invoice Date** | 10/02/2015 |
|---|---|---|---|
| | | **Due Date** | 11/01/2015 |

Billing for services rendered August 6, 2015 through September 30, 2015 related to Veros Partners Receivership -HF Land GP Secured Loans as requested by Mr. William E. Wendling, Jr. (Receiver) including:

Forensic Accounting-G. Parker: Accounting and QuickBooks consulting at Campbell Kyle and Proffitt LLP with Cari Bonty (.5 hours)                                                                                                  78.00

Reflects a 10% discount for services rendered as set forth in the Blue & Co, LLC engagement letter with Mr. William E. Wendling, Jr. (Receiver)

| **Total Due** | **78.00** |
|---|---|

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

# Veros Partnership Receivership
## Aliign Invoice Support

Client:            Rockdale Holding LLC
Invoice Number:    13405604
Invoice Date:      10/2/2015
Invoice Total:     698.00

| Employee Name | Entry Date | Task | Quantity | Billing Price | Extended (Rounded) |
|---|---|---|---|---|---|
| Gwen Parker | 9/9/2015 | Accounting and QuickBooks consulting at CKP with Cari Bonty | 0.50 | 155.00 | 78.00 |
| Totals | | | 0.50 | | $ 78.00 |



Veros PP - Rockdale Holding, LLC (Aliign)
11595 N. Meridian St, Ste 701
Carmel, IN 46032

| **Invoice** | | **13405604** |
|---|---|---|
| **Invoice Date** | | 10/02/2015 |
| **Due Date** | | 11/01/2015 |

**Client No.**   116553

Billing for services rendered August 6, 2015 through September 30, 2015 related to Veros Partners Receivership - Rockdale Holding LLC as requested by Mr. William E. Wendling, Jr. (Receiver) Including:

Forensic Accounting - G. Parker: Accounting and QuickBooks consulting at Campbell Kyle and Proffitt LLP with Cari Bonti (2.5 hours)                                                                                                     388.00

Forensic Accounting - G. Parker: Review inception to date QuickBooks and accounting accompanying records and related conversations with Cari Bonti (2.0 hours)                                                                     310.00

Reflects a 10% discount for services rendered as set forth in the Blue & Co, LLC engagement letter with Mr. William E. Wendling, Jr. (Receiver)

**Total Due**                                                                                                                                    **698.00**

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

# Veros Partnership Receivership
## Aliign Invoice Support

Client:               HF Land GP Secured Loans
Invoice Number:       13405606
Invoice Date:         10/2/2015
Invoice Total:        78.00

| Employee Name | Entry Date | Task | Quantity | Billing Price | Extended (Rounded) |
|---|---|---|---|---|---|
| | | Review inception to date QuickBooks and accounting accompany records | | | |
| Gwen Parker | 9/7/2015 | and related conversations with Cari Bonti | 2.00 | 155.00 | 310.00 |
| Gwen Parker | 9/9/2015 | Accounting and QuickBooks consulting at CKP with Cari Bonty | 2.50 | 155.00 | 388.00 |
| Gwen Parker | | | | | |
| Gwen Parker | | | | | |
| Gwen Parker | | | | | |
| Gwen Parker | | | | | |
| Totals | | | 4.50 | | $    698.00 |