US SEC v Veros Partners, Inc., et al

USDC Southern IN, Case No. 1:15-cv-00659-JMS-DJM

**EXHIBIT C**

Last updated:

*Blue & Co., LLC - (with assistance from Aliign, LLC as set forth in engagement letter)*

Quarter Period: 10/1/15 - 12/31/15

1/13/2016

By: agh

| Description | Amount Due | Invoice Time Period | Invoice No. | Due Date | SEC Task No. | SEC Receivership - Quarter Period | Note: | Total Accounting fees this Quarter |
|---|---|---|---|---|---|---|---|---|
| Veros PP - FarmGrowCap LLC | $15,574.00 | 10/12/15 - 10/28/15 | 10461878 | 11/29/2015 | 13 | 2015 - 4th quarter | To be submitted with Receiver's 2015 4th quarter fee app | |
| Veros PP - FarmGrowCap LLC | $15,389.00 | 10/30/15 - 12/31/15 | 10464913 | 2/6/2016 | 13 | | | |
| Veros PP - Cherry Farms Restructuring Loan | $2,211.00 | 11/18/15 - 12/31/15 | 10464918 | 2/6/2016 | 13 | | | |
| Veros PP - Veros 702 North Holding, LLC | $825.00 | 12/01/15 - 12/31/15 | 10464933 | 2/6/2016 | 13 | | | |
| | | | | | | | *Blue & Co. sub-total:* | *$33,999.00* |
| Aliign - Receivership General Consulting* | $800.00 | 10/1/15-10/31/15 | 13405769 | 12/3/2015 | 13 | 2015 - 4th quarter forensic accounting services | | |
| *Plus $165 fees for QuickBooks hosting for August, September, October 2015 at $55/mo; balance of $800 is for time spent | $165.00 | | | | | | | |
| Aliign - Veros PP - HF Land GP Secured Loans | $320.00 | | 13405772 | | 13 | | | |
| Aliign - Veros PP - Jennings Design LLC 2015 Secured Loans | $129.00 | | 13405777 | | 13 | | | |
| Aliign - Veros PP - Senefeld & Risigner Loan | $516.00 | | 13405771 | | 13 | | | |
| Aliign - Veros PP - True Blue Berry Mgmt LLC 2015 Secured Loans | $51.00 | | 13405758 | | 13 | | | |
| Aliign - Veros PP - Veros 702 North Holding, LLC | $206.00 | | 13405764 | | 13 | | | |
| Aliign - Receivership General Consulting* | $370.00 | 11/1/15 - 11/30/15 | 13405942 | | 13 | | | |
| *Plus $55 fee for QuickBooks hosting for the month of November | $55.00 | | | | | | | |
| Aliign - Veros PP - HF Land GP Secured Loans | $51.00 | | 13405932 | | 13 | | | |
| Aliign - Veros PP - Rockdale Holding, LLC | $78.00 | | 13405995 | | 13 | | | |
| Aliign - Veros PP - Senefeld & Risigner Loan | $386.00 | | 13405933 | | 13 | | | |
| Aliign - Veros PP - True Blue Berry Mgmt LLC 2015 Secured Loans | $310.00 | | 13405993 | | 13 | | | |
| Aliign - Veros PP - True Blue Berry Mgmt Mid-Term | $230.00 | | 13405940 | | 13 | | | |
| Aliign - Veros PP - Veros 702 North Holding, LLC | $386.00 | | 13405992 | | 13 | | | |
| Aliign - Veros PP - Veros JF Wild Holdings, LLC | $51.00 | | 13405991 | | 13 | | | |
| Aliign - Veros PP - Yeager of Frisco LLC | $271.00 | | 13405994 | | 13 | | | |
| Aliign - Receivership General Consulting* | $78.00 | 12/01/15 - 12/31/15 | 13406136 | | 13 | | | |
| *Plus $55 fee for QuickBooks hosting for the month of November | $55.00 | | | | | | | |
| Aliign - Veros PP - Rockdale Holding, LLC | $26.00 | | 13406107 | | 13 | | | |
| Aliign - Veros PP - Stadiumred Secured Loans | $129.00 | | 13406145 | | 13 | | | |
| Aliign - Veros PP - Veros 702 North Holding, LLC | $78.00 | | 13406156 | | 13 | | | |
| Aliign - Veros PP - Veros JF Wild Holdings, LLC | $116.00 | | 13406102 | | 13 | | | |
| Aliign - Veros PP - Veros Switch Holding, LLC | $285.00 | | 13406133 | | 13 | | | |
| *Total Fees:* | *$38,866.00* | | | | | | *Aliign sub-total:* | *$5,142.00* |
| *Total Expenses* | *$275.00* | | | | | | | |
| **Total Due for Period** | **$39,141.00** | 10/01/15 - 12/31/15 | | | 13 | 2015 - 4th quarter | To be submitted with Receiver's 2015 4th quarter fee app | $39,141.00 |



CPAs / ADVISORS

Veros PP - FarmCapGrow LLC
c/o Mr. William Wendling - Campbell Kyle Proffitt LLP
11595 N. Meridian St, Ste. 701
Carmel, IN 46032

| | | **Invoice** | **10461878** |
|---|---|---|---|
| **Client No.** | 116551 | **Invoice Date**<br>**Due Date** | 10/30/2015<br>11/29/2015 |

Billing for services rendered for the period October 12, 2015 through
October 28, 2015:

Forensic Accounting Services – analyzed supporting documents for
private placement as provided by the Receiver to gain an
understanding of the farm placements.
Analysis includes tracing proceeds related to investments related to
FarmGrowCap and Veros Farm Loan Holdings including tracing of
payments to/from investors/farms/Veros associated with funds.

Additionally includes time for various meetings and conference calls
to discuss analysis involving FarmGrowCap and (Veros Farm Loan
Holding) with Receiver and Veros representatives.

Jarit Loughmiller (69.90 hours)**
Larry Steinberg (0.80 hours)**

15,574.00

**Reflects a 20% discount for services rendered as set forth in the
Blue & Co.,LLC engagement letter with Mr. Wiliam E. Wendling, Jr.
(Receiver).

|  |  |
|---|---|
| **Total Due** | **15,574.00** |

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).

**Veros Partners Receivership General Consulting**

**Invoice: 10461878**

10.30.15

| Employee Name | Entry Date | Task | Hours | Invoiced |
|---|---|---|---|---|
| Jarit Loughmiller | 10/1/2015 | Forensics consulting - conference call with receiver, follow up on additional items. FarmGrow Cap Analysis related to funds/bank accounts. | 5.5 | 1,209.91 |
| Jarit Loughmiller | 10/2/2015 | Forensics consulting - bank account tracing and investor analysis related to VFLH and FarmGrowCap. | 7 | 1,539.89 |
| Jarit Loughmiller | 10/5/2015 | Forensics consulting-Account analysis for FarmGrowCap. | 6 | 1,319.91 |
| Larry Steinberg | 10/6/2015 | Discussion with J.T. on current status; review of workbook of receipts and disbursements for farm loans, discussion on how to proceed, type of report, etc. | 0.6 | 147.83 |
| Jarit Loughmiller | 10/6/2015 | Forensics consulting - FarmGrowCap analysis of accounts and investments. | 5.1 | 1,121.92 |
| Jarit Loughmiller | 10/7/2015 | Forensics consulting - Meeting w/ Receiver to discuss bank accts and flow of funds related to VFLH and FarmGrowCap. | 3.3 | 725.94 |
| Jarit Loughmiller | 10/20/2015 | Forensics consulting - roll forward Veros Farm Loan Holding investor accounts and analysis to calculate starting point on FarmGrowCap investors. | 9.4 | 2,067.86 |
| Jarit Loughmiller | 10/21/2015 | Forensics consulting - reconcile balances for investors at 4/24/15 for FarmGrowCap. | 7.3 | 1,605.88 |
| Jarit Loughmiller | 10/22/2015 | Forensics consulting - FarmGrowCap analysis of investor balances and roll over of VFLH. | 8.25 | 1,814.87 |
| Jarit Loughmiller | 10/23/2015 | Forensics consulting - FCG and VFLH investment balance analysis and forensics. | 3.75 | 824.94 |
| Jarit Loughmiller | 10/26/2015 | Forensics consulting - farm loan balances analysis for 2013/2014 funds. | 2.1 | 461.97 |
| Jarit Loughmiller | 10/27/2015 | Forensics consulting - reconcile VFLH and FGC farm loan balances. | 3.1 | 681.95 |
| Jarit Loughmiller | 10/28/2015 | Forensics consulting - FarmGrowCap analysis of funds received / disbursed. | 4.5 | 989.93 |
| Larry Steinberg | 10/28/2015 | t/c with Bill and JT to discuss tax returns for various entities. | 0.2 | 49.27 |
| Jarit Loughmiller | 10/28/2015 | Forensics consulting -FCG VFLH balance of loan analysis. | 4.6 | 1,011.93 |

Total       70.70    15,574.00



*CPAs ADVISORS*

**blue**

Veros PP - FarmCapGrow LLC
c/o Mr. William Wendling - Campbell Kyle Proffitt LLP
11595 N. Meridian St, Ste. 701
Carmel, IN 46032

| | | **Invoice** | **10464913** |
|---|---|---|---|
| **Client No.** | 116551 | **Invoice Date** | 1/7/2016 |
| | | **Due Date** | 2/6/2016 |

Billing for services rendered for the period October 30, 2015 through
December 31, 2015:

Forensic Accounting Services – review and analysis of Veros Farm
Loan Holdings "VFLH" (2013) fund and FarmGrowCap "FGC"
(2014) fund to familiarize with investors and balances.  Services
included:
- Review of PPM for VFLH and FGC;
- Review Declaration (and Amended Declaration) of SEC's Craig
McShane filing.
- Trace VFLH and FGC investor deposits to determine funds raised;
- Review farm loans made by VFLH and FGC and calculate
balances due;
- Calculate VFLH investor balances due, payments received, and
roll-over balances (reflective of farm loan losses realized);
- Calculate FGC investor balances due, payments received
(reflective of roll-forward reductions, claw backs, and farm loan
losses realized);
- Calculate balances due to 2014 FCG investors as of date of SEC
filing.
- Multiple meetings and/or conference calls with Receiver to explain
analysis related to VFLH and FGC investor balances on 10/30,
11/25, 12/11, 12/15, 12/17, and 12/18.

Jarit Loughmiller (69.95 hours)**

**Reflects a 20% discount for services rendered as set forth in the
Blue & Co.,LLC engagement letter with Mr. Wiliam E. Wendling, Jr.
(Receiver).

PLEASE SEE "NEW"
REMITTANCE ADDRESS:
BLUE & CO., INC
2712 SOLUTION CENTER
CHICAGO, IL 60677-2007

15,389.00

**Total Due** 15,389.00

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).

**Veros PP - FarmGrowCap**
**Invoice: 10464913**

| Employee Name | Entry Date | Task | Quantity | Invoiced |
|---|---|---|---|---|
| Jarit Loughmiller | 10/30/2015 | Forensics consulting - FCG and VFLH loan reconcile; meeting with Matt Haab to discuss / reconcile differences vs. Veros Accounted for Balance. | 5.1 | 1,122.00 |
| Jarit Loughmiller | 11/24/2015 | Forensics consulting - review Declaration of Craig McShane and FarmGrowCap / Veros Farm Loan Holdings account analysis. | 4.7 | 1,034.00 |
| Jarit Loughmiller | 11/25/2015 | Forensics consulting-meeting / prep for meeting w/ Receiver to discuss FGC and VFLH loans / investor balances | 3.5 | 770 |
| Jarit Loughmiller | 12/9/2015 | Forensics consulting - analysis of investor balances for FGC, Receiver e-mail; prep materials for discussion with SEC. | 4.1 | 902 |
| Jarit Loughmiller | 12/10/2015 | Forensics consulting - reconcile balances owed to investor including claw back calculation; review of SEC declaration of Craig McShane. | 2.5 | 550 |
| Jarit Loughmiller | 12/11/2015 | Forensics consulting - meeting w/ receiver; re-allocate VFLH and FCG investor balances (losses/roll-overs) based on instruction from Receiver. | 5.75 | 1,265.00 |
| Jarit Loughmiller | 12/14/2015 | Forensics consulting-FarmGrowCap investor balance calculation w/ Roll-forward and Claw Back calculations as of 4.24.15. | 7.5 | 1,650.00 |
| Jarit Loughmiller | 12/15/2015 | Forensics consulting - meeting w/ Receiver; VFLH and FGC investor balance calculations. | 6 | 1,320.00 |
| Jarit Loughmiller | 12/16/2015 | Forensics consulting - FCG investor balance analysis. | 7 | 1,540.00 |
| Jarit Loughmiller | 12/17/2015 | Forensics consulting - FCG and VFLH analysis; meeting with Receiver and Veros. | 14.1 | 3,102.00 |
| Jarit Loughmiller | 12/18/2015 | Forensics consulting-VFLH and FGC investor calculations; meeting with Receiver. | 6.5 | 1,430.00 |
| Jarit Loughmiller | 12/21/2015 | Forensics consulting - FGC and VFLH analysis. | 2.1 | 462 |
| Jarit Loughmiller | 12/22/2015 | Forensics consulting-FCG and VFLH analysis of investor balances. Correspondence to Receiver. | 1.1 | 242 |
| | | | | 15,389.00 |


*CPAs ADVISORS*

Veros PP - Cherry Farms Restructuring Loan
c/o Mr. William Wendling - Campbell Kyle Proffitt LLP
11595 N. Meridian St, Ste. 701
Carmel, IN 46032

| | | **Invoice** | **10464918** |
|---|---|---|---|
| **Client No.** | 116497 | **Invoice Date**<br>**Due Date** | 1/7/2016<br>2/6/2016 |

Billing for services rendered for the period November 18, 2015
through December 31, 2015:

Forensic Accounting Services – analyzed supporting documents for
private placements related to Cherry Farms as provided by the
Receiver to gain an understanding of the investors (and
corresponding investment balances.

Meeting and discussion with the Receiver, as well as December 3,
2015 meeting with Mr. Cherry and Receiver to discuss loans.

Jarit Loughmiller (10.05 hours)**

**Reflects a 20% discount for services rendered as set forth in the
Blue & Co.,LLC engagement letter with Mr. Wiliam E. Wendling, Jr.
(Receiver).

|  | 2,211.00 |
|---|---|
| **Total Due** | **2,211.00** |

PLEASE SEE "NEW"
REMITTANCE ADDRESS:
BLUE & CO., LLC
2712 SOLUTION CENTER
CHICAGO, IL 60677-2007

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).

Veros PP - Cherry Farms
Invoice: 10464918

| Employee Name | Entry Date | Task | Quantity | Invoiced |
|---|---|---|---|---|
| Jarit Loughmiller | 11/18/2015 | Forensics consulting - review of documents provided by Receiver related to Cherry Farms loans. | 2.3 | 506 |
| Jarit Loughmiller | 12/2/2015 | Forensics consulting - analysis related to Cherry Farms loan balances and financials provided by CF representatives in preparation for 12/3 meeting with Receiver / Jim Cherry. | 4.25 | 935 |
| Jarit Loughmiller | 12/3/2015 | Forensics consulting-meeting w/ Jim Cherry / Receiver to discuss balances / investments of PP in Cherry Farms. | 3.5 | 770 |
| | | | | 2,211.00 |



*CPAs ADVISORS*

Veros PP – Veros 702 North Holding, LLC
c/o Mr. William Wendling – Campbell Kyle Proffitt LLP
11595 N. Meridian St, Ste. 701
Carmel, IN 46032

| | | **Invoice** | **10464933** |
|---|---|---|---|
| **Client No.** | 116500 | **Invoice Date**<br>**Due Date** | 1/7/2016<br>2/6/2016 |

Billing for services rendered for the period December 1, 2015 through December 31, 2015:

Forensic Accounting Services – analyzed supporting documents for private placement as provided by the Receiver. Issue correspondence summarizing findings related to private placement for Receiver dated December 4, 2015.

Jarit Loughmiller (3.75 hours)**

**Reflects a 20% discount for services rendered as set forth in the Blue & Co.,LLC engagement letter with Mr. Wiliam E. Wendling, Jr. (Receiver).

825.00

| | |
|---|---|
| **Total Due** | **825.00** |



**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

Veros PP - Veros 702 North Holding, LLC
Invoice: 10464933

| Employee Name | Entry Date | Task | Quantity | Quantity Adjusted | Billing Price, Registered | Invoiced Amount |
|---|---|---|---|---|---|---|
| Jarit Loughmiller | 12/2/2015 | Forensics consulting - 702 North Memo for Receiver. | 1.25 | 0 | 312.5 | 275 |
| Jarit Loughmiller | 12/3/2015 | Forensics consulting - summary private placement memo to Receiver. | 1 | 0 | 250 | 220 |
| Jarit Loughmiller | 12/4/2015 | Forensics consulting - letter to receiver Re: 702 North findings. | 1.5 | 0 | 375 | 330 |
| | | | 3.75 | | 937.5 | 825 |



Veros Partners Receivership (Aliign)
c/o Mr. William Wendling – Campbell Kyle Proffitt LLP
11595 N. Meridian St, Ste. 701
Carmel, IN 46032

| | | **Invoice** | **13405769** |
|---|---|---|---|
| **Client No.** | 116487 | **Invoice Date** | 11/03/2015 |
| | | **Due Date** | 12/03/2015 |

Billing for services rendered October 1, 2015 through October 31, 2015 related to Veros Partners Receivership -General Consulting as requested by Mr. William E. Wendling Jr. (Receiver) including:

| | |
|---|---:|
| Forensic Accounting: Gwen Parker: 10/2/15: General Consulting with Cari Bonty for general chart of account set up (.25 hours) | 39.00 |
| Forensic Accounting: Gwen Parker: 10/6/15: General Accounting and QuickBooks consulting with Cari Bonty (.33 hours) | 51.00 |
| Forensic Accounting: Gwen Parker: 10/13/15: Tax Returns and miscellaneous questions with Cari Bonty (1 hour) | 155.00 |
| Forensic Accounting: Gwen Parker: 10/16/15: Tax Returns and miscellaneous questions with Cari Bonty (.75 hour) | 116.00 |
| Forensic Accounting: Gwen Parker: 10/20/15: Download of documents from box.com and review of applicable files (1.83 hours) | 284.00 |
| Forensic Accounting: Gwen Parker: 10/21/15: Download of documents from box.com and review of applicable files (.67 hours): | 104.00 |
| Forensic Accounting: Gwen Parker: 10/28/15: General Consulting with Cari Bonty (.33 hours) | 51.00 |
| QuickBooks hosting for the months of August, September, and October 2015 ($55/month) | 165.00 |

Reflects a 10% discount for services rendered as set forth in the Blue & Co LLC engagement letter with Mr. William E. Wendling, Jr. (Receiver)

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).

| | Total Due | 965.00 |
|---|---|---|

**AR AGING**

| BALANCE 11/03/2015 | AFTER 11/03/2015 | AFTER 10/03/2015 | AFTER 09/03/2015 | AFTER 08/03/2015 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 3,703.41 | 36.41 | 3,667.00 | 0.00 | 0.00 | 0.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).



Veros PP - HF Land GP Secured Loans (Aliign)
c/o Mr. William Wendling – Campbell Kyle Proffitt LLP
11595 N. Meridian St, Ste 701
Carmel, IN 46032

| | | **Invoice** | **13405772** |
|---|---|---|---|
| **Client No.** | 116557 | **Invoice Date**<br>**Due Date** | 11/03/2015<br>12/03/2015 |

Billing for services rendered October 1, 2015 through October 31, 2015 related to Veros Partners Receivership -HF Land GP Secured Loans as requested by Mr. William E. Wendling Jr. (Receiver) including:

| | |
|---|---|
| Forensic Accounting: Gwen Parker: 10/02/15: Restore HF Land QuickBooks File from backup provided by Matt Haab and assist Cari Bonty with QuickBooks file (.5 hours) | 77.00 |
| Forensic Accounting: Gwen Parker: 10/06/15: General Consulting on HF Land with Cari Bonty (.33 hours) | 50.00 |
| Forensic Accounting: Gwen Parker: 10/08/15: Accounting and QuickBooks consulting onsite at Campbell Kyle and Proffitt with Cari Bonty and review of HF Land Contract Agreements (1 hour) | 155.00 |
| Forensic Accounting: Gwen Parker: 10/08/15: Email communication on current month reporting for HF Land (.25 hours) | 38.00 |

Reflects a 10% discount for services rendered as set forth in the Blue & Co LLC engagement letter with Mr. William E. Wendling, Jr. (Receiver)

| **Total Due** | **320.00** |
|---|---|

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).



Veros PP - Jennings Design LLC 2015 Secured Loans (Aliign)
11595 N. Meridian St, Ste 701
Carmel, IN 46032

| | | **Invoice** | **13405777** |
|---|---|---|---|
| **Client No.** | 116577 | **Invoice Date**<br>**Due Date** | 11/03/2015<br>12/03/2015 |

Billing for services rendered October 1, 2015 through October 31, 2015 related to Veros Partners Receivership -Jennings Design LLC as requested by Mr. William E. Wendling Jr. (Receiver) including:

Forensic Accounting: Gwen Parker: 10/22/15: Answer miscellaneous questions from Cari Bonty in regards to Jennings Design LLC accounting (.33 hours)                51.00

Forensic Accounting: Gwen Parker: 10/28/15: QuickBooks and Accounting assistance to Cari Bonty (.5 hours)                78.00

Reflects a 10% discount for services rendered as set forth in the Blue & Co LLC engagement letter with Mr. William E. Wendling, Jr. (Receiver)

**Total Due**                **129.00**

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).



Veros PP - Tobin Senefeld & Jeffery Risinger Loan (Aliign)
11595 N. Meridian St, Ste. 701
Carmel, IN 46032

| | | **Invoice** | **13405771** |
|---|---|---|---|
| **Client No.** | 116528 | **Invoice Date**<br>**Due Date** | 11/03/2015<br>12/03/2015 |

Billing for services rendered October 1, 2015 through October 31, 2015 related to Veros Partners Receivership -Tobin Senefeld & Jeffery Risinger Loans as requested by Mr. William E. Wendling Jr. (Receiver) including:

Forensic Accounting: Gwen Parker: 10/02/15: Assist Cari Bonty with QuickBooks and Accounting (.33 hours) — 51.00

Forensic Accounting: Gwen Parker: 10/08/15: Accounting and QuickBooks consulting onsite at Campbell Kyle and Proffitt with Cari Bonty (2 hours) — 310.00

Forensic Accounting: Gwen Parker: 10/16/15: Review accounting records and communicate open items to Cari Bonty (1 hour) — 155.00

Reflects a 10% discount for services rendered as set forth in the Blue & Co LLC engagement letter with Mr. William E. Wendling, Jr. (Receiver)

| **Total Due** | **516.00** |
|---|---|

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).



Veros PP - True Blue Berry Mgmt LLC 2015 Secured Loans (Aliign)
11595 N. Meridian St, Ste 701
Carmel, IN 46032

| | | **Invoice** | **13405758** |
|---|---|---|---|
| **Client No.** | 116585 | **Invoice Date**<br>**Due Date** | 11/03/2015<br>12/03/2015 |

Billing for services rendered October 1, 2015 through October 31, 2015 related to Veros Partners Receivership -True Blue Berry Mgmt LLC as requested by Mr. William E. Wendling Jr. (Receiver) including:

Forensic Accounting: Gwen Parker: 10/19/15: Phone conversation with Cari Bonty on structure of accounting set up for True Blue Berry Mgmt LLC (.33 hours)      51.00

Reflects a 10% discount for services rendered as set forth in the Blue & Co LLC engagement letter with Mr. William E. Wendling, Jr. (Receiver)

**Total Due**      **51.00**

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).



Veros PP - Veros 702 North Holding, LLC (Aliign)
11595 N. Meridian St, Ste 701
Carmel, IN 46032

| | | **Invoice** | **13405764** |
|---|---|---|---|
| **Client No.** | 116560 | **Invoice Date**<br>**Due Date** | 11/03/2015<br>12/03/2015 |

Billing for services rendered October 1, 2015 through October 31, 2015 related to Veros Partners Receivership Veros 702 North Holding LLC as requested by Mr. William E. Wendling Jr. (Receiver) including:

| | |
|---|---|
| Forensic Accounting: Gwen Parker: 10/6/15: Accounting and QuickBooks consulting with Cari Bonty (.33 hours) | 51.00 |
| Forensic Accounting: Gwen Parker: 10/8/15: Accounting and QuickBooks consulting onsite at Campbell Kyle and Proffitt LLP with Cari Bonty (1 hour) | 155.00 |

Reflects a 10% discount for services rendered as set forth in the Blue & Co LLC engagement letter with Mr. William E. Wendling, Jr. (Receiver)

| **Total Due** | **206.00** |
|---|---|

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).



Veros Partners Receivership (Aliign)
c/o Mr. William Wendling – Campbell Kyle Proffitt LLP
11595 N. Meridian St, Ste. 701
Carmel, IN 46032

| | | **Invoice** | | **13405942** |
|---|---|---|---|---|
| **Client No.** | 116487 | **Invoice Date**<br>**Due Date** | | 12/3/2015<br>1/2/2016 |

Billing for services rendered November 1, 2015 through November 30, 2015 related to Veros Partners Receivership as requested by Mr. William E. Wendling Jr. (Receiver) Including:

| | |
|---|---|
| QuickBooks hosting for the month of November 2015 ($55/month) | 55.00 |
| Forensic Accounting: Gwen Parker: 11/4/15: General consulting via email with Cari Bonty (.25) | 39.00 |
| Forensic Accounting: Gwen Parker: 11/5/15: Review of accounting entries in QuickBooks (.66) | 102.00 |
| Forensic Accounting: Gwen Parker: 11/9/15: General consulting with Cari Bonty (.33) | 51.00 |
| Forensic Accounting: Gwen Parker: 11/19/15: General consulting with Cari Bonty (.16) | 23.00 |
| Forensic Accounting: Gwen Parker: 11/25/15: Download of multiple QuickBooks file and discuss private placements with Cari Bonty | 155.00 |

Reflects a 10% discount for services rendered as sete forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr. (Receiver)

| | |
|---|---|
| **Total Due** | **425.00** |

**AR AGING**

| **BALANCE** 12/1/2015 | **AFTER** 12/1/2015 | **AFTER** 11/1/2015 | **AFTER** 10/1/2015 | **AFTER** 9/1/2015 | **EARLIER** | **CURRENCY** |
|---|---|---|---|---|---|---|
| 1,001.41 | 965.00 | 36.41 | 0.00 | 0.00 | 0.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).



Veros PP - HF Land GP Secured Loans (Aliign)
c/o Mr. William Wendling – Campbell Kyle Proffitt LLP
11595 N. Meridian St, Ste 701
Carmel, IN 46032

| | | **Invoice** | **13405932** |
|---|---|---|---|
| **Client No.** | 116557 | **Invoice Date**<br>**Due Date** | 12/03/2015<br>01/02/2016 |

Billing for services rendered November 1, 2015 through November 30, 2015 related to Veros - HF Land GP Secured Loan as requested by Mr. William E. Wendling Jr. (Receiver) Including:

Forensic Accounting: Gwen Parker: 11/5/15: Review accounting entries in QuickBooks (.33 hours)                                                    51.00

Reflects a 10% discount for services rendered as sete forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr. (Receiver)

**Total Due**                                                                                                  **51.00**

**AR AGING**

| BALANCE 12/01/2015 | AFTER 12/01/2015 | AFTER 11/01/2015 | AFTER 10/01/2015 | AFTER 09/01/2015 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 320.00 | 320.00 | 0.00 | 0.00 | 0.00 | 0.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).



Veros PP - Rockdale Holding, LLC (Aliign)
c/o Mr. William Wendling – Campbell Kyle Proffitt LLP
11595 N. Meridian St, Ste 701
Carmel, IN 46032

| | | Invoice | 13405995 |
|---|---|---|---|
| **Client No.** | 116553 | **Invoice Date** | 12/08/2015 |
| | | **Due Date** | 01/07/2016 |

Billing for services rendered November 1, 2015 through November 30, 2015 related to Rockdale Holding LLC as requested by Mr. William E. Wendling Jr. (Receiver) Including:

Forensic Accounting: Gwen Parker: 11/12/15: Review of accounting entries in QuickBooks (.5 hours)                                                          78.00

Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr. (Receiver)

**Total Due**                                                                                              **78.00**

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).



Veros PP - Tobin Senefeld & Jeffery Risinger Loan (Aliign)
11595 N. Meridian St, Ste. 701
Carmel, IN 46032

| | | **Invoice** | **13405933** |
|---|---|---|---|
| **Client No.** | 116528 | **Invoice Date**<br>**Due Date** | 12/03/2015<br>01/02/2016 |

Billing for services rendered November 1, 2015 through November
30, 2015 related to      as requested by Mr. William E. Wendling Jr.
(Receiver) Including:

| | |
|---|---|
| Forensic Accounting: Gwen Parker: 11/12/15: Review accounting entries in QuickBooks (1.16 hours) | 180.00 |
| Forensic Accounting: Gwen Parker: 11/13/15: Review accounting entries in QuickBooks (1.33 hours) | 206.00 |
| Reflects a 10% discount for services rendered as sete forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr. (Receiver) | |

| | **Total Due** | **386.00** |
|---|---|---|

**AR AGING**

| BALANCE 12/01/2015 | AFTER 12/01/2015 | AFTER 11/01/2015 | AFTER 10/01/2015 | AFTER 09/01/2015 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 516.00 | 516.00 | 0.00 | 0.00 | 0.00 | 0.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).



Veros PP - True Blue Berry Mgmt LLC 2015 Secured Loans (Aliign)
11595 N. Meridian St, Ste 701
Carmel, IN 46032

| | | **Invoice** | **13405993** |
|---|---|---|---|
| **Client No.** | 116585 | **Invoice Date**<br>**Due Date** | 12/08/2015<br>01/07/2016 |

Billing for services rendered November 1, 2015 through November 30, 2015 related to True Blue Berry Mgmt LLC-Secured Loans as requested by Mr. William E. Wendling Jr. (Receiver) Including:

Forensic Accounting: Gwen Parker: 11/25/15: Review of accounting entries in QuickBooks (2 hours)          310.00

Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr. (Receiver)

| | **Total Due** | **310.00** |
|---|---|---|

**AR AGING**

| **BALANCE** 12/04/2015 | **AFTER** 12/04/2015 | **AFTER** 11/04/2015 | **AFTER** 10/04/2015 | **AFTER** 09/04/2015 | **EARLIER** | **CURRENCY** |
|---|---|---|---|---|---|---|
| 51.00 | 0.00 | 51.00 | 0.00 | 0.00 | 0.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).



Veros PP - True Blue Berry Management Mid-Term (Aliign)
11595 N. Meridian St, Ste 701
Carmel, IN 46032

| **Invoice** | **13405940** |
| --- | --- |

| **Client No.** | 116572 | **Invoice Date** | 12/03/2015 |
| --- | --- | --- | --- |
| | | **Due Date** | 01/02/2016 |

Billing for services rendered November 1, 2015 through November 30, 2015 related to     as requested by Mr. William E. Wendling Jr. (Receiver) Including:

Forensic Accounting: Gwen Parker: 11/25/15: Review accounting transactions in QuickBooks   (1.5 hours)         230.00

Reflects a 10% discount for services rendered as sete forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr. (Receiver)

| **Total Due** | **230.00** |
| --- | --- |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).



Veros PP - Veros 702 North Holding, LLC (Aliign)
11595 N. Meridian St, Ste 701
Carmel, IN 46032

| | | Invoice | 13405992 |
|---|---|---|---|
| Client No. | 116560 | Invoice Date<br>Due Date | 12/08/2015<br>01/07/2016 |

Billing for services rendered November 1, 2015 through November 30, 2015 related to Veros 702 North Holding LLC as requested by Mr. William E. Wendling Jr. (Receiver) Including:

| | |
|---|---|
| Forensic Accounting: Gwen Parker: 11/04/15: Review of accounting entries in QuickBooks (1.83 hours) | 284.00 |
| Forensic Accounting: Gwen Parker: 11/05/15: Review of accounting entries in QuickBooks (.66 hours) | 102.00 |
| Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr. (Receiver) | |
| **Total Due** | **386.00** |

**AR AGING**

| BALANCE 12/04/2015 | AFTER 12/04/2015 | AFTER 11/04/2015 | AFTER 10/04/2015 | AFTER 09/04/2015 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 206.00 | 0.00 | 206.00 | 0.00 | 0.00 | 0.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).



Veros PP - Veros JF Wild Holdings, LLC (Aliign)
11595 N. Meridian St, Ste 701
Carmel, IN 46032

| | **Invoice** | **13405991** |
|---|---|---|
| | | |
| **Client No.**     116583 | **Invoice Date**<br>**Due Date** | 12/08/2015<br>01/07/2016 |

Billing for services rendered November 1, 2015 through November
30, 2015 related to Veros JF Wild Holdings LLC as requested by Mr.
William E. Wendling Jr. (Receiver) Including:

Forensic Accounting: Gwen Parker: 11/05/15: Download of                               51.00
Documents for Accounting Review (.33 hours)

Reflects a 10% discount for services rendered as set forth in Blue &
Co LLC engagement letter with Mr. William E. Wendling Jr.
(Receiver)

| | |
|---|---|
| **Total Due** | **51.00** |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).



Veros PP - Yeager of Frisco LLC (Aliign)
c/o Mr. William Wendling - Campbell Kyle Proffitt LLP
11595 N. Meridian St, Ste 701
Carmel, IN 46032

| | | **Invoice** | **13405994** |
|---|---|---|---|
| **Client No.** | 116562 | **Invoice Date**<br>**Due Date** | 12/08/2015<br>01/07/2016 |

Billing for services rendered November 1, 2015 through November 30, 2015 related to Veros PP - Yeager of Frisco LLC as requested by Mr. William E. Wendling Jr. (Receiver) Including:

| | |
|---|---|
| Forensic Accounting: Gwen Parker: 11/05/15: Review of accounting entries in QuickBooks (1.25 hours) | 193.00 |
| Forensic Accounting: Gwen Parker: 11/20/15: Review of accounting entries in QuickBooks (.5 hours) | 78.00 |
| Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr. (Receiver) | |

| **Total Due** | **271.00** |
|---|---|

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).



Veros Partners Receivership (Aliign)
c/o Mr. William Wendling – Campbell Kyle Proffitt LLP
11595 N. Meridian St, Ste. 701
Carmel, IN 46032

| | | **Invoice** | | **13406136** |
|---|---|---|---|---|
| **Client No.** | 116487 | **Invoice Date**<br>**Due Date** | | 01/07/2016<br>02/06/2016 |

Billing for services rendered December 1, 2015 through December 30, 2015 related to Veros Partners Receivership as requested by Mr. William E. Wendling Jr. (Receiver) including:

| | |
|---|---|
| QuickBooks hosting for the month of December 2015 ($55/month) | 55.00 |
| Forensic Accounting: Gwen Parker: 12/3/15: Discussions with Cari Bonty (Campbell, Kyle, and Proffitt) and Jarit Loughmiller in regards to accounting activity (.5 hours) | 78.00 |

Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

| | |
|---|---|
| **Total Due** | **133.00** |

**AR AGING**

| BALANCE 01/06/2016 | AFTER 01/06/2016 | AFTER 12/06/2015 | AFTER 11/06/2015 | AFTER 10/06/2015 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 1,404.48 | 14.48 | 425.00 | 965.00 | 0.00 | 0.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



Veros PP - Rockdale Holding, LLC (Aliign)
c/o Mr. William Wendling – Campbell Kyle Proffitt LLP
11595 N. Meridian St, Ste 701
Carmel, IN 46032

| | | **Invoice** | **13406107** |
|---|---|---|---|
| **Client No.** | 116553 | **Invoice Date** | 01/07/2016 |
| | | **Due Date** | 02/06/2016 |

Billing for services rendered December 1, 2015 through December
30, 2015 related to Veros Rockdale Holding LLC as requested by
Mr. William E. Wendling Jr. (Receiver) including:

Forensic Accounting: Gwen Parker: 12/3/15: Review of information
and communication with Cari Bonty regarding accounting (.17 hours)          26.00

Reflects a 10% discount for services rendered as set forth in Blue &
Co LLC engagement letter with Mr. William E. Wendling Jr.

| | **Total Due** | **26.00** |
|---|---|---|

**AR AGING**

| BALANCE 01/06/2016 | AFTER 01/06/2016 | AFTER 12/06/2015 | AFTER 11/06/2015 | AFTER 10/06/2015 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 78.00 | 78.00 | 0.00 | 0.00 | 0.00 | 0.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



Veros PP - Stadiumred Secured Loans (Aliign)
11595 N. Meridian St, Ste 701
Carmel, IN 46032

| | | **Invoice** | **13406145** |
|---|---|---|---|
| **Client No.** | 116566 | **Invoice Date**<br>**Due Date** | 01/07/2016<br>02/06/2016 |

Billing for services rendered December 1, 2015 through December 30, 2015 related to Veros Stadiumred Secured Loans as requested by Mr. William E. Wendling Jr. (Receiver) including:

Forensic Accounting: Gwen Parker: 12/4/15: Review of accounting entries in QuickBooks (.83 hour)    129.00

Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

**Total Due**    **129.00**

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).



Veros PP - Veros 702 North Holding, LLC (Aliign)
11595 N. Meridian St, Ste 701
Carmel, IN 46032

| | | **Invoice** | | **13406156** |
|---|---|---|---|---|
| **Client No.** | 116560 | **Invoice Date** | | 01/07/2016 |
| | | **Due Date** | | 02/06/2016 |

Billing for services rendered December 1, 2015 through December
30, 2015 related to Veros 702 North Holding LLC as requested by
Mr. William E. Wendling Jr. (Receiver) including:

Forensic Accounting: Gwen Parker: 12/3/15: Review of accounting                78.00
entries in QuickBooks (.5 hour)

Reflects a 10% discount for services rendered as set forth in Blue &
Co LLC engagement letter with Mr. William E. Wendling Jr.

**Total Due**                78.00

**AR AGING**

| **BALANCE** 01/06/2016 | **AFTER** 01/06/2016 | **AFTER** 12/06/2015 | **AFTER** 11/06/2015 | **AFTER** 10/06/2015 | **EARLIER** | **CURRENCY** |
|---|---|---|---|---|---|---|
| 595.09 | 389.09 | 0.00 | 206.00 | 0.00 | 0.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



Veros PP - Veros JF Wild Holdings, LLC (Aliign)
c/o Mr. William Wendling, Jr. - Campbell Kyle Proffitt LLP
11595 N. Meridian St, Ste 701
Carmel, IN 46032

| | | **Invoice** | **13406102** |
|---|---|---|---|
| **Client No.** | 116583 | **Invoice Date** | 01/07/2016 |
| | | **Due Date** | 02/06/2016 |

Billing for services rendered December 1, 2015 through December 30, 2015 related to Veros JF Wild Holdings LLC as requested by Mr. William E. Wendling Jr. (Receiver) including:

Forensic Accounting: Gwen Parker: 12/4/15: Review of accounting entries in QuickBooks (.75 hour)                                                             116.00

Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

| | **Total Due** | **116.00** |
|---|---|---|

**AR AGING**

| **BALANCE** 01/06/2016 | **AFTER** 01/06/2016 | **AFTER** 12/06/2015 | **AFTER** 11/06/2015 | **AFTER** 10/06/2015 | **EARLIER** | **CURRENCY** |
|---|---|---|---|---|---|---|
| 51.00 | 51.00 | 0.00 | 0.00 | 0.00 | 0.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).



Veros PP - Veros Switch Holding, LLC (Aliign)
c/o Mr. William Wendling, Jr. - Campbell Kyle Proffitt LLP
11595 N. Meridian St, Ste 701
Carmel, IN 46032

| | | **Invoice** | **13406133** |
|---|---|---|---|
| **Client No.** | 116574 | **Invoice Date** | 01/07/2016 |
| | | **Due Date** | 02/06/2016 |

Billing for services rendered December 1, 2015 through December
30, 2015 related to Veros Switch Holding LLC as requested by Mr.
William E. Wendling Jr. (Receiver) including:

Forensic Accounting: Gwen Parker: 12/3/15: Review of accounting         155.00
entries in QuickBooks (1 hour)

Forensic Accounting: Gwen parker: 12/4/15: Review of accounting         130.00
entries in QuickBooks (.83 hours)

Reflects a 10% discount for services rendered as set forth in Blue &
Co LLC engagement letter with Mr. William E. Wendling Jr.

| | **Total Due** | **285.00** |
|---|---|---|

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).