US SEC v Veros Partners, Inc., et al

USDC Southern IN, Case No. 1:15-cv-00659-JMS-DJM

Hutchinson, Cox, Coons, Orr & Sherlock, PC
*Tom Orr and Patrick Stevenson, Oregon Counsel*
**Boyer Farms - Collection**

# EXHIBIT D

LEGAL ACTIVITY: ASSET ANALYSIS AND RECOVERY -001

Last Updated: 1/13/2016
By: agh

| Description | Amount Due - Fees | Amount Due - Expenses | Invoice Time Period | Invoice No. | Due Date | SEC Receivership - Quarter Period | Note: |
|---|---|---|---|---|---|---|---|
| Boyer Farms - Collection | $5,332.20 | $40.74 | through 10/31/15 | 116197 | 11/20/2015 | 2015 - 4th quarter | To be submitted with Receiver's 2015 4th quarter fee app |
| Boyer Farms - Collection | $4,780.90 | $229.55 | 11/01/15 - 11/30/15 | 117326 | 12/30/2015 | 2015 - 4th quarter | |
| Boyer Farms - Collection* | $3,711.40 | $7.11 | 12/01/15 - 12/31/15 | 118021 | 1/25/2015 | 2015 - 4th quarter | |
| **Total Due for Period** | **$13,824.50** | **$277.40** | | | | 2015 - 4th quarter | To be submitted with Receiver's 2015 4th quarter fee app |

Total Attorney fees and expenses this quarter: $14,101.90



**Hutchinson Cox, Coons Orr & Sherlock P.C.**

Attorneys and Counselors at Law

PO BOX 10886
EUGENE, OR 97440

PHONE (541) 686-9160
FAX (541) 343-8693

Federal Tax ID #93-0740691

| If paying by VISA or Mastercard please call or complete this section | |
|---|---|
| Card No. | Exp. Date |
| Cardholder Name: | Amount to Pay: |
| Cardholder Address: | Zip Code: |

WILLIAM E. WENDLING JR.
ONE PENN MARK
11595 N. MERIDIAN ST. STE 701
CARMEL, IN 46032

Date: 01/06/2016
Billed through: 12/31/2015
Account No.: 11949
Invoice No.: 118021
Attorney: Thomas M. Orr

**Payment due by the 25th**

Re: **Boyer Bankruptcy**
File No.: **12184A**

## REGULAR ACCOUNT ACTIVITY

| | | |
|---|---|---|
| Balance Brought Forward | | $10,383.39 |
| Services Rendered | $3,711.40 | |
| Costs Advanced | $7.11 | |
| Finance Charges | $0.00 | |
| Payment on Account | $0.00 | |
| **PLEASE PAY THIS AMOUNT UPON RECEIPT:** | | **$14,101.90** |

If you have questions regarding any transfer of trust funds to cover fees, please contact us within 5 days of billing date. If payment is received after the date shown on this statement, payment will be reflected on next statement.

*********************************************************************

**PROFESSIONAL SERVICES RENDERED**                                      Hours

| Date | | | Description | Hours | Amount |
|---|---|---|---|---|---|
| 12/04/15 | | TMO | Analysis of legal issues with Mr. Wendling. Analysis of legal issues Mr. Hoyt, attorney for potential buyer for McFarland Road property. Telephone conference with Mr. Huntsberger, Trustee. Prepare and send email to Mr. Wendling regarding status. | 0.80 | $220.00 |
| 12/07/15 | | TMO | Telephone conference with Mr. Wendling. Telephone conference with attorney Hoyt (attorney for potential purchase of McFarland Road property) regarding case. Review and print email message from attorney Hoyt. Review and print email message from Trustee regarding McFarland Road property. | 0.60 | $165.00 |
| 12/08/15 | | TMO | Prepare and send email to Mr. Hoyt, attorney for potential purchaser of McFarland Road property. Instructions to legal assistant regarding follow up with Mr. Hoyt, Trustee and Mr. Wendling. | 0.20 | $55.00 |
| 12/09/15 | | TMO | Review and print email message from Mr. Hoyt, with attached Preliminary Title Report and Affidavit and Indemnity Construction. Review and notate. Compare Preliminary Title Report versus 2013 | 0.90 | $247.50 |

A late payment charge of 1 1/2% per month will be added to the balance due on regular and deferred amounts more than 30 days overdue.
Hutchinson, Cox, Coons, Orr & Sherlock, P.C.       Phone: (541) 686-9160   FAX: (541) 343-8693

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | Title Insurance Policy. Prepare issues list. Review file for relevant documents. | | |
| 12/09/15 | TMO | Prepare and send email to Mr. Scott, debtor's attorney regarding McFarland Real property. Analysis of legal issues. Prepare and send email to Mr. Scott and Mr. Hoyt. Instructions to legal assistant. | 1.20 | $330.00 |
| 12/10/15 | TMO | Review and print email message from Mr. Scott. Review and respond to email message from Mr. Scott. | 0.10 | $27.50 |
| 12/11/15 | TMO | Review and print email message from Mr. Wendling. Review and print email message from Mr. Risinger. Review and respond to email message from Mr. Wending. Review PACER regarding bankruptcy case status. Telephone conference with attorney Scott, attorney for debtor, regarding case. Review file. Preparation for conference with Mr. Wendling and Mr. Risinger. Telephone conference with Mr. Wendling and Mr. Risinger. | 1.20 | $330.00 |
| 12/11/15 | TMO | Work on contact information for Nusbaum Farms and South Valley Seed Cleaners. Telephone conference with attorney Churnside, attorney for John Boyer regarding case. Draft pleading Motion and Order to Extend Discharge Date. Instructions to legal assistant regarding Proof of Claim. | 1.00 | $275.00 |
| 12/11/15 | LM | Draft Unopposed Motion and Order Extending Discharge Deadline. Send email to Anita Haworth and William Wendling regarding Proof of Claim. | 0.70 | $40.60 |
| 12/14/15 | TMO | Review and print email message from Bankruptcy Court. Review PACER. Print and review Amended Schedules and notice contingent claim vs. FCG. Notate. Leave detailed message for Mr. Scott, attorney for Joe Boyer. | 0.30 | $82.50 |
| 12/15/15 | TMO | Telephone conference with attorney Scott (attorney for Joe Boyer) regarding case. Review and print email message from attorney Wendling's paralegal, Anita regarding Proof of Claim. Review file regarding date to complete Proof of Claim and attached documents. Instructions to legal assistant regarding Proof of Claim. | 0.70 | $192.50 |
| 12/15/15 | LM | Revise Proof of Claim. Send email to William Wendling and Anita Haworth. | 0.60 | $34.80 |
| 12/16/15 | TMO | Review and print email message from Bankruptcy Court. Review PACER. Print and review Amended Schedules files on 12/15/15. Telephone conference with Mr. Scott. Preparation of file memo. Instructions to legal assistant regarding Proof of Claim. | 0.90 | $247.50 |
| 12/17/15 | TMO | Revise Order to Extend Discharge Date (by Stipulation). Draft letter to Mr. Scott, attorney for Debtor. Instructions to legal assistant. | 0.40 | $110.00 |
| 12/17/15 | LM | Draft Stipulated Order. Prepare letter to Loren Scott. | 0.60 | $34.80 |

WENDLING JR., WILLIAM E.                  Page 3
Account No.: 11949
File No.: 12184A

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 12/21/15 | TMO | Review original Proof of Claim from Mr. Wendling. Instructions to legal assistant. Review and print email message from Bankruptcy Court. Review PACER. Print and review notice to close case without entry of a discharge. | 0.20 | $55.00 |
| 12/21/15 | TMO | Review and print email message from Mr. Huntsberger regarding Trustee's Deed for McFarland Road property. Prepare and send email to attorney Ledgerwood, attorney for South Valley Seed Cleaner, with attachment. Leave detailed message for attorney Ledgerwood.. | 0.50 | $137.50 |
| 12/22/15 | TMO | Telephone conference with attorney Scott (attorney for Mr. Boyer) regarding case. Instructions to legal assistant. Telephone conference with attorney Ledgerwood (attorney for South Valley Seed Cleaner) regarding case. Review file. Draft letter to attorney Ledgerwood. Instructions to legal assistant. | 0.80 | $220.00 |
| 12/22/15 | TMO | Review file. Attempt to contact Mr. Nusbaum (no answer). Draft letter to Mr. Nusbaum, issuer of $43,000 check. Instructions to legal assistant. Attempt to contact Mr. Huntsberger, Trustee. Prepare and send email to Mr. Wendling. Telephone conference with client. Prepare and send email to Mr. Hoyt and Mr. Scott. Review and print email message from Mr. Wendling. Instructions to legal assistant regarding follow up matters. Review and print email message from Mr. Hoyt. Prepare and send email to Mr. Wendling. Review and print email message from Mr. Scott. Review and respond to email message from Mr. Scott. | 1.60 | $440.00 |
| 12/22/15 | LM | Prepare letter to Nusbaum Farms. Prepare letter to Garrett Ledgerwood. | 0.80 | $46.40 |
| 12/23/15 | TMO | Review and print email message from Mr. Scott, with attached, signed, Stipulated Order Extending Discharge Date. Instructions to legal assistant regarding Order Extending Discharge Date. Review and print email message from Mr. Scott regarding McFarland Road property. Prepare and send email to Mr. Wendling regarding Order Extending Discharge Date. | 0.50 | $137.50 |
| 12/23/15 | LM | File Stipulated Order Extending Discharge Deadline. | 0.20 | $11.60 |
| 12/28/15 | LM | Prepare letter to Trustee with request for MOC CDs. | 0.40 | $23.20 |
| 12/29/15 | TMO | Review and print email message from Mr. Wendling. Review and respond to email message from Mr. Wendling. Review PACER regarding status of Order Extending Discharge Date. Review and print email message from Mr. Huntsberger, Trustee. Review and print email message from Mr. Wendling. Review and respond to email message from Mr. Wendling. | 0.40 | $110.00 |
| 12/30/15 | TMO | Instructions to legal assistant regarding status of order extending discharge date. Review PACER. Print and review order extending discharge date. | 0.20 | $55.00 |

WENDLING JR., WILLIAM E.                                                                         Page 4
Account No.:  11949
File No.:     12184A

| 12/31/15 | TMO | Review correspondence from Nusbaum Farms, LLC. Prepare and send email to Mr. Wendling. | 0.30 | $82.50 |

|  |  | **Total Professional Fees:** | $3,711.40 |

**Hourly Rate Information**
LM    58.00
TMO   275.00

COSTS

| Postage Expense | 4.51 |
| Photocopy Expense | 2.60 |

|  | **Total Costs:** | $7.11 |
|  | **Total Current Charges:** | $3,718.51 |
|  | **Balance Brought Forward:** | $10,383.39 |
|  | **Payment on Account:** | $0.00 cr |

**TOTAL AMOUNT DUE**                                                                          $14,101.90



PO BOX 10886
EUGENE, OR 97440

PHONE (541) 686-9160
FAX (541) 343-8693

Federal Tax ID #93-0740691

Attorneys and
Counselors at Law

WILLIAM E. WENDLING JR.
ONE PENN MARK
11595 N. MERIDIAN ST. STE 701
CARMEL, IN 46032

| If paying by VISA or Mastercard please call or complete this section | |
|---|---|
| Card No. | Exp. Date |
| Cardholder Name: | Amount to Pay: |
| Cardholder Address: | Zip Code: |

Date: 12/04/2015
Billed through: 11/30/2015
Account No.: 11949
Invoice No.: 117326
Attorney: Thomas M. Orr

**Payment due by the 25th**

Re: **Boyer Bankruptcy**
File No.: **12184A**

## REGULAR ACCOUNT ACTIVITY

| | | |
|---|---|---|
| Balance Brought Forward | | $5,372.94 |
| Services Rendered | $4,780.90 | |
| Costs Advanced | $229.55 | |
| Finance Charges | $0.00 | |
| Payment on Account | | $0.00 |
| PLEASE PAY THIS AMOUNT UPON RECEIPT: | | $10,383.39 |

If you have questions regarding any transfer of trust funds to cover fees, please contact us within 5 days of billing date.
If payment is received after the date shown on this statement, payment will be reflected on next statement.

*************************************************************

### PROFESSIONAL SERVICES RENDERED                                     Hours

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/30/15 | TMO | Review file. Work on questions/issues/exhibits for Mr. Boyer's 341(a) hearing. | 3.10 | $852.50 |
| 10/30/15 | LM | Draft Motion for Relief. | 0.50 | $29.00 |
| 11/02/15 | TMO | Review and print email message from Mr. Risinger, with attached Boyer 2013 Loan Agreement (signed by all parties), 2013 Security Agreement, Boyer Loan Agreement 2014 (pages 13 & 14), and fax from Boyer regarding Land Rents. Represent client at first meeting of creditors - Joseph Boyer Bankruptcy. Analysis of legal issues regarding Ability of Bankruptcy Trustee to sell McFarland Rd. property under 11USC Section 363. | 2.30 | $632.50 |
| 11/02/15 | TMO | Finalize Motion for Relief from Automatic Stay - 26071 MacFarland Rd., Monroe, OR. Instructions to legal assistant. Prepare and send email to Mr. Wendling and Mr. Risinger. Prepare and send email to Mr. Wendling. Telephone conference with attorney Huntsberger, Bankruptcy Trustee regarding case. Prepare and send email to | 1.20 | $330.00 |

A late payment charge of 1 1/2% per month will be added to the balance due on regular and deferred amounts more than 30 days overdue.
Hutchinson, Cox, Coons, Orr & Sherlock, P.C.          Phone: (541) 686-9160   FAX: (541) 343-8693

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| | | attorney Huntsberger. | | |
| 11/02/15 | LM | Revise Motion for Relief. | 0.20 | $11.60 |
| 11/03/15 | TMO | Telephone conference with Mr. Huntsberger, Trustee. Instructions to legal assistant. Telephone conference with attorney Mr. Hoyt, attorney for Van Beck Dairy regarding possible purchase of McFarland Rd. property. Prepare and send email to Mr. Wendling regarding continued first meeting of creditors and potential Trustee's sale of the McFarland Road property. Review PACER regarding Order for Relief from Stay - Northwest Farm Credit Services. Print and review. Diary and calendar deadlines. Follow up dates regarding Motion for Relief from Stay and Non-Dischargeable of Debt. Instructions to legal assistant. | 1.10 | $302.50 |
| 11/03/15 | LM | Finalize and file Motion for Relief. | 0.60 | $34.80 |
| 11/04/15 | TMO | Review and print email message from Bankruptcy Court. Review PACER. Print and review Order and Notice of Time to File Claims. Diary and calendar claims deadline. Instructions to legal assistant regarding draft of Proof of Claim. | 0.50 | $137.50 |
| 11/06/15 | LM | Draft Proof of Claim. | 0.30 | $17.40 |
| 11/10/15 | TMO | Review and print email message from Mr. Churnside's assistant with attached copy of Mr. Churnside's 11/10 letter to Nusbaum Farms LLC. Notate. Prepare and send email to Mr. Wendling. Instructions to legal assistant. Telephone conference with Mr. Wendling. Preparation of file memo. Review file. Prepare and send email to Mr. Churnside. | 0.90 | $247.50 |
| 11/11/15 | TMO | Review and print email message from Mr. Churnside, attorney for John Boyer (x2). Review and print email message from Mr. Huntsberger, Bankruptcy Trustee. Prepare and send email to Mr. Wendling (x2). | 0.30 | $82.50 |
| 11/17/15 | TMO | Review file. Review PACER regarding status of Boyer bankruptcy. Prepare and send email to Mr. Wendling and Mr. Risinger. Preparation for continued first meeting of creditors. Complete analysis, questions list and exhibits. Review Proof of Claim. Draft letter to Mr. Wendling. Instructions to legal assistant. | 3.10 | $852.50 |
| 11/18/15 | TMO | Review and print email message from Mr. Risinger. Preparation for continued first meeting of creditors. Represent client at same. Preparation of file memo regarding legal issues following continued first meeting of creditors. | 2.50 | $687.50 |
| 11/18/15 | LM | Prepare letter to William Wendling. | 0.40 | $23.20 |
| 11/24/15 | TMO | Review file. Review PACER regarding case status. Draft Order for Relief from Automatic Stay regarding 26071 McFarland Road, Monroe, Oregon. Instructions to legal assistant regarding Order for Relief. | 1.00 | $275.00 |

WENDLING JR., WILLIAM E.                                                                                                  Page 3
Account No.: 11949
File No.: 12184A

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 11/24/15 | LM | Prepare and file Order for Relief. | 0.30 | $17.40 |
| 11/30/15 | TMO | Review and print email message from Bankruptcy Court. Review PACER. Print and review Order for Relief from Automatic Stay: 26071 McFarlan Rd., Monroe. Prepare and send email to Mr. Wendling regarding status of matter. Report on first meeting of creditors and Order for Relief from Automatic Stay. | 0.90 | $247.50 |

                                                 **Total Professional Fees:**        $4,780.90

**Hourly Rate Information**
LM       58.00
TMO     275.00

COSTS

| Description | Amount |
|---|---|
| 11/03/15 VISA Charge to Oregon Bankruptcy Court; Filing Fee - Motion for Relief | 176.00 |
| Postage Expense | 5.75 |
| Photocopy Expense | 47.80 |

                                           **Total Costs:**      $229.55

                                           **Total Current Charges:**      $5,010.45

                                           **Balance Brought Forward:**      $5,372.94

                                           **Payment on Account:**      $0.00 cr

**TOTAL AMOUNT DUE**                                                                                 $10,383.39



**Attorneys and Counselors at Law**

PO BOX 10886
EUGENE, OR 97440

PHONE (541) 686-9160
FAX (541) 343-8693

Federal Tax ID #93-0740691

| If paying by VISA or Mastercard please call or complete this section | |
|---|---|
| Card No. | Exp. Date |
| Cardholder Name: | Amount to Pay: |
| Cardholder Address: | Zip Code: |

WILLIAM E. WENDLING JR.
ONE PENN MARK
11595 N. MERIDIAN ST. STE 701
CARMEL, IN 46032

Date: 11/03/2015
Billed through: 10/29/2015
Account No.: 11949
Invoice No.: 116197
Attorney: Thomas M. Orr
**Payment due by the 20th**

Re: **Boyer Bankruptcy**
File No.: **12184A**

## REGULAR ACCOUNT ACTIVITY

| | | |
|---|---|---|
| Balance Brought Forward | | $0.00 |
| Services Rendered | $5,332.20 | |
| Costs Advanced | $40.74 | |
| Finance Charges | $0.00 | |
| Payment on Account | | $0.00 |
| **PLEASE PAY THIS AMOUNT UPON RECEIPT:** | | $5,372.94 |

If you have questions regarding any transfer of trust funds to cover fees, please contact us within 5 days of billing date. If payment is received after the date shown on this statement, payment will be reflected on next statement.

*********************************************************************

## PROFESSIONAL SERVICES RENDERED                                Hours

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/01/15 | TMO | Review and print email message from Loren Scott. Analysis of legal issues relating to bankruptcy. Review file. Prepare and send email to Mr. Wendling. Review and respond to email message from Loren Scott. Telephone conference with Mr. Wendling. Analysis of legal issues to Loren Scott. | 1.10 | $302.50 |
| 10/01/15 | TMO | Review and print email message from Loren Scott, with attachment regarding bankruptcy filing. Review PACER regarding status of bankruptcy case. Prepare and send email to Mr. Wendling. Diary and calendar first meeting of creditors. Instructions to legal assistant. | 0.40 | $110.00 |
| 10/05/15 | TMO | Review file. Instructions to legal assistant regarding Boyer bankruptcy. | 0.20 | $55.00 |
| 10/08/15 | TMO | Review and print email message from Bankruptcy Court. Review PACER. Print and review Schedules and Statement of Monthly Current Income. Notate (cursory). | 0.40 | $110.00 |

A late payment charge of 1 1/2% per month will be added to the balance due on regular and deferred amounts more than 30 days overdue.
Hutchinson, Cox, Coons, Orr & Sherlock, P.C.      Phone: (541) 686-9160   FAX: (541) 343-8693

WENDLING JR., WILLIAM E.  Page 2
Account No.: 11949
File No.: 12184A

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/09/15 | TMO | Telephone conference with attorney Don Churnside, attorney for John Boyer (Joe Boyer's father) regarding case. | 0.20 | $55.00 |
| 10/12/15 | TMO | Review file. Review bankruptcy schedules. Notate. Analysis of legal issues. Work on task outline. | 1.60 | $440.00 |
| 10/13/15 | TMO | Review 2013 and 2014 Loan Agreements and Deed of Trust. Notate. Review correspondence from attorney Churnside regarding John Buyer. Review UCC-1 and EFS filings to determine priorities in collateral. Notate. Review Motion for Relief from Stay filed by Deeve and Company and Northwest Farm Credit Service, PCA. Telephone conference with Brad Copeland. | 2.40 | $660.00 |
| 10/14/15 | TMO | Prepare and send email to Mr. Wendling with attached letter from Mr. Churnside. | 0.10 | $27.50 |
| 10/15/15 | TMO | Review file. Preparation for conference with Mr. Wendling, by phone. Telephone conference with Mr. Wendling. Work on preliminary data and causes for Motion for Relief from Automatic Stay regarding Monroe, OR real property. Identification of issues and data regarding "missing 2014 seed inventory". Prepare and send email to Mr. Wendling. Instructions to legal assistant. | 2.70 | $742.50 |
| 10/15/15 | TMO | Draft letter to Mr. Churnside, attorney for John Boyer (Joseph Boyer's father). Instructions to legal assistant. Leave detailed message for Mr. Huntsberger, Chapter 7 Trustee in the Joseph Boyer bankruptcy case. | 0.50 | $137.50 |
| 10/16/15 | TMO | Review file. Draft letter to Mr. Wendling. Instructions to legal assistant. | 0.30 | $82.50 |
| 10/05/15 | LM | File special notice request. | 0.20 | $11.60 |
| 10/16/15 | LM | Prepare letter to Don Churnside. | 0.30 | $17.40 |
| 10/16/15 | LM | Prepare letter to William E. Wendling, Jr. | 0.40 | $23.20 |
| 10/20/15 | TMO | Review file. Review PACER regarding Boyer Bankruptcy case status. Leave detailed message for Mr. Churnside, attorney for John Boyer. | 0.30 | $82.50 |
| 10/23/15 | TMO | Review correspondence from attorney Churnside (cursory). Prepare and send email to attorney Churnside. Instructions to legal assistant. | 0.30 | $82.50 |
| 10/26/15 | TMO | Review and print email message from Mr. Scott, with attached Real Property Tax Statement for Mr. Boyer. Review and respond to email message from Mr. Scott. Review file regarding demand letters from Mr. Churnside. Analysis of legal issues. Telephone conference with Mr. Wendling. Telephone conference with attorney Scott regarding case. Prepare and send email to attorney Scott. Telephone conference with attorney Churnside regarding case. Telephone conference with attorney Copeland regarding case. | 1.70 | $467.50 |
| 10/27/15 | TMO | Review and print email message from Mr. Scott. Prepare and send | 0.80 | $220.00 |

WENDLING JR., WILLIAM E.  Page 3
Account No.: 11949
File No.: 12184A

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | email to Mr. Wendling. Review file. Preparation for conference with Mr. Wendling, by phone. Telephone conference with attorney Wendling regarding case. | | |
| 10/27/15 | TMO | Review and print email message from Mr. Wendling's legal assistant, with attachments (x20). Review and notate. Analysis of legal issues. Prepare and send email to Mr. Wendling (x3). Review file regarding lending documents and appraisal of McFarland Rd. property. Prepare and send email to Mr. Huntsberger, Bankruptcy Trustee. Instructions to legal assistant. | 2.00 | $550.00 |
| 10/27/15 | TMO | Review and print email message from Mr. Wendling's legal assistant, with attachment showing loan balance on date of bankruptcy filing. Preparation of file memo. Telephone conference with Mr. Huntsberger, Bankruptcy Trustee. Preparation of file memo. Telephone conference with Fidelity National Title regarding Judicial Foreclosure Guarantee. | 0.70 | $192.50 |
| 10/28/15 | TMO | Review and print email message from Mr. Wendling. Review and respond to email message from Mr. Wendling. Review and print email message Mr. Risinger. Prepare and send email to Mr. Wendling and Mr. Risinger regarding 10/28 conference call and first meeting of creditors. Draft Motion for Relief from Automatic Stay regarding 26071 McFarland Rd, Monroe, OR. Instructions to legal assistant. | 1.50 | $412.50 |
| 10/28/15 | TMO | Review and print email message from Mr. Wendling regarding Foreclosure Guarantee for McFarland Road property. Instructions to legal assistant. | 0.20 | $55.00 |
| 10/29/15 | TMO | Review and print email message from Mr. Wendling. Review and print email message from Mr. Risinger regarding questions and issues for 341(a) exam of Mr. Boyer. Notate. Review file. Preparation for conference by phone with Mr. Wendling and Mr. Risinger. Preparation of file memo. Prepare and send email to Mr. Wendling and Mr. Risinger regarding summary of 10/29 conference call. Instructions to legal assistant. Preparation of file memo regarding voice message from John Boyer. Review and print email message from Mr. Churnside. | 1.70 | $467.50 |
| 10/29/15 | TMO | Review and print email message from Mr. Scott regarding Nusbaum check. | 0.10 | $27.50 |

Total Professional Fees: $5,332.20

**Hourly Rate Information**
LM    58.00
TMO   275.00

**COSTS**

Postage Expense                                                                 1.94

WENDLING JR., WILLIAM E.  
Account No.: 11949  
File No.: 12184A

Page 4

| | |
|---|---:|
| Photocopy Expense | 0.80 |
| File Opening; conflict of interest check (manual & computer); file folder prep; setting up account in computer. | 38.00 |
| **Total Costs:** | $40.74 |
| **Total Current Charges:** | $5,372.94 |
| **Balance Brought Forward:** | $0.00 |
| **Payment on Account:** | $0.00 cr |

**TOTAL AMOUNT DUE** $5,372.94