| TELEPHONE | THE LAW OFFICE OF | FAX |
| (217) 425-4082 | **RICHARDSON & ERICKSON** | (217) 424-5188 |

132 SOUTH WATER STREET, SUITE 444
DECATUR, ILLINOIS 62523

JEFFREY D. RICHARDSON
jdrdec@aol.com

ANDREW S. ERICKSON
a.erickson@jdrlawoffice.com

LAURA E. RICHARDSON
lauraerichardson@hotmail.com

January 8, 2016

# EXHIBIT B

VIA E-MAIL and
REGULAR MAIL

Mr. William Wendling
Campbell, Kyle, Proffitt LLP
Attorneys at Law
One Penn Mark
11595 North Meridian Street, Suite 701
Carmel, IN 46032

Re: FarmGrowCap, LLC vs. RJW Williams Farms, Inc., et al, No. 15-L-1

Dear Bill:

    Following up our telephone conversation on Thursday, I am updating you on the status of my firm's time and expenses in the case commencing January 16, 2015 and running through yesterday. The total attorney's fees were $4,991.00 and total expenses were $436.08. I have received two payments totaling $3,788.10 leaving a balance due of $1,638.98. All the back up documents are attached.

    If you have any questions, please give me a call.

Very truly yours,

*[signature: Jeff Richardson]*

JDR/jlm
Enclosures

| Selection Criteria | |
|---|---|
| Slip.Classification | Open |
| Slip.Transaction Dat | 1/1/2015 - 1/8/2016 |
| Clie.Selection | Include: FarmGrow-Wendli |

Rate Info - identifies rate source and level

| Slip ID / Dates and Time / Posting Status / Description | Timekeeper / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|
| Extra: none | | | | |
| 83742<br>7/20/2015<br>Billed   G:24554<br>Review correspondence re status of case between receiver and David Cox; e-mail to Jim Knauer re Thursdays conf. call. | TIME<br><br>7/31/2015 | JDR<br>Correspondence<br>FarmGrow-Wendli | 0.20<br>0.00<br>0.00<br>0.00 | 275.00<br>C@1 | 55.00 |
| 83762<br>7/22/2015<br>Billed   G:24554<br>Various calls and e-mails about conf. call tomorrow with the Judge including call to the Judge and calls to Jim Knauer. | TIME<br><br>7/31/2015 | JDR<br>Correspondence<br>FarmGrow-Wendli | 0.40<br>0.00<br>0.00<br>0.00 | 275.00<br>C@1 | 110.00 |
| 83787<br>7/23/2015<br>Billed   G:24554<br>Tel. call Jim Evans; tel. call David Cox; two tel. calls to Steve Blakely's off; participate in conf. call with Court and interested parties; follow up call to Steve Blakely following conf. call; prepare notice of hearing indicating this case has been set for a tel. conf. call on October 21 at 8:45 with plaintiff's attorney, James Knauer to provide call in numbers and initiate tel. conf. | TIME<br><br>7/31/2015 | JDR<br>Correspondence<br>FarmGrow-Wendli | 0.50<br>0.00<br>0.00<br>0.00 | 275.00<br>C@1 | 137.50 |
| 84043<br>7/31/2015<br>Billed   G:24554<br>Copying cost - 20 copies | EXP<br><br>7/31/2015 | JDR<br>$Photocopies<br>FarmGrow-Wendli | 20 | 0.15 | 3.00 |
| 84973<br>10/22/2015<br>Billed   G:24767<br>E-mail to Jim Knauer; participate in tel. conf. call. | TIME<br><br>10/31/2015 | JDR<br>Correspondence<br>FarmGrow-Wendli | 0.30<br>0.00<br>0.00<br>0.00 | 275.00<br>C@1 | 82.50 |
| 85833<br>1/7/2016<br>Billed   G:24896<br>Participate in conf. call with judge, Bill Wendling and special counsel; follow up call with Bill Wendling; letter to Bill Wendling re FarmGrow's current bill to date. | TIME<br><br>1/8/2016 | JDR<br>Correspondence<br>FarmGrow-Wendli | 0.40<br>0.00<br>0.00<br>0.00 | 275.00<br>C@1 | 110.00 |

Total: 1

Billable                    1.80                498.00

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| | Unbillable<br>Total | 0.00<br>1.80 | | 0.00<br>498.00 |
| 85909    TIME<br>12/3/2015<br>Billed    G:24896    1/8/2016<br>Review pleadings, Tel. Conf., case continued to 1/7 @8:45. | LR<br>Correspondence<br>FarmGrow-Wendli | 0.30<br>0.00<br>0.00<br>0.00 | 170.00<br>C | 51.00 |

Total: None

| | Billable<br>Unbillable<br>Total | 0.30<br>0.00<br>0.30 | | 51.00<br>0.00<br>51.00 |
|---|---|---|---|---|

Total: none

| | Billable<br>Unbillable<br>Total | 2.10<br>0.00<br>2.10 | | 549.00<br>0.00<br>549.00 |
|---|---|---|---|---|

Grand Total

| | Billable<br>Unbillable<br>Total | 2.10<br>0.00<br>2.10 | | 549.00<br>0.00<br>549.00 |
|---|---|---|---|---|

# RICHARDSON & ERICKSON
Attorneys at Law
132 S. WATER STREET, SUITE 444
DECATUR, IL 62523

May 31, 2015

FarmGrowCap LLC
Attn: Mr. Jeffery Risinger
600 E. Carmel Drive, Suite 112
Carmel IN 46032

In Reference To: FarmCapGrow LLC vs. RJW Williams Farms, Inc.

Professional Services

|  | Amount |
|---|---:|
| 5/13/2015 JDR  Court appearance. | NO CHARGE |
| For professional services rendered | $0.00 |
| Additional Charges : | |
| 5/31/2015 Copying cost - 17 copies | 2.55 |
| Total costs | $2.55 |
| Total amount of this bill | $2.55 |
| Previous balance | $1,087.43 |
| Balance due | $1,089.98 |