FarmGrow Cap, LLC  
c/o Campbell Kyle Proffitt, LLP  
111595 N. Meridian St., Ste. 701  
Carmel IN 46032  

Page: 1  
February 09, 2016  
ACCOUNT NO: 150031-01M  
INVOICE NO: 2  

ATTN: William E. Wendling, Jr.

# EXHIBIT C

re: RJW Williams Farm, Inc.

DRAFT STATEMENT

[ ] **Bill & Mail** this statement as is/as modified  
[ ] **Return** to _____ for letter  
[ ] Prepare for sending **VIA EMAIL**  
[ ] **HOLD**/Do not send  
[ ] Send only **previous** balance  
[ ] **Close** File (only closed if paid in full or balance is written off)  
[ ] **Pay** this invoice from **TRUST**  
[ ] Other: _____

| Date | | Description | Rate | HOURS | | |
|---|---|---|---|---|---|---|
| 02/03/2015 | JAK | Call with Jeff Richardson on case filing issues; call with Jeff Risinger on case; post filing call with J Richardson and email to J Risinger re same | 395.00 | 0.60 | | 38 |
| 02/04/2015 | JAK | Meeting with M Stafford to discuss case issues | | 0.20 | N/C | 39 |
| | JAK | Conference call with Jeff Risinger and James Hamstra | 395.00 | 0.80 | | 40 |
| | JAK | FarmGrowCap regarding: Hardes Conference call with Jeff Risinger and James HAmstra to discuss potential lending transaction | 395.00 | 0.80 | | 44 |
| 02/09/2015 | JAK | Long call with Steve Blakely (counsel for FFB&T) concerning case and borrowing history of Williams | 395.00 | 0.40 | | 41 |
| 03/02/2015 | JAK | Call from Jeff Richardson to review status of service on all defendants and discuss strategy to cure service defects relating to company service | 395.00 | 0.20 | | 47 |
| 03/13/2015 | JAK | Call from Jeff Richardson to advise that Cox has moved for change of judge | 395.00 | 0.20 | | 48 |
| 03/16/2015 | JAK | Call from J Richardson to advise of new judge and continuance of hearing; review of docket from Topflight Grain Cooperative case and email comments to Jeff Risinger | 395.00 | 0.40 | | 49 |
| 03/23/2015 | JAK | Call from Jeff Richardson to explain court funding issue as affecting all court reporters and hearing delays; call with Jeff Risinger and explain court funding issues | 395.00 | 0.30 | | 50 |
| 03/31/2015 | JAK | Status call with Jeff Risinger | 395.00 | 0.20 | | 52 |

FarmGrow Cap, LLC

re: RJW Williams Farm, Inc.

Page: 2
February 09, 2016
ACCOUNT NO:   150031-01M
INVOICE NO:              2

| Date | | | Rate | HOURS | |
|---|---|---|---|---|---|
| 04/01/2015 | JAK | Conf with M DeGroff on preparing response to motion to dismiss | 395.00 | 0.30 | 66 |
| 04/06/2015 | JAK | Prepare deposition request to Williams counsel and call to local on deposition notice and location issues | 395.00 | 0.20 | 67 |
| 04/07/2015 | JAK | Call with J Risinger concerning Cox response to email concerning sales and remittances during the past moth | 395.00 | 0.20 | 68 |
| 04/08/2015 | JAK | Meeting with Melissa to discuss reply to motion to dismiss | 395.00 | 0.30 | 69 |
| | JAK | Callback from J Richardson on hearing date | 395.00 | 0.10 | 70 |
| 04/15/2015 | JAK | Email exchange with D Cox on hearing and extension to respond to motion to dismiss | 395.00 | 0.20 | 71 |
| 04/16/2015 | JAK | Call with Jeff Risinger concerning changes to schedules of receipts for 2013 and 2014 payments | 395.00 | 0.20 | 77 |
| 04/17/2015 | JAK | Review of FFB&T Answer to Complaint | 395.00 | 0.50 | 78 |
| 04/20/2015 | JAK | Review of answer of FFB&T | 395.00 | 0.40 | 79 |
| 04/24/2015 | JAK | Call from J Risinger to advise of SEC action; review of online docket, orders and complaint to determine existence of restrictions on our actions as counsel | 395.00 | 0.70 | 81 |
| 04/27/2015 | JAK | Call from J Richardson on hearing and motion to disqualify counsel; also discuss SEC action as affecting case status | 395.00 | 0.20 | 82 |
| | JAK | Call with Jeff Risinger | 395.00 | 0.10 | 83 |
| 04/29/2015 | JAK | Email from J Richardson on conflict issue | 395.00 | 0.20 | 84 |
| 04/30/2015 | JAK | Work on rewrite of Motion to Dismiss | 395.00 | 1.50 | 86 |
| 05/01/2015 | JAK | Finalize response to motion to dismiss | 395.00 | 0.50 | 91 |
| | JAK | To court for Receiver hearing | 395.00 | 1.30 | 92 |
| 05/04/2015 | JAK | Review of Federal Receiver law on personal jurisdiction and possible refiling of case in Indpls | 395.00 | 0.80 | 93 |
| 05/05/2015 | JAK | Research on 28 USC 754 and 1692 as allowing | | | |

FarmGrow Cap, LLC

re: RJW Williams Farm, Inc.

Page: 3
February 09, 2016
ACCOUNT NO:    150031-01M
INVOICE NO:    2

| Date | Atty | Description | Rate | HOURS | | |
|---|---|---|---:|---:|---:|---:|
| | | Illinois action to be dismissed and refiled | 395.00 | 1.30 | | 94 |
| 05/06/2015 | JAK | Email statutes and case law to Receiver for further discussion | 395.00 | 0.30 | | 95 |
| 05/07/2015 | JAK | Call and email with W Wendling and his counsel regarding hiring of KGR; call to Rob Moye of SEC re same; respond to receiver's questions concerning filing per 28 USC 754 | 395.00 | 0.50 | | 96 |
| | JAK | meeting with M De Groff on results of call to USDC in Illinois; discuss questions concerning filing issues per 28 USC 754 | 395.00 | 0.50 | | 97 |
| | JAK | Review and revise:<br><br>1. Motion to partially lift litigation stay and order<br>2. Motion to employ KGR as special counsel<br>3. Engagement Letter | 395.00 | 1.50 | | 98 |
| 05/08/2015 | JAK | Work on finalizing stay relief motion and order; create affidavit of counsel for receiver; revise Receiver's motion to engage Special Counsel and Order; call to local counsel re same; revise notice of appointment of receiver for filing in various districts; call with M De Groff on advice from clerk's office | 395.00 | 3.00 | | 99 |
| 05/11/2015 | JAK | Long call with J Richardson to discuss this week's hearing, the litigation stay notice, status Receiver hiring KGR and Richardson as special counsel | 395.00 | 0.30 | | 100 |
| | | James A. Knauer | | 19.00 | 7,505.00 | |
| 01/14/2015 | MJD | FarmGrowCap: discuss background and plan for proceeding with James Knauer; research Illinois lis pendens requirements. | 280.00 | 0.80 | | 33 |
| 01/15/2015 | MJD | Farm Grow Cap: work on drafting complaint; multiple ecorrespondence with Jeffrey Risinger and extended telephone call with Mr. Risinger, James Hamstra and James Knauer regarding litigation strategy; research Illinois replevin law. | 280.00 | 8.20 | | 34 |
| 01/16/2015 | MJD | Research Illinois law on conversion; direct staff to request certified UCC searches from Illinois Secretary of State; multiple ecorrespondence with Jeff Risinger; continue drafting complaint; telephone call with and ecorrespondence to potential local counsel; discuss remaining issues with James Knauer. | 280.00 | 5.50 | | 35 |

FarmGrow Cap, LLC

Page: 4
February 09, 2016
ACCOUNT NO:   150031-01M
INVOICE NO:            2

re: RJW Williams Farm, Inc.

|            |     |                                                                                                                                                                                                                                                                                 | Rate   | HOURS |    |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------|-------|----|
| 01/19/2015 | MJD | FarmGrowCap: additional research regarding specific performance and conversion; draft additional counts of complaint; identify all documents to be used as exhibits.                                                                                                            | 280.00 | 3.20  | 36 |
| 01/20/2015 | MJD | FarmGrowCap: complete draft complaint and revise and edit same; direct staff to mark and index exhibits; ecorrespondence to and from Jeff Risinger regarding missing signatures and other issues; revise Mr. Risinger's affidavit and briefly discuss issues with James Knauer. | 280.00 | 6.00  | 37 |
| 01/21/2015 | MJD | Ecorrespondence from Jeff Risinger with fully executed documents; ecorrespondence from and to local counsel regarding pro hac vice and filing and service fees; draft two additional counts for complaint; extended telephone call with local counsel regarding pleadings forms, additional requirements. | 280.00 | 3.70  | 43 |
| 02/02/2015 | MJD | Voice mail message for, ecorrespondence to and brief telephone call with Jeff Risinger regarding necessity of original signatures.                                                                                                                                              | 280.00 | 0.30  | 25 |
| 02/03/2015 | MJD | Confer with James Knauer regarding filing; telephone call with and ecorrespondence to Jeff Richardson; submit out of state attorney affidavits to Illinois ARDC; ecorrespondence from Mr. Richardson and review TopFlight pleadings; ecorrespondence to Jeff Risinger with TopFlight pleadings and proof of complaint filing. | 280.00 | 0.90  | 28 |
| 02/05/2015 | MJD | Multiple ecorrespondence from and to Illinois attorney registration and discipline regarding foreign license admission and direct staff to complete same.                                                                                                                       | 280.00 | 0.20  | 30 |
| 02/12/2015 | MJD | Receive and briefly review UCC search results and direct staff to send a copy of same to Jeff Risinger; ecorrespondence to and from title company regarding remaining title search results. | 280.00 | 0.50  | 31 |
| 02/13/2015 | MJD | Ecorrespondence to Jeff Richardson regarding file-stamped Rule 707 statements.                                                                                                                                                                                                  | 280.00 | 0.20  | 32 |
| 02/24/2015 | MJD | Receive and review title commitment and schedule B documents for Macon County properties and ecorrespondence to Jeff Risinger regarding same.                                                                                                                                   | 280.00 | 0.60  | 42 |

FarmGrow Cap, LLC

re: RJW Williams Farm, Inc.

Page: 5
February 09, 2016
ACCOUNT NO: 150031-01M
INVOICE NO: 2

| Date | | Description | Rate | HOURS | |
|---|---|---|---|---|---|
| 03/30/2015 | MJD | Review notice to set hearing and consult with Jim Knauer regarding same; briefly review motion to dismiss filed by Williams' counsel. | 280.00 | 0.20 | 51 |
| 04/01/2015 | MJD | Briefly consult with Jim Knauer regarding defendants' motion to dismiss and telephone call to Jeff Richardson regarding response time; ecorrespondence to Jeff Risinger with copy of motion; work on response to motion to dismiss. | 280.00 | 1.80 | 54 |
| 04/06/2015 | MJD | Briefly discuss response to defendants' motion to dismiss with James Knauer. | 280.00 | 0.10 | 55 |
| 04/07/2015 | MJD | Research Illinois Uniform Commercial Code provisions regarding farm crops; analyze 2010 UCC; contact First Security Bank | 280.00 | 0.70 | 56 |
| 04/08/2015 | MJD | Ecorrespondence to Jeff Richardson regarding response to defendants' motion to dismiss; analyze UCC search results and research Illinois UCC rules regarding lien attachment to farm products and competing priorities. | 280.00 | 3.30 | 57 |
| 04/09/2015 | MJD | Extended telephone call with Jeff Richardson; work on response to motion to dismiss | 280.00 | 0.70 | 58 |
| 04/10/2015 | MJD | Telephone conference with Dan Schopp, ag banker with First Security Bank; work on drafting response | 280.00 | 1.30 | 59 |
| 04/12/2015 | MJD | Research Illinois law on motions to dismiss. | 280.00 | 1.50 | 60 |
| 04/13/2015 | MJD | Work on drafting memorandum of law in opposition to motion to dismiss; draft affidavit of Dan Schopp, ag lender for First Security Bank. | 280.00 | 6.70 | 61 |
| 04/14/2015 | MJD | Work on draft memorandum in opposition to motion to dismiss. | 280.00 | 1.50 | 62 |
| 04/15/2015 | MJD | Discussion with James Knauer regarding response to motion to dismiss, scheduling hearing; draft memorandum in opposition to motion to dismiss | 280.00 | 0.80 | 63 |
| 04/16/2015 | MJD | Research Illinois law; work on drafting memorandum of law in opposition to motion to dismiss. | 280.00 | 2.60 | 64 |
| 04/17/2015 | MJD | Work on response brief | 280.00 | 1.20 | 65 |
| 04/20/2015 | MJD | Work on drafting memorandum of law in | | | |

FarmGrow Cap, LLC

re: RJW Williams Farm, Inc.

Page: 6
February 09, 2016
ACCOUNT NO: 150031-01M
INVOICE NO: 2

| Date | | | Rate | HOURS | |
|---|---|---|---|---|---|
| | | opposition to motion to dismiss. | 280.00 | 0.50 | 72 |
| 04/21/2015 | MJD | work on response to motion to dismiss. | 280.00 | 0.40 | 73 |
| 04/22/2015 | MJD | Draft memorandum in opposition to motion to dismiss. | 280.00 | 2.40 | 74 |
| 04/23/2015 | MJD | Telephone call with Jeff Richardson; revise affidavit of Dan Schopp and send same to Mr. Schopp; draft affidavit of Jeffery Risinger and ecorrespondence with Mr. Risinger regarding same; finalize memorandum of law in opposition to motion to dismiss. | 280.00 | 7.00 | 75 |
| 04/24/2015 | MJD | Meet with Jeff Risinger regarding affidavit. | 280.00 | 0.10 | 76 |
| 04/27/2015 | MJD | Revise memorandum of law in opposition to motion to dismiss. | 280.00 | 1.00 | 80 |
| 05/01/2015 | MJD | Review and revise memorandum in opposition to motion to dismiss and direct staff to file and serve; review motion to disqualify Jeffrey Richardson. | 280.00 | 1.00 | 85 |
| 05/06/2015 | MJD | Consult with James Knauer regarding Receiver's desire to hire KGR to pursue Illinois litigation on behalf of Receiver; review Illinois court rules regarding voluntary dismissal; work on draft motion to hire KGR. | 280.00 | 0.80 | 88 |
| 05/07/2015 | MJD | Telephone call with US District Court clerk's office to obtain certified copies of complaint and order appointing receiver; draft motion to lift litigation stay as to FGC v. Williams et al; telephone call with clerk's office of US District Court for the Central District of Illinois regarding procedure for filing complaint and order appointing receiver; draft notice of filing for receiver to be filed in the Central District of Illinois. | 280.00 | 4.60 | 89 |
| 05/08/2015 | MJD | Review revised draft motion to lift litigation stay; travel to District Court clerk's office and meet with clerk regarding proper procedure for filing notice of receiver in another district and prepare documentation for same; telephone call to defendants' counsel regarding Wednesday's hearing; review multiple ecorrespondence with Receiver and his counsel; review Piatt County docket and provide copy of same to Receiver; submit notice of receiver filing to USDC for the | | | |

FarmGrow Cap, LLC
Page: 7
February 09, 2016
ACCOUNT NO: 150031-01M
INVOICE NO: 2

re: RJW Williams Farm, Inc.

| Date | TK | Description | Rate | HOURS | | |
|---|---|---|---|---|---|---|
| | | Central District of Illinois. | 280.00 | 1.60 | | 90 |
| 05/19/2015 | MJD | Receive docket update from Court, review and direct staff to calendar hearing date. | 280.00 | 0.10 | | 101 |
| 10/22/2015 | MJD | Participate in telephonic status conference with Illinois state court. | 280.00 | 0.20 | | 102 |
| 01/07/2016 | MJD | Initiate and participate in telephonic status hearing with Illinois state court. | 280.00 | 0.30 | | 104 |
| 02/01/2016 | MJD | Review ecorrespondence regarding status conference in Illinois state court, and direct staff to confirm with Court regarding call-in. | 280.00 | 0.10 | | 105 |
| | | Melissa J. De Groff | | 72.60 | 20,328.00 | |
| 03/31/2015 | JLW | Research regarding interpretation of 735 ILCS 5/2-1003(b); Draft email memorandum regarding the same. | 255.00 | 1.00 | | 53 |
| 04/24/2015 | JLW | Review and revise motion to dismiss; Conference with S. Steele regarding request to admit and documents regarding notice of personal liability. | 255.00 | 1.00 | | 87 |
| | | Jennifer L. Watt | | 2.00 | 510.00 | |
| 02/04/2015 | ADS | Telephone call with Jim Knauer, Jeff Richardson and James Hanstrom regarding case strategy and ADM claim. | 215.00 | 0.80 | | 46 |
| | | Amanda D. Stafford | | 0.80 | 172.00 | |
| 10/22/2015 | TJF | Research email addresses for parties for conference call; call to J. Knauer regarding call attendance; draft email to parties including conference call-in information; | 95.00 | 1.00 | | 103 |
| | | Tammy J. Froelich | | 1.00 | 95.00 | |
| | | FOR CURRENT SERVICES RENDERED | | 95.40 | 28,610.00 | |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| James A. Knauer | 19.00 | $395.00 | $7,505.00 |
| Melissa J. De Groff | 72.60 | 280.00 | 20,328.00 |
| Jennifer L. Watt | 2.00 | 255.00 | 510.00 |
| Amanda D. Stafford | 0.80 | 215.00 | 172.00 |
| Tammy J. Froelich | 1.00 | 95.00 | 95.00 |

FarmGrow Cap, LLC

re: RJW Williams Farm, Inc.

Page: 8
February 09, 2016
ACCOUNT NO:    150031-01M
INVOICE NO:    2

|            |                                                                      |           |    |
|------------|----------------------------------------------------------------------|-----------|----|
|            | Reproduction of documents                                            | 122.34    |    |
|            | Mailing expense                                                      | 18.82     |    |
|            | TOTAL EXPENSES                                                       | 141.16    |    |
|            |                                                                      |           |    |
| 05/07/2015 | Pacer Service Center docket retrieval .                              | 0.20      | 47 |
| 05/07/2015 | Pacer Service Center docket retrieval                                | 0.70      | 48 |
| 05/07/2015 | Pacer Service Center docket retrieval                                | 3.90      | 49 |
| 05/08/2015 | Pacer Service Center docket retrieval                                | 2.50      | 50 |
| 05/08/2015 | Pacer Service Center docket retrieval                                | 0.10      | 51 |
| 11/30/2015 | Pacer Service Center docket retrieval                                | 1.50      | 54 |
|            | Pacer Service Center docket retrieval                                | 8.90      |    |
| 01/30/2015 | Title fees - Meridian Title Corporation                              | 1,500.00  | 56 |
| 02/23/2015 | Title Commitment - Meridian Title Corporation, South Bend, IN        | 500.00    | 26 |
|            | Title Commitment                                                     | 2,000.00  |    |
| 01/16/2015 | FarmGrowCap, LLC - UCC Search Fee - Illinois Secretary of State      | 10.00     | 27 |
| 01/16/2015 | FarmGrowCap, LLC - UCC Search Fee - Illinois Secretary of State      | 10.00     | 28 |
| 01/16/2015 | FarmGrowCap, LLC - UCC Search Fee - Illinois Secretary of State      | 10.00     | 29 |
|            | UCC Search and/or Browse Fee and Copies                              | 30.00     |    |
| 05/08/2015 | Filing Fee                                                           | 46.00     | 46 |
|            | Filing Fee                                                           | 46.00     |    |
| 05/07/2015 | Copies at Court - CLERK, U.S. DISTRICT COURT                         | 58.50     | 43 |
|            | Copies at Court                                                      | 58.50     |    |
| 03/13/2015 | Conference Call Fees - Intercall                                     | 0.23      | 31 |
| 07/23/2015 | Conference Call Fees - Intercall                                     | 10.18     | 52 |
| 10/22/2015 | Conference Call Fees - Intercall                                     | 7.70      | 53 |
| 12/03/2015 | Conference Call Fees - Intercall                                     | 8.16      | 55 |
|            | Conference Call Fees                                                 | 26.27     |    |
|            | TOTAL ADVANCES                                                       | 2,169.67  |    |
|            | TOTAL CURRENT WORK THIS STATEMENT                                    | 30,920.83 |    |
|            | PREVIOUS BALANCE                                                     | $15,669.39|    |
| 03/30/2015 | Trust Payment                                                        | -15,669.39| 2  |

re: RJW Williams Farm, Inc.

| | BALANCE DUE | $30,920.83 |

Your trust account balance is

| | Opening Balance | $0.00 |
|---|---|---|
| 03/24/2015 | Wire received | 15,669.39 |
| 03/30/2015 | Fees and expenses | |
| | PAYEE: KROGER GARDIS & REGAS, LLP | -15,669.39 |
| | Closing Balance | $0.00 |