US SEC v Veros Partners, Inc., et al

USDC Southern IN, Case No. 1:15-cv-00659-JMS-DJM

**EXHIBIT C**

Last updated:

*Blue & Co., LLC - (with assistance from Aliign, LLC as set forth in engagement letter)*

Quarter Period: 01/1/16 - 03/31/16

5/24/2016

By: agh

| Description | Amount Due | Invoice Time Period | Invoice No. | Due Date | SEC Task No. | SEC Receivership - Quarter Period | Note: | Total Accounting fees this Quarter |
|---|---|---|---|---|---|---|---|---|
| Veros PP - FarmGrowCap LLC | $9,451.80 | 1/1/2016 - 1/31/2016 | 10466339 | 2/28/2016 | 13 | 2016 - 1st quarter | To be submitted with Receiver's 2016 1st quarter fee app | |
| Veros Partners Receivership General Consulting | $5,026.00 | 1/1/2016 - 1/31/2016 | 10466342 | 2/28/2016 | 13/14 | | | |
| Veros Partners Receivership General Consulting | $6,030.60 | 2/1/2016 - 2/29/2016 | 10468517 | 4/2/2016 | 14 | | | |
| Veros PP - FarmGrowCap LLC | $1,633.00 | 2/1/2016 - 2/29/2016 | 10468518 | 4/2/2016 | 13/14 | | | |
| Veros PP - Blue Crop Group LLC - Midwest Interim | $432.00 | 2/1/2016 - 2/29/2016 | 10468519 | 4/2/2016 | 14 | | | |
| Veros PP -Veros Craft Brew II, LLC | $700.00 | 3/1/2016 - 3/30/2016 | 10470049 | 4/29/2016 | 14 | | | |
| Veros PP - Midwest Blueberry Farms, Inc. | $3,500.00 | 3/1/2016 - 3/30/2016 | 10470051 | 4/29/2016 | 14 | | | |
| Veros PP -Veros Craft Brew III, LLC | $500.00 | 3/1/2016 - 3/30/2016 | 10470052 | 4/29/2016 | 14 | | | |
| Veros PP -Veros Craft Brew, LLC | $500.00 | 3/1/2016 - 3/30/2016 | 10470053 | 4/29/2016 | 14 | | | |
| Veros Partners Receivership General Consulting | $5,007.86 | 3/1/2016 - 3/30/2016 | 10470055 | 4/29/2016 | 14 | | | |
| Veros PP - Rockdale Holding, LLC | $950.00 | 3/1/2016 - 3/30/2016 | 10471706 | 4/29/2016 | 14 | | | |
| Veros PP - 702 North Holding, LLC | $900.00 | 3/1/2016 - 3/30/2016 | 10471717 | 4/29/2016 | 14 | | *Blue & Co. sub-total:* | *$34,631.26* |
| Aliign - Receivership General Consulting* | $1,897.00 | 1/1/2016 - 1/31/2016 | 13406306 | 3/4/2016 | 13 | 2016 - 1st quarter | forensic accounting services | |
| *Plus $55 fees for QuickBooks hosting for January 2016; balance of $1,897 is for time spent | $55.00 | | | | 13 | | | |
| Aliign - Veros PP - Blue Crop Group LLC | $271.00 | | 13406317 | | 13 | | | |
| Aliign - Veros PP - HF Land GP Secured Loans | $51.00 | | 13406331 | | | | | |
| Aliign - Veros PP - Rockdale Holding, LLC | $78.00 | | 13406334 | | | | | |
| Aliign - Veros PP -StadiumRed | $78.00 | | 13406345 | | | | | |
| Aliign - Veros PP - True Blue Berry Mgmt LLC 2015 Secured Loans | $102.00 | | 13406311 | | 13 | | | |
| Aliign - Veros PP - True Blue Berry Mgmt Mezzanine | $102.00 | | 13406323 | | | | | |
| Aliign - Veros PP - Veros 702 North Holding, LLC | $78.00 | | 13406341 | | 13 | | | |
| Aliign - Veros PP - Veros JF Wild Holdings, LLC | $51.00 | | 13406314 | | | | | |
| Aliign - Veros PP - Veros Switch Holding, LLC | $51.00 | | 13406340 | | | | | |
| Aliign - Veros PP - Yeager of Frisco LLC | $78.00 | | 13406327 | | | | | |
| Aliign - Receivership General Consulting* | $1,212.00 | 2/01/2016 - 2/29/2016 | 13406479 | | 13 | | | |
| *Plus $55 fees for QuickBooks hosting for February 2016; balance of $1,212 is for time spent | $55.00 | | | | 13 | | | |
| Veros PP - Blue Crop Group LLC | $1,869.00 | | 13406525 | | 13 | | | |
| Aliign - Veros PP - FarmGrowCap LLC | $1,674.00 | | 13406522 | | 13 | | | |
| Aliign - Receivership General Consulting* | $842.00 | 3/01/2016 - 3/31/2016 | 13406723 | | 13 | | | |
| *Plus $55 fees for QuickBooks hosting for March 2016; balance of $842.00 is for time spent | $55.00 | | | | 13 | | | |
| Aliign - Veros PP - Blue Crop Group LLC | $2,402.00 | | 13406725 | | 13 | | | |
| Aliign - Veros PP - FarmGrowCap LLC | $361.00 | | 13406721 | | 13 | | | |
| Aliign - Veros PP - Jennings Design LLC | $155.00 | | 13406726 | | 13 | | | |
| Aliign - Veros PP - Rockdale Holding, LLC | $465.00 | | 13406722 | | 13 | | | |
| Aliign - Veros PP - Veros 702 North Holding, LLC | $363.00 | | 13406719 | | 13 | | | |
| **Total Fees:** | **$46,701.26** | | | | | | **Aliign sub-total:** | **$12,345.00** |
| **Total Expenses** | **$165.00** | | | | | | | |
| **Total Due for Period** | **$46,976.26** | **1/01/16 - 3/31/16** | | | **13** | **2016 - 1st quarter** | To be submitted with Receiver's 2016 1st quarter fee app | **$46,976.26** |



CPAs / ADVISORS

Veros Partners Receivership General Consulting
c/o Mr. William Wendling - Campbell Kyle Proffitt LLP
11595 N. Meridian St, Ste 701
Carmel, IN 46032

| | | | |
|---|---|---|---|
| | | **Invoice** | **10466342** |
| **Client No.** | 116486 | **Invoice Date** | 01/29/2016 |
| | | **Due Date** | 02/28/2016 |

Billing for the following services for the period January 1, 2016 through January 28, 2016:

Tax consulting, research on 468B and other miscellaneous tax research as requested by Receiver, 1099 filing research, conference calls/meeting with Receiver to discuss research / filings / 1099 matters, as follows:

Jerry Hammel (7.5 hours)**
Paul Roth (13.8 hours)**
Beth Harling (1.1 hours)**

5,026.00

**Reflects a 20% discount for services rendered as set forth in the Blue & Co.,LLC engagement letter with Mr. Wiliam E. Wendling, Jr. (Receiver).

**Total Due**      **5,026.00**

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

**Veros Partners Receivership - General Consulting**
**Invoice: 10466342**

| Employee Name | Entry Date | Task | Hours | Invoiced |
|---|---|---|---|---|
| Jerry Hammel | 1/12/2016 | Tax consulting - time related to research of 468B and specifically tax reporting by receiver. | 0.50 | 118.00 |
| Jerry Hammel | 1/18/2016 | Tax consulting - meet with Paul Roth and Beth Harling to discuss conclusions of tax filings for Receiver based on research conducted. | 0.75 | 177.00 |
| Jerry Hammel | 1/19/2016 | Tax consulting - follow up with Gwen Parker to discuss bookkeeping for Receiver bank account and the types of activity that are running through the account. | 0.50 | 118.00 |
| Paul Roth | 1/18/2016 | Tax consulting-Jerry Hammel and Beth Harling on Designated Settlement Account rules and research. | 0.50 | 110.00 |
| Paul Roth | 1/20/2016 | Tax consulting-Research tax filing requirements related to private placements for Receiver. | 3.00 | 660.00 |
| Jerry Hammel | 1/20/2016 | Tax consulting - perform additional research regarding tax filing requirements, draft email to Bill, Wendling, discuss email draft and add'l research with Paul Rother, and send email to Bill Wendling. | 1.00 | 236.00 |
| Jerry Hammel | 1/26/2016 | Tax consulting - read through email from Bill Wendling regarding questions received from Jeff Risinger. Pull receiver appointment document and discuss the questions with Paul Roth. | 0.25 | 59.00 |
| Paul Roth | 1/26/2016 | Tax consulting-Review defendant questions, review correspondence and court order at Receiver's request. | 2.50 | 550.00 |
| Paul Roth | 1/27/2016 | Tax consulting-468B research & speak with Gwen Parker regarding research. | 3.80 | 836.00 |
| Paul Roth | 1/28/2016 | Tax consulting-Phone discussion with Jerry Hammel regarding research on 468B. | 2.00 | 440.00 |
| Paul Roth | 1/28/2016 | Tax consulting-Phone conference with Bill Wendling, JT Loughmiller, Jerry Hammel & Gwen Parker to discuss tax research. | 2.00 | 440.00 |
| Jerry Hammel | 1/28/2016 | Tax consulting - additional research and discussion with Paul Roth re: receivership tax reporting requirments; mtg with Bill Wendling, Gwen Parker and JT Loughmiller to discuss findings, questions and additional discussion re 1099 reporting. | 3.50 | 826.00 |
| Jerry Hammel | 1/27/2016 | Tax consulting - review research performed by Paul Roth regarding receivership filing and phone discussion regarding the research and our conclusions. | 1.00 | 236.00 |
| Beth Harling | 1/5/2016 | Tax consulting meeting with Bill, Wendling Matt Haab, JT Loughmiller and Jerry Hammel to discuss tax filing requirements. | 0.65 | 130.00 |
| Beth Harling | 1/18/2016 | Discussion with Jerry Hammel and Paul Roth regarding468B research relating to receivership and tax filings. | 0.45 | 90.00 |
|  |  |  | 22.40 | 5,026.00 |



CPAs / ADVISORS

Veros PP - FarmCapGrow LLC
c/o Mr. William Wendling - Campbell Kyle Proffitt LLP
11595 N. Meridian St, Ste. 701
Carmel, IN 46032

| | **Invoice** | **10466339** |
|---|---|---|
| | **Invoice Date** | 01/29/2016 |
| **Client No.** 116551 | **Due Date** | 02/28/2016 |

Billing for the following services rendered for the period January 1, 2016 through January 29, 2016, as follows:

Forensic Accounting Services – review and analysis of Veros Farm Loan Holdings "VFLH" (2013) fund and FarmGrowCap "FGC" (2014) fund to familiarize with investors and balances. Services included:
- Calculate VFLH investor balances due, payments received, and roll-over balances (reflective of farm loan losses realized);
- Calculate FGC investor balances due, payments received (reflective of roll-forward reductions, claw backs, and farm loan losses realized);
- Calculate balances due to 2014 FCG investors as of date of SEC filing.
- Multiple meetings and/or conference calls with Receiver to explain analysis related to VFLH and FGC investor balances.
- Conference call / web meeting with SEC (and Receiver) to discuss VFLH and FCG analysis.

9,451.80

Jarit Loughmiller (40.05 hours)**

**Reflects a 20% discount for services rendered as set forth in the Blue & Co.,LLC engagement letter with Mr. Wiliam E. Wendling, Jr. (Receiver).

| **Total Due** | **9,451.80** |
|---|---|

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

**Veros PP - FarmGrowCap**
**Invoice: 1046639**

| Employee Name | Entry Date | Task | Hours | Invoiced |
|---|---|---|---|---|
| Jarit Loughmiller | 1/5/2016 | Forensics consulting-Meeting with Receiver and Matt Haab to discuss FCG and VFLH. | 2.50 | 590 |
| Jarit Loughmiller | 1/6/2016 | Forensics consulting - FCG and VFLH investor allocation report. | 4.50 | 1,062.00 |
| Jarit Loughmiller | 1/7/2016 | Forensics consulting - FCG and VFLH investor allocation report and analysis. | 2.50 | 590 |
| Jarit Loughmiller | 1/8/2016 | Forensics consulting - Expert report drafting summarizing VFLH and FGC calculations for Receiver. | 5.00 | 1,180.00 |
| Jarit Loughmiller | 1/12/2016 | Forensics consulting-prep materials for call w/ SEC to discuss FGC and VFLH; draft expert report summarizing analysis and calculations. | 2.10 | 495.6 |
| Jarit Loughmiller | 1/13/2016 | Forensics consulting - Meeting w/ Receiver / SEC to discuss analysis and prep for meeting. | 4.20 | 991.2 |
| Jarit Loughmiller | 1/15/2016 | Forensics consulting - FGC / VFLH analysis to reflect discussions with SEC and Receiver on 1.13.15. | 6.00 | 1,416.00 |
| Jarit Loughmiller | 1/18/2016 | Forensics consulting-update FCG and VFLH investor analysis for discussion last week w/ SEC and Receiver. | 2.00 | 472 |
| Jarit Loughmiller | 1/26/2016 | Forensics consulting - conference call with Receiver. | 0.50 | 118 |
| Jarit Loughmiller | 1/27/2016 | Forensics consulting-call w/ Receiver; FCG and VFLH analysis. | 3.25 | 767 |
| Jarit Loughmiller | 1/28/2016 | Forensics consulting-Meeting w/ Receiver; update FCG and VFLH analysis; 1099 analysis for FCG 2015 investors. | 6.50 | 1,534.00 |
| Jarit Loughmiller | 1/29/2016 | Forensics consulting - 1099 and FCG analysis for receiver. | 1.00 | 236 |
|  |  |  | 40.05 | 9,451.80 |



*CPAs / ADVISORS*

Veros Partners Receivership General Consulting
c/o Mr. William Wendling - Campbell Kyle Proffitt LLP
11595 N. Meridian St, Ste 701
Carmel, IN 46032

| | | **Invoice** | **10468517** |
|---|---|---|---|
| | | **Invoice Date** | 03/03/2016 |
| **Client No.** | 116486 | **Due Date** | 04/02/2016 |

Billing for the following services for the period February 1, 2016
through February 29, 2016, as follows:

Tax consulting / compliance matters at the request of the Receiver
including, but not limited to: meetings / conference calls to discuss tax
matters (compliance filings, constructive receipts, qualified
settlement fund tax treatment, etc.); research in support of entity tax
filing responsibility vs. Defendants filing responsibility, and various tax
consulting as requested by Receiver, as follows:

Jerry Hammel - Director (7.25 hours)**

Jarit Loughmiller - Director (0.50 hours)**

Donna Kellison - Director (0.10 hours)**

Paul Roth - Senior Manager (13.80 hours)**

Beth Harling - Senior Manager (1.35 hours)**

Staff (7.25 hours)**

6,030.60

**Reflects a 20% discount for services rendered as set forth in the Blue
& Co.,LLC engagement letter with Mr. Wiliam E. Wendling, Jr.
(Receiver).

| | |
|---|---|
| **Total Due** | **6,030.60** |

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

**Veros Partners Receivership - General Consulting**
**Invoice: 10468517**

| Employee Name | Entry Date | Task | Hours | Invoiced |
|---|---|---|---|---|
| Beth Harling | 2/16/2016 | Discussion regarding potential tax compliance responsibilities and returns to be prepared at request of the Receiver. | 0.45 | 90.00 |
| Evan Zondor | 2/25/2016 | Tax consulting and research in support of Receivers requests. | 0.75 | 66.00 |
| Jerry Hammel | 2/26/2016 | Other tax returns - mtg with Bill, Cari, Matt Haab and Jim Riesinger to go over TR '15 information for 11 tax returns. | 2.50 | 590.00 |
| Beth Harling | 2/25/2016 | Discussion with Jerry and Gwen regarding information for tax prep; discussion with Bridgette in prep for 2/26 meeting; with Evan on printing data | 0.90 | 180.00 |
| Bridgette Mugge | 2/25/2016 | Other tax returns - review of materials and returns in preparation for meeting with Receiver. | 0.50 | 62.00 |
| Jerry Hammel | 2/29/2016 | Other tax returns - touch base with Bridgette re priority of tax prep for various verso related returns. | 0.25 | 59.00 |
| Jerry Hammel | 2/29/2016 | Other tax returns - mtg with Bridgette and Paul Roth to go over income recognition questions for Blueberry Farm FarmCapGrow and related entities; discuss with Paul the memo needed for meeting with SEC to get QSF clarification. | 1.00 | 236.00 |
| Bridgette Mugge | 2/26/2016 | Other tax returns - meeting with Receiver to discuss tax matters, notes / write up of meeting. | 3.25 | 403.00 |
| Bridgette Mugge | 2/29/2016 | Other tax returns - Meet with Jerry & Paul and Notes write up | 2.75 | 341.00 |
| Jerry Hammel | 2/1/2016 | Tax consulting - mtg with JT and Gwen to discuss 1099 question for loan interest payments; discuss transaction with Paul Roth and determine scope of research necessary. | 1.00 | 236.00 |
| Jarit Loughmiller | 2/2/2016 | Tax consulting-1099 and construed receipts discussion with Paul Roth re: various private placements. | 0.50 | 118.00 |
| Paul Roth | 2/1/2016 | Tax consulting-1099 issues / research | 0.30 | 66.00 |
| Paul Roth | 2/2/2016 | Tax consulting-1099 & constructive receipt application | 1.00 | 220.00 |
| Jerry Hammel | 2/4/2016 | Tax consulting - review Paul's findings for 1099 research; look at PPM and entity structure for Paul and Gwen to understand borrower and lender relationship for 4 loans in question. | 1.00 | 236.00 |
| Paul Roth | 2/4/2016 | Tax consulting-Constructive receipt, review docs & meet with Jerry & Gwen | 4.30 | 946.00 |
| Paul Roth | 2/5/2016 | Tax consulting-Phone with Anne Poindexter to discuss constructive receipts and related tax matters. | 0.60 | 132.00 |
| Paul Roth | 2/5/2016 | Tax consulting-Review documents and phone call internally / with Receiver. | 2.00 | 440.00 |
| Paul Roth | 2/6/2016 | Tax consulting-Respond to Gwen questions & meet with Gwen | 1.00 | 220.00 |
| Paul Roth | 2/8/2016 | Tax consulting-Phone with Bill and write-up Constructive Receipt research | 1.60 | 352.00 |
| Paul Roth | 2/16/2016 | Tax consulting-Emails & desire to discuss research | 0.30 | 66.00 |
| Paul Roth | 2/17/2016 | Tax consulting-Review Risinger memo, IRC regs. & phone with Jerry & JT | 0.80 | 176.00 |
| Paul Roth | 2/17/2016 | Tax consulting-Phone with Receiver | 0.60 | 132.00 |
| Donna Kellison | 2/13/2016 | Tax consulting - EINs for Trusts research | 0.10 | 23.60 |
| Jerry Hammel | 2/17/2016 | Tax consulting - mtg with JT to discuss tax reporting questions Risinger has and call Bill to discuss; left message. | 0.50 | 118.00 |
| Jerry Hammel | 2/25/2016 | Other tax returns - mtg with Gwen and Beth to go over 14 tax returns, bookkeeping, etc to prepare for meeting tomorrow afternoon. | 1.00 | 236.00 |
| Paul Roth | 2/29/2016 | Tax consulting-Prepare for meeting on tax returns | 0.30 | 66.00 |
| Paul Roth | 2/29/2016 | Tax consulting-Meet with Bridgette and Jerry on tax returns and issues to resolve for SEC memo | 1.00 | 220.00 |
| | | | 30.25 | 6,030.60 |



CPAs / ADVISORS

Veros PP - Blue Crop Group LLC - Midwest Interim
c/o Mr. William Wendling - Campbell Kyle Proffitt LLP
11595 N. Meridian St, Ste. 701
Carmel, IN 46032

| **Invoice** | **10468519** |
|---|---|

| | | **Invoice Date** | 03/03/2016 |
|---|---|---|---|
| **Client No.** | 116511 | **Due Date** | 04/02/2016 |

Billing for the following services for the period February 1, 2016
through February 21, 2016:

Tax Compliance / Processing of investor 1099s for (Blue Crop Group
LLC - Midwest Interim)**

432.00

**Reflects a 20% discount for services rendered as set forth in the Blue
& Co.,LLC engagement letter with Mr. Wiliam E. Wendling, Jr.
(Receiver).

| **Total Due** | **432.00** |
|---|---|

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

**Veros PP - Blue Crop Group LLC - Midwest Interim**
**Invoice: 10468519**

| Employee Name | Entry Date | Task | Hours | Invoiced |
|---|---|---|---:|---:|
| Carson Lorts | 2/20/2016 | Clerical/typing/processing - Prepared 24 1099-INT and 3 1099-MISC | 1.20 | 112.47 |
| Beth Harling | 2/21/2016 | Detail review and change 1099s | 1.50 | 319.53 |
|  |  |  | 2.70 | 432.00 |



CPAs / ADVISORS

Veros PP - FarmGrowCap LLC
c/o Mr. William Wendling - Campbell Kyle Proffitt LLP
11595 N. Meridian St, Ste. 701
Carmel, IN 46032

| **Invoice** | **10468518** |
|---|---|

| | | **Invoice Date** | 03/03/2016 |
|---|---|---|---|
| **Client No.** | 116551 | **Due Date** | 04/02/2016 |

Billing for the following services for the period February 8, 2016
through February 20, 2016:

Tax consulting / compliance, including discussions, calls/meeting with
Receiver, and preparation of 1099s for FarmGrowCap LLC as follows:

Jarit Loughmiller - Director  (4.0 hours)**

Beth Harling - Senior Manager (2.4 hours)**

Staff (2.0 hours)**

|  | 1,633.00 |
|---|---|

**Reflects a 20% discount for services rendered as set forth in the Blue
& Co.,LLC engagement letter with Mr. Wiliam E. Wendling, Jr.
(Receiver).

| **Total Due** | **1,633.00** |
|---|---|

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

**Veros PP - FarmGrowCap**
**Invoice: 10468518**

| Employee Name | Entry Date | Task | Hours | Invoiced |
|---|---|---|---|---|
| Jarit Loughmiller | 2/8/2016 | Forensics consulting- call w/ Receiver regarding constructive receipts. | 0.50 | 121.10 |
| Jarit Loughmiller | 2/9/2016 | Forensics consulting-conf. call w/ Receiver. | 0.50 | 121.10 |
| Jarit Loughmiller | 2/16/2016 | Forensics consulting-update call w/ Receiver; discussion of open tax matters for compliance filing for various entities. | 1.50 | 363.30 |
| Jarit Loughmiller | 2/17/2016 | Forensics consulting-call w/ Receiver regarding tax matters. | 1.50 | 363.30 |
| Beth Harling | 2/20/2016 | Review and change 1099s | 2.00 | 410.51 |
| Beth Harling | 2/18/2016 | Print 1099 information and questions to Gwen | 0.40 | 82.10 |
| Carson Lorts | 2/19/2016 | Form 1099 - Prepared 35 Form 1099 | 1.90 | 171.59 |
| | | | 8.30 | 1,633.00 |


CPAs / ADVISORS

Veros PP - Veros Craft Brew II, LLC
c/o Mr. William Wendling - Campbell Kyle Proffitt LLP
11595 N. Meridian St, Ste. 701
Carmel, IN 46032

| **Invoice** | **10470049** |
|---|---|

| **Client No.** | 116505 | **Invoice Date** | 03/30/2016 |
|---|---|---|---|
| | | **Due Date** | 04/29/2016 |

Billing for the following services:

Tax compliance / preparation / filing services related to Veros Craft
Brew II, LLC**

700.00

**Reflects good faith discount extended to Receiver.

| **Total Due** | **700.00** |
|---|---|

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

**Veros Partners Receivership - Veros Craft Brew II, LLC**
**Invoice: 10470049**

| Employee Name | Entry Date | Task | Quantity | Billing |
|---|---|---|---|---|
| Bridgette Mugge | 3/22/2016 | Tax Return Preparation | 1.25 | 189.02 |
| Bridgette Mugge | 3/23/2016 | Tax Return Preparation- Includes Software Issue | 0.75 | 113.42 |
| Bridgette Mugge | 3/24/2016 | Tax Return Preparation | 0.25 | 37.80 |
| Jerry Hammel | 3/29/2016 | Tax return detail review | 1.25 | 359.76 |
| | | | | 700.00 |



CPAs / ADVISORS

Veros PP - Midwest Blueberry Farms, Inc.
Mr. William Wendling - Campbell Kyle Proffitt, LLP
11595 N. Meridian St., Ste. 701
Carmel, IN 46032

| **Invoice** | **10470051** |
|---|---|

| **Client No.** | 119571 | **Invoice Date** | 03/30/2016 |
|---|---|---|---|
| | | **Due Date** | 04/29/2016 |

Billing for the following services:

Tax consulting / compliance / preparation / filing services related to
Midwest Blueberry Farms, Inc.**

3,500.00

**Reflects good faith discount extended to Receiver.

| **Total Due** | **3,500.00** |
|---|---|

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

**Veros PP – Midwest Blueberry Farms, Inc.**
**Invoice: 10470051**

| Employee Name | Entry Date | Task | Quantity | Billing Price, Invoiced |
|---|---|---|---|---|
| Jerry Hammel | 3/9/2016 | Tax return detail review - questions from Bridgette re: activity for 2015 and reporting for June 30 2015 tax return. | 0.50 | 100.15 |
| Bridgette Mugge | 3/9/2016 | Tax Return Preparation - Phone calls & emails | 0.75 | 78.92 |
| Bridgette Mugge | 3/10/2016 | Tax Return Preparation - phone calls and emails | 0.75 | 78.93 |
| Bridgette Mugge | 3/11/2016 | Tax Return Preparation | 5.75 | 605.12 |
| Bridgette Mugge | 3/7/2016 | Tax Return Preparation -Includes setup with Renae & emails | 3.00 | 315.71 |
| Bridgette Mugge | 3/12/2016 | Tax Return Preparation | 3.50 | 368.33 |
| Jerry Hammel | 3/12/2016 | Tax return detail review - assist Bridgette with open questions regarding loan repayments | 1.50 | 300.44 |
| Jerry Hammel | 3/13/2016 | Tax return detail review of supporting workpapers and June 30, 2015 Federal and Michigan tax return; also researched 382 and LT tax exempt rate for NOL limitation. | 3.00 | 600.87 |
| Eric Jaske | 3/14/2016 | Tax return signature review - finalize with Bridgette and Paul | 2.00 | 339.48 |
| Kevin Umberger | 3/14/2016 | Tax Return Preparation - assist BM | 0.75 | 106.93 |
| Bridgette Mugge | 3/14/2016 | Tax Return Preparation - Includes Clearing Points & discussion with Paul, sec 382 | 5.75 | 605.12 |
| | | | | 3,500.00 |



CPAs / ADVISORS

Veros PP - Veros Craft Brew III, LLC
c/o Mr. William Wendling - Campbell Kyle Proffitt LLP
11595 N. Meridian St, Ste 701
Carmel, IN 46032

| | | |
|---|---|---|
| **Invoice** | | **10470052** |
| **Invoice Date** | | 03/30/2016 |
| **Client No.** 116506 | **Due Date** | 04/29/2016 |

Billing for the following services:

Tax compliance / preparation / filing services related to Veros Craft
Brew III, LLC**

500.00

**Reflects good faith discount extended to Receiver.

| | |
|---|---|
| **Total Due** | **500.00** |

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

**Veros PP - Veros Craft Brew III, LLC**
**Invoice: 10470052**

| Employee Name | Entry Date | Task | Quantity | Billing Price, Invoiced |
|---|---|---|---|---|
| Bridgette Mugge | 3/22/2016 | Tax Return Preparation | 0.75 | 129.17 |
| Bridgette Mugge | 3/23/2016 | Tax Return Preparation | 0.25 | 43.05 |
| Jerry Hammel | 3/29/2016 | Tax return detail review | 1.00 | 327.78 |
| | | | | 500.00 |



CPAs / ADVISORS

Veros PP - Veros Craft Brew, LLC
c/o Mr. William Wendling - Campbell Kyle Proffitt LLP
11595 N. Meridian St, Ste. 701
Carmel, IN 46032

| **Invoice** | **10470053** |
|---|---|

| **Client No.** | 116493 | **Invoice Date** | 03/30/2016 |
|---|---|---|---|
| | | **Due Date** | 04/29/2016 |

Billing for the following services:

Tax compliance / preparation / filing services related to Veros Craft Brew**

| | 500.00 |
|---|---|

**reflects good faith discount extended to Receiver.

| **Total Due** | **500.00** |
|---|---|

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

**Veros Partners Receivership - Veros PP - Veros Craft Brew, LLC**
**Invoice: 10470053**

| Employee Name | Entry Date | Task | Quantity | Billing Price, Invoiced |
|---|---|---|---|---|
| Bridgette Mugge | 3/22/2016 | Tax Return Preparation | 1.50 | 205.30 |
| Bridgette Mugge | 3/23/2016 | Tax Return Preparation | 0.25 | 34.21 |
| Jerry Hammel | 3/29/2016 | Tax return detail review | 1.00 | 260.49 |
| | | | | 500.00 |



Veros Partners Receivership General Consulting
c/o Mr. William Wendling - Campbell Kyle Proffitt LLP
11595 N. Meridian St, Ste 701
Carmel, IN 46032

| | | **Invoice** | **10470055** |
|---|---|---|---|
| | | **Invoice Date** | 03/30/2016 |
| **Client No.** | 116486 | **Due Date** | 04/29/2016 |

---

Billing for the following services for the period March 1, 2016
through March 24, 2016, as follows:

Tax consulting services related to meetings/calls with Counsel, as well
as memos summarizing matters in regards to: Qualified Settlement
Fund (research and tax treatment); 468B (research and tax
implications);
382 (research and tax implications) and related tax matters in support
of compliance services to be rendered to Veros entities.

Jerry Hammel - Director (1.0 hours)**

Paul Roth - Senior Manager (18.30 hours)**

Beth Harling - Senior Manager (0.4 hours)**

Staff (6.25 hours)**

5,250.00

**Reflects a 20% discount for services rendered as set forth in the Blue
& Co.,LLC engagement letter with Mr. Wiliam E. Wendling, Jr.
(Receiver).

| | |
|---|---|
| **Total Due** | **5,250.00** |

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

**Veros Partners Receivership General Consulting**
**Invoice: 10470055**

| Employee Name | Entry Date | Task | Quantity | Billing Price, Invoiced |
|---|---|---|---|---|
| Bridgette Mugge | 3/5/2016 | Other tax returns | 1.00 | 127.22 |
| Bridgette Mugge | 3/3/2016 | Other tax returns | 1.00 | 127.23 |
| Bridgette Mugge | 3/4/2016 | Other tax returns | 0.25 | 31.80 |
| Bridgette Mugge | 3/7/2016 | Other tax returns - Discuss set up and general questions | 0.50 | 63.61 |
| Bridgette Mugge | 3/14/2016 | Other tax returns - Set up rest of binders & insert workpapers from emails | 1.75 | 222.64 |
| Beth Harling | 3/18/2016 | Call to Bill W relating to tax question | 0.40 | 82.08 |
| Bridgette Mugge | 3/15/2016 | Other tax returns - Download K-1s and email Cari | 0.25 | 31.81 |
| Bridgette Mugge | 3/18/2016 | Other tax returns _ Move files from Aliign folders and input into binders | 0.50 | 63.61 |
| Bridgette Mugge | 3/23/2016 | Other tax returns- Meet with Gwen & call Cari about various returns | 1.00 | 127.22 |
| Jerry Hammel | 3/4/2016 | Tax consulting - SALT call with John Fencl for Bio-Nutrition Research, LLC (Bill Wendling requested and approved billing) | 0.50 | 121.07 |
| Paul Roth | 3/5/2016 | Tax consulting-QSF & t/r info. | 0.80 | 180.57 |
| Paul Roth | 3/10/2016 | Tax consulting-Review entities | 0.70 | 158.01 |
| Paul Roth | 3/11/2016 | Tax consulting-468B issues | 4.90 | 1,106.02 |
| Paul Roth | 3/12/2016 | Tax consulting-468B research and SEC issues | 5.50 | 1,241.45 |
| Paul Roth | 3/13/2016 | Tax consulting-468B issues research and letter | 0.60 | 135.43 |
| Paul Roth | 3/13/2016 | Tax consulting-Review FarmGrow docs | 2.90 | 654.58 |
| Paul Roth | 3/14/2016 | Tax consulting-Gwen on leases | 0.30 | 67.72 |
| Paul Roth | 3/14/2016 | Tax consulting-Separate meetings with JT on QSF issues and Bridgette on Midwest Blueberry Farms, Inc. | 1.30 | 293.43 |
| Paul Roth | 3/14/2016 | Tax consulting-382 election research & content review | 0.80 | 180.57 |
| Jerry Hammel | 3/18/2016 | Tax consulting - SALT discussion with Bill Wendling. | 0.50 | 121.07 |
| Paul Roth | 3/24/2016 | Tax consulting-Email Bill memo on QSFs, review memo and msg for Bill | 0.50 | 112.86 |
| | | | | 5,250.00 |



CPAs / ADVISORS

Veros PP - Rockdale Holding, LLC
Mr. William Wendling, Jr. - Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

## Invoice      10471706

| | | |
|---|---|---|
| **Client No.** | 116496 | |

| | |
|---|---|
| **Invoice Date** | 04/18/2016 |
| **Due Date** | 05/18/2016 |

Billing for the following services:

Tax compliance / preparation / filing services related to Veros PP -
Rockdale Holding, LLC**

950.00

**Reflects good faith discount extended to Receiver.

**Total Due**      **950.00**

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

**Veros PP - Rockdale Holding, LLC**
**Invoice: 10471706**

| Employee Name | Entry Date | Task | Hours | Invoiced |
|---|---|---|---|---|
| Bridgette Mugge | 3/22/2016 | Tax Return Preparation | 0.50 | 67.31 |
| Bridgette Mugge | 3/28/2016 | Workpaper Preparation | 0.75 | 100.98 |
| Bridgette Mugge | 4/8/2016 | Tax Return Preparation | 2.00 | 269.25 |
| Jerry Hammel | 4/10/2016 | Tax return detail review | 2.00 | 512.46 |
| | | | | 950.00 |



Veros PP - Veros 702 North Holding, LLC
Mr. William Wendling, Jr. - Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| **Invoice** | **10471717** |
|---|---|

| **Client No.** | 116500 | **Invoice Date** | 04/18/2016 |
|---|---|---|---|
| | | **Due Date** | 05/18/2016 |

Billing for the following services:

Tax compliance / preparation / filing services related to Veros PP -
Veros 702 North Holding, LLC**

900.00

**Reflects good faith discount extended to Receiver.

| **Total Due** | **900.00** |
|---|---|

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

**Veros PP - Veros 702 North Holding, LLC**
**Invoice: 10471717**

| Employee Name | Entry Date | Task | Quantity | Invoiced |
|---|---|---|---:|---:|
| Bridgette Mugge | 3/28/2016 | Workpaper Preparation | 0.25 | 34.32 |
| Bridgette Mugge | 4/8/2016 | Tax Return Preparation | 2.50 | 343.17 |
| Jerry Hammel | 4/10/2016 | Tax return detail review | 2.00 | 522.51 |
| | | | | 900.00 |



Veros Partners Receivership (Aliign)
c/o Mr. William Wendling – Campbell Kyle Proffitt LLP
11595 N. Meridian St, Ste. 701
Carmel, IN 46032

| | **Invoice** | **13406306** |
|---|---|---|

| | | **Invoice Date** | 2/4/2016 |
|---|---|---|---|
| **Client No.** | 116487 | **Due Date** | 3/5/2016 |

Billing for services rendered January 1, 2016 through January 31, 2016 related to Veros Partners Receivership as requested by Mr. William E. Wendling Jr. (Receiver) including:

| | |
|---|---|
| Forensic Accounting: Gwen Parker: 1/12/16: Discussion with Jarit Loughmiller and William Wendling Jr. on urgent bookkeeping and accounting needs (.66 hours) | 102.00 |
| Forensic Accounting: Gwen Parker: 1/19/16: Download of multiple files needed to assist with QuickBooks entry and reconciliations (.66 hours) | 102.00 |
| Forensic Accounting: Gwen Parker: 1/20/16: Assess needs related to 1099 reporting in regards to EIN numbers and bank ownership (.5 hours) | 78.00 |
| Forensic Accounting: Gwen Parker:1/22/16:Continued assessment and discussion with Cari Bonty in regards to 1099 reporting needs (1 hour) | 155.00 |
| Forensic Accounting: Gwen Parker: 1/25/16: Continued assessment and discussion with Cari Bonty in regards to 1099 reporting needs, along with review of entity information (2.5 hours) | 388.00 |
| Forensic Accounting: Gwen Parker: 1/26/16: Continued assessment and discussion with Cari Bonty in regards to 1099 reporting needs, along with discussions on ownership of bank accounts and general accounting questions for multiple files (1.75 hours) | 272.00 |
| Forensic Accounting: Gwen Parker: 1/27/16: Discussion with Jarit Loughmiller, William Wendling Jr., and Cari Bonty in regards to 1099 reportins (.75 hours) | 116.00 |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

| | |
|---|---:|
| Forensic Accounting: Gwen Parker: 1/28/16:  Meeting with Jerry Hammel and Paul Roth to discuss entity and loan activity, ownership, 1099 reporting and inquiry from Jeff Risinger; Meeting with Jerry Hammel, Jarit Loughmiller, and William Wendling Jr., to discuss entity and loan activity, ownership of bank accounts, and 1099 reporting responsibilities (3.25 hours) | 504.00 |
| Forensic Accounting: Gwen Parker: 1/29/16: Review of emails sent in regards to multiple entities and loans and discussion with Anne Poindexter in regards to 1099 reporting needs (1.16 hours) | 180.00 |
| QuickBooks hosting for the month of January 2016 ($55/month) | 55.00 |
| Reflects a 10% discount for services rendered as set forth in the Blue & Co LLC engagement letter with Mr. William E. Wendling Jr. | |

**Total Due**      **1,952.00**

AR AGING

| BALANCE 2/4/2016 | AFTER 2/4/2016 | AFTER 1/4/2016 | AFTER 12/4/2015 | AFTER 11/4/2015 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 1,558.34 | 153.86 | 14.48 | 425.00 | 965.00 | 0.00 | USD |

**Remit To:**
Allign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



*Where accounting expertise meets small business needs*

Veros PP - Blue Crop Group LLC (Aliign)
11595 N. Meridian St, Ste 701
Carmel, IN 46032

| | |
|---|---|
| **Invoice** | **13406317** |

| | | | |
|---|---|---|---|
| **Client No.** | 116573 | **Invoice Date** | 2/4/2016 |
| | | **Due Date** | 3/5/2016 |

Billing for services rendered January 1, 2016 through January 31, 2016 related to Veros PP - Blue Crop Group as requested by Mr. William E. Wendling Jr. (Receiver) including:

| | |
|---|---|
| Forensic Accounting:  Gwen Parker: 01/22/16: Discussion with Cari Bonty in regards to accounting/bookkeeping (1.25 hours) | 193.00 |
| Forensic Accounting:  Gwen Parker: 01/25/16: Download an verification of QuickBooks file provided to Campbell, Kyle & Proffitt from Matt Haab (.5 hours) | 78.00 |

Reflects a 10% discount for services rendered as set forth in the Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

| | |
|---|---|
| **Total Due** | **271.00** |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



Veros PP - HF Land GP Secured Loans (Aliign)
c/o Mr. William Wendling – Campbell Kyle Proffitt LLP
11595 N. Meridian St, Ste 701
Carmel, IN 46032

| | **Invoice** | **13406331** |
|---|---|---|
| **Client No.** 116557 | **Invoice Date** | 2/4/2016 |
| | **Due Date** | 3/5/2016 |

Billing for services rendered January 1, 2016 through January 31, 2016 related to Veros PP - HF Land GP Secured Loans as requested by Mr. William E. Wendling Jr. (Receiver) including:

Forensic Accounting: Gwen Parker: 1/20/16: Assistance with 2015 accounting entries in QuickBooks (.33 hours) ............................ 51.00

Reflects a 10% discount for services rendered as set forth in the Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

| | **Total Due** | **51.00** |
|---|---|---|

**AR AGING**

| **BALANCE** 2/4/2016 | **AFTER** 2/4/2016 | **AFTER** 1/4/2016 | **AFTER** 12/4/2015 | **AFTER** 11/4/2015 | **EARLIER** | **CURRENCY** |
|---|---|---|---|---|---|---|
| 381.37 | 5.57 | 4.80 | 51.00 | 320.00 | 0.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



*Where accounting expertise meets small business needs*

Veros PP - Rockdale Holding, LLC (Aliign)
c/o Mr. William Wendling – Campbell Kyle Proffitt LLP
11595 N. Meridian St, Ste 701
Carmel, IN 46032

| | | **Invoice** | **13406334** |
|---|---|---|---|
| **Client No.** | 116553 | **Invoice Date** | 2/4/2016 |
| | | **Due Date** | 3/5/2016 |

Billing for services rendered January 1, 2016 through January 31, 2016 related to Veros PP - Rockdale Holding LLC as requested by Mr. William E. Wendling Jr. (Receiver) including:

Forensic Accounting: Gwen Parker: 1/19/16: Assistance with 2015 accounting entries in QuickBooks (.5 hours)           78.00

Reflects a 10% discount for services rendered as set forth in the Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

| | **Total Due** | **78.00** |
|---|---|---|

**AR AGING**

| BALANCE 2/4/2016 | AFTER 2/4/2016 | AFTER 1/4/2016 | AFTER 12/4/2015 | AFTER 11/4/2015 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 105.17 | 27.17 | 78.00 | 0.00 | 0.00 | 0.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



*Where accounting expertise meets small business needs*

Veros - Stadium Red (Aliign)
c/o Mr. William Wendling - Campbell Kyle Proffitt
11595 N. Meridian St. Suite 701
Carmel, IN 46032

| | | **Invoice** | **13406345** |
|---|---|---|---|
| **Client No.** | 119156 | **Invoice Date** | 2/4/2016 |
| | | **Due Date** | 3/5/2016 |

Billing for services rendered January 1, 2016 through January 31, 2016 related to Veros Stadiumred Securied Loans as requested by Mr. William E. Wendling Jr. (Receiver) including:

Forensic Accounting: Gwen Parker: 1/19/16: Assistance with 2015 accounting entries in QuickBooks (.5 hours)                                                                78.00

Reflects a 10% discount for services rendered as set forth in the Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

| | |
|---|---|
| **Total Due** | **78.00** |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



Where accounting expertise meets small business needs

Veros PP - True Blue Berry Mgmt LLC 2015 Secured Loans (Aliign)
c/o Mr. William Wendling, Jr. - Campbell Kyle Proffitt LLP
11595 N. Meridian St, Ste 701
Carmel, IN 46032

| | | **Invoice** | **13406311** |
|---|---|---|---|
| **Client No.** | 116585 | **Invoice Date**<br>**Due Date** | 2/4/2016<br>3/5/2016 |

---

Billing for services rendered January 1, 2016 through January 31, 2016 related to True Blue Berry Mgmt LLC 2015 Secured Loans as requested by Mr. William E. Wendling Jr. (Receiver) including:

Forensic Accounting: Gwen Parker: 1/20/16: Assistance with 2015 accounting entries in QuickBooks (.66 hours)                                    102.00

Reflects a 10% discount for services rendered as set forth in the Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

| | |
|---|---|
| **Total Due** | **102.00** |

**AR AGING**

| BALANCE 2/4/2016 | AFTER 2/4/2016 | AFTER 1/4/2016 | AFTER 12/4/2015 | AFTER 11/4/2015 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 367.19 | 5.42 | 310.77 | 0.00 | 51.00 | 0.00 | USD |

---

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



*Where accounting expertise meets small business needs*

Veros - True Blue Berry Management – Mezzanine (Aliign)
c/o Mr. William Wendling - Campbell Kyle Proffitt
11595 N. Meridian St. Suite 701
Carmel, IN 46032

| | | **Invoice** | **13406323** |
|---|---|---|---|
| **Client No.** | 119161 | **Invoice Date** | 2/4/2016 |
| | | **Due Date** | 3/5/2016 |

Billing for services rendered January 1, 2016 through January 31, 2016 related to Veros True Blue Berry Management - Mezzanine Loans as requested by Mr. William E. Wendling Jr. (Receiver) including:

Forensic Accounting: Gwen Parker: 1/19/16: Assistance with 2015 accounting entries in QuickBooks (.66 hours)                    102.00

Reflects a 10% discount for services rendered as set forth in the Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

| **Total Due** | **102.00** |
|---|---|

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**


*Where accounting expertise meets small business needs*

Veros PP - Veros 702 North Holding, LLC (Aliign)
11595 N. Meridian St, Ste 701
Carmel, IN 46032

| | | **Invoice** | **13406341** |
|---|---|---|---|
| **Client No.** | 116560 | **Invoice Date** | 2/4/2016 |
| | | **Due Date** | 3/5/2016 |

---

Billing for services rendered January 1, 2016 through January 31, 2016 related to Veros PP - Veros 702 North Holding LLC as requested by Mr. William E. Wendling Jr. (Receiver) including:

Forensic Accounting: Gwen Parker: 1/19/16: Assistance with 2015 accounting entries in QuickBooks (.5 hours)    78.00

Reflects a 10% discount for services rendered as set forth in the Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

| | |
|---|---|
| **Total Due** | **78.00** |

**AR AGING**

| BALANCE 2/4/2016 | AFTER 2/4/2016 | AFTER 1/4/2016 | AFTER 12/4/2015 | AFTER 11/4/2015 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 681.97 | 86.88 | 389.09 | 0.00 | 206.00 | 0.00 | USD |

---

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



Where accounting expertise meets small business needs

Veros PP - Veros JF Wild Holdings, LLC (Aliign)
c/o Mr. William Wendling, Jr. - Campbell Kyle Proffitt LLP
11595 N. Meridian St, Ste 701
Carmel, IN 46032

| | **Invoice** | **13406314** |
|---|---|---|
| **Client No.** 116583 | **Invoice Date** | 2/4/2016 |
| | **Due Date** | 3/5/2016 |

Billing for services rendered January 1, 2016 through January 31,
2016 related to Veros PP - Veros JF Wild Holdings LLC as
requested by Mr. William E. Wendling Jr. (Receiver) including:

Forensic Accounting: Gwen Parker : 1/19/16: Assistance with 2015        51.00
accounting entries in QuickBooks (.33 hours)

Reflects a 10% discount for services rendered as set forth in the
Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

| | **Total Due** | **51.00** |
|---|---|---|

**AR AGING**

| **BALANCE** 2/4/2016 | **AFTER** 2/4/2016 | **AFTER** 1/4/2016 | **AFTER** 12/4/2015 | **AFTER** 11/4/2015 | **EARLIER** | **CURRENCY** |
|---|---|---|---|---|---|---|
| 167.77 | 116.77 | 51.00 | 0.00 | 0.00 | 0.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



Veros PP - Veros Switch Holding, LLC (Aliign)
c/o Mr. William Wendling, Jr. - Campbell Kyle Proffitt LLP
11595 N. Meridian St, Ste 701
Carmel, IN 46032

| | | **Invoice** | **13406340** |
|---|---|---|---|

| **Client No.** | 116574 | **Invoice Date** | 2/4/2016 |
|---|---|---|---|
| | | **Due Date** | 3/5/2016 |

Billing for services rendered January 1, 2016 through January 31, 2016 related to Veros PP - Veros Switch Holding LLC as requested by Mr. William E. Wendling Jr. (Receiver) including:

Forensic Accounting: Gwen Parker: 1/19/16: Assistance with 2015 accounting entries in QuickBooks (.33 hours)          51.00

Reflects a 10% discount for services rendered as set forth in the Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

| | **Total Due** | **51.00** |
|---|---|---|

**AR AGING**

| **BALANCE** 2/4/2016 | **AFTER** 2/4/2016 | **AFTER** 1/4/2016 | **AFTER** 12/4/2015 | **AFTER** 11/4/2015 | **EARLIER** | **CURRENCY** |
|---|---|---|---|---|---|---|
| 285.00 | 285.00 | 0.00 | 0.00 | 0.00 | 0.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



*Where accounting expertise meets small business needs*

Veros PP - Yeager of Frisco LLC (Aliign)
c/o Mr. William Wendling, Jr. - Campbell Kyle Proffitt LLP
11595 N. Meridian St, Ste 701
Carmel, IN 46032

| | **Invoice** | **13406327** |
|---|---|---|
| **Client No.** 116562 | **Invoice Date** | 2/4/2016 |
| | **Due Date** | 3/5/2016 |

Billing for services rendered January 1, 2016 through January 31, 2016 related to Veros PP - Yeager of Frisco LLC as requested by Mr. William E. Wendling Jr. (Receiver) including:

Forensic Accounting:  Gwen Parker: 01/19/16: Assistance with 2015 accounting entries in QuickBooks (.5 hours)          78.00

Reflects a 10% discount for services rendered as set forth in the Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

| | **Total Due** | **78.00** |
|---|---|---|

**AR AGING**

| BALANCE 2/4/2016 | AFTER 2/4/2016 | AFTER 1/4/2016 | AFTER 12/4/2015 | AFTER 11/4/2015 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 275.07 | 4.07 | 271.00 | 0.00 | 0.00 | 0.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



Where accounting expertise meets small business needs

Veros Partners Receivership (Aliign)
c/o Mr. William Wendling – Campbell Kyle Proffitt LLP
11595 N. Meridian St, Ste. 701
Carmel, IN 46032

| | **Invoice** | **13406479** |
|---|---|---|
| **Client No.** 116487 | **Invoice Date**<br>**Due Date** | 3/2/2016<br>4/1/2016 |

Billing for services rendered February 1, 2016 through February 29, 2016 related to Veros Partners Receivership as requested by Mr. William E. Wendling Jr. (Receiver) including:

| | |
|---|--:|
| QuickBooks hosting for the month of February 2016 ($55/month) | 55.00 |
| Forensic Accounting: Gwen Parker: 02/03/2016: Prepare loan amortization schedule for William E. Wendling Jr. (.5 hours) | 78.00 |
| Forensic Accounting: Gwen Parker: 02/04/2016: Related research and meeting with Jerry Hammel and Paul Roth regarding constructive receipt, 1099 reporting requirements, ownership of bank accounts and other general and tax matters (3 hours) | 465.00 |
| Forensic Accounting: Gwen Parker: 02/06/16: General emails and download/review of multiple files (.5 hours) | 78.00 |
| Forensic Accounting: Gwen Parker: 02/16/16: Tax and 1099 discussion with William E. Wendling Jr., Cari Bonty and Jarit Loughmiller; review of summary email sent by Jarit Loughmiller (1 hour) | 155.00 |
| Forensic Accounting: Gwen Parker: 02/17/16: Discuss tax return preparation and needs with Blue tax staff (.66 hours) | 100.00 |
| Forensic Accounting: Gwen Parker: 02/18/16: Review status of projects and send status update emails (.5 hours) | 78.00 |
| Forensic Accounting: Gwen Parker: 02/19/16: Discussions with Cari Bonty regarding 1099s, response forms, and general accounting (1.16 hours) | 180.00 |
| Forensic Accounting: Gwen Parker: 02/25/16: Meeting with Jerry Hammel and Beth Harling regarding tax needs and urgent deadlines (.5 hours) | 78.00 |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

| | **Total Due** | **1,267.00** |
| --- | --- | --- |

**AR AGING**

| BALANCE 3/2/2016 | AFTER 3/2/2016 | AFTER 2/2/2016 | AFTER 1/2/2016 | AFTER 12/2/2015 | EARLIER | CURRENCY |
| --- | --- | --- | --- | --- | --- | --- |
| 3,533.20 | 1,974.86 | 153.86 | 14.48 | 1,390.00 | 0.00 | USD |

**Remit To:**
Allign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



*Where accounting expertise meets small business needs*

Veros PP - FarmGrowCap LLC (Aliign)
11595 N. Meridian St, Ste 701
Carmel, IN 46032

| | **Invoice** | **13406522** |
|---|---|---|
| **Client No.** 116590 | **Invoice Date**<br>**Due Date** | 3/2/2016<br>4/1/2016 |

Billing for services rendered February 1, 2016 through February 29, 2016 related to Veros PP - FarmGrowCap LLCas requested by Mr. William E. Wendling Jr. (Receiver) including:

| | |
|---|---|
| Forensic Accounting: Gwen Parker: 02/05/2016: Accounting related to 1099 reporting and related conversation with Cari Bonty (2.33 hours) | 361.00 |
| Forensic Accounting: Gwen Parker: 02/06/2016: Accounting related to 1099 reporting (4 hours) | 620.00 |
| Forensic Accounting: Gwen Parker: 02/13/2016: Accounting related to 1099 reporting (1.67 hours) | 260.00 |
| Forensic Accounting: Gwen Parker: 02/15/2016: Accounting related to 1099 reporting (.66 hours) | 102.00 |
| Forensic Accounting: Gwen Parker: 02/16/2016: Accounting related to 1099 reporting (.66 hours) | 102.00 |
| Forensic Accounting: Gwen Parker: 02/17/2016: Accounting related to 1099 reporting (.66 hours) | 102.00 |
| Forensic Accounting: Gwen Parker: 02/18/2016: Accounting related to 1099 reporting and related conversation with Cari Bonty (.66 hours) | 102.00 |
| Forensic Accounting: Gwen Parker: 02/22/2016: Accounting related to 1099 reporting (.16 hours) | 25.00 |

Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

| **Total Due** | **1,674.00** |
|---|---|

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



Where accounting expertise meets small business needs

Veros PP - Blue Crop Group LLC (Align)
11595 N. Meridian St, Ste 701
Carmel, IN 46032

| | |
|---|---|
| **Invoice** | **13406525** |

| | | | |
|---|---|---|---|
| **Client No.** | 116573 | **Invoice Date** | 3/2/2016 |
| | | **Due Date** | 4/1/2016 |

Billing for services rendered February 1, 2016 through February 29, 2016 related to Veros PP - Blue Crop Group LLC as requested by Mr. William E. Wendling Jr. (Receiver) including:

| | |
|---|---|
| Forensic Accounting: Gwen Parker: 02/05/16:Accounting related to 1099 reporting and related conversation with Cari Bonty  (3.24 hours) | 503.00 |
| Forensic Accounting: Gwen Parker: 02/06/16:Accounting related to 1099 reporting (2.5 hours) | 388.00 |
| Forensic Accounting: Gwen Parker: 02/08/16:Accounting related to 1099 reporting (.33 hours) | 51.00 |
| Forensic Accounting: Gwen Parker: 02/13/16:Accounting related to 1099 reporting (2 hours) | 310.00 |
| Forensic Accounting: Gwen Parker: 02/16/16:Accounting related to 1099 reporting (.66 hours) | 102.00 |
| Forensic Accounting: Gwen Parker: 02/17/16:Accounting related to 1099 reporting (1 hour) | 155.00 |
| Forensic Accounting: Gwen Parker: 02/18/16:Accounting related to 1099 reporting (1 hour) | 155.00 |
| Forensic Accounting: Gwen Parker: 02/19/16:Accounting related to 1099 reporting (1.16 hours) | 180.00 |
| Forensic Accounting: Gwen Parker: 02/22/16:Accounting related to 1099 reporting (.16 hours) | 25.00 |

Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

**Remit To:**
Align, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

| | **Total Due** | **1,869.00** |
|---|---|---|

**AR AGING**

| BALANCE 3/2/2016 | AFTER 3/2/2016 | AFTER 2/2/2016 | AFTER 1/2/2016 | AFTER 12/2/2015 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 271.00 | 271.00 | 0.00 | 0.00 | 0.00 | 0.00 | USD |

**Remit To:**
Allign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



**aliign**

*Where accounting expertise meets a real business needs*

Veros PP - Veros 702 North Holding, LLC (Aliign)
c/o Mr. Wm. Wendling, Jr. – Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **13406719** |
|---|---|---|---|

| **Client No.** | 116560 | **Invoice Date** | 04/18/2016 |
|---|---|---|---|
| | | **Due Date** | 05/18/2016 |

Billing for services rendered March 1, 2016 through March 31, 2016
related to Veros - 702 North Holding, LLC as requested by Mr.William
E. Wendling Jr. (Receiver) including:

| | |
|---|---|
| Forensic Accounting: Gwen Parker: 03/09/2016: Tie QuickBooks 01/01/2016 balance to prior year tax return balance sheet (.67 hours) | 104.00 |
| Forensic Accounting: Gwen Parker: 03/10/2016: Tie QuickBooks 01/01/2016 balance to prior year tax return balance sheet and discuss prior year activity with Matt Haab (.67 hours) | 104.00 |
| Forensic Accounting: Gwen Parker: 03/18/2016: Record 2012 through 2014 K-1 and equity, close retained earning and other misc entries (1 hour) | 155.00 |

Reflects a 10% discount for services rendered as set forth in Blue &
Co LLC engagement letter with Mr. William E. Wendling Jr.

| | **Total Due** | **363.00** |
|---|---|---|

**AR AGING**

| BALANCE 04/11/2016 | AFTER 04/11/2016 | AFTER 03/11/2016 | AFTER 02/11/2016 | AFTER 01/11/2016 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 781.24 | 11.22 | 10.05 | 86.88 | 81.09 | 592.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



Veros PP - FarmGrowCap LLC (Aliign)
c/o Mr. William Wendling, Jr. – Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | **Invoice** | **13406721** |
|---|---|---|
| | **Invoice Date** | 04/18/2016 |
| **Client No.** 116590 | **Due Date** | 05/18/2016 |

Billing for services rendered March 1, 2016 through March 31, 2016
related to Veros - FarmGrowCap as requested by Mr.William E.
Wendling Jr. (Receiver) including:

Forensic Accounting: Gwen Parker: 03/03/2016: Accounting onsite at      361.00
Campbell, Kyle, and Profitt with Cari Bonty (2.33 hours)

Reflects a 10% discount for services rendered as set forth in Blue &
Co LLC engagement letter with Mr. William E. Wendling Jr.

| **Total Due** | **361.00** |
|---|---|

**AR AGING**

| BALANCE 04/11/2016 | AFTER 04/11/2016 | AFTER 03/11/2016 | AFTER 02/11/2016 | AFTER 01/11/2016 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 1,674.00 | 0.00 | 1,674.00 | 0.00 | 0.00 | 0.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



Veros PP - Rockdale Holding, LLC (Aliign)
Mr. William Wendling, Jr. – Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **13406722** |
|---|---|---|---|

| **Client No.** | 116553 | **Invoice Date**<br>**Due Date** | 04/18/2016<br>05/18/2016 |
|---|---|---|---|

Billing for services rendered March 1, 2016 through March 31, 2016 related to Veros - Rockdale Holding, LLC as requested by Mr.William E. Wendling Jr. (Receiver) including:

| | |
|---|---|
| Forensic Accounting: Gwen Parker: 03/09/2016: Tie beginning 2015 QuickBooks trial balance to 2014 tax return trial balance and record appropriate adjustments (.67 hours) | 104.00 |
| Forensic Accounting: Gwen Parker: 03/10/2016: Tie 2015 payroll reports to trial balance and discuss prior year information with Matt Haab (.67 hours) | 104.00 |
| Forensic Accounting: Gwen Parker: 03/18/2016: Record 2012-2014 K-1 and equity activity, close retained earnings, and record other misc. journal entries (1.67 hours) | 257.00 |

Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

| **Total Due** | **465.00** |
|---|---|

**AR AGING**

| BALANCE 04/11/2016 | AFTER 04/11/2016 | AFTER 03/11/2016 | AFTER 02/11/2016 | AFTER 01/11/2016 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 187.46 | 2.73 | 1.56 | 79.17 | 26.00 | 78.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



*Where accounting expertise meets small business needs*

Veros Partners Receivership (Aliign)
c/o Mr. Wm. Wendling, Jr.—Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | |
|---|---|---|
| **Invoice** | | **13406723** |

| | | | |
|---|---|---|---|
| **Client No.** | 116487 | **Invoice Date** | 04/18/2016 |
| | | **Due Date** | 05/18/2016 |

---

Billing for services rendered March 1, 2016 through March 31, 2016 related to Veros Partners Receivership as requested by Mr.William E. Wendling Jr. (Receiver) including:

| | |
|---|---|
| QuickBooks hosting for the month of February 2016 ($55/month) | 55.00 |
| Forensic Accounting: Gwen Parker: 03/02/2016: General Tax Preparation (.66 hours) | 104.00 |
| Forensic Accounting: Gwen Parker: 03/09/2016: Conversation with Cari Bonty regarding multiple Veros clients and follow up review (.66 hours) | 104.00 |
| Forensic Accounting: Gwen Parker: 03/10/2016: Conversation regarding multiple Veros clients (.33 hours) | 51.00 |
| Forensic Accounting: Gwen Parker: 03/17/2016: Conversation regarding the handling of Veros record-keeping after 03/31/2016 (.25 hours) | 39.00 |
| Forensic Accounting: Gwen Parker: 03/18/2016: Download of multiple files from Matt Haab, review of files and emails (.5 hours) | 78.00 |
| Forensic Accounting: Gwen Parker: 03/23/2016: Conversations and emails in regards to general accounting and tax with Cari Bonty (1 hour) | 155.00 |
| Forensic Accounting: Gwen Parker: 03/25/2016: Conversation and emails in regards to multiple companies with Cari Bonty (.5 hours) | 78.00 |
| Forensic Accounting: Gwen Parker: 03/29/2016: Conversation with Bill Wendling on multiple companies (.5 hours) | 78.00 |

---

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

| | |
|---|---:|
| Forensic Accounting: Gwen Parker: 03/30/2016: Conversation with Cari Bonty and Bill Wendling regarding tax status, needs, and open emails (1 hour) | 155.00 |
| Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr. | |

| | |
|---|---:|
| **Total Due** | **897.00** |

**AR AGING**

| BALANCE 04/11/2016 | AFTER 04/11/2016 | AFTER 03/11/2016 | AFTER 02/11/2016 | AFTER 01/11/2016 | EARLIER | CURRENCY |
|---:|---:|---:|---:|---:|---:|---:|
| 4,852.34 | 52.14 | 1,289.86 | 1,972.86 | 147.48 | 1,390.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**


*Where accounting expertise meets small business needs*

Veros PP - Blue Crop Group LLC (Aliign)
c/o Mr. Wm. Wendling, Jr. — Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **13406725** |
|---|---|---|---|
| **Client No.** | 116573 | **Invoice Date** | 04/18/2016 |
| | | **Due Date** | 05/18/2016 |

Billing for services rendered March 1, 2016 through March 31, 2016
related to Veros - Blue Crop Group as requested by Mr. William E.
Wendling Jr. (Receiver) including:

| | |
|---|---|
| Forensic Accounting: Gwen Parker: 03/02/2016: Discussions regarding Midwest Blueberry Farms with Cari Bonty and Blue tax department (.92 hour) | 141.00 |
| Forensic Accounting: Gwen Parker: 03/03/2016: Accounting on site at Campbell Kyle Proffit with Cari Bonty and follow up discussion with Blue tax department  (4.16 hours) | 645.00 |
| Forensic Accounting: Gwen Parker: 03/07/2016: Download of supporting files (.5 hours) | 78.00 |
| Forensic Accounting: Gwen Parker: 03/08/2016: Download additional supporting files (1 hour) | 155.00 |
| Forensic Accounting: Gwen Parker: 03/30/2016: Review of accounting and QuickBooks file, entry correction, tie out of 2014 tax to beginning balance, along with research of variances (8.92 hours) | 1,383.00 |

Reflects a 10% discount for services rendered as set forth in Blue &
Co LLC engagement letter with Mr. William E. Wendling Jr.

| | |
|---|---|
| **Total Due** | **2,402.00** |

**AR AGING**

| BALANCE 04/05/2016 | AFTER 04/05/2016 | AFTER 03/05/2016 | AFTER 02/05/2016 | AFTER 01/05/2016 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 2,144.07 | 4.07 | 1,869.00 | 271.00 | 0.00 | 0.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



Where accounting expertise meets small business needs

Veros PP - Jennings Design LLC (Aliign)
c/o Mr. Wm. Wendling, Jr.–Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **13406726** |
|---|---|---|---|
| **Client No.** | 116577 | **Invoice Date** | 04/18/2016 |
| | | **Due Date** | 05/18/2016 |

Billing for services rendered March 1, 2016 through March 31, 2016 related to Veros - Jennings Design LLC as requested by Mr.William E. Wendling Jr. (Receiver) including:

Forensic Accounting: Gwen Parker: 03/30/2016: Conversation with Cari Bonty regarding accounting questions (1 hour)                       155.00

Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

| | |
|---|---|
| **Total Due** | **155.00** |

## CUSTOMER STATEMENT

| ENTRY DATE | DUE DATE | TRANSACTION NO. | TEXT | AMOUNT | REMAINDER | CURRENCY |
|---|---|---|---|---|---|---|
| 11/03/2015 | 12/03/2015 | 13405777 | Customer Invoice | 129.00 | 129.00 | USD |
| 12/31/2015 | 01/30/2016 | 13381288 | Interest Charge | 1.94 | 1.94 | USD |
| 01/31/2016 | 03/01/2016 | 13381339 | Interest Charge | 1.94 | 1.94 | USD |
| 02/29/2016 | 03/30/2016 | 13381394 | Interest Charge | 1.94 | 1.94 | USD |
| 03/31/2016 | 04/30/2016 | 13381441 | Interest Charge | 1.94 | 1.94 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**