US SEC v Veros Partners, Inc., et al

USDC Southern IN, Case No. 1:15-cv-00659-JMS-DJM

# EXHIBIT D

**Hutchinson, Cox, Coons, Orr & Sherlock, PC**
*Tom Orr and Patrick Stevenson, Oregon Counsel*
**Boyer Farms - Collection**         LEGAL ACTIVITY:  ASSET ANALYSIS AND RECOVERY -001

Last Updated: 4/22/2016
By:  agh

| Description | Amount Due - Fees | Amount Due - Expenses | Invoice Time Period | Invoice No. | Due Date | SEC Receivership - Quarter Period | Note: | Total Attorney fees and expenses this quarter |
|---|---|---|---|---|---|---|---|---|
| Boyer Farms - Collection | $3,595.40 | $0.00 | 1/31/2016 | 118808 | 2/25/2016 | 2016 - 1st quarter | To be submitted with Receiver's 2016 1st quarter fee app | |
| Boyer Farms - Collection | $6,667.30 | $0.00 | 2/29/2016 | 119607 | 3/25/2016 | 2016 - 1st quarter | | |
| Boyer Farms - Collection | $12,443.30 | $45.72 | 3/31/2016 | 120408 | 4/25/2016 | 2016 - 1st quarter | | |
| **Total Due for Period** | **$22,706.00** | **$45.72** | | | | 2016 - 1st quarter | To be submitted with Receiver's 2016 1st quarter fee app | $22,751.72 |



PO BOX 10886
EUGENE, OR 97440

PHONE (541) 686-9160
FAX (541) 343-8693

Federal Tax ID #93-0740691

| If paying by VISA or Mastercard please call or complete this section | |
|---|---|
| Card No. | Exp. Date |
| Cardholder Name: | Amount to Pay: |
| Cardholder Address: | Zip Code: |

Date: 02/03/2016
Billed through: 01/31/2016

WILLIAM E. WENDLING JR.
ONE PENN MARK
11595 N. MERIDIAN ST. STE 701
CARMEL, IN 46032

Account No.: 11949
Invoice No.: 118808
Attorney: Thomas M. Orr

**Payment due by the 25th**

Re: **Boyer Bankruptcy**
File No.: **12184A**

## REGULAR ACCOUNT ACTIVITY

| | | |
|---|---|---|
| Balance Brought Forward | | $14,101.90 |
| Services Rendered | $3,595.40 | |
| Costs Advanced | $0.00 | |
| Finance Charges | $0.00 | |
| Payment on Account | | $0.00 |
| **PLEASE PAY THIS AMOUNT UPON RECEIPT:** | | **$17,697.30** |

If you have questions regarding any transfer of trust funds to cover fees, please contact us within 5 days of billing date.
If payment is received after the date shown on this statement, payment will be reflected on next statement.

***************************************************************************

**PROFESSIONAL SERVICES RENDERED**                                                                                         **Hours**

| | | | | |
|---|---|---|---|---|
| 01/04/16 | TMO | Review correspondence from US Trustee, with enclosed CD of 341(a) and continued 341(a) hearings. Review file. Preparation for conference by phone, with Mr. Wendling and SEC representative. Conference with Mr. Wendling and SEC representatives. Telephone conference with Mr. Nusbaum. | 1.70 | $467.50 |
| 01/05/16 | TMO | Prepare and send email to Mr. Wendling regarding telephone conversation with Frank Nusbaum. | 0.20 | $55.00 |
| 01/06/16 | TMO | Review and print email message from Mr. Ledgerwood, attorney for Lockmead Farms, equity owner in South Valley Seed Cleaner. Notate. Prepare and send email to Mr. Wendling. Telephone conference with client. Review and print email message from Mr. Hoyt regarding offer to purchase McFarland Road Property. Prepare and send email to Mr. Huntsberger, Bankruptcy Trustee. Preparation of file memo. | 0.80 | $220.00 |
| 01/07/16 | TMO | Review and print email message from Mr. Huntsberger, Bankruptcy | 0.40 | $110.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | Trustee. Office conference with attorney Roberts regarding depositions and discovery of non-party entities. | | |
| 01/08/16 | TMO | Review and print email message from Mr. Wendling, with attached Amended Schedule B, asserting potential claim for damages against Farm GrowCap. Review PACER regarding status of bankruptcy case. Review and print email message from Mr. Wendling. Leave detailed message for Mr. Scott. Review and print email message from Mr. Risinger. Review file and organize issue list and documents for letter to Mr. Scott. Draft letter to Mr. Scott. Instructions to legal assistant. | 2.10 | $577.50 |
| 01/08/16 | LM | Prepare letter to Loren Scott. | 0.60 | $34.80 |
| 01/12/16 | TMO | Review and print email message from Mr. Wendling. | 0.10 | $27.50 |
| 01/13/16 | TMO | Telephone conference with attorney Scott regarding case. | 0.30 | $82.50 |
| 01/15/16 | TMO | Leave detailed message for Mr. Scott regarding extension of discharge date. Review and listen to CD of recorded confirmed 341(a). Prepare notations for further discovery. | 2.20 | $605.00 |
| 01/21/16 | TMO | Telephone conference with Mr. Hancock, of Mr. Wendling's office. Review and print email message form Loren Scott. Prepare and send email to Mr. Wendling. Review and respond to email message from Mr. Scott. Diary and calendar follow up. Draft Order Extending Discharge Date. Instructions to legal assistant. Review and print email message and attached photographs from Mr. Wendling, with conversation with Mr. Sevefeld. Review and respond to email message from Mr. Wendling. Instructions to legal assistant. | 1.10 | $302.50 |
| 01/21/16 | LM | Draft Stipulated Order to Extend Discharge Deadline. | 0.20 | $11.60 |
| 01/22/16 | TMO | Draft letter to Mr. Scott regarding Extension of Discharge Date. Instructions to legal assistant. Review and print email message from Mr. Wendling regarding Extension of Discharge Date. Review and print email message from Mr. Wendling regarding photographs of crop-March 2011. Notate. Review and print email message from Mr. Scott with, with signed Order Extending Discharge Date. Instructions to legal assistant. | 0.70 | $192.50 |
| 01/22/16 | LM | Prepare letter to Loren Scott. File Stipulated Order to Extend the Discharge Deadline. | 0.50 | $29.00 |
| 01/25/16 | TMO | Review PACER regarding case status. Print and review report of auctioneer (equipment). | 0.10 | $27.50 |
| 01/27/16 | TMO | Review and print email message Bankruptcy Court. Review PACER. Print and review Order Extending Discharge date. | 0.10 | $27.50 |
| 01/28/16 | TMO | Review and print email message from Mr. Scott. Forward to Mr. Wendling. Review and print email message form Mr. Hoyt, with attached offer on McFarland Road property - Real Estate Purchase | 1.10 | $302.50 |

A late payment charge of 1 1/2% per month will be added to the balance due on regular and deferred amounts more than 30 days overdue.

Hutchinson, Cox, Coons, Orr & Sherlock, P.C.     Phone: (541) 686-9160    FAX: (541) 343-8693

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | and Sale Agreement. Review and notate. Review and print email message from Mr. Huntsberger, Trustee regarding Real Estate Purchase and Sale Agreement. Notate. Review file regarding Preliminary Title Report and prior documents. | | |
| 01/28/16 | TMO | Prepare and send email to Mr. Hoyt, et al regarding Real Estate Purchase and Sale Agreement. Prepare and send email to Mr. Wendling regarding purchase offer for McFarland Road property. Prepare and send email to Mr. Wendling regarding email from Trustee Huntsberger. Prepare and send email to Mr. Scott regarding debtor's homeowner's and title insurance policies. Telephone conference with Mr. Duncan, real estate appraiser. (1.6 hrs total; 0.3 hrs NO CHARGE) | 1.30 | $357.50 |
| 01/29/16 | TMO | Review and print email message from Mr. Hoyt, with revised Purchase and Sale Agreement to satisfy Trustee. Notate. Review and print email message from Mr. Wendling. Diary and calendar regarding follow up. Telephone conference with Rick Duncan, property appraiser. Prepare and send email to Mr. Wendling, regarding property appraisal. | 0.60 | $165.00 |

**Total Professional Fees:**     $3,595.40

**Hourly Rate Information**

| | |
|---|---|
| LM | 58.00 |
| TMO | 275.00 |

**Total Current Charges:**     $3,595.40

**Balance Brought Forward:**     $14,101.90

**Payment on Account:**     $0.00 cr

**TOTAL AMOUNT DUE**     $17,697.30



| | | |
|---|---|---|
| | PO BOX 10886<br>EUGENE, OR 97440 | **If paying by VISA or Mastercard please call or complete this section** |
| | PHONE (541) 686-9160<br>FAX (541) 343-8693 | Card No. / Exp. Date |
| | Federal Tax ID #93-0740691 | Cardholder Name: / Amount to Pay: |
| | | Cardholder Address: / Zip Code: |

Date: 03/04/2016
Billed through: 02/29/2016
Account No.: 11949
Invoice No.: 119607
Attorney: Thomas M. Orr

**Payment due by the 25th**

WILLIAM E. WENDLING JR.
ONE PENN MARK
11595 N. MERIDIAN ST. STE 701
CARMEL, IN 46032

Re: **Boyer Bankruptcy**
File No.: **12184A**

### REGULAR ACCOUNT ACTIVITY

| | | |
|---|---|---|
| Balance Brought Forward | | $17,697.30 |
| Services Rendered | $6,667.30 | |
| Costs Advanced | $0.00 | |
| Finance Charges | $0.00 | |
| Payment on Account | | $0.00 |
| **PLEASE PAY THIS AMOUNT UPON RECEIPT:** | | **$24,364.60** |

If you have questions regarding any transfer of trust funds to cover fees, please contact us within 5 days of billing date.
If payment is received after the date shown on this statement, payment will be reflected on next statement.

********************************************************************************

**PROFESSIONAL SERVICES RENDERED**      Hours

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/01/16 | TMO | Review and print email message from Mr. Scott. Forward to Mr. Wendling. Telephone conference with Mr. Duncan, appraiser, regarding land use issues on McFarland Road property. Office conference with attorney Mittge regarding lot line adjustment on McFarland Road property. Instructions to attorney Mittge. Telephone conference with Angie from Farmer's Insurance regarding forced-placed insurance. Prepare and send email to Mr. Wendling regarding McFarland Road property. Review and print email message from Mr. Huntsberger, Trustee. Prepare and send email to Mr. Scott, et al, regarding McFarland Road property. Telephone conference with Mr. Wendling. Telephone conference with Mr. Duncan, appraiser, to order appraisal. Prepare and send email to Mr. Duncan. | 1.90 | $522.50 |
| 02/01/16 | TMO | Review and print email message from Mr. Scott (x3). Review attachment from Mr. Scott regarding Deeds relevant to McFarland Road property. Review and print email message from Mr. Hoyt. Review and print email message from Mr. Churnside, attorney for | 1.50 | $412.50 |

A late payment charge of 1 1/2% per month will be added to the balance due on regular and deferred amounts more than 30 days overdue.
Hutchinson, Cox, Coons, Orr & Sherlock, P.C.      Phone: (541) 686-9160    FAX: (541) 343-8693

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | John Boyer. Prepare and send email to Mr. Wendling - forward all 1/29-1/31 emails to him. Work on issues outline regarding McFarland Road property. Review and print email message from Mr. Huntsberger (x2). Forward to Mr. Wendling. | | |
| 02/01/16 | TMO | Instructions to legal assistant regarding copy of Deed affecting McFarland Road property. Review recorded Deed: Baker Family Trust to Joe Boyer. Instructions to legal assistant regarding copies of two other relevant Deeds. Review Deeds: Baker trust to Boyer Family Land Company (x2). Work on summarizing and notating Deeds. Prepare and send email to Mr. Scott, for appraisal appointment. | 1.20 | $330.00 |
| 02/01/16 | ZPM | Office conference with attorney Orr regarding title exception. Telephone call to Benton County planning regarding land use decision and left message. Telephone conference with Benton County land use planner regarding same. Review property line adjustment approval. Office conference with attorney Orr regarding same. Draft email to attorney Orr regarding statutes of ultimate repose in land use matters. | 0.60 | $135.00 |
| 02/02/16 | TMO | Review and print email message from Mr. Hoyt, with contract information for appraisal of McFarland Road property. Prepare and send email to Mr. Duncan, appraiser with appraisal contact information. Review and respond to email message from Mr. Hoyt. Review and print email message from Mr. Scott regarding Joe Boyer's title insurance policy. Telephone conference with Mr. Duncan. | 0.50 | $137.50 |
| 02/03/16 | TMO | Telephone conference with Ward Insurance regarding forced-placed insurance. Review and print email message from Mr. Scott, regarding documents from Mr. Boyer. Review and respond to email message from Mr. Scott. Draft letter to Fidelity National Title Insurance Company regarding notice of claim on title insurance policy issued to FarmGroCap, LLC. Instructions to legal assistant. | 1.00 | $275.00 |
| 02/04/16 | LM | Prepare letter to Fidelity Title. Call Fidelity Title. Call insurance company regarding forced place insurance. | 1.20 | $69.60 |
| 02/05/16 | TMO | Telephone conference with attorney Howe, Trustee and attorney for Baker Family Trust regarding Trust Deed affecting 26071 McFarland Road, Monroe. Review and print email message from Mr. Scott, with attached and voluminous discovery documents (cursory review). Prepare and send email to Mr. Wendling. Instructions to legal assistant. | 0.70 | $192.50 |
| 02/05/16 | TMO | Review and print email message from Bankruptcy Court. Review PACER regarding case status and Trustee's request to employ a CPA. Finalize letter to Fidelity National Title. Review file. Prepare and send email to Mr. Howe, attorney for Baker Family Limited Trust - shown Lienholder on McFarland Road Property. | 1.10 | $302.50 |
| 02/05/16 | LM | Revise letter to Fidelity. | 0.20 | $11.60 |

A late payment charge of 1 1/2% per month will be added to the balance due on regular and deferred amounts more than 30 days overdue.

Hutchinson, Cox, Coons, Orr & Sherlock, P.C.          Phone: (541) 686-9160    FAX: (541) 343-8693

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/10/16 | TMO | Review and print email message from Fidelity National Title, with attached letter. Prepare and send email to Mr. Wendling. Draft letter to Mr. Martin, claims adjuster for Fidelity National Title (first draft). Instructions to legal assistant. Review Real Estate Deeds, Title Policy, and financial documents sent by Mr. Scott. Notate issues. Prepare and send email to Mr. Wendling. | 1.40 | $385.00 |
| 02/10/16 | TMO | Review and print email message from Mr. Duncan, appraiser. | 0.10 | $27.50 |
| 02/10/16 | LM | Prepare letter to Cameron Martin. | 0.40 | $23.20 |
| 02/11/16 | TMO | Draft letter to Mr. Wendling regarding claim on title insurance policy. Instructions to legal assistant. | 0.20 | $55.00 |
| 02/11/16 | LM | Prepare letter to William Wendling. | 0.30 | $17.40 |
| 02/12/16 | TMO | Review and print email message from Mr. Wendling. Prepare and send email to Mr. Wendling regarding depositions in bankruptcy case. | 0.30 | $82.50 |
| 02/15/16 | TMO | Review and print email message from Mr. Wendling. Review and respond to email message from Mr. Wendling. Review file. Preparation for meeting with Mr. Wendling and Mr. Risinger, by phone. Telephone conference with Mr. Wendling and Mr. Risinger. | 0.60 | $165.00 |
| 02/17/16 | TMO | Review and print email message from Mr. Wendling, with email from Mr. Gustafson and his attachments (cursory). Instructions to legal assistant. | 0.10 | $27.50 |
| 02/18/16 | TMO | Preparation of file memo regarding message from Frank Nusbaum of Nusbaum Farms - issues of $43,000 check. Review and print email message from Cameron Martin, claims attorney. Review file. Review and respond to email message from Cameron Martin. Prepare and send email to Mr. Wendling regarding Fidelity National Title. Prepare and send email to Mr. Hamcock. Leave detailed message for Mr. Wendling. | 0.90 | $247.50 |
| 02/18/16 | TMO | Review discovery from Mr. Scott. Notate. Compare with and analyze Shawn Gustatson's email of 2/16 regarding discovery documents and issues. Prepare and send email to Mr. Wendling. Leave detailed message for Mr. Wendling. Prepare and send email to Mr. Scott regarding discovery and extension of discharge date. Prepare and send email to Mr. Howe, attorney for Baker Family Trust (McFarland Road Property). | 2.50 | $687.50 |
| 02/19/16 | TMO | Review and print email message from Mr. Huntsberger, Trustee. | 0.10 | $27.50 |
| 02/19/16 | TMO | Review and print email message from Mr. Wendling, Mr. Risinger and Mr. Gustafson regarding conference call. Review and respond to email message from same. Preparation of file memo. Review and print email message from Mr. Risinger regarding documents relevant to request from Fidelity National Title (McFarland Rd Property). Telephone conference with Frank Nusbaum at Nusbaum farms, issuer | 0.60 | $165.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | of $43,000 check. Review and print email message from Mr. Scott, with attached Joe Boyer March bank statement. Forward to Mr. Wendling, Mr. Risinger and Mr. Gustafson. | | |
| 02/22/16 | TMO | Review and print email message from Mr. Gustafson, with attached financial data. Preparation of file memo regarding message from Mr. Scott. Prepare and send email to Loren Scott. | 0.30 | $82.50 |
| 02/23/16 | TMO | Telephone conference with Mr. Duncan. Finalize letter to adjuster - Fidelity National Title regarding McFarland Road Trust Deed. Instructions to legal assistant. Work on Issues, questions for depositions and documents needed following telephone conference. Identify purchasers of products contact and registered agent data. Prepare and send email to Mr. Wendling, Mr. Risinger and Mr. Gustafson regarding follow up from telephone conference. | 2.80 | $770.00 |
| 02/23/16 | TMO | Review and print email message from Loren Scott. Telephone conference with attorney Loren Scott regarding case. Review file. Preparation for conference by phone, with Mr. Wendling, Mr. Risinger and Mr. Gustafson. Review and print email message from Mr. Scott regarding additional extension of time. Telephone conference with Mr. Wendling, Mr. Risinger and Mr. Gustafson. | 2.30 | $632.50 |
| 02/24/16 | TMO | Review and print email message from Duncan and Brown, appraisers, with attached appraisal. Notate. Prepare and send email to Mr. Scott, regarding Rule 2004 examination of Mr. Boyer. Draft Stipulated Order to Extend Discharge Date. Draft letter to Mr. Scott. Instructions to legal assistant. Prepare and send email to Mr. Wendling, with attached appraisal. | 0.80 | $220.00 |
| 02/24/16 | LM | Prepare Stipulated Order Extending Discharge Deadline. Prepare letter to Loren Scott. | 0.40 | $23.20 |
| 02/24/16 | LM | Prepare letter to Fidelity. | 0.20 | $11.60 |
| 02/25/16 | TMO | Review and print email message from Mr. Wendling regarding McFarland Road property. Review and respond to email message from Mr. Wendling regarding McFarland Road property. Review and print email message from Mr. Wendling regarding McFarland Road property. Review and respond to email message from Mr. Wendling regarding McFarland Road property. Prepare and send email to Mr. Wendling regarding Rule 2004 Examination of Joe Boyer. Draft letter to Mr. Scott - first draft of documents requested for Rule 2004 exam of Mr. Boyer. | 0.90 | $247.50 |
| 02/25/16 | TMO | Leave detailed message for Mr. Martin, claims attorney for Fidelity National Title regarding McFarland Road property. Review and print email message from Mr. Wendling regarding Rule 2004 exam of Joe Boyer. | 0.20 | $55.00 |
| 02/25/16 | LM | Prepare letter to Loren Scott. | 0.40 | $23.20 |

A late payment charge of 1 1/2% per month will be added to the balance due on regular and deferred amounts more than 30 days overdue.

Hutchinson, Cox, Coons, Orr & Sherlock, P.C.          Phone: (541) 686-9160    FAX: (541) 343-8693

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 02/26/16 | TMO | Review and print email message from Mr. Martin, claims attorney for Fidelity National Title. Review and respond to email message from attorney Martin. Diary and calendar regarding follow up with Mr. Martin. Review offer for purchase of McFarland Road property. Review and print email message from Mr. Gustofsan (x2), with attached commodity summaries from Mr. Boyer. Leave detailed message for Mr. Hoyt, attorney for potential buyers for McFarland Road property. | 0.70 | $192.50 |
| 02/26/16 | TMO | Leave detailed message for Mr. Scott regarding Order to Extend Discharge Date and Rule 2004 Examination. | 0.10 | $27.50 |
| 02/29/16 | TMO | Review and print email message from Loren Scott, regarding Rule 2004 Exam. Review and print email message from Loren Scott, with attached and signed Stipulated Order to Extend Discharge Date. Instructions to legal assistant regarding filing Order. | 0.30 | $82.50 |

**Total Professional Fees:** $6,667.30

**Hourly Rate Information**

| | |
|---|---|
| LM | 58.00 |
| TMO | 275.00 |
| ZPM | 225.00 |

**Total Current Charges:** $6,667.30

**Balance Brought Forward:** $17,697.30

**Payment on Account:** $0.00 cr

**TOTAL AMOUNT DUE** $24,364.60



|  | PO BOX 10886<br>EUGENE, OR 97440 | **If paying by VISA or Mastercard please call or complete this section** | |
|---|---|---|---|
|  | PHONE (541) 686-9160<br>FAX (541) 343-8693 | Card No. | Exp. Date |
|  | Federal Tax ID #93-0740691 | Cardholder Name: | Amount to Pay: |
|  |  | Cardholder Address: | Zip Code: |

Date: 04/04/2016
Billed through: 03/31/2016

WILLIAM E. WENDLING JR.
C/O COHEN GARELICK & GLAZIER, P.C.
8888 KEYSTONE CROSSING BLVD., SUITE 800

Account No.: 11949
Invoice No.: 120408
Attorney: Thomas M. Orr

INDIANAPOLIS, IN  46240

**Payment due by the 25th**

Re: **Boyer Bankruptcy**
File No.: **12184A**

## REGULAR ACCOUNT ACTIVITY

| | | |
|---|---|---|
| Balance Brought Forward | | $24,364.60 |
| Services Rendered | $12,443.30 | |
| Costs Advanced | $45.72 | |
| Finance Charges | $0.00 | |
| Payment on Account | | $0.00 |
| **PLEASE PAY THIS AMOUNT UPON RECEIPT:** | | **$36,853.62** |

If you have questions regarding any transfer of trust funds to cover fees, please contact us within 5 days of billing date.
If payment is received after the date shown on this statement, payment will be reflected on next statement.

********************************************************************************

**PROFESSIONAL SERVICES RENDERED**                                                                Hours

| | | | | |
|---|---|---|---|---|
| 03/01/16 | TMO | Review and print email message from Bankruptcy Court. Review PACER regarding Order to Extend Discharge Date. Review and print email message from Mr. Gustafson (x3). Notate. Telephone conference with attorney Hoyt, attorney for potential purchaser for McFarland Road property regarding case. Telephone conference with Trustee regarding sale of McFarland Road property. Telephone conference with attorney Hoyt regarding case. Prepare and send email to Mr. Scott. | 1.00 | $275.00 |
| 03/02/16 | TMO | Leave detailed message for Mr. Scott regarding Rule 2004 examination of Mr. Boyer. Finalize letter to Mr. Scott. Review 02/25 and 02/29 emails from Mr. Gustafson regarding information concerning Mr. Boyer. Notate and start developing for questions for rule 2004 exam of Mr. Boyer. Review file and offer to purchase McFarland Road property regarding Trustee's commission and costs of sale. Review title insurance policy obtained by attorney Gibson in 2013 for McFarland Road property for exclusions, covered risks | 2.20 | $577.50 |

A late payment charge of 1 1/2% per month will be added to the balance due on regular and deferred amounts more than 30 days overdue.
Hutchinson, Cox, Coons, Orr & Sherlock, P.C.          Phone: (541) 686-9160   FAX: (541) 343-8693

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | relevant to sale of property by Trustee. Prepare and send email to Megan Livermore regarding Oregro and Lewis Seed. Prepare and send email to Mr. Wendling. Review and print email message from Mr. Hoyt, regarding appraisal. Prepare and send email to Mr. Wendling. Review and print email message from Mr. Scott regarding Rule 2004 Exam. (2.2 hrs total; 0.1 hrs NO CHARGE) |  |
| 03/02/16 | TMO | Prepare and send email to Mr. Hoyt, with attached McFarland Road property. | 0.10 | $27.50 |
| 03/02/16 | AR | Finalize letter to Loren Scott. | 0.20 | $11.60 |
| 03/02/16 | AR | Prepare email to Loren Scott. Prepare email to CC Reporting and Video Conferencing. Prepare email to client. | 0.40 | $23.20 |
| 03/08/16 | TMO | Review and print email message from Mr. Wendling. Review and respond to email message from Mr. Wendling. Review and print email message from Mr. Gustafson. Leave detailed message for Mr. Scott. Telephone conference with CC court reporting regarding deposition of Joseph Boyer. Prepare and send email to Mr. Wendling regarding remote access to Joseph Boyer deposition. Leave detailed message for Mr. Churnside, attorney for John Boyer. | 0.50 | $137.50 |
| 03/09/16 | TMO | Review file. Preparation for deposition of Mr. Boyer (Rule 2004 Exam), outline, questions, lines of inquiry and exhibits. Review and print email message from Mr. Martin, claims attorney for Fidelity National Title (x2). Forward to Mr. Wendling. Review and respond to email message from Mr. Martin. Review and print email message from Mr. Gustafson. Review and respond to email message from Mr. Gustafson. Review and print email message from Mr. Risinger. Review and print email message from Mr. Scott. Review and print email message from Mr. Martin. Forward to Mr. Wendling. Prepare and send email to Mr. Wendling, Mr. Risinger and Mr. Gustafson regarding Rule 2004 exam of Mr. Boyer. Prepare and send email to Mr. Martin. Prepare and send email to Mr. Huntsberger, Trustee. | 7.00 | $1,925.00 |
| 03/09/16 | TMO | Review and print email message from Mr. Wendling's legal assistant regarding conference call. Review and respond to email message from Mr. Wendling's assistant regarding conference call. | 0.10 | $27.50 |
| 03/10/16 | TMO | Review file. Preparation for deposition of Mr. Boyer (Rule 2004 Exam). Continue outline, questions, and lines of inquiry and exhibits. Review and print email message from Mr. Risinger regarding priority in crops of Mr. Boyer (x3). Notate. Analysis of legal issues. Telephone conference with Mr. Wendling, Mr. Risinger and Mr. Gustafson - conference call. Telephone conference with Mr. Wendling. Telephone conference with Mr. Scott. Telephone conference with CC Court Reporting regarding video deposition. Prepare and send email to Mr. Wendling. Review and print email message from Mr. Risinger, with attachments regarding list of buyers and production contracts. Notate. | 8.40 | $2,310.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/11/16 | TMO | Review file regarding sale of McFarland Road property. Prepare and send email to Mr. Wendling and Mr. Risinger. Diary and calendar for follow up. Review and print email message from Bankruptcy Court. Review PACER. Print and review Trustee's Notice of Intent to Abandon claim for damages against attorney Gibson. Prepare and send email to Mr. Wendling. Diary and calendar for follow up. Review and print email message from Mr. Risinger regarding Deed of Trust and closing for McFarland Road property. Prepare and send email to Mr. Martin, attorney for Fidelity National Title. Diary and calendar for follow up. | 0.80 | $220.00 |
| 03/11/16 | TMO | Preparation for deposition of Mr. Boyer, questions and exhibits. Office conference with attorney Roberts regarding EFS filing and Statute of Limitations. Instructions to attorney Roberts. | 1.40 | $385.00 |
| 03/11/16 | NC | Prepare exhibit binder. | 0.80 | $46.40 |
| 03/14/16 | TMO | Review and print email message from Mr. Martin, claims attorney regarding McFarland Road property. Forward to Mr. Wendling. Preparation for deposition - Rule 2004 examination of Mr. Boyer. | 0.40 | $110.00 |
| 03/15/16 | TMO | Review correspondence from attorney Martin, attorney for Fidelity National Title. Prepare and send email to Mr. Wendling. Prepare and send email to Mr. Wendling regarding 03/16/2016 Rule 2014 exam of Mr. Boyer. Telephone conference with attorney Martin regarding case. Review and print email message from Mr. Wendling. Review and respond to email message from Mr. Wendling. Preparation for deposition of Mr. Boyer. Final questions and exhibits. Review and print email message from Mr. Scott regarding March 16 Rule 2004 Examination. Review and respond to email message fro from Mr. Scott regarding March 16 Rule 2004 Examination. Prepare and send email to Mr. Wendling, with Rule 2004 Examination exhibits. | 4.90 | $1,347.50 |
| 03/16/16 | TMO | Preparation for deposition of Mr. Boyer. Represent client at deposition of Mr. Boyer. | 8.10 | $2,227.50 |
| 03/17/16 | TMO | Review file. Prepare and send email to Mr. Wendling. Leave detailed message for Mr. Wendling. Telephone conference with Ms. Haworth, Mr. Wendling's paralegal. Review and print email message from Ms. Haworth, with attached 7/1/15 commodity summaries prepared by Mr. Boyer. Review and print email message from Mr. Wendling, regarding loan disbursements from attorney Gibson to Mr. Boyer per title attorney's request on McFarland Road property. Review and respond to email message from Mr. Wendling regarding above. Prepare and send email to Mr. Scott regarding follow up on accounting and records per Rule 2004 exam of Mr. Boyer. Prepare and send email to Mr. Wendling regarding present issues/deadlines. | 2.50 | $687.50 |
| 03/17/16 | TMO | Review and print email message from Ms. Haworth regarding instruction to order transcript of Rule 2004 exam of Mr. Boyer. Review and respond to email message from Ms. Haworth. Telephone | 0.70 | $192.50 |

A late payment charge of 1 1/2% per month will be added to the balance due on regular and deferred amounts more than 30 days overdue.

Hutchinson, Cox, Coons, Orr & Sherlock, P.C.     Phone: (541) 686-9160   FAX: (541) 343-8693

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | conference with CC Reporting to order transcript of Rule 2004 exam of Mr. Boyer. Telephone conference with attorney Armstrong, attorney for Nusbaum Farms, regarding case. Telephone conference with attorney Churnside regarding case. Telephone conference with attorney Hoyt regarding purchase of McFarland Road property. Prepare and send email to Mr. Wendling regarding offer on McFarland Road property. | | |
| 03/18/16 | TMO | Prepare and send email to Mr. Wendling regarding loan disbursements for Fidelity National Title on McFarland Road Property. Review and print email message from Mr. Martin, attorney for Fidelity National Title. Review and respond to email message from attorney Martin. Instructions to legal assistant. | 0.50 | $137.50 |
| 03/28/16 | TMO | Review and print email message from Loren Scott. Draft Stipulated Order Extending Discharge Date, with Supporting Affidavit as required by the Bankruptcy Court. Review correspondence from attorney Dan Armstrong, attorney for Nusbaum Farms. Review file regarding status of claim on Fidelity National Title - McFarland Road property. Review and print email message from Mr. Martin, claims attorney for Fidelity National Title (x2). Review and respond to email message from attorney Martin. | 2.20 | $605.00 |
| 03/28/16 | LM | Prepare draft Stipulated Order to Extend Discharge Deadline and draft Affidavit of Thomas M. Orr. | 0.70 | $40.60 |
| 03/29/16 | TMO | Finalize Affidavit in support of an additional extension of the discharge date in bankruptcy. Draft letter to Mr. Scott. Instructions to legal assistant. Review and print email message from Bankruptcy Court. Review PACER. Print and review Order Approving Sale of Muddy Creek Partners 1/3 interest in Smith Valley Seed Cleaners. | 1.00 | $275.00 |
| 03/29/16 | LM | Revise Affidavit of Thomas M. Orr. Prepare letter to Loren Scott. | 0.50 | $29.00 |
| 03/30/16 | TMO | Review and print email message from Mr. Scott, with attached signed Stipulated Order Extending Deadline. Review file. Instructions to legal assistant regarding Order and Affidavit on Extension of Discharge Date. Telephone conference with Mr. Martin, claims attorney for Fidelity National Title. Prepare and send email to Mr. Wendling regarding Rule 2004 transcript. Prepare and send email to Mr. Wendling regarding status of bankruptcy case. Review Rule 2004 transcript and exhibits (cursory). Instructions to legal assistant. Review and print email message from Mr. Hoyt, attorney for purchasers of McFarland Road Property, with attached offer for purchase. Review and print email message from attorney Martin (x2). Review and print email message from Mr. Huntsberger, Bankruptcy Trustee regarding sale of McFarland Road property. | 1.30 | $357.50 |
| 03/30/16 | TMO | Prepare and send email to Mr. Wendling regarding offer on McFarland Road property. Prepare and send email to Mr. Hoyt and Mr. Huntsberger (Trustee) regarding offer on McFarland Road | 0.60 | $165.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | property and status of Baker Family Trust Lien. Leave detailed message for Mr. Wendling. | | |
| 03/31/16 | TMO | Review and print email message from Mr. Hoyt regarding Sale Agreement and payoff of first Lien. Review and respond to email message from Mr. Hoyt. Prepare and send email to Mr Wendling. Review and print email message from Amerititle regarding McFarland Road property. Review and print email message from Mr. Wendling. Scan and email to Mr. Wendling - the notice and order regarding sale of Muddy Creek Partners 1/3 interest to South Valley Seed Company. | 1.10 | $302.50 |

**Total Professional Fees:** $12,443.30

**Hourly Rate Information**

| | |
|---|---|
| AR | 58.00 |
| LM | 58.00 |
| NC | 58.00 |
| TMO | 274.39 |

**COSTS**

| | |
|---|---|
| Bulk Photocopies | 45.72 |

**Total Costs:** $45.72

**Total Current Charges:** $12,489.02

**Balance Brought Forward:** $24,364.60

**Payment on Account:** $0.00 cr

**TOTAL AMOUNT DUE** $36,853.62