

# CAMPBELL KYLE PROFFITT LLP
### ATTORNEYS AT LAW

198 South 9th Street
P.O. Box 2020
Noblesville, IN 46061-2020

Carmel - (317) 846-6514
Noblesville - (317) 773-2090

April 30, 2016

United States Securities & Exchange Commission
Chicago Regional Office
175 W. Jackson Blvd.
Suite 900
Chicago, IL 60604

Statement No.      WEW
EIN: 35-1331092
Our File No.   23696-001

RE:     Asset Analysis & Recovery

| | |
|---|---:|
| **Previous Balance:** | **$48,288.35** |
| Current Fees and Disbursements (+): | $640.00 |
| Receipts (-): | $48,288.35 |
| **Balance Now Due:** | **$640.00** |

# EXHIBIT C-1

## PROFESSIONAL SERVICES

| Date | | Hours | Description | Amount |
|---|---|---|---|---|
| 04/06/2016 | AHP | 0.20 | Collections: Receive and briefly review redlined agreement, email from Bill | $55.00 |
| 04/12/2016 | AHP | 0.80 | Collections: Call from Bill, review draft petition and order, revisions to same, instructions to staff; StadiumRed – review materials received | $220.00 |
| 04/13/2016 | AHP | 0.80 | Collections: Instructions to staff re: filing of Williams materials, email with Anita, email from Bill re: Cherry requests and issues related to the same, brief conference call including SEC | $220.00 |
| **Total** | | **1.80** | | **$495.00** |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 04/25/2016 | PARKING FEE (3/14/16) | $10.00 |
| 04/25/2016 | PARKING FEE (3/15/16) | $10.00 |
| 04/25/2016 | STATE ANNUAL REPORT (3/21/16) | $25.00 |
| 04/25/2016 | STATE ANNUAL REPORT (3/21/16) | $25.00 |
| 04/25/2016 | STATE ANNUAL REPORT (3/21/16) | $25.00 |
| 04/25/2016 | STATE ANNUAL REPORT (3/21/16) | $25.00 |
| 04/25/2016 | STATE ANNUAL REPORT (3/21/16) | $25.00 |
| **Total** | | **$145.00** |

| 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121 & up |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Balance Now Due:**                                               **$640.00**

# A P W  Altman, Poindexter & Wyatt LLC


# Altman, Poindexter & Wyatt LLC

**INVOICE**

Invoice # 452
Date: 07/29/2016
Due Upon Receipt

## Altman, Poindexter & Wyatt LLC

75 Executive Drive, Suite G
Carmel, Indiana 46032
Phone: 317-350-1000
Email: apw@apwlawyer.com
www.apwlawyer.com

William E. Wendling, Jr.
Cohen Garelick & Glazier
8888 Keystone Crossing, Suite 800
Indianapolis, IN 46240

## 1605-00247/SEC v. Veros, et al - Asset Analysis and Recovery

## SEC v. Veros, et al - Asset Analysis and Recovery

| Type | Date | Attorney | Description | Time | Total |
|------|------|----------|-------------|------|-------|
| Service | 05/04/2016 | AHP | Private Placement: Review Cherry Farms email and revised agreement | 0.20 | $55.00 |
| Service | 05/05/2016 | AHP | Private Placement: Cherry Farms, brief call with Bill re; status of investor positions and release of lien | 0.40 | $110.00 |
| Service | 05/13/2016 | AHP | Private Placement: Receive and review various emails re: priviate placements including Cherry Farms and Blue Berrry, review requests from Cassleman; review and finalize Yeager filing, instructions to staff | 0.50 | $137.50 |
| Service | 05/17/2016 | AHP | Private Placement: Call from Bill re; status of Cherry negotiations, email from Bill, receive and review multiple investor emails | 0.60 | $165.00 |
| Service | 05/18/2016 | AHP | Collections: Receive and review draft motion to hire bankruptcy counsel | 0.20 | $55.00 |
| Service | 05/19/2016 | AHP | Private Placement: Receive and review multiple emails relating to Cherry Farms, call to Bill, followup call from Bill | 1.20 | $330.00 |
| Service | 05/19/2016 | AHP | Private Placement: Conference call with Bill, Rob and Doressa re; Cherry Farm issues | 1.00 | $275.00 |
| Service | 05/20/2016 | AHP | Private Placement: Review emails related to Cherry farms, brief call with Bill, further emails re; same | 0.60 | $165.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 05/26/2016 | AHP | Private placements: monitor email and respond as needed, call with Bill | 0.50 | $137.50 |
| Service | 06/03/2016 | AHP | Private Placement: Receive and review emails including Mainsource requests for payment, Flat 12 materials; respond as needed | 0.30 | $82.50 |
| Service | 06/09/2016 | AHP | Private Placement: Emails from Bill and SEC | 0.20 | $55.00 |
| Service | 06/10/2016 | AHP | Private Placement: Various emails from Bill, review and edit proposed demand to Cherry's via counsel, instructions to staff re; filing amended motion | 0.50 | $137.50 |
| Service | 06/16/2016 | AHP | Private Placement: Review and revise StadiumRed correspondence and questionnaire | 0.30 | $82.50 |
| Service | 06/22/2016 | AHP | Private Placement: Review and discuss changes to HF Land And True Blue motions prior to filing; review adn mark up extensive motion re: instructions | 1.50 | $412.50 |
| Service | 06/23/2016 | AHP | Private Placement: Further review and edit of extensive motion on instructions | 0.90 | $247.50 |
| Service | 06/25/2016 | AHP | Private Placement: Receive and review Cherry Farms proposal and info to investors. Calendar meeting date | 0.40 | $110.00 |
| Service | 06/27/2016 | AHP | Private Placement: Extended call with Bill, review Matt's notes re Cherry Farms settlement negotiations | 0.70 | $192.50 |
| Service | 06/28/2016 | AHP | Private Placement: Multiple emails from Bill, review language, suggest changes, review entry from court, emails to Panganelli and McCauley re comments on motion | 1.10 | $302.50 |

**Total hours:**   **11.10**

**Total**   **$3,052.50**

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 452 | 07/29/2016 | $3,052.50 | $0.00 | $3,052.50 |

| | |
|---|---|
| **Outstanding Balance** | **$3,052.50** |
| **Amount in Trust** | **$0.00** |
| **Total Amount Outstanding** | **$3,052.50** |

Please make all amounts payable to: Altman, Poindexter & Wyatt LLC

Payment is due upon receipt.

## Remittance Advice

| Checking Information |
| --- |

**Remit checks to:**   *Altman, Poindexter & Wyatt LLC,* 75 Executive Drive, Suite G, Carmel, Indiana 46032.
You may also pay your statement by credit card by either contacting our office at
317-350-1000 or online at **www.apwlawyers.com.**

Please include the invoice number 452 as an additional reference so we may accurately identify and apply your
payment.

# Altman, Poindexter & Wyatt LLC

**APW**

## INVOICE

Invoice # 453
Date: 07/29/2016
Due Upon Receipt

## Altman, Poindexter & Wyatt LLC

75 Executive Drive, Suite G
Carmel, Indiana 46032
Phone: 317-350-1000
Email: apw@apwlawyer.com
www.apwlawyer.com

William E. Wendling, Jr.
Cohen Garelick & Glazier
8888 Keystone Crossing, Suite 800
Indianapolis, IN 46240

## 1605-00248/SEC v. Veros, et al. - Asset Disposition

## SEC v. Veros, et al. - Asset Disposition

| Type | Date | Attorney | Description | Time | Total |
|------|------|----------|-------------|------|-------|
| Service | 06/08/2016 | AHP | Private Placement: Emails from Bill and Anita; Call with Bill re: various private placements and related issues; final review of motion and instructions to staff | 1.10 | $302.50 |
| Service | 06/15/2016 | AHP | Private Placement: Receive various emails re: HF Land and True Blue status and changes, instructions to staff | 0.30 | $82.50 |
| Service | 06/16/2016 | AHP | Private Placement: Call from Bill, review and revise True Blue and HF Land petitions and orders, petition on fees and division to Mainsource, emails re: same | 1.10 | $302.50 |
| Service | 06/17/2016 | AHP | Private Placement: Review and begin revisions to private placement request for instructions | 0.80 | $220.00 |
| Service | 06/29/2016 | AHP | Supervision: Emails, instructions and final revisions to file motion re: disposition of Veros assets | 0.30 | $82.50 |

**Total hours: 3.60**

**Total**     **$990.00**

## Detailed Statement of Account

### Current Invoice

# EXHIBIT C-2

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 453 | 07/29/2016 | $990.00 | $0.00 | $990.00 |

|  |  |
|---|---|
| **Outstanding Balance** | **$990.00** |
| **Amount in Trust** | **$0.00** |
| **Total Amount Outstanding** | **$990.00** |

Please make all amounts payable to: Altman, Poindexter & Wyatt LLC

Payment is due upon receipt.

## Remittance Advice

| Checking Information |
| --- |

**Remit checks to:**   *Altman, Poindexter & Wyatt LLC*, 75 Executive Drive, Suite G, Carmel, Indiana 46032. You may also pay your statement by credit card by either contacting our office at 317-350-1000 or online at **www.apwlawyers.com.**

Please include the invoice number 453 as an additional reference so we may accurately identify and apply your payment.

 

**CAMPBELL KYLE PROFFITT LLP**

ATTORNEYS AT LAW

198 South 9th Street
P.O. Box 2020
Noblesville, IN 46061-2020

Carmel - (317) 846-6514
Noblesville - (317) 773-2090

April 30, 2016

United States Securities & Exchange Commission
Chicago Regional Office
175 W. Jackson Blvd.
Suite 900
Chicago, IL 60604

Statement No.      WEW
EIN: 35-1331092
Our File No.   23696-003

RE:      Business Operations

| | |
|---|---:|
| **Previous Balance:** | **$26,607.50** |
| Current Fees and Disbursements (+): | $34.94 |
| Receipts (-): | $26,607.50 |
| **Balance Now Due:** | **$34.94** |

# EXHIBIT C-3

**PROFESSIONAL SERVICES**

| | | | | |
|---|---|---|---|---|
| 04/19/2016 | CWB | 0.10 | Supervision: Review emails from Corporation Service Company regarding change of registered agent for Midwest Blueberry Real Estate; email to A. Haworth regarding same | $12.50 |

**Total**              0.10                                          **$12.50**


**DISBURSEMENTS**

04/25/2016    INDIANA SECRETARY OF STATE – BUSINESS ENTITY REPORT FEE (3/21/16)        22.44

**Total**                                                                    **$22.44**

| 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121 & up |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |


**Balance Now Due:**                                               **$34.94**

# Altman, Poindexter & Wyatt LLC

## INVOICE

Invoice # 454
Date: 07/29/2016
Due Upon Receipt

## Altman, Poindexter & Wyatt LLC

75 Executive Drive, Suite G
Carmel, Indiana 46032
Phone: 317-350-1000
Email: apw@apwlawyer.com
www.apwlawyer.com

William E. Wendling, Jr.
Cohen Garelick & Glazier
8888 Keystone Crossing, Suite 800
Indianapolis, IN 46240

## 1605-00249/SEC v. Veros, et al. - Business Operations

## SEC v. Veros, et al. - Business Operations

| Type | Date | Attorney | Description | Time | Total |
|------|------|----------|-------------|------|-------|
| Service | 05/04/2016 | CB-Paralegal | Supervision: Telephone conference with W. Wendling regarding accounting. | 0.20 | $25.00 |
| Service | 05/18/2016 | CB-Paralegal | Supervision: Prepare and send correspondence to A. Haworth enclosing PinCap statement from Illinois Department of Employment Security and Howell Raymond James account statement. | 0.30 | $37.50 |
| Service | 05/31/2016 | CB-Paralegal | Supervision: Receive and review email from A. Haworth to J. Fedor regarding change of address and duplicate account statements for Howell's Raymond James account. | 0.10 | $12.50 |
| Service | 05/31/2016 | CB-Paralegal | Supervision: Telephone conference with A. Haworth regarding Illinois Department of Employment Security Notice of Change form/closing account. | 0.10 | $12.50 |

Total Hours: 0.70

Total $87.50

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 454 | 07/29/2016 | $87.50 | $0.00 | $87.50 |

|  |  |
|---|---|
| **Outstanding Balance** | **$87.50** |
| **Amount in Trust** | **$0.00** |
| **Total Amount Outstanding** | **$87.50** |

Please make all amounts payable to: Altman, Poindexter & Wyatt LLC

Payment is due upon receipt.

## Remittance Advice

| Checking Information |
|---|

**Remit checks to:** *Altman, Poindexter & Wyatt LLC,* 75 Executive Drive, Suite G, Carmel, Indiana 46032. You may also pay your statement by credit card by either contacting our office at 317-350-1000 or online at **www.apwlawyers.com.**

Please include the invoice number 454 as an additional reference so we may accurately identify and apply your payment.





# CAMPBELL KYLE PROFFITT LLP

ATTORNEYS AT LAW

198 South 9th Street
P.O. Box 2020
Noblesville, IN 46061-2020

Carmel - (317) 846-6514
Noblesville - (317) 773-2090

April 30, 2016

United States Securities & Exchange Commission
Chicago Regional Office
175 W. Jackson Blvd.
Suite 900
Chicago, IL 60604

Statement No.    WEW
EIN: 35-1331092
Our File No.   23696-004

RE:    Case Administration

| | |
|---|---|
| **Previous Balance:** | **$23,375.50** |
| Current Fees and Disbursements (+): | $87.50 |
| Receipts (-): | $23,375.50 |
| **Balance Now Due:** | **$87.50** |

# EXHIBIT C-4

**PROFESSIONAL SERVICES**

| | | | | |
|---|---|---|---|---|
| 04/06/2016 | CWB | 0.70 | Collections:  Review emails from A. Guillaume and W. Wendling regarding FarmGrowCap account balance, review third quarterly report, third quarterly fee application and third quarter bank reconciliations; respond to email from W. Wendling | $87.50 |
| **Total** | | **0.70** | | **$87.50** |

| 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121 & up |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Balance Now Due:**                                                          **$87.50**

# Altman, Poindexter & Wyatt LLC

**A P W**

## INVOICE

Invoice # 455
Date: 07/29/2016
Due Upon Receipt

## Altman, Poindexter & Wyatt LLC

75 Executive Drive, Suite G
Carmel, Indiana 46032
Phone: 317-350-1000
Email: apw@apwlawyer.com
www.apwlawyer.com

William E. Wendling, Jr.
Cohen Garelick & Glazier
8888 Keystone Crossing, Suite 800
Indianapolis, IN 46240

## 1605-00250/SEC v. Veros, et al. - Case Administration

## SEC v. Veros, et al. - Case Administration

| Type | Date | Attorney | Description | Time | Total |
|------|------|----------|-------------|------|-------|
| Service | 05/03/2016 | CB-Paralegal | Supervision: Revise and finalize Receiver's Notice to Court of No Objections to Second Motion for Authority to Settle Illinois Litigation; e-file same with Court. | 0.30 | $37.50 |
| Service | 05/03/2016 | AHP | Supervision: Receive and review notice, review order, revise and instructions to staff, review emails to and from investors | 0.40 | $110.00 |
| Expense | 05/05/2016 | CB-Paralegal | Reimbursable expense: Copies | 1.00 | $5.70 |
| Service | 05/07/2016 | AHP | Supervision: Review and process mail including IRS materials and other mailings, including inquiry re: Jennings Design, letter to Bill re: same | 0.50 | $137.50 |
| Service | 05/11/2016 | AHP | Supervision: Review and redline Receiver's Fourth Interim Report | 0.50 | $137.50 |
| Service | 05/12/2016 | CB-Paralegal | Supervision: Review emails;revisions to Receiver's Fourth Interim Report; email same to Receiver; telephone conferences with A. Haworth; finalize and file Receiver's Fourth Interim Report; finalize and file Receiver's Motion for Enlargement of Time to file Quarterly Report; attention to file. | 2.00 | $250.00 |
| Service | 05/12/2016 | AHP | Supervision: Receive and review proposed motion, instructions to Cari, revise interim report and prep for filing, emails from and to Bill re bankruptcy counsel hiring, emails from Moye | 1.00 | $275.00 |

| | | | | | |
|---|---|---|---|---|---|
| Expense | 05/12/2016 | CB-Paralegal | Reimbursable expense: Copies | 1.00 | $6.30 |
| Service | 05/13/2016 | CB-Paralegal | Supervision: Review emails; revise and finalize Yeager motion and exhibits; e-file same. | 0.70 | $87.50 |
| Expense | 05/18/2016 | CB-Paralegal | Reimbursable expense: Copies | 1.00 | $3.15 |
| Expense | 05/18/2016 | CB-Paralegal | Reimbursable expense: Postage | 1.00 | $1.36 |
| Service | 05/25/2016 | CB-Paralegal | Supervision: Telephone conferences with A. Haworth regarding accounting. | 0.20 | $25.00 |
| Service | 05/26/2016 | CB-Paralegal **Supervision** | Receive email from A. Haworth with draft fee application documents; print for A. Poindexter review; review Standardized Fund Accounting Report; email A. Haworth regarding change. Finalize fee application and proposed order; electronically file same (no charge). | 1.40 | $0.00 |
| Expense | 05/26/2016 | CB-Paralegal | Reimbursable expense: Copies | 1.00 | $5.70 |
| Expense | 05/31/2016 | CB-Paralegal | Reimbursable expense: Copies | 1.00 | $9.60 |
| Expense | 06/03/2016 | CB-Paralegal | Reimbursable expense: Copies | 1.00 | $0.45 |
| Service | 06/08/2016 | CB-Paralegal | Private Placement: Revise and finalize Motion to Transfer Veros Switch Holdings; electronically file motion and proposed order. | 0.60 | $75.00 |
| Expense | 06/09/2016 | CB-Paralegal | Reimbursable expense: Copies | 1.00 | $1.80 |
| Service | 06/13/2016 | CB-Paralegal | Private Placement: Revise and finalize motions to amend orders to transfer private placements Veros Switch Holdings and Yeager of Frisco and proposed orders thereon. E-file motions and proposed orders. | 0.90 | $112.50 |
| Service | 06/16/2016 | CB-Paralegal | Private Placement: Revisions to True Blue and HF Land petitions. | 0.40 | $50.00 |
| Service | 06/17/2016 | CB-Paralegal | Private Placement: Revise and finalize StadiumRed questionnaire and correspondence. | 0.30 | $37.50 |
| Expense | 06/17/2016 | CB-Paralegal | Reimbursable expense: Postage | 1.00 | $1.57 |
| Service | 06/22/2016 | CB-Paralegal | Private Placements: Revise and finalize Motions to Release Private Placements HF Land and True Blue Berry Mezzanine and proposed orders thereon; e-file both motions. | 0.80 | $100.00 |
| Service | 06/23/2016 | CB-Paralegal | Private Placements - Revise and redline Receiver's Report Regarding the Status of Veros Partners LLC, Private Placements, Request for Instructions Regarding Private Placements, and Request for Hearing. | 0.80 | $100.00 |
| Service | 06/24/2016 | CB-Paralegal | Private Placements: Review e-filing notices and download pleadings; attention to file. | 0.30 | $37.50 |
| Expense | 06/24/2016 | CB-Paralegal | Reimbursable expense: Copies | 1.00 | $7.05 |

| Service | 06/29/2016 | CB-Paralegal | Private Placement: Revisions to agreed motion for authority to distribute certain Veros assets and proposed order thereon; conference with A. Poindexter; finalize and e-file motion and proposed order. | 0.70 | $87.50 |
|---|---|---|---|---|---|

|  | Total Hours: | AHP: 2.40 hours | Fees: | $1,660.00 |
|---|---|---|---|---|
|  |  | CWB: 8.00 hours | Expenses: $ | 42.68 |
|  |  | CWB 1.40 hours (no charge) | Total | $1,702.68 |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 455 | 07/29/2016 | $1,702.68 | $0.00 | $1,702.68 |

| | |
|---|---|
| Outstanding Balance | $1,702.68 |
| Amount in Trust | $0.00 |
| Total Amount Outstanding | $1,702.68 |

Please make all amounts payable to: Altman, Poindexter & Wyatt LLC

Payment is due upon receipt.

## Remittance Advice

| Checking Information |
| --- |

**Remit checks to:**   *Altman, Poindexter & Wyatt LLC*, 75 Executive Drive, Suite G, Carmel, Indiana 46032.
You may also pay your statement by credit card by either contacting our office at
317-350-1000 or online at **www.apwlawyers.com.**

Please include the invoice number 455 as an additional reference so we may accurately identify and apply your payment.




# CAMPBELL KYLE PROFFITT LLP

### ATTORNEYS AT LAW

198 South 9th Street
P.O. Box 2020
Noblesville, IN 46061-2020

Carmel - (317) 846-6514
Noblesville - (317) 773-2090

April 30, 2016

United States Securities & Exchange Commission
Chicago Regional Office
175 W. Jackson Blvd.
Suite 900
Chicago, IL 60604

Statement No.     WEW
EIN: 35-1331092
Our File No.   23696-007

RE:      Accounting

| | |
|---|---|
| **Previous Balance:** | **$23,502.50** |
| Current Fees and Disbursements (+): | $337.50 |
| Receipts (-): | $23,502.50 |
| **Balance Now Due:** | **$337.50** |

# EXHIBIT C-7

**PROFESSIONAL SERVICES**

| 04/04/2016 | CWB | 2.70 | Supervision: Secure file transfer of January and February account reconciliations to G. Parker; email to G. Parker regarding same.  Secure file transfer of FarmGrowCap accounting information to G. Parker; email to G. Parker regarding same; review AccuPay payroll records for accounting discrepancy; email to G. Parker regarding same. | $337.50 |

**Total**          2.70                                  **$337.50**

| 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121 & up |
|--------|---------|---------|----------|----------|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Balance Now Due:**                                 **$337.50**