# EXHIBIT D

*Blue & Co., LLC - (with assistance from Aliign, LLC as set forth in engagement letter)*

Quarter Period: 04/1/16 - 06/3/16

| Description | Amount Due | Invoice Time Period | Invoice No. | Due Date | SEC Task No. | SEC Receivership - Quarter Period | Note: | Total Accounting fees this Quarter |
|---|---|---|---|---|---|---|---|---|
| Veros Partners Receivership General Consulting | $1,450.00 | 3/25/16 - 4/17/16 | 10476160 | 5/5/2016 | 13/14 | 2016 - 2nd quarter | To be submitted with Receiver's 2016 2nd quarter fee app | |
| Veros PP - Yeager of Frisco LLC | $700.00 | 4/30/2016 | 10476159 | 5/5/2016 | 13 | | | |
| Veros PP - FarmGrowCap LLC | $9,100.00 | 5/31/2016 | 10478685 | 6/2/2016 | 13 | | | |
| Veros PP - Veros Switch Holdings LLC | $945.00 | 5/31/2016 | 10478686 | 6/2/2016 | 13 | | | |
| Veros PP -True Blue Berry Mgmt Mid-Term | $770.00 | 5/31/2016 | 10478687 | 6/2/2016 | 13 | | | |
| Veros PP - True Blue  Berry Mgmt 2015 Secured Loans | $775.00 | 5/31/2016 | 10478686 | 6/2/2016 | 13 | | | |
| Veros PP - FarmGrowCap LLC | $15,941.00 | 6/30/2016 | 10480720 | 7/6/2016 | 13/14 | | | |
| Veros PP - HF Land GP Secure Loans | $1,416.00 | 6/30/2016 | 10480719 | 7/6/2016 | 13 | | *Blue & Co. sub-total:* | *$31,097.00* |
| Aliign - Receivership General Consulting | $232.00 | 4/30/2016 | 13406865 | 6/2/2016 | 13 | 2016 - 2nd quarter | forensic accounting services | |
| Aliign - Veros PP - Blue Crop Group LLC | $1,240.00 | | 13406895 | | 13 | | | |
| Aliign - Veros PP - FarmGrowCap LLC | $2,304.00 | | 13406891 | | | | | |
| Aliign - Veros PP - PinCap LLC | $775.00 | | 13406830 | | 13 | | | |
| Aliign - Veros PP - Veros Switch Holding, LLC | $51.00 | | 13406883 | | 13 | | | |
| Aliign - Receivership General Consulting* | $526.00 | 5/30/2016 | 13407085 | 7/7/2016 | 7/13 | | | |
| *Plus $110 fees for QuickBooks hosting for April and May 2016; balance of $526 is for time spent | | | | | | | | |
| Veros PP - Blue Crop Group LLC | $450.00 | | 13407087 | | 7/13 | | | |
| Aliign - Veros PP - FarmGrowCap LLC | $1,300.00 | | 13407079 | | 7/13 | | | |
| Aliign - Veros PP - HF Land GP | $603.00 | | 13407084 | | 7/13 | | | |
| Aliign - Veros PP - Jennings Design 2015 Secured Loans | $34.00 | | 13407082 | | 7/13 | | | |
| Aliign - Veros PP - PinCap LLC | $448.00 | | 13407089 | | 7/13 | | | |
| Aliign - Veros PP - Rockdale Holding, LLC | $34.00 | | 13407086 | | 7/13 | | | |
| Aliign - Veros PP - Stadiumred | $34.00 | | 13407077 | | 7/13 | | | |
| Aliign - Veros PP - True Blue Berry Mgmt Mid-Term | $60.00 | | 13407088 | | 7/13 | | | |
| Aliign - Veros PP - Veros 702 North Holding, LLC | $34.00 | | 13407083 | | 7/13 | | | |
| Aliign - Veros PP - Veros JF Wild Holdings, LLC | $34.00 | | 13407078 | | 7/13 | | | |
| Aliign - Veros PP - Veros Switch Holdings, LLC | $60.00 | | 13407081 | | 7/13 | | | |
| Aliign - Veros PP - Yeager of Frisco, LLC | $34.00 | | 13407080 | | 7/13 | | | |
| Aliign - Receivership General Consulting* | $594.00 | 6/30/2016 | 13407224 | | 7/13 | | | |
| *Plus $55 fees for QuickBooks hosting for June 2016; balance of $594 is for time spent | | | | | | | | |
| Aliign - Veros PP - Blue Crop Group LLC | $159.00 | | 13407200 | | 7/13 | | | |
| Aliign - Veros PP - FarmGrowCap LLC | $268.00 | | 13407195 | | 7/13 | | | |
| Aliign - Veros PP - HF Land GP Secured Loans | $1,249.00 | | 13407223 | | 7/13 | | | |
| Aliign - Veros PP - PinCap, LLC | $3,291.00 | | 13407207 | | 7/13 | | | |
| *Total Fees:* | *$44,911.00* | | | | | | *Aliign sub-total:* | *$13,814.00* |
| *Total Expenses* | *$165.00* | | | | | | | |
| **Total Due for Period** | **$45,076.00** | 1/01/16 - 3/31/16 | | | 7,13,14 | 2016 - 2nd quarter | To be submitted with Receiver's 2016 2nd quarter fee app | |



*CPAs / ADVISORS*

Veros Partners Receivership General Consulting
Mr. William Wendling, Jr. - Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing # 800
Indianapolis, IN 46240

| | **Invoice** | **10476160** |
|---|---|---|

| | | **Invoice Date** | 05/05/2016 |
|---|---|---|---|
| **Client No.** | 116486 | **Due Date** | 06/04/2016 |

Billing for the following services for the period March 25, 2016
through April 17, 2016, as follows:

Tax consulting services related to meetings/calls with Receiver, as well
as memos summarizing matters in regards to: Qualified Settlement
Fund (research and tax treatment);
RJW Loan amortization analysis for Receiver; various tax consulting
and follow up on returns.

Jarit Loughmiller - Director (0.5 hours)**

Paul Roth - Senior Manager (2.30 hours)**

Beth Harling - Senior Manager (0.5 hours)**

Staff (5.5 hours)**

|  | 1,450.00 |
|---|---|

**Reflects a 20% discount for services rendered as set forth in the Blue
& Co.,LLC engagement letter with Mr. Wiliam E. Wendling, Jr.
(Receiver).

| **Total Due** | **1,450.00** |
|---|---|

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

**Veros Partners Receivership General Consulting**
**Invoice: 10476160**

| Employee Name | Entry Date | Task | Quantity | Billing Price, Invoiced |
|---|---|---|---|---|
| Jarit Loughmiller | 4/12/2016 | Forensics consulting-RJW Settlement amort schedule for Bill W. | 0.50 | $ 121.69 |
| Bridgette Mugge | 3/25/2016 | Other tax returns -Workstream setup | 0.50 | $ 63.94 |
| Bridgette Mugge | 3/28/2016 | Other tax returns - Gwen / f/u on Misc tax matters. | 0.25 | $ 31.97 |
| Bridgette Mugge | 3/30/2016 | Other tax returns - Gwen / f/u on Misc tax matters. | 0.50 | $ 63.94 |
| Bridgette Mugge | 3/31/2016 | Other tax returns - address change listing | 0.50 | $ 63.94 |
| Bridgette Mugge | 4/4/2016 | Other tax returns - Fix IN Rejections on Craft Brew returns | 0.25 | $ 31.97 |
| Bridgette Mugge | 4/7/2016 | Other tax returns - Phone Calls & emails with Investor & Bill | 1.50 | $ 191.82 |
| Bridgette Mugge | 4/12/2016 | Other tax returns - Gwen / f/u on Misc tax matters. | 0.25 | $ 31.97 |
| Bridgette Mugge | 4/15/2016 | Other tax returns _ Extensions for 5 remaining entities & Email responses | 1.75 | $ 223.80 |
| Paul Roth | 4/8/2016 | Tax consulting-Jerry on QSFs and tax returns; find Bill's new email address and email | 0.70 | $ 158.81 |
| Paul Roth | 4/11/2016 | Tax consulting-Review QSF memo / f/u with Bill | 0.50 | $ 113.45 |
| Paul Roth | 4/11/2016 | Tax consulting-Phone with Bill & Bridgette on tax return status and QSF treatment | 0.40 | $ 90.75 |
| Paul Roth | 4/11/2016 | Tax consulting-Phone with Risinger & speak with Gwen | 0.70 | $ 158.82 |
| Beth Harling | 4/17/2016 | EF issue - assist Kim and Bridgette - reupload | 0.25 | $ 51.57 |
| Beth Harling | 4/17/2016 | EF issue - assist Kim and Bridgette - reupload | 0.25 | $ 51.56 |
|  |  |  |  | $ 1,450.00 |

 blue

Veros PP - Yeager of Frisco LLC
Mr. William Wendling, Jr. - Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| **Invoice** | | **10476159** |
|---|---|---|

| | | **Invoice Date** | 05/05/2016 |
|---|---|---|---|
| **Client No.** | 116504 | **Due Date** | 06/04/2016 |

Billing for the following services:

Analysis and correspondence (issued April 15, 2016) summarizing
findings related to Yeager of Frisco LLC, as requested by Receiver.***

700.00

**Reflects good faith discount extended to Receiver.

| **Total Due** | **700.00** |
|---|---|

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

**Veros PP - Yeager of Frisco LLC**
**Invoice: 10476159**

| Employee Name | Entry Date | Task | Hours | Invoiced |
|---|---|---|---|---|
| Jarit Loughmiller | 4/15/2016 | Litigation consulting- analysis of Yeager of Frisco PP and memo to receiver. | 3.00 | $ 700.00 |
| | | | | $ 700.00 |



CPAs / ADVISORS

Veros PP - FarmGrowCap LLC
Mr. William Wendling, Jr. – Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | **Invoice** | **10478685** |
|---|---|---|
| | **Invoice Date** | 06/02/2016 |
| **Client No.**   116551 | **Due Date** | 07/02/2016 |

Billing for the following services rendered between May 17, 2016 and
May 31, 2016:

Forensic consulting to trace payments and proceeds attributable to
2013 VFLH and 2014 FGC (and 2014 PinCap Bridge Loan).  Meetings
/ conference calls with Receiver to discuss matter.**

Jarit Loughmiller - Director (38.5 hours)

|  | 9,100.00 |
|---|---|

** Reflects courtesy discount agreed upon with Receiver.

| **Total Due** | **9,100.00** |
|---|---|

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

**Veros PP - FarmGrowCap**
**Invoice: 10478685**

| Employee Name | Entry Date | Task | Hours | Invoiced |
|---|---|---|---|---|
| Jarit Loughmiller | 5/17/2016 | Forensics consulting-FCG and VFLH loss calculation / analysis; call with Receiver. | 6.00 | 1,418.18 |
| Jarit Loughmiller | 5/23/2016 | Forensics consulting-FCG analysis / prep for meeting w/ Receiver; meeting with Receiver. | 4.50 | 1,063.64 |
| Jarit Loughmiller | 5/24/2016 | Forensics consulting-prep and meeting w/ Receiver / SEC to discuss FGC and VFLH analysis. | 7.00 | 1,654.54 |
| Jarit Loughmiller | 5/25/2016 | Forensics consulting-VFLH Proceeds Tracing. | 6.00 | 1,418.19 |
| Jarit Loughmiller | 5/26/2016 | Forensics consulting-2013 VFLH payment analysis. | 4.50 | 1,063.63 |
| Jarit Loughmiller | 5/31/2016 | Forensics consulting-FGC investor proceed deposit tracing. | 10.50 | 2,481.82 |
| | | | | 9,100.00 |



*CPAs / ADVISORS*

Veros PP - Veros Switch Holding LLC
Mr. William Wendling, Jr. - Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | **Invoice** | **10478688** |
|---|---|---|
| | | |

| **Client No.** | 116513 | **Invoice Date** | 06/02/2016 |
|---|---|---|---|
| | | **Due Date** | 07/02/2016 |

Billing for the following services:

Analysis and correspondence (issued May 13, 2016) summarizing
findings related to Switch Holdings, LLC, as requested by Receiver.***

945.00

***Reflects courtesy discount as agreed upon with Receiver.

| **Total Due** | **945.00** |
|---|---|

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

**Veros PP – Veros Switch Holding LLC**
**Invoice: 10478688**

| Employee Name | Entry Date | Task | Hours | Invoiced |
|---|---|---|---|---|
| Jarit Loughmiller | 5/12/2016 | Forensics consulting-Summary of placement for Veros Switch Holdings for Receiver. | 3.25 | 767.81 |
| Jarit Loughmiller | 5/13/2016 | Forensics consulting-Switch Holdings Memo; Call with Receiver. | 0.75 | 177.19 |
| | | | 4.00 | 945.00 |



*CPAs / ADVISORS*

Veros PP - True Blue Berry Management Mid-Term
Mr. William Wendling, Jr. - Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

## Invoice 10478687

| | | |
|---|---|---|
| **Client No.** | 116510 | |

| | |
|---|---|
| **Invoice Date** | 06/02/2016 |
| **Due Date** | 07/02/2016 |

---

Billing for the following services:

Analysis and correspondence (issued May 16, 2016) summarizing
findings related to True Blue Berry Management Mid-Term, as
requested by Receiver.***

770.00

**Reflects good faith discount extended to Receiver.

---

| **Total Due** | **770.00** |
|---|---|

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

**Veros PP - True Blue Berry Management Mid-Term**
**Invoice: 10478687**

| Employee Name | Entry Date | Task | Hours | Invoiced |
|---|---|---|---|---|
| Jarit Loughmiller | 5/13/2016 | Forensics consulting-TBBM Mez Loans Memo analysis. | 3.25 | 770 |
| | | | | 770 |



CPAs / ADVISORS

Veros PP - True Blue Berry Mgmt LLC 2015 Secured Loans
Mr. William Wendling, Jr. - Cohen Garelick & Glazier, P.C.
888 Keystone Crossing #800
Indianapolis, IN 46240

| **Invoice** | **10478686** |
|---|---|

| **Client No.** | 116521 | **Invoice Date** | 06/02/2016 |
|---|---|---|---|
| | | **Due Date** | 07/02/2016 |

Billing for the following services:

Analysis and correspondence (issued May16, 2016) summarizing
findings related to True Blue Berry Management 2015 Secured Loans,
as requested by Receiver.***

**Reflects good faith discount extended to Receiver.                      775.00

| | |
|---|---|
| **Total Due** | **775.00** |

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

**Veros PP - True Blue Berry Mgmt LLC 2015 Secured Loans**
**Invoice: 10478686**

| Employee Name | Entry Date | Task | Hours | Invoiced |
|---|---|---|---|---|
| Jarit Loughmiller | 5/16/2016 | Forensics consulting-TBBM Sec Loans Memo analysis. | 3.25 | 775 |
|  | | | | 775 |



CPAs / ADVISORS

Veros PP - FarmGrowCap LLC
Mr. William Wendling, Jr. – Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | |
|---|---|
| **Invoice** | **10480720** |

| | | |
|---|---|---|
| | **Invoice Date** | 07/06/2016 |
| **Client No.** | 116551 | **Due Date** | 08/05/2016 |

Billing for the following services rendered between June 1, 2016 and June 30, 2016

Forensic consulting to trace payments and proceeds attributable to 2013 VFLH and 2014 FGC (and 2014 PinCap Bridge Loan). Meetings / conference calls with Receiver and SEC to discuss matter. Various tax consulting matters at request of the Receiver.**

Jarit Loughmiller - Director (63.75 hours)
Beth Harling - Senior Manager (1.60 hours)
Staff (4.75 hours)

15,941.00

** Reflects courtesy discount agreed upon with Receiver.

| | |
|---|---|
| **Total Due** | **15,941.00** |

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

**Veros PP - FarmGrowCap**
**Invoice: 10480720**

| Employee Name | Entry Date | Task | Hours | Invoiced |
|---|---|---|---|---|
| Jarit Loughmiller | 6/1/2016 | Forensics consulting-VFLH/FCG combining analysis for receivership. | 10.00 | 2,360.00 |
| Jarit Loughmiller | 6/2/2016 | Forensics consulting-meeting w/ Receiver to discuss FGC analysis. | 4.00 | 944.00 |
| Jarit Loughmiller | 6/7/2016 | Forensics consulting-meeting with Receiver/SEC to discuss matter and FCG analysis. | 6.00 | 1,416.00 |
| Jarit Loughmiller | 6/10/2016 | Forensics consulting-VFLH/FCG combining analysis for receivership. | 1.50 | 354.00 |
| Jarit Loughmiller | 6/13/2016 | Forensics consulting-FCG/VFLH payment / investment tracing. | 7.25 | 1,711.00 |
| Jarit Loughmiller | 6/14/2016 | Forensics consulting-FCG/VFLH investment analysis/reconcile. | 4.25 | 1,003.00 |
| Jarit Loughmiller | 6/16/2016 | Forensics consulting-FCG/VFLH investor balance analysis. | 5.75 | 1,357.00 |
| Jarit Loughmiller | 6/20/2016 | Forensics consulting-FCG/VFLH payment / investment tracing. | 2.00 | 472.00 |
| Jarit Loughmiller | 6/21/2016 | Forensics consulting-VFLH/FGC/PinCap Bridge Investor balance reconcile analysis. | 7.00 | 1,652.00 |
| Jarit Loughmiller | 6/22/2016 | Forensics consulting-meeting with Receiver to discuss matter. Analysis of FCG and VFLH accounts. | 7.00 | 1,652.00 |
| Jarit Loughmiller | 6/24/2016 | Forensics consulting-FGC/VFLH / Bridge Loan analysis. | 2.00 | 472.00 |
| Thomas Wagner | 6/27/2016 | Forensics consulting-VFHL and FGC investor payment detail check | 3.25 | 390.00 |
| Jarit Loughmiller | 6/27/2016 | Forensics consulting-FCG/VFLH payment / investment tracing. | 4.00 | 944.00 |
| Jarit Loughmiller | 6/28/2016 | Forensics consulting-FCG/VFLH payment / investment tracing. | 3.00 | 708.00 |
| Bridgette Mugge | 6/16/2016 | Other tax returns-Phone call with investor about progress of returns | 0.25 | 31.00 |
| Bridgette Mugge | 6/21/2016 | Other tax returns - Conference call with JT, Jerry, Beth & Gwen | 0.25 | 31.00 |
| Bridgette Mugge | 6/22/2016 | Other tax returns - Phone call with Chris & going through emails to forward | 1.00 | 124.00 |
| Beth Harling | 6/21/2016 | Discussion with JT, Gwen, Jerry and Bridgette on status of returns needed by Friday | 0.30 | 60.00 |
| Beth Harling | 6/22/2016 | Discussion with Chris R regarding tax return prep and questions from Chris; follow up with Gwen and JT | 0.90 | 180.00 |
| Beth Harling | 6/23/2016 | Follow up on status with Gwen, JT and Chris | 0.40 | 80.00 |
|  |  |  |  | 15,941.00 |



CPAs / ADVISORS

Veros PP - HF Land GP Secure Loans
Mr. William Wendling, Jr. - Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| **Invoice** | | **10480719** |
|---|---|---|

| | | | |
|---|---|---|---|
| **Client No.** | 116498 | **Invoice Date** | 07/06/2016 |
| | | **Due Date** | 08/05/2016 |

Billing for the following services:

Analysis and correspondence (issued June 14, 2016) summarizing findings related to HF Land GP, as requested by Receiver.***

**Reflects good faith discount extended to Receiver.

|  | 1,416.00 |
|---|---|
| **Total Due** | **1,416.00** |

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

**Veros PP - HF Land GP**
**Invoice: 10480719**

| Employee Name | Entry Date | Task | Hours | Invoiced |
|---|---|---|---|---|
| Jarit Loughmiller | 5/10/2016 | Forensics consulting-summary memo of HF Land PP for Receiver. | 3.00 | 708.00 |
| Jarit Loughmiller | 6/9/2016 | Forensics consulting-placement analysis for HF Land and summary memo for Receiver. | 1.50 | 354.00 |
| Jarit Loughmiller | 6/14/2016 | Forensics consulting-HF Land summary memo to Receiver. | 1.50 | 354.00 |
| | | | | 1,416.00 |



*Where accounting expertise meets small business needs*

Veros Partners Receivership (Aliign)
Mr. William Wendling, Jr. – Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **13406865** |
|---|---|---|---|
| **Client No.** | 116487 | **Invoice Date**<br>**Due Date** | 5/3/2016<br>6/2/2016 |

Billing for services rendered April 1, 2016 through April 30, 2016
related to Veros Partnership Receivership-General as requested by
Mr. William E. Wendling Jr. (Receiver) Including:

| | |
|---|---|
| Forensic Accounting: Gwen Parker: 4/11/16:Status updates on tax returns (.17 hours) | 26.00 |
| Forensic Accounting: Gwen Parker: 4/13/16: Download multiple files, review overlapping emails, update of information with multiple individuals (1 hour) | 155.00 |
| Forensic Accounting: Gwen Parker: 4/18/16: Various emails (.33 hours) | 51.00 |
| Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr. (Receiver) | |

| | **Total Due** | **232.00** |
|---|---|---|

**AR AGING**

| BALANCE 5/3/2016 | AFTER 5/3/2016 | AFTER 4/3/2016 | AFTER 3/3/2016 | AFTER 2/3/2016 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 4,216.43 | 945.29 | 52.14 | 3,219.00 | 0.00 | 0.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



Where accounting expertise meets small business needs

Veros PP - Blue Crop Group LLC (Aliign)
Mr. William Wendling, Jr. – Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **13406895** |
|---|---|---|---|
| **Client No.** | 116573 | **Invoice Date** | 5/3/2016 |
| | | **Due Date** | 6/2/2016 |

Billing for services rendered April 1, 2016 through April 30, 2016
related to Veros PP -Blue Crop Group LLC as requested by Mr.
William E. Wendling Jr. (Receiver) Including:

| | |
|---|---|
| Forensic Accounting: Gwen Parker: 4/12/16: Correction of information previously entered into QuickBooks, additional entry, fixed asset updates, loan and other balance sheet corrections and updates, review and correction of income statement entry. (4.5 hours) | 698.00 |
| Forensic Accounting: Gwen Parker: 4/13/16: Correction of information previously entered into QuickBooks, additional entry, fixed asset updates, loan and other balance sheet corrections and updates, review and correction of income statement entry. (3.5 hours) | 542.00 |

Reflects a 10% discount for services rendered as set forth in Blue &
Co LLC engagement letter with Mr. William E. Wendling Jr. (Receiver)

| **Total Due** | **1,240.00** |
|---|---|

**AR AGING**

| BALANCE 5/3/2016 | AFTER 5/3/2016 | AFTER 4/3/2016 | AFTER 3/3/2016 | AFTER 2/3/2016 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 4,578.18 | 2,434.11 | 4.07 | 2,140.00 | 0.00 | 0.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



Where accounting expertise meets small business needs

Veros PP - FarmGrowCap LLC (Aliign)
Mr. William Wendling, Jr. – Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | **Invoice** | **13406891** |
|---|---|---|

| **Client No.** | 116590 | **Invoice Date** | 5/3/2016 |
|---|---|---|---|
| | | **Due Date** | 6/2/2016 |

Billing for services rendered April 1, 2016 through April 30, 2016
related to Veros PP -FarmGrowCap as requested by Mr. William E.
Wendling Jr. (Receiver) Including:

| | |
|---|---|
| Forensic Accounting: Gwen Parker: 4/13/16: Correction of information previously entered into QuickBooks, additional entry, loan and other balance sheet corrections and updates, review and correction of income statement entry<br>(2.17 hours) | 336.00 |
| Forensic Accounting: Gwen Parker: 4/14/16: Correction of information previously entered into QuickBooks, additional entry, loan and other balance sheet corrections and updates, review and correction of income statement entry<br>(1.67 hours) | 259.00 |
| Forensic Accounting: Gwen Parker: 4/15/16: Correction of information previously entered into QuickBooks, additional entry, loan and other balance sheet corrections and updates, review and correction of income statement entry<br>(2.37 hours) | 367.00 |
| Forensic Accounting: Gwen Parker: 4/20/16: Correction of information previously entered into QuickBooks, additional entry, loan and other balance sheet corrections and updates, review and correction of income statement entry,<br>(1.67 hours) | 259.00 |
| Forensic Accounting: Gwen Parker: 4/21/16: Correction of information previously entered into QuickBooks, additional entry, loan and other balance sheet corrections and updates, review and correction of income statement entry<br>(4.33 hours) | 671.00 |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

Forensic Accounting: Gwen Parker: 4/22/16: Correction of information          412.00
previously entered into QuickBooks, additional entry, loan and other
balance sheet corrections and updates, review and correction of
income statement entry,
(2.66 hours)

Reflects a 10% discount for services rendered as set forth in Blue &
Co LLC engagement letter with Mr. William E. Wendling Jr. (Receiver)

| | **Total Due** | **2,304.00** |
|---|---|---|

**AR AGING**

| BALANCE 5/3/2016 | AFTER 5/3/2016 | AFTER 4/3/2016 | AFTER 3/3/2016 | AFTER 2/3/2016 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 2,060.11 | 386.11 | 0.00 | 1,674.00 | 0.00 | 0.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).



Where accounting expertise meets small business needs

Veros PP - PinCap LLC (Aliign)
Mr. William Wendling, Jr. – Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | **Invoice** | **13406830** |
|---|---|---|
| | **Invoice Date** | 5/3/2016 |
| **Client No.** 116620 | **Due Date** | 6/2/2016 |

Billing for services rendered April 1, 2016 through April 30, 2016
related to Veros PP - PinCap LLC as requested by Mr. William E.
Wendling Jr. (Receiver) Including:

| | |
|---|---|
| Forensic Accounting: Gwen Parker: 4/13/16: Reconciliation of Payroll expenses to payroll reports and communications with Tobin Senefeld (1 hour) | 155.00 |
| Forensic Accounting: Gwen Parker: 4/14/16:  Discussions with Mr. Wendling and Mr. Bob Mitchell in regards to access of QuickBooks file; and download, restore, and tie or file. (2.67 hours) | 414.00 |
| Forensic Accounting: Gwen Parker: 4/2/16: Review and address open items on email correspondence (1.33 hours) | 206.00 |

Reflects a 10% discount for services rendered as set forth in Blue &
Co LLC engagement letter with Mr. William E. Wendling Jr. (Receiver)

| | **Total Due** | **775.00** |
|---|---|---|

**CUSTOMER STATEMENT**

| ENTRY DATE | DUE DATE | TRANSACTION NO. | TEXT | AMOUNT | REMAINDER | CURRENCY |
|---|---|---|---|---|---|---|
| 4/18/2016 | 5/18/2016 | 13406724 | Customer Invoice | 1,737.00 | 1,737.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



Where accounting expertise meets small business needs

Veros PP - Veros Switch Holding, LLC (Aliign)
c/o Mr. William Wendling, Jr. - Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **13406883** |
|---|---|---|---|
| **Client No.** | 116574 | **Invoice Date** | 5/3/2016 |
| | | **Due Date** | 6/2/2016 |

Billing for services rendered April 1, 2016 through April 30, 2016
related to Veros PP -Veros Switch Holding LLC as requested by Mr.
William E. Wendling Jr. (Receiver) Including:

Forensic Accounting: Gwen Parker: 4/13/16: 2015 Accounting Entry          51.00
and Review (.33 hours)

Reflects a 10% discount for services rendered as set forth in Blue &
Co LLC engagement letter with Mr. William E. Wendling Jr. (Receiver)

| | **Total Due** | **51.00** |
|---|---|---|

**AR AGING**

| BALANCE 5/3/2016 | AFTER 5/3/2016 | AFTER 4/3/2016 | AFTER 3/3/2016 | AFTER 2/3/2016 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 56.82 | 0.77 | 5.05 | 51.00 | 0.00 | 0.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



*Where accounting expertise meets small business needs*

Veros Partners Receivership (Aliign)
Mr. William Wendling, Jr. – Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| **Invoice** | **13407085** |
|---|---|

| **Client No.** | 116487 | **Invoice Date** | 06/07/2016 |
|---|---|---|---|
| | | **Due Date** | 07/07/2016 |

---

Billing for services rendered May 1, 2016 through May 31, 2016
related to the above entity as requested by Mr. William E. Wendling Jr.
(Receiver) including:

| | |
|---|---:|
| Forensic Accounting: Gwen Parker: 05/02/16: Related research and email correspondence with Mr. William Wendling Jr. (.5 hours) | 78.00 |
| Forensic Accounting: Gwen Parker: 05/03/16: Related research and email correspondence with Mr. William Wendling Jr. (.33 hours) | 51.00 |
| Forensic Accounting: Gwen Parker: 05/04/16: Conversation with Mr. William Wendling Jr. and related correspondence regards status updates and needs for completion of accounting for multiple entities (.42 hours) | 65.00 |
| Forensic Accounting: Gwen Parker: 05/04/16: Conversation with Mr. William Wendling Jr. and related correspondence regards status updates and needs for completion of accounting for multiple entities (.42 hours) | 65.00 |
| Forensic Accounting: Gwen Parker: 05/23/16 and 5/24/16: Security updates to all QuickBooks files as a result of Receiver's transition to new firm and employee access changing (1.5 hours) | 233.00 |
| Forensic Accounting: Nicole Paredes-Palma: 05/24/16: Assistance with general Veros accounting (.33 hours) | 34.00 |
| QuickBooks hosting for the month of April 2016 and May 2016 ($55/month) | 110.00 |

Reflects a 10% discount for services rendered as set forth in Blue &
Co LLC engagement letter with Mr. William E. Wendling Jr.

| **Total Due** | **636.00** |
|---|---:|

---

### Remit To:
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

## AR AGING

| BALANCE 06/07/2016 | AFTER 06/07/2016 | AFTER 05/07/2016 | AFTER 04/07/2016 | AFTER 03/07/2016 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 4,510.18 | 61.75 | 1,177.29 | 52.14 | 1,267.00 | 1,952.00 | USD |

**Remit To:**
Allign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



Where accounting expertise meets small business needs

Veros PP - Blue Crop Group LLC (Aliign)
Mr. William Wendling, Jr. – Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

|  | | **Invoice** | **13407087** |
|---|---|---|---|
| | | **Invoice Date** | 06/07/2016 |
| **Client No.** | 116573 | **Due Date** | 07/07/2016 |

Billing for services rendered May 1, 2016 through May 31, 2016 related to the above entity as requested by Mr. William E. Wendling Jr. (Receiver) including:

| | |
|---|---|
| Forensic Accounting: Gwen Parker: 05/19/16: Review and correction of 2015 accounting activity and related correspondence (1 hour) | 155.00 |
| Forensic Accounting: Gwen Parker: 05/25/16: Review and correction of 2015 accounting activity and related correspondence (1 hour) | 155.00 |
| Forensic Accounting: Nicole Paredes-Palma: 05/23/16: Entry of accounting activity and appropriate reconciliations for the months of March and April 2016 (1.25 hours) | 140.00 |

Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

| | |
|---|---|
| **Total Due** | **450.00** |

**AR AGING**

| BALANCE 06/07/2016 | AFTER 06/07/2016 | AFTER 05/07/2016 | AFTER 04/07/2016 | AFTER 03/07/2016 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 5,886.32 | 68.14 | 3,674.11 | 4.07 | 1,869.00 | 271.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



Where accounting expertise meets small business needs

Veros PP - FarmGrowCap LLC (Aliign)
Mr. William Wendling, Jr. – Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **13407079** |
|---|---|---|---|
| **Client No.** | 116590 | **Invoice Date** | 06/07/2016 |
| | | **Due Date** | 07/07/2016 |

Billing for services rendered May 1, 2016 through May 31, 2016
related to the above entity as requested by Mr. William E. Wendling Jr.
(Receiver) including:

| | |
|---|---|
| Forensic Accounting: Gwen Parker: 05/19/16: Review and correction of 2015 accounting activity and related correspondence (.5 hour) | 78.00 |
| Forensic Accounting: Gwen Parker: 05/23/16: Review and correction of 2015 accounting activity and related correspondence (.17 hour) | 26.00 |
| Forensic Accounting: Gwen Parker: 05/24/16: Review and correction of 2015 accounting activity and related correspondence (.33 hour) | 51.00 |
| Forensic Accounting: Gwen Parker: 05/24/16: Review and correction of 2015 accounting activity and related correspondence, including communicating with Matt Haab on open questions (5.17 hour) | 801.00 |
| Forensic Accounting: Gwen Parker: 05/25/16: Review and correction of 2015 accounting activity and related correspondence (2 hours) | 310.00 |
| Forensic Accounting: Nicole Paredes-Palma: 05/24/16: Entry of accounting activity and appropriate reconciliations for the months of March and April 2016 (.33 hours) | 34.00 |

Reflects a 10% discount for services rendered as set forth in Blue &
Co LLC engagement letter with Mr. William E. Wendling Jr.

| **Total Due** | **1,300.00** |
|---|---|

**AR AGING**

| BALANCE 06/07/2016 | AFTER 06/07/2016 | AFTER 05/07/2016 | AFTER 04/07/2016 | AFTER 03/07/2016 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 4,394.64 | 30.53 | 2,690.11 | 0.00 | 1,674.00 | 0.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



Where accounting expertise meets small business needs

Veros PP - HF Land GP Secured Loans (Aliign)
Mr. William Wendling, Jr. – Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

|  | | **Invoice** | **13407084** |
|---|---|---|---|
| **Client No.** | 116557 | **Invoice Date**<br>**Due Date** | 06/07/2016<br>07/07/2016 |

---

Billing for services rendered May 1, 2016 through May 31, 2016
related to the above entity as requested by Mr. William E. Wendling Jr.
(Receiver) including:

| | |
|---|---:|
| Forensic Accounting: Gwen Parker: 05/13/16: Status update, review and correction of 2015 and prior accounting activity and related correspondence (.17 hour) | 26.00 |
| Forensic Accounting: Gwen Parker: 05/18/16: Status update, review and correction of 2015 and prior accounting activity and related correspondence (3.50 hour) | 543.00 |
| Forensic Accounting: Nicole Paredes-Palma: 05/24/16: Entry of accounting activity and appropriate reconciliations for the months of March and April 2016 (.33 hours) | 34.00 |

Reflects a 10% discount for services rendered as set forth in Blue &
Co LLC engagement letter with Mr. William E. Wendling Jr.

| | |
|---|---:|
| **Total Due** | **603.00** |

**AR AGING**

| BALANCE 06/07/2016 | AFTER 06/07/2016 | AFTER 05/07/2016 | AFTER 04/07/2016 | AFTER 03/07/2016 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 58.88 | 0.77 | 0.77 | 6.34 | 0.00 | 51.00 | USD |

---

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



Where accounting expertise meets small business needs

Veros PP - Jennings Design 2015 Secured Loans (Aliign)
Mr. William Wendling, Jr. – Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

|  | | **Invoice** | | **13407082** |
|---|---|---|---|---|
| **Client No.** | 116577 | **Invoice Date** | | 06/07/2016 |
|  | | **Due Date** | | 07/07/2016 |

Billing for services rendered May 1, 2016 through May 31, 2016 related to the above entity as requested by Mr. William E. Wendling Jr. (Receiver) including:

Forensic Accounting: Nicole Paredes-Palma: 05/24/16: Entry of accounting activity and appropriate reconciliations for the months of March and April 2016 (.33 hours)

34.00

Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

**Total Due** 34.00

## CUSTOMER STATEMENT

| ENTRY DATE | DUE DATE | TRANSACTION NO. | TEXT | AMOUNT | REMAINDER | CURRENCY |
|---|---|---|---|---|---|---|
| 04/18/2016 | 05/18/2016 | 13406726 | Customer Invoice | 155.00 | 155.00 | USD |
| 05/31/2016 | 06/30/2016 | 13381521 | Interest Charge | 2.33 | 2.33 | USD |

**Remit To:**

Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**


Where accounting expertise meets small-business needs

Veros PP - PinCap LLC (Aliign)
Mr. William Wendling, Jr. – Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **13407089** |
|---|---|---|---|
| **Client No.** | 116620 | **Invoice Date** | 06/07/2016 |
| | | **Due Date** | 07/07/2016 |

---

Billing for services rendered May 1, 2016 through May 31, 2016 related to the above entity as requested by Mr. William E. Wendling Jr. (Receiver) including:

| | |
|---|---:|
| Forensic Accounting: Gwen Parker: 05/23/16: Review and correction of 2015 accounting and prior activity and related correspondence (.17 hour) | 26.00 |
| Forensic Accounting: Gwen Parker: 05/25/16: Review and correction of 2015 accounting activity and prior and related correspondence (2.5 hour) | 388.00 |
| Forensic Accounting: Nicole Paredes-Palma: 05/24/16: Entry of accounting activity and appropriate reconciliations for the months of March and April 2016 (.33 hours) | 34.00 |

Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

| | |
|---|---:|
| **Total Due** | **448.00** |

## CUSTOMER STATEMENT

| ENTRY DATE | DUE DATE | TRANSACTION NO. | TEXT | AMOUNT | REMAINDER | CURRENCY |
|---|---|---|---|---|---|---|
| 04/18/2016 | 05/18/2016 | 13406724 | Customer Invoice | 1,737.00 | 1,737.00 | USD |
| 05/03/2016 | 06/02/2016 | 13406830 | Customer Invoice | 775.00 | 775.00 | USD |
| 05/31/2016 | 06/30/2016 | 13381525 | Interest Charge | 26.06 | 26.06 | USD |

---

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**


*Where accounting expertise meets small business needs*

Veros PP - Rockdale Holding, LLC (Aliign)
Mr. William Wendling, Jr. – Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| **Invoice** | **13407086** |
|---|---|

| **Client No.** | 116553 | **Invoice Date** | 06/07/2016 |
|---|---|---|---|
| | | **Due Date** | 07/07/2016 |

Billing for services rendered May 1, 2016 through May 31, 2016
related to the above entity as requested by Mr. William E. Wendling Jr.
(Receiver) including:

| | |
|---|---|
| Forensic Accounting: Nicole Paredes-Palma: 05/24/16: Entry of accounting activity and appropriate reconciliations for the months of March and April 2016 (.33 hours) | 34.00 |
| Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr. | |

| **Total Due** | **34.00** |
|---|---|

**AR AGING**

| BALANCE 06/07/2016 | AFTER 06/07/2016 | AFTER 05/07/2016 | AFTER 04/07/2016 | AFTER 03/07/2016 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 555.05 | 8.15 | 466.17 | 2.73 | 0.00 | 78.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



*Where accounting expertise meets small business needs*

Veros - Stadium Red (Aliign)
Mr. William Wendling, Jr.
Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **13407077** |
|---|---|---|---|
| **Client No.** | 119156 | **Invoice Date** | 06/07/2016 |
| | | **Due Date** | 07/07/2016 |

Billing for services rendered May 1, 2016 through May 31, 2016
related to the above entity as requested by Mr. William E. Wendling Jr.
(Receiver) including:

Forensic Accounting: Nicole Paredes-Palma: 05/24/16: Entry of                    34.00
accounting activity and appropriate reconciliations for the months of
March and April 2016 (.33 hours)

Reflects a 10% discount for services rendered as set forth in Blue &
Co LLC engagement letter with Mr. William E. Wendling Jr.

| | |
|---|---|
| **Total Due** | **34.00** |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



Where accounting expertise meets small business needs

Veros PP - True Blue Berry Management Mid-Term (Aliign)
c/o Mr. William Wendling, Jr. - Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | |
|---|---|
| **Invoice** | **13407088** |

| **Client No.** | 116572 | **Invoice Date** | 06/07/2016 |
|---|---|---|---|
| | | **Due Date** | 07/07/2016 |

Billing for services rendered May 1, 2016 through May 31, 2016
related to the above entity as requested by Mr. William E. Wendling Jr.
(Receiver) including:

| | |
|---|---|
| Forensic Accounting: Gwen Parker: 05/13/16: Review and status of open items, along with related correspondence (.17 hour) | 26.00 |
| Forensic Accounting: Nicole Paredes-Palma: 05/24/16: Entry of accounting activity and appropriate reconciliations for the months of March and April 2016 (.33 hours) | 34.00 |

Reflects a 10% discount for services rendered as set forth in Blue &
Co LLC engagement letter with Mr. William E. Wendling Jr.

| **Total Due** | **60.00** |
|---|---|

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



Where accounting expertise meets small business needs

Veros PP - Veros 702 North Holding, LLC (Aliign)
Mr. William Wendling, Jr. – Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

|  | | **Invoice** | **13407083** |
|---|---|---|---|
| **Client No.** | 116560 | **Invoice Date** | 06/07/2016 |
|  |  | **Due Date** | 07/07/2016 |

Billing for services rendered May 1, 2016 through May 31, 2016
related to the above entity as requested by Mr. William E. Wendling Jr.
(Receiver) including:

Forensic Accounting: Nicole Paredes-Palma: 05/24/16: Entry of               34.00
accounting activity and appropriate reconciliations for the months of
March and April 2016 (.33 hours)

Reflects a 10% discount for services rendered as set forth in Blue &
Co LLC engagement letter with Mr. William E. Wendling Jr.

| | **Total Due** | **34.00** |
|---|---|---|

**AR AGING**

| BALANCE 06/07/2016 | AFTER 06/07/2016 | AFTER 05/07/2016 | AFTER 04/07/2016 | AFTER 03/07/2016 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 460.01 | 6.62 | 364.17 | 11.22 | 0.00 | 78.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



*Where accounting expertise meets small business needs*

Veros PP - Veros JF Wild Holdings, LLC (Aliign)
c/o Mr. William Wendling, Jr. - Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **13407078** |
|---|---|---|---|
| | | **Invoice Date** | 06/07/2016 |
| **Client No.** | 116583 | **Due Date** | 07/07/2016 |

Billing for services rendered May 1, 2016 through May 31, 2016
related to the above entity as requested by Mr. William E. Wendling Jr.
(Receiver) including:

Forensic Accounting: Nicole Paredes-Palma: 05/23/16: Entry of       34.00
accounting activity and appropriate reconciliations for the months of
March and April 2016 (.33 hours)

Reflects a 10% discount for services rendered as set forth in Blue &
Co LLC engagement letter with Mr. William E. Wendling Jr.

| | **Total Due** | **34.00** |
|---|---|---|

**AR AGING**

| BALANCE 06/07/2016 | AFTER 06/07/2016 | AFTER 05/07/2016 | AFTER 04/07/2016 | AFTER 03/07/2016 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 55.82 | 0.77 | 0.77 | 3.28 | 0.00 | 51.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



Where accounting expertise meets small business needs

Veros PP - Veros Switch Holding, LLC (Aliign)
c/o Mr. William Wendling, Jr. - Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **13407081** |
|---|---|---|---|
| | | **Invoice Date** | 06/07/2016 |
| **Client No.** | 116574 | **Due Date** | 07/07/2016 |

Billing for services rendered May 1, 2016 through May 31, 2016
related to the above entity as requested by Mr. William E. Wendling Jr.
(Receiver) including:

| | |
|---|---|
| Forensic Accounting: Gwen Parker: 05/19/16: Review and correction of 2015 accounting activity and related correspondence (.17 hour) | 26.00 |
| Forensic Accounting: Nicole Paredes-Palma: 05/24/16: Entry of accounting activity and appropriate reconciliations for the months of March and April 2016 (.33 hours) | 34.00 |

Reflects a 10% discount for services rendered as set forth in Blue &
Co LLC engagement letter with Mr. William E. Wendling Jr.

| | |
|---|---|
| **Total Due** | **60.00** |

**AR AGING**

| BALANCE 06/07/2016 | AFTER 06/07/2016 | AFTER 05/07/2016 | AFTER 04/07/2016 | AFTER 03/07/2016 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 108.59 | 0.77 | 51.77 | 5.05 | 0.00 | 51.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



*Where accounting expertise meets small business needs*

Veros PP - Yeager of Frisco LLC (Aliign)
Mr. William Wendling, Jr.-Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **13407080** |
|---|---|---|---|
| **Client No.** | 116562 | **Invoice Date**<br>**Due Date** | 06/07/2016<br>07/07/2016 |

Billing for services rendered May 1, 2016 through May 31, 2016
related to the above entity as requested by Mr. William E. Wendling Jr.
(Receiver) including:

Forensic Accounting: Nicole Paredes-Palma: 05/24/16: Entry of
accounting activity and appropriate reconciliations for the months of
March and April 2016 (.33 hours)                                                34.00

Reflects a 10% discount for services rendered as set forth in Blue &
Co LLC engagement letter with Mr. William E. Wendling Jr.

| | **Total Due** | **34.00** |
|---|---|---|

**AR AGING**

| BALANCE 06/07/2016 | AFTER 06/07/2016 | AFTER 05/07/2016 | AFTER 04/07/2016 | AFTER 03/07/2016 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 85.58 | 1.17 | 1.17 | 5.24 | 0.00 | 78.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**


Where accounting expertise meets small business needs

Veros Partners Receivership (Aliign)
Mr. William Wendling, Jr. – Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **13407224** |
|---|---|---|---|
| **Client No.** | 116487 | **Invoice Date**<br>**Due Date** | 7/5/2016<br>8/4/2016 |

---

Billing for services rendered June 1, 2016 through June 30, 2016
related to the above entity as requested by Mr. William E. Wendling Jr.
(Receiver) including:

| | |
|---|---:|
| QuickBooks hosting for the month of June 2016 ($55/month) | 55.00 |
| Forensic Accounting: Gwen Parker: 06/03/16: Review and correction of 2015 accounting activity and related correspondence (1.33 hours) | 206.00 |
| Forensic Accounting: Gwen Parker: 06/09/16: Review and correction of 2015 accounting activity and related correspondence (.17 hours) | 26.00 |
| Forensic Accounting: Gwen Parker: 06/15/16: Review and correction of 2015 accounting activity and related correspondence (.17 hours) | 26.00 |
| Forensic Accounting: Gwen Parker: 06/21/16: Review and correction of 2015 accounting activity and related correspondence (.83 hours) | 129.00 |
| Forensic Accounting: Gwen Parker: 06/22/16: Review and correction of 2015 accounting activity and related correspondence (1 hour) | 155.00 |
| Forensic Accounting: Nicole Paredes-Palma: 06/14/16: Entry of accounting activity and appropriate reconciliations for the months of May 2016 (.33 hours) | 52.00 |

Reflects a 10% discount for services rendered as set forth in Blue &
Co LLC engagement letter with Mr. William E. Wendling Jr.

| | |
|---|---:|
| **Total Due** | **649.00** |

**AR AGING**

| BALANCE 7/1/2016 | AFTER 7/1/2016 | AFTER 6/1/2016 | AFTER 5/1/2016 | AFTER 4/1/2016 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 868.00 | 636.00 | 232.00 | 0.00 | 0.00 | 0.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**


Where accounting expertise meets small business needs

Veros PP - Blue Crop Group LLC (Aliign)
Mr. William Wendling, Jr. – Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **13407200** |
|---|---|---|---|
| **Client No.** | 116573 | **Invoice Date** | 7/5/2016 |
| | | **Due Date** | 8/4/2016 |

---

Billing for services rendered June 1, 2016 through June 30, 2016
related to the above entity as requested by Mr. William E. Wendling Jr.
(Receiver) including:

Forensic Accounting: Gwen Parker: 06/08/16: Review and correction
of 2015 accounting activity and related correspondence (.5 hours)                124.00

Forensic Accounting: Nicole Paredes-Palma: 06/06/16: Entry of
accounting activity and appropriate reconciliations for the months of            35.00
May 2016 (.33 hours)

Billing for services rendered June 1, 2016 through June 30, 2016
related to the above entity as requested by Mr. William E. Wendling Jr.
(Receiver) including:

| **Total Due** | **159.00** |
|---|---|

**AR AGING**

| BALANCE 7/1/2016 | AFTER 7/1/2016 | AFTER 6/1/2016 | AFTER 5/1/2016 | AFTER 4/1/2016 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 1,690.00 | 450.00 | 1,240.00 | 0.00 | 0.00 | 0.00 | USD |

---

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**


Where accounting expertise meets small business needs

Veros PP - FarmGrowCap LLC (Aliign)
Mr. William Wendling, Jr. – Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **13407195** |
|---|---|---|---|
| **Client No.** | 116590 | **Invoice Date**<br>**Due Date** | 7/5/2016<br>8/4/2016 |

Billing for services rendered June 1, 2016 through June 30, 2016
related to the above entity as requested by Mr. William E. Wendling Jr.
(Receiver) including:

Forensic Accounting: Gwen Parker: 06/18/16: Review and correction                                    233.00
of 2015 accounting activity and related correspondence (1.5 hours)

Forensic Accounting: Nicole Paredes-Palma: 06/06/16: Entry of                                           35.00
accounting activity and appropriate reconciliations for the months of
May 2016 (.33 hours)

Reflects a 10% discount for services rendered as set forth in Blue &
Co LLC engagement letter with Mr. William E. Wendling Jr.

| | |
|---|---|
| **Total Due** | **268.00** |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



*Where accounting expertise meets small business needs*

Veros PP - HF Land GP Secured Loans (Aliign)
Mr. William Wendling, Jr. – Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **13407223** |
|---|---|---|---|
| **Client No.** | 116557 | **Invoice Date**<br>**Due Date** | 7/5/2016<br>8/4/2016 |

Billing for services rendered June 1, 2016 through June 30, 2016
related to the above entity as requested by Mr. William E. Wendling Jr.
(Receiver) including:

| | |
|---|---:|
| Forensic Accounting: Gwen Parker: 06/8/16: Review and correction of 2015 accounting activity and related correspondence (2 hours) | 310.00 |
| Forensic Accounting: Gwen Parker: 06/10/16: Review and correction of 2015 accounting activity and related correspondence (.33 hours) | 52.00 |
| Forensic Accounting: Gwen Parker: 06/13/16: Review and correction of 2015 accounting activity and related correspondence (3.83 hours) | 594.00 |
| Forensic Accounting: Gwen Parker: 06/14/16: Review and correction of 2015 accounting activity and related correspondence (.67 hours) | 103.00 |
| Forensic Accounting: Gwen Parker: 06/15/16: Review and correction of 2015 accounting activity and related correspondence (1 hour) | 155.00 |
| Forensic Accounting: Nicole Paredes-Palma: 06/06/16: Entry of accounting activity and appropriate reconciliations for the months of May 2016 (.33 hours) | 35.00 |

Reflects a 10% discount for services rendered as set forth in Blue &
Co LLC engagement letter with Mr. William E. Wendling Jr.

| **Total Due** | **1,249.00** |
|---|---:|

**AR AGING**

| BALANCE 7/1/2016 | AFTER 7/1/2016 | AFTER 6/1/2016 | AFTER 5/1/2016 | AFTER 4/1/2016 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 603.00 | 603.00 | 0.00 | 0.00 | 0.00 | 0.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



Where accounting expertise meets small business needs

Veros PP - PinCap LLC (Aliign)
Mr. William Wendling, Jr. – Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | **Invoice** | **13407207** |
|---|---|---|
| **Client No.** 116620 | **Invoice Date**<br>**Due Date** | 7/5/2016<br>8/4/2016 |

Billing for services rendered June 1, 2016 through June 30, 2016
related to the above entity as requested by Mr. William E. Wendling Jr.
(Receiver) including:

| | |
|---|---:|
| Forensic Accounting: Gwen Parker: 06/09/16: Review and correction of 2015 accounting activity and related correspondence (.33 hours) | 52.00 |
| Forensic Accounting: Gwen Parker: 06/18/16: Review and correction of 2015 accounting activity and related correspondence (2 hours) | 310.00 |
| Forensic Accounting: Gwen Parker: 06/22/16: Review and correction of 2015 accounting activity and related correspondence (.5 hours) | 78.00 |
| Forensic Accounting: Gwen Parker: 06/23/16: Review and correction of 2015 accounting activity and related correspondence (4.50 hours) | 698.00 |
| Forensic Accounting: Gwen Parker: 06/24/16: Review and correction of 2015 accounting activity and related correspondence (.17 hours) | 26.00 |
| Forensic Accounting: Gwen Parker: 06/26/16: Review and correction of 2015 accounting activity and related correspondence (3.5 hours) | 543.00 |
| Forensic Accounting: Gwen Parker: 06/28/16: Review and correction of 2015 accounting activity and related correspondence (1.33 hours) | 206.00 |
| Forensic Accounting: Gwen Parker: 06/29/16: Review and correction of 2015 accounting activity and related correspondence (6.16 hours) | 955.00 |
| Forensic Accounting: Gwen Parker: 06/30/16: Review and correction of 2015 accounting activity and related correspondence (2.16 hours) | 335.00 |
| Forensic Accounting: Nicole Paredes-Palma: 06/06/16: Entry of accounting activity and appropriate reconciliations for the months of May 2016 (.33 hours) | 35.00 |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

| | |
|---|---|
| Forensic Accounting: Nicole Paredes-Palma: 06/27/16: Entry of accounting activity and appropriate reconciliations for the months of May 2016 (.5 hours) | 53.00 |

Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

| | |
|---|---|
| **Total Due** | **3,291.00** |

**CUSTOMER STATEMENT**

| ENTRY DATE | DUE DATE | TRANSACTION NO. | TEXT | AMOUNT | REMAINDER | CURRENCY |
|---|---|---|---|---|---|---|
| 4/18/2016 | 5/18/2016 | 13406724 | Customer Invoice | 1,737.00 | 1,737.00 | USD |
| 5/3/2016 | 6/2/2016 | 13406830 | Customer Invoice | 775.00 | 775.00 | USD |
| 5/31/2016 | 6/30/2016 | 13381525 | Interest Charge | 26.06 | 26.06 | USD |
| 6/7/2016 | 7/7/2016 | 13407089 | Customer Invoice | 448.00 | 448.00 | USD |

**Remit To:**
Allign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).