US SEC v Veros Partners, Inc., et al

USDC Southern IN, Case No. 1:15-cv-00659-JMS-DJM

# EXHIBIT E

**Hutchinson, Cox, Coons, Orr & Sherlock, PC**
*Tom Orr and Patrick Stevenson, Oregon Counsel*
**Boyer Farms - Collection**         LEGAL ACTIVITY: ASSET ANALYSIS AND RECOVERY -001

Last Updated: 8/2/2016
By: agh

| Description | Amount Due - Fees | Amount Due - Expenses | Invoice Time Period | Invoice No. | Due Date | SEC Receivership - Quarter Period | Note: | Total Attorney fees and expenses this quarter |
|---|---|---|---|---|---|---|---|---|
| Boyer Farms - Collection | $4,099.60 | $0.00 | 4/30/2016 | 121314 | 5/25/2016 | 2016 - 2nd quarter | To be submitted with Receiver's 2016 2nd quarter fee app | |
| Boyer Farms - Collection | $2,629.80 | $100.00 | 5/31/2016 | 122384 | 6/25/2016 | 2016 - 2nd quarter | | |
| Boyer Farms - Collection | $2,594.00 | $52.27 | 6/30/2016 | 123091 | 7/25/2016 | 2016 - 2nd quarter | | |
| *less credit for trust amount applied* | | -$52.27 | | | | | | |
| **Total Due for Period** | **$9,323.40** | **$100.00** | | | | 2016 - 2nd quarter | To be submitted with Receiver's 2016 2nd quarter fee app | $9,423.40 |



|  | PO BOX 10886<br>EUGENE, OR 97440 | **If paying by VISA or Mastercard please call or complete this section** | |
|---|---|---|---|
|  | PHONE (541) 686-9160<br>FAX (541) 343-8693 | Card No. | Exp. Date |
|  | Federal Tax ID #93-0740691 | Cardholder Name: | Amount to Pay: |
|  |  | Cardholder Address: | Zip Code: |

Date: 05/05/2016
Billed through: 04/30/2016

WILLIAM E. WENDLING JR.
C/O COHEN GARELICK & GLAZIER, P.C.
8888 KEYSTONE CROSSING BLVD., SUITE 800

Account No.: 11949
Invoice No.: 121314
Attorney: Thomas M. Orr

INDIANAPOLIS, IN 46240

**Payment due by the 25th**

Re: **Boyer Bankruptcy**
File No.: **12184A**

## REGULAR ACCOUNT ACTIVITY

| | | |
|---|---|---|
| Balance Brought Forward | | $36,853.62 |
| Services Rendered | $4,099.60 | |
| Costs Advanced | $0.00 | |
| Finance Charges | $0.00 | |
| Payment on Account | | $14,101.90 |
| **PLEASE PAY THIS AMOUNT UPON RECEIPT:** | | **$26,851.32** |

If you have questions regarding any transfer of trust funds to cover fees, please contact us within 5 days of billing date.
If payment is received after the date shown on this statement, payment will be reflected on next statement.

**************************************************************************

| **PROFESSIONAL SERVICES RENDERED** | | | **Hours** | |
|---|---|---|---|---|
| 04/01/16 | TMO | Review and print email message from Bankruptcy Court. Review PACER. Print and review Stipulated Order to Extend Discharge Date. Diary and calendar new discharge date. Follow up deadlines. | 0.40 | $110.00 |
| 04/04/16 | TMO | Review and print email message from Mr. Scott regarding documents from Mr. Boyer. Review and respond to email message from Mr. Boyer. | 0.10 | $27.50 |
| 04/07/16 | TMO | Review and print email message from Loren Scott regarding discovery. Review and respond to email message from Loren Scott. | 0.10 | $27.50 |
| 04/07/16 | TMO | Review and print email message from Amerititle regarding McFarland Rd. property. | 0.10 | $27.50 |
| 04/11/16 | TMO | Review and print email message from Mr. Scott, with responses to questions and attached documents (cursory). Prepare and send email to Mr. Wendling. | 0.20 | $55.00 |

A late payment charge of 1 1/2% per month will be added to the balance due on regular and deferred amounts more than 30 days overdue.
Hutchinson, Cox, Coons, Orr & Sherlock, P.C.     Phone: (541) 686-9160    FAX: (541) 343-8693

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 04/12/16 | TMO | Review and notate Mr. Scott's 04/11/16 email, together with attachments Bates stamped documents 0081-0167. Review documents from Mr. Scott - two boxes of discovery documents regarding Boyer bankruptcy. Instructions to legal assistant regarding scanning documents. | 1.40 | $385.00 |
| 04/13/16 | TMO | Leave detailed message for Mr. Martin, attorney for Fidelity National Title regarding McFarland Road property. Telephone conference with attorney Martin regarding case. Prepare and send email to attorney Martin. | 0.40 | $110.00 |
| 04/14/16 | TMO | Review documents from Mr. Scott. Review and print email message from Bankruptcy Court. Review PACER. Print and review Trustee's Notice of Sale. (re Muddy Creek Partners) | 0.20 | $55.00 |
| 04/14/16 | JM | Scan all documents. | 3.00 | $174.00 |
| 04/15/16 | TMO | Draft letter to Mr. Wendling regarding two boxes of discovery documents from Mr. Boyer. Prepare and send email to Mr. Wendling regarding same. Instructions to legal assistant. | 0.60 | $165.00 |
| 04/15/16 | JM | Bates stamp all documents. Review scanned documents. Prepare letter to client. | 2.00 | $116.00 |
| 04/18/16 | TMO | Review and print email message from Bankruptcy Court. Review PACER. Print and review Amended Statement of Financial Affairs. Compare versus original filing. Prepare and send email to Mr. Wendling. Diary and calendar regarding follow up. Review and print email message from Mr. Wendling. Review and respond to email message from Mr. Wendling. | 0.50 | $137.50 |
| 04/19/16 | TMO | Review file. Preparation for conference with Mr. Wendling, by phone. Telephone conference with client. Preparation of file memo. Review file to identify buyers of Mr. Boyer's 2013 and 2014 crops. Instructions to legal assistant. | 1.30 | $357.50 |
| 04/19/16 | LM | Conduct conflicts check. | 0.20 | $11.60 |
| 04/21/16 | TMO | Leave detailed message for Ms. Rush, title officer at AmeriTitle regarding McFarland Road property. Review and print email message from Ms. Rush regarding same. | 0.20 | $55.00 |
| 04/22/16 | TMO | Review and print email message from Mr. Martin, claims attorney for Fidelity National regarding McFarland Road property, with attached letter. Notate. Prepare and send email to Mr. Wendling. Review and print email message from Mr. Wendling. | 0.50 | $137.50 |
| 04/22/16 | TMO | Draft letter to Mr. Scott regarding discovery. Instructions to legal assistant. Prepare and send email to attorneys regarding sale of McFarland Road property. Telephone conference with Mr. Martin, claims attorney for Fidelity National. Prepare and send email to attorneys regarding sale of McFarland Road property. | 0.80 | $220.00 |

A late payment charge of 1 1/2% per month will be added to the balance due on regular and deferred amounts more than 30 days overdue.

Hutchinson, Cox, Coons, Orr & Sherlock, P.C.      Phone: (541) 686-9160    FAX: (541) 343-8693

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 04/25/16 | TMO | Review and print email message from Ms. Haworth. Review and respond to email message from Ms. Haworth. Instructions to legal assistant. Telephone conference with Shawn Gustafson. Prepare and send email to Shawn Gustafson, with discovery documents stamped 1-80. Telephone conference with Shaw Gustafson, resend discovery. | 0.50 | $137.50 |
| 04/25/16 | NC | Prepare letter to attorney Scott. | 0.10 | $5.80 |
| 04/26/16 | TMO | Review and print email message from Mr. Gustafson regarding discovery from Mr. Boyer. Prepare and send email to Mr. Wendling. Preparation of file memo. | 0.40 | $110.00 |
| 04/27/16 | TMO | Leave detailed message for Mr. Howe, attorney for Baker Family Trust regarding McFarland Road property. Leave detailed message for Mr. Hoyt regarding McFarland Road property and attorney Martin, claims attorney for Fidelity National Title. Telephone conference with attorney Howe regarding payoff for Baker Family Trust. Diary and calendar follow up with Mr. Howe. Prepare and send email to Mr.. Hoyt, Mr. Huntsberger and Mr. Scott regarding McFarland Road property. Review and print email message from Mr. Huntsberger, Bankruptcy Trustee. | 0.80 | $220.00 |
| 04/27/16 | TMO | Telephone conference with Mr. Wendling. | 0.10 | $27.50 |
| 04/28/16 | TMO | Review and print email message from Mr. Howe, attorney for Baker Family Trust, with attached payoff letter regarding McFarland Road property. Review and print email message from Mr. Martin, claims attorney for Fidelity National regarding McFarland Road property. Prepare and send email to Mr. Wendling regarding McFarland Road property. Review and respond to email message from Mr. Martin. Prepare and send email to Mr. Hoyt, Mr. Huntsberger and Mr. Scott regarding payoff for Baker Family Trust on McFarland Road property. Diary and calendar follow up on sale of McFarland Road property. Review and print email message from Mr. Gustafson regarding Mr. Boyer's financial information. Review and print email message from Mr. Gustafson, with attached summary of his analysis of Mr.Boyer's financial information. Instructions to legal assistant. Review Rule 2014 exam of Mr. Boyer and transcript regarding questions from Mr. Gustafson. Preparation for conference with Mr. Wendling and Mr. Gustafson, by phone. | 2.00 | $550.00 |
| 04/28/16 | TMO | Review and print email message from Mr. Wendling. Review and print email message from Mr. Gustafson regarding Rule 2014 Exhibits. Review Rule 2014 Exhibits. Telephone conference with Mr. Wendling and Mr. Gustafson. Telephone conference with Mr. Wendling regarding case. Work on net proceeds to Mr. Wendling for sale of McFarland Road property. Leave detailed message for Mr. Huntsberger - Bankruptcy Trustee. Prepare and send email to Mr.Scott regarding request for copies of checks deposited by Mr. Boyer from September 2014 through December 2015. Telephone conference with Mr. Huntsberger. Prepare and send email to Mr. | 2.00 | $550.00 |

A late payment charge of 1 1/2% per month will be added to the balance due on regular and deferred amounts more than 30 days overdue.

Hutchinson, Cox, Coons, Orr & Sherlock, P.C.          Phone: (541) 686-9160    FAX: (541) 343-8693

|   |   |   |   |   |
|---|---|---|---|---|
|   |   |   | Wendling regarding net proceeds of sale of McFarland Road Property. Preparation of file memo. |   |   |
| 04/29/16 |   | TMO | Review and print email message from Shawn Gustafson, with attached financial data. Draft letter to Mr. Scott regarding unaccounted for money and request for additional documents. Diary and calendar follow up with Mr. Scott. | 1.00 | $275.00 |
| 04/29/16 |   | LM | Prepare letter to Loren Scott. | 0.90 | $52.20 |
|   |   |   | **Total Professional Fees:** |   | **$4,099.60** |

**Hourly Rate Information**

| | |
|---|---|
| JM | 58.00 |
| LM | 58.00 |
| NC | 58.00 |
| TMO | 275.00 |

|   |   |
|---|---|
| **Total Current Charges:** | $4,099.60 |
| **Balance Brought Forward:** | $36,853.62 |
| **Payment on Account:** | $14,101.90  cr |
| **TOTAL AMOUNT  DUE** | $26,851.32 |



| | | |
|---|---|---|
| PO BOX 10886 | **If paying by VISA or Mastercard please call or complete this section** | |
| EUGENE, OR 97440 | Card No. | Exp. Date |
| PHONE (541) 686-9160 | Cardholder Name: | Amount to Pay: |
| FAX (541) 343-8693 | Cardholder Address: | Zip Code: |
| Federal Tax ID #93-0740691 | | |

Date: 06/06/2016
Billed through: 05/31/2016

WILLIAM E. WENDLING JR.
C/O COHEN GARELICK & GLAZIER, P.C.
8888 KEYSTONE CROSSING BLVD., SUITE 800
INDIANAPOLIS, IN 46240

Account No.: 11949
Invoice No.: 122384
Attorney: Thomas M. Orr

**Payment due by the 25th**

Re: **Boyer Bankruptcy**
File No.: **12184A**

## TRUST ACCOUNT ACTIVITY

| | |
|---|---|
| Beginning Trust Account Balance: | $500.00 |
| **Ending Trust Account Balance:** | **$500.00** |

## REGULAR ACCOUNT ACTIVITY

| | | |
|---|---|---|
| Balance Brought Forward | | $26,851.32 |
| Services Rendered | $2,629.80 | |
| Costs Advanced | $100.00 | |
| Finance Charges | $0.00 | |
| Payment on Account | | $0.00 |
| **PLEASE PAY THIS AMOUNT UPON RECEIPT:** | | **$29,581.12** |

If you have questions regarding any transfer of trust funds to cover fees, please contact us within 5 days of billing date.
If payment is received after the date shown on this statement, payment will be reflected on next statement.

****************************************************************************

**PROFESSIONAL SERVICES RENDERED**   Hours

| | | | | | |
|---|---|---|---|---|---|
| 05/03/16 | | TMO | Review and print email message from Mr. Scott regarding Extension of Discharge Date. Review and respond to email message from Mr. Scott regarding same. Prepare and send email to Mr. Wendling. Instructions to legal assistant. Draft Stipulated Order Extending Discharge Date until July 8, 2016 and Affidavit in support of Order. Draft Subpoena to Umpqua Bank regarding copies of cancelled checks. Instructions to legal assistant regarding Subpoena. Review and print email message from Mr. Scott, with attached and signed Stipulated Order to Extend Discharge Date. Instructions to legal assistant. | 2.50 | $687.50 |

A late payment charge of 1 1/2% per month will be added to the balance due on regular and deferred amounts more than 30 days overdue.
Hutchinson, Cox, Coons, Orr & Sherlock, P.C.    Phone: (541) 686-9160    FAX: (541) 343-8693

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/03/16 | SLR | Meet with legal assistant regarding Subpoena. Research FRBP and FRCP relating to Subpoenas. Instructions to legal assistant for preparation of same. | 0.50 | $112.50 |
| 05/03/16 | LM | Prepare Stipulated Order Extending Discharge Deadline and Affidavit of Thomas M. Orr. Send email to Loren Scott. Draft Subpoena. | 1.30 | $75.40 |
| 05/05/16 | TMO | Review and print email message from Bankruptcy Court. Review PACER. Print and review Stipulated Order Extending Discharge Date to July 8, 2016. Diary and calendar deadlines and reminders. Review PACER. Print and review Trustee's Notice and Intent to Pay IRS priority claim. Analysis of legal issues. Prepare and send email to Mr. Wendling regarding Extended Discharge Date and IRS priority claim. | 0.70 | $192.50 |
| 05/05/16 | TMO | Review and print email message from Mr. Wendling. Review and respond to email message from Mr. Wendling. | 0.10 | $27.50 |
| 05/05/16 | LM | Prepare Subpoenas (x2). Prepare letter to process server. | 0.50 | $29.00 |
| 05/09/16 | TMO | Review correspondence from attorney Wendling, with check for Umpqua Bank Subpoena fees and costs. Instructions to legal assistant regarding delivery of Subpoena. Draft letter to Mr.Scott and Mr. Huntsberger (trustee) regarding Subpoena to Umpqua Bank. Instructions to legal assistant. | 0.40 | $110.00 |
| 05/09/16 | LM | Prepare letter to Loren Scott. Prepare letter to Tom Huntsberger. | 0.40 | $23.20 |
| 05/11/16 | TMO | Review and print email message from Mr. Hoyt, with attached revised Purchase and Sale Agreement regarding McFarland Road property. Notate exceptions. Review file. Work on issues to close sale of McFarland Road property. Prepare and send email to Mr. Wendling. Review and print email message from Mr. Huntsberger, Bankruptcy Trustee, regarding McFarland Road property. Forward to Mr. Wendling. Instructions to legal assistant. | 1.20 | $330.00 |
| 05/11/16 | TMO | Review file. Draft letter to Mr. Wendling regarding conflict concerning claims against buyers of Mr. Boyer's 2014 crop. Instructions to legal assistant. Review and print email message from process server regarding Subpoenas served on Umpqua Bank. (0.5 hrs total; 0.4 hrs NO CHARGE) | 0.50 | $27.50 |
| 05/11/16 | TMO | Leave detailed message for Ms. Wallen, escrow officer at Amerititle regarding McFarland Road property. Telephone conference with attorney Hoyt (attorney for buyers of McFarland Road property) regarding case. Prepare and send email to Ms. Wallen at Amerititle. Review and print email message from Mr. Scott regarding McFarland Road property. Forward to Mr. Wendling. Draft letter to Mr. Martin, claims attorney for Fidelity National Title regarding McFarland Road property. Instructions to legal assistant regarding follow up. Review and print email message from Mr. Wendling regarding McFarland Road property. Review and respond to email message from Mr. | 2.00 | $550.00 |

A late payment charge of 1 1/2% per month will be added to the balance due on regular and deferred amounts more than 30 days overdue.

Hutchinson, Cox, Coons, Orr & Sherlock, P.C.         Phone: (541) 686-9160    FAX: (541) 343-8693

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | Wendling. Telephone conference with Mr Wendling. Draft letter to Mr. Wendling. Review and print email message from Ms. Wallen, at Amerititle with attached Covenant (exception #16) regarding McFarland Road property. | | |
| 05/11/16 | LM | Prepare letter to William Wendling. (0.5 hrs NO CHARGE) | 0.50 | $0.00 |
| 05/12/16 | TMO | Review and print email message from Mr. Martin, claims attorney for Fidelity National Title regarding McFarland Road property. Review file. Diary and calendar for follow up. | 0.20 | $55.00 |
| 05/12/16 | LM | Prepare letter to Cameron Martin. Prepare letter to William E. Wendling, Jr. | 0.60 | $34.80 |
| 05/13/16 | LM | Call Umpqua Bank regarding receipt and timeline on response to Subpoena. | 0.30 | $17.40 |
| 05/16/16 | TMO | Office conference with legal assistant regarding Subpoenas on Umpqua Bank. Instructions to legal assistant regarding same. Review and print email message from Ms. Haworth, with attached debt statement. Review and respond to email message from Ms. Haworth. | 0.40 | $110.00 |
| 05/17/16 | TMO | Review and print email message from Mr. Wendling's assistant with attached letter for sale of McFarland Road property. | 0.10 | $27.50 |
| 05/19/16 | TMO | Review and print email message from Mr. Wendling's paralegal (05/17). Review and respond to email message from Mr. Wendling's paralegal (05/17). | 0.10 | $27.50 |
| 05/20/16 | TMO | Review file. Diary and calendar regarding follow up on sale of McFarland Road property. | 0.10 | $27.50 |
| 05/24/16 | TMO | Telephone conference with attorney Martin, claims attorney for Fidelity National regarding McFarland Road property. Preparation of file memo. Review and print email message from Mr. Huntsberger, bankruptcy trustee, regarding McFarland Road property. Review and respond to email message from Mr. Huntsberger regarding same. Preparation of file memo for follow up. | 0.60 | $165.00 |
| | | **Total Professional Fees:** | | **$2,629.80** |

**Hourly Rate Information**

| | |
|---|---|
| LM | 49.94 |
| SLR | 225.00 |
| TMO | 262.64 |

**COSTS**

| | |
|---|---|
| 05/17/16 Check #41239 to Accurate Process Servers; Service Fee. | 60.00 |
| 05/17/16 Check #41240 to Accurate Process Servers; Service Fee | 40.00 |

WENDLING JR., WILLIAM E.                                                                 Page  4
Account No.:    11949
File No.:       12184A

|                          |              |
|-------------------------:|-------------:|
| **Total Costs:**         | **$100.00**  |
| **Total Current Charges:** | **$2,729.80** |
| **Balance Brought Forward:** | **$26,851.32** |
| **Payment on Account:**  | $0.00  cr    |
| **TOTAL AMOUNT  DUE**    | $29,581.12   |



| | | |
|---|---|---|
| | PO BOX 10886 | **If paying by VISA or Mastercard please call or complete this section** |
| | EUGENE, OR 97440 | |
| | PHONE (541) 686-9160 | Card No. / Exp. Date |
| | FAX (541) 343-8693 | Cardholder Name: / Amount to Pay: |
| | Federal Tax ID #93-0740691 | Cardholder Address: / Zip Code: |

Date: 07/05/2016
Billed through: 06/30/2016
Account No.: 11949
Invoice No.: 123091
Attorney: Thomas M. Orr

WILLIAM E. WENDLING JR.
C/O COHEN GARELICK & GLAZIER, P.C.
8888 KEYSTONE CROSSING BLVD., SUITE 800
INDIANAPOLIS, IN 46240

**Payment due by the 25th**

Re:    **Boyer Bankruptcy**
File No.:    **12184A**

## TRUST ACCOUNT ACTIVITY

| | |
|---|---:|
| Beginning Trust Account Balance: | $500.00 |
| Trust amount applied to this invoice: | $52.27 |
| **Ending Trust Account Balance:** | **$447.73** |

## REGULAR ACCOUNT ACTIVITY

| | | |
|---|---:|---:|
| Balance Brought Forward | | $29,581.12 |
| Services Rendered | $2,594.00 | |
| Costs Advanced | $52.27 | |
| Finance Charges | $0.00 | |
| Payment on Account | $22,751.72 | |
| Trust Amount Applied | $52.27 | |
| **PLEASE PAY THIS AMOUNT UPON RECEIPT:** | | **$9,423.40** |

If you have questions regarding any transfer of trust funds to cover fees, please contact us within 5 days of billing date.
If payment is received after the date shown on this statement, payment will be reflected on next statement.

*******************************************************************************

**PROFESSIONAL SERVICES RENDERED**      Hours

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 06/01/16 | TMO | Review file regarding McFarland Road property. Diary and calendar follow up. | 0.10 | $27.50 |
| 06/02/16 | TMO | Leave detailed message for Mr. Martin, attorney for Fidelity National regarding McFarland property. | 0.10 | $27.50 |
| 06/03/16 | TMO | Review and print email message from Mr. Martin, claims attorney for Fidelity National regarding McFarland Road property. Review and respond to email message from Mr. Martin and copy to Mr. | 0.10 | $27.50 |

A late payment charge of 1 1/2% per month will be added to the balance due on regular and deferred amounts more than 30 days overdue.
Hutchinson, Cox, Coons, Orr & Sherlock, P.C.      Phone: (541) 686-9160     FAX: (541) 343-8693

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | Wendling. | | |
| 06/08/16 | TMO | Review file regarding Subpoena to Umpqua Bank | 0.10 | $27.50 |
| 06/09/16 | TMO | Review correspondence from Umpqua Bank, with enclosed disc of bank records (cursory). Instructions to legal assistant. Prepare and send email to Mr. Wendling, with attached documents from Umpqua Bank (Mr. Boyer's deposits). Diary and calendar follow up. | 0.60 | $165.00 |
| 06/09/16 | LM | Process documents received from Umpqua Bank. | 0.20 | $11.60 |
| 06/10/16 | TMO | Review file. Telephone conference with attorney Martin (claims attorney for Fidelity National) regarding McFarland Road property. Preparation of file memo. Prepare and send email to Mr. Hoyt, Trustee Huntsberger, Mr. Scott and Mr. Wendling regarding status of McFarland Road property sale. Instructions to legal assistant. Draft letter to Ms. Rush, escrow officer at Amerititle regarding sale of McFarland Road property. Diary and calendar follow up. | 0.90 | $247.50 |
| 06/10/16 | LM | Prepare letter to Jenny Rush. | 0.40 | $23.20 |
| 06/15/16 | TMO | Review and print email message from Amerititle regarding escrow for McFarland Rd property sale. Review and print email message from Shawn Gustafson with attached data regarding Joe Boyer financial information (deposits). Prepare and send email to Mr. Wendling and Mr. Gustafson. | 0.50 | $137.50 |
| 06/16/16 | TMO | Review and print email message from Mr. Wendling. Review and respond to email message from Mr. Wendling. Review and print email message from Mr. Gustafson, with attachment regarding finance on Boyer farm crops. Review and print email message from Mr. Wendling. Review and respond to email message from Mr. Wendling. | 0.30 | $82.50 |
| 06/20/16 | TMO | Review and print email message from Mr. Gustafson. Review and print email message from Mr. Wendling. Review and respond to email message from Mr. Wendling. | 0.10 | $27.50 |
| 06/21/16 | TMO | Telephone conference with Mr. Huntsberger, Bankruptcy Trustee, regarding Sale of McFarland Road property. Review and print email message from Mr. Wendling (x3). Review and respond to email message from Mr. Wendling. Diary and calendar telephone conference with Mr. Wendling and Mr. Gustafson. | 0.30 | $82.50 |
| 06/21/16 | TMO | Leave detailed message for Mr. Howe, attorney for the Baker Family Trust regarding McFarland Road property. Prepare and send email to Mr. Howe, regarding same. Telephone conference with Mr. Huntsberger, Bankruptcy Trustee regarding McFarland Road property. Telephone conference with attorney Hoyt, attorney for purchase of McFarland Road property. Diary and calendar for follow up with Mr. Martin, claims attorney. | 0.40 | $110.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/22/16 | TMO | Review and print email message from Mr. Martin regarding McFarland Road property. Prepare and send email to Mr. Wendling regarding same. Prepare and send email to Mr. Hoyt, Mr. Huntsberger and Scott regarding McFarland Road property. Review and respond to email message from Mr. Martin. | 0.30 | $82.50 |
| 06/22/16 | TMO | Review file. Preparation for conference with Mr. Wendling and Mr. Gustafson, by phone. Telephone conference with Mr. Wendling and Mr. Gustafson. Review file. Draft letter to Mr. Scott. Draft letter to Mr. Wendling and Mr. Gustafson. Instructions to legal assistant. | 2.00 | $550.00 |
| 06/23/16 | LM | Prepare letter to Loren Scott. Prepare letter to William Wendling. | 0.60 | $34.80 |
| 06/27/16 | TMO | Review and print email message from Ms. Haworth, regarding 6/23/16 draft letter to Mr. Scott. Finalize letter. Instructions to legal assistant. | 0.20 | $55.00 |
| 06/27/16 | LM | Revise and finalize letter to Loren Scott. | 0.20 | $11.60 |
| 06/28/16 | TMO | Review file. Analysis of legal issues regarding whether to file an adversary complaint in Bankruptcy Court. Prepare and send email to Mr. Wendling regarding same. Prepare and send email to Mr. Scott regarding status. Diary and calendar follow up with Mr. Scott. | 0.60 | $165.00 |
| 06/29/16 | TMO | Review and print email message from Mr. Wendling regarding Boyer bankruptcy. | 0.10 | $27.50 |
| 06/30/16 | TMO | Review and print email message from Mr. Wendling. Review and respond to email message from Mr. Wendling. Leave detailed message for Mr. Wendling regarding Motion to Extend Discharge Date in Bankruptcy. | 0.20 | $55.00 |
| 06/30/16 | TMO | Draft Motion, Affidavit, and Order to Extend Discharge date in bankruptcy until September 8, 2016. Complete documents. Review and print email message from Mr. Scott. Review and respond to email message from Mr. Scott. Analysis of legal issues. Prepare and send email to Mr. Wendling. Instructions to legal assistant. | 1.90 | $522.50 |
| 06/30/16 | LM | Prepare Stipulated Order Extending Discharge Deadline. Prepare Motion and Order Extending Discharge Deadline. Prepare Affidavit of Thomas M. Orr. | 1.60 | $92.80 |

**Total Professional Fees:**     **$2,594.00**

**Hourly Rate Information**

| | |
|---|---|
| LM | 58.00 |
| TMO | 275.00 |

**COSTS**

06/13/16 Check #41373 to Umpqua Bank; Subpoena - Response     52.27

| | |
|---|---:|
| **Total Costs:** | $52.27 |
| **Total Current Charges:** | $2,646.27 |
| **Balance Brought Forward:** | $29,581.12 |
| **Payment on Account:** | $22,751.72 cr |
| **Trust Amount Applied:** | $52.27 cr |
| **TOTAL AMOUNT DUE** | $9,423.40 |