US SEC v Veros Partners, Inc., et al
USDC Southern IN, Case No. 1:15-cv-00659-JMS-DJM

# EXHIBIT C

Last updated: 10/20/2016
By: agh

***Anne Hensley Poindexter, Altman Poindexter & Wyatt LLC***
***Counsel for Receiver***

**Quarter Period: 07/1/16 - 09/30/16**

| Legal Activity | Fees | Expenses | Total Due | Invoice No. | Invoice time period | SEC Receivership - Quarter Period | Note: |
|---|---|---|---|---|---|---|---|
| Asset Analysis & Recovery-001 | $24,517.50 | $0.00 | $24,517.50 | 714 | July-Sept | 2016 - 2nd quarter | To be submitted with Receiver's 2016 3rd quarter fee app |
| Asset Disposition-002 | $1,924.00 | $0.00 | $1,924.00 | 708 | | | |
| Business Operations-003 | $75.00 | $0.00 | $75.00 | 715 | | | |
| Case Administration-004 | $509.50 | $154.24 | $663.74 | 710 | | | |
| Accounting/Auditing-007 | $12.50 | $0.00 | $12.50 | 711 | | | |
| **Totals:** | **$27,038.50** | **$154.24** | **$27,192.74** | | | | |
| **Total Fees and Expenses:** | | | **$27,192.74** | | | | |

Altman, Poindexter & Wyatt LLC

# INVOICE

Invoice # 714
Date: 10/20/2016
Due Upon Receipt

## Altman, Poindexter & Wyatt LLC

75 Executive Drive, Suite G
Carmel, Indiana 46032
Phone: 317-350-1000
Email: apw@apwlawyer.com
www.apwlawyer.com

# EXHIBIT C-1

William E. Wendling, Jr.
Cohen Garelick & Glazier
8888 Keystone Crossing, Suite 800
Indianapolis, IN 46240

### 1605-00247/SEC v. Veros, et al - Asset Analysis and Recovery

### SEC v. Veros, et al - Asset Analysis and Recovery

| Type | Date | Attorney | Description | Time | Total |
|---|---|---|---|---|---|
| Service | 07/08/2016 | AHP | Collections: Call with Bill re: update and discussion on Rosentreter | 0.40 | $110.00 |
| Service | 07/09/2016 | AHP | Private Placement: Receive and review Stadiunm Red response to document/information requests | 0.70 | $192.50 |
| Service | 07/11/2016 | AHP | Supervision: Extended conference call with Bill and SEC re ; Motion and request for instructions, | 1.00 | $275.00 |
| Service | 07/13/2016 | AHP | Supervision: Emails with Anita re: Estate as payee, pull small estate provisions and explain same | 0.40 | $110.00 |
| Service | 07/13/2016 | AHP | Private Placement: Review materials, Attend Cherry Farms Investor Meeting | 3.00 | $825.00 |
| Service | 07/14/2016 | AHP | Private Placement: Cherry Farms-multiple emails to and from Bill, review notices to elevators and lien information, email re: mortgages, email from Haab re: investor notice, instructions to Cari re: subpoenas, email from Bill to Lee | 1.20 | $330.00 |
| Service | 07/15/2016 | CB-Paralegal | Private Placement: Conference with A. Poindexter; note instructions; draft Cherry Farms subpoenas. | 1.70 | $212.50 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 07/15/2016 | AHP | Private Placement: Work on Cherry Farms subpoena issues, emails from and to Bill, review materials and instruction to Cari | 0.90 | $247.50 |
| Service | 07/18/2016 | AHP | Private Placement: Review subpoenas, instructions re: electronic format for data | 0.30 | $82.50 |
| Service | 07/18/2016 | CB-Paralegal | Private Placement: Revise and finalize subpoenas requesting information pertaining to Cherry Farms, et al.; prepare and send correspondence to L. McNeely enclosing subpoenas; prepare and send letter to various entities (8) enclosing subpoenas. | 1.60 | $200.00 |
| Service | 07/25/2016 | CB-Paralegal | Private Placement: Review email from Harvest Land in response to subpoena. Email to A. Poindexter regarding same. | 0.10 | $12.50 |
| Service | 07/26/2016 | AHP | Private Placement: Emails from Bill re; Stadium Red call re: same | 0.90 | $247.50 |
| Service | 07/27/2016 | CB-Paralegal | Private Placement: Respond to email from Harvest Land with request to correct search dates to comply with subpoena. | 0.10 | $12.50 |
| Service | 08/02/2016 | AHP | Private Placement: Email to and from Bill, conference call with SEC, call with Bill re: Blueberry Midwest | 1.40 | $385.00 |
| Service | 08/03/2016 | AHP | Supervision: Conference call with SEC and Bill, followup with Bill | 0.70 | $192.50 |
| Service | 08/03/2016 | AHP | Collections: Analysis of Rosentretter Asset Recovery; memo to file | 4.10 | $1,127.50 |
| Service | 08/04/2016 | CB-Paralegal | Collections: Conference with A. Poindexter and S. Wyatt regarding Rosentretter Farms. | 0.30 | $37.50 |
| Service | 08/04/2016 | AHP | Collections: Analysis of Rosentreter Farm claims | 3.30 | $907.50 |
| Service | 08/04/2016 | AHP | Private Placement: Draft demand letter to Stadiumred creditor | 0.90 | $247.50 |
| Service | 08/05/2016 | AHP | Private Placement: Call with Bill, extended conference call with counsel for Cherry Farms, review and partially analyze financial information provided, call with Bill | 2.70 | $742.50 |
| Service | 08/12/2016 | AHP | Supervision: Email from Bill, review and revise potential email to investors | 0.40 | $110.00 |
| Service | 08/16/2016 | AHP | Private Placement: Receive and review email re: Stadium red meeting, pull and update letter, email to Bill | 0.50 | $137.50 |
| Service | 08/16/2016 | AHP | Supervision: Multiple emails from investors, emails from Bill, review email and attachment re: FGC distribution issues | 1.40 | $385.00 |
| Service | 08/17/2016 | AHP | Private Placement: Review Stadium Red Materials | 0.20 | $55.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 08/17/2016 | AHP | Supervision: Call with Bill, review email, call with JT of Blue and company, work on motion for distribution, review materials re: same and proposed plan | 3.10 | $852.50 |
| Service | 08/18/2016 | CB-Paralegal | Private Placement: Review documents received from Bunge in response to subpoena; conference with A. Poindexter; email to W. Wendling. | 0.30 | $37.50 |
| Service | 08/18/2016 | AHP | Private Placement: Emails to and from Bill re: motion, receive and review Cherry Farm Bunge return of subpoena, call to Bill, scan and email portions to Bill, emails to and from Bill re; concerns, email o David Krebs; vm from attorney for Cherry Farms, call with attorney for Cherry Farms, followup with Bill, emails to and from Rob and Doressia | 3.90 | $1,072.50 |
| Service | 08/19/2016 | AHP | Supervision: Multiple emails to and from Bill, receive email from Rob re: considerations for FGC motion, email to Rob, call from Rob, emails to and from David Krebs, call the McNeely's office, finalize motion and order, instrucitons to staff for filing | 3.20 | $880.00 |
| Service | 08/22/2016 | CB-Paralegal | Private Placement: Revise and finalize correspondence to D. Scott re: StadiumRed. Email to D. Scott. | 0.20 | $25.00 |
| Service | 08/22/2016 | CB-Paralegal | Private Placement: Attention to file regarding Bunge response to subpoena; prepare and send correspondence to W. Wendling enclosing Bunge response. | 0.60 | $75.00 |
| Service | 08/23/2016 | AHP | Private Placement: Emails from and to Bill re: Cherry Farms check endorsements, review investor emails, call with Bill, call with Hester, work with McNeely's office to schedule meeting | 0.90 | $247.50 |
| Service | 08/24/2016 | CB-Paralegal | Private Placements: Review emails from Receiver's office regarding bankruptcy counsel; revise and finalize correspondence to D. Scott regarding StadiumRed; email to D. Scott regarding same; attention to file. | 1.40 | $175.00 |
| Service | 08/24/2016 | AHP | Private Placement: Review Cherry bank statements and attempt to track Bunge checks, research on privilege claim, instructions to staff re; search email and time records for | 0.80 | $220.00 |
| Service | 08/25/2016 | AHP | Private Placement: Stadiumred Investor Meeting and follow up meeting with Bill | 3.00 | $825.00 |
| Service | 08/25/2016 | AHP | Private Placement: Legal research and initial drafting of response to Objection Motion to Quash from Cherry | 3.40 | $935.00 |
| Service | 08/26/2016 | AHP | Collections: Call from Bill re: new Williams judgment, review emails re: williams creditor liabliity | 0.40 | $110.00 |
| Service | 08/26/2016 | AHP | Private Placement: Call from Bill re: discussion with NBof I, further research on privilege | 0.10 | $27.50 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 08/26/2016 | AHP | Private Placement: Continue legal research and drafting of Response to Objection and Motion to Quash filed by Cherry | 4.20 | $1,155.00 |
| Service | 08/27/2016 | AHP | Supervision: Review email re: FGC response to Andre and reply | 0.30 | $82.50 |
| Service | 08/27/2016 | AHP | Collections: Receive and review, respond to various emails re Williams citation in Illinois, potential intervention and related matters | 0.50 | $137.50 |
| Service | 08/28/2016 | AHP | Private Placement: Email to Anita re: Cherry request | 0.10 | $27.50 |
| Service | 08/28/2016 | AHP | Collections: Review emails, review Piatt county citation, attempt to review online docket for Williams case, email to Bill re: same | 0.80 | $220.00 |
| Service | 08/29/2016 | AHP | Collections: Call with Bill re; Williams issues, conference call with Bill, FFBT and First Security, call to Jeff Richardson re: Illinois procedure on citation; multiple emails from and to Bill re;same, call with Brian Smith re: Topflight citation heairng and possible conference, emails re: joint call | 3.80 | $1,045.00 |
| Service | 08/29/2016 | AHP | Private Placement: Finalize response to motion, vm from McNeely, call with McNeely, email draft to Bill, comments re: same | 1.10 | $302.50 |
| Service | 08/30/2016 | AHP | Collections: emails re: Williams settlement | 0.20 | $55.00 |
| Service | 08/30/2016 | AHP | Private Placement: Conference call with Court, call with Bill, review Cherry Farms privilege log | 1.70 | $467.50 |
| Service | 08/30/2016 | AHP | Private Placement: Revise Response to Motion to Quash; additional legal research re: waiver of privilege and sufficiency of privilege log | 1.80 | $495.00 |
| Service | 08/31/2016 | AHP | Private Placement: To Bill's office for meeting re: Cherry Farms and FarmGrowCap; conference call with Dave; conference with Cherrys, follow up with Bill | 3.00 | $825.00 |
| Service | 08/31/2016 | AHP | Collections: Call from Bill, conference call re: Williams and Illinois case | 0.80 | $220.00 |
| Service | 08/31/2016 | AHP | Collections: Contact local counsel in Illinois for Williams case and arrange for him to monitor citation hearing without submitting to jurisdiction | 0.50 | $137.50 |
| Service | 08/31/2016 | AHP | Private Placement: Additional legal research on federal account-client privilege; edit of Response to Motion to Quash filed by Cherry | 2.90 | $797.50 |
| Service | 09/01/2016 | AHP | Private Placement: Work on motion re: Cherry subpeonas, further review of Mainsource checking; conference call | 1.90 | $522.50 |
| Service | 09/01/2016 | AHP | Collections: Call from Bill re: Williams issues and FGC issues | 0.40 | $110.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 09/02/2016 | AHP | Collections: Call from Wendling re: Williams matter and attempts to contact Smith in Illinois, discussion of status on FGC with Andre and Blue Crop Group issues | 0.50 | $137.50 |
| Service | 09/02/2016 | AHP | Private Placement: Emails to and from McNeely re: redactions needed on response on subpoena, review same and prepare to respond ( NO CHARGE) | 2.00 | $0.00 |
| Service | 09/06/2016 | CB-Paralegal | Private Placement: Conference with A. Poindexter; note instructions; prepare courtesy copy of Receiver's Response to Motion to Quash for transmittal to Judge per Judge's Policies & Procedures. | 0.40 | $50.00 |
| Service | 09/07/2016 | CB-Paralegal | Private Placement: Review emails; revise motion and proposed order to hire bankruptcy counsel; email to W. Wendling; revise Krebs affidavit and email to him for review and signature. | 1.00 | $125.00 |
| Service | 09/07/2016 | AHP | Private Placement: Emails to and from Bill, revisions to pleading to hire bankruptcy counsel, call with Cherry Farms counsel | 1.20 | $330.00 |
| Service | 09/12/2016 | CB-Paralegal | Private Placement - Conference with A. Poindexter; note instructions; additional revisions to motion for approval to hire bankruptcy counsel. | 0.50 | $62.50 |
| Service | 09/12/2016 | AHP | Private Placement: Receive and review motion re: JF Wild Holdings, instructions to staff, revise and distribute | 0.50 | $137.50 |
| Service | 09/12/2016 | AHP | Private Placement: Revise motion to hire bankruptcy counsel, instructions to staff | 0.50 | $137.50 |
| Service | 09/12/2016 | AHP | Private Placement: Email from and to SEC re: motion to hire bankruptcy counsel | 0.20 | $55.00 |
| Service | 09/13/2016 | AHP | Private Placment: Review reply brief on Cherry subpeona, emaisl re: Cavazonni calculations, call with Bill, instructions re: filing motion to hire bankruptcy counsel | 1.40 | $385.00 |
| Service | 09/13/2016 | CB-Paralegal | Private Placement: Conference with A. Poindexter; note instructions; additional revisions to motion to hire bankruptcy counsel; email to W. Wendling for review. Receive email from D. Krebs with executed affidavit; finalize motion and order; e-file same. | 0.90 | $112.50 |
| Service | 09/14/2016 | CB-Paralegal | Private Placements: Conference with A. Poindexter; note instructions; draft subpoena to Robert Cherry. | 0.40 | $50.00 |
| Service | 09/15/2016 | AHP | Supervision: Review and comment on proposed Phase I FCG notice, review notices and information from SEC | 1.20 | $330.00 |
| Service | 09/15/2016 | AHP | Private Placement: Review emails re: Veros Craft Brew issues, | 0.20 | $55.00 |
| Service | 09/16/2016 | AHP | Private Placement: Emails to and From Bill re: scheduling interviews, subpoenas and related information; review drafts | 0.50 | $137.50 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 09/16/2016 | AHP | Private Placement: Receive and review confidential setttlement proposal regarding Cherry Farms, email to Bill | 0.70 | $192.50 |
| Service | 09/21/2016 | AHP | Collections: Call from Bill, call with Brian Smith, email to Bill re: RJWilliams | 0.50 | $137.50 |
| Service | 09/21/2016 | AHP | Private Placement: Prepare subpoenas for Flat 12 Bierwerks and various entities of StadiumRed | 1.40 | $385.00 |
| Service | 09/23/2016 | AHP | Collections: Emails from Bill, extended call with Brian Smith re: Williams settlement issues | 1.00 | $275.00 |
| Service | 09/26/2016 | AHP | Collections: Finalize Rosentretter memo, email to Bill | 0.50 | $137.50 |
| Service | 09/26/2016 | AHP | Private Placement: Meeting with Bill and Dave re: Cherry Farms settlement proposal and additional information requests | 1.90 | $522.50 |
| Service | 09/26/2016 | AHP | Private Placement: Update subpeona info on Cherry, Stadiumred and Flat 12, emails to Bill re: same | 1.00 | $275.00 |
| Service | 09/26/2016 | AHP | Collections: Call with Brian Williams re: Williams settlement | 0.40 | $110.00 |
| Service | 09/27/2016 | AHP | Private Placement: Meeting with Bill, re; Cherry Farms, notes re: same, follow up with Bill | 2.20 | $605.00 |
| Service | 09/27/2016 | AHP | Private Placement: Brief conference with Bill re: Blue Crop proposal, review email, receive responses | 0.30 | $82.50 |
| Service | 09/28/2016 | AHP | Private Placement: Monitor emails and respond to Krebs on Cherry issues | 0.30 | $82.50 |
| Service | 09/28/2016 | AHP | Private Placement: Call from Brian Smith re: Williams, call with Bill re; Williams, Cherry Farms and more | 0.60 | $165.00 |
| Service | 09/29/2016 | CB-Paralegal | Private Placement: Review email from A. Poindexter; note instructions; revise subpoena to James Cherry; draft subpoena to High Voltage Painting. | 0.30 | $37.50 |
| Service | 09/30/2016 | AHP | Private Placement: Email from Bill, review documents and respond | 0.50 | $137.50 |

Total Hours: AHP: 86.7 hours $23,292.50
CWB: 9.8 hours $1,225.00

**Total** **$24,517.50**

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 714 | 10/20/2016 | $24,517.50 | $0.00 | $24,517.50 |
| | | | **Outstanding Balance** | **$24,517.50** |
| | | | **Total Amount Outstanding** | **$24,517.50** |

Please make all amounts payable to: Altman, Poindexter & Wyatt LLC
You may also pay your invoice by accessing our website at www.apwlawyer.com

Payment is due upon receipt.

Altman, Poindexter & Wyatt LLC

# INVOICE

Invoice # 708
Date: 10/17/2016
Due Upon Receipt

## Altman, Poindexter & Wyatt LLC

75 Executive Drive, Suite G
Carmel, Indiana 46032
Phone: 317-350-1000
Email: apw@apwlawyer.com
www.apwlawyer.com

# EXHIBIT C-2

William E. Wendling, Jr.
Cohen Garelick & Glazier
8888 Keystone Crossing, Suite 800
Indianapolis, IN 46240

### 1605-00248/SEC v. Veros, et al. - Asset Disposition

### SEC v. Veros, et al. - Asset Disposition

| Type | Date | Attorney | Description | Time | Total |
|---|---|---|---|---|---|
| Service | 08/03/2016 | AHP | Private Placement: Extended conference with Bill and Andre re: Blueberry investment, proposal and related matters; Conference call with Cox and others re: Williams settlement, call from Bill | 4.20 | $1,155.00 |
| Service | 08/15/2016 | AHP | Supervision: Email from and to Bill re: FCG distribution motion | 0.20 | $55.00 |
| Service | 08/17/2016 | CB-Paralegal | Collections: Work on motion for authority to make interim distribution to VFLH and FGC investors and proposed order thereon. | 2.50 | $350.00 |
| Service | 08/19/2016 | CB-Paralegal | Collections: Revisions to motion for authority to make interim distribution and proposed order; e-file motion and proposed orde | 1.20 | $168.00 |
| Service | 09/12/2016 | CB-Paralegal | Private Placement: Review pleadings; revise proposed order; conference with A. Poindexter; email pleadings to SEC and defense counsel for review. | 0.40 | $56.00 |
| Service | 09/23/2016 | CB-Paralegal | Private Placement: Review email from A. Haworth regarding Motion to Transfer JF Wild; conference with A. Poindexter; email to W. Wendling regarding same. | 0.30 | $42.00 |
| Service | 09/26/2016 | CB-Paralegal | Private Placement: Download pleadings; attention to file. Revise and finalize Motion to Transfer JF Wild to | 0.70 | $98.00 |

investors and proposed order; e-file same. Revisions to subpoena to Robert Cherry.

Total Hours: AHP 4.4 hours $1,210.00
CWB 5.1 hours $ 714.00

**Total** **$1,924.00**

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 708 | 10/17/2016 | $1,924.00 | $0.00 | $1,924.00 |
| | | | **Outstanding Balance** | **$1,924.00** |
| | | | **Total Amount Outstanding** | **$1,924.00** |

Please make all amounts payable to: Altman, Poindexter & Wyatt LLC
You may also pay your invoice by accessing our website at www.apwlawyer.com

Payment is due upon receipt.

Altman, Poindexter & Wyatt LLC

# INVOICE

Invoice # 715
Date: 10/20/2016
Due Upon Receipt

## Altman, Poindexter & Wyatt LLC

75 Executive Drive, Suite G
Carmel, Indiana 46032
Phone: 317-350-1000
Email: apw@apwlawyer.com
www.apwlawyer.com

# EXHIBIT C-3

William E. Wendling, Jr.
Cohen Garelick & Glazier
8888 Keystone Crossing, Suite 800
Indianapolis, IN 46240

### 1605-00249/SEC v. Veros, et al. - Business Operations

### SEC v. Veros, et al. - Business Operations

| Type | Date | Attorney | Description | Time | Total |
|---|---|---|---|---|---|
| Service | 09/07/2016 | CB-Paralegal | Supervision: Review email; draft subpoena and correspondence to Citibank requesting Pin Financial account documents. | 0.30 | $37.50 |
| Service | 09/08/2016 | CB-Paralegal | Supervision: Finalize and serve subpoena to Citibank regarding Pin Financial account information. | 0.30 | $37.50 |
| | | | | **Total** | **$75.00** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 715 | 10/20/2016 | $75.00 | $0.00 | $75.00 |
| | | | **Outstanding Balance** | **$75.00** |
| | | | **Total Amount Outstanding** | **$75.00** |

Please make all amounts payable to: Altman, Poindexter & Wyatt LLC
You may also pay your invoice by accessing our website at www.apwlawyer.com

Payment is due upon receipt.

APW Altman, Poindexter & Wyatt LLC

# INVOICE

Invoice # 710
Date: 10/17/2016
Due Upon Receipt

## Altman, Poindexter & Wyatt LLC

75 Executive Drive, Suite G
Carmel, Indiana 46032
Phone: 317-350-1000
Email: apw@apwlawyer.com
www.apwlawyer.com

# EXHIBIT B-4

William E. Wendling, Jr.
Cohen Garelick & Glazier
8888 Keystone Crossing, Suite 800
Indianapolis, IN 46240

## 1605-00250/SEC v. Veros, et al. - Case Administration

## SEC v. Veros, et al. - Case Administration

| Type | Date | Attorney | Description | Time | Total |
|---|---|---|---|---|---|
| Service | 04/29/2016 | CB-Paralegal | Supervision: Finalize Motion for Enlargement of Time and proposed order; e-file same with Court. | 0.30 | $42.00 |
| Service | 07/13/2016 | CB-Paralegal | Supervision: Work on statements for quarterly fee application; emails to A. Haworth regarding same (no charge). | 2.00 | $0.00 |
| Expense | 07/18/2016 | CB-Paralegal | Reimbursable expense: Postage | 1.00 | $5.50 |
| Expense | 07/18/2016 | CB-Paralegal | Reimbursable expense: Copies | 1.00 | $3.75 |
| Service | 07/21/2016 | AHP | Supervision: Investor emails and receiver reply re: status of tax returns and related matters, monitor same | 0.20 | $55.00 |
| Service | 07/25/2016 | AHP | Supervision: Receive and review notice of scheduling conference, Receiver and counsel excused from participation | 0.10 | $27.50 |
| Service | 07/25/2016 | CB-Paralegal | Supervision: Review court notice; docket scheduling conference. | 0.10 | $12.50 |
| Service | 07/27/2016 | AHP | Supervision: Email from Rob, call from Bill, respond to Rob's email re: home office request | 0.60 | $165.00 |
| Service | 08/01/2016 | AHP | Supervision: Final review of Report, email and instructions to staff | 0.30 | $82.50 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 08/01/2016 | CB-Paralegal | Supervision: Review email from A. Poindexter; note instructions; file Receiver's Fifth Interim Report; attention to file. | 0.50 | $62.50 |
| Service | 08/02/2016 | CB-Paralegal | Supervision: Review Court's Minute Entry; docket all deadlines | 0.20 | $25.00 |
| Expense | 08/02/2016 | CB-Paralegal | Reimbursable expense: Copies | 1.00 | $4.95 |
| Expense | 08/03/2016 | CB-Paralegal | Reimbursable expense: Copies | 1.00 | $2.40 |
| Expense | 08/08/2016 | CB-Paralegal | Reimbursable expense: Copies | 1.00 | $1.35 |
| Service | 08/12/2016 | CB-Paralegal | Supervision: Review fee application and exhibits (no charge). | 0.50 | $0.00 |
| Service | 08/15/2016 | CB-Paralegal | Supervision: Revise and finalize fifth quarterly fee application; e-file same (no charge). | 0.60 | $0.00 |
| Expense | 08/16/2016 | CB-Paralegal | Reimbursable expense: Copies | 1.00 | $14.40 |
| Expense | 08/19/2016 | CB-Paralegal | Reimbursable expense: Copies | 1.00 | $7.50 |
| Expense | 08/22/2016 | CB-Paralegal | Reimbursable expense: Copies | 1.00 | $0.30 |
| Expense | 08/22/2016 | CB-Paralegal | Reimbursable expense: Copies | 1.00 | $31.80 |
| Expense | 08/22/2016 | CB-Paralegal | Reimbursable expense: Postage | 1.00 | $6.09 |
| Expense | 08/24/2016 | CB-Paralegal | Reimbursable expense: Copies | 1.00 | $39.30 |
| Expense | 09/06/2016 | CB-Paralegal | Reimbursable expense: Copies | 1.00 | $24.60 |
| Service | 09/07/2016 | CB-Paralegal | Supervision: Attention to file - download recently filed pleadings. | 0.30 | $37.50 |
| Expense | 09/07/2016 | CB-Paralegal | Reimbursable expense: Copies | 1.00 | $2.55 |
| Expense | 09/13/2016 | CB-Paralegal | Reimbursable expense: Copies | 1.00 | $2.40 |
| Expense | 09/26/2016 | CB-Paralegal | Reimbursable expense: Copies | 1.00 | $5.55 |
| Expense | 09/26/2016 | CB-Paralegal | Reimbursable expense: Copies | 1.00 | $1.80 |
| Service | 09/29/2016 | CB-Paralegal | Supervision: Prepare and send letter to A. Haworth returning check for fees (no charge). | 0.20 | $0.00 |

Total Hours: AHP 1.2 hours $330.00
CWB 4.7 hours $179.50

Fees: $509.50
Expenses: $154.24

**Total** **$663.74**

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 710 | 10/17/2016 | $663.74 | $0.00 | $663.74 |
| | | | **Outstanding Balance** | **$663.74** |
| | | | **Total Amount Outstanding** | **$663.74** |

Please make all amounts payable to: Altman, Poindexter & Wyatt LLC
You may also pay your invoice by accessing our website at www.apwlawyer.com

Payment is due upon receipt.

Altman, Poindexter & Wyatt LLC

# INVOICE

Invoice # 711
Date: 10/17/2016
Due Upon Receipt

## Altman, Poindexter & Wyatt LLC

75 Executive Drive, Suite G
Carmel, Indiana 46032
Phone: 317-350-1000
Email: apw@apwlawyer.com
www.apwlawyer.com

# EXHIBIT C-7

William E. Wendling, Jr.
Cohen Garelick & Glazier
8888 Keystone Crossing, Suite 800
Indianapolis, IN 46240

### 1605-00253/SEC v. Veros, et al. - Accounting/Auditing

### SEC v. Veros, et al. - Accounting/Auditing

| Type | Date | Attorney | Description | Time | Total |
|---|---|---|---|---|---|
| Service | 08/03/2016 | CB-Paralegal | Supervision: Telephone conference with A. Haworth regarding QuickBooks files | 0.10 | $12.50 |
| | | | | **Total** | **$12.50** |

### Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 711 | 10/17/2016 | $12.50 | $0.00 | $12.50 |
| | | | **Outstanding Balance** | **$12.50** |
| | | | **Total Amount Outstanding** | **$12.50** |

Please make all amounts payable to: Altman, Poindexter & Wyatt LLC
You may also pay your invoice by accessing our website at www.apwlawyer.com

Payment is due upon receipt.