# EXHIBIT D

Last updated:

*Blue & Co., LLC  - (with assistance from Aliign, LLC as set forth in engagement letter)*

Quarter Period: 07/1/16 - 09/30/16

10/25/2016

By: agh

| Description | Amount Due | Invoice Time Period | Invoice No. | SEC Task No. | SEC Receivership - Quarter Period | Note: | Total Accounting fees this Quarter |
|---|---|---|---|---|---|---|---|
| | | | | | | To be submitted with Receiver's | |
| Veros PP - Blue Crop Group, LLC | $6,657.00 | July 2016 | 10482346 | 14 | 2016 - 3rd quarter | 2016 2nd quarter fee app | |
| Veros PP - FarmGrowCap LLC | $2,461.00 | | 10482349 | 13 | | | |
| Veros PP - Veros JF Wild Holdings LLC* | $1,785.50 | | 10482347 | 14 | | | |
| *Plus $14.50 courier expense of $14.50 | | | | 14 | | July Total | $10,903.50 |
| Veros PP Veros Switch Holding LLC* | $1,130.00 | August 2016 | 10484126 | 14 | | | |
| *Plus $14.50 courier expense of $14.50 | | | | 14 | | | |
| Veros Partners Receivership General Consulting | $3,161.60 | | 10484127 | 14 | | | |
| Veros PP - Blue Crop Group, LLC | $886.00 | | 10484128 | 14 | | | |
| Veros PP - Veros JF Wild Holdings LLC | $750.00 | | 10484129 | 13/14 | | | |
| Veros PP  - FarmGrowCap LLC | $14,413.00 | | 10484130 | 13/14 | | August Total | $20,340.60 |
| Veros Partners Receivership General Consulting | $1,356.00 | September 2016 | 10485083 | 14 | | | |
| Veros PP  - FarmGrowCap LLC | $16,130.00 | | 10485085 | 13/14 | | | |
| *Plus courier expense of $7.25 | | | | | | September Total | $27,761.00 |
| Veros PP - PinCap LLC | $10,275.00 | | 10485084 | 14 | | *Blue & Co. sub-total:* | *$59,005.10* |
| *Plus courier expense of $7.25 | | | | | | *(Fees & Expenses)* | |
| Aliign - Receivership General Consulting | $1,136.00 | July 2016 | 13407390 | 13 | 2016 - 3rd quarter | forensic accounting services | |
| *Plus $55 fees for QuickBooks hosting for July 2016; balance of $1,136 is for time spent | | | | | | | |
| Aliign - Veros PP - Blue Crop Group LLC | $913.00 | | 13407403 | 7/13 | | | |
| Aliign - Veros PP - FarmGrowCap LLC | $190.00 | | 13407401 | 7/13 | | | |
| Aliign - Veros PP - HF Land GP Secured Loans | $228.00 | | 13407388 | 7 | | | |
| Aliign - Veros PP - Jennings Design 2015 Secured Loans | $53.00 | | 13407414 | 7 | | | |
| Aliign - Veros PP - PinCap LLC | $18.00 | | 13407405 | 7 | | | |
| Aliign - Veros PP - Rockdale Holding, LLC | $53.00 | | 13407422 | 7 | | | |
| Aliign - Veros PP - Stadiumred | $53.00 | | 13407418 | 7 | | | |
| Aliign - Veros PP - True Blue Berry Mgmt Mid-Term Mezz | $158.00 | | 13407424 | 7 | | | |
| Aliign - Veros PP - True Blue Berry Mgmt 2015 | $53.00 | | 13407396 | 7 | | | |
| Aliign - Veros PP - Veros 702 North Holding, LLC | $141.00 | | 13407415 | 7 | | | |
| Aliign - Veros PP - Veros JF Wild Holdings, LLC | $53.00 | | 13407389 | 7 | | | |
| Aliign - Veros PP - Veros Switch Holdings, LLC | $53.00 | | 13407417 | 7 | | | |
| Aliign - Veros PP - Yeager of Frisco, LLC | $53.00 | | 13407419 | 7 | | | |
| Aliign - Veros PP - FarmGrowCap LLC | $1,119.00 | August 2016 | 13407651 | 7/13 | | | |
| Aliign - Receivership General Consulting* | $26.00 | September 2016 | 13407809 | 13 | | | |
| *Plus $110 fees for QuickBooks hosting ($55/mo) for August and September 2016; balance of $26.00 is for time spent | | | | | | | |
| **Total Fees:** | **$63,305.10** | | | | | *Aliign sub-total:* | *$4,300.00* |
| **Total Expenses** | **$208.50** | | | | | | |
| | | | | | | To be submitted with Receiver's | |
| **Total Due for Period** | **$63,513.60** | 1/01/16 - 3/31/16 | | 7,13,14 | 2016 - 3rd quarter | 2016 2nd quarter fee app | |



CPAs & ADVISORS

Veros PP - Blue Crop Group, LLC
Mr. William Wendling, Jr. - Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | |
|---|---|---|
| **Invoice** | | **10482346** |
| **Invoice Date** | | 08/04/2016 |
| **Client No.** 119570 | **Due Date** | 09/03/2016 |

Billing for the following services:

Tax consulting and compliance services related to filing of the Blue
Crop Group, LLC tax return, including but not limited to, meetings with
Receiver (and related parties), conference calls, research and
analysis, and necessary filing tasks as follows:

Jerry Hammel (Director) - 10.25 hours**
Other Staff - 41.65 hours**

6,657.00

**Reflects courtesy discount of 30% extended on behalf of relationship
with Receiver for services rendered.

| | |
|---|---|
| **Total Due** | **6,657.00** |

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

**Veros PP – Blue Crop Group, LLC**
**Invoice: 10482346**

| Employee Name | Entry Date | Task | Hours | Invoiced |
|---|---|---|---|---|
| Bridgette Mugge | 4/11/2016 | Tax Return Preparation - Conference Call with Paul and Prepare Estimate of Investors | 2.00 | 217.00 |
| Bridgette Mugge | 4/13/2016 | Tax Return Preparation | 0.25 | 27.13 |
| Christopher Reid | 6/21/2016 | Tax Return Preparation | 2.00 | 210.00 |
| Joseph Bryant | 6/21/2016 | Entered data into Tax (beginning balance sheet and partner information) | 0.90 | 94.50 |
| Christopher Reid | 6/22/2016 | Tax Return Preparation | 4.00 | 419.99 |
| Christopher Reid | 6/23/2016 | Tax Return Preparation | 2.00 | 210.01 |
| Bridgette Mugge | 7/7/2016 | Workpaper Preparation | 3.00 | 325.50 |
| Bridgette Mugge | 7/8/2016 | Workpaper Preparation | 2.25 | 244.12 |
| Bridgette Mugge | 7/11/2016 | Workpaper Preparation | 5.00 | 542.50 |
| Jerry Hammel | 7/26/2016 | Tax return detail review - assist Bridgette with questions related to intercompany transaction that involved Blueberry Management LLC, Farm Grow Cap and Blue Crop Group; call with Bill Wendling to update re TR timing | 1.75 | 361.38 |
| Jerry Hammel | 7/27/2016 | Tax return detail review - look through 2015 tax return activity by period before and after receiver appointed and determine proper bookkeeping and reporting on tax return per cash basis; call to discuss with Paul Roth. | 1.00 | 206.50 |
| Jerry Hammel | 7/28/2016 | Tax return detail review assist Bridgette with K-1 allocations. | 0.50 | 103.24 |
| Jerry Hammel | 7/29/2016 | Tax return detail review-review workpapers, equity changes, income allocation and related workpapers; review income tax return. | 4.50 | 929.25 |
| Jerry Hammel | 7/30/2016 | Tax return detail review - complete tax return review and go over open questions with Gwen Parker. | 2.50 | 516.26 |
| Bridgette Mugge | 7/25/2016 | Tax Return Preparation | 0.75 | 81.37 |
| Bridgette Mugge | 7/26/2016 | Tax Return Preparation | 3.00 | 325.50 |
| Bridgette Mugge | 7/27/2016 | Tax Return Preparation | 5.50 | 596.75 |
| Bridgette Mugge | 7/28/2016 | Tax Return Preparation | 6.00 | 651.00 |
| Bridgette Mugge | 8/1/2016 | Tax Return Preparation | 4.00 | 476.00 |
| Bridgette Mugge | 8/2/2016 | Tax Return Preparation | 1.00 | 119.00 |
| | | | | 6,657.00 |



Veros PP - FarmGrowCap LLC
Mr. William Wendling, Jr. – Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

**Invoice**          **10482349**

| | |
|---|---|
| **Client No.**          116551 | **Invoice Date**     08/04/2016 |
| | **Due Date**          09/03/2016 |

Billing for the following services:

Services rendered for the period July 1, 2016 through July 31, 2016 related to QSF research, and various tasks analysis related to the loss allocations associated with VFLH/FGC; conference calls and meetings with the Receiver:

Jarit Loughmiller (Director) - 3.50 hours**
Jerry Hammel (Director) - 1.50 hours**
Paul Roth (Senior Manager) - 2.10 hours**
Other Staff - 6.25 hours**

                                                                                2,461.00

**Reflects 20% discount as agreed upon with Receiver.

**Total Due**                                          **2,461.00**

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

**Veros PP – FarmGrowCap LLC**
**Invoice: 10482349**

| Employee Name | Entry Date | Task | Hours | Invoiced |
|---|---|---|---|---|
| Jarit Loughmiller | 7/7/2016 | Forensics consulting-2012 Crossroads/Kirbach loan/payment analysis. | 1.50 | 354.03 |
| Jarit Loughmiller | 7/11/2016 | Forensics consulting-meeting w/ Receiver to discuss FCG and VFLH analysis. | 2.00 | 472.04 |
| Bridgette Mugge | 7/8/2016 | Workpaper Preparation | 4.00 | 496.04 |
| Jerry Hammel | 7/22/2016 | Tax return detail review - call with Gwen and Bridgette to prepare for meeting this afternoon with Bill Wendling, Jeff Reisinger and Matt Habb . | 0.25 | 59.00 |
| Jerry Hammel | 7/22/2016 | Tax return detail review - mtg with Bill Wendling, Jeff Reisinger and Matt Habb to discuss bookkeeping, structure agreement and proper reporting of income for 2014 and 2015. | 1.25 | 295.03 |
| Bridgette Mugge | 8/3/2016 | Other tax returns - Conference Call w/ Jerry & Gwen, schedule & misc. | 2.25 | 306.02 |
| Paul Roth | 8/3/2016 | Tax consulting-Bill & JT on QSF | 0.30 | 68.41 |
| Paul Roth | 8/3/2016 | Other tax returns-Discussion with Bridgette on pre vs. post receivership reporting on tax return | 0.20 | 45.60 |
| Paul Roth | 8/3/2016 | Tax consulting-Jerry and Gwen assist with meeting prep | 0.30 | 68.41 |
| Paul Roth | 8/3/2016 | Tax consulting-Phone with Jerry & Bridgette to discuss tax matters. | 0.30 | 68.40 |
| Paul Roth | 8/3/2016 | Tax consulting-Jerry tax return review | 1.00 | 228.02 |
| | | | | 2,461.00 |



Veros PP - Veros JF Wild Holdings, LLC
Mr. William Wendling, Jr. - Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| **Invoice** | **10482347** |
|---|---|

| **Client No.** | 116517 | **Invoice Date** | 08/04/2016 |
|---|---|---|---|
| | | **Due Date** | 09/03/2016 |

Billing for following services:

Tax compliance and consulting services related to filing of the Veros
JF Wild Holdings, LLC tax return.**

1,800.00

**Reflects discount extended on behalf of the receivership of 20%.

| **Total Due** | **1,800.00** |
|---|---|

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

**Veros PP – Veros JF Wild Holdings, LLC**
**Invoice: 10482347**

| Employee Name | Entry Date | Task | Hours | Invoiced |
|---|---|---|---|---|
| Bridgette Mugge | 6/27/2016 | Tax Return Preparation | 3.75 | 467.75 |
| Jerry Hammel | 7/8/2016 | Tax return detail review | 1.50 | 356.09 |
| Bridgette Mugge | 7/5/2016 | Tax Return Preparation | 1.00 | 124.74 |
| Bridgette Mugge | 7/11/2016 | Tax Return Preparation | 1.00 | 124.73 |
| Jerry Hammel | 7/11/2016 | Tax return detail review / discussion points with staff on return/ mtg with Receiver to go over comments. | 1.00 | 237.40 |
| Jerry Hammel | 7/20/2016 | Tax return detail review - time related to follow up with Kyle Robinson regarding operating agreement profit and loss allocations. | 0.50 | 118.70 |
| Jerry Hammel | 7/25/2016 | Tax return detail review - follow up emails to coordinate loss allocation discussion with RSM. | 0.25 | 59.34 |
| Jerry Hammel | 7/29/2016 | Tax return detail review - conference call with RSM tax people (Kurtis George and Nick Passini) to discuss K-1 allocations for JF Wild, LLC | 1.25 | 296.75 |
| | 8/1/2016 | courier service | 1.00 | 14.50 |
| | | | | 1,800.00 |



*CPAs / ADVISORS*

Veros PP - Veros Switch Holding LLC
Mr. William Wendling, Jr. - Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | **Invoice** | **10484126** |
|---|---|---|
| | | |

| **Client No.** | 116513 | **Invoice Date** | 09/06/2016 |
|---|---|---|---|
| | | **Due Date** | 10/06/2016 |

---

Billing for the following services:

Tax preparation and supporting analysis for Veros Switch Holding, LLC

|  | 1,144.50 |
|---|---|

**reflects discount on services as agreed upon with the Receiver.

| **Total Due** | **1,144.50** |
|---|---|

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

**Veros PP - Veros Switch Holding LLC**
**Invoice: 10484126**

| Employee Name | Entry Date | Task | Hours | Invoiced |
|---|---|---|---|---|
| Jerry Hammel | 8/18/2016 | Tax return detail review - begin review of tax return. | 0.50 | 124.00 |
| Jerry Hammel | 8/23/2016 | Tax return detail review workpapers and tax return. | 1.50 | 372.00 |
| Bridgette Mugge | 8/17/2016 | Tax Return Preparation | 2.50 | 340.00 |
| Bridgette Mugge | 8/24/2016 | Tax Return Preparation | 0.75 | 102.00 |
| Jerry Hammel | 8/27/2016 | Tax return signature review - finalize return and put in processing. | 0.50 | 124.00 |
| Bridgette Mugge | 8/26/2016 | Tax Return Preparation | 0.50 | 68.00 |
| | 8/29/2016 | courier service | 1.00 | 14.50 |
| | | | | 1,144.50 |





CPAs / ADVISORS

Veros Partners Receivership General Consulting
Mr. William Wendling, Jr. - Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing # 800
Indianapolis, IN 46240

| **Invoice** | **10484127** |
|---|---|

| | | **Invoice Date** | 09/06/2016 |
|---|---|---|---|
| **Client No.** | 116486 | **Due Date** | 10/06/2016 |

Billing for the following services for the period August 10, 2016 through
September 1, 2016:

Services rendered include conference calls and discussion with
Receiver regarding tax matters, research and discussion involving
QSF / receipts analysis, and matters involving response to IRS filing
notices for various Veros related entities.

3,161.60

**reflects discount on services as agreed upon with the Receiver.

| **Total Due** | **3,161.60** |
|---|---|

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).

**Veros Partners Receivership General Consulting**
**Invoice: 10484127**

| Employee Name | Entry Date | Task | Hours | Invoiced |
|---|---|---|---|---|
| Larry Steinberg | 8/23/2016 | Review JT memo, for response by Bill Wendling to investor's request. | 0.20 | 44.80 |
| Bridgette Mugge | 8/10/2016 | Other tax returns - Discussion of open tax matters with Receiver. | 0.25 | 34.00 |
| Bridgette Mugge | 8/19/2016 | Other tax returns - Discussion of open tax matters with Receiver / Tax Team. | 0.75 | 102.00 |
| Bridgette Mugge | 8/24/2016 | Other tax returns - Discussion of open tax matters for Pin Cap with Tax Team. | 0.75 | 102.00 |
| Bridgette Mugge | 8/25/2016 | Other tax returns - Discussion of open tax matters for Pin Cap and FGC with Tax Team. | 1.00 | 136.00 |
| Bridgette Mugge | 8/26/2016 | Other tax returns - Discussion of open tax matters for Pin Cap with Tax Team. | 0.25 | 34.00 |
| Bridgette Mugge | 8/29/2016 | Other tax returns - Discussion of open tax matters for Pin Cap with Tax Team. | 2.25 | 306.00 |
| Bridgette Mugge | 8/30/2016 | Other tax returns - PinCap/FGC meet with Jerry & Gwen | 2.50 | 340.00 |
| Jerry Hammel | 9/2/2016 | Estimates/Extensions - time related to 6/30/2016 corporate tax return extension. | 0.25 | 62.00 |
| Paul Roth | 8/15/2016 | Tax consulting-Review correspondence from Jeff & Bill; speak with JT | 0.70 | 159.60 |
| Jerry Hammel | 8/23/2016 | Tax consulting - review email response prepared by JT Loughmiller; meeting with JT and Bill Wendling to discuss email response, Blue's role in IRS examination and 2015 tax return approach for PinCap and FGC. | 2.00 | 496.00 |
| Paul Roth | 8/24/2016 | Tax consulting-Review Jeff Risinger email | 0.30 | 68.40 |
| Paul Roth | 8/24/2016 | Other tax returns - Discussion of open tax matters for Pin Cap with Tax Team. | 0.50 | 114.00 |
| Paul Roth | 8/26/2016 | Other tax returns - Discussion of open tax matters for Pin Cap with Tax Team. | 0.20 | 45.60 |
| Paul Roth | 8/29/2016 | Tax consulting-Jerry on FGC and Pincap revenue | 2.00 | 456.00 |
| Paul Roth | 8/30/2016 | Other tax returns - Discussion of open tax matters for Pin Cap with Tax Team. | 0.50 | 114.00 |
| Paul Roth | 8/31/2016 | Tax consulting-Constructive receipt | 0.50 | 114.00 |
| Paul Roth | 9/1/2016 | Tax consulting-Memo for Bill to provide SEC for revised court order | 1.40 | 319.20 |
| Paul Roth | 9/1/2016 | Other tax returns - Discussion of open tax matters for Pin Cap with Tax Team. | 0.50 | 114.00 |
| | | | | 3,161.60 |



Veros PP - Blue Crop Group, LLC
Mr. William Wendling, Jr. - Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

## Invoice      10484128

| | | | |
|---|---|---|---|
| **Client No.** | 119570 | **Invoice Date** | 09/06/2016 |
| | | **Due Date** | 10/06/2016 |

---

Billing for the following services:

Tax compliance and consulting services related to Blue Crop Group, LLC

886.00

**reflects discount on services as agreed upon with the Receiver.

---

**Total Due**      **886.00**

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

**Veros PP - Blue Crop Group, LLC**
**Invoice: 10484128**

| Employee Name | Entry Date | Task | Hours | Invoiced |
|---|---|---|---|---|
| Jerry Hammel | 8/3/2016 | Tax return signature review - read through draft, answer Beth's comments and follow up to make sure return got delivered. | 1.00 | 248.00 |
| Bridgette Mugge | 8/3/2016 | Tax Return Preparation | 0.50 | 68.00 |
| Bridgette Mugge | 8/3/2016 | Tax Return Preparation/Special Projects - Deliver Return to Bill | 0.75 | 102.00 |
| Beth Harling | 8/2/2016 | Changes to return to finalize; issue with description on M-1; with Kevin for assistance | 1.25 | 260.00 |
| Beth Harling | 8/1/2016 | Check in changes on tax return; email questions to Bridgette and Jerry | 1.00 | 208.00 |
| | | | | 886.00 |



CPAs / ADVISORS

Veros PP - Veros JF Wild Holdings, LLC
Mr. William Wendling, Jr. - Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | **Invoice** | **10484129** |
|---|---|---|
| **Client No.** 116517 | **Invoice Date** | 09/06/2016 |
| | **Due Date** | 10/06/2016 |

Billing for the following services:

Analysis in support of private placement summary memo of accounting
related to Veros JF Wild Holdings, LLC and response to IRS notices
related to Veros JF Wild Holdings, LLC at request of Receiver

750.00

**reflects discount on services as agreed upon with the Receiver.

**Total Due**                                            **750.00**

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

**Veros PP - Veros JF Wild Holdings, LLC**
**Invoice: 10484129**

| Employee Name | Entry Date | Task | Hours | Invoiced |
|---|---|---|---|---|
| Jarit Loughmiller | 9/1/2016 | Forensics consulting - JF Wild Holding summary memo to Receiver. | 2.50 | 620.00 |
| Jerry Hammel | 8/29/2016 | Notices/Audit/Amended - time related to IRS notice re: EIN of extension form not matching 2015 tax return. | 0.25 | 62.00 |
| Bridgette Mugge | 8/30/2016 | Notices/Audit/Amended - IRS Response letter | 0.50 | 68.00 |
| | | | | 750.00 |



*CPAs / ADVISORS*

Veros PP - FarmGrowCap LLC
Mr. William Wendling, Jr. – Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| **Invoice** | **10484130** |
|---|---|

| | | **Invoice Date** | 09/06/2016 |
|---|---|---|---|
| **Client No.** | 116551 | **Due Date** | 10/06/2016 |

---

Billing for the following services rendered for the period August 9, 2016
through September 1, 2016:

FGC analysis and tracing of proceeds, 2012 Farm Loan
analysis/tracing, meetings and discussions with Receiver/SEC, tax
compliance and consulting services related to various matters
associated with FGC as requested by Receiver.**

|  | 14,413.00 |
|---|---|

**reflects discount on services as agreed upon with the Receiver.

| **Total Due** | **14,413.00** |
|---|---|

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

**Veros PP - FarmGrowCap LLC**
**Invoice: 10484130**

| Employee Name | Entry Date | Task | Hours | Invoiced |
|---|---|---|---|---|
| Thomas Wagner | 8/10/2016 | Forensics consulting - assist in tie out of FGC schedules and analysis. | 1.00 | 124.00 |
| Jarit Loughmiller | 8/11/2016 | Forensics consulting-meeting w/ Receiver and SEC to discuss matters associated with Veros Receivership; analysis related to FGC investor allocation. | 8.00 | 1,984.00 |
| Jarit Loughmiller | 8/9/2016 | Forensics consulting-FCG analysis / 2012 Loan analysis; call with Receiver to discuss 8/11 Meeting. | 3.00 | 744.00 |
| Jarit Loughmiller | 8/10/2016 | Forensics consulting-meeting w/ Receiver; prep materials for discussion with SEC involving FCG receivership analysis; analysis related to FGC investor allocation. | 5.50 | 1,364.00 |
| Jarit Loughmiller | 8/12/2016 | Forensics consulting-2012 Crossroads and Kirback investor modeling for FGC analysis. | 7.00 | 1,736.00 |
| Thomas Wagner | 8/12/2016 | Forensics consulting-2012 Crossroads and Kirback investor modeling for FGC analysis-tie out. | 0.75 | 93.00 |
| Jarit Loughmiller | 8/15/2016 | Forensics consulting-2012 CFF/KF analysis and impact on FGC/VFLH investor analysis. | 7.00 | 1,736.00 |
| Jarit Loughmiller | 8/16/2016 | Forensics consulting-deposit / payment tracing on CFF-2012 and KF-2012 for FGC investor allocation analysis. | 5.00 | 1,240.00 |
| Jarit Loughmiller | 8/17/2016 | Forensics consulting-Discussion with Counsel/Receiver; 2012 deposit tracing. | 2.00 | 496.00 |
| Jarit Loughmiller | 8/18/2016 | Forensics consulting-Kirbach 2012 analysis for FGC distribution calculations. | 5.00 | 1,240.00 |
| Jarit Loughmiller | 8/19/2016 | Forensics consulting-2012 CFF/KF loan proceed tracing. | 2.00 | 496.00 |
| Jarit Loughmiller | 8/23/2016 | Forensics consulting-discussion with Receiver regarding investor e-mail received by Receiver concerning accouting work performed; supporting analysis and response at request of Receiver; meeting with Receiver. | 5.00 | 1,240.00 |
| Jarit Loughmiller | 8/30/2016 | Forensics consulting-intercompany balance discussion with Jerry H. and tax team regarding FGC analysis. | 1.00 | 248.00 |
| Jerry Hammel | 8/29/2016 | Tax return detail review - review workpapers, loan receivable and payable reconciliations and call with Bill Wendling. | 1.50 | 372.00 |
| Jerry Hammel | 8/30/2016 | Tax return detail review - work through prior M-1s, determine 2015 M-1s, work through intercompany matter, and related bookkeeping for farm loans & investor loans. | 2.25 | 558.00 |
| Jerry Hammel | 8/31/2016 | Tax return detail review - answer question from Bridgette re constructive receipt treatment for principal payments. | 0.25 | 62.00 |
| Bridgette Mugge | 8/31/2016 | Tax Return Preparation-FGC | 3.50 | 476.00 |
| Bridgette Mugge | 9/1/2016 | Tax Return Preparation-FGC | 1.50 | 204.00 |
| | | | | 14,413.00 |



Veros Partners Receivership General Consulting
Mr. William Wendling, Jr. - Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing # 800
Indianapolis, IN 46240

| **Invoice** | | **10485083** |
|---|---|---|

| **Client No.** | 116486 | **Invoice Date** | 9/29/2016 |
|---|---|---|---|
| | | **Due Date** | 10/29/2016 |

Billing for the following services:

Tax consulting services related to PinCap / FGC intercompany
analysis:
Paul Roth (5.50 hours)
Staff (0.75 hours)

| | 1,356.00 |
|---|---|
| **Total Due** | **1,356.00** |

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

Veros Partners Receivership General Consulting
Invoice: 10485083

| Employee | Entry Date | Entry Text | Hours | Invoiced |
|---|---|---|---|---|
| Bridgette Mugge | 9/7/2016 | Tax return preparation; email Receiver on open items. | 0.25 | $ 34.00 |
| Bridgette Mugge | 9/9/2016 | Tax return preparation; email K-1s. | 0.25 | $ 34.00 |
| Bridgette Mugge | 9/14/2016 | Call with Receiver/assistant to discuss tax matters. | 0.25 | $ 34.00 |
| Paul Roth | 9/6/2016 | Tax discussion re: accounting / intercompany of FGC and PinCap matters for tax returns; constructive receipts discussion with Receiver. | 2.20 | $ 501.60 |
| Paul Roth | 9/7/2016 | Tax discussion re: accounting / intercompany of FGC and PinCap matters for tax returns; constructive receipts discussion with Receiver. | 0.20 | $ 45.60 |
| Paul Roth | 9/7/2016 | Tax discussion re: accounting / intercompany of FGC and PinCap matters for tax returns; constructive receipts discussion with Receiver. | 2.50 | $ 570.00 |
| Paul Roth | 9/7/2016 | Tax discussion re: accounting / intercompany of FGC and PinCap matters for tax returns; constructive receipts discussion with Receiver / meeting prep | 0.60 | $ 136.80 |
| | | | **6.25** | **$ 1,356.00** |



Veros PP - PinCap LLC
Mr. William Wendling, Jr. - Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

## Invoice 10485084

| | | | |
|---|---|---|---|
| **Client No.** | 119573 | **Invoice Date** | 9/29/2016 |
| | | **Due Date** | 10/29/2016 |

---

Billing for the following services:

| | |
|---|---|
| Tax compliance services related to preparation of PinCap/Pin Financial tax return filings | 3,500.00 |
| Tax consulting services related to inter-company accounting for PinCap / related entities | 6,775.00 |

Total Hours Incurred:
Jerry Hammel - Director (19.0 hours)
Jarit Loughmiller - Director (2.0 hours)
Beth Harling - Senior Manager (0.75 hours)
Other Staff (38.65 hours)

| | |
|---|---|
| Courier Expense related to tax filing of PinCap/Pin Financial tax returns | 7.25 |

| | |
|---|---|
| Total Due | 10,282.25 |

---

| | |
|---|---|
| **Total Due** | **10,282.25** |

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

**Veros PP - PinCap LLC**
**Invoice: 10485084**

| Employee | Entry Date | Entry Text | Hours | Invoiced |
|---|---|---|---|---|
| Patricia Dunn | 3/24/2016 | Tax consulting research related to filings for Veros / K-1(s) of investors. | 1.75 | $ 283.57 |
| Patricia Dunn | 3/29/2016 | Tax consulting research related to filings for Veros / K-1(s) of investors. | 0.50 | $ 81.02 |
| Christopher Reid | 6/21/2016 | Tax Return Preparation | 1.25 | $ 144.67 |
| Joseph Bryant | 6/21/2016 | Tax Return Preparation | 0.40 | $ 46.30 |
| Christopher Reid | 6/22/2016 | Tax Return Preparation | 2.00 | $ 231.49 |
| Christopher Reid | 6/23/2016 | Tax Return Preparation | 2.00 | $ 231.48 |
| Bridgette Mugge | 6/27/2016 | Tax Return Preparation | 0.50 | $ 59.80 |
| Bridgette Mugge | 6/28/2016 | Tax Return Preparation | 3.00 | $ 358.80 |
| Jerry Hammel | 6/29/2016 | Tax return detail review - assist Bridgette with tax prep questions re: capital accounts, loan write offs, and related questions; discuss open questions with Gwen P. | 1.50 | $ 341.44 |
| Bridgette Mugge | 6/29/2016 | Tax Return Preparation | 6.75 | $ 807.30 |
| Jerry Hammel | 6/30/2016 | Additional follow up on open items; call with Receiver to discuss tax matters / open positions. | 0.50 | $ 113.81 |
| Jerry Hammel | 6/30/2016 | Tax return detail review - work through questions on 2015 tax preparation, discuss '13 and '14 income recorded in 2015 with Gwen, various other outstanding matters and review book to tax computation with tax team. | 1.00 | $ 227.63 |
| Bridgette Mugge | 6/30/2016 | Tax Return Preparation | 5.50 | $ 657.80 |
| Jerry Hammel | 7/20/2016 | Tax return detail review - time related to follow up with Receiver / Team on accounting/tax reporting matters for 2015 tax return. | 0.50 | $ 113.81 |
| Jerry Hammel | 7/22/2016 | Tax return detail review; meeting prep for meeting with Defendants (and Receiver) to discuss prior accounting / tax treatment of various mattters. | 0.25 | $ 56.91 |

| Employee | Entry Date | Entry Text | Hours | Invoiced |
|---|---|---|---|---|
| Jerry Hammel | 7/22/2016 | Tax return detail review - meeting with Defendants (and Receiver) to discuss Veros prior bookkeeping / structure agreement and proper reporting of income for 2014/2015. | 1.25 | $ 284.53 |
| Beth Harling | 7/27/2016 | Discussion with Jerry regarding potential change in 2014 transaction impacting ownership of entities and related tax implications. | 0.75 | $ 144.68 |
| Jerry Hammel | 8/29/2016 | Tax return detail reviewreview workpapers, loan receivable and payable reconciliations and call with Receiver. | 1.50 | $ 358.80 |
| Jerry Hammel | 8/30/2016 | Tax return detail review work through prior M-1s, determine 2015 M-1s, work through intercompany matter, and related bookkeeping for farm loans & investor loan. | 2.25 | $ 538.20 |
| Bridgette Mugge | 8/31/2016 | Tax Return Preparation | 2.25 | $ 295.14 |
| Bridgette Mugge | 9/1/2016 | Tax return detail review | 2.75 | $ 360.73 |
| Bridgette Mugge | 9/2/2016 | Tax return detail review | 5.25 | $ 688.67 |
| Bridgette Mugge | 9/3/2016 | Tax Return Preparation | 1.25 | $ 163.96 |
| Jerry Hammel | 9/5/2016 | Tax return detail review 2015 income tax return | 2.00 | $ 478.41 |
| Jerry Hammel | 9/6/2016 | Tax return detail review 2015 income tax returnl reconciliations and constructive receipts computations. | 2.25 | $ 538.20 |
| Bridgette Mugge | 9/6/2016 | Tax Return Preparation | 0.75 | $ 98.38 |
| Jerry Hammel | 9/7/2016 | Tax return detail review - meeting with Receiver, Defendants, and Adam Decker to discuss filing positions for PinCap / FGC. | 1.00 | $ 239.20 |
| Jerry Hammel | 9/7/2016 | Tax return detail review - work through comments with staff on open item adjustments and check in changes to returns. | 2.00 | $ 478.40 |
| Bridgette Mugge | 9/7/2016 | Tax Return Preparation | 2.75 | $ 360.73 |
| Jerry Hammel | 9/8/2016 | Tax return detail review - finish clearing points, trackdown posting to interest receivable vs loan receivable, post AJE, finalize return for processing; send email summary to members and Receiver. | 3.00 | $ 717.60 |
| Bridgette Mugge | 9/8/2016 | Tax Return Preparation | 2.25 | $ 295.14 |
|  | 9/9/2016 | Expense - courier service | 1.00 | $ 7.25 |
| Jarit Loughmiller | 8/29/2016 | Special Projects-discussion with Jerry H and tax team regarding commissions for PinCap at request of Receiver (and investor request of supporting commissions). | 2.00 | $ 478.40 |
|  |  |  | **63.65** | **$10,282.25** |



*C P A s / A D V I S O R S*

Veros PP - FarmGrowCap LLC
Mr. William Wendling, Jr. – Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **10485085** |
|---|---|---|---|
| | | **Invoice Date** | 9/29/2016 |
| **Client No.** | 116551 | **Due Date** | 10/29/2016 |

| | | |
|---|---|---|
| Billing for the following services: | | |
| Forensic Consulting - Time associated with calculation of investor balances for 2012/2013/2014 Funds; calls/meetings with Receiver/SEC/Counsel | 12,214.00 | |
| Hours as follows: | | |
| Jarit Loughmiller - Director (46.75 hours) | | |
| Other Staff (5.0 hours) | | |
| Tax Compliance / Consulting related to FGC | 3,916.00 | |
| Hours as follows: | | |
| Jerry Hammel - Director (8.25 hours) | | |
| Other Staff (13.75 hours) | | |
| Courier Expense for FGC tax filing | 7.25 | |
| | | |
| Total Due | | 16,137.25 |
| | **Total Due** | **16,137.25** |

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

**Veros PP - FarmGrowCap LLC**
**Invoice: 10485085**

| Employee | Entry Date | Entry Text | Hours | Invoiced |
|---|---|---|---|---|
| Jarit Loughmiller | 9/6/2016 | Forensics consulting-investor FGC analysis summary at request of Receiver in prep for Receiver's meeting with investor. | 1.00 | $ 248.00 |
| Jarit Loughmiller | 9/7/2016 | Forensics consulting-analysis requested by receiver for 2 investors to demonstrate balance calculations in prep for Receiver meeting. | 3.50 | $ 868.00 |
| Jarit Loughmiller | 9/13/2016 | Forensics consulting-Investor HH ID 262 and 262.1 analysis for Receiver and SEC. Analysis related to declaration and 2012 investor funding tracing. | 5.25 | $ 1,302.00 |
| Jarit Loughmiller | 9/14/2016 | Veros loss allocation analysis; comparision to quantify impact vs. investor proposed methodology. | 8.00 | $ 1,984.00 |
| Jarit Loughmiller | 9/15/2016 | Veros loss allocation analysis; comparision to quantify impact vs. investor proposed methodology. | 7.00 | $ 1,736.00 |
| Jarit Loughmiller | 9/16/2016 | Veros loss allocation analysis; review Phase 1 correspondence for Receiver. | 2.50 | $ 620.00 |
| Jarit Loughmiller | 9/19/2016 | Veros loss allocation analysis to quantify impact between investor proposed method. | 4.00 | $ 992.00 |
| Jarit Loughmiller | 9/20/2016 | Veros loss allocation analysis; review Phase 1 correspondence for Receiver. | 2.00 | $ 496.00 |
| Jarit Loughmiller | 9/21/2016 | Veros loss allocation analysis; review Phase 1 correspondence for Receiver. | 6.50 | $ 1,612.00 |
| Jarit Loughmiller | 9/22/2016 | Veros loss allocation analysis; review Phase 1 correspondence for Receiver. | 2.50 | $ 620.00 |
| Thomas Wagner | 9/22/2016 | QC of Veros Phase 1 investor correspondence. | 3.75 | $ 465.00 |
| Jarit Loughmiller | 9/23/2016 | Discussion w/ Receiver on matter concerning loss allocation. | 0.50 | $ 124.00 |
| Jarit Loughmiller | 9/26/2016 | Phase 1 correspondence tie out discussion. | 1.00 | $ 248.00 |
| Thomas Wagner | 9/26/2016 | QC of Veros Phase 1 investor correspondence. | 1.25 | $ 155.00 |
| Jarit Loughmiller | 9/27/2016 | Phase 1 correspondedce; meeting with Receiver. | 3.00 | $ 744.00 |
| | | **Forensic Sub-Total** | 51.75 | $ 12,214.00 |

| Employee | Entry Date | Entry Text | Hours | Invoiced |
|----------|------------|------------|-------|----------|
| Jerry Hammel | 9/5/2016 | Tax return detail review 2015 income tax return. | 2.00 | $ 496.00 |
| Jerry Hammel | 9/6/2016 | Tax return detail review - work through reconciliations and constructive receipt M-1 computation. | 2.25 | $ 558.00 |
| Bridgette Mugge | 9/6/2016 | Tax Return Preparation | 8.25 | $ 1,122.00 |
| Jerry Hammel | 9/7/2016 | Tax return detail review - mtg with Receiver, Defendants, and Adam Decker to discuss filing positions for PinCap and FGC. | 1.00 | $ 248.00 |
| Jerry Hammel | 9/7/2016 | Tax return detail review - work through comments with staff on open item adjustments. | 2.00 | $ 496.00 |
| Bridgette Mugge | 9/7/2016 | Tax Return Preparation | 5.50 | $ 748.00 |
| Jerry Hammel | 9/8/2016 | Tax return detail review - finish clearing points and finalize return for processing | 1.00 | $ 248.00 |
| | | **Tax Compliance Sub-Total** | 22.00 | $ 3,916.00 |
| | 9/9/2016 | courier service | | $ 7.25 |
| | | **Total** | | **$ 16,137.25** |



Where accounting expertise meets small business needs

Veros Partners Receivership (Aliign)
Mr. William Wendling, Jr. – Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **13407390** |
|---|---|---|---|
| | | **Invoice Date** | 8/4/2016 |
| **Client No.** | 116487 | **Due Date** | 9/3/2016 |

Billing for services rendered July 1, 2016 through July 30, 2016 related to the above entity as requested by Mr. William E. Wendling Jr. (Receiver) including:

| | |
|---|---:|
| QuickBooks hosting for the month of July 2016 ($55/month) | 55.00 |
| Forensic Accounting: Gwen Parker: 07/12/16: Multiple email correspondence and soft copy filing of files provided for accounting (.5 hours) | 78.00 |
| Forensic Accounting: Gwen Parker: 07/20/16: Multiple email correspondence conversations regarding 2015 and prior accounting (.5 hours) | 78.00 |
| Forensic Accounting: Gwen Parker: 07/22/16:  Entry, correction and review of of accounting related to intercompany and other transactions, and meeting with Jeff Risinger, Matt Haab, Jerry Hammel and William Wendling, Jr. (5 hours) | 775.00 |
| Forensic Accounting: Gwen Parker: 07/25/16: Updates to multiple entities based upon information obtained in 7/22/16 meeting (1.33 hours) | 205.00 |

Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

| | |
|---|---:|
| **Total Due** | **1,191.00** |

**AR AGING**

| BALANCE 8/3/2016 | AFTER 8/3/2016 | AFTER 7/3/2016 | AFTER 6/3/2016 | AFTER 5/3/2016 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 1,533.50 | 662.02 | 639.48 | 0.00 | 232.00 | 0.00 | USD |

---

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



*Where accounting expertise meets small business needs*

Veros PP - Blue Crop Group LLC (Aliign)
Mr. William Wendling, Jr. – Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **13407403** |
|---|---|---|---|
| **Client No.** | 116573 | **Invoice Date** | 8/4/2016 |
| | | **Due Date** | 9/3/2016 |

Billing for services rendered July 1, 2016 through July 30, 2016 related to the above entity as requested by Mr. William E. Wendling Jr. (Receiver) including:

| | |
|---|---|
| Forensic Accounting: Nicole Paredes-Palma: 07/08/16: Entry of accounting activity and appropriate reconciliations for the month of June 2016 (.33 hours) | 35.00 |
| Forensic Accounting: Gwen Parker: 07/22/16: Accounting entry and updates, and assistance with tax return preparation (1.0 hour) | 155.00 |
| Forensic Accounting: Gwen Parker: 07/25/16: Accounting entry and updates, and assistance with tax return preparation (1.0 hour) | 155.00 |
| Forensic Accounting: Gwen Parker: 07/29/16: Accounting entry and updates, and assistance with tax return preparation (1.67 hours) | 258.00 |
| Forensic Accounting: Gwen Parker: 07/30/16: Accounting entry and updates, and assistance with tax return preparation (2 hours) | 310.00 |

Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

| | |
|---|---|
| **Total Due** | **913.00** |

**AR AGING**

| BALANCE 8/3/2016 | AFTER 8/3/2016 | AFTER 7/3/2016 | AFTER 6/3/2016 | AFTER 5/3/2016 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 1,892.95 | 184.35 | 468.60 | 0.00 | 1,240.00 | 0.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



*Where accounting expertise meets small business needs.*

Veros PP - FarmGrowCap LLC (Aliign)
Mr. William Wendling, Jr. – Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | **Invoice** | **13407401** |
|---|---|---|
| **Client No.** 116590 | **Invoice Date** | 8/4/2016 |
| | **Due Date** | 9/3/2016 |

Billing for services rendered July 1, 2016 through July 30, 2016 related to the above entity as requested by Mr. William E. Wendling Jr. (Receiver) including:

| | |
|---|---|
| Forensic Accounting: Nicole Paredes-Palma: 07/08/16: Entry of accounting activity and appropriate reconciliations for the month of June 2016 (.33 hours) | 35.00 |
| Forensic Accounting: Gwen Parker: 07/22/16: Accounting entry and updates, and assistance with tax return preparation (1.0 hour) | 155.00 |

Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

| | |
|---|---|
| **Total Due** | **190.00** |

**AR AGING**

| BALANCE 8/3/2016 | AFTER 8/3/2016 | AFTER 7/3/2016 | AFTER 6/3/2016 | AFTER 5/3/2016 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 3,960.62 | 322.06 | 1,334.56 | 0.00 | 2,304.00 | 0.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



Where accounting expertise meets small business needs

Veros PP - HF Land GP Secured Loans (Aliign)
Mr. William Wendling, Jr. – Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **13407388** |
|---|---|---|---|
| **Client No.** | 116557 | **Invoice Date**<br>**Due Date** | 8/4/2016<br>9/3/2016 |

Billing for services rendered June 1, 2016 through July 30, 2016
related to the above entity as requested by Mr. William E. Wendling Jr.
(Receiver) including:

| | |
|---|---|
| Forensic Accounting: Nicole Paredes-Palma: 06/06/16: Entry of accounting activity and appropriate reconciliations for the month of May 2016 (.33 hours) | 35.00 |
| Forensic Accounting: Nicole Paredes-Palma: 07/11/16: Entry of accounting activity and appropriate reconciliations for the month of June 2016 (.17 hours) | 18.00 |
| Forensic Accounting: Nicole Paredes-Palma: 07/21/16: Entry of accounting activity and appropriate reconciliations for the month of June 2016 (.67 hours) | 70.00 |
| Forensic Accounting: Nicole Paredes-Palma: 07/25/16: Entry of accounting activity and appropriate reconciliations for the month of June 2016 (1.0 hour) | 105.00 |

Reflects a 10% discount for services rendered as set forth in Blue &
Co LLC engagement letter with Mr. William E. Wendling Jr.

| | |
|---|---|
| **Total Due** | **228.00** |

**AR AGING**

| BALANCE 8/3/2016 | AFTER 8/3/2016 | AFTER 7/3/2016 | AFTER 6/3/2016 | AFTER 5/3/2016 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 1,861.05 | 1,258.05 | 603.00 | 0.00 | 0.00 | 0.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



*Where accounting expertise meets small business needs*

Veros PP - Jennings Design 2015 Secured Loans (Aliign)
Mr. William Wendling, Jr. – Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **13407414** |
|---|---|---|---|
| **Client No.** | 116577 | **Invoice Date**<br>**Due Date** | 8/4/2016<br>9/3/2016 |

Billing for services rendered June 1, 2016 through July 30, 2016
related to the above entity as requested by Mr. William E. Wendling Jr.
(Receiver) including:

| | |
|---|---|
| Forensic Accounting: Nicole Paredes-Palma: 06/06/16: Entry of accounting activity and appropriate reconciliations for the month of May 2016 (.33 hours) | 35.00 |
| Forensic Accounting: Nicole Paredes-Palma: 07/11/16: Entry of accounting activity and appropriate reconciliations for the month of June 2016 (.17hours) | 18.00 |

Reflects a 10% discount for services rendered as set forth in Blue &
Co LLC engagement letter with Mr. William E. Wendling Jr.

| **Total Due** | **53.00** |
|---|---|

**CUSTOMER STATEMENT**

| ENTRY DATE | DUE DATE | TRANSACTION NO. | TEXT | AMOUNT | REMAINDER | CURRENCY |
|---|---|---|---|---|---|---|
| 6/7/2016 | 7/7/2016 | 13407082 | Customer Invoice | 34.00 | 34.00 | USD |
| 7/31/2016 | 8/30/2016 | 13381592 | Interest Charge | 0.51 | 0.51 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



Where accounting expertise meets small business needs

Veros PP - PinCap LLC (Aliign)
Mr. William Wendling, Jr. – Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | | |
|---|---|---|---|
| | | **Invoice** | **13407405** |
| **Client No.** | 116620 | **Invoice Date**<br>**Due Date** | 8/4/2016<br>9/3/2016 |

Billing for services rendered July 1, 2016 through July 30, 2016 related to the above entity as requested by Mr. William E. Wendling Jr. (Receiver) including:

Forensic Accounting: Nicole Paredes-Palma: 07/11/16: Entry of accounting activity and appropriate reconciliations for the month of June 2016 (.17 hours)     18.00

Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

**Total Due**     **18.00**

**CUSTOMER STATEMENT**

| ENTRY DATE | DUE DATE | TRANSACTION NO. | TEXT | AMOUNT | REMAINDER | CURRENCY |
|---|---|---|---|---|---|---|
| 4/18/2016 | 5/18/2016 | 13406724 | Customer Invoice | 1,737.00 | 1,737.00 | USD |
| 5/3/2016 | 6/2/2016 | 13406830 | Customer Invoice | 775.00 | 775.00 | USD |
| 5/31/2016 | 6/30/2016 | 13381525 | Interest Charge | 26.06 | 26.06 | USD |
| 6/7/2016 | 7/7/2016 | 13407089 | Customer Invoice | 448.00 | 448.00 | USD |
| 6/30/2016 | 7/30/2016 | 13381562 | Interest Charge | 37.69 | 37.69 | USD |
| 7/5/2016 | 8/4/2016 | 13407207 | Customer Invoice | 3,291.00 | 3,291.00 | USD |
| 7/31/2016 | 8/30/2016 | 13381595 | Interest Charge | 44.41 | 44.41 | USD |

**AR AGING**

| BALANCE 8/3/2016 | AFTER 8/3/2016 | AFTER 7/3/2016 | AFTER 6/3/2016 | AFTER 5/3/2016 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 6,359.16 | 3,335.41 | 485.69 | 26.06 | 2,512.00 | 0.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



*Where accounting expertise meets small business needs*

Veros PP - Rockdale Holding, LLC (Aliign)
Mr. William Wendling, Jr. – Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | **Invoice** | **13407422** |
|---|---|---|
| | **Invoice Date** | 8/4/2016 |
| **Client No.**     116553 | **Due Date** | 9/3/2016 |

Billing for services rendered June 1, 2016 through July 30, 2016 related to the above entity as requested by Mr. William E. Wendling Jr. (Receiver) including:

| | |
|---|---:|
| Forensic Accounting: Nicole Paredes-Palma: 06/06/16: Entry of accounting activity and appropriate reconciliations for the month of May 2016 (.33 hours) | 35.00 |
| Forensic Accounting: Nicole Paredes-Palma: 07/11/16: Entry of accounting activity and appropriate reconciliations for the month of May 2016 (.17 hours) | 18.00 |

Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

| **Total Due** | **53.00** |
|---|---:|

**AR AGING**

| BALANCE 8/3/2016 | AFTER 8/3/2016 | AFTER 7/3/2016 | AFTER 6/3/2016 | AFTER 5/3/2016 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 34.51 | 0.51 | 34.00 | 0.00 | 0.00 | 0.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



*Where accounting expertise meets small business needs*

Veros - Stadium Red (Aliign)
Mr. William Wendling, Jr.
Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **13407418** |
|---|---|---|---|
| **Client No.** | 119156 | **Invoice Date** | 8/4/2016 |
| | | **Due Date** | 9/3/2016 |

Billing for services rendered June 1, 2016 through July 30, 2016 related to the above entity as requested by Mr. William E. Wendling Jr. (Receiver) including:

| | |
|---|---|
| Forensic Accounting: Nicole Paredes-Palma: 06/06/16: Entry of accounting activity and appropriate reconciliations for the month of May 2016 (.33 hours) | 35.00 |
| Forensic Accounting: Nicole Paredes-Palma: 07/11/16: Entry of accounting activity and appropriate reconciliations for the month of June 2016 (.17 hours) | 18.00 |

Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

| **Total Due** | **53.00** |
|---|---|

**AR AGING**

| BALANCE 8/3/2016 | AFTER 8/3/2016 | AFTER 7/3/2016 | AFTER 6/3/2016 | AFTER 5/3/2016 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 34.51 | 0.51 | 34.00 | 0.00 | 0.00 | 0.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



Where accounting expertise meets small business needs

Veros - True Blue Berry Management – Mezzanine (Aliign)
Mr. William Wendling, Jr.-Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | **Invoice** | **13407424** |
|---|---|---|
| | **Invoice Date** | 8/4/2016 |
| **Client No.** 119161 | **Due Date** | 9/3/2016 |

Billing for services rendered June 1, 2016 through July 30, 2016
related to the above entity as requested by Mr. William E. Wendling Jr.
(Receiver) including:

| | |
|---|---|
| Forensic Accounting: Nicole Paredes-Palma: 06/06/16: Entry of accounting activity and appropriate reconciliations for the month of May 2016 (.33 hours) | 35.00 |
| Forensic Accounting: Nicole Paredes-Palma: 07/11/16: Entry of accounting activity and appropriate reconciliations for the month of June 2016 (.17 hours) | 18.00 |
| Forensic Accounting: Nicole Paredes-Palma: 07/25/16: Entry of accounting activity and appropriate reconciliations for the month of June 2016 (1.0 hours) | 105.00 |

Reflects a 10% discount for services rendered as set forth in Blue &
Co LLC engagement letter with Mr. William E. Wendling Jr.

| **Total Due** | **158.00** |
|---|---|

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



*Where accounting expertise meets small business needs*

Veros PP - True Blue Berry Management Mid-Term (Aliign)
c/o Mr. William Wendling, Jr. - Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **13407396** |
|---|---|---|---|
| **Client No.** | 116572 | **Invoice Date**<br>**Due Date** | 8/4/2016<br>9/3/2016 |

Billing for services rendered June 1, 2016 through July 30, 2016
related to the above entity as requested by Mr. William E. Wendling Jr.
(Receiver) including:

| | |
|---|---|
| Forensic Accounting: Nicole Paredes-Palma: 06/06/16: Entry of accounting activity and appropriate reconciliations for the month of May 2016 (.33 hours) | 35.00 |
| Forensic Accounting: Nicole Paredes-Palma: 07/18/16: Entry of accounting activity and appropriate reconciliations for the month of May 2016 (.17 hours) | 18.00 |

Reflects a 10% discount for services rendered as set forth in Blue &
Co LLC engagement letter with Mr. William E. Wendling Jr.

| **Total Due** | **53.00** |
|---|---|

**AR AGING**

| BALANCE 8/3/2016 | AFTER 8/3/2016 | AFTER 7/3/2016 | AFTER 6/3/2016 | AFTER 5/3/2016 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 95.41 | 1.41 | 94.00 | 0.00 | 0.00 | 0.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



Where accounting expertise meets small business needs

Veros PP - Veros 702 North Holding, LLC (Aliign)
Mr. William Wendling, Jr. – Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **13407415** |
|---|---|---|---|
| **Client No.** | 116560 | **Invoice Date**<br>**Due Date** | 8/4/2016<br>9/3/2016 |

Billing for services rendered June 1, 2016 through July 30, 2016 related to the above entity as requested by Mr. William E. Wendling Jr. (Receiver) including:

| | |
|---|---|
| Forensic Accounting: Nicole Paredes-Palma: 06/06/16: Entry of accounting activity and appropriate reconciliations for the month of May 2016 (.33 hours) | 35.00 |
| Forensic Accounting: Nicole Paredes-Palma: 07/11/16: Entry of accounting activity and appropriate reconciliations for the month of June 2016 (.17 hours) | 18.00 |
| Forensic Accounting: Nicole Paredes-Palma: 07/25/16: Entry of accounting activity and appropriate reconciliations for the month of June 2016 (.83 hours) | 88.00 |

Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

| **Total Due** | **141.00** |
|---|---|

**AR AGING**

| BALANCE 8/3/2016 | AFTER 8/3/2016 | AFTER 7/3/2016 | AFTER 6/3/2016 | AFTER 5/3/2016 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 34.51 | 0.51 | 34.00 | 0.00 | 0.00 | 0.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



Where accounting expertise meets small business needs

Veros PP - Veros JF Wild Holdings, LLC (Aliign)
Mr. William Wendling Jr.-Cohen Garelick & Glazier,P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **13407389** |
|---|---|---|---|
| **Client No.** | 116583 | **Invoice Date**<br>**Due Date** | 8/4/2016<br>9/3/2016 |

Billing for services rendered June 1, 2016 through July 30, 2016 related to the above entity as requested by Mr. William E. Wendling Jr. (Receiver) including:

| | |
|---|---|
| Forensic Accounting: Nicole Paredes-Palma: 06/06/16: Entry of accounting activity and appropriate reconciliations for the month of May 2016 (.33 hours) | 35.00 |
| Forensic Accounting: Nicole Paredes-Palma: 07/11/16: Entry of accounting activity and appropriate reconciliations for the month of June 2016 (.17 hours) | 18.00 |

Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

| **Total Due** | **53.00** |
|---|---|

**AR AGING**

| BALANCE 8/3/2016 | AFTER 8/3/2016 | AFTER 7/3/2016 | AFTER 6/3/2016 | AFTER 5/3/2016 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 34.51 | 0.51 | 34.00 | 0.00 | 0.00 | 0.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



Where accounting expertise meets small business needs

Veros PP - Veros Switch Holding, LLC (Aliign)
c/o Mr. William Wendling, Jr.-Cohen Garelick & Glazier,P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | **Invoice** | **13407417** |
|---|---|---|
| | | |
| **Client No.** 116574 | **Invoice Date** | 8/4/2016 |
| | **Due Date** | 9/3/2016 |

Billing for services rendered June 1, 2016 through July 30, 2016
related to the above entity as requested by Mr. William E. Wendling Jr.
(Receiver) including:

| | |
|---|---:|
| Forensic Accounting: Nicole Paredes-Palma: 06/06/16: Entry of accounting activity and appropriate reconciliations for the month of May 2016 (.33 hours) | 35.00 |
| Forensic Accounting: Nicole Paredes-Palma: 07/11/16: Entry of accounting activity and appropriate reconciliations for the month of June 2016 (.17 hours) | 18.00 |
| Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr. | |

| **Total Due** | **53.00** |
|---|---:|

**AR AGING**

| BALANCE 8/3/2016 | AFTER 8/3/2016 | AFTER 7/3/2016 | AFTER 6/3/2016 | AFTER 5/3/2016 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 147.95 | 2.18 | 94.77 | 0.00 | 51.00 | 0.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**


Where accounting expertise meets small business needs

Veros PP – Yeager of Frisco LLC (Aliign)
c/o Mr. William Wendling, Jr.–Cohen Garelick & Glazier,P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| **Invoice** | **13407419** |
| --- | --- |

| | | **Invoice Date** | 8/4/2016 |
| --- | --- | --- | --- |
| **Client No.** | 116562 | **Due Date** | 9/3/2016 |

---

Billing for services rendered June 1, 2016 through July 30, 2016
related to the above entity as requested by Mr. William E. Wendling Jr.
(Receiver) including:

| | |
| --- | ---: |
| Forensic Accounting: Nicole Paredes-Palma: 06/06/16: Entry of accounting activity and appropriate reconciliations for the month of May 2016 (.33 hours) | 35.00 |
| Forensic Accounting: Nicole Paredes-Palma: 07/11/16: Entry of accounting activity and appropriate reconciliations for the month of June 2016 (.17 hours) | 18.00 |

Reflects a 10% discount for services rendered as set forth in Blue &
Co LLC engagement letter with Mr. William E. Wendling Jr.

---

| **Total Due** | **53.00** |
| --- | ---: |

**AR AGING**

| BALANCE 8/3/2016 | AFTER 8/3/2016 | AFTER 7/3/2016 | AFTER 6/3/2016 | AFTER 5/3/2016 | EARLIER | CURRENCY |
| --- | --- | --- | --- | --- | --- | --- |
| 34.51 | 0.51 | 34.00 | 0.00 | 0.00 | 0.00 | USD |

---

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



Veros PP - FarmGrowCap LLC (Aliign)
Mr. William Wendling, Jr. – Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **13407651** |
|---|---|---|---|
| | | **Invoice Date** | 09/08/2016 |
| **Client No.** | 116590 | **Due Date** | 10/08/2016 |

Billing for services rendered August 1, 2016 through August 31, 2016 related to the above entity as requested by Mr. William E. Wendling Jr. (Receiver) including:

| | |
|---|---|
| Forensic Accounting: Gwen Parker: 08/30/16: Accounting entry and updates, and assistance with tax return preparation (5.83 hours) | 904.00 |
| Forensic Accounting: Gwen Parker: 08/31/16: Accounting entry and updates, assistance with tax return preparation, and research and answer of question from Mr. William E. Wendling Jr. about 1099 filing (1.16 hours) | 180.00 |
| Forensic Accounting: Nicole Paredes-Palma: 08/05/16: Entry of accounting activity and appropriate reconciliations for the month of July 2016 (.33 hours) | 35.00 |

Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

| | |
|---|---|
| **Total Due** | **1,119.00** |

**AR AGING**

| BALANCE 09/06/2016 | AFTER 09/06/2016 | AFTER 08/06/2016 | AFTER 07/06/2016 | AFTER 06/06/2016 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 4,208.70 | 58.08 | 244.06 | 1,602.56 | 0.00 | 2,304.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**


*Where accounting expertise meets small business needs*

Veros Partners Receivership (Aliign)
Mr. William Wendling, Jr. – Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **13407809** |
|---|---|---|---|
| **Client No.** | 116487 | **Invoice Date** | 10/5/2016 |
| | | **Due Date** | 11/4/2016 |

Billing for services rendered August 1, 2016 through September 30, 2016 related to the above entity as requested by Mr. William E. Wendling Jr. (Receiver) including:

| | |
|---|---|
| QuickBooks hosting for the month of August 2016 ($55/month) | 55.00 |
| QuickBooks hosting for the month of September 2016 ($55/month) | 55.00 |
| Forensic Accounting: Gwen Parker: 08/3/16: Miscellanous correspondence and activity not directly related to particular entity (.17 hours) | 26.00 |

Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

| | |
|---|---|
| **Total Due** | **136.00** |

## AR AGING

| BALANCE 10/4/2016 | AFTER 10/4/2016 | AFTER 10/4/2016 | AFTER 9/4/2016 | AFTER 8/4/2016 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 1,208.87 | 17.87 | 0.00 | 1,191.00 | 0.00 | 0.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**