US SEC v Veros Partners, Inc., et al

USDC Southern IN, Case No. 1:15-cv-00659-JMS-DJM

# EXHIBIT E

**Hutchinson, Cox, Coons, Orr & Sherlock, PC**
*Tom Orr and Patrick Stevenson, Oregon Counsel*
**Boyer Farms - Collection**     LEGAL ACTIVITY: ASSET ANALYSIS AND RECOVERY -001

Last Updated:
10/11/2016
By: agh

| Description | Amount Due - Fees | Amount Due - Expenses | Invoice Time Period | Invoice No. | Due Date | SEC Receivership - Quarter Period | Note: | Total Attorney fees and expenses this quarter |
|---|---|---|---|---|---|---|---|---|
| Boyer Farms - Collection | $5,119.50 | $0.00 | 7/28/2016 | 123931 | 8/25/2016 | 2016 -3rd quarter | To be submitted with Receiver's 2016 3rd quarter fee app | |
| Boyer Farms - Collection | $1,584.90 | $0.00 | 8/31/2016 | 124692 | 9/25/2016 | 2016 -3rd quarter | | |
| Boyer Farms - Collection | $2,217.40 | $0.00 | 9/30/2016 | 125456 | 10/25/2016 | 2016 -3rd quarter | | |
| *less credit for trust amount applied* | | | | | | | | |
| **Total Due for Period** | **$8,921.80** | **$0.00** | | | | 2016 -3rd quarter | To be submitted with Receiver's 2016 3rd quarter fee app | **$8,921.80** |



Hutchinson
Cox, Coons
Orr &
Sherlock
P.C.

Attorneys and
Counselors at Law

PO BOX 10886
EUGENE, OR 97440

PHONE (541) 686-9160
FAX (541) 343-8693

Federal Tax ID #93-0740691

| If paying by VISA or Mastercard please call or complete this section | |
|---|---|
| Card No. | Exp. Date |
| Cardholder Name: | Amount to Pay: |
| Cardholder Address: | Zip Code: |

Date: 08/05/2015
Billed through: 07/31/2015
Account No.: 11949
Invoice No.: 113765
Attorney: Thomas M. Orr

**Payment due by the 25th**

WILLIAM E. WENDLING JR.
ONE PENN MARK
11595 N. MERIDIAN ST. STE 701
CARMEL, IN 46032

Re: Veros/Boyer Receivership
File No.: 12184

## REGULAR ACCOUNT ACTIVITY

| | | |
|---|---|---|
| Balance Brought Forward | | $0.00 |
| Services Rendered | $2,513.00 | |
| Costs Advanced | $38.00 | |
| Finance Charges | $0.00 | |
| Payment on Account | | $0.00 |
| **PLEASE PAY THIS AMOUNT UPON RECEIPT:** | | $2,551.00 |

If you have questions regarding any transfer of trust funds to cover fees, please contact us within 5 days of billing date.
If payment is received after the date shown on this statement, payment will be reflected on next statement.

*************************************************************************

**PROFESSIONAL SERVICES RENDERED**      **Hours**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/17/15 | PLS | Review and revise Non-recourse Guaranty, Security Agreement and list of equipment assets for Muddy Creek, LLC. Review and revise Deed in Lieu of Foreclosure with non-merger provisions. Telephone call with attorney Scott regarding status of business equipment sale and signatures on Non-recourse Guaranty. Prepare file notes on equipment list. Draft status update email to client. Calendar follow up. | 2.00 | $550.00 |
| 07/17/15 | PRA | Review complaint, Security Agreement, assignment documents, and Deed in Lieu of Foreclosure. Initial instructions to legal assistant regarding organization of file and sub-file. Obtain and review title insurance policy. Office conference with attorney Stevens to discuss status of case and strategy moving forward. | 2.00 | $550.00 |
| 07/17/15 | LM | Organize file. Draft Deed in Lieu of Foreclosure. Draft Affidavit regarding employment of counsel by receiver. | 2.00 | $116.00 |
| 07/20/15 | PRA | Review and approve affidavit in support of appointment. | 0.10 | $27.50 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 07/20/15 | TMO | Review file. Instructions to legal assistant. | 0.80 | $220.00 |
| 07/22/15 | PRA | Review title report concerning manufactured structure. Telephone call to title company to request fixture filing identified in title report. Search Secretary of State UCC filings for additional fixture filings. Telephone call to Linn County building department to determine status of title/detitlement of manufactured structure. | 1.40 | $385.00 |
| 07/22/15 | LM | Revise DILOF. Revise Non-Recourse Guaranty and Security Agreement. Send email to Anita Haworth. | 1.50 | $87.00 |
| 07/23/15 | PLS | Review and finalize Deed in Lieu of Foreclosure with non-merger provision. Review and finalize Non-Recourse Guaranty. Review and finalize Security Agreement. Draft letter to attorney Scott regarding same. Draft email to client with status update. Telephone call with attorney Scott on review of documents. (1.1 hrs total; 0.1 hrs NO CHARGE) | 1.00 | $275.00 |
| 07/23/15 | PRA | Review principal balance calculation forwarded by client. Compare principal balance calculation to promissory note and Trust Deed. Instructions to legal assistant to request confirmation from client regarding principal balance. | 0.30 | $82.50 |
| 07/27/15 | PLS | Telephone call with attorney Loren Scott regarding Deed in Lieu of Foreclosure and follow up on signatures required for Non Recourse Guarantee and Secured Agreement. | 0.40 | $110.00 |
| 07/29/15 | PLS | Telephone conference call with attorney Scott regarding terms of Deed in Lieu of Foreclosure and valuation of collateral on his consideration for agreement. Discussion regarding collateral value. Review sale documents and listing kit for comparable analysis. Instructions to legal assistant regarding further follow up. | 0.40 | $110.00 |

**Total Professional Fees:** $2,513.00

**Hourly Rate Information**

| | |
|---|---|
| LM | 58.00 |
| PLS | 275.00 |
| PRA | 275.00 |
| TMO | 275.00 |

**COSTS**

| Description | Amount |
|---|---|
| File Opening; conflict of interest check (manual & computer); file folder prep; setting up account in computer. | 38.00 |

**Total Costs:** $38.00

**Total Current Charges:** $2,551.00

WENDLING JR., WILLIAM E.  Page 3
Account No.:  11949
File No.:     12184

                                    **Balance Brought Forward:**        $0.00

                                    **Payment on Account:**        $0.00 cr

**TOTAL AMOUNT DUE**                                                           $2,551.00



**Hutchinson Cox, Coons Orr & Sherlock P.C.**

Attorneys and Counselors at Law

PO BOX 10886
EUGENE, OR 97440

PHONE (541) 686-9160
FAX (541) 343-8693

Federal Tax ID #93-0740691

| If paying by VISA or Mastercard please call or complete this section | |
|---|---|
| Card No. | Exp. Date |
| Cardholder Name: | Amount to Pay: |
| Cardholder Address: | Zip Code: |

WILLIAM E. WENDLING JR.
ONE PENN MARK
11595 N. MERIDIAN ST. STE 701
CARMEL, IN 46032

Date: 09/03/2015
Billed through: 08/31/2015
Account No.: 11949
Invoice No.: 114466
Attorney: Thomas M. Orr
**Payment due by the 25th**

Re: **Veros/Boyer Receivership**
File No.: **12184**

## REGULAR ACCOUNT ACTIVITY

| | | |
|---|---|---|
| Balance Brought Forward | | $2,551.00 |
| Services Rendered | $2,227.50 | |
| Costs Advanced | $0.20 | |
| Finance Charges | $0.00 | |
| Payment on Account | $0.00 | |
| **PLEASE PAY THIS AMOUNT UPON RECEIPT:** | | $4,778.70 |

If you have questions regarding any transfer of trust funds to cover fees, please contact us within 5 days of billing date. If payment is received after the date shown on this statement, payment will be reflected on next statement.

*****************************************************************

**PROFESSIONAL SERVICES RENDERED**                                                                         Hours

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 08/18/15 | PLS | Telephone call with Loren Scott regarding status of business equipment sale and status of Deed in Lieu of Foreclosure. Discussion regarding crop status and signature on Muddy Creek Security Agreement and Non-Recourse Guaranty. | 0.50 | $137.50 |
| 08/18/15 | TMO | Review and print email message from Bill Wendling (x2). Review and respond to email message from Bill Wendling (x2). Review file regarding Deed in Lieu of Foreclosure. Security Agreement. | 0.30 | $82.50 |
| 08/19/15 | PLS | Telephone conference call with client and attorney Orr regarding strategy on proceeding with claims and signed Deed in Lieu of Foreclosure. Discussion regarding release of personal liability and further updates on valuation of collateral. Obtain information on comparable market appraisals. Calendar follow up. | 0.50 | $137.50 |
| 08/19/15 | PRA | Review status of manufactured structures. Office conference with attorney Orr regarding same. | 0.30 | $82.50 |

A late payment charge of 1 1/2% per month will be added to the balance due on regular and deferred amounts more than 30 days overdue.
Hutchinson, Cox, Coons, Orr & Sherlock, P.C.          Phone: (541) 686-9160   FAX: (541) 343-8693

WENDLING JR., WILLIAM E.                                                                  Page 2
Account No.:   11949
File No.:      12184

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 08/19/15 | TMO | Review file. Preparation for conference with Mr. Wendling by phone. Telephone conference with attorney Wendling regarding case. Research value of real property and manufactured homes. Telephone conference with Benton County Tax Assessor. Work on issues regarding crops and equipment. (2.5 hrs total; 0.2 hrs NO CHARGE) | 2.30 | $632.50 |
| 08/20/15 | TMO | Review all file matters, competing creditors, priorities, issues, outline and short and long term objectives. Telephone conference with attorney Brad Copeland regarding South Valley Seed Cleaners. Prepare and send email to Bill Wendling. Instructions to legal assistant. Telephone conference with attorney Loren Scott regarding case. Preparation of file memo. | 3.20 | $880.00 |
| 08/21/15 | PLS | Telephone call with attorney Loren Scott regarding follow up on Deed in Lieu of Foreclosure. Review email from client regarding updated information and contact information. Obtain information regarding comparatives on real property. Calendar follow up on same. | 1.00 | $275.00 |

**Total Professional Fees:**                                                          $2,227.50

**Hourly Rate Information**
PLS    275.00
PRA    275.00
TMO    275.00

**COSTS**

| | | |
|---|---|---|
| Photocopy Expense | | 0.20 |

**Total Costs:**            $0.20

**Total Current Charges:**  $2,227.70

**Balance Brought Forward:** $2,551.00

**Payment on Account:**     $0.00 cr

**TOTAL AMOUNT DUE**                                                                 $4,778.70



**Attorneys and Counselors at Law**

PO BOX 10886
EUGENE, OR 97440

PHONE (541) 686-9160
FAX (541) 343-8693

Federal Tax ID #93-0740691

| If paying by VISA or Mastercard please call or complete this section | |
|---|---|
| Card No. | Exp. Date |
| Cardholder Name: | Amount to Pay: |
| Cardholder Address: | Zip Code: |

WILLIAM E. WENDLING JR.
ONE PENN MARK
11595 N. MERIDIAN ST. STE 701
CARMEL, IN 46032

Date: 10/07/2015
Billed through: 09/30/2015
Account No.: 11949
Invoice No.: 115596
Attorney: Thomas M. Orr

**Payment due by the 25th**

Re: Veros/Boyer Receivership
File No.: 12184

## REGULAR ACCOUNT ACTIVITY

| | | |
|---|---|---|
| Balance Brought Forward | | $4,778.70 |
| Services Rendered | $1,512.50 | |
| Costs Advanced | $0.00 | |
| Finance Charges | $38.27 | |
| Payment on Account | $0.00 | |
| **PLEASE PAY THIS AMOUNT UPON RECEIPT:** | | $6,329.47 |

If you have questions regarding any transfer of trust funds to cover fees, please contact us within 5 days of billing date.
If payment is received after the date shown on this statement, payment will be reflected on next statement.

*****************************************************************

**PROFESSIONAL SERVICES RENDERED**                                                   Hours

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 09/09/15 | TMO | Review file. Leave detailed message for Mr. Scott. | 0.20 | $55.00 |
| 09/10/15 | TMO | Preparation of file memo regarding message from Loren Scott. Telephone conference with attorney Loren Scott regarding case. Preparation of file memo. Analysis of legal issues. Prepare and send email to Mr. Wendling. | 1.50 | $412.50 |
| 09/15/15 | TMO | Preparation of file memo. Prepare and send email to Mr. Wendling. Leave detailed message for Mr. Scott. Prepare and send email to Mr. Wendling. | 0.30 | $82.50 |
| 09/16/15 | TMO | Review and print email message from Loren Scott. | 0.10 | $27.50 |
| 09/17/15 | TMO | Review and print email message from Mr. Wendling. Analysis of legal issues. Prepare and send email to Mr. Scott. Instructions to legal assistant. | 0.50 | $137.50 |
| 09/21/15 | TMO | Review and print email message from Mr. Scott. Review file. Prepare | 0.20 | $55.00 |

A late payment charge of 1 1/2% per month will be added to the balance due on regular and deferred amounts more than 30 days overdue.
Hutchinson, Cox, Coons, Orr & Sherlock, P.C.          Phone: (541) 686-9160   FAX: (541) 343-8693

WENDLING JR., WILLIAM E.                                                                                                                     Page 2

Account No.: 11949
File No.: 12184

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | and send email to Mr. Wendling. Instructions to legal assistant. | | |
| 09/23/15 | TMO | Leave detailed message for Mr. Scott. | 0.10 | $27.50 |
| 09/24/15 | TMO | Leave detailed message for Mr. Scott. Review and print email message from Mr. Scott. Review and print email message from Mr. Scott, with attached proposed allocation of purchase price (cursory). Review and respond to email message from Mr. Scott. Prepare and send email to Mr. Wendling. | 0.60 | $165.00 |
| 09/29/15 | TMO | Telephone conference with Mr. Wendling. Preparation of file memo. Leave detailed message for Rick Duncan, real estate appraiser. Review file. Prepare and send email to Mr. Scott regarding Allocation of Purchase Price proposal. | 1.50 | $412.50 |
| 09/30/15 | TMO | Review PACER regarding receiving case files in Oregon District Court. Print and review. Telephone conference with Rick Duncan, real estate appraiser. Telephone conference with Rick Duncan. | 0.50 | $137.50 |

                                                               **Total Professional Fees:**         **$1,512.50**

**Hourly Rate Information**
TMO         275.00

**FINANCE CHARGES**

    09/30/2015     Finance charges on prior balance                                 $38.27

                                                    **Total Current Charges:**         **$1,550.77**

                                                    **Balance Brought Forward:**         $4,778.70

                                                         **Payment on Account:**         $0.00 cr

**TOTAL AMOUNT DUE**                                                                                          **$6,329.47**