US SEC v Veros Partners, Inc., et al

USDC Southern IN, Case No. 1:15-cv-00659-JMS-DJM

*David R. Krebs, Hester Baker Krebs*
*Bankruptcy Counsel for Receiver*
**Per Order dated 9/14/16 - Doc. No. 275**   LEGAL ACTIVITY: BUSINESS OPERATIONS -003

**EXHIBIT F**
**Quarter Period: 07/1/16 - 09/30/16**

Last Updated: 10/11/2016
By: agh

| Description | Fees | Expenses | Total Due | Invoice No. | Invoice time period | SEC Receivership - Quarter Period | Note: |
|---|---|---|---|---|---|---|---|
| Cherry Farms Private Placement | $3,477.50 | $0.00 | $3,477.50 | 877 | 9/30/2016 | 2016 - 3rd quarter | To be submitted with Receiver's 2016 3rd quarter fee app |
|  |  |  | $0.00 |  |  |  |  |
|  |  |  | $0.00 |  |  |  |  |
| **Totals:** | **$3,477.50** | **$0.00** | **$3,477.50** |  |  |  |  |
| **Total Fees and Expenses:** |  |  | **$3,477.50** |  |  |  |  |



One Indiana Square, Suite 1600
Indianapolis, IN 46204
317-833-3030

10-05-2016

**William E. Wendling, Jr.**
Veros - Cherry Farms
Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing Blvd., Suite 800
Indianapolis, IN 46240-4636

**Invoice Number: 877**
Invoice Period: 05-16-2016 - 09-30-2016

**RE: Receivership Matters**

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05-16-2016 | DRK | Telephone conference Windling re counsel for receiver/pending issues. | 0.500 | | No Charge |
| 05-23-2016 | DRK | Review SEC amended complaint/order appointing receiver. | 0.500 | | No Charge |
| 08-09-2016 | DRK | Review documents re Cherry Farms; telephone conference Wendling re Cherry Farms issues | 0.500 | | No Charge |
| 08-16-2016 | DRK | Review of documents re Cherry Hill Farms issues | 0.500 | 325.00 | 162.50 |
| 08-22-2016 | DRK | E-mail exchanges/telephone conferences Wending/Poindexter re Chery Farms issues | 0.500 | 325.00 | 162.50 |
| 08-23-2016 | DRK | E-mail exchanges/telephone conferences Wendling/Poindexter re forged check issues; further review of documents from Wendling in preparation of meetings | 0.500 | 325.00 | 162.50 |
| 08-29-2016 | DRK | Further review of discovery/loan documents/e-mail exchanges in preparation for meeting w/ Wendling/Cherrys | 0.500 | 325.00 | 162.50 |
| 08-31-2016 | DRK | Telephone conference Wendling/Poindexter re Cherry meeting; conference Wending/Poindexter/McNeely/Chris & Jeff Cherry | 2.000 | 325.00 | 650.00 |
| 09-07-2016 | DRK | E-mail exchange Wendling re forged checks/bank liability; initial research re bank exposure on forced endorsements | 0.500 | 325.00 | 162.50 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09-14-2016 | DRK | Review loan documents/financial information re investor history/restructuring | 0.500 | 325.00 | 162.50 |
| 09-15-2016 | DRK | Further review of receiver records re Cherry Farms/investor financing issues | 0.700 | 325.00 | 227.50 |
| 09-17-2016 | DRK | Review Cherry Farms settlement offer/exhibits/related issues | 0.500 | 325.00 | 162.50 |
| 09-24-2016 | DRK | Further review of receiver records re debt issues/history of loan obligations; review/-repare response to Cherry Farms' proposal | 1.000 | 325.00 | 325.00 |
| 09-26-2016 | DRK | Conference Wendling/Poindexter re Cherry Farms issues/options | 2.000 | 325.00 | 650.00 |
| 09-28-2016 | DRK | Telephone conference Tretter (investor)/e-mail Wendling re Cherry Farms issues; e-mail Poindexter re comments on subpoena to Bob Cherry; review files re assignment of rents; telephone conference Richardson (additional counsel for Cherry Farms) re Cherry Farms status | 1.000 | 325.00 | 325.00 |
| 09-30-2016 | DRK | Review proposed subpoena to High Voltage; e-mail changes Pondexter re subpoenas/investors | 0.500 | 325.00 | 162.50 |
| | | **Total Fees** | | | 3,477.50 |

## Time Summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| DRK | 12.200 | 285.04 | 3,477.50 |
| **Total Fees** | | | 3,477.50 |

| | |
|---|---|
| **Total for this Invoice** | 3,477.50 |
| **Total Balance Due for Matter** | 3,477.50 |

# Matter Statement of Account
As Of 10-07-2016

| Matter | Amount |
|---|---|
| Receivership Matters | 3,477.50 |
| **Total Balance Due for Matter** | **3,477.50** |

## Receivership Matters

### Transactions

| Date | Transaction | Applied | Invoice | Amount |
|---|---|---|---|---|
| 10-05-2016 | Invoice 877 | | | 3,477.50 |
| | | | **Balance** | **3,477.50** |

### Open Invoices and Credits

| Date | Transaction | Amount | Applied | Balance |
|---|---|---|---|---|
| 10-05-2016 | Invoice 877 | 3,477.50 | | 3,477.50 |
| | | **Total Balance Due for Matter** | | **3,477.50** |