US SEC v Veros Partners, Inc., et al
USDC Southern IN, Case No. 1:15-cv-00659-JMS-DJM

*Anne Hensley Poindexter, Altman Poindexter & Wyatt LLC*
*Counsel for Receiver*

# EXHIBIT C

**Quarter Period: 10/1/16 - 12/3`/16**

Last updated:
1/18/2016
By: agh

| Legal Activity | Fees | Expenses | Total Due | Invoice No. | Invoice time period | SEC Receivership - Quarter Period | Note: |
|---|---|---|---|---|---|---|---|
| Asset Analysis & Recovery-001 | $5,410.00 | $116.77 | $5,526.77 | 1075 | July-Sept | 2016 - 4th quarter | To be submitted with Receiver's 2016 4th quarter (7th) fee app |
| Asset Disposition-002 | $9,550.00 | $0.00 | $9,550.00 | | | | |
| Business Operations-003 | $132.50 | $0.00 | $132.50 | 1077 | | | |
| Case Administration-004 | $1,287.50 | $64.80 | $1,352.30 | 1078 | | | |
| Accounting/Auditing-007 | $1,937.50 | $0.00 | $1,937.50 | 1079 | | | |
| | | | | | | | |
| **Totals:** | **$18,317.50** | **$181.57** | **$18,499.07** | | | | |
| | | | | | | | |
| **Total Fees and Expenses:** | | | **$18,499.07** | | | | |

**Altman, Poindexter & Wyatt LLC**

75 Executive Drive, Suite G
Carmel, Indiana 46032
Phone: 317-350-1000
Email: apw@apwlawyer.com
www.apwlawyer.com

William E. Wendling, Jr.
Cohen Garelick & Glazier
8888 Keystone Crossing, Suite 800
Indianapolis, IN 46240

# EXHIBIT C-1

## 1605-00247/SEC v. Veros, et al - Asset Analysis and Recovery

## SEC v. Veros, et al - Asset Analysis and Recovery

| Type | Date | Attorney | Description | Time | Total |
|---|---|---|---|---|---|
| Service | 10/03/2016 | CB-Paralegal | Private Placement: Finalize subpoena to Flat 12; prepare and send correspondence to B. Crist enclosing same; calendar due date; finalize subpoenas to C. Zdanow, M. Zdanow, and various Stadiumred entities; prepare and send certified correspondence to same enclosing subpoenas. | 1.60 | $200.00 |
| Expense | 10/03/2016 | CB-Paralegal | Reimbursable expense: Postage - Certified letters (7) | 1.00 | $35.91 |
| Service | 10/04/2016 | AHP | Private Placement: Review and respond to emails, call from Brian Crist to discuss Flat 12 Subpeona, email to Bill | 0.90 | $247.50 |
| Service | 10/05/2016 | AHP | Private Placement: Review and respond to emails re: Cherry and related items, review court notice, email to Tretter re: Cherry per instructions | 0.70 | $192.50 |
| Expense | 10/05/2016 | CB-Paralegal | Reimbursable expense: Copies | 1.00 | $0.75 |
| Service | 10/06/2016 | AHP | Private Placement: Emails to and from David and Bill and AHP re: Cherrys and potential actions | 0.40 | $110.00 |
| Service | 10/07/2016 | AHP | Private Placement: Review and revise Blueberry motion | 0.30 | $82.50 |
| Service | 10/10/2016 | AHP | Private Placement: emails from and to Bill and David re: Cherry issues, respond to Lee | 0.40 | $110.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 10/12/2016 | CB-Paralegal | Private Placement: Review status on certified mail to Stadiumred entities; conference with S. Wyatt and A. Poindexter; | 0.20 | $25.00 |
| Service | 10/12/2016 | AHP | Private Placement: Email from Andre, email to Bill, call from Bill | 0.40 | $110.00 |
| Expense | 10/12/2016 | CB-Paralegal | Reimbursable expense: Postage | 1.00 | $6.09 |
| Service | 10/13/2016 | AHP | Private Placement: Email to Andre and others, respond to inquiry, email from opposed investor counsel, respond to same. | 0.30 | $82.50 |
| Service | 10/14/2016 | CB-Paralegal | Private Placement: Revise and reissue subpoenas to Stadiumred entities; prepare and send certified correspondence enclosing same. | 1.20 | $150.00 |
| Expense | 10/14/2016 | CB-Paralegal | Reimbursable expense: Postage - Certified letter (14) | 1.00 | $71.82 |
| Service | 10/20/2016 | CB-Paralegal | Private Placement - Review USPS website regarding certified mailings to Stadiumred entities; conference with A. Poindexter; prepare and send correspondence to D. Scott enclosing copies of Stadiumred subpoenas. | 0.50 | $62.50 |
| Expense | 10/20/2016 | CB-Paralegal | Reimbursable expense: Postage | 1.00 | $2.20 |
| Service | 10/25/2016 | CB-Paralegal | Private Placement: Finalize subpoena to R. Cherry; prepare and send correspondence to R. Cherry encl. subpoena. | 0.40 | $50.00 |
| Service | 11/09/2016 | AHP | Private Placement: Multiple mails to and from Bill and David re: Cherry | 0.30 | $82.50 |
| Service | 11/09/2016 | AHP | Collections: Multiple mails to and from Bill and David re: FarmGrowCap and related items | 0.30 | $82.50 |
| Service | 11/10/2016 | AHP | Private Placement: Review order denying motion to Quash, email re: protective order | 0.30 | $82.50 |
| Service | 11/14/2016 | AHP | Collections: Emails re: Williams filing, call with Bill | 0.30 | $82.50 |
| Service | 11/14/2016 | AHP | Collections: call with Bill, email to Hamish | 0.20 | $55.00 |
| Service | 11/15/2016 | AHP | Private Placement: Review Cherry Farms draft protective order, edit same, email to opposing counsel and Reciever | 0.50 | $137.50 |
| Service | 11/18/2016 | AHP | Private Placment: Cherry - emails to and from counsel re: protective order and motion, email to Bill, respond re: motion | 0.40 | $110.00 |
| Service | 11/21/2016 | AHP | Private Placement: Letter from new Stadiumred counsel, email to Bill re: suggestions and requested course | 0.50 | $137.50 |
| Service | 11/22/2016 | CB-Paralegal | Private Placement: Review and download documents received in response to Broyles subpoena; copy disc | 0.60 | $75.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | | for Receiver; prepare and send correspondence to W. Wendling enclosing disc. | | |
| Service | 11/29/2016 | AHP | Private Placment: Call from Caroline, email and call with Bill re: Blue River Farms, pull Blue River info from Sec of State website, emails to and from Bill | 0.50 | $137.50 |
| Service | 11/30/2016 | AHP | Private Placement: Emails from Bill, call with Bill, meeting with Bill re: Cherry Farms | 0.80 | $220.00 |
| Service | 11/30/2016 | AHP | Collections: Emails from Bill, call with Bill, meeting with Bill re: FarmGrowCap | 0.70 | $192.50 |
| Service | 12/02/2016 | AHP | Private Placement: Emails from and to Bill, begin review of Cherry production | 1.50 | $412.50 |
| Service | 12/04/2016 | AHP | Collections: Emails to and from Bill, email to Hamish | 0.40 | $110.00 |
| Service | 12/05/2016 | AHP | Collections: Call with Bill, emails, call with Bill and Hamish, | 0.70 | $192.50 |
| Service | 12/06/2016 | AHP | Collections: Emails from and brief call from Bill | 0.40 | $110.00 |
| Service | 12/09/2016 | AHP | Private Placement: Email from Anita, review draft Stadiumred letter, review loan agreement and intercreditor provisions, email response | 0.90 | $247.50 |
| Service | 12/21/2016 | CB-Paralegal | Collections: work on Receiver's Response and Objection to Motion to Stay and declaration of JT Loughmiler. File Declaration and Response | 1.60 | $200.00 |
| Service | 12/22/2016 | AHP | Private Placement: Review escrow agreement, email from BIll | 0.30 | $82.50 |
| Service | 12/23/2016 | AHP | Private Placement: Edit escrow agreeement, attempt to contact Bill, email to counsel | 0.50 | $137.50 |
| Service | 12/23/2016 | AHP | Private Placement: Review email and Loftus agreement, email to Bill | 0.60 | $165.00 |
| Service | 12/27/2016 | AHP | Private Placement: Review assignment agreement, conference with Bill, email to Melissa and Hamish | 0.80 | $220.00 |
| Service | 12/28/2016 | AHP | Private Placement: Review Blue Crop Group Operating Agreement and email from Bill, write concerns, respond to email | 0.40 | $110.00 |
| Service | 12/28/2016 | AHP | Private Placement: Review and revise Stadiumred motion | 0.40 | $110.00 |
| Service | 12/29/2016 | AHP | Collections: Call with Bill, email from Hamish, emails to and from Melissa and Hamish, | 0.60 | $165.00 |
| Service | 12/29/2016 | AHP | Private Placement: call with Bill, review and revise Rockdale draft motion, email re: revisions | 0.90 | $247.50 |
| Service | 12/30/2016 | AHP | Collections: Email from Melissa, note from Bill, email to Hamish and Melissa | 0.30 | $82.50 |

| Total Hours: | AHP: 16.9 hours | $4,647.50 | | Fees: | $5,410.00 |
|---|---|---|---|---|---|
| | CWB: 6.1 hours | $762.50 | | Expenses: | $116.77 |
| | | | | **Total** | **$5,526.77** |

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1075 | 01/17/2017 | $5,526.77 | $0.00 | $5,526.77 |
| | | | **Outstanding Balance** | **$5,526.77** |
| | | | **Total Amount Outstanding** | **$5,526.77** |

Please make all amounts payable to: Altman, Poindexter & Wyatt LLC
You may also pay your invoice by accessing our website at www.apwlawyer.com

Payment is due upon receipt.

# INVOICE

Invoice # 1080
Date: 01/18/2017
Due Upon Receipt

**Altman, Poindexter & Wyatt LLC**

75 Executive Drive, Suite G
Carmel, Indiana 46032
Phone: 317-350-1000
Email: apw@apwlawyer.com
www.apwlawyer.com

# EXHIBIT C-2

William E. Wendling, Jr.
Cohen Garelick & Glazier
8888 Keystone Crossing, Suite 800
Indianapolis, IN 46240

## 1605-00248/SEC v. Veros, et al. - Asset Disposition

## SEC v. Veros, et al. - Asset Disposition

| Type | Date | Attorney | Description | Time | Total |
|---|---|---|---|---|---|
| Service | 10/16/2016 | AHP | Collections: Emails to Bill re: FGC | 0.20 | $55.00 |
| Service | 10/21/2016 | AHP | Collections: Emails re: new filing, vm from investor counsel | 0.20 | $55.00 |
| Service | 10/24/2016 | AHP | Collections: Email from Bill, review Investor Motion | 0.50 | $137.50 |
| Service | 10/24/2016 | AHP | Collections: Call with Bill, Conference call with Bill and SEC | 0.70 | $192.50 |
| Service | 10/25/2016 | AHP | Collections: Extended call with Bill | 0.70 | $192.50 |
| Service | 10/25/2016 | AHP | Collections: Call with Hamish, notes to file | 0.40 | $110.00 |
| Service | 10/25/2016 | AHP | Collections: Emails to and from Bill, SEC and others | 0.30 | $82.50 |
| Service | 10/26/2016 | AHP | Private Placement: Emails from and to Bill re: Cherry Farms mortgage filing, email to Hamish, call with SEC | 0.70 | $192.50 |
| Service | 10/26/2016 | CB-Paralegal | Private Placement: Review email from A. Poindexter; note instructions; e-file Receiver's Motion for Authority to Transfer Private Placement, Veros Jeff and Amy Cherry Single Residential Mortgage Loan, to Investor Members. | 0.50 | $62.50 |
| Service | 10/31/2016 | AHP | Collections: Email, call with SEC re: FarmGrowCap distribution issues | 0.30 | $82.50 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 11/01/2016 | AHP | Collections: Meeting with Bill, Andre and Hamish, follow up with Bill | 2.00 | $550.00 |
| Service | 11/03/2016 | AHP | Collections: Conference call | 0.50 | $137.50 |
| Service | 11/04/2016 | AHP | Collections: email from Hamish, email to Bill | 0.30 | $82.50 |
| Service | 11/04/2016 | AHP | Private Placment: Call from Brian Crist re: Flat12 Subpoena and response | 0.20 | $55.00 |
| Service | 11/08/2016 | CB-Paralegal | Collections: Review Court's Order on Extension of Time to Response to Investor's Motion to Stay and Objection; calendar due date for response. | 0.10 | $12.50 |
| Service | 11/09/2016 | AHP | Private Placement: Meeting with Bill; meeting with Hamish and Andre re: Cherry Farms and BCG, followup with Bill | 2.00 | $550.00 |
| Service | 11/09/2016 | AHP | Private Placement: Call with SEC et al, call with Bill | 0.90 | $247.50 |
| Service | 11/17/2016 | AHP | Private Placement: Cherry Farms Mortgage - Receive order allowing transfer, email from Bill, review and edit termination of intercreditor agreement, email to Bill re: same | 0.50 | $137.50 |
| Service | 11/17/2016 | AHP | Collections: Email to Hamish, email from Hamish, email to Bill; email from investor and Bill, call to Bill | 0.50 | $137.50 |
| Service | 11/21/2016 | AHP | Collections: Review motion and SEC proposed revision, email re: same and email to Bill | 0.30 | $82.50 |
| Service | 11/28/2016 | AHP | Collections: Receive email from Hamish re: investor proposal, email to Bill, emails from and to Rob, call from Rob, further emails to and from Bill | 0.50 | $137.50 |
| Service | 11/29/2016 | AHP | Collections: Call with Bill and JT, conference call, emails from and to David Krebs | 0.90 | $247.50 |
| Service | 11/30/2016 | AHP | Collections: Emails from and to Bill, review spreadsheet from Hamish, call with Bill, call with Bill and JT | 0.60 | $165.00 |
| Service | 12/01/2016 | CB-Paralegal | Private Placement: Conference with A. Poindexter; finalize draft motions and email to counsel. | 0.90 | $112.50 |
| Service | 12/07/2016 | CB-Paralegal | Private Placement: Revise and finalize motions on JFWild and Kyle Thompson; e-file same. | 0.70 | $87.50 |
| Service | 12/07/2016 | AHP | Collections: Attempt to contact Hamish, call with Hamish, email from Rob, call with Bill re: investors objection to distribution plan | 1.00 | $275.00 |
| Service | 12/08/2016 | AHP | Private Placement: Email re: Cherry Farms paperwork and revisions, call with Bill | 0.50 | $137.50 |
| Service | 12/13/2016 | AHP | Collections: Work on revisons to Bill's repsonse | 0.70 | $192.50 |
| Service | 12/14/2016 | AHP | Collections: Meeting with Bill and JT re: response to investor motion, notes re: same | 2.00 | $550.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 12/15/2016 | AHP | Collections: Call with Bill, email to Hamish | 0.40 | $110.00 |
| Service | 12/16/2016 | AHP | Collections: Begin legal research for response to Investor's Objection to Receiver's Distribution Plan | 2.60 | $715.00 |
| Service | 12/16/2016 | AHP | Collections: Additional legal research for editing of Receiver's response to Objecting Investors Motion to Stay | 1.40 | $385.00 |
| Service | 12/16/2016 | AHP | Collections: Work on response to Investors Objection, call from Doressia, Call with Bill, email | 2.50 | $687.50 |
| Service | 12/19/2016 | AHP | Collections: Emails, Call from Bill | 0.50 | $137.50 |
| Service | 12/20/2016 | AHP | Collections: Call from Rob and Doressia, email, call with Bill | 0.70 | $192.50 |
| Service | 12/20/2016 | AHP | Collections: Work on response, review JT declaration | 1.50 | $412.50 |
| Service | 12/20/2016 | AHP | Collections: Revise and edit receiver's response | 3.40 | $935.00 |
| Service | 12/21/2016 | AHP | Collections: Telephone conference with Receiver; email to Hamish; review JT's declaration; review of Receiver's proposed edits to Response; final revisions to Response; telephone call from Receiver; telephone call from SEC; file JT's Declaration and Receiver's Response | 2.00 | $550.00 |
| Service | 12/27/2016 | AHP | Collections: Various emails and instructions re: distributions to investors, emails with JT | 0.20 | $55.00 |
| Service | 12/28/2016 | CB-Paralegal | Private Placement: Review and revise Stadiumred motion. | 0.30 | $37.50 |
| Service | 12/29/2016 | CB-Paralegal | Private Placement: Revisions to Motion to Transfer BCG; review Motion to Transfer Rockdale Holding and proposed order; revisions to same. Review emails from A. Haworth. Conference with A. Poindexter. | 1.00 | $125.00 |
| Service | 12/30/2016 | AHP | Collections: Review Objecting investors response re: FGC distribution | 0.40 | $110.00 |
| Service | 12/30/2016 | CB-Paralegal | Private Placement: Revise Rockdale motion; email to SEC for review. | 0.30 | $37.50 |

Total Hours: AHP: 33.0 hrs $9,075.00
CWB: 3.8 hrs $475.00

Total $9,550.00

# Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|

| 1080 | 01/18/2017 | $9,550.00 | $0.00 | $9,550.00 |
|---|---|---|---|---|
| | | | **Outstanding Balance** | **$9,550.00** |
| | | | **Total Amount Outstanding** | **$9,550.00** |

Please make all amounts payable to: Altman, Poindexter & Wyatt LLC
You may also pay your invoice by accessing our website at www.apwlawyer.com

Payment is due upon receipt.

# Altman, Poindexter & Wyatt LLC

**INVOICE**

Invoice # 1077
Date: 01/17/2017
Due Upon Receipt

**Altman, Poindexter & Wyatt LLC**

75 Executive Drive, Suite G
Carmel, Indiana 46032
Phone: 317-350-1000
Email: apw@apwlawyer.com
www.apwlawyer.com

# EXHIBIT C-3

William E. Wendling, Jr.
Cohen Garelick & Glazier
8888 Keystone Crossing, Suite 800
Indianapolis, IN 46240

**1605-00249/SEC v. Veros, et al. - Business Operations**

**SEC v. Veros, et al. - Business Operations**

| Type | Date | Attorney | Description | Time | Total |
|---|---|---|---|---|---|
| Service | 10/12/2016 | CB-Paralegal | Supervision: Attention to file regarding Citibank response to subpoena of PinFinancial records; prepare and send correspondence to W. Wendling enclosing same. | 0.40 | $50.00 |
| Service | 12/12/2016 | AHP | Supervision: Receive and revise notice draft, instructions to staff re Filing | 0.30 | $82.50 |
| | | | | **Total** | **$132.50** |

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1077 | 01/17/2017 | $132.50 | $0.00 | $132.50 |
| | | | **Outstanding Balance** | **$132.50** |

| | |
|---|---|
| **Total Amount Outstanding** | **$132.50** |

Please make all amounts payable to: Altman, Poindexter & Wyatt LLC
You may also pay your invoice by accessing our website at www.apwlawyer.com

Payment is due upon receipt.

# Altman, Poindexter & Wyatt LLC

**INVOICE**

Invoice # 1078
Date: 01/17/2017
Due Upon Receipt

**Altman, Poindexter & Wyatt LLC**

75 Executive Drive, Suite G
Carmel, Indiana 46032
Phone: 317-350-1000
Email: apw@apwlawyer.com
www.apwlawyer.com

**EXHIBIT C-4**

William E. Wendling, Jr.
Cohen Garelick & Glazier
8888 Keystone Crossing, Suite 800
Indianapolis, IN 46240

**1605-00250/SEC v. Veros, et al. - Case Administration**

**SEC v. Veros, et al. - Case Administration**

| Type | Date | Attorney | Description | Time | Total |
|---|---|---|---|---|---|
| Service | 10/28/2016 | AHP | Supervision: Attend Settlement conference, conference with Bill re; various issues | 4.00 | $1,100.00 |
| Service | 10/31/2016 | CB-Paralegal | Supervision: Review e-filing notices and download documents; calendar all due dates and deadlines. Revise and finalize Receiver's 6th interim report. E-file same. | 1.00 | $125.00 |
| Service | 11/14/2016 | CB-Paralegal | Supervision: Revise and finalize Sixth Quarterly Fee Application; e-file same. | 0.80 | $0.00 |
| Expense | 12/02/2016 | CB-Paralegal | Reimbursable expense: Copies | 1.00 | $8.10 |
| Expense | 12/05/2016 | CB-Paralegal | Reimbursable expense: Copies | 1.00 | $6.00 |
| Expense | 12/05/2016 | CB-Paralegal | Reimbursable expense: Copies | 1.00 | $50.70 |
| Service | 12/12/2016 | CB-Paralegal | Supervision: Revise and finalize notice to court re: reports from M. Haab; e-file same. | 0.50 | $62.50 |

Total Hours: AHP : 4.0 hours  $1,100.00
CWB: 2.3 hours  $187.50

Fees $1,287.50
Expenses $64.80

**Total** $1,352.30

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1078 | 01/17/2017 | $1,352.30 | $0.00 | $1,352.30 |
| | | | **Outstanding Balance** | **$1,352.30** |
| | | | **Total Amount Outstanding** | **$1,352.30** |

Please make all amounts payable to: Altman, Poindexter & Wyatt LLC
You may also pay your invoice by accessing our website at www.apwlawyer.com

Payment is due upon receipt.

# Altman, Poindexter & Wyatt LLC

**INVOICE**

Invoice # 1079
Date: 01/17/2017
Due Upon Receipt

**Altman, Poindexter & Wyatt LLC**

75 Executive Drive, Suite G
Carmel, Indiana 46032
Phone: 317-350-1000
Email: apw@apwlawyer.com
www.apwlawyer.com

# EXHIBIT C-7

William E. Wendling, Jr.
Cohen Garelick & Glazier
8888 Keystone Crossing, Suite 800
Indianapolis, IN 46240

## 1605-00253/SEC v. Veros, et al. - Accounting/Auditing

## SEC v. Veros, et al. - Accounting/Auditing

| Type | Date | Attorney | Description | Time | Total |
|---|---|---|---|---|---|
| Service | 11/30/2016 | CB-Paralegal | Private Placement: Telephone conference with W. Wendling regarding Cherry Farms. Office conference with W. Wendling; telephone calls with A. Haworth. | 1.50 | $187.50 |
| Service | 12/01/2016 | CB-Paralegal | Private Placement: Review and respond to email from W. Wendling regarding accounting on private placements. Work on Cherry Farms accounting issues. | 3.20 | $400.00 |
| Service | 12/01/2016 | CB-Paralegal | Private Placement: Continued review of Cherry Farms accounting information. | 1.50 | $187.50 |
| Service | 12/02/2016 | CB-Paralegal | Private Placement: Continued work on Cherry Farms accounting questions. | 2.80 | $350.00 |
| Service | 12/04/2016 | CB-Paralegal | Private Placement: Work on Cherry Farms accounting. | 1.00 | $125.00 |
| Service | 12/05/2016 | CB-Paralegal | Private Placement: Continued work on Cherry Farms accounting. | 3.70 | $462.50 |
| Service | 12/06/2016 | CB-Paralegal | Private Placement: Conference with W. Wendling regarding Cherry Farms. | 0.20 | $25.00 |
| Service | 12/16/2016 | CB-Paralegal | Private Placement: Conference with G. Parker regarding Cherry Farms. Review file and email supporting documents to G. Parker. | 1.60 | $200.00 |

Total Hours:  CWB:  15.50  $1,937.50

| | Total | $1,937.50 |
|---|---|---|

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1079 | 01/17/2017 | $1,937.50 | $0.00 | $1,937.50 |
| | | | **Outstanding Balance** | **$1,937.50** |
| | | | **Total Amount Outstanding** | **$1,937.50** |

Please make all amounts payable to: Altman, Poindexter & Wyatt LLC
You may also pay your invoice by accessing our website at www.apwlawyer.com

**Payment is due upon receipt.**