# EXHIBIT D

**Quarter Period: 10/1/16 - 12/31/16**

Last updated:

1/31/2017

By: agh

*Blue & Co., LLC  - (with assistance from Aliign, LLC as set forth in engagement letter)*

| Description | Fees Due | Invoice Time Period | Invoice No. | SEC Task No. | SEC Receivership - Quarter Period | Note: | Total Accounting fees this Quarter |
|---|---|---|---|---|---|---|---|
| Veros PP - Rockdale Holding, LLC (invoice inadvertently missed from April 2016) | $950.00 | April 2016 | 10471706 | 14 | 2016 - 2nd quarter | To be submitted with Receiver's 2016 4th quarter fee app | |
| Veros Partners Recievership General Consulting | $1,806.40 | October 2016 | 10488317 | 13 | 2016-4th quarter | | |
| Veros PP - Blue Crop Group, LLC | $1,604.00 | | 18488315 | 14 | | | |
| *Plus courier expense of $14.50 | | | | 14 | | | |
| Veros PP - Jeff & Amy Cherry Single Residential Mortgage Loan | $500.00 | | 10488314 | 14 | | | |
| Veros PP - FarmGrowCap LLC | $6,700.00 | | 10488313 | 13/14 | | | |
| *Plus Phase 1 Correspondence production expense of $107.46 | | | | 14 | | | |
| Veros PP - FarmGrowCap LLC | $11,285.00 | Nov/Dec 2016 | 10490411 | 13 | | | |
| Veros PP - Blue Crop Group, LLC | $1,860.00 | | 10490415 | 13 | | | |
| Veros PP - Midwest Blueberry Farms, Inc. (owned by Blue Crop Group) | $340.00 | | 10490416 | 14 | | *Blue & Co. sub-total:* | **$25,045.40** |
| | | | | | | *Expenses sub-total:* | 121.96 |
| | | | | | | *Grant Total - Blue & Co.* | **$25,167.36** |
| Aliign - Receivership General Consulting | $210.00 | October 2016 | 13408014 | 13 | 2016 - 4th quarter | | |
| *Plus $55 expense for QuickBooks hosting for July 2016 | | | | | | | |
| Aliign - Veros PP - PinCap LLC (March 2016 invoice inadvertently not previously submitted) | $1,737.00 | | 13406724 | 13 | | | |
| Aliign - Veros PP - Blue Crop Group LLC | $339.00 | | 13408015 | 7/13 | | | |
| Aliign - Veros PP - FarmGrowCap LLC | $398.00 | | 13408022 | 7/13 | | | |
| Aliign - Veros PP - HF Land GP Secured Loans | $139.00 | | 13408023 | 7/13 | | | |
| Aliign - Veros PP - Jennings Design 2015 Secured Loans | $54.00 | | 13408025 | 7 | | | |
| Aliign - Veros PP - PinCap LLC | $536.00 | | 13408027 | 7/13 | | | |
| Aliign - Veros PP - Rockdale Holding, LLC | $71.00 | | 13408016 | 7 | | | |
| Aliign - Veros PP - Stadiumred | $54.00 | | 13408024 | 7 | | | |
| Aliign - Veros PP - Veros 702 North Holding, LLC | $78.00 | | 13408020 | 13 | | | |
| Aliign - Veros PP - Veros JF Wild Holdings, LLC | $209.00 | | 13408019 | 7/13 | | | |
| Aliign - Veros PP - Veros Switch Holdings, LLC | $96.00 | | 13408021 | 7/13 | | | |
| Aliign - Veros PP - Yeager of Frisco, LLC | $70.00 | | 13408022 | 7/13 | | | |
| Aliign - Receivership General Consulting - no fees | | | | | | | |
| *$110 expense for QuickBooks hosting ($55/mo) for Nov/Dec 2016 | $0.00 | Nov/Dec 2016 | 13408410 | 7/13 | | | |
| Aliign - Veros PP - Cherry Farms LLC 2013 Operating Loan | $1,626.39 | | 13408411 | 13 | | | |
| Aliign - Veros PP - Cherry Farms LLC 2014 Operating Loan | $1,626.39 | | 13408412 | 13 | | | |
| Aliign - Veros PP - Cherry Farms LLC 2015 Individual Loans | $1,626.39 | | 13408405 | 13 | | | |
| Aliign - Veros PP - Cherry Farms LLC 2014 Individual Loans | $1,626.39 | | 13408406 | 13 | | | |
| Aliign - Veros PP - Cherry Farms LLC 2011 Term Loan ($800K) | $1,626.39 | | 13408407 | 13 | | | |
| Aliign - Veros PP - Cherry Farms LLC 2012 Restructuring Loan | $1,626.39 | | 13408409 | 13 | | *Aliign sub-total:* | **$13,749.34** |
| | *Total Fees:* | $38,794.74 | | | | *Aliign expenses sub-total:* | $165.00 |
| | *Total Expenses* | $286.96 | | | | *Aliign Total fees and expenses:* | $13,914.34 |
| **Total Due for Period** | **$39,081.70** | 10/01/16 - 12/31/16 | | 7,13,14 | 2016-4th quarter | | |



CPAs / ADVISORS

Veros PP - Rockdale Holding, LLC
Mr. William Wendling, Jr. - Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

## Invoice                           10471706

| | | |
|---|---|---|
| **Client No.** | 116496 | **Invoice Date** 4/18/2016 |
| | | **Due Date** 5/18/2016 |

---

Billing for the following services:

Tax compliance / preparation / filing services related to Veros PP -
Rockdale Holding, LLC**

950.00

**Reflects good faith discount extended to Receiver.

---

**Total Due**                        **950.00**

---

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

**Veros PP - Rockdale Holding, LLC**
**Invoice: 10471706**

| Employee Name | Entry Date | Task | Hours | Invoiced |
|---|---|---|---|---|
| Bridgette Mugge | 3/22/2016 | Tax Return Preparation | 0.50 | 67.31 |
| Bridgette Mugge | 3/28/2016 | Workpaper Preparation | 0.75 | 100.98 |
| Bridgette Mugge | 4/8/2016 | Tax Return Preparation | 2.00 | 269.25 |
| Jerry Hammel | 4/10/2016 | Tax return detail review | 2.00 | 512.46 |
| | | | | 950.00 |



Veros Partners Receivership General Consulting
Mr. William Wendling, Jr. - Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing # 800
Indianapolis, IN 46240

| **Invoice** | | **10488317** |
|---|---|---|
| | **Invoice Date** | 11/3/2016 |
| **Client No.** 116486 | **Due Date** | 12/3/2016 |

---

Billing for the following services

Misc. tax consulting / research at request of Receiver on tax matters.
Explanation / summary discussion as to quality of accounting records
provided to Blue & Co. (at inception) to begin analysis/tax consulting
assignments (as requested by Receiver).

Jerry Hammel - Director (1.0 hours)
Paul Roth - Senior Manager (4.3 hours)
Other Staff (4.25 hours)

| Total Due for Invoice | 1,806.40 |
|---|---|

| **Total Due** | **1,806.40** |
|---|---|

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

**Veros Partners Receivership General Consulting**
**Invoice: 10488317**

| Employee | Entry Date | Entry Text | Hours | Invoiced |
|---|---|---|---|---|
| Paul Roth | 10/4/16 | Interest reclass tax research--internal discussions re: potential investor treatment of proceeds | 0.30 | 68.40 |
| Bridgette Mugge | 9/29/16 | TBs and AJEs discussion w/ Aliign team. | 0.25 | 34.00 |
| Bridgette Mugge | 10/13/16 | Summary discussion / analysis to explain time incurred and identify various accounting irregularities performed by Veros Accounting. | 1.00 | 136.00 |
| Bridgette Mugge | 10/14/16 | Summary discussion / analysis to explain time incurred on various accounting irregularities performed by Veros Accounting. | 1.25 | 170.00 |
| Bridgette Mugge | 10/25/16 | Misc. tax research pulled for Receiver / JTL. | 0.50 | 68.00 |
| Bridgette Mugge | 11/2/16 | Conference call /discussion on various tax matters with Receiver. | 1.25 | 170.00 |
| Jerry Hammel | 11/2/16 | Assist Bridgette with answers to commission income quetsions posed by Receiver. | 0.50 | 124.00 |
| Jerry Hammel | 9/30/16 | Discuss Bill Wendling's question regarding regarding IRS required reporting to investors with team. | 0.50 | 124.00 |
| Paul Roth | 10/13/16 | Summary discussion / analysis to explain time incurred and identify various accounting irregularities performed by Veros Accounting. | 0.50 | 114.00 |
| Paul Roth | 10/14/16 | Summary discussion / analysis to explain time incurred and identify various accounting irregularities performed by Veros Accounting. | 0.20 | 45.60 |
| Paul Roth | 10/14/16 | Summary discussion / analysis to explain time incurred and identify various accounting irregularities performed by Veros Accounting. | 0.50 | 114.00 |
| Paul Roth | 10/18/16 | Summary discussion / analysis to explain time incurred and identify various accounting irregularities performed by Veros Accounting. | 1.50 | 342.00 |
| Paul Roth | 10/19/16 | Summary discussion / analysis to explain time incurred and identify various accounting irregularities performed by Veros Accounting. | 1.30 | 296.40 |
| | | | 9.55 | 1,806.40 |



CPAs / ADVISORS

Veros PP - Blue Crop Group, LLC
Mr. William Wendling, Jr. - Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| **Invoice** | **10488315** |
|---|---|

| | | **Invoice Date** | 11/3/2016 |
|---|---|---|---|
| **Client No.** | 119570 | **Due Date** | 12/3/2016 |

Billing for the following services

Tax preparation, consulting, and research for matters (requested by Receiver) in connection with Blue Crop Group, LLC (and related entities) as follows:          1,600.00

Jerry Hammel - Director (2.5 hours)
Other Staff (7.5 hours)

UPS Charges for tax return filing          18.50

Total Due for Invoice          1,618.50

| **Total Due** | **1,618.50** |
|---|---|

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

**Veros PP - Blue Crop Group, LLC**
**Invoice: 10488315**

| Employee | Entry Date | Entry Text | Hours | Invoiced |
|---|---|---|---|---|
| Jerry Hammel | 9/28/16 | Amended 2015 BCG income tax return; assist with getting partner allocations to flow for return. | 2.00 | 496.00 |
| Bridgette Mugge | 9/26/16 | Notices/Audit/Amended - for BCG | 1.00 | 136.00 |
| Bridgette Mugge | 9/28/16 | Notices/Audit/Amended - for BCG | 2.25 | 306.00 |
| Jerry Hammel | 9/29/16 | Time related to 2015 tax return amendment and communication to investors re: amended K-1. | 0.50 | 124.00 |
| Bridgette Mugge | 9/29/16 | Notices/Audit/Amended - for BCG | 0.75 | 102.00 |
| Erin Walsh | 11/3/16 | Notices/Audit/Amended - for BCG | 3.00 | 372.00 |
| Bridgette Mugge | 11/2/16 | Phone with Receiver / Jerry to discuss IRS examination and amended return. | 0.50 | 68.00 |
| | 9/29/16 | courier service | | 14.50 |
| | | | 10.00 | 1,618.50 |

 blue

Veros PP - Jeff & Amy Cherry Single Residential Mortgage Loan
Mr. William Wendling, Jr. - Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

## Invoice    10488314

| | | |
|---|---|---|
| **Client No.** | 116492 | **Invoice Date** 11/3/2016 |
| | | **Due Date** 12/3/2016 |

Billing for the following services

Accounting analysis / summary memo as requested by Receiver in support of Cherry Farms (Jeff & Amy Cherry Single Residential Mortgage Loan Placement)

Jarit Loughmiller - Director (2.0 hours)

| | |
|---|---|
| Total Due | 500.00 |
| **Total Due** | **500.00** |

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



Veros PP - FarmGrowCap LLC
Mr. William Wendling, Jr. – Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **10488313** |
|---|---|---|---|
| | | **Invoice Date** | 11/3/2016 |
| **Client No.** | 116551 | **Due Date** | 12/3/2016 |

Billing for the following services for the period September 28, 2016
through November 2, 2016

Consulting assistance with IRS audit of FGC, tax consulting assistance    6,700.00
to Receiver, consulting and analysis in support of FGC distribution
methodology, miscellaneous meetings/conference calls with the
Receiver and SEC concerning matters.

Jarit Loughmiller - Director (25.5 hours)
Jerry Hammel - Director (1.5 hours)
Other Staff (1.5 hours)

Supplies to create VFLH/FGC investor support binders for Phase 1        107.46
Correspondence (at request of Receiver)

Total Due for Invoice

                                                                      6,807.46

                                     **Total Due**                   **6,807.46**

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

**Veros PP - FarmGrowCap LLC**
**Invoice: 10488313**

| Employee | Entry Date | Entry Text | Hours | Invoiced |
|---|---|---|---|---|
| Jarit Loughmiller | 9/28/16 | Prep of 2012/2013/2014 Correspondence Phase 1 Binder / Meeting with Receiver | 8.00 | 1,998.32 |
| Jarit Loughmiller | 10/6/16 | Discussion of investor proposed alternate analysis w/ SEC | 0.50 | 124.89 |
| Jarit Loughmiller | 10/10/16 | Review of correspondence for investment confirmation of Bart Jackson provided by Receiver. | 0.50 | 124.90 |
| Jarit Loughmiller | 10/12/16 | Call w/ Receiver to discuss investor correspondence and various communications of Receivership. | 1.50 | 374.68 |
| Jarit Loughmiller | 10/24/16 | Declaration analysis in support of distribution methodology; call with Counsel/Receiver. | 1.00 | 249.79 |
| Jarit Loughmiller | 10/25/16 | Declaration analysis in support of distribution methodology; call with Counsel/Receiver. | 1.00 | 249.79 |
| Jarit Loughmiller | 10/27/16 | FCG / Investor Objection Methodlgy comparison; call with Receiver. | 3.00 | 749.37 |
| Jarit Loughmiller | 11/1/16 | Meeting with Receiver, call with SEC, analysis to compare Investor to Receiver distribution methodology. | 4.50 | 1,124.05 |
| Jarit Loughmiller | 11/2/16 | Meeting with Receiver to discuss methodology for distribution; call with SEC. | 4.50 | 1,124.05 |
| Bridgette Mugge | 9/29/16 | Assistance provide for IRS examination as requested by Bill Wendling | 1.50 | 205.48 |
| Jerry Hammel | 9/29/16 | Assistance provide for IRS examination as requested by Bill Wendling | 1.50 | 374.68 |
| Phase 1 Correspondence Production | | | | 107.46 |
| | | | 27.50 | 6,807.46 |



CPAs / ADVISORS

Veros PP - Blue Crop Group LLC - Midwest & Heritage Refinance
Mr. William Wendling, Jr. - Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| **Invoice** | **10490415** |
|---|---|

| **Client No.** | 116520 | **Invoice Date** | 12/29/2016 |
|---|---|---|---|
| | | **Due Date** | 1/28/2017 |

Billing for the following services for the period October 10, 2016
through December 27, 2016

Forensic analysis related to private placement and certain tasks as
requested by Receiver.

Jarit Loughmiller - Director (7.5 hours)

| Total Due for Invoice | 1,860.00 |
|---|---|

| **Total Due** | **1,860.00** |
|---|---|

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

| Date | Hours | Amount | Description |
|------|-------|--------|-------------|
| 10/10/16 | 4.50 | 1,116.00 | Midwest/Heritage investor analysis / placement summary memo for Receiver |
| 10/11/16 | 1.00 | 248.00 | BCG placement summary memo analysis. |
| 10/13/16 | 1.00 | 248.00 | BCG - Heritage/Midwest Refinance inestor analysis. |
| 10/20/16 | 1.00 | 248.00 | Midwest/Heritage Refinance analysis. |



CPAs / ADVISORS

Veros PP - FarmGrowCap LLC
Mr. William Wendling, Jr. – Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| **Invoice** | | **10490411** |
|---|---|---|
| | **Invoice Date** | 12/29/2016 |
| **Client No.** 116551 | **Due Date** | 1/28/2017 |

Billing for the following services for the period November 3, 2016
through December 28, 2016

Analysis in support of FGC distribution
methodology, analysis related to Investor Group proposed
methodology, drafting of declaration/exhibits, miscellaneous
meetings/conference calls with the
Receiver, Counsel, and SEC concerning matters.

Jarit Loughmiller - Director (45.5 hours)

Total Due for Invoice                                             11,285.00

**Total Due**                                             **11,285.00**

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

| Date | Hours | Amount | Description |
| --- | --- | --- | --- |
| 11/09/16 | 2.00 | 496.04 | Call w/ Receiver, Counsel and SEC.  Distribution analysis of investor methodology. |
| 11/29/16 | 4.00 | 992.09 | Call with Receiver to discuss investor proposed methodology; call w/ SEC; analysis on investor proposed distribution methodology. |
| 11/30/16 | 1.00 | 248.02 | Distribution methodology comparison; meeting with Receiver to discuss impact of investor proposed methodology for distribution. |
| 12/01/16 | 1.00 | 248.03 | Discussion with Receiver regarding investor methodology; distribution analysis. |
| 12/05/16 | 4.50 | 1116.09 | Analysis in response to investor correspondence re: Phase 1 communication; call with Receiver to discuss investor proposed distribution methodology. |
| 12/08/16 | 1.50 | 372.04 | Review of investor distribution objection (as requested by Receiver); call w/ Receiver. |
| 12/12/16 | 1.00 | 248.02 | Tracing Kirback 2012 payments for investor request (via Receiver). |
| 12/13/16 | 7.50 | 1860.16 | Call with SEC; call with Receiver; declaration / exhibits to declaration drafting. |
| 12/14/16 | 11.00 | 2728.25 | Call w/ SEC; meeting w/ Counsel and Receiver to discuss FGC analysis, investor proposed distrib. method; drafting of declaration and exhibits. |
| 12/15/16 | 2.00 | 496.04 | Declaration VFLH/FGC loan balance calculations. |
| 12/16/16 | 1.00 | 248.02 | Receiver brief filing methodology overview and discussion. |
| 12/19/16 | 3.00 | 744.07 | Meeting with Receiver to discuss declarations. |
| 12/20/16 | 3.00 | 744.06 | Declaration and call w/ Receiver/SEC |
| 12/21/16 | 3.00 | 744.07 | Declaration; call w/ Counsel/Receiver |
|  | 45.50 | 11,285.00 |  |



CPAs / ADVISORS

Veros PP - Midwest Blueberry Farms, Inc.
c/o Mr. William Wendling, Jr. - Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **10490416** |
|---|---|---|---|
| **Client No.** | 119571 | **Invoice Date** | 12/29/2016 |
| | | **Due Date** | 1/28/2017 |

Billing for the following services

Tax compliance and consulting services for Midwest Blueberry Farms,
Inc.
Bridgette Mugge (Staff) - 2.5 hours

| Total Due for Invoice | 340.00 |
|---|---|
| **Total Due** | **340.00** |

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



Where accounting expertise meets small business needs

Veros PP - PinCap LLC (Aliign)
c/o Mr. Wm. Wendling, Jr. – Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| **Invoice** | **13406724** |
|---|---|

| | | **Invoice Date** | 4/18/2016 |
|---|---|---|---|
| **Client No.** | 116620 | **Due Date** | 5/18/2016 |

Billing for services rendered March 1, 2016 through March 31, 2016
related to Veros - PinCap LLC as requested by Mr.William E. Wendling
Jr. (Receiver) including:

| | |
|---|---|
| Forensic Accounting: Gwen Parker: 03/09/2016: Conversation with Cari Bonty regarding Accounting (2 hours) | 310.00 |
| Forensic Accounting: Gwen Parker: 03/25/2016:  Accounting review and entry (4.5 hours) | 698.00 |
| Forensic Accounting: Gwen Parker: 03/29/2016: Review accounting through 12/31/15 - in process (3.25 hours) | 504.00 |
| Preparation and electronic filing of additional 1099 filings (1.45 hours) | 225.00 |
| Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr. | |

| **Total Due** | **1,737.00** |
|---|---|

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



Veros Partners Receivership (Aliign)
Mr. William Wendling, Jr. – Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **13408014** |
|---|---|---|---|
| **Client No.** | 116487 | **Invoice Date**<br>**Due Date** | 11/21/2016<br>12/21/2016 |

Billing for services rendered October 1, 2016 through October 31, 2016 related to the above entity as requested by Mr. William E. Wendling Jr. (Receiver) including:

| | |
|---|---|
| QuickBooks hosting for the month of October 2016 ($55/month) | 55.00 |
| Forensic Accounting: Nicole Paredes-Palma: 10/14/16: General accounting for multiple entitities (2 hours) | 210.00 |

Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

| **Total Due** | **265.00** |
|---|---|

**AR AGING**

| BALANCE 11/16/2016 | AFTER 11/16/2016 | AFTER 11/16/2016 | AFTER 10/16/2016 | AFTER 9/16/2016 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 1,362.74 | 17.87 | 153.87 | 0.00 | 1,191.00 | 0.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).



Veros PP - Blue Crop Group LLC (Aliign)
Mr. William Wendling, Jr. – Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | **Invoice** | **13408015** |
|---|---|---|
| **Client No.**      116573 | **Invoice Date**<br>**Due Date** | 11/21/2016<br>12/21/2016 |

Billing for services rendered August 1, 2016 through October 31, 2016
related to the above entity as requested by Mr. William E. Wendling Jr.
(Receiver) including:

| | |
|---|---|
| Forensic Accounting: Nicole Paredes-Palma: 08/05/16: Entry of accounting activity and appropriate reconciliations for the month of July 2016 (.17 hours) | 18.00 |
| Forensic Accounting: Nicole Paredes-Palma: 09/28/16: Entry of accounting activity and appropriate reconciliations for the month of August 2016 (.17 hours) | 18.00 |
| Forensic Accounting: Nicole Paredes-Palma: 10/17/16: Entry of accounting activity and appropriate reconciliations for the month of September 2016 (.17 hours) | 18.00 |
| Forensic Accounting: Gwen Parker: 08/01/16: Assistance with 2015 Tax Return Preparation (.17 hours) | 26.00 |
| Forensic Accounting: Gwen Parker: 09/08/16: Discussion with Bridgette Mugge and Anita Haworth regarding  entities within Blue Crop Group and related bank accounts  (.5 hours) | 78.00 |
| Forensic Accounting: Gwen Parker: 09/14/16: Assistance with 2015 Tax Return Preparation (.17 hours) | 26.00 |
| Forensic Accounting: Gwen Parker: 10/26/16: Assistance with 2015 Tax Return Preparation (1 hour) | 155.00 |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

| | |
|---|---:|
| **Total Due** | **339.00** |

**AR AGING**

| BALANCE 11/16/2016 | AFTER 11/16/2016 | AFTER 11/16/2016 | AFTER 10/16/2016 | AFTER 9/16/2016 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 940.40 | 13.70 | 13.70 | 0.00 | 913.00 | 0.00 | USD |

**Remit To:**
Ailign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**


When accounting expertise meets small business needs

Veros PP - FarmGrowCap LLC (Aliign)
Mr. William Wendling, Jr. – Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| **Invoice** | **13408022** |
|---|---|

| **Client No.** | 116590 | **Invoice Date** | 11/22/2016 |
|---|---|---|---|
| | | **Due Date** | 12/22/2016 |

Billing for services rendered September 1, 2016 through October 31, 2016 related to the above entity as requested by Mr. William E. Wendling Jr. (Receiver) including:

| | |
|---|---|
| Forensic Accounting: Nicole Paredes-Palma: 09/28/16: Entry of accounting activity and appropriate reconciliations for the month of August 2016 (.5 hours) | 53.00 |
| Forensic Accounting: Nicole Paredes-Palma: 10/17/16: Entry of accounting activity and appropriate reconciliations for the month of September 2016 (.33 hours) | 35.00 |
| Forensic Accounting: Gwen Parker: 09/06/16: Assistance with 2015 tax return preparation (2.0 hours) | 310.00 |

Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

| **Total Due** | **398.00** |
|---|---|

**AR AGING**

| BALANCE 11/16/2016 | AFTER 11/16/2016 | AFTER 11/16/2016 | AFTER 10/16/2016 | AFTER 9/16/2016 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 1,331.49 | 19.64 | 2.85 | 1,119.00 | 190.00 | 0.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



When accounting expertise meets small business needs

Veros PP - HF Land GP Secured Loans (Aliign)
Mr. William Wendling, Jr. – Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **13408023** |
|---|---|---|---|
| **Client No.** | 116557 | **Invoice Date** | 11/22/2016 |
| | | **Due Date** | 12/22/2016 |

Billing for services rendered August 1, 2016 through August 31, 2016
related to the above entity as requested by Mr. William E. Wendling Jr.
(Receiver) including:

Forensic Accounting: Nicole Paredes-Palma: 08/05/16: Entry of            35.00
accounting activity and appropriate reconciliations for the month of July
2016 (.33 hours)

Forensic Accounting: Gwen Parker: 08/05/16: Accounting entry and         104.00
updates, and create and transmit QuickBooks file (.67 hours)

Reflects a 10% discount for services rendered as set forth in Blue &
Co LLC engagement letter with Mr. William E. Wendling Jr.

| | **Total Due** | **139.00** |
|---|---|---|

**AR AGING**

| BALANCE 11/16/2016 | AFTER 11/16/2016 | AFTER 11/16/2016 | AFTER 10/16/2016 | AFTER 9/16/2016 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 234.84 | 3.42 | 3.42 | 0.00 | 228.00 | 0.00 | USD |

---

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



*When accounting expertise meets small business needs*

Veros PP - Jennings Design 2015 Secured Loans (Aliign)
Mr. William Wendling, Jr. – Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | **Invoice** | **13408025** |
|---|---|---|
| **Client No.** 116577 | **Invoice Date**<br>**Due Date** | 11/22/2016<br>12/22/2016 |

| | |
|---|---|
| Billing for services rendered August 1, 2016 through October 31, 2016 related to the above entity as requested by Mr. William E. Wendling Jr. (Receiver) including:<br>//<br>Forensic Accounting: Nicole Paredes-Palma: 08/05/16: Entry of accounting activity and appropriate reconciliations for the month of July 2016 (.17 hours) | 18.00 |
| Forensic Accounting: Nicole Paredes-Palma: 09/28/16: Entry of accounting activity and appropriate reconciliations for the month of August 2016 (.17 hours) | 18.00 |
| Forensic Accounting: Nicole Paredes-Palma: 10/17/16: Entry of accounting activity and appropriate reconciliations for the month of September 2016 (.17 hours) | 18.00 |
| Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr. | |

| | **Total Due** | **54.00** |
|---|---|---|

**CUSTOMER STATEMENT**

| ENTRY DATE | DUE DATE | TRANSACTION NO. | TEXT | AMOUNT | REMAINDER | CURRENCY |
|---|---|---|---|---|---|---|
| 8/4/2016 | 9/3/2016 | 13407414 | Customer Invoice | 53.00 | 53.00 | USD |
| 9/30/2016 | 10/30/2016 | 13381676 | Interest Charge | 0.80 | 0.80 | USD |
| 10/31/2016 | 11/30/2016 | 13381716 | Interest Charge | 0.80 | 0.80 | USD |
| **TOTAL** | | | | 54.60 | 54.60 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



*When accounting expertise meets small business needs*

Veros PP - PinCap LLC (Aliign)
Mr. William Wendling, Jr. – Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **13408027** |
|---|---|---|---|
| **Client No.** | 116620 | **Invoice Date**<br>**Due Date** | 11/22/2016<br>12/22/2016 |

---

Billing for services rendered August 1, 2016 through October 31, 2016
related to the above entity as requested by Mr. William E. Wendling Jr.
(Receiver) including:

| | |
|---|---|
| Forensic Accounting: Nicole Paredes-Palma: 08/05/16: Entry of accounting activity and appropriate reconciliations for the month of July 2016 (.17 hours) | 18.00 |
| Forensic Accounting: Nicole Paredes-Palma: 09/28/16: Entry of accounting activity and appropriate reconciliations for the month of August 2016 (.17 hours) | 18.00 |
| Forensic Accounting: Nicole Paredes-Palma: 10/17/16: Entry of accounting activity and appropriate reconciliations for the month of September 2016 (.33 hours) | 35.00 |
| Forensic Accounting: Gwen Parker: 08/30/16: Accounting entry and updates, and assistance with tax return preparation (2.0 hours) | 310.00 |
| Forensic Accounting: Gwen Parker: 09/02/16: Accounting entry and updates, and assistance with tax return preparation (1.0 hour) | 155.00 |

Reflects a 10% discount for services rendered as set forth in Blue &
Co LLC engagement letter with Mr. William E. Wendling Jr.

| | |
|---|---|
| **Total Due** | **536.00** |

**CUSTOMER STATEMENT**

---

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



Where accounting expertise meets your business needs

Veros PP - Rockdale Holding, LLC (Aliign)
Mr. William Wendling, Jr. – Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **13408016** |
|---|---|---|---|
| | | **Invoice Date** | 11/21/2016 |
| **Client No.** | 116553 | **Due Date** | 12/21/2016 |

Billing for services rendered October 1, 2016 through October 31, 2016 related to the above entity as requested by Mr. William E. Wendling Jr. (Receiver) including:

| | |
|---|---|
| Forensic Accounting: Nicole Paredes-Palma: 08/05/16: Entry of accounting activity and appropriate reconciliations for the month of July 2016 (.17 hours) | 18.00 |
| Forensic Accounting: Nicole Paredes-Palma: 09/28/16: Entry of accounting activity and appropriate reconciliations for the month of August 2016 (.17 hours) | 18.00 |
| Forensic Accounting: Nicole Paredes-Palma: 10/17/16: Entry of accounting activity and appropriate reconciliations for the month of September 2016 (.33 hours) | 35.00 |

Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

| | |
|---|---|
| **Total Due** | **71.00** |

**AR AGING**

| BALANCE 11/16/2016 | AFTER 11/16/2016 | AFTER 11/16/2016 | AFTER 10/16/2016 | AFTER 9/16/2016 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 54.60 | 0.80 | 0.80 | 0.00 | 53.00 | 0.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**


*Where accounting expertise meets small business needs*

Veros - Stadium Red (Aliign)
Mr. William Wendling, Jr.
Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **13408024** |
|---|---|---|---|
| **Client No.** | 119156 | **Invoice Date**<br>**Due Date** | 11/22/2016<br>12/22/2016 |

Billing for services rendered August 1, 2016 through October 31, 2016 related to the above entity as requested by Mr. William E. Wendling Jr. (Receiver) including:

Forensic Accounting: Nicole Paredes-Palma: 08/05/16: Entry of accounting activity and appropriate reconciliations for the month of July 2016 (.17 hours) — 18.00

Forensic Accounting: Nicole Paredes-Palma: 09/28/16: Entry of accounting activity and appropriate reconciliations for the month of August 2016 (.17 hours) — 18.00

Forensic Accounting: Nicole Paredes-Palma: 10/17/16: Entry of accounting activity and appropriate reconciliations for the month of September 2016 (.17 hours) — 18.00

Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

| | **Total Due** | **54.00** |
|---|---|---|

**AR AGING**

| BALANCE 11/16/2016 | AFTER 11/16/2016 | AFTER 11/16/2016 | AFTER 10/16/2016 | AFTER 9/16/2016 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 54.60 | 0.80 | 0.80 | 0.00 | 53.00 | 0.00 | USD |

---

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



*Where accounting expertise meets small business needs*

Veros PP - Veros 702 North Holding, LLC (Aliign)
Mr. William Wendling, Jr. – Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

|  | | **Invoice** | **13408020** |
|---|---|---|---|
| **Client No.** | 116560 | **Invoice Date**<br>**Due Date** | 11/22/2016<br>12/22/2016 |

Billing for services rendered August 1, 2016 through August 31, 2016 related to the above entity as requested by Mr. William E. Wendling Jr. (Receiver) including:

| | |
|---|---:|
| Forensic Accounting: Gwen Parker: 08/05/16: Accounting entry and updates, and create and transmit QuickBooks file (.5 hours) | 78.00 |
| Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr. | |

| | **Total Due** | **78.00** |
|---|---|---|

### AR AGING

| BALANCE 11/16/2016 | AFTER 11/16/2016 | AFTER 11/16/2016 | AFTER 10/16/2016 | AFTER 9/16/2016 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 145.24 | 2.12 | 2.12 | 0.00 | 141.00 | 0.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



*Where accounting expertise meets small business needs*

Veros PP - Veros JF Wild Holdings, LLC (Aliign)
c/o Mr. William Wendling, Jr. - Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **13408019** |
|---|---|---|---|
| **Client No.** | 116583 | **Invoice Date** | 11/22/2016 |
| | | **Due Date** | 12/22/2016 |

Billing for services rendered August 1, 2016 through October 31, 2016 related to the above entity as requested by Mr. William E. Wendling Jr. (Receiver) including:

| | |
|---|---|
| Forensic Accounting: Nicole Paredes-Palma: 08/05/16: Entry of accounting activity and appropriate reconciliations for the month of July 2016 (.17 hours) | 18.00 |
| Forensic Accounting: Nicole Paredes-Palma: 09/28/16: Entry of accounting activity and appropriate reconciliations for the month of August 2016 (.17 hours) | 18.00 |
| Forensic Accounting: Nicole Paredes-Palma: 10/03/16: Entry of accounting activity and appropriate reconciliations for the month of September 2016 (.17 hours) | 18.00 |
| Forensic Accounting: Gwen Parker: 10/03/16: Accounting entry and updates, and create and transmit QuickBooks file (1 hour) | 155.00 |

Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

| | |
|---|---|
| **Total Due** | **209.00** |

**AR AGING**

| BALANCE 11/16/2016 | AFTER 11/16/2016 | AFTER 11/16/2016 | AFTER 10/16/2016 | AFTER 9/16/2016 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 90.64 | 1.31 | 1.31 | 0.51 | 53.51 | 34.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



Veros PP - Veros Switch Holding, LLC (Aliign)
c/o Mr. William Wendling, Jr. - Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | |
|---|---|---|
| **Invoice** | | **13408021** |
| **Client No.** | 116574 | **Invoice Date** 11/22/2016 |
| | | **Due Date** 12/22/2016 |

Billing for services rendered August 1, 2016 through August 31, 2016 related to the above entity as requested by Mr. William E. Wendling Jr. (Receiver) including:

Forensic Accounting: Nicole Paredes-Palma: 08/05/16: Entry of accounting activity and appropriate reconciliations for the month of Ju67 2016 (.17 hours)     18.00

Forensic Accounting: Gwen Parker: 08/05/16: Accounting entry and updates, and create and transmit QuickBooks file (.50 hours)     78.00

Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

**Total Due**     **96.00**

**AR AGING**

| BALANCE 11/16/2016 | AFTER 11/16/2016 | AFTER 11/16/2016 | AFTER 10/16/2016 | AFTER 9/16/2016 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 19.58 | 0.29 | 0.29 | 0.00 | 19.00 | 0.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



*Where accounting expertise meets small business needs*

Veros PP - Yeager of Frisco LLC (Aliign)
c/o Mr. William Wendling, Jr. – Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | **Invoice** | **13408026** |
|---|---|---|
| | **Invoice Date** | 11/22/2016 |
| **Client No.**    116562 | **Due Date** | 12/22/2016 |

Billing for services rendered August 1, 2016 through August 31, 2016
related to the above entity as requested by Mr. William E. Wendling Jr.
(Receiver) including:

| | |
|---|---:|
| Forensic Accounting: Nicole Paredes-Palma: 08/0516: Entry of accounting activity and appropriate reconciliations for the month of July 2016 (.17 hours) | 18.00 |
| Forensic Accounting: Gwen Parker: 08/05/16: Accounting entry and updates, and create and transmit QuickBooks file (.33hours) | 52.00 |

Reflects a 10% discount for services rendered as set forth in Blue &
Co LLC engagement letter with Mr. William E. Wendling Jr.

| **Total Due** | **70.00** |
|---|---:|

**AR AGING**

| BALANCE 11/16/2016 | AFTER 11/16/2016 | AFTER 11/16/2016 | AFTER 10/16/2016 | AFTER 9/16/2016 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 90.64 | 1.31 | 1.31 | 0.51 | 53.51 | 34.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



Veros Partners Receivership (Aliign)
Mr. William Wendling, Jr. – Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **13408410** |
|---|---|---|---|
| **Client No.** | 116487 | **Invoice Date**<br>**Due Date** | 1/17/2017<br>2/16/2017 |

Billing for services rendered November 1, 2016 through December 31, 2016 related to the above entity as requested by Mr. William E. Wendling Jr. (Receiver) including:

| | |
|---|---|
| QuickBooks hosting for the month of November 2016 $55/month) | 55.00 |
| QuickBooks hosting for the month of December 2016 ($55/month) | 55.00 |
| Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr. | |
| **Total Due** | **110.00** |

**AR AGING**

| BALANCE 1/9/2017 | AFTER 1/9/2017 | AFTER 1/9/2017 | AFTER 12/9/2016 | AFTER 11/9/2016 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 268.98 | 3.98 | 265.00 | 0.00 | 0.00 | 0.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



Veros PP - Cherry Farms LLC 2013 Operating Loan (Aliign)
c/o Mr. William Wendling, Jr. – Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **13408411** |
|---|---|---|---|
| **Client No.** | 116561 | **Invoice Date** | 1/17/2017 |
| | | **Due Date** | 2/16/2017 |

Billing for services rendered December 1, 2016 through December 31, 2016 related to the above entity as requested by Mr. William E. Wendling Jr. (Receiver) including:

| | |
|---|---|
| Forensic Accounting: Bob Ellis (Blue Employee): 11/30/16: Meeting with Mr. William Wendling, and internal meetings, to discuss accounting needs (0.42 hours) | 97.92 |
| Forensic Accounting: Nicole Paredas-Palma: 12/2/16: Research and entry of transactions into QuickBooks from supplied documentation (1.67 hours) | 175.00 |
| Forensic Accounting: Nicole Paredas-Palma: 12/15/16: Research and entry of transactions into QuickBooks from supplied documentation (0.48 hours) | 49.88 |
| Forensic Accounting: Nicole Paredas-Palma: 12/16/16: Research and entry of transactions into QuickBooks from supplied documentation (083 hours) | 87.50 |
| Forensic Accounting: Nicole Paredas-Palma: 12/19/16: Research and entry of transactions into QuickBooks from supplied documentation (0.28 hours) | 28.88 |
| Forensic Accounting: Nicole Paredas-Palma: 12/20/16: Research and entry of transactions into QuickBooks from supplied documentation (0.28 hours) | 28.88 |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

| | |
|---|---:|
| Forensic Accounting: Nicole Paredas-Palma: 12/21/16: Research and entry of transactions into QuickBooks from supplied documentation (0.17 hours) | 17.68 |
| Forensic Accounting: Nicole Paredas-Palma: 12/24/16: Research and entry of transactions into QuickBooks from supplied documentation (0.03 hours) | 2.98 |
| Forensic Accounting: Gwen Parker: 12/1/16: Research and entry of transactions into QuickBooks from supplied documentation (0.33 hours) | 50.63 |
| Forensic Accounting: Gwen Parker: 12/6/16: Research and entry of transactions into QuickBooks from supplied documentation (0.97 hours) | 150.60 |
| Forensic Accounting: Gwen Parker: 12/15/16: Research and entry of transactions into QuickBooks from supplied documentation (1.52 hours) | 234.82 |
| Forensic Accounting: Gwen Parker: 12/16/16: Research and entry of transactions into QuickBooks from supplied documentation (1.63 hours) | 251.87 |
| Forensic Accounting: Gwen Parker: 12/17/16: Research and entry of transactions into QuickBooks from supplied documentation (0.59 hours) | 91.96 |
| Forensic Accounting: Gwen Parker: 12/19/16: Research and entry of transactions into QuickBooks from supplied documentation (1.09 hours) | 168.95 |
| Forensic Accounting: Gwen Parker: 12/21/16: Research and entry of transactions into QuickBooks from supplied documentation (0.92 hours) | 142.34 |
| Forensic Accounting: Gwen Parker: 12/22/16: Research and entry of transactions into QuickBooks from supplied documentation (0.30 hours) | 46.50 |

Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

**Remit To:**
Allign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

| | |
|---|---|
| **Total Due** | 1,626.39 |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



Where accounting expertise meets small business needs

Veros PP - Cherry Farms LLC 2014 Operating Loan (Aliign)
c/o Mr. William Wendling, Jr. - Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **13408412** |
|---|---|---|---|
| **Client No.** | 116567 | **Invoice Date**<br>**Due Date** | 1/17/2017<br>2/16/2017 |

Billing for services rendered December 1, 2016 through December 31, 2016 related to the above entity as requested by Mr. William E. Wendling Jr. (Receiver) including:

| | |
|---|---:|
| Forensic Accounting: Bob Ellis (Blue Employee): 11/30/16: Meeting with Mr. William Wendling, and internal meetings, to discuss accounting needs (0.42 hours) | 97.92 |
| Forensic Accounting: Nicole Paredas-Palma: 12/2/16: Research and entry of transactions into QuickBooks from supplied documentation (1.67 hours) | 175.00 |
| Forensic Accounting: Nicole Paredas-Palma: 12/15/16: Research and entry of transactions into QuickBooks from supplied documentation (0.48 hours) | 49.88 |
| Forensic Accounting: Nicole Paredas-Palma: 12/16/16: Research and entry of transactions into QuickBooks from supplied documentation (083 hours) | 87.50 |
| Forensic Accounting: Nicole Paredas-Palma: 12/19/16: Research and entry of transactions into QuickBooks from supplied documentation (028 hours) | 28.88 |
| Forensic Accounting: Nicole Paredas-Palma: 12/20/16: Research and entry of transactions into QuickBooks from supplied documentation (0.28 hours) | 28.88 |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

| | |
|---|---:|
| Forensic Accounting: Nicole Paredas-Palma: 12/21/16: Research and entry of transactions into QuickBooks from supplied documentation (0.17 hours) | 17.68 |
| Forensic Accounting: Nicole Paredas-Palma: 12/24/16: Research and entry of transactions into QuickBooks from supplied documentation (0.03 hours) | 2.98 |
| Forensic Accounting: Gwen Parker: 12/1/16: Research and entry of transactions into QuickBooks from supplied documentation (0.33 hours) | 50.63 |
| Forensic Accounting: Gwen Parker: 12/6/16: Research and entry of transactions into QuickBooks from supplied documentation (0.97 hours) | 150.60 |
| Forensic Accounting: Gwen Parker: 12/15/16: Research and entry of transactions into QuickBooks from supplied documentation (1.52 hours) | 234.82 |
| Forensic Accounting: Gwen Parker: 12/16/16: Research and entry of transactions into QuickBooks from supplied documentation (1.63 hours) | 251.87 |
| Forensic Accounting: Gwen Parker: 12/17/16: Research and entry of transactions into QuickBooks from supplied documentation (0.59 hours) | 91.96 |
| Forensic Accounting: Gwen Parker: 12/19/16: Research and entry of transactions into QuickBooks from supplied documentation (1.09 hours) | 168.95 |
| Forensic Accounting: Gwen Parker: 12/21/16: Research and entry of transactions into QuickBooks from supplied documentation (0.92 hours) | 142.34 |
| Forensic Accounting: Gwen Parker: 12/22/16: Research and entry of transactions into QuickBooks from supplied documentation (0.30 hours) | 46.50 |

Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

**Remit To:**
Allign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of Invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

| | |
|---|---|
| **Total Due** | 1,626.39 |

**Remit To:**
Allign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



Veros PP - Cherry Farms LLC 2015 Individual Loans (Aliign)
c/o Mr. William Wendling, Jr. - Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **13408405** |
|---|---|---|---|
| | | **Invoice Date** | 1/17/2017 |
| **Client No.** | 121550 | **Due Date** | 2/16/2017 |

Billing for services rendered December 1, 2016 through December 31, 2016 related to the above entity as requested by Mr. William E. Wendling Jr. (Receiver) including:

| | |
|---|---|
| Forensic Accounting: Bob Ellis (Blue Employee): 11/30/16: Meeting with Mr. William Wendling, and internal meetings, to discuss accounting needs (0.42 hours) | 97.92 |
| Forensic Accounting: Nicole Paredas-Palma: 12/2/16: Research and entry of transactions into QuickBooks from supplied documentation (1.67 hours) | 175.00 |
| Forensic Accounting: Nicole Paredas-Palma: 12/15/16: Research and entry of transactions into QuickBooks from supplied documentation (0.48 hours) | 49.88 |
| Forensic Accounting: Nicole Paredas-Palma: 12/16/16: Research and entry of transactions into QuickBooks from supplied documentation (083 hours) | 87.50 |
| Forensic Accounting: Nicole Paredas-Palma: 12/19/16: Research and entry of transactions into QuickBooks from supplied documentation (028 hours) | 28.88 |
| Forensic Accounting: Nicole Paredas-Palma: 12/20/16: Research and entry of transactions into QuickBooks from supplied documentation (0.28 hours) | 28.88 |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

| | |
|---|---:|
| Forensic Accounting: Nicole Paredas-Palma: 12/21/16: Research and entry of transactions into QuickBooks from supplied documentation (0.17 hours) | 17.68 |
| Forensic Accounting: Nicole Paredas-Palma: 12/24/16: Research and entry of transactions into QuickBooks from supplied documentation (0.03 hours) | 2.98 |
| Forensic Accounting: Gwen Parker: 12/1/16: Research and entry of transactions into QuickBooks from supplied documentation (0.33 hours) | 50.63 |
| Forensic Accounting: Gwen Parker: 12/6/16: Research and entry of transactions into QuickBooks from supplied documentation (0.97 hours) | 150.60 |
| Forensic Accounting: Gwen Parker: 12/15/16: Research and entry of transactions into QuickBooks from supplied documentation (1.52 hours) | 234.82 |
| Forensic Accounting: Gwen Parker: 12/16/16: Research and entry of transactions into QuickBooks from supplied documentation (1.63 hours) | 251.87 |
| Forensic Accounting: Gwen Parker: 12/17/16: Research and entry of transactions into QuickBooks from supplied documentation (0.59 hours) | 91.96 |
| Forensic Accounting: Gwen Parker: 12/19/16: Research and entry of transactions into QuickBooks from supplied documentation (1.09 hours) | 168.95 |
| Forensic Accounting: Gwen Parker: 12/21/16: Research and entry of transactions into QuickBooks from supplied documentation (0.92 hours) | 142.34 |
| Forensic Accounting: Gwen Parker: 12/22/16: Research and entry of transactions into QuickBooks from supplied documentation (0.30 hours) | 46.50 |

Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

| | |
|---|---|
| **Total Due** | **1,626.39** |

**Remit To:**
Allign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



Where accounting expertise meets small business needs

Veros PP - Cherry Farms LLC 2014 Individual Loans (Aliign)
c/o Mr. William Wendling, Jr. - Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **13408406** |
|---|---|---|---|
| **Client No.** | 116588 | **Invoice Date**<br>**Due Date** | 1/17/2017<br>2/16/2017 |

Billing for services rendered December 1, 2016 through December 31, 2016 related to the above entity as requested by Mr. William E. Wendling Jr. (Receiver) including:

| | |
|---|---|
| Forensic Accounting: Bob Ellis (Blue Employee): 11/30/16: Meeting with Mr. William Wendling, and internal meetings, to discuss accounting needs (0.42 hours) | 97.92 |
| Forensic Accounting: Nicole Paredas-Palma: 12/2/16: Research and entry of transactions into QuickBooks from supplied documentation (1.67 hours) | 175.00 |
| Forensic Accounting: Nicole Paredas-Palma: 12/15/16: Research and entry of transactions into QuickBooks from supplied documentation (0.48 hours) | 49.88 |
| Forensic Accounting: Nicole Paredas-Palma: 12/16/16: Research and entry of transactions into QuickBooks from supplied documentation (083 hours) | 87.50 |
| Forensic Accounting: Nicole Paredas-Palma: 12/19/16: Research and entry of transactions into QuickBooks from supplied documentation (028 hours) | 28.88 |
| Forensic Accounting: Nicole Paredas-Palma: 12/20/16: Research and entry of transactions into QuickBooks from supplied documentation (0.28 hours) | 28.88 |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

| | |
|---|---:|
| Forensic Accounting: Nicole Paredas-Palma: 12/21/16: Research and entry of transactions into QuickBooks from supplied documentation (0.17 hours) | 17.68 |
| Forensic Accounting: Nicole Paredas-Palma: 12/24/16: Research and entry of transactions into QuickBooks from supplied documentation (0.03 hours) | 2.98 |
| Forensic Accounting: Gwen Parker: 12/1/16: Research and entry of transactions into QuickBooks from supplied documentation (0.33 hours) | 50.63 |
| Forensic Accounting: Gwen Parker: 12/6/16: Research and entry of transactions into QuickBooks from supplied documentation (0.97 hours) | 150.60 |
| Forensic Accounting: Gwen Parker: 12/15/16: Research and entry of transactions into QuickBooks from supplied documentation (1.52 hours) | 234.82 |
| Forensic Accounting: Gwen Parker: 12/16/16: Research and entry of transactions into QuickBooks from supplied documentation (1.63 hours) | 251.87 |
| Forensic Accounting: Gwen Parker: 12/17/16: Research and entry of transactions into QuickBooks from supplied documentation (0.59 hours) | 91.96 |
| Forensic Accounting: Gwen Parker: 12/19/16: Research and entry of transactions into QuickBooks from supplied documentation (1.09 hours) | 168.95 |
| Forensic Accounting: Gwen Parker: 12/21/16: Research and entry of transactions into QuickBooks from supplied documentation (0.92 hours) | 142.34 |
| Forensic Accounting: Gwen Parker: 12/22/16: Research and entry of transactions into QuickBooks from supplied documentation (0.30 hours) | 46.50 |

Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

**Remit To:**
Allign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

| | |
|---|---|
| **Total Due** | **1,626.39** |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



Where accounting expertise meets smart business needs

Veros PP - Cherry Farms LLC 2011 Term Loan (Aliign)
Mr. William Wendling - Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **13408407** |
|---|---|---|---|
| **Client No.** | 116525 | **Invoice Date**<br>**Due Date** | 1/17/2017<br>2/16/2017 |

Billing for services rendered December 1, 2016 through December 31, 2016 related to the above entity as requested by Mr. William E. Wendling Jr. (Receiver) including:

| | |
|---|---|
| Forensic Accounting: Bob Ellis (Blue Employee): 11/30/16: Meeting with Mr. William Wendling, and internal meetings, to discuss accounting needs (0.42 hours) | 97.92 |
| Forensic Accounting: Nicole Paredas-Palma: 12/2/16: Research and entry of transactions into QuickBooks from supplied documentation (1.67 hours) | 175.00 |
| Forensic Accounting: Nicole Paredas-Palma: 12/15/16: Research and entry of transactions into QuickBooks from supplied documentation (0.48 hours) | 49.88 |
| Forensic Accounting: Nicole Paredas-Palma: 12/16/16: Research and entry of transactions into QuickBooks from supplied documentation (083 hours) | 87.50 |
| Forensic Accounting: Nicole Paredas-Palma: 12/19/16: Research and entry of transactions into QuickBooks from supplied documentation (0.28 hours) | 28.88 |
| Forensic Accounting: Nicole Paredas-Palma: 12/20/16: Research and entry of transactions into QuickBooks from supplied documentation (0.28 hours) | 28.88 |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

| | |
|---|---:|
| Forensic Accounting: Nicole Paredas-Palma: 12/21/16: Research and entry of transactions into QuickBooks from supplied documentation (0.17 hours) | 17.68 |
| Forensic Accounting: Nicole Paredas-Palma: 12/24/16: Research and entry of transactions into QuickBooks from supplied documentation (0.03 hours) | 2.98 |
| Forensic Accounting: Gwen Parker: 12/1/16: Research and entry of transactions into QuickBooks from supplied documentation (0.33 hours) | 50.63 |
| Forensic Accounting: Gwen Parker: 12/6/16: Research and entry of transactions into QuickBooks from supplied documentation (0.97 hours) | 150.60 |
| Forensic Accounting: Gwen Parker: 12/15/16: Research and entry of transactions into QuickBooks from supplied documentation (1.52 hours) | 234.82 |
| Forensic Accounting: Gwen Parker: 12/16/16: Research and entry of transactions into QuickBooks from supplied documentation (1.63 hours) | 251.87 |
| Forensic Accounting: Gwen Parker: 12/17/16: Research and entry of transactions into QuickBooks from supplied documentation (0.59 hours) | 91.96 |
| Forensic Accounting: Gwen Parker: 12/19/16: Research and entry of transactions into QuickBooks from supplied documentation (1.09 hours) | 168.95 |
| Forensic Accounting: Gwen Parker: 12/21/16: Research and entry of transactions into QuickBooks from supplied documentation (0.92 hours) | 142.34 |
| Forensic Accounting: Gwen Parker: 12/22/16: Research and entry of transactions into QuickBooks from supplied documentation (0.30 hours) | 46.50 |

Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

**Remit To:**
Allign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

| | |
|---|---|
| **Total Due** | **1,626.39** |

\

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



Where accounting expertise meets small business needs

Veros PP - Cherry Farms 2012 Restructuring Loan (Aliign)
Mr. William Wendling, Jr. – Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **13408409** |
|---|---|---|---|
| **Client No.** | 116555 | **Invoice Date**<br>**Due Date** | 1/17/2017<br>2/16/2017 |

---

Billing for services rendered December 1, 2016 through December 31, 2016 related to the above entity as requested by Mr. William E. Wendling Jr. (Receiver) including:

| | |
|---|---|
| Forensic Accounting: Bob Ellis (Blue Employee): 11/30/16: Meeting with Mr. William Wendling, and internal meetings, to discuss accounting needs (0.42 hours) | 97.92 |
| Forensic Accounting: Nicole Paredas-Palma: 12/2/16: Research and entry of transactions into QuickBooks from supplied documentation (1.67 hours) | 175.00 |
| Forensic Accounting: Nicole Paredas-Palma: 12/15/16: Research and entry of transactions into QuickBooks from supplied documentation (0.48 hours) | 49.88 |
| Forensic Accounting: Nicole Paredas-Palma: 12/16/16: Research and entry of transactions into QuickBooks from supplied documentation (083 hours) | 87.50 |
| Forensic Accounting: Nicole Paredas-Palma: 12/19/16: Research and entry of transactions into QuickBooks from supplied documentation (0.28 hours) | 28.88 |
| Forensic Accounting: Nicole Paredas-Palma: 12/20/16: Research and entry of transactions into QuickBooks from supplied documentation (0.28 hours) | 28.88 |

---

**Remit To:**
Allign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

| | |
|---|---:|
| Forensic Accounting: Nicole Paredas-Palma: 12/21/16: Research and entry of transactions into QuickBooks from supplied documentation (0.17 hours) | 17.68 |
| Forensic Accounting: Nicole Paredas-Palma: 12/24/16: Research and entry of transactions into QuickBooks from supplied documentation (0.03 hours) | 2.98 |
| Forensic Accounting: Gwen Parker: 12/1/16: Research and entry of transactions into QuickBooks from supplied documentation (0.33 hours) | 50.63 |
| Forensic Accounting: Gwen Parker: 12/6/16: Research and entry of transactions into QuickBooks from supplied documentation (0.97 hours) | 150.60 |
| Forensic Accounting: Gwen Parker: 12/15/16: Research and entry of transactions into QuickBooks from supplied documentation (1.52 hours) | 234.82 |
| Forensic Accounting: Gwen Parker: 12/16/16: Research and entry of transactions into QuickBooks from supplied documentation (1.63 hours) | 251.87 |
| Forensic Accounting: Gwen Parker: 12/17/16: Research and entry of transactions into QuickBooks from supplied documentation (0.59 hours) | 91.96 |
| Forensic Accounting: Gwen Parker: 12/19/16: Research and entry of transactions into QuickBooks from supplied documentation (1.09 hours) | 168.95 |
| Forensic Accounting: Gwen Parker: 12/21/16: Research and entry of transactions into QuickBooks from supplied documentation (0.92 hours) | 142.34 |
| Forensic Accounting: Gwen Parker: 12/22/16: Research and entry of transactions into QuickBooks from supplied documentation (0.30 hours) | 46.50 |

Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

**Remit To:**
Allign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

| | |
|---|---|
| **Total Due** | 1,626.39 |

.

.

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**