US SEC v Veros Partners, Inc., et al

USDC Southern IN, Case No. 1:15-cv-00659-JMS-DJM

**Hutchinson, Cox, Coons, Orr & Sherlock, PC**
*Tom Orr and Patrick Stevenson, Oregon Counsel*
**Boyer Farms - Collection**   LEGAL ACTIVITY:  ASSET ANALYSIS AND RECOVERY -001

**EXHIBIT E**

Last Updated:
1/18/2016
By:  agh

| Description | Amount Due - Fees | Amount Due - Expenses | Invoice Time Period | Invoice No. | Due Date | SEC Receivership - Quarter Period | Note: | Total Attorney fees and expenses this quarter |
|---|---|---|---|---|---|---|---|---|
| Boyer Farms - Collection | $1,650.00 | $0.00 | 10/31/2016 | 126187 | 11/25/2016 | 2016 -4th quarter | To be submitted with Receiver's 2016 4th quarter fee app | |
| Boyer Farms - Collection | $1,265.00 | $0.00 | 11/30/2016 | 126956 | 12/25/2016 | 2016 -4th quarter | | |
| Boyer Farms - Collection | $814.90 | $0.00 | 12/31/2016 | 127666 | 1/25/2017 | 2016 -4th quarter | | |
| **Total Due for Period** | **$3,729.90** | **$0.00** | | | | 2016 -4th quarter | To be submitted with Receiver's 2016 4th quarter fee app | **$3,729.90** |



|  |  |
|---|---|
| **If paying by VISA or Mastercard please call or complete this section** | |
| Card No. | Exp. Date |
| Cardholder Name: | Amount to Pay: |
| Cardholder Address: | Zip Code: |

Federal Tax ID #93-0740691

WILLIAM E. WENDLING JR.
C/O COHEN GARELICK & GLAZIER, P.C.
8888 KEYSTONE CROSSING BLVD., SUITE 800
INDIANAPOLIS, IN  46240

Date: 11/03/2016
Billed through: 10/31/2016
Account No.: 11949
Invoice No.: 126187
Attorney: Thomas M. Orr
**Payment due by the 25th**

Re:         **Boyer Bankruptcy**
File No.:   **12184A**

## TRUST ACCOUNT ACTIVITY

Beginning Trust Account Balance:                                                        $447.73

**Ending Trust Account Balance:**                                                        **$447.73**

## REGULAR ACCOUNT ACTIVITY

| | | |
|---|---|---|
| Balance Brought Forward | | $8,921.80 |
| Services Rendered | $1,650.00 | |
| Costs Advanced | $0.00 | |
| Finance Charges | $0.00 | |
| Payment on Account | $0.00 | |
| **PLEASE PAY THIS AMOUNT UPON RECEIPT:** | | **$10,571.80** |

If you have questions regarding any transfer of trust funds to cover fees, please contact us within 5 days of billing date.
If payment is received after the date shown on this statement, payment will be reflected on next statement.

*******************************************************************************

**PROFESSIONAL SERVICES RENDERED**                                                                   **Hours**

| | | | | |
|---|---|---|---|---|
| 10/04/16 | TMO | Review file. Review PACER regarding status of 10/19 hearing on Trustee's Motion to Sell McFarland Road property. Instructions to legal assistant. | 0.20 | $55.00 |
| 10/11/16 | TMO | Review file regarding McFarland Road property sale. Review PACER regarding status of Trustee's Motion to Sell McFarland Road property free and clear of Liens. Telephone conference with Mr. Wendling. Review and print email message from Mr. Wendling regarding check from Nusbaum Farms. Review file. Analysis of legal issues. Prepare and send email to Mr. Armstrong. Diary and calendar follow up. | 1.20 | $330.00 |

A late payment charge of 1 1/2% per month will be added to the balance due on regular and deferred amounts more than 30 days overdue.

Hutchinson Cox - PO Box 10886, Eugene, OR  97440          Phone: (541) 686-9160    FAX: (541) 343-8693

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/12/16 | TMO | Review and print email message from Ms. Wallen at AmeriTitle regarding McFarland Road property, with attached Request for Reconveyance and Indemnity. Review file. Review and respond to email message from Ms. Wallen. Leave detailed message for Ms. Haworth. Prepare and send email to Mr. Wendling and Ms. Haworth. Diary and calendar follow up. Preparation of file memo regarding sale of McFarland Road property. | 0.50 | $137.50 |
| 10/18/16 | TMO | Telephone conference with Mr. Huntsberger, Bankruptcy Trustee regarding sale of McFarland Road property. Review PACER regarding case status on Motion to Sell McFarland Road property. Review and print email message from Mr. Huntsberger regarding 10/19 hearing. Preparation for hearing on Trustee's Motion to Sell McFarland Road property. | 1.00 | $275.00 |
| 10/19/16 | PLS | Prepare for hearing on Notice and Motion for Intent to Sell Property. Travel and attend hearing at US Bankruptcy Court regarding approval of sale. Draft notes regarding follow up on approval of sale and proposed Order on Sale of Real Property. Discussion with attorney Orr on same. | 1.20 | $330.00 |
| 10/19/16 | TMO | Review file. Prepare and send email to Mr. Wendling regarding hearing Trustee's Motion to Sell McFarland Road property. Diary and calendar for follow up. Review and print email message from Mr. Huntsberger (Trustee) with attached Proposed Order Approving Sale of McFarland Road property. | 0.50 | $137.50 |
| 10/19/16 | TMO | Prepare and send email to Mr. Wendling regarding proposed Order Approving Sale of McFarland Road property. Review and print email message from Mr. Hoyt, attorney for buyers and from Mr. Scott, attorney for Joseph Boyer - both approving Order Approving Sale of McFarland Road property. Review and respond to email message from Mr. Huntsberger, Mr. Hoyt and Mr. Scott. Diary and calendar for follow up. | 0.40 | $110.00 |
| 10/20/16 | TMO | Review and print email message from US Trustee regarding sale of McFarland Road property. Telephone conference with Mr. Wendling regarding sale of McFarland Road property. Review and respond to email message from Bankruptcy Trustee regarding sale of McFarland Road property. Diary and calendar. Review and print email message from Mr. Wendling. | 0.50 | $137.50 |
| 10/20/16 | TMO | Review and print email message from Mr. Huntsberger regarding Acceptance by AmeriTitle of Bankruptcy Order Approving Sale of McFarland Road Property. Diary and calendar for follow up. Review and print email message from Ms. Wallen and AmeriTitle regarding sale of McFarland Road property. | 0.30 | $82.50 |
| 10/21/16 | TMO | Review and print email message from Bankruptcy Court regarding Order to Sell McFarland Road property. Review PACER. Print and review Minute Order. | 0.20 | $55.00 |

A late payment charge of 1 1/2% per month will be added to the balance due on regular and deferred amounts more than 30 days overdue.

Hutchinson Cox - PO Box 10886, Eugene, OR 97440      Phone: (541) 686-9160    FAX: (541) 343-8693

WENDLING JR., WILLIAM E.                                                                                         Page  3
Account No.:    11949
File No.:       12184A

                                                          **Total Professional Fees:**           $1,650.00
**Hourly Rate Information**
PLS         275.00
TMO         275.00

                                                          **Total Current Charges:**             $1,650.00

                                                          **Balance Brought Forward:**           $8,921.80

                                                          **Payment on Account:**                $0.00  cr

**TOTAL AMOUNT  DUE**                                                                            $10,571.80

 A late payment charge of 1 1/2% per month will be added to the balance due on regular and deferred amounts more than 30 days overdue.

 Hutchinson Cox - PO Box 10886, Eugene, OR  97440          Phone: (541) 686-9160    FAX: (541) 343-8693



Federal Tax ID #93-0740691

| | |
|---|---|
| | **If paying by VISA or Mastercard please call or complete this section** |
| Card No. | Exp. Date |
| Cardholder Name: | Amount to Pay: |
| Cardholder Address: | Zip Code: |

WILLIAM E. WENDLING JR.  
C/O COHEN GARELICK & GLAZIER, P.C.  
8888 KEYSTONE CROSSING BLVD., SUITE 800  
INDIANAPOLIS, IN  46240

Date: 12/05/2016  
Billed through: 11/30/2016  
Account No.: 11949  
Invoice No.: 126956  
Attorney: Thomas M. Orr  

**Payment due by the 25th**

Re: **Boyer Bankruptcy**  
File No.: 12184A

## TRUST ACCOUNT ACTIVITY

| | |
|---|---|
| Beginning Trust Account Balance: | $447.73 |
| **Ending Trust Account Balance:** | **$447.73** |

## REGULAR ACCOUNT ACTIVITY

| | | |
|---|---|---|
| Balance Brought Forward | | $10,571.80 |
| Services Rendered | $1,265.00 | |
| Costs Advanced | $0.00 | |
| Finance Charges | $0.00 | |
| Payment on Account | | $0.00 |
| **PLEASE PAY THIS AMOUNT UPON RECEIPT:** | | **$11,836.80** |

If you have questions regarding any transfer of trust funds to cover fees, please contact us within 5 days of billing date. If payment is received after the date shown on this statement, payment will be reflected on next statement.

*******************************************************************************

**PROFESSIONAL SERVICES RENDERED**                                    **Hours**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/01/16 | TMO | Review and print email message from Bankruptcy Court regarding Order Approving Sale of McFarland Road property. Review and print email message from Mr. Huntsberger, Bankruptcy Trustee regarding sale of McFarland Road property. | 0.30 | $82.50 |
| 11/02/16 | TMO | Review file. Leave detailed message for Ms. Wallen, AmeriTitle regarding closing of sale of McFarland Road Property. Prepare and send email to Ms. Wallen. Leave detailed message for Mr. Huntsberger, Bankruptcy Trustee regarding closing of sale of McFarland Road property. Telephone conference with attorney Huntsberger regarding case. Diary and calendar for follow up. | 0.60 | $165.00 |

A late payment charge of 1 1/2% per month will be added to the balance due on regular and deferred amounts more than 30 days overdue.

Hutchinson Cox - PO Box 10886, Eugene, OR  97440          Phone: (541) 686-9160    FAX: (541) 343-8693

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 11/04/16 | TMO | Review and print email message from Ms. Wallen at Amerititle regarding sale of McFarland Road property. | 0.10 | $27.50 |
| 11/10/16 | TMO | Telephone conference with attorney Hoyt, attorney for buyers of McFarland Road property regarding case. Review and print email message from Bankruptcy Trustee Mr. Huntsberger regarding McFarland Road property sale. Telephone conference with attorney Huntsberger regarding case. Review and print email message from Ms. Wallen, closing escrow agent regarding status of sale of McFarland Road property. | 0.40 | $110.00 |
| 11/10/16 | TMO | Review and print email message from Mr. Hoyt's legal assistant (attorney for buyers) regarding status of Sale of McFarland Road property. Diary and calendar for follow up. Review and print email message from Mr. Huntsberger. Review and print email message from Ms. Wallen. Prepare and send email to Mr. Wendling regarding status of sale of McFarland Road property. Review and print email message from Bill. | 0.40 | $110.00 |
| 11/14/16 | TMO | Review and print email message from Mr. Huntsberger, Bankruptcy Trustee regarding sale of McFarland Road property. Review and print email message from Mr. Hoyt, buyers' attorney, regarding McFarland Road property. | 0.20 | $55.00 |
| 11/15/16 | TMO | Review and print email message from Mr. Huntsberger, Bankruptcy Trustee, regarding extension of closing date for sale of McFarland Road property. Diary and calendar for follow up. Review and print email message from Ms. Wallen, escrow closer, and Mr. Huntsberger regarding McFarland Road property sale. | 0.40 | $110.00 |
| 11/16/16 | TMO | Review and print email message from Ms. Wallen, escrow closer, regarding sale of McFarland Road property. Leave detailed message for Ms. Wallen. Review and print email message from Ms. Wallen. Prepare and send email to Mr. Wendling. | 0.30 | $82.50 |
| 11/17/16 | TMO | Review file. Review and print email message from Tom Huntsberger, Bankruptcy Trustee, regarding sale of McFarland Rd Property. Telephone conference with client.  Leave detailed message for Ms. Haworth with attachment. Review and respond to email message from  Ms. Haworth. Instructions to legal assistant. Review and print email message from Ms. Haworth with instructions regarding payment of proceeds on McFarland Rd.  property to Mr. Wendling, receiver. | 0.90 | $247.50 |
| 11/18/16 | TMO | Prepare and send email to Ms. Wallen, closing escrow officer, regarding payment to Mr. Wendling of proceeds of sale for McFarland Rd. property. Instructions to legal assistant. Diary and calendar follow up. | 0.20 | $55.00 |
| 11/18/16 | TMO | Review and print email message from Ms. Hayward regarding payment instructions for closing of McFarland Rd. property (x2). | 0.40 | $110.00 |

A late payment charge of 1 1/2% per month will be added to the balance due on regular and deferred amounts more than 30 days overdue.

Hutchinson Cox - PO Box 10886, Eugene, OR  97440         Phone: (541) 686-9160    FAX: (541) 343-8693

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | Prepare and send email to Ms. Wallen, escrow closer, regarding same. Diary and calendar follow up. Review and print email message from Ms. Wallen regarding same. Preparation of file memo. |  |  |
| 11/30/16 | TMO | Telephone conference with Mr. Huntsberger, Bankruptcy Trustee regarding sale of McFarland Road property. Preparation of file memo. Review and print email message from Mr. Huntsberger. Review and print email message from Ms. Wallen, closing escrow for sale of McFarland Road property. | 0.40 | $110.00 |

|  |  |
|---|---|
| **Total Professional Fees:** | **$1,265.00** |

**Hourly Rate Information**

| | |
|---|---|
| TMO | 275.00 |

|  |  |
|---|---|
| **Total Current Charges:** | **$1,265.00** |
| **Balance Brought Forward:** | **$10,571.80** |
| **Payment on Account:** | **$0.00**  cr |
| **TOTAL AMOUNT  DUE** | **$11,836.80** |

A late payment charge of 1 1/2% per month will be added to the balance due on regular and deferred amounts more than 30 days overdue.

Hutchinson Cox - PO Box 10886, Eugene, OR  97440        Phone: (541) 686-9160    FAX: (541) 343-8693



| | | If paying by VISA or Mastercard please call or complete this section | |
|---|---|---|---|
| | | Card No. | Exp. Date |
| | | Cardholder Name: | Amount to Pay: |
| | | Cardholder Address: | Zip Code: |

Federal Tax ID #93-0740691

Date: 01/05/2017
Billed through: 12/31/2016
Account No.: 11949
Invoice No.: 127666
Attorney: Thomas M. Orr

WILLIAM E. WENDLING JR.
C/O COHEN GARELICK & GLAZIER, P.C.
8888 KEYSTONE CROSSING BLVD., SUITE 800
INDIANAPOLIS, IN  46240

**Payment due by the 25th**

**Re:** **Boyer Bankruptcy**
**File No.:** **12184A**

### TRUST ACCOUNT ACTIVITY

Beginning Trust Account Balance: $447.73

**Ending Trust Account Balance:** **$447.73**

### REGULAR ACCOUNT ACTIVITY

| | | |
|---|---|---|
| Balance Brought Forward | | $11,836.80 |
| Services Rendered | $814.90 | |
| Costs Advanced | $0.00 | |
| Finance Charges | $0.00 | |
| Payment on Account | | $8,921.80 |
| **PLEASE PAY THIS AMOUNT UPON RECEIPT:** | | **$3,729.90** |

If you have questions regarding any transfer of trust funds to cover fees, please contact us within 5 days of billing date.
If payment is received after the date shown on this statement, payment will be reflected on next statement.

*******************************************************************************

**PROFESSIONAL SERVICES RENDERED** **Hours**

| | | | | | |
|---|---|---|---|---|---|
| 12/01/16 | | TMO | Review and print email message from Ms. Wallen, escrow closing officer, with attachments regarding closing sale of McFarland Road property. Notate. Review and print email message from Ms. Wallen. Review and respond to email message from Ms. Wallen. Diary and calendar for follow up. | 0.50 | $137.50 |
| 12/08/16 | | TMO | Review and print email message from Mr. Huntsberger regarding status of sale of McFarland Road property. Review and print email message from Ms. Wallen regarding status of sale of McFarland Road property. Preparation of file memo. | 0.20 | $55.00 |

A late payment charge of 1 1/2% per month will be added to the balance due on regular and deferred amounts more than 30 days overdue.

Hutchinson Cox - PO Box 10886, Eugene, OR  97440     Phone: (541) 686-9160    FAX: (541) 343-8693

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/09/16 | TMO | Review and print email message from Ms. Wallen, closing escrow office regarding sale of McFarland Road property. | 0.10 | $27.50 |
| 12/12/16 | TMO | Review file. Prepare and send email to Mr. Wendling regarding receipt of sales proceeds regarding McFarland Road property. Diary and calendar for follow up. Review and print email message from Ms. Haworth regarding sale proceeds from McFarland Road property. | 0.30 | $82.50 |
| 12/15/16 | TMO | Review and print email message from Mr. Huntsberger regarding amending Proof of Claim following sale of McFarland Road property. Review and respond to email message from Mr. Huntsberger regarding amending Proof of Claim following sale of McFarland Road property. Prepare and send email to Mr. Wendling regarding Amended Proof of Claim. Review and print email message from Ms. Haworth regarding data for Amended Proof of Claim. Draft Amended Proof of Claim. Instructions to legal assistant. | 0.70 | $192.50 |
| 12/16/16 | TMO | Review and print email message from Ms. Haworth, regarding Amended Proof of Claim. Instructions to legal assistant. Review and print email message from Bankruptcy Court. Review PACER. Print and review Trustee's Summary regarding Sale of McFarland Road Property. Analysis of legal issues regarding Amended Proof of Claim. Prepare and send email to Mr. Huntsberger regarding Amended Proof of Claim. | 0.60 | $165.00 |
| 12/16/16 | TMO | Review and print email message from Mr. Huntsberger, Trustee regarding Amended Proof of Claim. Instructions to legal assistant. | 0.20 | $55.00 |
| 12/19/16 | TMO | Review and print email message from Ms. Haworth regarding data for Amended Proof of Claim. Instructions to legal assistant regarding Amended Proof of Claim. | 0.20 | $55.00 |
| 12/19/16 | LM | Prepare Amended Proof of Claim. Send email to William Wendling. | 0.30 | $17.40 |
| 12/21/16 | TMO | Review and print email message from Mr. Wendling regarding Amended Proof of Claim. Instructions to legal assistant. | 0.10 | $27.50 |

**Total Professional Fees:**     $814.90

**Hourly Rate Information**
LM        58.00
TMO      275.00

**Total Current Charges:**     $814.90

**Balance Brought Forward:**     $11,836.80

**Payment on Account:**     $8,921.80 cr

A late payment charge of 1 1/2% per month will be added to the balance due on regular and deferred amounts more than 30 days overdue.

Hutchinson Cox - PO Box 10886, Eugene, OR 97440      Phone: (541) 686-9160    FAX: (541) 343-8693

**TOTAL AMOUNT  DUE**                                                                            $3,729.90

A late payment charge of 1 1/2% per month will be added to the balance due on regular and deferred amounts more than 30 days overdue.

Hutchinson Cox - PO Box 10886, Eugene, OR  97440         Phone: (541) 686-9160    FAX: (541) 343-8693