US SEC v Veros Partners, Inc., et al

USDC Southern IN, Case No. 1:15-cv-00659-JMS-DJM

**EXHIBIT F**

*David R. Krebs, Hester Baker Krebs*

**Quarter Period: 10/1/16 - 12/31/16**

*Bankruptcy Counsel for Receiver*

**Per Order dated 9/14/16 - Doc. No. 275**

Last Updated: 1/25/2017
By: agh

| Description | Fees | Expenses | Total Due | Invoice No. | Invoice time period | SEC Receivership - Quarter Period | Note: |
|---|---|---|---|---|---|---|---|
| | | | | | | | To be submitted with Receiver's 2016 4th quarter fee app |
| Cherry Farms Private Placement | $812.50 | $0.00 | $812.50 | 999 | 10/31/2016 | 2016 -4th quarter | |
| Cherry Farms Private Placement and RJW Williams Farms | $2,957.50 | $0.00 | $2,957.50 | | 11/30/2016 | | |
| | | | $0.00 | | 12/31/2016 | | |
| **Totals:** | **$3,770.00** | **$0.00** | **$3,770.00** | | | | |
| **Total Fees and Expenses:** | | | **$3,770.00** | | | | |

**Cherry Farms** Legal Activity: Business Operations
**RJW Williams Farms** Legal Activity: Asset Analysis and Recovery



One Indiana Square, Suite 1600 Indianapolis, IN 46204
317-833-3030

11-01-2016

**William E. Wendling, Jr.**
Veros - Cherry Farms
Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing Blvd., Suite 800 Indianapolis, IN
46240-4636

**Invoice Number: 1020**
Invoice Period: 10-04-2016 - 10-31-2016

**RE: Receivership Matters**
**Legal Activity: 003 Business Operations**

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10-04-2016 | JJA | Spoke to counsel on the phone. | 0.200 | 250.00 | No Charge |
| 10-04-2016 | DRK | Telephone conference Richardson re Cherry Farms issues | 0.200 | 325.00 | 65.00 |
| 10-06-2016 | DRK | Review additional documents from receiver; research lis pendens issue; e-mail exchange w/ Wendling/Poindexter re equity in real estate/ encumbering equity for investors | 1.000 | 325.00 | 325.00 |
| 10-08-2016 | DRK | E-mail exchanges Wendling/Poindexter re requesting mortgage from Cherry Farms; draft e-mail to McNeely/Richardson | 0.300 | 325.00 | 97.50 |
| 10-10-2016 | DRK | E-mail McNeely & Richardson w/ request for mortgage; e-mail exchange client re crop liens/ tenant harvesting crop | 0.300 | 325.00 | 97.50 |
| 10-25-2016 | DRK | E-mail exchange Wendling re response of Richardson to request for mortgages/options; e-mail Richardson re status of request/providing additional information supporting Cherry Farms proposal | 0.500 | 325.00 | 162.50 |
| 10-28-2016 | DRK | Follow up e-mail exchange Richardson re Cherry Farms issues/mortgages/financial information/ operations | 0.200 | 325.00 | 65.00 |
| | | | | **Total Fees** | 812.50 |

## Time Summary

| Professional | Hours | Rate | Amount |
|---|---:|---:|---:|
| DRK | 2.500 | 325.00 | 812.50 |
| JJA | 0.200 | 0.00 | 0.00 |
| | | **Total Fees** | 812.50 |

**Legal Activity:  003 Business Operations  2.7  $812.50**

| | | |
|---|---:|---:|
| | **Total for this Invoice** | 812.50 |
| | **Total Balance Due for Matter** | 4,290.00 |

# Matter Statement of Account

As Of 11-18-2016

| Matter | Balance Due |
|---|---|
| Receivership Matters | 4,290.00 |
| **Total Balance Due for Matter** | **4,290.00** |

## Receivership Matters

### Transactions

| Date | Transaction | Applied | Invoice | Amount |
|---|---|---|---|---|
| 10-05-2016 | Previous Balance | | | 3,477.50 |
| 11-01-2016 | Invoice 1020 | | | 812.50 |
| | | | **Balance** | **4,290.00** |

### Open Invoices and Credits

| Date | Transaction | Amount | Applied | Balance |
|---|---|---|---|---|
| 10-05-2016 | Invoice 877 | 3,477.50 | | 3,477.50 |
| 11-01-2016 | Invoice 1020 | 812.50 | | 812.50 |
| | | | **Balance** | **4,290.00** |



One Indiana Square, Suite 1600
Indianapolis, IN 46204
317-833-3030

**William E. Wendling, Jr.**
Veros - Cherry Farms
Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing Blvd., Suite 800
Indianapolis, IN 46240-4636

01-04-2017

**Invoice Number: 1236**
Invoice Period: 11-03-2016 - 12-31-2016

**RE: Receivership Matters**

**Legal Activity:**
001 Asset Analysis and Recovery
003 Business Operations

## Time Details

| Date | Professional | Legal Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11-03-2016 | DRK | 003 | Conference Richardson re Cherry Farms finances/investor claims/subpoenas/pending issues | 1.000 | 325.00 | 325.00 |
| 11-08-2016 | DRK | 003 | E-mail/telephone conferenceWendling/ Poindexter re meeting w/ Richardson/options; e-mail Richardson re follow up to meeting | 0.700 | 325.00 | 227.50 |
| 11-10-2016 | DRK | 003 | E-mail Wendling/e-mail exchange Poindexter/ e-mail Richardson re discovery/Cherry Farms issues | 0.400 | 325.00 | 130.00 |
| 11-18-2016 | DRK | 003 0.5<br>001 0.5 | Review Williams Farm bankruptcy schedules/ SOFA; telephone conference Wendling re Williams Bankruptcy/Cherry Farms insolvency issues | 1.000 | 325.00 | 325.00 |
| 11-28-2016 | DRK | 001 | E-mail client re First Financial/Williams bankruptcy issues; review documents re Williams bankruptcy/priority of claims | 0.500 | 325.00 | 162.50 |
| 11-29-2016 | DRK | 003 | Telephone conference Hodson/Hile re Cherry Farms leases to tenant/liquidation analysis/ discovery; e-mail Wending/Poindexter re same | 0.500 | 325.00 | 162.50 |
| 11-30-2016 | DRK | 001 0.8 | Review stay relief motion/attachments by First Security in Williams bankruptcy; review UCC search/related documents; telephone conference Wendling/Wilson (attorney for First Farmers); | 1.000 | 325.00 | 325.00 |

| Date | Professional | Legal Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | 003 0.2 | follow up e-mail exchange Hodson re Cherry Farms tenant | | | |
| 12-13-2016 | DRK | 001 | Telephone to Wilson re Williams Farms bankruptcy/creditor meeting; review Williams Farms bankruptcy docket | 0.500 | 325.00 | 162.50 |
| 12-15-2016 | DRK | 001 | Follow up telephone call to Wilson re Williams creditor meeting | 0.200 | 325.00 | 65.00 |
| 12-18-2016 | DRK | 001 | Review First Farmers documents/Williams bankruptcy financial information | 0.800 | 325.00 | 260.00 |
| 12-28-2016 | DRK | 001 1.0 003 0.5 | Telephone conferences Wilson (trustee in RJW bankruptcy)/Wendling re RJW issues/status/lien priority issues; telephone conference Wendling Cherry Farms issues; prepare motion for admission to Bankruptcy Court Central District Illinois re RJW bankruptcy; review First Farmers Bank documents | 1.500 | 325.00 | 487.50 |
| 12-30-2016 | DRK | 001 | Review RJW settlement documents/further review of FFB loan documents | 1.000 | 325.00 | 325.00 |
| | | | | **Total Fees** | | 2,957.50 |

## Time Summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| DRK | 9.100 | 325.00 | 2,957.50 |
| | | **Total Fees** | 2,957.50 |

**Legal Activity Reconciliation:**

**001 Asset Analysis and Recovery   5.3 hours   $1,722.50**

**003 Business Operations   3.8 hours       $1,235.00**

| | |
|---|---|
| Total for this Invoice | 2,957.50 |
| Total Balance Due for Matter | 3,770.00 |

# Matter Statement of Account

As Of 01-11-2017

| Matter | Invoices / Credits | Trust | Balance Due |
|---|---|---|---|
| Receivership Matters | 3,770.00 | | 3,770.00 |
| | **Total Balance Due for Matter** | | **3,770.00** |

## Receivership Matters

### Transactions

| Date | Transaction | Applied | Invoice | Amount |
|---|---|---|---|---|
| 11-01-2016 | Previous Balance | | | 4,290.00 |
| 12-23-2016 | Payment Received - Reference #1026 | | | (3,477.50) |
| 12-23-2016 | Payment Applied | 3,477.50 | 877 | |
| 01-04-2017 | Invoice 1236 | | | 2,957.50 |
| | | | **Balance** | **3,770.00** |

### Open Invoices and Credits

| Date | Transaction | Amount | Applied | Balance |
|---|---|---|---|---|
| 11-01-2016 | Invoice 1020 | 812.50 | | 812.50 |
| 01-04-2017 | Invoice 1236 | 2,957.50 | | 2,957.50 |
| | | | **Balance** | **3,770.00** |