US SEC v Veros Partners, Inc., et al
USDC Southern IN, Case No. 1:15-cv-00659-JMS-DJM

# EXHIBIT C

Last updated: 4/5/2017

***Anne Hensley Poindexter, Altman Poindexter & Wyatt LLC***
***Counsel for Receiver***

**Quarter Period: 01/01/17 - 03/31/17**

By: agh

| Legal Activity | Fees | Expenses | Total Due | Invoice No. | Invoice time period | SEC Receivership - Quarter Period | Note: |
|---|---|---|---|---|---|---|---|
| Asset Analysis & Recovery-001 | $1,237.50 | $0.00 | $1,237.50 | 1322 | Jan-March 2017 | 2017 - 1st quarter | To be submitted with Receiver's 2017 1st quarter (8th) fee app |
| Asset Disposition-002 | $17,535.00 | $39.60 | $17,574.60 | 1323 | | | |
| Business Operations-003 | $467.50 | $0.00 | $467.50 | 1324 | | | |
| Case Administration-004 | $725.00 | $0.00 | $725.00 | 1325 | | | |
| Accounting/Auditing-007 | $0.00 | $0.00 | $0.00 | | | | |
| **Totals:** | **$19,965.00** | **$39.60** | **$20,004.60** | | | | |
| **Total Fees and Expenses:** | | | **$20,004.60** | | | | |

Altman, Poindexter & Wyatt LLC

75 Executive Drive, Suite G
Carmel, Indiana 46032
Phone: 317-350-1000
Email: apw@apwlawyer.com
www.apwlawyer.com

# INVOICE

Invoice # 1322
Date: 04/04/2017
Due On: 04/25/2017

**EXHIBIT C-1**

William E. Wendling, Jr.
Cohen Garelick & Glazier 8888 Keystone Crossing, Suite 800
Indianapolis, IN 46240

## 1605-00247/SEC v. Veros, et al - Asset Analysis and Recovery

## SEC v. Veros, et al - Asset Analysis and Recovery

| Type | Date | Attorney | Description | Time | Total |
|---|---|---|---|---|---|
| Service | 01/04/2017 | AHP | Private Placement: Email from Bill, receive and review revised Stadiumred agreement, email to Gareth re same, email to Hamish, review other emails | 0.90 | $247.50 |
| Service | 01/06/2017 | AHP | Private Placment: Conference with SEC re: outstanding issues, call with Bill, email from Melissa, attempt to contact Hamish re BCG | 1.50 | $412.50 |
| Service | 01/10/2017 | AHP | Private Placement: Emails to and from Bill on Stadiumred, BCG and other matters, email from and to Hamish, email to Bill | 0.60 | $165.00 |
| Service | 02/22/2017 | AHP | Collections: Call from Bill re: Williams, review emails, email to Krebs re: bankruptcy issues | 0.50 | $137.50 |
| Service | 03/03/2017 | AHP | Private Placement: Email from Stadium Red counsel, email to SEC, call with SEC, calls with Receiver, email response | 0.80 | $220.00 |
| Service | 03/16/2017 | AHP | Collections: Review email and correspondence re: Williams bankruptcy, email to Bill | 0.20 | $55.00 |

**AHP Total Hours 4.5** **Total** **$1,237.50**

# Detailed Statement of Account

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1322 | 04/25/2017 | $1,237.50 | $0.00 | $1,237.50 |
| | | | **Outstanding Balance** | **$1,237.50** |
| | | | **Total Amount Outstanding** | **$1,237.50** |



# Altman, Poindexter & Wyatt LLC

# INVOICE

Invoice # 1323
Date: 04/04/2017
Due On: 04/25/2017

75 Executive Drive, Suite G
Carmel, Indiana 46032
Phone: 317-350-1000
Email: apw@apwlawyer.com
www.apwlawyer.com

**EXHIBIT C-2**

William E. Wendling, Jr.
Cohen Garelick & Glazier 8888 Keystone Crossing, Suite 800
Indianapolis, IN 46240

## 1605-00248/SEC v. Veros, et al. - Asset Disposition

## SEC v. Veros, et al. - Asset Disposition

| Type | Date | Attorney | Description | Time | Total |
|---|---|---|---|---|---|
| Service | 01/03/2017 | CB-Paralegal | Private Placement: review emails from A. Haworth; revise Rockdale motion; email to A. Poindexter regarding same; review email from A. Poindexter re: Stadiumred; note instructions; email Motion to Transfer Stadiumred to SEC for review; | 0.50 | $62.50 |
| Service | 01/06/2017 | CB-Paralegal | Private Placement: Finalize Rockdale motion and order; e-file same. | 0.50 | $62.50 |
| Service | 01/06/2017 | AHP | Private Placement: Email from Hamish, message to Bill and followup re: BCG, Email from Melissa, pull motion, reply, email to Bill re: financial info needed to finalize motion | 0.40 | $110.00 |
| Service | 01/09/2017 | AHP | Private Placement: Review updated BCG motion and order, emails to Hamish and Melissa, review proposed emails | 0.90 | $247.50 |
| Service | 01/09/2017 | CB-Paralegal | Private Placement: Revisions to proposed responses to emails. | 0.40 | $50.00 |
| Service | 01/13/2017 | AHP | Private Placement: Receive and respond to emails, feedback to Bill, emails to and from JT re: additional attempts to contact Hamish re BCG issues and upcoming hearing | 1.20 | $330.00 |
| Service | 01/16/2017 | AHP | Private Placement: Receive and review emails from Hamish re: BCG, Emails and Motions, and other draft documents from Bill Re Cherry Farms, Kuhl re: Rockdale | 1.70 | $467.50 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 01/17/2017 | CB-Paralegal | Private Placement: Review email from R. Moye; email to W. Wendling regarding filing of Stadiumred motion; finalize motion for filing. E-file motion. | 0.60 | $75.00 |
| Service | 01/17/2017 | AHP | Private Placements: emails from and to Hamish, emails from and to SEC, instructions to staff re: file Rockdale Motion,multiple emails to and from SEC re position on draft motions, instrucitons to staff re: file Cherry Farms | 0.90 | $247.50 |
| Service | 01/18/2017 | AHP | Private Placement: Review emails and revised attachments re: Cherry Farms petition, review materials re: tax issues related to qualified settlement fund | 0.50 | $137.50 |
| Service | 01/18/2017 | AHP | Private Placement: Receive Order re transfer of Stadium Red, follow up emails | 0.20 | $55.00 |
| Service | 01/18/2017 | AHP | Private Placement: Emails to and from Hamish and Melissa related to BCG deal and document preparation | 0.30 | $82.50 |
| Service | 01/24/2017 | CB-Paralegal | Private Placement: Review emails and draft Cherry Farms motions, order, and exhibits; conference with A. Poindexter; revise motions, exhibits and orders and finalize for filing. | 1.90 | $237.50 |
| Service | 01/24/2017 | AHP | Private Placement: Call from Bill, emails, revisions to Cherry Farms motions and instructions to Cari, emails to and from Bill | 1.70 | $467.50 |
| Expense | 01/24/2017 | CB-Paralegal | Reimbursable expense: Copies | 1.00 | $10.95 |
| Service | 01/25/2017 | CB-Paralegal | Private Placement: E-file Motions to Transfer Cherry Farms loans (5). | 0.60 | $75.00 |
| Service | 01/25/2017 | AHP | Private Placement: Call with Bill re: BCG deal issues, multiple emails from and to Hamish, call with Bill re; Flat 12 issues, multiple emails re same, finalize Cherry Farm filings | 1.20 | $330.00 |
| Service | 01/27/2017 | CB-Paralegal | Private Placement: Review court filing emails and download pleadings. | 0.50 | $62.50 |
| Service | 01/27/2017 | CB-Paralegal | Supervision: Prepare notebook regarding VFLH and FGC interim distribution hearing. | 0.70 | $87.50 |
| Service | 01/27/2017 | AHP | Private Placement: Emails to and from Bill re: requested Cherry Farms info, email to Hamish, receive Cherry Farms orders, followup with Bill, emails re: BCG motion, related items | 0.90 | $247.50 |
| Expense | 01/27/2017 | CB-Paralegal | Reimbursable expense: Copies | 1.00 | $28.65 |
| Service | 01/28/2017 | AHP | Private Placement: Review Flat 12 Operating agreement and email from Bill re: disposition, prepare for conference call,, review Cherry Farms Loan Administration Agreement re: transfer issue, email to Bill | 0.70 | $192.50 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 01/29/2017 | AHP | Private Placement: Emails with Bill re: Stadiumred and Cherry transfer issues, pull confidential definitions from uniform protective order and email to Hamish as suggested language to move BCG issue along, follow up with Bill | 0.60 | $165.00 |
| Service | 01/30/2017 | AHP | Private Placement: Emails from Bill, review revised assignment and discuss same, receive additional attachments from Anita, Call with Stadiumred investor counsel, prep for Flat12 conference call | 1.30 | $357.50 |
| Service | 01/30/2017 | AHP | Private Placement: Flat 12 conference calls and follow up emails | 0.80 | $220.00 |
| Service | 01/31/2017 | AHP | Supervision: Conference call with SEC re: hearing, followup with Bill; call Scott Adams, conference with Bill, emails re: same, attempt to return call to Adams | 2.40 | $660.00 |
| Service | 02/01/2017 | AHP | Private Placement: Calls with Scott Adams re: Broker Dealer, call with Bill; multiple emails to and from Hamish, review BCG documents, instructions to staff re: same; email and review of motion, followup with Bill | 2.40 | $660.00 |
| Service | 02/03/2017 | AHP | Private Placement: Email from and to NY counsel re: Stadiumred, emails to and from Bill, brief conference to review and sign Stadiumred assignment and BCG paperwork, | 0.50 | $137.50 |
| Service | 02/04/2017 | AHP | Private Placement: Email to and from Bill, send Stadiumred assignment executed by Bill to Investor NY counsel | 0.20 | $55.00 |
| Service | 02/06/2017 | CB-Paralegal | Private Placement: revise and redline changes to Blue Crop Group motion. | 0.40 | $50.00 |
| Service | 02/06/2017 | AHP | Private Placement: Brief conference with Bill, revise BCG motion, emails from SEC, email from NY counsel re: Stadiumred requests, email to Anita re: same | 0.60 | $165.00 |
| Service | 02/06/2017 | AHP | Supervision: To Blue offices for meeting with JT and Bill re; hearing prep | 2.90 | $797.50 |
| Service | 02/07/2017 | CB-Paralegal | Private Placement: Review email from A. Poindexter and counsel for Stadiumred; note instructions; | 0.70 | $87.50 |
| Service | 02/07/2017 | AHP | Supervision: Outline for hearing on Investor objection, notes re: same, email to Bill | 2.50 | $687.50 |
| Service | 02/08/2017 | AHP | Supervision: Final preparation, conference with Bill and attend hearing on FGC distribution/investor objection | 3.50 | $962.50 |
| Service | 02/09/2017 | CB-Paralegal | Private Placement: Review emails regarding Blue Crop Group motion and Senefeld-Risinger motion; attention to file regarding same. | 0.40 | $50.00 |
| Service | 02/09/2017 | AHP | Private Placement: Conference with Bill, email from and to Scott re: Broker dealer, email to Bill and Anita | 0.40 | $110.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 02/10/2017 | CB-Paralegal | Private Placement: Revise and finalize motion on Senefeld-Risinger loan and proposed order; e-file same. | 0.30 | $37.50 |
| Service | 02/10/2017 | AHP | Private Placement: Multiple emails to and from Bill, Hamish and Melissa to finalize Motion, approve filing and confirm receipt of funds in escrow; emails to and from Bill, email to Hamish re: further documents re: transfer and concerns/sensitivity re: lease payments etc.; emails from and to Bill re: Stadiumred, call with NY counsel for investors, multiple emails from Bill re: security information requested; review re: potential transfer issues | 2.10 | $577.50 |
| Service | 02/13/2017 | CB-Paralegal | Private Placement: Review emails; conference with A. Poindexter; finalize Blue Crop Group motion and exhibits; E-file motion and order. | 0.90 | $112.50 |
| Service | 02/13/2017 | AHP | Private Placement: Conference call with AUSA, FBI and Receiver re: Cherry investigation | 0.40 | $110.00 |
| Service | 02/14/2017 | AHP | Private Placement: Emails from and to Receiver, review life insurance information, email to NY investor Counsel re: Stadiumred security; extended call with Receiver | 0.30 | $82.50 |
| Service | 02/14/2017 | AHP | Supervision: email to Cohen re: discussion of FGC transfer to investors | 0.40 | $110.00 |
| Service | 02/15/2017 | CB-Paralegal | Private Placement: Revise and redline Veros Cherry Farms LLC Promissory Note in Favor of David Moroknek; email to A. Poindexter. | 0.50 | $62.50 |
| Service | 02/15/2017 | AHP | Private Placement: Review and revise Cherry individual loan assignment agreement, email to and form Bill, email to Hamish; emails from and to Melissa re; BCG motion and status | 0.70 | $192.50 |
| Service | 02/15/2017 | AHP | Private Placement: Emails and discussions re; bank claims and Veros issues vs. SEC priority; Broker-Dealer Veros fee issue, instructions re: same | 0.40 | $110.00 |
| Service | 02/16/2017 | AHP | Private Placement: Email from Melissa re; BCG, email to Receiver,call from Receiver, review assignment and escrow agreement, follow up email re: same | 0.50 | $137.50 |
| Service | 02/16/2017 | AHP | Private Placement: Call with Hamish re: BCG followup and more; conference with Bill, emails re: Cherry Farms and forward documents and emails to Hamish | 1.10 | $302.50 |
| Service | 02/17/2017 | AHP | Private Placement: Review potential transfer example documents, email to Hamish re: use for BCG, call from JT re; phase II letters to investors, emails from and to JT and Bill, email from Melissa re; BCG | 1.30 | $357.50 |
| Service | 02/18/2017 | AHP | Private Placement: Email from Investor, emails to and from Receiver re: Veros Investments check concerns | 0.30 | $82.50 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 02/20/2017 | AHP | Private Placements: Review emails re: Broker Dealer distribution issues, email to counsel re dispute, respond to Casselman email | 0.30 | $82.50 |
| Service | 02/21/2017 | CB-Paralegal | Collections: Review and redline Veros Phase II correspondence. | 0.40 | $50.00 |
| Service | 02/21/2017 | AHP | Private Placement: Review and revise Phase II letter, email to Bill, emails re distributions, vm from JT, email to Anita and JT re; distribution and production of phase II letters, emails from and to Bill | 1.40 | $385.00 |
| Service | 02/22/2017 | AHP | Private Placement: Conference call with Bill and JT, email to SEC, emails from JT re: phase II letter and distribution | 1.10 | $302.50 |
| Service | 02/22/2017 | AHP | Collections: Emails re: Williams bankruptcy issues | 0.30 | $82.50 |
| Service | 02/23/2017 | AHP | Private Placement: Followup, emails and work on Phase II distribution letters | 0.50 | $137.50 |
| Service | 02/24/2017 | AHP | Private Placement: Monitor production and distribution of phase II letters, review replies received, emails to and from Bill | 0.40 | $110.00 |
| Service | 02/27/2017 | AHP | Private Placement: Emails from Receiver and investors, email from JT, followup on Cherry Farm review of documents for transfer and Stadium Red, emails re: same | 0.50 | $137.50 |
| Service | 02/28/2017 | AHP | Collections: call with Receiver and David Krebs re: Williams issues, follow up call with Bill | 0.70 | $192.50 |
| Service | 02/28/2017 | AHP | Private Placements: review and edit notice to investors | 0.20 | $55.00 |
| Service | 03/02/2017 | AHP | Private Placement: Call with Receiver, review status of Cherry, Stadiumred and Blue Crop Group Transfers, notes re: same | 0.80 | $220.00 |
| Service | 03/02/2017 | AHP | Supervision: Call with Receiver, review status potential FarmGrowCap transfer, notes re: same | 0.50 | $137.50 |
| Service | 03/06/2017 | AHP | Supervision: Call with Bill re: planning for overall disposition of assets and termination of receivership | 0.40 | $110.00 |
| Service | 03/08/2017 | AHP | Private Placements: Conference with Bill, email from NY counsel re: Stadium red transfer | 1.50 | $412.50 |
| Service | 03/10/2017 | AHP | Supervision: Call with Receiver re: wind down plan and related issues, emails to/from and with SEC | 0.40 | $110.00 |
| Service | 03/11/2017 | AHP | Private Placements: Email from Receiver with Haab signature,reply to Receiver, email to NY Stadium Red investor counsel, instructions to staff | 0.30 | $82.50 |
| Service | 03/13/2017 | AHP | Supervision: Conference call with Receiver and SEC re; Windup and planning | 0.80 | $220.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 03/14/2017 | AHP | Private Placements: Conference with Bil re; various transitions matters, emails re: fees to Matt and others, send note and emaill, email to Kevin, email from Krebs, call with Krebs, email to Kevin and others re; Cherry transitions | 1.30 | $357.50 |
| Service | 03/17/2017 | AHP | Private Placements: Call with Receiver, notes re: Cherry Farms and BCG | 0.30 | $82.50 |
| Service | 03/20/2017 | CB-Paralegal | Private Placement: revise and finalize motion to distribute 1/2 of broker-dealer fee to MainSource bank on Senefeld-Risinger private placement; email to SEC and MainSource Bank for review. | 0.40 | $50.00 |
| Service | 03/20/2017 | AHP | Private Placements: Finalize motion re: distribution of Broker Dealer fee motoin re: MainSource, emails from SEC and Mainsource counsel, reply and instructions to staff | 0.50 | $137.50 |
| Service | 03/21/2017 | CB-Paralegal | Private Placements: Conference with A. Poindexter regarding Cherry Farms LLC Assignments of Loan Administration Agreement; revisions to same. | 0.80 | $100.00 |
| Service | 03/21/2017 | CB-Paralegal | Private Placements: Review emails from SEC and MainSource re motion to distribute on Senefeld-Risinger loan; conference with A. Poindexter; note instructions; finalize and file motion and proposed order. | 0.30 | $37.50 |
| Service | 03/21/2017 | AHP | Private Placement: Conference call with Kevin Tretter and David Hatchett re; Cherry Farms, call from Krebs, notes to file, instructions to staff re: Cherry Farms document revisions | 0.80 | $220.00 |
| Service | 03/21/2017 | AHP | Private Placements: Followup with staff re: Broker dealer filing and instructions re: same | 0.20 | $55.00 |
| Service | 03/21/2017 | AHP | Collections: extended call with Receiver re: followup and on Williams | 0.50 | $137.50 |
| Service | 03/22/2017 | CB-Paralegal | Private Placements - Work on Cherry Farms assignment documents. | 0.70 | $87.50 |
| Service | 03/22/2017 | AHP | Private Placements: Conference with Bill re; BCG and Cherry issues; finalize assignment changes, review operating agreement from Kevin | 0.60 | $165.00 |
| Service | 03/22/2017 | AHP | Collections: Emails re: Williams and related issues, brief discussion with Bill | 0.40 | $110.00 |
| Service | 03/23/2017 | CB-Paralegal | Private Placements - Continued work on Cherry Farms assignments; emails with Receiver regarding individual loans; telephone conference with A. Haworth. | 1.30 | $162.50 |
| Service | 03/23/2017 | AHP | Private Placements: Multiple emails from Bill, vm from Brian Christ, review email re: tax issue related to Flat 12, return call to Brian | 0.80 | $220.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 03/23/2017 | AHP | Private Placements: Review revised Cherry Farms assignments, emails to Kevin, David and Bill | 0.60 | $165.00 |
| Service | 03/24/2017 | CB-Paralegal | Private Placements - Additional work on Cherry Farms Assignments for individual loans. | 0.60 | $75.00 |
| Service | 03/24/2017 | AHP | Private Placements: Revisions to individual Cherry Farms loan assignment documents, email to Kevin and David, email to Receiver | 0.60 | $165.00 |
| Service | 03/26/2017 | AHP | Private Placements: Review investor email, emails from Bill and Anita re; distribution, pull language and reply to Bill | 0.60 | $165.00 |
| Service | 03/26/2017 | AHP | Private Placements: Emails with Bill re: Cherry transfer, email to David Hatchet, emails and attachments to David Krebs | 0.40 | $110.00 |
| Service | 03/27/2017 | AHP | Private Placements: Multiple emails from Bill, email to Cari, revise Cherry Farm assignment documents per Hatchett requests | 0.60 | $165.00 |
| Service | 03/28/2017 | CB-Paralegal | Private Placements: Additional revisions to Cherry Farms assignments. | 0.70 | $87.50 |
| Service | 03/28/2017 | AHP | Private Placements - multiple emails to and from Receiver and investors re: Cherry and other investments to be transferred | 0.40 | $110.00 |
| Service | 03/29/2017 | CB-Paralegal | Private Placements - Additional work on Cherry Farms assignments. | 0.60 | $75.00 |
| Service | 03/29/2017 | AHP | Private Placements: Emails from Bill, email/ call with Conway re: BCG transfer, revision to Cherry documents and email same | 1.10 | $302.50 |
| Service | 03/30/2017 | CB-Paralegal | Collections - Review emails from A. Haworth regarding Rosentreter loans; review file regarding same. | 0.30 | $37.50 |
| Service | 03/31/2017 | CB-Paralegal | Private Placements - Revise and redline Blue Crop Group Terminations of IAA Agreements | 0.40 | $50.00 |
| Service | 03/31/2017 | AHP | Private Placements: Email from Hatchett re; Cherry farms language issues, email to and from Bill, email to Hatchett, followup with Bill and instrucitons to staff | 0.40 | $110.00 |
| Service | 03/31/2017 | CB-Paralegal | Private Placements - Additional revisions to Cherry Farms Assignments. | 0.80 | $100.00 |

**Total Hours: AHP 56.4 hours $15,510.00**
**CWB 16.2 hours $ 2,025.00**

**Total $17,574.60**

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1323 | 04/25/2017 | $17,574.60 | $0.00 | $17,574.60 |
| | | | **Outstanding Balance** | **$17,574.60** |
| | | | **Total Amount Outstanding** | **$17,574.60** |



Altman, Poindexter & Wyatt LLC

# INVOICE

Invoice # 1324
Date: 04/04/2017
Due On: 04/25/2017

75 Executive Drive, Suite G
Carmel, Indiana 46032
Phone: 317-350-1000
Email: apw@apwlawyer.com
www.apwlawyer.com

**EXHIBIT C-3**

William E. Wendling, Jr.
Cohen Garelick & Glazier 8888 Keystone Crossing, Suite 800
Indianapolis, IN 46240

## 1605-00249/SEC v. Veros, et al. - Business Operations

## SEC v. Veros, et al. - Business Operations

| Type | Date | Attorney | Description | Time | Total |
|---|---|---|---|---|---|
| Service | 02/18/2017 | AHP | Supervision: Multiple emails from Receiver and accountants re; tax preparation status, review spreadsheet re: K-1s | 0.30 | $82.50 |
| Service | 03/01/2017 | AHP | Supervision: Review Motion, conference call with SEC, emails from Receiver | 1.40 | $385.00 |

AHP total hours 1.70 — **Total** **$467.50**

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1324 | 04/25/2017 | $467.50 | $0.00 | $467.50 |

**Outstanding Balance** **$467.50**

**Total Amount Outstanding** **$467.50**

# Altman, Poindexter & Wyatt LLC

75 Executive Drive, Suite G
Carmel, Indiana 46032
Phone: 317-350-1000
Email: apw@apwlawyer.com
www.apwlawyer.com

**INVOICE**

Invoice # 1325
Date: 04/04/2017
Due On: 04/25/2017

**EXHIBIT C-4**

William E. Wendling, Jr.
Cohen Garelick & Glazier 8888 Keystone Crossing, Suite 800
Indianapolis, IN 46240

## 1605-00250/SEC v. Veros, et al. - Case Administration

## SEC v. Veros, et al. - Case Administration

| Type | Date | Attorney | Description | Time | Total |
|---|---|---|---|---|---|
| Service | 01/31/2017 | CB-Paralegal | Supervision: Revise and redline Receiver's Seventh Interim Report and email to W. Wendling. | 0.80 | $100.00 |
| Service | 02/02/2017 | CB-Paralegal | Supervision: Finalize and file Receiver's Motion for Enlargement of Time to File Quarterly Status Report and proposed Order thereon. Conference with A. Poindexter; draft notice to court of investor objection and prepare exhibit thereon; email to SEC and W. Wendling for review. Finalize and file notice. | 0.80 | $100.00 |
| Service | 02/09/2017 | AHP | Supervision: Conference with Bill re: Court order and report on wind up, pull Pincap and FGC documents re: transfer issues/complexity, review draft report, comments re: same; | 1.50 | $412.50 |
| Service | 02/10/2017 | CB-Paralegal | Supervision: Conference with A. Poindexter; revisions to Interim Report. Finalize interim report and e-file with court. | 0.80 | $100.00 |
| Service | 02/28/2017 | CB-Paralegal | Supervision: Review Order from Court resetting trial and final pretrial conference; docket new dates. | 0.10 | $12.50 |
| Service | 03/02/2017 | CB-Paralegal | Supervision: Draft Motion to Enlarge Time and proposed order thereon; conference with A. Poindexter; finalize and file same (no charge). | 0.90 | $0.00 |
| Service | 03/13/2017 | CB-Paralegal | Supervision: Revisions to Reply to Investors' objection (no charge). | 1.50 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 03/14/2017 | CB-Paralegal | Supervision: additional revisions to reply to investors' statement and objection; finalize and e-file reply (no charge). | 0.60 | $0.00 |

**Total Hours AHP 1.5 hours $412.50**
**CWB 5.5 hours $312.50**

**Total** **$725.00**

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1325 | 04/25/2017 | $725.00 | $0.00 | $725.00 |
| | | | **Outstanding Balance** | **$725.00** |
| | | | **Total Amount Outstanding** | **$725.00** |