US SEC v Veros Partners, Inc., et al

USDC Southern IN, Case No. 1:15-cv-00659-JMS-DJM

**EXHIBIT D**

Last updated:

*Blue & Co., LLC  - (with assistance from Aliign, LLC as set forth in engagement letter)*

Quarter Period:
1/1/17 - 3/31/17

4/14/2017

By: agh

| Description | Fees Due | Invoice Time Period | Invoice No. | SEC Task No. | SEC Receivership - Quarter Period | Note: | Total Accounting fees this Quarter |
|---|---|---|---|---|---|---|---|
| Veros PP - Rockdale Holding, LLC | $950.00 | January 2017 | 10492938 | 13/14 | 2017 - 1st quarter | To be submitted with Receiver's 2017 1st quarter fee app | |
| Plus $90.00 electronic filing expense (1099s) | | | | | | | |
| Veros PP - Cherry Farms Restructuring Loan | $4,725.00 | | 10492939 | 13 | | | |
| Veros PP - Midwest Blueberry Farms, Inc. (owned by Blue Crop Group) | $1,400.00 | | 10492940 | 14 | | | |
| Veos Partners Receivership General Consulting | $2,000.00 | | 10492941 | 14 | | | |
| Veros PP - Blue Crop Group LLC | $2,150.00 | | 10492942 | 13/14 | | | |
| Plus $90.00 electronic filing expense (1099s) | | | | | | | |
| Veros PP - FarmGrowCap LLC | $1,200.00 | | 10492943 | 13/14 | | | |
| Plus $90.00 electronic filing expense (1099s) | | | | | | | |
| Veros PP - Stadiumred Secured Loans | $500.00 | | 10492944 | 13 | | | |
| Veros PP - FarmGrowCap LLC | $13,320.00 | February 2017 | 10495087 | 13/14 | | | |
| Plus $10.00 parking expense (Feb 8th hearing) | | | | | | | |
| Veros PP - Blue Crop Group LLC - Midwest Interim | $300.00 | | 10495088 | 14 | | | |
| Veros PP - Midwest Blueberry Farms, Inc. (owned by Blue Crop Group) | $275.00 | | 10495089 | 14 | | | |
| Veros PP - Blue Crop Group LLC | $1,910.00 | | 10495090 | 14 | | | |
| Veos Partners Receivership General Consulting | $1,200.00 | | 10495091 | 14 | | | |
| Veros PP - PinCap LLC | $1,190.00 | | 10495092 | 14 | | | |
| Veros PP - Veros Craft Brew III, LLC | $1,935.00 | March 2017 | 10496849 | 14 | | | |
| Veros PP - FarmGrowCap LLC | $2,750.00 | | 10496850 | 13/14 | | | |
| Veros PP - Veros Craft Brew, LLC | $1,150.00 | | 10496851 | 14 | | | |
| Veros PP - Veros Craft Brew II, LLC | $1,275.00 | | 10496852 | 14 | | | |
| Veros PP - Blue Crop Group LLC | $150.00 | | 10496856 | 14 | | | |
| Plus $29.00 courier expense | | | | | | | |
| Veros PP - PinCap LLC | $320.00 | | 10496908 | 14 | | | |
| | | | | | | *Blue & Co. sub-total:* | *$38,700.00* |
| | | | | | | *Expenses sub-total:* | *$309.00* |
| | | | | | | *Grant Total - Blue & Co.* | *$39,009.00* |
| Aliign - Veros PP - Blue Crop Group LLC | $1,220.25 | Jan/Feb 2017 | 13408786 | 7/13 | 2017 - 1st quarter | | |
| Aliign - Veros PP - Cherry Farms LLC 2014 Individual Loans | $581.25 | | 13408787 | 13 | | | |
| Aliign - Veros PP - Cherry Farms LLC 2013 Operating Loan | $581.25 | | 13408788 | 13 | | | |
| Aliign - Veros PP - FarmGrowCap LLC | $2,181.00 | | 13408789 | 7/13 | | | |
| Aliign - Veros PP - PinCap LLC | $767.85 | | 13408790 | 7/13 | | | |
| Aliign - Receivership General Consulting - no fees | | | | | | | |
| $110 expense for QuickBooks hosting ($55/mo) for Jan/Feb 2017 | $77.50 | | 13408791 | 14 | | | |
| Aliign - Veros PP - Cherry Farms LLC 2015 Individual Loans | $579.70 | | 13408792 | 13 | | | |
| Aliign - Veros PP - Rockdale Holding, LLC | $224.30 | | 13408793 | 7/13 | | | |
| Aliign - Veros PP - Cherry Farms LLC 2011 Term Loan ($800K) | $51.15 | | 13408795 | 13 | | | |
| Aliign - Veros PP - Cherry Farms LLC 2014 Operating Loan | $579.70 | | 13408796 | 13 | | | |
| Aliign - Veros PP - Cherry Farms LLC 2012 Restructuring Loan | $1,108.25 | | 13408797 | 13 | | | |
| Aliign - Veros PP - Jennings Design 2015 Secured Loans | $34.65 | | 13408798 | 7 | | | |
| Aliign - Veros PP - Stadiumred Secured Loans | $134.10 | | 13408799 | 7/13 | | | |
| **Total Fees:** | **$46,820.95** | | | | | *Aliign sub-total:* | *$8,120.95* |
| **Total Expenses** | **$419.00** | | | | | *Aliign expenses sub-total:* | *$110.00* |
| **Total Due for Period** | **$47,239.95** | 10/01/16 - 12/31/16 | | 7,13,14 | 0 | *Aliign Total fees and expenses:* | *$8,230.95* |



*CPAs / ADVISORS*

Veros PP - Rockdale Holding, LLC
Mr. William Wendling, Jr. - Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

## Invoice    **10492938**

| | | | |
|---|---|---|---|
| **Client No.** | 116496 | **Invoice Date** | 1/31/2017 |
| | | **Due Date** | 3/2/2017 |

Billing for the following services:

Tax compliance/research (as requested by Receiver related to
Rockdale Holding, LLC); forensic/analysis in support of Receivership
Summary memo for Receiver

Total Due for the Invoice**                                    1,040.00

Reflects 20% discount granted on behalf of Receivership

**Total Due**                                                **1,040.00**

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

| Date | Employee Name | Invoice Amount | Hours | Description |
|---|---|---|---|---|
| 2016-12-29 | Jarit Loughmiller | 507.32 | 2.00 | Forensic analysis in support of Private Placement summary release memo for Receiver. |
| 2017-01-18 | Joseph Bryant | 38.05 | 0.30 | Tax preparation / compliance for 1099s for Rockdale Holdings. |
| 2017-01-18 | Beth Harling | 31.91 | 0.15 | Detail review 1099; question to Align related to Rockdale Holdings. |
| 2017-01-19 | Beth Harling | 31.91 | 0.15 | Tax preparation / compliance for 1099s for Rockdale Holdings. |
| 2017-01-19 | Beth Harling | 74.47 | 0.35 | Tax preparation / compliance for 1099s for Rockdale Holdings. |
| 2017-01-20 | Brett Dunn | 12.68 | 0.10 | Tax preparation / compliance for 1099s for Rockdale Holdings. |
| 2017-01-20 | Jarit Loughmiller | 253.66 | 1.00 | Conference call w/ Receiver; distribution calculation for Rockdale Holdings. |
| | Professional Services | 950.00 | | |
| 2017-01-31 | Blue Expenses | 90.00 | 1.00 | 1099 Electronic Filing |
| | Total for Invoice | 1,040.00 | | |



Veros PP - Cherry Farms Restructuring Loan
Mr. William Wendling, Jr. - Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| **Invoice** | | | **10492939** |
|---|---|---|---|

| | | **Invoice Date** | 1/31/2017 |
|---|---|---|---|
| **Client No.** | 116497 | **Due Date** | 3/2/2017 |

Billing for the following services rendered for the period January 1, 2017 through January 31, 2017

Analysis and research in support of Receivership memos for Cherry Farms LLC Private Placements (2013 Loan; 2014 Loan; Term Loan; Individual Loans; and Restructuring Loans)

Total Due for Invoice**                                    4,725.00

Reflects 20% discount granted on behalf of Receivership

| | **Total Due** | **4,725.00** |
|---|---|---|

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

| Entry Date | Employee Name | Invoiced Amount | Hours | Description |
|---|---|---|---|---|
| 2016-11-29 | Jarit Loughmiller | 497.37 | 2.00 | Discussion of Cherry Farms LLC Private Placements - meeting with Receiver to discuss placements. |
| 2016-11-30 | Jarit Loughmiller | 248.68 | 1.00 | Discussion of Cherry Farms LLC Private Placements - meeting with Receiver to discuss placements. |
| 2017-01-03 | Jarit Loughmiller | 497.37 | 2.00 | Forensic analysis and research in support of Cherry Farms, LLC Private Placements summary memo - 2013 Loan |
| 2017-01-10 | Jarit Loughmiller | 994.74 | 4.00 | Forensic analysis and research in support of Cherry Farms, LLC Private Placements summary memo - 2014 Loan |
| 2017-01-11 | Jarit Loughmiller | 248.68 | 1.00 | Forensic analysis and research in support of Cherry Farms, LLC Private Placements summary memo - 2013 Loan |
| 2017-01-12 | Jarit Loughmiller | 497.37 | 2.00 | Call w/ Receiver to discuss Cherry Farms; CF memos |
| 2017-01-04 | Jarit Loughmiller | 497.37 | 2.00 | Forensic analysis and research in support of Cherry Farms, LLC Private Placements summary memo - Term Loan |
| 2017-01-05 | Jarit Loughmiller | 248.68 | 1.00 | Forensic analysis and research in support of Cherry Farms, LLC Private Placements summary memo -Term Loan |
| 2017-01-13 | Jarit Loughmiller | 497.37 | 2.00 | Forensic analysis and research in support of Cherry Farms, LLC Private Placements summary memo - Restructuring Loan |
| 2017-01-06 | Jarit Loughmiller | 497.37 | 2.00 | Forensic analysis and research in support of Cherry Farms, LLC Private Placements summary memo - Individual Loan |

4,725.00



Veros PP - Midwest Blueberry Farms, Inc.
c/o Mr. William Wendling, Jr. - Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| **Invoice** | | **10492940** |
|---|---|---|
| **Invoice Date** | | 1/31/2017 |
| **Client No.** 119571 | **Due Date** | 3/2/2017 |

Billing for the following services

Tax compliance, research and consulting in support of Midwest
Blueberry Farms, Inc. filings; meetings/conference calls with Receiver

| Total Due for Invoice** | 1,400.00 |
|---|---|
| Reflects 20% discount granted on behalf of Receivership | |
| **Total Due** | **1,400.00** |

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

| Entry Date | Employee Name | Invoiced Amount | Hours | Description |
|---|---|---|---|---|
| 2017-01-04 | Bridgette Mugge | 443.01 | 3.25 | Tax Return Preparation - Midwest Blueberry Farms, Inc. |
| 2017-01-11 | Jerry Hammel | 497.14 | 2.00 | Review June 30 2016 income tax returns -  Midwest Blueberry Farms, Inc. |
| 2017-01-12 | Bridgette Mugge | 136.31 | 1.00 | Tax Return Preparation -  Midwest Blueberry Farms, Inc. |
| 2017-01-18 | Jerry Hammel | 186.43 | 0.75 | Final review June 30, 2016 Federal and Michigan income tax returns- Midwest Blueberry Farms, Inc. |
| 2017-01-11 | Paul Roth | 137.11 | 0.60 | Tax compliance/research related to Midwest Blueberry Farms, Inc. |

1,400.00



CPAs / ADVISORS

Veros Partners Receivership General Consulting
Mr. William Wendling, Jr. - Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing # 800
Indianapolis, IN 46240

| **Invoice** | | **10492941** |
|---|---|---|

| | | **Invoice Date** | 1/31/2017 |
|---|---|---|---|
| **Client No.** | 116486 | **Due Date** | 3/2/2017 |

Billing for the following services rendered

Tax consulting and research as requested by Receiver; conference
calls / meetings with Counsel/Receiver to discuss 1099 filings and
related tax implication matters of Receivership

Total Due for Invoice**                                         2,000.00

Reflects 20% discount granted on behalf of Receivership

**Total Due**                                               **2,000.00**

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

| Entry Date | Employee Name | Billing Price, Total, Currency | Quantity | Description |
|---|---|---|---|---|
| 2016-11-08 | Paul Roth | 159.63 | 0.70 | Research Lawsuit settlement payments (constructive receipts) |
| 2016-11-08 | Paul Roth | 45.61 | 0.20 | Review research related to Lawsuit settlement payments (constructive receipts) |
| 2016-11-08 | Paul Roth | 45.61 | 0.20 | Internal discussion with tax team re: interest reclass from prior year |
| 2017-01-10 | Bridgette Mugge | 34.01 | 0.25 | Prep for meeting with Receiver/Counsel |
| 2017-01-11 | Bridgette Mugge | 238.04 | 1.75 | Meeting with Receiver/Counsel (and tax team) |
| 2017-01-18 | Bridgette Mugge | 306.07 | 2.25 | 1099 issues research and analysis for Receiver |
| 2017-01-19 | Bridgette Mugge | 170.03 | 1.25 | Meeting with Receiver/Counsel (and tax team) |
| 2017-01-19 | Bridgette Mugge | 272.05 | 2.00 | 1099 issues research and analysis for Receiver |
| 2017-01-23 | Bridgette Mugge | 68.02 | 0.50 | Go over return timelines / deadlines with Align |
| 2017-01-31 | Bridgette Mugge | 68.01 | 0.50 | Respond to Receiver's email questions |
| 2017-01-18 | Paul Roth | 91.22 | 0.40 | Prepare/conference call with Receiver. |
| 2017-01-18 | Paul Roth | 182.44 | 0.80 | Phone with Receiver to determine sources and uses of loan payments and who should issue 1099s. |
| 2017-01-18 | Paul Roth | 114.02 | 0.50 | Review PPMs for Jennings and True Blue Blueberry Management, LLC to determine 1099 responsibility as requested by Receiver. |
| 2017-01-19 | Paul Roth | 205.24 | 0.90 | Discuss 1099 issues for Jennings, TBBM, etc. with Receiver. |

2,000.00



CPAs / ADVISORS

Veros PP - Blue Crop Group, LLC
Mr. William Wendling, Jr. - Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| **Invoice** | **10492942** |
|---|---|

| **Client No.** | 119570 | **Invoice Date** | 1/31/2017 |
|---|---|---|---|
| | | **Due Date** | 3/2/2017 |

Billing for the following services rendered for the period January 1, 2017 through January 31, 2017

Research and analaysis in support of tax filings; analysis and issuance of Blue Crop Group LLC Private Placement memos for Receivership (Midwest Interim; Heritage Interim; and Midwest/Heritage Refinance).

| Total Due for Invoice** | 2,240.00 |
|---|---|

Reflects 20% discount granted on behalf of Receivership

| **Total Due** | **2,240.00** |
|---|---|

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

| Entry Date | Employee Name | Invoiced Amount | Hours | Description |
|---|---|---|---|---|
| 2017-01-11 | Jerry Hammel | 316.18 | 1.25 | Meeting with Receiver to go over return preparation for 2016 for specific entities (BCG) |
| 2017-01-19 | Joseph Bryant | 50.58 | 0.40 | Tax compliance and prep for BCG. |
| 2017-01-20 | Brett Dunn | 12.65 | 0.10 | Tax compliance and prep for BCG. |
| 2017-01-31 | Blue Expenses | 90.00 | 1.00 | 1099 Electronic Filing |
| 2017-01-19 | Jarit Loughmiller | 505.88 | 2.00 | Forensic analysis and issuance of Blue Crop Group LLC Private Placement - Midwest Interim |
| 2017-01-18 | Jarit Loughmiller | 505.89 | 2.00 | Forensic analysis and issuance of Blue Crop Group LLC Private Placement - Heritage Interim |
| 2017-01-20 | Jarit Loughmiller | 758.82 | 3.00 | Forensic analysis and issuance of Blue Crop Group LLC Private Placement - Midwest/Heritage Refinance |

2,240.00



CPAs / ADVISORS

Veros PP - FarmGrowCap LLC
Mr. William Wendling, Jr. – Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| **Invoice** | | **10492943** |
|---|---|---|
| | **Invoice Date** | 1/31/2017 |
| **Client No.** 116551 | **Due Date** | 3/2/2017 |

Billing for the following services:

Tax compliance / research related to 1099 filings; forensic analysis and
specific requests (related to investor balances/inquiries) made by
Receiver.

Total Due for Invoice**                                          1,290.00

Reflects 20% discount granted on behalf of Receivership

|  | **Total Due** | **1,290.00** |
|---|---|---|

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

| Entry Date | Employee Name | Invoice Amount | Hours | Description |
|---|---|---|---|---|
| 2017-01-05 | Jarit Loughmiller | | 188.26 | 0.75 Call w/ Receiver to address investor 169 information for Receiver. |
| 2017-01-06 | Jarit Loughmiller | | 188.26 | 0.75 Investor receipt analysis for receiver for HH ID 344 and 1080 |
| 2017-01-19 | Beth Harling | | 52.63 | 0.50 Changes to 1099's - add additional payers and correct amts for Blue & Aliign based upon QB reports per Aliign |
| 2017-01-26 | Jarit Loughmiller | | 251.01 | 1.00 Farm loan balance matrix by date (VFLH/FGC) |
| 2017-01-31 | Jarit Loughmiller | | 251.01 | 1.00 Call w/ Counsel/SEC; Farm loan balance analysis |
| 2017-01-19 | Joseph Bryant | | 87.86 | 0.70 Tax compliance and research for FGC. |
| 2017-01-19 | Beth Harling | | 63.16 | 0.30 Detail review 1099's and email to Aliign |
| 2017-01-19 | Beth Harling | | 105.26 | 0.50 Changes to 1099's - add additional payers and correct amts for Blue & Aliign based upon QB reports per Aliign |
| 2017-01-20 | Brett Dunn | | 12.55 | 0.10 Tax compliance and research for FGC. |
| 2017-01-31 | Blue Expenses | | 90.00 | 1.00 1099 Electronic Filing |

1,290.00



*CPAs / ADVISORS*

Veros PP - Stadiumred Secured Loans
Mr. William Wendling, Jr. - Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| **Invoice** | | **10492944** |
|---|---|---|
| | | |

| **Client No.** | 116508 | **Invoice Date** | 1/31/2017 |
|---|---|---|---|
| | | **Due Date** | 3/2/2017 |

Billing for the following services:

Forensic analysis and research in support of Summary Receivership
memo for Stadiumred Secured Loans requested by Receiver

| Total Due for Invoice** | 500.00 |
|---|---|

Reflects 20% discount granted on behalf of Receivership

| **Total Due** | **500.00** |
|---|---|

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

| Entry Date | Employee Name | Invoice Amount | Hours | Description |
|---|---|---|---|---|
| 2016-12-29 | Jarit Loughmiller | 500.00 | 2 | Forensic analysis in support of Receivership Memo summary for Stadiumred Secured Loans |



Veros PP - FarmGrowCap LLC
Mr. William Wendling, Jr. – Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| **Invoice** | | **10495087** |
|---|---|---|

| | | **Invoice Date** | 3/6/2017 |
|---|---|---|---|
| **Client No.** | 116551 | **Due Date** | 4/5/2017 |

Billing for the following services:

| | |
|---|---|
| Forensic services - analysis in preparation for February 8th hearing; conference calls / meetings with Counsel / Receiver / SEC; attend February 8th hearing; Phase 2 investor correspondence drafting** | 10,920.00 |
| Tax consulting / compliance services related to FarmGrowCap LLC** | 2,400.00 |
| Parking to attend February 8th hearing | 10.00 |
| Total Due for Invoice | 13,330.00 |

**Reflects 20% discount agreed to on behalf of Receivership

| **Total Due** | **13,330.00** |
|---|---|

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

| Date | Amount | Hours | Employee Name | Description |
|---|---|---|---|---|
| 2017-02-06 | 868.26 | 3.5 | Jarit Loughmiller | Prep / meeting w/ Counsel and Receiver for 2/8 hearing. |
| 2017-02-07 | 992.30 | 4 | Jarit Loughmiller | Prepare for hearing with Receiver and Counsel. |
| 2017-02-08 | 744.22 | 3 | Jarit Loughmiller | travel/hearing - attend 2/8 hearing at request of SEC/Receiver/Counsel. |
| 2017-02-13 | 248.08 | 1 | Jarit Loughmiller | Pull principal balance for bookkeeping of FGC; 2012 farm loan payment tracing. |
| 2017-02-17 | 744.22 | 3 | Jarit Loughmiller | Call with Counsel; Phase 2 correspondence drafting for distribution |
| 2017-02-21 | 744.22 | 3 | Jarit Loughmiller | Phase 2 correspondence drafting / discussion w/ Counsel/Receiver |
| 2017-02-22 | 2,232.67 | 9 | Jarit Loughmiller | Phase 2 correspondence drafting / discussion w/ Counsel/Receiver |
| 2017-02-23 | 1,612.49 | 6.5 | Jarit Loughmiller | Phase 2 correspondence drafting / discussion w/ Counsel/Receiver-re: Management fees (Veros) |
| 2017-02-27 | 248.07 | 1 | Jarit Loughmiller | Phase 2 correspondence drafting / discussion w/ Counsel/Receiver-re: Management fees (Veros) and Q2-Q7 Fee analysis fo |
| 2017-03-01 | 744.23 | 3 | Jarit Loughmiller | Phase 2 correspondence drafting / discussion w/ Counsel/Receiver-re: Management fees (Veros) and Q2-Q7 Fee analysis fo |
| 2017-03-02 | 1,736.52 | 7 | Jarit Loughmiller | Phase 2 correspondence drafting / discussion w/ Counsel/Receiver-re: Management fees (Veros) and Q2-Q7 Fee analysis fo |
| 2017-02-23 | 136.04 | 1 | Bridgette Mugge | Tax Return Preparation |
| 2017-02-24 | 850.25 | 6.25 | Bridgette Mugge | Tax Return Preparation |
| 2017-02-25 | 510.16 | 3.75 | Bridgette Mugge | Tax Return Preparation |
| 2017-02-27 | 646.19 | 4.75 | Bridgette Mugge | Tax Return Preparation |
| 2017-03-04 | 228.07 | 1 | Paul Roth | Tax return detail review |
| 2017-03-04 | 34.01 | 0.25 | Bridgette Mugge | Tax return detail review |
| 2017-02-08 | 10.00 | 1 | | Parking Expense for 2/8 Hearing |

13,330.00



CPAs / ADVISORS

blue

Veros PP - Blue Crop Group LLC - Midwest Interim
Mr. William Wendling - Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

## Invoice                    10495088

| | | |
|---|---|---|
| | **Invoice Date** | 3/6/2017 |
| **Client No.** 116511 | **Due Date** | 4/5/2017 |

Billing for the following services

Tax compliance and consulting services in support of Midwest Interim /
Blue Crop Group LLC

| | |
|---|---|
| Total Due for Invoice** | 300.00 |

**Reflects 20% discount extended on behalf of Receivership.

| | |
|---|---|
| **Total Due** | **300.00** |

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

| Date | Amount | Hours | Employee Name | Description |
|---|---|---|---|---|
| 2017-01-19 | 64.46 | 0.3 | Beth Harling | Detail review 1099's and email to Gwen for Blue Crop Group LLC |
| 2017-03-01 | 235.54 | 1 | Paul Roth | Tax return detail review of Blue Crop Group LLC matters |
| | 300.00 | | | |



CPAs / ADVISORS

Veros PP - Midwest Blueberry Farms, Inc.
c/o Mr. William Wendling, Jr. - Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| **Invoice** | | **10495089** |
|---|---|---|
| **Invoice Date** | | 3/6/2017 |
| **Client No.** 119571 | **Due Date** | 4/5/2017 |

Billing for the following services:

Tax consulting and compliance services related to Midwest Blueberry
Farms Inc.

| Total Due for Invoice** | 275.00 |
|---|---|

**Reflects 20% discount extended on behalf of Receivership.

| **Total Due** | **275.00** |
|---|---|

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

| Date | Amount | Hours | Employee | Description |
|------|--------|-------|----------|-------------|
| 2017-02-11 | 68.75 | 0.3 | Paul Roth | Meet with staff on tax returns w/Midwest Blueberry Farms Inc and filing strategy. |
| 2017-02-25 | 114.58 | 0.5 | Paul Roth | Meet with staff on tax returns w/Midwest Blueberry Farms Inc and filing strategy. |
| 2017-02-01 | 91.67 | 0.4 | Paul Roth | Meet with staff on tax returns w/Midwest Blueberry Farms Inc and filing strategy. |
| | 275.00 | 1.20 | | |



CPAs / ADVISORS

Veros PP - Blue Crop Group, LLC
Mr. William Wendling, Jr. - Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| **Invoice** | **10495090** |
|---|---|

| **Client No.** | 119570 | **Invoice Date** | 3/6/2017 |
|---|---|---|---|
| | | **Due Date** | 4/5/2017 |

Billing for the following services

Tax compliance / consulting services in support of Blue Crop Group LLC

| Total Due for Invoice** | 1,910.00 |
|---|---|

**Reflects 20% discount extended on behalf of Receivership.

| **Total Due** | **1,910.00** |
|---|---|

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

| Date | Amount | Hours | Employee Name | Description |
|------|--------|-------|---------------|-------------|
| 2017-02-02 | 136.14 | 1.00 | Bridgette Mugge | Go over Bookkeeping with Aliign for tax return prep on BCG. |
| 2017-02-03 | 92.10 | 1.00 | Nick Schuetz | Recreate Fixed Asset File for BCG |
| 2017-02-03 | 68.07 | 0.50 | Bridgette Mugge | Review Depreciation for BCG |
| 2017-02-22 | 850.89 | 6.25 | Bridgette Mugge | Tax Return Preparation for BCG |
| 2017-02-23 | 238.25 | 1.75 | Bridgette Mugge | Tax Return Preparation for BCG |
| 2017-03-01 | 68.07 | 0.50 | Bridgette Mugge | Tax Return Preparation for BCG |
| 2017-03-02 | 456.48 | 2.00 | Paul Roth | Tax Return Preparation for BCG |
| | 1,910.00 | 13.00 | | |



*CPAs / ADVISORS*

Veros Partners Receivership General Consulting
Mr. William Wendling, Jr. - Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing # 800
Indianapolis, IN 46240

| | | **Invoice** | **10495091** |
|---|---|---|---|
| **Client No.** | 116486 | **Invoice Date** | 3/6/2017 |
| | | **Due Date** | 4/5/2017 |

Billing for the following services

Tax consulting/compliance services in support of FarmGrowCap and
Veros Farm Loan Holdings

Total Due for Invoice**                                                   1,200.00

**Reflects 20% discount extended on behalf of Receivership.

|  | |
|---|---|
| **Total Due** | **1,200.00** |

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

| Date | Billing Price, Total, Currency | Hours | Employee Name | Description |
|---|---|---|---|---|
| 2017-02-01 | 69.13 | 0.50 | Bridgette Mugge | Tax compliance and planning to complete returns with tax team. |
| 2017-02-03 | 69.13 | 0.50 | Bridgette Mugge | Tax compliance and planning to complete returns with tax team. |
| 2017-02-07 | 34.56 | 0.25 | Bridgette Mugge | Respond to Receiver tax questions on various entities/items. |
| 2017-02-08 | 172.83 | 1.25 | Bridgette Mugge | Tax compliance and planning to complete returns with tax team. |
| 2017-02-09 | 172.82 | 1.25 | Bridgette Mugge | Tax compliance and planning to complete returns with tax team / meeting with Aliign to discuss items. |
| 2017-02-11 | 69.13 | 0.50 | Bridgette Mugge | Tax compliance and planning to complete returns with tax team / meeting with Aliign to discuss items. |
| 2017-02-17 | 103.69 | 0.75 | Bridgette Mugge | Tax compliance and planning to complete returns with tax team / meeting with Aliign to discuss items. |
| 2017-02-18 | 172.82 | 1.25 | Bridgette Mugge | Investor K-1 Schedule for Receiver |
| 2017-02-28 | 34.57 | 0.25 | Bridgette Mugge | Status Update - Email Receiver |
| 2017-02-03 | 69.53 | 0.30 | Paul Roth | Status Update - Email Receiver |
| 2017-02-08 | 231.79 | 1.00 | Paul Roth | Tax compliance and planning to complete returns with tax team / meeting with Aliign to discuss items. |
| | 1,200.00 | 7.80 | | |



CPAs / ADVISORS

Veros PP - PinCap LLC
Mr. William Wendling, Jr. - Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| **Invoice** | | **10495092** |
|---|---|---|
| **Client No.** | 119573 | |

| | **Invoice Date** | 3/6/2017 |
|---|---|---|
| | **Due Date** | 4/5/2017 |

Billing for the following services

Tax consulting and compliance services in support of Pin Cap LLC

Total Due for Invoice**                                          1,190.00

**Reflects 20% discount extended on behalf of Receivership.

**Total Due**                                          **1,190.00**

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

| Entry Date | Billing Price, Total, Currency | Quantity | Employee Name | Description |
|---|---|---|---|---|
| 2017-02-15 | 69.52 | 0.30 | Paul Roth | Discuss status of tax matters (PinCap LLC) with tax team. |
| 2017-02-23 | 345.58 | 2.50 | Bridgette Mugge | Tax Return Preparation-PinCap LLC |
| 2017-02-25 | 34.55 | 0.25 | Bridgette Mugge | Tax Return Preparation-PinCap LLC |
| 2017-02-27 | 103.68 | 0.75 | Bridgette Mugge | Tax Return Preparation-PinCap LLC |
| 2017-03-04 | 115.87 | 0.50 | Paul Roth | Tax return detail review-PinCap LLC |
| 2017-03-05 | 347.61 | 1.50 | Paul Roth | Tax return detail review-PinCap LLC |
| 2017-03-04 | 103.67 | 0.75 | Bridgette Mugge | Review w/ tax team - PinCap LLC |
| 2017-02-26 | 69.52 | 0.30 | Paul Roth | Discuss tax matters re: tax return / review-PinCap LLC |
| | 1,190.00 | 6.85 | | |



CPAs / ADVISORS

Veros PP - Veros Craft Brew III, LLC
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **10496849** |
|---|---|---|---|
| **Client No.** | 116506 | **Invoice Date** | 3/30/2017 |
| | | **Due Date** | 4/29/2017 |

Billing for the following services:

| | |
|---|---|
| Tax compliance and consulting services for Veros Craft Brew III** | 1,435.00 |
| Review of K-1 from Flat 12 Bierwerks, LLC, research loss allocation under Internal Revenue Code Section 704 Regulations, discuss proposed changes with outside accountant and related. | 500.00 |
| Total Due for Invoice | 1,935.00 |

**Reflects 20% discount on services rendered, per agreement with Receiver.

| | |
|---|---|
| **Total Due** | **1,935.00** |

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

| Date | Amount | Hours | Employee Name | Description |
|------|--------|-------|---------------|-------------|
| 2017-03-06 | 136.00 | 1.00 | Bridgette Mugge | Tax Return Preparation |
| 2017-03-11 | 34.00 | 0.25 | Bridgette Mugge | Tax Return Preparation |
| 2017-03-13 | 34.00 | 0.25 | Bridgette Mugge | Investment Basis Sch Analysis |
| 2017-03-22 | 593.00 | 2.60 | Paul Roth | Phone with accountant on how to revise the K-1s for the required income offset under 704 |
| 2017-03-20 | 296.40 | 1.30 | Paul Roth | Review of K-1 and discussion of tax return prepared by outside firm |
| 2017-03-21 | 22.80 | 0.10 | Paul Roth | Potential loss allocation issue with Flat 12 K-1 |
| 2017-03-23 | 159.60 | 0.70 | Paul Roth | Discuss 704 issues & review revised K-1s w/ Receiver |
| 2017-03-23 | 91.20 | 0.40 | Paul Roth | Discuss 704 issues & review revised K-1s w/ Receiver |
| 2017-03-23 | 68.00 | 0.50 | Bridgette Mugge | Update for new K-1 |
|  | 500.00 |  |  | Review of K-1 from Flat 12 Bierwerks, LLC, research loss allocation |
|  | 1,935.00 | 7.10 |  |  |

| | | | |
|---|---|---|---|
| 228 | 5.10 | 1162.8 | |
| 136 | 2.00 | 272 | |



Veros PP - FarmGrowCap LLC
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **10496850** |
|---|---|---|---|
| **Client No.** | 116551 | **Invoice Date** | 3/30/2017 |
| | | **Due Date** | 4/29/2017 |

Billing for the following services

| | | |
|---|---|---|
| Tax compliance and consulting services for Veros FarmGrowCap LLC** | 1,855.00 | |
| Forensic Services - conference calls/meetings with Receiver/Counsel; Phase 2 correspondence drafting/responses; distribution allocation and analysis by investor** | 895.00 | |
| Total Due for Invoice | | 2,750.00 |

**Reflects 20% discount on services rendered, per agreement with Receiver.

| **Total Due** | **2,750.00** |
|---|---|

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

| Date | Amount | Hours | Employee Name | Description |
|------|--------|-------|---------------|-------------|
| 2017-03-06 | 255.62 | 1.00 | Jarit Loughmiller | Call w/ Receiver re management fees / placement fees / final accounting for Receivership. |
| 2017-03-07 | 383.44 | 1.50 | Jarit Loughmiller | Call w/ Receiver re management fees / placement fees / final accounting for Receivership. |
| 2017-03-22 | 127.81 | 0.50 | Jarit Loughmiller | Revised Lin Investor correspondence for request by Receiver |
| 2017-03-28 | 127.81 | 0.50 | Jarit Loughmiller | Receiver Distribution analysis by investor for $3M distribution |
| 2017-03-08 | 282.01 | 1.20 | Paul Roth | Claw-back-Discuss with tax team and tax return impact. |
| 2017-03-08 | 315.40 | 2.25 | Bridgette Mugge | Claw-back-Discuss with tax team and tax return impact. |
| 2017-03-09 | 70.09 | 0.50 | Bridgette Mugge | Loan Verifications for FGC |
| 2017-03-09 | 47.00 | 0.20 | Paul Roth | Discuss bad debt and impact on FGC return. |
| 2017-03-08 | 191.72 | 0.75 | Jerry Hammel | Claw-back-Discuss with tax team and tax return impact. |
| 2017-03-13 | 23.50 | 0.10 | Paul Roth | Request extension |
| 2017-03-14 | 140.18 | 1.00 | Bridgette Mugge | Tax Return Preparation |
| 2017-03-15 | 140.18 | 1.00 | Bridgette Mugge | Finish Loan write-off/ email Receiver |
| 2017-03-15 | 70.09 | 0.50 | Bridgette Mugge | Farm Grow Cap 1099C |
| 2017-03-23 | 70.50 | 0.30 | Paul Roth | Farm Grow Cap 1099C |
| 2017-03-23 | 47.00 | 0.20 | Paul Roth | Tax Return Preparation / Review |
| 2017-03-23 | 35.05 | 0.25 | Bridgette Mugge | Farm Grow Cap 1099C |
| 2017-03-24 | 235.01 | 1.00 | Paul Roth | Tax return detail review |
| 2017-03-24 | 70.09 | 0.50 | Bridgette Mugge | Tax return detail review |
| 2017-03-27 | 117.50 | 0.50 | Paul Roth | Receiver on 704 exposure on return |
| | 2,750.00 | 13.75 | | |



CPAs / ADVISORS

blue

Veros PP - Veros Craft Brew, LLC
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | |
|---|---|
| **Invoice** | **10496851** |

| Client No. | 116493 | **Invoice Date** | 3/30/2017 |
|---|---|---|---|
| | | **Due Date** | 4/29/2017 |

Billing for the following services

| | |
|---|---|
| Tax compliance and consulting services for Veros Craft Brew I** | 650.00 |
| Review of K-1 from Flat 12 Bierwerks, LLC, research loss allocation under Internal Revenue Code Section 704 Regulations, discuss proposed changes with outside accountant and related. | 500.00 |

| | |
|---|---|
| Total Due for Invoice | 1,150.00 |

| | |
|---|---|
| **Total Due** | **1,150.00** |

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

| Date | Amount | Hours | Employee Name | Description |
|---|---|---|---|---|
| 2017-03-06 | 136.00 | 1.00 | Bridgette Mugge | Tax Return Preparation |
| 2017-03-11 | 182.40 | 0.80 | Paul Roth | Final return |
| 2017-03-11 | 68.00 | 0.50 | Bridgette Mugge | Tax Return Preparation |
| 2017-03-13 | 34.00 | 0.25 | Bridgette Mugge | Investment Basis Sch |
| 2017-03-20 | 114.00 | 0.50 | Paul Roth | Tax return signature review |
| 2017-03-23 | 45.60 | 0.20 | Paul Roth | Clear notes |
| 2017-03-23 | 68.00 | 0.50 | Bridgette Mugge | Update for new K-1 |
| | 500.00 | | | Review of K-1 from Flat 12 Bierwerks, LLC, research loss allocation |
| | **1,150.00** | **3.75** | | |



Veros PP - Veros Craft Brew II, LLC
8888 Keystone Crossing #800
Indianapolis, IN 46240

| **Invoice** | **10496852** |
|---|---|

| **Client No.** | 116505 | **Invoice Date** | 3/30/2017 |
|---|---|---|---|
| | | **Due Date** | 4/29/2017 |

Billing for the following services:

| | |
|---|---|
| Tax compliance and consulting services for Veros Craft Brew II** | 775.00 |
| Review of K-1 from Flat 12 Bierwerks, LLC, research loss allocation under Internal Revenue Code Section 704 Regulations, discuss proposed changes with outside accountant and related. | 500.00 |

| Total Due for Invoice | 1,275.00 |
|---|---|

**Reflects 20% discount on services rendered, per agreement with Receiver.

| **Total Due** | **1,275.00** |
|---|---|

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

| Date | Amount | Hours | Employee Name | Description |
|------|--------|-------|---------------|-------------|
| 2017-03-06 | 136.00 | 1.00 | Bridgette Mugge | Tax Return Preparation |
| 2017-03-11 | 124.00 | 0.50 | Jerry Hammel | Assist tax team with quetsions regarding gain loss reporting for sale of investment |
| 2017-03-11 | 171.00 | 0.75 | Paul Roth | Tax Return Preparation / Detail Review |
| 2017-03-11 | 34.00 | 0.25 | Bridgette Mugge | Tax Return Preparation |
| 2017-03-13 | 22.80 | 0.10 | Paul Roth | Bridgette on workpaper for losses |
| 2017-03-13 | 34.00 | 0.25 | Bridgette Mugge | Investment Basis Sch |
| 2017-03-20 | 114.00 | 0.50 | Paul Roth | Tax Return Preparation / Detail Review |
| 2017-03-23 | 68.40 | 0.30 | Paul Roth | Tax Return Preparation / Detail Review |
| 2017-03-23 | 68.00 | 0.50 | Bridgette Mugge | Update for new K-1 |
| | 500.00 | | | Review of K-1 from Flat 12 Bierwerks, LLC, research loss alloc |
| | **1,275.00** | **4.15** | | |



CPAs / ADVISORS

Veros PP - Blue Crop Group, LLC
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | |
|---|---|
| **Invoice** | **10496856** |

| | | |
|---|---|---|
| **Client No.** | 119570 | |
| | **Invoice Date** | 3/30/2017 |
| | **Due Date** | 4/29/2017 |

Billing for the following services:

Tax compliance and consulting services for Blue Crop Group, LLC

| | |
|---|---|
| Total Due for Invoice | 179.00 |
| **Total Due** | **179.00** |

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

| Date | Amont | Quantity | Employee Name | Description |
|------|-------|----------|---------------|-------------|
| 2017-03-14 | 14.50 | 1 | Blue Expenses | Courier |
| 2017-03-02 | 14.50 | 1 | Blue Expenses | Courier |
| 2017-03-07 | 150.00 | 1 | Bridgette Mugge | Additional 1099s |
| | 179.00 | | | |



CPAs / ADVISORS

Veros PP - PinCap LLC
8888 Keystone Crossing #800
Indianapolis, IN 46240

| **Invoice** | | **10496908** |
|---|---|---|
| **Invoice Date** | | 3/30/2017 |
| **Due Date** | | 4/29/2017 |

**Client No.**     119573

Billing for the following services:

Tax compliance and consulting services for PinCap LLC**

Total Due for Invoice                                    320.00

**Reflect 20% discount extended on behalf of Receivership

**Total Due**         **320.00**

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

| Date | Amount | Hours | Employee Name | Description |
|------|--------|-------|---------------|-------------|
| 2017-03-06 | 68.66 | 0.30 | Paul Roth | Tax Return Review |
| 2017-03-06 | 68.25 | 0.50 | Bridgette Mugge | Tax Return Preparation |
| 2017-03-24 | 183.09 | 0.80 | Paul Roth | Tax Return Preparation |
| | **320.00** | **1.60** | | |



Where accounting expertise meets small business needs

Veros PP - Blue Crop Group LLC (Aliign)
Mr. William Wendling, Jr. – Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | **Invoice** | **13408786** |
|---|---|---|
| **Client No.** 116573 | **Invoice Date**<br>**Due Date** | 3/9/2017<br>4/8/2017 |

Billing for services rendered January 1, 2017 through February 28, 2017 related to the above entity as requested by Mr. William E. Wendling Jr. (Receiver) including:

| | |
|---|---|
| Forensic Accounting: Gwen Parker: 01/10/17: Review of accounting entries in QuickBooks and 1099 reporting (.5 hours) | 77.50 |
| Forensic Accounting: Gwen Parker: 01/18/17: Forward requested information to Jarit loughmiller and Accounting related to 1099 reporting (1.33 hours) | 206.15 |
| Forensic Accounting: Gwen Parker: 02/2/17: Review of accounting entries in QuickBooks (2.5 hours) | 387.50 |
| Forensic Accounting: Gwen Parker: 02/3/17: Review of accounting entries in QuickBooks (.25 hours) | 38.75 |
| Forensic Accounting: Gwen Parker: 02/9/17: Review of accounting entries in QuickBooks (2.25 hours) | 348.75 |
| Forensic Accounting: Gwen Parker: 02/15/17: Review of accounting entries in QuickBooks (.25 hours) | 38.75 |
| Forensic Accounting: Nicole Paredes-Palma: 01/06/17: Entry of accounting activity and appropriate reconciliations for the month of December 2016 (.5 hours) | 52.50 |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

| | |
|---|---:|
| Forensic Accounting: Nicole Paredes-Palma: 01/09/17: Entry of accounting activity and appropriate reconciliations for the month of December 2016 (.17 hours) | 17.85 |
| Forensic Accounting: Nicole Paredes-Palma: 01/11/17: Entry of information for 1099 reporting (.5 hours) | 52.50 |
| Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr. | |

| | |
|---|---:|
| **Total Due** | **1,220.25** |

**AR AGING**

| BALANCE 3/9/2017 | AFTER 3/9/2017 | AFTER 3/9/2017 | AFTER 2/9/2017 | AFTER 1/9/2017 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 354.27 | 5.09 | 5.09 | 5.09 | 339.00 | 0.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



*Where accounting expertise meets small business needs*

Veros PP - Cherry Farms LLC 2014 Individual Loans (Aliign)
c/o Mr. William Wendling, Jr. - Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **13408787** |
|---|---|---|---|
| **Client No.** | 116588 | **Invoice Date**<br>**Due Date** | 3/9/2017<br>4/8/2017 |

Billing for services rendered January 1, 2017 through February 28, 2017 related to the above entity as requested by Mr. William E. Wendling Jr. (Receiver) including:

| | |
|---|---:|
| Forensic Accounting: Gwen Parker: 01/03/17: Review of accounting entries in QuickBooks (.33 hours) | 51.15 |
| Forensic Accounting: Gwen Parker: 01/04/17: Review of accounting entries in QuickBooks (.83 hours) | 128.65 |
| Forensic Accounting: Gwen Parker: 01/05/17: Review of accounting entries in QuickBooks (1.09 hours) | 168.95 |
| Forensic Accounting: Gwen Parker: 01/06/17: Review of accounting entries in QuickBooks (.5 hours) | 77.50 |
| Forensic Accounting: Gwen Parker: 01/10/17: Review of accounting entries in QuickBooks (1 hours) | 155.00 |

Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

| | |
|---|---:|
| **Total Due** | **581.25** |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



Where accounting expertise meets small business needs

Veros PP - Cherry Farms LLC 2013 Operating Loan (Aliign)
c/o Mr. William Wendling, Jr. – Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

|  | | **Invoice** | **13408788** |
|---|---|---|---|
| **Client No.** | 116561 | **Invoice Date**<br>**Due Date** | 3/9/2017<br>4/8/2017 |

Billing for services rendered January 1, 2017 through February 28, 2017 related to the above entity as requested by Mr. William E. Wendling Jr. (Receiver) including:

| | |
|---|---:|
| Forensic Accounting: Gwen Parker: 01/03/17: Review of accounting entries in QuickBooks (.33 hours) | 51.15 |
| Forensic Accounting: Gwen Parker: 01/04/17: Review of accounting entries in QuickBooks (.83 hours) | 128.65 |
| Forensic Accounting: Gwen Parker: 01/05/17: Review of accounting entries in QuickBooks (1.09 hours) | 168.95 |
| Forensic Accounting: Gwen Parker: 01/06/17: Review of accounting entries in QuickBooks (.5 hours) | 77.50 |
| Forensic Accounting: Gwen Parker: 01/10/17: Review of accounting entries in QuickBooks (1 hour) | 155.00 |

Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

| | |
|---|---:|
| **Total Due** | **581.25** |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



Veros PP - FarmGrowCap LLC (Aliign)
Mr. William Wendling, Jr. – Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | **Invoice** | **13408789** |
|---|---|---|
| | **Invoice Date** | 3/9/2017 |
| **Client No.**     116590 | **Due Date** | 4/8/2017 |

Billing for services rendered January 1, 2017 through February 28, 2017 related to the above entity as requested by Mr. William E. Wendling Jr. (Receiver) including:

| | |
|---|---|
| Forensic Accounting: Gwen Parker: 01/10/17: Review of accounting entries in QuickBooks and accounting related to 1099 reporting(.17 hours) | 26.35 |
| Forensic Accounting: Gwen Parker: 01/18/17: Accounting related to 1099 reporting(1 hour) | 155.00 |
| Forensic Accounting: Gwen Parker: 02/02/17: Review of accounting entries in QuickBooks (1.5 hours) | 232.50 |
| Forensic Accounting: Gwen Parker: 02/13/17: Review of accounting entries in QuickBooks (1 hour) | 155.00 |
| Forensic Accounting: Gwen Parker: 02/13/17: Review of accounting entries in QuickBooks (3.75 hours) | 581.25 |
| Forensic Accounting: Gwen Parker: 02/15/17: Review of accounting entries in QuickBooks (.25 hours) | 38.75 |
| Forensic Accounting: Gwen Parker: 02/17/17: Review of accounting entries in QuickBooks (5.5hours) | 852.50 |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

| | |
|---|---:|
| Forensic Accounting: Nicole Paredes-Palma: 01/06/17: Entry of accounting activity and appropriate reconciliations for the month of December 2017 (.5 hours) | 52.50 |
| Forensic Accounting: Nicole Paredes-Palma: 01/09/17: Entry of accounting activity and appropriate reconciliations for the month of December 2017 (.33 hours) | 34.65 |
| Forensic Accounting: Nicole Paredes-Palma: 01/11/17: Entry of information for 1099 reporting (.5 hours) | 52.50 |

Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

| | |
|---|---:|
| **Total Due** | **2,181.00** |

**AR AGING**

| BALANCE 3/9/2017 | AFTER 3/9/2017 | AFTER 3/9/2017 | AFTER 2/9/2017 | AFTER 1/9/2017 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 415.91 | 5.97 | 5.97 | 5.97 | 398.00 | 0.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



Veros PP - PinCap LLC (Aliign)
Mr. William Wendling, Jr. - Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **13408790** |
|---|---|---|---|
| **Client No.** | 116620 | **Invoice Date**<br>**Due Date** | 3/9/2017<br>4/8/2017 |

Billing for services rendered January 1, 2017 through February 28, 2017 related to the above entity as requested by Mr. William E. Wendling Jr. (Receiver) including:

| | |
|---|---|
| Forensic Accounting: Gwen Parker: 02/03/17: Review of accounting entries in QuickBooks (2 hours) | 310.00 |
| Forensic Accounting: Gwen Parker: 02/09/17: Review of accounting entries in QuickBooks (2 hours) | 310.00 |
| Forensic Accounting: Gwen Parker: 02/27/17: Review of accounting entries in QuickBooks and accounting related to 1099 reporting( .5hours) | 77.50 |
| Forensic Accounting: Nicole Paredes-Palma: 01/06/17: Entry of accounting activity and appropriate reconciliations for the month of December 2016 (.33 hours) | 34.65 |
| Forensic Accounting: Nicole Paredes-Palma: 01/11/17: Entry of information for 1099 reporting (.34 hours) | 35.70 |

Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

| | |
|---|---|
| **Total Due** | **767.85** |

**CUSTOMER STATEMENT**

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



Veros Partners Receivership (Aliign)
Mr. William Wendling, Jr. – Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **13408791** |
|---|---|---|---|
| **Client No.** | 116487 | **Invoice Date**<br>**Due Date** | 3/9/2017<br>4/8/2017 |

Billing for services rendered January 1, 2017 through February 28, 2017 related to the above entity as requested by Mr. William E. Wendling Jr. (Receiver) including:

| | |
|---|---|
| QuickBooks hosting for the month of January 2017 ($55/month) | 55.00 |
| QuickBooks hosting for the month of February 2017 ($55/month) | 55.00 |
| Tax Accounting: Gwen Parker: 01/18/17 : General research and discussions on required 1099 reporting (.5 hours) | 77.50 |
| Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr. | |
| **Total Due** | **187.50** |

**AR AGING**

| BALANCE 3/9/2017 | AFTER 3/9/2017 | AFTER 3/9/2017 | AFTER 2/9/2017 | AFTER 1/9/2017 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 388.59 | 5.63 | 113.98 | 3.98 | 265.00 | 0.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



Veros PP - Cherry Farms LLC 2015 Individual Loans (Aliign)
c/o Mr. William Wendling, Jr. - Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **13408792** |
|---|---|---|---|
| | | **Invoice Date** | 3/9/2017 |
| **Client No.** | 121550 | **Due Date** | 4/8/2017 |

Billing for services rendered January 1, 2017 through February 28, 2017 related to the above entity as requested by Mr. William E. Wendling Jr. (Receiver) including:

| | |
|---|---|
| Forensic Accounting: Gwen Parker: 01/03/17: Review of accounting entries in QuickBooks (.33 hours) | 51.15 |
| Forensic Accounting: Gwen Parker: 01/04/17: Review of accounting entries in QuickBooks (.83 hours) | 128.65 |
| Forensic Accounting: Gwen Parker: 01/05/17: Review of accounting entries in QuickBooks (1.08 hours) | 167.40 |
| Forensic Accounting: Gwen Parker: 01/06/17: Review of accounting entries in QuickBooks (.5 hours) | 77.50 |
| Forensic Accounting: Gwen Parker: 01/10/17: Review of accounting entries in QuickBooks (1 hours) | 155.00 |

Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

| | |
|---|---|
| **Total Due** | **579.70** |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



Veros PP - Rockdale Holding, LLC (Aliign)
Mr. William Wendling, Jr. – Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **13408793** |
|---|---|---|---|
| | | **Invoice Date** | 3/9/2017 |
| **Client No.** | 116553 | **Due Date** | 4/8/2017 |

Billing for services rendered January 1, 2017 through February 28, 2017 related to the above entity as requested by Mr. William E. Wendling Jr. (Receiver) including:

| | |
|---|---|
| Forensic Accounting: Gwen Parker: 01/03/17: Review of accounting entries in QuickBooks (.50 hours) | 77.50 |
| Forensic Accounting: Gwen Parker: 01/11/17: Review of accounting entries in QuickBooks (.55 hours) | 77.50 |
| Forensic Accounting: Nicole Paredes-Palma: 01/03/17: Entry of information for 1099 reporting (.33 hours) | 34.65 |
| Forensic Accounting: Nicole Paredes-Palma: 01/11/17: Entry of information for 1099 reporting (.33 hours) | 34.65 |

Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

| | |
|---|---|
| **Total Due** | **224.30** |

**AR AGING**

| BALANCE 3/9/2017 | AFTER 3/9/2017 | AFTER 3/9/2017 | AFTER 2/9/2017 | AFTER 1/9/2017 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 74.21 | 1.07 | 1.07 | 1.07 | 71.00 | 0.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**


*Where accounting expertise meets small business needs*

Veros - Stadium Red (Aliign)
Mr. William Wendling, Jr.
Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **13408794** |
|---|---|---|---|
| **Client No.** | 119156 | **Invoice Date**<br>**Due Date** | 3/9/2017<br>4/8/2017 |

---

Billing for services rendered January 1, 2017 through February 28, 2017 related to the above entity as requested by Mr. William E. Wendling Jr. (Receiver) including:

Forensic Accounting: Nicole Paredes-Palma: 01/03/17: Entry of accounting activity (.17 hours)                                    17.85

Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

---

| | **Total Due** | **17.85** |
|---|---|---|

**AR AGING**

| BALANCE 3/9/2017 | AFTER 3/9/2017 | AFTER 3/9/2017 | AFTER 2/9/2017 | AFTER 1/9/2017 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 56.43 | 0.81 | 0.81 | 0.81 | 54.00 | 0.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



Veros PP - Cherry Farms LLC 2011 Term Loan (Aliign)
Mr. William Wendling - Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **13408795** |
|---|---|---|---|
| **Client No.** | 116525 | **Invoice Date** | 3/9/2017 |
| | | **Due Date** | 4/8/2017 |

Billing for services rendered January 1, 2017 through February 28, 2017 related to the above entity as requested by Mr. William E. Wendling Jr. (Receiver) including:

Forensic Accounting: Gwen Parker: 01/03/17: Review of accounting entries in QuickBooks (.33 hours)                                                                 51.15

Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

| | |
|---|---|
| **Total Due** | **51.15** |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



Veros PP - Cherry Farms LLC 2014 Operating Loan (Aliign)
c/o Mr. William Wendling, Jr. - Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **13408796** |
|---|---|---|---|
| **Client No.** | 116567 | **Invoice Date** | 3/9/2017 |
| | | **Due Date** | 4/8/2017 |

---

Billing for services rendered January 1, 2017 through February 28, 2017 related to the above entity as requested by Mr. William E. Wendling Jr. (Receiver) including:

| | |
|---|---:|
| Forensic Accounting: Gwen Parker: 01/03/17: Review of accounting entries in QuickBooks (.33 hours) | 51.15 |
| Forensic Accounting: Gwen Parker: 01/04/17: Review of accounting entries in QuickBooks (.83 hours) | 128.65 |
| Forensic Accounting: Gwen Parker: 01/05/17: Review of accounting entries in QuickBooks (1.08 hours) | 167.40 |
| Forensic Accounting: Gwen Parker: 01/06/17: Review of accounting entries in QuickBooks (.5 hours) | 77.50 |
| Forensic Accounting: Gwen Parker: 01/10/17: Review of accounting entries in QuickBooks (1.00 hours) | 155.00 |

Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

---

| **Total Due** | **579.70** |
|---|---:|

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



Veros PP - Cherry Farms 2012 Restructuring Loan (Aliign)
Mr. William Wendling, Jr. – Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **13408797** |
|---|---|---|---|
| **Client No.** | 116555 | **Invoice Date**<br>**Due Date** | 3/9/2017<br>4/8/2017 |

Billing for services rendered January  1, 2017 through February 28, 2017 related to the above entity as requested by Mr. William E. Wendling Jr. (Receiver) including:

| | |
|---|---:|
| Forensic Accounting: Gwen Parker: 01/03/17: Review of accounting entries in QuickBooks (.33 hours) | 51.15 |
| Forensic Accounting: Gwen Parker: 01/04/17: Review of accounting entries in QuickBooks (1.66 hours) | 257.30 |
| Forensic Accounting: Gwen Parker: 01/05/17: Review of accounting entries in QuickBooks (2.16 hours) | 334.80 |
| Forensic Accounting: Gwen Parker: 01/06/17: Review of accounting entries in QuickBooks (1 hours) | 155.00 |
| Forensic Accounting: Gwen Parker: 01/10/17: Review of accounting entries in QuickBooks (2 hours) | 310.00 |

Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

| **Total Due** | **1,108.25** |
|---|---:|

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**


Where accounting expertise meets small business needs

Veros PP - Jennings Design 2015 Secured Loans (Aliign)
Mr. William Wendling, Jr. – Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **13408798** |
|---|---|---|---|
| **Client No.** | 116577 | **Invoice Date** | 3/9/2017 |
| | | **Due Date** | 4/8/2017 |

Billing for services rendered January 1, 2017 through February 28, 2017 related to the above entity as requested by Mr. William E. Wendling Jr. (Receiver) including:

Forensic Accounting: Nicole Paredes-Palma: 01/11/17: Entry of accounting activity and appropriate reconciliations for the month of December 2016 (.33 hours)                                34.65

Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

| | **Total Due** | **34.65** |
|---|---|---|

**CUSTOMER STATEMENT**

| ENTRY DATE | DUE DATE | TRANSACTION NO. | TEXT | AMOUNT | REMAINDER | CURRENCY |
|---|---|---|---|---|---|---|
| 11/22/2016 | 12/22/2016 | 13408025 | Customer Invoice | 54.00 | 54.00 | USD |
| 12/31/2016 | 1/30/2017 | 13381809 | Interest Charge | 0.81 | 0.81 | USD |
| 1/31/2017 | 3/2/2017 | 13381857 | Interest Charge | 0.81 | 0.81 | USD |
| 2/28/2017 | 3/30/2017 | 13381907 | Interest Charge | 0.81 | 0.81 | USD |
| **TOTAL** | | | | 56.43 | 56.43 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).



Veros PP - Stadiumred Secured Loans (Aliign)
c/o Mr. William Wendling, Jr. - Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **13408799** |
|---|---|---|---|
| **Client No.** | 116566 | **Invoice Date** | 3/9/2017 |
| | | **Due Date** | 4/8/2017 |

---

Billing for services rendered January  1, 2017 through February 28, 2017 related to the above entity as requested by Mr. William E. Wendling Jr. (Receiver) including:

Forensic Accounting: Gwen Parker: 01/03/17: Review of accounting entries in QuickBooks (.75 hours)                                               116.25

Forensic Accounting: Nicole Paredes-Palma: 01/03/17: Entry of accounting activity  (.17 hours)                                                      17.85

Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

---

| **Total Due** | **134.10** |
|---|---|

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**