US SEC v Veros Partners, Inc., et al

USDC Southern IN, Case No. 1:15-cv-00659-JMS-DJM

# EXHIBIT E

**Hutchinson, Cox, Coons, Orr & Sherlock, PC**
*Tom Orr and Patrick Stevenson, Oregon Counsel*
**Boyer Farms - Collection**  LEGAL ACTIVITY: ASSET ANALYSIS AND RECOVERY -001

Last Updated: 2/21/2017
By: agh

| Description | Amount Due - Fees | Amount Due - Expenses | Invoice Time Period | Invoice No. | SEC Receivership - Quarter Period | Note: | Total Attorney fees and expenses this quarter |
|---|---|---|---|---|---|---|---|
| Boyer Farms - Collection | $344.50 | $0.00 | 1/31/2017 | 128408 | 2017 - 1st quarter | To be submitted with Receiver's 2017 1st quarter fee app | |
| Boyer Farms - Collection | n/a | | | | | | |
| Boyer Farms - Collection | n/a | | | | | | |
| **Total Due for Period** | **$344.50** | **$0.00** | | | 2017 - 1st quarter | To be submitted with Receiver's 2017 1st quarter fee app | $344.50 |



|  |  |
|---|---|
| **If paying by VISA or Mastercard please call or complete this section** | |
| Card No. | Exp. Date |
| Cardholder Name: | Amount to Pay: |
| Cardholder Address: | Zip Code: |

Federal Tax ID #93-0740691

WILLIAM E. WENDLING JR.
C/O COHEN GARELICK & GLAZIER, P.C.
8888 KEYSTONE CROSSING BLVD., SUITE 800
INDIANAPOLIS, IN  46240

Date: 02/03/2017
Billed through: 01/31/2017
Account No.: 11949
Invoice No.: 128408
Attorney: Thomas M. Orr
**Payment due by the 25th**

Re:  **Boyer Bankruptcy**
File No.:  **12184A**

## TRUST ACCOUNT ACTIVITY

Beginning Trust Account Balance:                                       $447.73

**Ending Trust Account Balance:**                                       **$447.73**

## REGULAR ACCOUNT ACTIVITY

| | | |
|---|---:|---:|
| Balance Brought Forward | | $3,729.90 |
| Services Rendered | $344.50 | |
| Costs Advanced | $0.00 | |
| Finance Charges | $0.00 | |
| Payment on Account | $0.00 | |
| **PLEASE PAY THIS AMOUNT UPON RECEIPT:** | | **$4,074.40** |

If you have questions regarding any transfer of trust funds to cover fees, please contact us within 5 days of billing date.
If payment is received after the date shown on this statement, payment will be reflected on next statement.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PROFESSIONAL SERVICES RENDERED**                                                        **Hours**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 01/09/17 | TMO | Prepare and send email to Mr. Huntsberger, Trustee regarding Amended Proof of Claim. Instructions to legal assistant. Review and print email message from Mr. Huntsberger. | 0.20 | $55.00 |
| 01/13/17 | TMO | Instructions to legal assistant regarding finalizing and filing Amended Proof of Claim in Boyer bankruptcy. | 0.10 | $27.50 |
| 01/13/17 | LM | Finalize and file Amended Proof of Claim. File Creditor Change of Address. | 0.50 | $30.00 |
| 01/24/17 | TMO | Review file. Review PACER regarding case status. Telephone | 0.30 | $82.50 |

A late payment charge of 1 1/2% per month will be added to the balance due on regular and deferred amounts more than 30 days overdue.

Hutchinson Cox - PO Box 10886, Eugene, OR  97440         Phone: (541) 686-9160    FAX: (541) 343-8693

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | conference with Mr. Huntsberger, Bankruptcy Trustee. Diary and calendar follow up. | | |
| 01/31/17 | TMO | Review file. Prepare and send email to Mr. Wendling. Diary and calendar for follow up. Review and print email message from Mr. Wendling. Review and respond to email message from Mr. Wendling. Draft closing letter to Mr. Wendling. Instructions to legal assistant. | 0.50 | $137.50 |
| 01/31/17 | LM | Prepare letter to William Wendling. | 0.20 | $12.00 |
| | | **Total Professional Fees:** | | **$344.50** |

**Hourly Rate Information**

| | |
|---|---|
| LM | 60.00 |
| TMO | 275.00 |

| | |
|---|---|
| **Total Current Charges:** | $344.50 |
| **Balance Brought Forward:** | $3,729.90 |
| **Payment on Account:** | $0.00 cr |
| **TOTAL AMOUNT DUE** | $4,074.40 |

A late payment charge of 1 1/2% per month will be added to the balance due on regular and deferred amounts more than 30 days overdue.

Hutchinson Cox - PO Box 10886, Eugene, OR 97440     Phone: (541) 686-9160    FAX: (541) 343-8693