US SEC v Veros Partners, Inc., et al

USDC Southern IN, Case No. 1:15-cv-00659-JMS-DJM

*David R. Krebs, Hester Baker Krebs*

*Bankruptcy Counsel for Receiver*

**Per Order dated 9/14/16 - Doc. No. 275**

# EXHIBIT F

**Quarter Period: 1/1/17 - 3/31/17**

Last Updated: 2/21/2017
By: agh

| Description | Fees | Expenses | Total Due | Invoice No. | Invoice time period | SEC Receivership - Quarter Period |
|---|---|---|---|---|---|---|
| | | | | | | To be submitted with Receiver's 2017 1st quarter fee app |
| Cherry Farms Private Placement | $0.00 | $0.00 | $0.00 | 1288 | 1/31/2017 | 2017 - 1st quarter |
| RJW Williams Farms | $1,382.50 | $0.00 | $1,382.50 | 1365 | 1/31/2017 | |
| RJW Williams Farms | $1,527.50 | $0.00 | $1,527.50 | 1433 | 2/28/2017 | |
| Cherry Farms Private Placement | $0.00 | $0.00 | $0.00 | n/a | 2/28/2017 | |
| RJW Williams Farms | $162.50 | $0.00 | $162.50 | 1539 | 3/31/2017 | |
| Cherry Farms Private Placement | $0.00 | $0.00 | $0.00 | n/a | 3/31/2017 | |
| **Totals:** | **$3,072.50** | **$0.00** | **$3,072.50** | | | |

**Total Fees and Expenses:** $3,072.50

**Cherry Farms** Legal Activity: Business Operations (Collections)

**RJW Williams Farms** Legal Activity: Asset Analysis and Recovery (Collections)



One Indiana Square, Suite 1600
Indianapolis, IN 46204
317-833-3030

02-01-2017

**William E. Wendling, Jr.**
Veros - Cherry Farms
Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing Blvd., Suite 800
Indianapolis, IN 46240-4636

**Invoice Number: 1288**
Invoice Period: 01-16-2017 - 01-31-2017

RE: Receivership Matters

| | |
|---|---:|
| **Total for this Invoice** | 0.00 |
| **Total Balance Due for Matter** | 3,770.00 |

# Matter Statement of Account
## As Of 02-03-2017

| Matter | Invoices / Credits | Trust | Balance Due |
|---|---:|---:|---:|
| Receivership Matters | 3,770.00 | | 3,770.00 |
| | **Total Balance Due for Matter** | | **3,770.00** |

### Receivership Matters

**Transactions**

| Date | Transaction | Applied | Invoice | Amount |
|---|---|---:|---:|---:|
| 01-04-2017 | Previous Balance | | | 3,770.00 |
| 02-01-2017 | Invoice 1288 | | | 0.00 |
| | | | **Balance** | **3,770.00** |

**Open Invoices and Credits**

| Date | Transaction | Amount | Applied | Balance |
|---|---|---:|---:|---:|
| 11-01-2016 | Invoice 1020 | 812.50 | | 812.50 |
| 01-04-2017 | Invoice 1236 | 2,957.50 | | 2,957.50 |
| | | | **Balance** | **3,770.00** |



One Indiana Square, Suite 1600
Indianapolis, IN 46204
317-833-3030

02-01-2017

**William E. Wendling, Jr.**
Veros - RJW Williams Farms
Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing Blvd., Suite 800
Indianapolis, IN 46240-4636

**Invoice Number: 1365**
Invoice Period: 01-10-2017 - 01-31-2017

**RE: RJW Williams Farms, Inc. Bankruptcy**

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01-10-2017 | DRK | Review FFBT/RJW settlement documents/notes/ mortgages/FFBT documents; review default issues/remedies; e-mail Wendling re default issues/notices/remedies | 2.500 | 325.00 | 812.50 |
| 01-11-2017 | DRK | Review/revise proposed demand letters to James Williams & Robert Williams | 0.500 | 325.00 | 162.50 |
| 01-11-2017 | DJA | Draft Demand Letter to James and Robert Williams. | 0.400 | 125.00 | 50.00 |
| 01-18-2017 | DRK | E-mail exchange Wendling re balance owed by RJW/demand letters; review e-mail re/motion for relief by First Farmers | 0.300 | 325.00 | 97.50 |
| 01-19-2017 | DRK | Finalize documents/e-mail court for admission pro had vice to Central District of Illinois | 0.300 | 325.00 | 97.50 |
| 01-23-2017 | DRK | Telephone conference Wendling/Poindexter re RJW Williams bankruptcy; review RJW Williams bankruptcy docket | 0.500 | 325.00 | 162.50 |
|  |  |  |  | **Total Fees** | 1,382.50 |

## Time Summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| DJA | 0.400 | 125.00 | 50.00 |

This invoice is due upon receipt. Please make your check payable to Hester Baker Krebs LLC and include your invoice number when making your payment. Thank you for your business!

| Professional | Hours | Rate | Amount |
|---|---:|---:|---:|
| DRK | 4.100 | 325.00 | 1,332.50 |
| | | **Total Fees** | 1,382.50 |

| | | |
|---|---:|---:|
| | **Total for this Invoice** | 1,382.50 |
| | **Total Balance Due for Matter** | 1,382.50 |

# Matter Statement of Account

As Of 02-17-2017

| Matter | Invoices / Credits | Trust | Balance Due |
|---|---|---|---|
| RJW Williams Farms, Inc. Bankruptcy | 1,382.50 | | 1,382.50 |
| | **Total Balance Due for Matter** | | **1,382.50** |

## RJW Williams Farms, Inc. Bankruptcy

### Transactions

| Date | Transaction | Applied | Invoice | Amount |
|---|---|---|---|---|
| 02-01-2017 | Invoice 1365 | | | 1,382.50 |
| | | | **Balance** | **1,382.50** |

### Open Invoices and Credits

| Date | Transaction | Amount | Applied | Balance |
|---|---|---|---|---|
| 02-01-2017 | Invoice 1365 | 1,382.50 | | 1,382.50 |
| | | | **Balance** | **1,382.50** |



One Indiana Square, Suite 1600
Indianapolis, IN 46204
317-833-3030

03-01-2017

William E. Wendling, Jr.
Veros - Cherry Farms
Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing Blvd., Suite 800
Indianapolis, IN 46240-4636

**Invoice Number: 1433**
Invoice Period: 02-01-2017 - 02-28-2017

**RE: RJW Williams Farms, Inc. Bankruptcy**

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02-01-2017 | DRK | Review file re demand letters; review bankruptcy docket re claims deadline/status of stay motions and abandonment of collateral | 0.500 | 325.00 | 162.50 |
| 02-02-2017 | DRK | Telephone conference Wilson (in-house counsel for First Farmers Bank) re ADM issues; research notice to buyers re ADM issue; review demand letters to guarantors status; e-mail Wendling re options to pursue for collection of claim balance | 1.000 | 325.00 | 325.00 |
| 02-07-2017 | DRK | Review court notice of hearing on FFB stay motion; e-mail exchange Wending re ADM/stay relief issues | 0.300 | 325.00 | 97.50 |
| 02-13-2017 | DRK | Further review of First Farmers stay motion w/ exhibits/trustee objection to motion; prepare for telephonic hearing on FFB stay motion; review court docket re pending issues | 1.000 | 325.00 | 325.00 |
| 02-23-2017 | DRK | Review e-mail exchanges Bogdanowicz/Cox re RJW issues; telephone conference Bogdanowicz re RJW and JRRW bankruptcy issue; e-mail exchange Poindexter re RJW and JRRW bankruptcy issues; review JRRW bankruptcy docket; Attend telephonic hearing re First Farmers stay motion | 1.300 | 325.00 | 422.50 |
| 02-28-2017 | DRK | Telephone conference Wendling/Poindexter re | 0.600 | 325.00 | 195.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | pursuing guarantors/ADM claim issues; follow up e-mail to Wendling re same | | | |
| | | | **Total Fees** | | 1,527.50 |

**Time Summary**

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| DRK | 4.700 | 325.00 | 1,527.50 |
| | | **Total Fees** | 1,527.50 |

| | |
|---|---|
| **Total for this Invoice** | 1,527.50 |
| **Total Balance Due for Matter** | 2,910.00 |

# Matter Statement of Account

As Of 03-09-2017

| Matter | Invoices / Credits | Trust | Balance Due |
|---|---|---|---|
| RJW Williams Farms, Inc. Bankruptcy | 2,910.00 | | 2,910.00 |
| | **Total Balance Due for Matter** | | **2,910.00** |

## RJW Williams Farms, Inc. Bankruptcy

### Transactions

| Date | Transaction | Applied | Invoice | Amount |
|---|---|---|---|---|
| 02-01-2017 | Previous Balance | | | 1,382.50 |
| 03-01-2017 | Invoice 1433 | | | 1,527.50 |
| | | | **Balance** | **2,910.00** |

### Open Invoices and Credits

| Date | Transaction | Amount | Applied | Balance |
|---|---|---|---|---|
| 02-01-2017 | Invoice 1365 | 1,382.50 | | 1,382.50 |
| 03-01-2017 | Invoice 1433 | 1,527.50 | | 1,527.50 |
| | | | **Balance** | **2,910.00** |



One Indiana Square, Suite 1600
Indianapolis, IN 46204
317-833-3030

04-05-2017

**William E. Wendling, Jr.**
Veros - Cherry Farms
Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing Blvd., Suite 800
Indianapolis, IN 46240-4636

**Invoice Number: 1539**
Invoice Period: 03-07-2017 - 03-31-2017

**RE: RJW Williams Farms, Inc. Bankruptcy**

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03-07-2017 | DRK | Review settlement agreement; e-mail exchange Wendling re ability to assign the settlement agreement | 0.200 | 325.00 | 65.00 |
| 03-21-2017 | DRK | Telephone conferences Tretter/Poidexter re transition/farm issues | 0.300 | 325.00 | 97.50 |
| | | | | **Total Fees** | 162.50 |

## Time Summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| DRK | 0.500 | 325.00 | 162.50 |
| | | **Total Fees** | 162.50 |

| | |
|---|---|
| **Total for this Invoice** | 162.50 |
| **Total Balance Due for Matter** | 3,072.50 |

This invoice is due upon receipt. Please make your check payable to Hester Baker Krebs LLC and include your invoice number when making your payment. Thank you for your business!    Page 1 of 2

# Matter Statement of Account

As Of 04-14-2017

| Matter | Invoices / Credits | Trust | Balance Due |
|---|---|---|---|
| RJW Williams Farms, Inc. Bankruptcy | 3,072.50 | | 3,072.50 |
| | **Total Balance Due for Matter** | | **3,072.50** |

## RJW Williams Farms, Inc. Bankruptcy

### Transactions

| Date | Transaction | Applied | Invoice | Amount |
|---|---|---|---|---|
| 03-01-2017 | Previous Balance | | | 2,910.00 |
| 04-05-2017 | Invoice 1539 | | | 162.50 |
| | | | **Balance** | **3,072.50** |

### Open Invoices and Credits

| Date | Transaction | Amount | Applied | Balance |
|---|---|---|---|---|
| 02-01-2017 | Invoice 1365 | 1,382.50 | | 1,382.50 |
| 03-01-2017 | Invoice 1433 | 1,527.50 | | 1,527.50 |
| 04-05-2017 | Invoice 1539 | 162.50 | | 162.50 |
| | | | **Balance** | **3,072.50** |