US SEC v Veros Partners, Inc., et al
USDC Southern IN, Case No. 1:15-cv-
00659-JMS-DJM

**William E. Wendling, Jr., Receiver**

## EXHIBIT B
### Quarter Period: 04/01/2017 - 06/30/2017

| Legal Activity | Fees | Expenses | Total Due | File/Invoice No. | Invoice time period | SEC Receivership - Quarter Period |
|---|---|---|---|---|---|---|
| | | | | | | 2017 - 2nd quarter (9th quarter in Receivership) |
| Asset Analysis & Recovery-001 | $16,217.50 | $134.09 | $16,351.59 | 16214/1 | Jan-Dec 2017 | To be submitted with Receiver's 2017 2nd quarter fee app |
| Asset Disposition-002 | $0.00 | $0.00 | $0.00 | 16214/2 | | |
| Business Operations-003 | $8,562.50 | $15.40 | $8,577.90 | 16214/3 | | |
| Case Administration-004 | $21,592.50 | $17.60 | $21,610.10 | 16214/4 | | |
| Claims Administration and Objections-005 | $0.00 | $0.00 | $0.00 | 16214/5 | | |
| Employee Benefits/Pensions-006 | $0.00 | $0.00 | $0.00 | | | |
| Accounting/Auditing-007 | $337.50 | $3.60 | $341.10 | 16214/7 | | |
| **Totals:** | **$46,710.00** | **$170.69** | **$46,880.69** | | | |
| **Total Fees and Expenses:** | | | **$46,880.69** | | | |



# COHEN GARELICK & GLAZIER

A Professional Corporation of Attorneys at Law

**July 7, 2017**

| | | | |
|---|---|---|---|
| Billed through | | 06/30/17 | WEW |
| Bill number | 16214 | - 00001 - | 161705 |

**United States Securities & Exchange Commission**
**c/o Robert M. Moye, Senior Trial Counsel**
**US Securities and Exchange Commission**
**Chicago Regional Office**
**175 W. Jackson Blvd., Suite 900**
**Chicago, IL 60604**

# EXHIBIT B-1

RE: **Asset Analysis and Recovery**
     **Our file number: 16214/1**

| | | | |
|---|---|---|---|
| Balance forward as of last bill dated | 03/31/17 | 161705 | $27,249.95 |
| Payments received since last bill (last payment | 03/22/17 ) | | $0.00 |
| **Net balance forward** | | | **$27,249.95** |

## PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours |
|---|---|---|---|
| 04/03/17 | WEW | Collection: Tax issues Form 56/Williams equipment sale issues/information for 8th Quarterly Report | 2.20 hrs |
| 04/03/17 | AGHT | Collections. Conferences with W. Wendling and secretary regarding Phase 2 letters and instructions to secretary to confirm delivery/receipt of certified mailings and updating of spreadsheet. Follow up noted. | 0.30 hrs |
| 04/03/17 | AGHT | Collections. Telephone call from Jeff Richardson regarding RJW Williams intent to sell equipment. Memo re same. | 0.20 hrs |
| 04/04/17 | WEW | Collection: Telephone conference with Anne Poindexter and David Krebs re suing Williams as co-guarantors of Settlement Agreement/discussed Williams Bankruptcy with Jeff Richardson - collateral issues/discuss with Anne Poindexter motion to distribute FGC funds/correspond with Rob Moye re scheduling conference with Magistrate | 1.50 hrs |
| 04/04/17 | AGHT | Collections. Emails from and to Jeff Risinger related to RJW Williams/CNH notice of disposition of RJW Williams (sale of equipment). Downloaded notice and memo re same. Telephone conference with W.Wendling and Jeff Richardson regarding notices of disposition from CNH related to RJW Williams Farm. Instructions from W.Wendling re Rosenreter, and memo re same. Located and emailed Rosentreter information to Jeff Richardson for review and comment. Drafted notice letter to CNH Industrial regarding Receivership with copy of Order appointing Receiver and forwarded same to W.Wendling for review and approval. | 1.40 hrs |
| 04/05/17 | WEW | Collection: Williams collection effort/prepare for conference call with FFB&T/prepare to make distribution | 1.40 hrs |
| 04/10/17 | WEW | Collection: Email from Investor re his distribution calculation | 0.30 hrs |

United States Securities & Exc

| Date | Initials | Description | Hours |
|---|---|---|---|
| | | response | |
| 04/11/17 | WEW | Collection: Discuss collection of loan from Rosentretter and Williams with Anne Poindexter.  Richardson letter re status of Rosentretter operation.  General discussion with Anne Poindexter re several receivership issues | 2.00 hrs |
| 04/11/17 | AGHT | Collections. Downloaded and reviewed information from Jeff Richardson regarding Rosentreter and forwarded same to W.Wendling for review. | 0.10 hrs |
| 04/13/17 | WEW | Collection: Comments from SEC on motion on distribution of funds. Arrangements to have banking done by Blue and Co. | 0.80 hrs |
| 04/14/17 | WEW | Collection: Telephone conference with Josh Casselman of Mainsource re "Issues Hearing" and status of Veros Fees Collection. Review file re Veros Fee Collection | 0.70 hrs |
| 04/17/17 | WEW | Collection: Order from the Court approving FGC/instructions to paralegal to pay investors | 2.40 hrs |
| 04/17/17 | AGHT | Collections. Conferences with WWendling re information needed from investors for VFLH/FGC distribution. Drafted email. Instructions from WWendling re same, and follow up noted. Instructions to J.Smith re email to investors. Telephone call to JT Loughmiller re distribution and payments to investors, left voicemail message.Conference with WWendling, telephone conference with JT Loughmiller and WWendling re same.  Emails to and from J.Smith re email to individual investors and revisions to same. Emails from and to 3 investors regarding same. | 2.50 hrs |
| 04/17/17 | AGHT | Collections. To meeting at Blue & Co. with WWendling, Jt Loughmiller, Bob Ellis and Nicole to discuss bank accounts and VFLH/FGC distribution procedures and checks for same. Conference with J.Smith re same. Emailed spreadsheet to JT Loughmiller. Conference with and instructions from W.Wendling re tracking of distribution checks. Email to Blue & Co. re same, and follow up noted. | 1.70 hrs |
| 04/17/17 | JST | Collections. Begin drafting e-mail to investors re secondary interim distribution; Review Receivership Distribution Methodology Comparison Table from JT; begin reviewing Investor information and confirm how securities are held. | 0.40 hrs |
| 04/18/17 | WEW | Collection: Meet with Blue and Co. to confirm Payees for FGC interim distribution.  Bookkeeping issues/Payee issues.  Prepare notice to each investor about payment | 2.80 hrs |
| 04/18/17 | JST | Collections. Brief conference with Anita Haworth; revise/update spreadsheet of FGC distribution payees. | 0.20 hrs |
| 04/18/17 | JST | Collections. Continue reviewing Investor information and confirm how securities are held; prepare spreadsheet of the payees | 0.90 hrs |
| 04/19/17 | WEW | Collection: Communications to FGC investors re distribution; instructions to staff to process payments | 1.00 hrs |
| 04/19/17 | JST | Collections. Conference with Anita Haworth; Conference W. Wendling; e-mails to several VFLH/FGC investors to confirm payee information for distribution. | 1.50 hrs |
| 04/19/17 | JST | Collections. Exchange e-mails with Bill Wendling; begin reviewing spreadsheet received from JT re interim FGC distribution/payees. | 0.40 hrs |
| 04/19/17 | JST | Collections. Receive/review e-mails from several investors confirming payee information for VFLH/FGC distribution. | 0.20 hrs |

United States Securities & Exc

| Date | Staff | Description | Hours |
|---|---|---|---|
| 04/19/17 | JST | Collections. Exchange e-mails with James Fisher re FVLH/FGC distribution. | 0.10 hrs |
| 04/19/17 | JST | Collections. Continue reviewing spreadsheet of payee distributions. | 0.20 hrs |
| 04/20/17 | JST | Collections. Update spreadsheet re VFLH/FGC distribution payees. | 0.30 hrs |
| 04/20/17 | JST | Collections. Receive/respond to e-mails from multiple investors re VFLH/FGC distribution checks. | 0.20 hrs |
| 04/21/17 | WEW | Collection: Inquiry from IRS re audit of FGC/other tax issues re FGC 2016 return | 0.40 hrs |
| 04/24/17 | WEW | Collection: Instructions and supervision re the processing of the interim distribution checks/review information from Blue and Co. re payment calculations | 2.40 hrs |
| 04/25/17 | WEW | Collections: Work on distribution | 1.50 hrs |
| 04/26/17 | JST | Collections. Letter to Dave and Patricia Bednarz re FGC/FFLH distribution. | 0.20 hrs |
| 04/26/17 | JST | Collections. Conference with William E. Wendling re distribution to Dave & Patricia Bednarz. | 0.10 hrs |
| 04/27/17 | WEW | Collection: Status on distributions | 0.40 hrs |
| 05/04/17 | WEW | Collections. Review and discuss with SEC Main Source Bank motion relating to the June 2nd court conference | 0.30 hrs |
| 05/10/17 | JST | Collections. Receive/review e-mail from W. Wendling re Jose & Astrid Cardenas distribution; check status of certified mail; e-mail to W. Wendling re the same. | 0.20 hrs |
| 05/11/17 | WEW | Collections. Meet with JT Loughmiller to discuss fee allocation between private placements and FGC | 0.40 hrs |
| 05/15/17 | WEW | Collections. Instructions to Jessica Smith to draft motion to file with court re permission to sue J.R. Williams' Guarantors | 0.60 hrs |
| 05/15/17 | JST | Collections. Conference with W. Wendling re preparing Motion to Bring Lawsuit Against RJW Williamson Personal Guarantors of RJW Williamson Settlement. | 0.20 hrs |
| 05/16/17 | WEW | Collections. Email to David Krebs re status of Williams Bankruptcy. Discuss status with Anne Poindexter/rough drafts of motion requesting permission from the court to pursue Williams settlement agreement Guarantors/discuss with Jessica Smith/notify SEC that FGC 2014 tax audit by IRS is complete | 0.80 hrs |
| 05/17/17 | JST | Collections. Begin reviewing file re RJW Williams Settlement Agreement; begin drafting Motion to Bring Lawsuit Against Personal Guarantors of RJW Williams Settlement. | 0.50 hrs |
| 05/17/17 | JST | Collections. Continue reviewing file re RJW Williams Settlement Agreement; continue drafting Motion for Leave to File Lawsuit Against Personal Guarantors. | 1.10 hrs |
| 05/18/17 | WEW | Collections. Work on motion to proceed with litigation against Williams' Guarantors//email to SEC re issues relating to motion/discuss with Anne Poindexter | 1.50 hrs |
| 05/18/17 | JST | Collections. Exchange e-mails with A. Poindexter and W. Wendling; finalize Motion to Initiate Litigation Against Personal Guarantors of RJW Williams Settlement; draft proposed Order. | 0.30 hrs |
| 05/18/17 | JST | Collections. Instructions from W. Wendling re Boris & Courtney Lin distribution; draft letter to Millennium Trust re the same. | 0.20 hrs |
| 05/18/17 | JST | Collections. Exchange e-mails with Cari Bonty; review file re demand letter to RJW Williams guarantors. | 0.20 hrs |

United States Securities & Exc

| 05/19/17 | WEW | Collections. Review allocation of expenses for 7th and 8th quarters | 2.30 hrs |
| 05/19/17 | JST | Collections. E-mail to Boris Lin re letter to Millennium Trust Company. | 0.10 hrs |
| 05/22/17 | WEW | Collections. Inquiry from Millennium Trust re confirmation of investors pay in IRA/email to Anne Poindexter and David Krebs requesting information on how to best proceed with J.R. Williams Bankruptcy/review status of pending matters sent by David Krebs/telephone conference with SEC relating to June 2, 2017 issues conference/status report from Laura Conway re transfer of BCG and Cherry Farms | 2.30 hrs |
| 05/24/17 | JST | Collections. Exchange e-mails with A. Poindexter; review spreadsheet from Kevin Tretter; review documents in file re Cherry Farms loans; prepare comparison spreadsheet; e-mail to W. Wendling & A. Poindexter re the same. | 0.60 hrs |
| 05/25/17 | WEW | Collections. Distribution to FGC investors follow-up making some investors using IRA funds need to report to the IRA administration the receipt of funds | 0.50 hrs |
| 06/01/17 | JST | Collections. Receive/review voice mail message from Carrol Klotz re Chad Kodiak distribution. | 0.10 hrs |
| 06/06/17 | WEW | Collection: Email to Anne Poindexter re settlement with Robert Mitchell - wage claim PinFin/telephone call from court re issues to discuss at hearing/Carolynn Richardson call abut hearing or issues conference - referred info to Anne Poindexter | 1.70 hrs |
| 06/07/17 | JST | Collections. Review e-mail from Carroll Klotz re Chad Kodiak distribution; review e-mails between W. Wendling and Ms. Klotz re the same; prepare new distribution check payable to First Clearing f/b/o Chad Kodiak IRA. | 0.20 hrs |
| 06/07/17 | JST | E-mail to Richard Taylor re stopping payment on check no. 1095 to Chad Kodiak. | 0.20 hrs |
| 06/07/17 | JST | Telephone call from Richard Taylor re stopping payment on check no 1095 to Chad Kodiak. | 0.10 hrs |
| 06/08/17 | WEW | Collection: Stop payment on check to investor and reissue/discuss payment of distribution checks with paralegal | 0.30 hrs |
| 06/08/17 | JST | Collections. Exchange e-mails with Carroll Klotz re Chad Kodiak distribution check. | 0.10 hrs |
| 06/08/17 | JST | Collections. Letter to Carroll Klotz re reissued check for Chad Kodiak. | 0.20 hrs |
| 06/09/17 | WEW | Collection: Confirmation that Blue Crop Group documents of transfer have been signed by all investors | 0.30 hrs |
| 06/09/17 | JST | Collections. Receive/review e-mail from Rick Taylor w/ Check or ACH Debit Stop-Payment Order re Chad Kodiak. | 0.10 hrs |
| 06/13/17 | WEW | Collection: information from Krebs re Williams Bankruptcy issues and Receiver's Complaint on the Williams settlement documents/personal guarantors; transfer confirmed on BCG/arrange wire transfer/confirm Cherry Farms transfer | 1.10 hrs |
| 06/15/17 | WEW | Collection: Provide David Krebs with information re Williams settlement/David Krebs inform the Receiver about the status of Williams bankruptcy case in Illinois | 0.60 hrs |
| 06/21/17 | WEW | Collection: Review final draft of complaint against Williams Settlement Agreement and personal guarantors/comments from Anne Poindexter | 1.40 hrs |
| 06/23/17 | WEW | Collection: Follow-up information to David Krebs needed for | 0.40 hrs |

United States Securities & Exc

| | | | |
|---|---|---|---|
| | | complaint against Williams Settlement Agreement amounts due/conversation with Paul Roth re QSF problem | |
| 06/26/17 | WEW | Collection: Williams present payoff and per diem from David Krebs/telephone call to Blue and Co. for loan schedules/meeting with Blue and Co. to discuss the Qualified Settlement Fund issue | 2.80 hrs |
| 06/27/17 | WEW | Collection: Information to David Krebs re Williams settlement loan balance for complaint/gather information to transfer to the investors with various investments/send follow-up information to Blue and Co. to address Qualified Settlement Fund question | 3.20 hrs |
| 06/27/17 | JST | Collections. E-mail to Mary Kay Huse re returned mail re distribution checks. | 0.10 hrs |
| 06/27/17 | JST | Collections. Receive/review e-mail from Mary Kay Huse re interim distribution checks/confirm mailing address. | 0.10 hrs |
| 06/28/17 | WEW | Collection: QSF issue - meet with Bridgette to discuss private placement general and account and TD account/discussion with Anne Poindexter SEC order re use of funds | 1.80 hrs |
| 06/28/17 | JST | Supervision. E-mail from/to Mary Kay Huse re interim distribution. | 0.10 hrs |
| 06/29/17 | WEW | Collection: Issue re SEC's motion to distribution collection of money from Defendants to give receiver and distribution to investors/issue with Blue and Co. re QSF and allocation of private placement re losses and refunds/email and telephone call to Anne Poindexter/email to JT Loughmiller | 1.80 hrs |

|  | |
|---|---|
| **Total fees for this matter** | **$16,087.50** |

**EXPENSES INCURRED**

| | | |
|---|---|---|
| 04/26/17 | Postage charges | 34.19 |
| 05/16/17 | Federal Express to Jonah, Frog's Leap Winery, Calif 94573 | 33.02 |
| 06/08/17 | Federal Express to Carl Klotz, Joliet, IL | 17.22 |
| 06/23/17 | Postage charges | 5.26 |
| 06/30/17 | Copy expense since last invoicing | 44.40 |
| | **Total expenses for this matter** | **$134.09** |

**BILLING SUMMARY**

| | | | | |
|---|---|---|---|---|
| HAWORTH, ANITA G. | 6.20 hrs | 125.00 /hr | $775.00 |
| SMITH, JESSICA O. | 9.40 hrs | 125.00 /hr | $1,175.00 |
| WENDLING, WILLIAM E. | 43.90 hrs | 325.00 /hr | $14,137.50 |
| | | | |
| TOTAL FEES | 59.50 hrs | | $16,087.50 |
| TOTAL EXPENSES | | | $134.09 |
| TOTAL CHARGES FOR THIS BILL | | | $16,221.59 |
| NET BALANCE FORWARD | | | $27,249.95 |
| **BALANCE NOW DUE** | | | **$43,471.54** |

## RECAP OF OUTSTANDING INVOICES

| Bill Number | Bill Date | Original Amount of Bill | Amount Outstanding |
|-------------|-----------|-------------------------|--------------------|
| 160368 | 03/31/2017 | $27,249.95 | $27,249.95 |



# COHEN GARELICK & GLAZIER

A Professional Corporation of Attorneys at Law

**July 7, 2017**

Billed through          06/30/17          WEW

Bill number          16214    -  00003  -   161704

**United States Securities & Exchange Commission**
**c/o  Robert M. Moye, Senior Trial Counsel**
**US Securities and Exchange Commission**
**Chicago Regional Office**
**175 W. Jackson Blvd., Suite 900**
**Chicago, IL  60604**

# EXHIBIT B-3

**RE:  Business Operations**
      **Our file number:  16214/3**

| | | |
|---|---|---:|
| Balance forward as of last bill dated | 03/31/17     161704 | $41,366.48 |
| Payments received since last bill (last payment | 03/23/17  ) | $0.00 |
| **Net balance forward** | | **$41,366.48** |

## PROFESSIONAL SERVICES RENDERED

| | | | |
|---|---|---|---:|
| 04/03/17 | AGHT | Private Placements. Downloaded and reviewed title searches for the 16 parcels in Michigan (FGC Midwest BB Farms). and invoices for same. Forwarded all to W.Wendling for review and approval to pay. | 0.80 hrs |
| 04/04/17 | WEW | Collection: Correspondence from Jeff Risinger to L. Conway re transfer documents for BCG/outline motion to court re Qualified Settlement Fund Amendment to Order | 2.30 hrs |
| 04/04/17 | AGHT | Private Placements Drafted check to pay for title searches (16 x $200) for FGC Midwest BB Real Estate LLC parcels. Letter to Transnation Title Agency of Michigan enclosing check for payment of title searches. Forwarded check to W.Wendling for signature and processed same. | 0.50 hrs |
| 04/05/17 | WEW | Collection: Transfer documents review for BCG/email to Anne Poindexter re BCG checking account and $400,000 obligation to FGC and PinCap | 1.80 hrs |
| 04/05/17 | AGHT | Private Placements. Emails from and to 2 investors regarding Veros Craft Brew K-1s. Extracted and forwarded K-1 to Cottingham via email. | 0.30 hrs |
| 04/05/17 | AGHT | Private Placements. Conference with and instructions from J.Bishop regarding filing of 2 UCC statements. Memo re same. | 0.10 hrs |
| 04/06/17 | WEW | Collection: BCG transfer document question | 0.30 hrs |
| 04/06/17 | AGHT | Collections. Reviewed information from J.Bishop regarding UCC filings to be made. Reviewed UCC filing against Blue Crop Group made in September, and memo to J.Bishop requesting additional information. Follow up noted. Conference with J. Bishop regarding same. Memo. Downloaded and saved copies of Michigan UCC filings made. Prepared and filed 2 UCC-1s against Blue Crop Group in Indiana related to Midwest Blueberry Holding LLC and Midwest | 1.30 hrs |

|          |      | Blueberry Farms, Inc. Forwarded same to J. Bishop. Letter to Jeffery Risinger with copies of same and check to reimburse for Michigan UCC filing. Drafted check and forwarded same to W.Wendling for signature and approval. | |
|----------|------|---|---|
| 04/10/17 | WEW  | Collection: Review transfer documents prepared by Conway. Comments to Anne Poindexter.  Status re transfer of Cherry Farms and StadiumRed | 1.00 hrs |
| 04/10/17 | AGHT | Private Placements. Reviewed email inquiry from Investor. Noted things to do and updated priorities. | 0.30 hrs |
| 04/11/17 | AGHT | Private Placements. Checked status of pending transfers of Cherry Farms, Blue Crop Group and Stadiumred. Downloaded and reviewed loan schedule from Shawn Gustafson for balance owed by TBBM to Blue Crop Group. Noted items to discuss with W.Wendling re same. | 0.30 hrs |
| 04/12/17 | WEW  | Collection: Cherry Farms and BCG transfer issues.  Telephone call to Investor in Cherry Farms re transfer documents | 1.40 hrs |
| 04/12/17 | AGHT | Collections. Emails from and to W. Wendling re Veros Partners and conferences with W.Wendling about corporate status of Veros Partners Inc. and business entity report due. Follow up noted. | 0.20 hrs |
| 04/19/17 | WEW  | Collection: Copy files for investors | 1.00 hrs |
| 04/20/17 | WEW  | Collection: Conference with Anne Poindexter re response of Cherry Farms question re transfer documents/transfer document issues from Anne Poindexter on BCG/review status with Jessica Smith | 1.50 hrs |
| 04/24/17 | WEW  | Collections: Email from investment group asking for release of management and money prior to finalizing transfer documents/respond to investor question re BCG transfer | 0.40 hrs |
| 04/24/17 | JST  | Supervision. Brief conference with Bill Wendling re distribution to investors regarding VFLH/FGC. | 0.10 hrs |
| 04/24/17 | JST  | Supervision. Prepare letter to investors re FGC/VFLH partial distribution; conference with William E. Wendling. | 0.50 hrs |
| 04/24/17 | JST  | Supervision. E-mail from/to investors re FGC/VFLH distribution checks. | 0.10 hrs |
| 04/25/17 | JST  | Supervision. Write checks for partial return of capital to VGC/VFLH investors. | 0.80 hrs |
| 04/27/17 | WEW  | Collection: Review transfer documents from BCG/conference with Anne Poindexter re the procedure for BCG Lendees to sign documents/review resignation of PinCap as manager for Blue Crop Group | 0.80 hrs |
| 05/01/17 | WEW  | Collection: Transfer issues relating to BCG/Cherry Farms transfer issues/Veros Craft Brew sharing information with investors issues - email from Anne Poindexter re that issue | 2.20 hrs |
| 05/02/17 | WEW  | Private Placement: Review email correspondence between Anne Poindexter and Laura Conway re transfer issues BCG/email comments to Anne Poindexter re Laura Conway's questions/follow-up email to Anne Poindexter re status of signatures | 2.20 hrs |
| 05/02/17 | JST  | Private Placement. Conference with W. Wendling re Blue Crop Group transfer. | 0.50 hrs |
| 05/03/17 | WEW  | Collection: Issue re all members of BCG agreeing to transfer of receivership to investors.  Email to Anne Poindexter re this issue and motion to transfer compliance | 1.40 hrs |
| 05/04/17 | WEW  | Private Placement: Respond to questions raised by investors attorney re Cherry Farms transfers/review Anne Poindexter's | 2.80 hrs |

| | | response to questions to attorney representing Blue Crop Group investors/respond to Anne Poindexter's question about the relationship of individual loans to Cherry Farms and Veros Partners as Administrative Agent | |
|---|---|---|---|
| 05/08/17 | WEW | Private Placement: Cherry Farms transfer documents review and edit/note to Anne Poindexter re provision of assignments relating to escrow account with Sam Hodson/BCG file copy review/instructions to staff to copy Cherry Farms and BCG files | 1.50 hrs |
| 05/09/17 | WEW | Collection: Cherry Farms transfer/information from Anne Poindexter re terms of assignment | 0.60 hrs |
| 05/15/17 | WEW | Private Placements: Follow-up with Anne Poindexter re transfer status of BCG and Cherry Farms | 0.40 hrs |
| 05/16/17 | WEW | Private Placement: Update from Anne Poindexter re status of transfer of BCG and Cherry Farms | 0.30 hrs |
| 05/17/17 | JST | Private Placement. E-mail to Nicole Paredes-Palma re PinCap LLC transactions. | 0.10 hrs |
| 05/24/17 | WEW | Collection: Review Cherry Farms investor list to compare to Kevin Tretter's list; discuss with Anne Poindexter | 0.60 hrs |
| 06/04/17 | WEW | Collection: Try to locate original mortgages in Cherry Farms. Email to Matt Haab and his response. | 0.30 hrs |
| 06/07/17 | WEW | Collection: Verification of signatures to transfer BCG to investors. Signed documents re transfer of BCG management. Deliver to Anne Poindexter along with BCG thumb drive information | 0.80 hrs |
| 06/08/17 | WEW | Collection: Missing signatures on several transfer documents for Cherry Farms and BCG | 0.40 hrs |
| 06/13/17 | JST | Supervision. Instructions from J. Bishop re True Blue Berry Management rent invoices; copy/mail the same. | 0.20 hrs |

| | **Total fees for this matter** | **$8,562.50** |
|---|---|---|

**EXPENSES INCURRED**

| 04/06/17 | Secretary of State - UCC filing: Inv# 2017-00002789107 | 3.00 |
|---|---|---|
| 04/06/17 | Secretary of State - UCC - additional filing: Inv# 2017-00002789874 | 3.00 |
| 04/06/17 | Indiana Secretary of State - UCC filings ( 2 ) re: DEBTOR: Blue Crop Group, LLC , by secured party William E. Wendling, Receiver for Veros Partners, Inc, as Administrative Agent for Certain Lenders | 8.00 |
| 06/30/17 | Copy expense since last invoicing | 1.40 |

| | **Total expenses for this matter** | **$15.40** |
|---|---|---|

**BILLING SUMMARY**

| | | | | |
|---|---|---|---|---|
| HAWORTH, ANITA G. | 3.80 | hrs | 125.00 /hr | $475.00 |
| SMITH, JESSICA O. | 2.30 | hrs | 125.00 /hr | $287.50 |
| WENDLING, WILLIAM E. | 24.00 | hrs | 325.00 /hr | $7,800.00 |

| | | | |
|---|---|---|---|
| TOTAL FEES | 30.10  hrs | | $8,562.50 |
| TOTAL EXPENSES | | | $15.40 |
| TOTAL CHARGES FOR THIS BILL | | | $8,577.90 |
| NET BALANCE FORWARD | | | $41,366.48 |
| **BALANCE NOW DUE** | | | **$49,944.38** |

## RECAP OF OUTSTANDING INVOICES

| Bill Number | Bill Date | Original Amount of Bill | Amount Outstanding |
|---|---|---|---|
| 160370 | 03/31/2017 | $41,366.48 | $39,366.48 |
| 160372 | 03/31/2017 | $2,000.00 | $2,000.00 |



# COHEN GARELICK & GLAZIER

A Professional Corporation of Attorneys at Law

**July 5, 2017**

Billed through      06/30/17      WEW

Bill number     16214  -  00004  -  161899

**United States Securities & Exchange Commission**
c/o Robert M. Moye, Senior Trial Counsel
**US Securities and Exchange Commission**
**Chicago Regional Office**
**175 W. Jackson Blvd., Suite 900**
**Chicago, IL 60604**

## EXHIBIT B-4

RE: **Case Administration**
    Our file number: **16214/4**

| | | | |
|---|---|---|---:|
| Balance forward as of last bill dated | 07/07/17 | 161899 | $51,188.44 |
| A/R Adjustments made since last bill | | | $-22,460.10 |
| Payments received since last bill (last payment | 03/22/17 ) | | $0.00 |
| **Net balance forward** | | | **$28,728.34** |

## PROFESSIONAL SERVICES RENDERED

| Date | Init | Description | Hours |
|---|---|---|---:|
| 04/03/17 | AGHT | Supervision. Conference with W. Wendling re status of quarterly reports and things to do. Memo re same. | 0.30 hrs |
| 04/04/17 | AGHT | Supervision. Conference with W.Wendling to discuss status of things to do and updated priorities. Instructions from W. Wendling regarding motion related to Qualified Settlement Fund and memo re same.Reviewed information relating to QSF motion. Reviewed and organized various electronic documents and updated spreadsheets. | 1.50 hrs |
| 04/04/17 | JEBT | Private Placement: Reviewed security agreements and UCC filing by Jeff Risinger to date for accuracy for Blue Crop Group. | 1.00 hrs |
| 04/05/17 | AGHT | Supervision. Fee Application - NO CHARGE. Downloaded invoices for Jan-March 2017 from Altman, Poindexter & Wyatt LLC. Performed detailed review and completed calculations. Conferences with Wendling re same. Reviewed CGG prebills and noted items to discuss with W.Wendling. | 4.10 hrs |
| 04/05/17 | JEBT | Private Placement: Made final comparison of all security documents to date for Blue Crop Group with those required in private placement memo (No Charge). | 1.50 hrs |
| 04/06/17 | WEW | Collection: Work on 8th Report/conference call with bank attorney, Dave Krebs, and Anne Poindexter re legal plan of action on Williams settlement/update from Jeff Richardson re Williams liens | 2.80 hrs |
| 04/06/17 | AGHT | Supervision. Reviewed things to do and updated priorities. Conference with C.Bonty re draft notice to court re completion of Phases II and III and request to distribute funds and forwarded sample copy of Phase II letter. Follow up noted. Conference with W.Wendling re things to do and instructions from W.Wendling re same. Organized electronic and hard copy documents for discussion | 0.90 hrs |

United States Securities & Exc

| Date | Initials | Description | Hours |
|---|---|---|---|
| | | with Wendling re same. | |
| 04/06/17 | JEBT | Private Placement:  Coordinated filing UCC agreement against Blue Crop Group in Indiana for permanent offering. | 0.50 hrs |
| 04/07/17 | WEW | Supervision: 8th Report | 3.20 hrs |
| 04/07/17 | AGHT | Supervision. Downloaded Order approving 50% from Broker-Dealer fee to be paid to MainSource. Updated and hyperlinked pleadings index. Uploaded order to Receiver's web page. Memo to W.Wendling re same. Worked on Accounting for 8th Interim Report. Emails to W.Wendling, J.Smith, and G.Poole re same. | 2.90 hrs |
| 04/07/17 | AGHT | Supervision. Fee Application - NO CHARGE. Completed revisions to CGG invoices. | 0.70 hrs |
| 04/10/17 | WEW | Supervision: 8th Quarterly Report information.  Discussed with Anita Haworth | 1.50 hrs |
| 04/10/17 | AGHT | Supervision. Conference with and instructions from W.Wendling re interim report and accounting. Memo re same. | 0.80 hrs |
| 04/10/17 | JEBT | Private Placement:  Corresponded with Shelly Hartman of True Blue regarding confirming adding receiver to crop insurance. | 0.30 hrs |
| 04/11/17 | WEW | Supervision: Report to the Court draft.  Edits to Anita Haworth | 1.00 hrs |
| 04/11/17 | AGHT | Supervision. Reviewed and updated spreadsheets of passwords, Receiver's duties and obligations (noting items completed and coming due); updated parties information and contacts, and organized items to discuss with W.Wending. Follow up noted. | 1.00 hrs |
| 04/11/17 | JEBT | Private Placement:  Reviewed subordination agreement prepared by Jeff Risinger to correct errant UCC priority filing by him on Blue Crop Group. | 0.50 hrs |
| 04/12/17 | AGHT | Supervision. Revised Accounting to Interim Report and conference with W.Wending re same. Reviewed information from W.Wendling and began drafting 8th interim report. | 3.00 hrs |
| 04/13/17 | WEW | Supervision: Respond to question by investor. Question about three issues relating to the 8th Quarterly Report.  Send response to SEC for review.  Telephone call from Magistrate re information about "Issues Conf" schedule.  Email to Josh Casselman.  Final revision to 8th Quarterly Report. Send to SEC for review. | 3.80 hrs |
| 04/13/17 | AGHT | Supervision. Conference with W.Wendling re things to do and updated priorities. Completed drafting 8th Interim Report and forwarded same to W.Wendling for review along with accounting exhibit. Discussed and reviewed additional changes to be made to report. | 3.30 hrs |
| 04/13/17 | JEBT | Private Placement:  reviewed security documents for Blue Crop Group and made list of outstanding issues (No Charge). | 0.50 hrs |
| 04/14/17 | WEW | Collection: Revise and send response to investors three past questions.  Discuss accounting expense issues with paralegal | 0.80 hrs |
| 04/14/17 | AGHT | Supervision. Fee Application - NO CHARGE. Worked on Krebs, APW, and Blue & Co. invoices and calculations. Conferences with W.Wendling re same. | 4.00 hrs |
| 04/17/17 | AGHT | Supervision. Fee Application - NO CHARGE. Revised and completed invoice spreadsheets for all retained personnel. Completed calculations and updated CGG invoices. Conferences with W. Wendling and BZimmerman re same. Completed spreadsheet for total collections, private placement and supervision allocations. | 5.80 hrs |
| 04/17/17 | AGHT | Supervision. Conference with W. Wendling re things to do and status. | 2.20 hrs |

|          |      | Updated priorities.Downloaded filed Notice re completion of Phases II and III and Request to distribute. Updated and hyperlinked pleadings index. Uploaded Notice to Receiver's web page and emailed copy of same to all investors, cc W.Wending, A.Poindexter, C.Bonty and J.Smith.  Emails from and to A.Poindexter, W. wendling and C.Bonty re 8th Interim Report, provided information requested, and follow up noted. |          |
|----------|------|---|---|
| 04/17/17 | AGHT | Supervision. Conference with W. wendling re multiple things to do and updated priorities. Email to W. wendling, APoindexter, cc CBonty and JSmith with updated status reports. | 0.30 hrs |
| 04/17/17 | AGHT | Collections. Telephone call from accountant for investor with questions regarding investor's funds. | 0.20 hrs |
| 04/17/17 | AGHT | Supervision. Fee Application - NO CHARGE.  Completed invoice spreadsheets and calculations for APW, and Krebs. Scanned and coded additional invoices. Worked on Blue & Co. invoices and spreadsheets and completed calculations related to same. Conference with W. wendling re all. | 4.20 hrs |
| 04/18/17 | JEBT | Private Placement:  Meeting with Bill Wendling to discuss interim investor question. | 0.20 hrs |
| 04/20/17 | WEW  | Collection: Work on 8th Fee Application; update information for 8th Quarterly Report. Review with paralegal | 3.30 hrs |
| 04/20/17 | AGHT | Supervision. Fee Application - NO CHARGE. Revised and completed fee calculations and allocations. Completed SFAR, exhibit A accounting to fee application. Conferences with W. wendling and JSmith re same and regarding things to do and upcoming deadlines. | 8.50 hrs |
| 04/21/17 | WEW  | Collection: Add a few sections to the 8th Quarterly Report | 0.50 hrs |
| 04/21/17 | JST  | Supervision. Receive/review Notice of Change of Attorney Information (re D. Hutton) from court; upload the same to Cohen Garelick & Glazier website. | 0.30 hrs |
| 04/25/17 | JST  | Supervision. Receive/review Notice of Change of Attorney Information (re R. Moye) from court; upload the same to Cohen Garelick & Glazier website. | 0.30 hrs |
| 04/26/17 | JST  | Supervision. Begin working on Fee Application. (NO  CHARGE) | 0.20 hrs |
| 04/26/17 | JST  | Supervision. Work on Standardized Fund Accounting Report. (NO CHARGE) | 0.50 hrs |
| 04/26/17 | JST  | Supervision. Work on Standardized Fund Accounting Report; Conferences with William E. Wendling re the same; Review bank statements; (NO CHARGE) | 1.30 hrs |
| 04/26/17 | JST  | Supervision. Conference w/ William E. Wendling re Standardized Fund Accounting Report. (NO CHARGE) | 0.40 hrs |
| 04/27/17 | WEW  | Collection: Further edits and corrections to Exhibit "A" of 8th QUarterly Report. Revisions to the report | 2.00 hrs |
| 04/27/17 | JST  | Supervision. Conference with W. Wendling re Standardized Fund Accounting Report exhibit. (NO CHARGE) | 0.50 hrs |
| 04/27/17 | JST  | Supervision. Continue making edits to Standardized Fund Accounting Report; additional conference with W. Wendling re the same. (NO CHARGE) | 1.00 hrs |
| 04/28/17 | WEW  | Collection: Review accounting exhibits and revise to attach to 8th Quarterly Report/instructions to paralegal re bank statement information to revise accounting exhibit/review and revise Quarterly Report for consistency | 3.00 hrs |

United States Securities & Exc

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 04/28/17 | JST | Supervision. Finalize Standardized Fund Accounting Report. (NO CHARGE) | 0.30 hrs |
| 04/28/17 | JST | Supervision. Conference with W. Wendling and work on Standardized Fund Accounting Report. (NO CHARGE) | 1.50 hrs |
| 05/01/17 | WEW | Collection: Motion for an extension of time to file 8th Quarterly Report | 0.60 hrs |
| 05/02/17 | WEW | Collection: Meet with paralegal to put final edits into the 8th Quarterly Report/add exhibit/confirm accounting for report | 1.00 hrs |
| 05/02/17 | JST | Supervision. Conference with W. Wendling re 8th Interim Report; edit the same. | 0.70 hrs |
| 05/02/17 | JST | Supervision. Additional conference with William E. Wendling; additional edits to Eighth Interim Report; e-mail to William E. Wendling. | 0.30 hrs |
| 05/02/17 | JST | Supervision. Review/edit pre-bills. (NO CHARGE) | 0.50 hrs |
| 05/02/17 | JST | Supervision. Conference with W. Wendling re Eighth Interim Report. | 0.20 hrs |
| 05/04/17 | WEW | Collection: Minor edits to 8th Quarterly Report | 0.20 hrs |
| 05/04/17 | JST | Supervision. Update/finalize Receiver's Receipts, Transfers, and Disbursements Exhibit "A". | 0.20 hrs |
| 05/05/17 | WEW | Collection:  Send draft of 8th Quarterly Report to SEC; respond to investor inquiring about his holdings and what has been paid/information from Andre Guillaume re BCG/conference with Anne Poindexter (email) re status of transfer of BCG | 2.40 hrs |
| 05/05/17 | JST | Supervision. Incorporate W. Wendling's edits to Receiver's Eighth Interim Report and finalize the same; e-mail to W. Wendling re the same. | 0.30 hrs |
| 05/08/17 | WEW | Collection: Investor questions re ownership interest in BCG/email and telephone call responding | 0.40 hrs |
| 05/09/17 | WEW | Collections: 8th Fee Application | 3.00 hrs |
| 05/09/17 | JST | Supervision. Fee Application - Prepare initial draft of 8th fee application; e-mail to W. Wendling re the same. (NO CHARGE) | 2.50 hrs |
| 05/09/17 | JST | Supervision. Conference with W. Wendling re Fee Application and review calculations. (NO CHARGE) | 2.50 hrs |
| 05/10/17 | WEW | Collection: Final revisions and file 8th Quarterly Report/work on reallocation of expenses between private placements and FGC | 2.20 hrs |
| 05/10/17 | WEW | Collection: Fee application (NO CHARGE) | 2.00 hrs |
| 05/10/17 | JST | Supervision. E-mail to Nicole Paredes-Palma re partial distribution to FGC VLFH investors. | 0.20 hrs |
| 05/10/17 | JST | Supervision. Conference with W. Wendling and continue reviewing draft fee application draft and calculation of fees. (NO CHARGE) | 2.00 hrs |
| 05/10/17 | JST | Supervision. Review/edit/finalize Receiver's Receipts, Transfers, and Disbursements Exhibit "A" to 8th Interim Report. | 1.00 hrs |
| 05/10/17 | JST | Supervision. Conference with W. Wendling; finalize Eighth Interim Report and Exhibits; e-mail to Cari Bonty and Anne Poindexter; telephone call to Cari Bonty. | 0.70 hrs |
| 05/11/17 | WEW | Collection: Fee application (NO CHARGE) | 3.00 hrs |
| 05/11/17 | JST | Supervision. Continue working on 8th Quarterly Fee Application. (NO CHARGE) | 1.50 hrs |
| 05/11/17 | JST | Supervision. Conference with W. Wendling and Blue & Co. re allocation of fees. | 1.00 hrs |
| 05/11/17 | JST | Supervision. Travel to/from downtown; attend meeting with W. Wendling and A. Haworth re various questions related to Fee | 1.00 hrs |

| | | | |
|---|---|---|---|
| | | Application and allocation of fees. (NO CHARGE) | |
| 05/11/17 | JST | Supervision. Continue drafting 8th Fee Application and make additional edits to the same. (NO CHARGE). | 0.40 hrs |
| 05/12/17 | WEW | Collection: Fee application (NO CHARGE | 2.00 hrs |
| 05/12/17 | JST | Supervision. Finish 8th Fee Application; telephone call to Cari Bonty; e-mail to Cari Bonty with 8th Fee Application and exhibits. (NO CHARGE) | 0.50 hrs |
| 05/12/17 | JST | Supervision. Conference with W. Wendling; edit 8th Fee Application; finish drafting proposed Order. (NO CHARGE) | 1.30 hrs |
| 05/15/17 | JST | Supervision. Review 8th Fee Application and make slight edits; e-mail to Cari Bonty re the same. (NO CHARGE). | 0.30 hrs |
| 05/15/17 | JST | Supervision. Updated and hyperlinked pleadings index, and uploaded the same to Receiver's web page. | 0.50 hrs |
| 05/15/17 | JST | Receive/review Notice of Change of Attorney Information; uploaded the same to Receiver's web page. | 0.20 hrs |
| 05/16/17 | JST | Supervision.  Receive/review file-marked Receiver's Eighth Fee Application; Update and hyperlink pleadings index, and uploaded the same to Receiver's web page. | 0.30 hrs |
| 05/19/17 | JST | Supervision.  Receive/review file-marked Motion for Authority to Initiate Litigation Against Personal Guarantors of RJW Williams Settlement; Update and hyperlink pleadings index, and uploaded the same to Receiver's web page. | 0.20 hrs |
| 05/19/17 | JST | Supervision. Brief conference with W. Wendling re allocations of fees. | 0.10 hrs |
| 05/22/17 | JST | Supervision. Exchange e-mails with Joel Grisel regarding first quarter deposits for Blue Crop Group. | 0.10 hrs |
| 05/23/17 | JST | Supervision. Receive/review invoice from Corporation Service Company; prepare check for W. Wendling review/signature. | 0.10 hrs |
| 05/24/17 | WEW | Collection: Instructions for motion to continue issues conference/review FGC payments to remind investors that received payments to notify IRA and trust administrators | 2.30 hrs |
| 05/24/17 | JST | Supervision. Conference with W. Wendling re check for Corporation Service Company; process the same. | 0.20 hrs |
| 05/25/17 | JST | Supervision.  Receive/review file-marked Receiver's Motion to Continue Issues Conference; Update and hyperlink pleadings index, and uploaded the same to Receiver's web page. | 0.20 hrs |
| 05/30/17 | JST | Supervision.  Receive/review file-marked Motion for Reconsideration of Denial of Leave to Withdraw Appearance, Order Continuing Issues Conference, and Order on Mainsource Bank's Unopposed Motion to be Excused from Attending Issues Conference; Update and hyperlink pleadings index, and uploaded the same to Receiver's web page. | 0.30 hrs |
| 05/30/17 | JST | Supervision. Docket new court date of Issues Conference. | 0.10 hrs |
| 05/31/17 | JST | Supervision. Receive/review Order Granting Motion for Reconsideration and Granting Leave to Withdraw Appearance; Update and hyperlink pleadings index, and uploaded the same to Receiver's web page. | 0.20 hrs |
| 06/02/17 | JST | Supervision. Reviewed and made corrections to CGG prebills and noted items to discuss w/ W. Wendling. (NO CHARGE) | 0.80 hrs |
| 06/02/17 | JST | Supervision.  Receive/review Order Approving Receiver's Motion for Authority to Initiate Litigation Against Personal Guarantors of RJW | 0.20 hrs |

United States Securities & Exc

| | | | |
|---|---|---|---|
| | | Williams Settlement; Update and hyperlink pleadings index, and uploaded the same to Receiver's web page. | |
| 06/02/17 | JST | Supervision. Downloaded e-statements from National Bank of Indianapolis. | 0.30 hrs |
| 06/06/17 | JST | Supervision. Continue reviewing and made corrections to CGG prebills and noted items to discuss w/ W. Wendling. (NO CHARGE) | 0.20 hrs |
| 06/07/17 | JST | Supervision. Brief conference with W. Wendling re various matters; exchange e-mails with Anne Poindexter re transfer documents; scan/save transfer documents to file. | 0.50 hrs |
| 06/07/17 | JST | Supervision. Travel to Anne Poindexter's office and deliver transfer papers re Blue Crop Group. | 0.30 hrs |
| 06/07/17 | JST | Private Placement. Receive/review e-mails from Anne Poindexter w/ transfer documents for Blue Crop Group; print/save the same for file. | 0.20 hrs |
| 06/08/17 | WEW | Collection: Schedule telephone conference call with Mr. Cohen to discuss issue for issues conference | 0.30 hrs |
| 06/08/17 | JST | Supervision. E-mails from W. Wendling and Anne Poindexter; review file; e-mail to W. Wendling and Anne Poindexter re Alan Reardon w/ Mr. Mitchell's Claim for Unpaid Fees. | 0.20 hrs |
| 06/08/17 | JST | Supervision. Exchange e-mails with Cari Bonty; schedule conference call for Scheduling Conference. | 0.30 hrs |
| 06/09/17 | WEW | Collection: Conference call with investors/SEC to discuss items to discuss as issues conference scheduled by the court/review consents sent by SEC re judgments | 1.60 hrs |
| 06/09/17 | JST | Supervision. Exchange e-mails with Cari Bonty re scheduling conference; arrange teleconference with TelSpan. | 0.20 hrs |
| 06/12/17 | JEBT | Private Placement:  Prepared invoices to email to tenant for Midwest and Heritage equipment and real estate rental payments. | 1.20 hrs |
| 06/12/17 | JST | Private Placement. Receive review e-mail from W. Wendling re True Blue Berry Management Invoices; review file; e-mail to W. Wendling and J. Bishop re the same; brief conference with J. Bishop. | 0.20 hrs |
| 06/12/17 | JST | Private Placement. Brief telephone conference with W. Wendling; review June, 2016 Blue Crop Group bank statement; e-mail to W. Wendling & J. Bishop. | 0.20 hrs |
| 06/13/17 | WEW | Collection: Carolynn Richards wants to know if she has to appear at issues conference; Cohen's list of questions/issues for issues conference. Confirm that this is what was discussed in telephone conference call and that the list should be sent to the court | 0.50 hrs |
| 06/13/17 | JEBT | Private Placement:  Revised and finalized invoices for equipment and real estate payments to send to True Blueberry Management. | 0.50 hrs |
| 06/13/17 | JST | Supervision. Review April & May bank statements and begin preparing SFAR. (NO CHARGE) | 0.40 hrs |
| 06/13/17 | JST | Supervision. Receive/review Interested Parties Unopposed Motion to Be Excluded from Attending June 2, 2017, Issues Conference and proposed Order thereon. | 0.10 hrs |
| 06/14/17 | WEW | Collection: Prepare for issues conference/review with Anne Poindexter investors' list of issues and outline response/wire transfer BCG funds to investors | 2.30 hrs |
| 06/14/17 | JEBT | Corresponded with Bill Wendling regarding equipment lease on Midwest property. | 0.30 hrs |
| 06/14/17 | JST | Supervision. Receive instructions from W. Wendling re wire transfer | 0.10 hrs |

United States Securities & Exc

|  |  | to Blue Crop Group. |  |
| --- | --- | --- | --- |
| 06/14/17 | JST | Supervision. E-mail to Rich Taylor re wire transfer. | 0.10 hrs |
| 06/14/17 | JST | Supervision. Conference with W. Wendling re preparing for Issues Conference. | 0.40 hrs |
| 06/14/17 | JST | Supervision. Telephone call from Cindy w/ National Bank of Indianapolis re wire transfer. | 0.10 hrs |
| 06/14/17 | JST | Supervision. Gather documents from file for W. Wendling's review; conferences with W. Wendling re Issues Conference; telephone conference with C. Bonty. | 1.00 hrs |
| 06/15/17 | WEW | Collection: Prepare for hearing | 1.80 hrs |
| 06/15/17 | JST | Supervision. Instructions from W. Wendling; review Blue & Allign statements from April & May; brief conference w/ W. Wendling re the same. | 0.50 hrs |
| 06/15/17 | JST | Supervision. Letter to Rich Taylor enclosing Special Authorization Form & Stop Payment Order. | 0.20 hrs |
| 06/15/17 | JST | Conference with W. Wendling re preparing for Issues Conference. | 0.50 hrs |
| 06/15/17 | JST | Supervision. Review fee applications and interim reports prepare spreadsheet of private placement fees and proposed repayment of the same; e-mail to W. Wendling re the same. | 1.50 hrs |
| 06/16/17 | WEW | Collection: Prepare for afternoon hearing/attend hearing re issues conference | 4.00 hrs |
| 06/16/17 | JST | Supervision; review file re payments to MainSource Bank; conference with W. Wendling and prepare for Issues Conference. | 1.50 hrs |
| 06/19/17 | WEW | Collection: Draft of two motions to file with the court/second distribution and amend order relating to QSF provisions | 1.70 hrs |
| 06/20/17 | WEW | Collection: Call to Paul Roth at Blue and Co. to discuss QFS issue and schedule an appointment to discuss | 0.60 hrs |
| 06/20/17 | JST | Supervision. Second telephonic conference with W. Wendling re Motion for Second Distribution. | 0.20 hrs |
| 06/20/17 | JST | Supervision. Telephonic conference w/ W. Wendling re Motion of Second Distribution and Motion to Amend Qualified Settlement Order. | 0.40 hrs |
| 06/20/17 | JST | Supervision. Update and hyperlink pleadings index. Exchange e-mails with Rod Jackson/Find Law re uploading the same to Receiver's web page. | 0.20 hrs |
| 06/20/17 | JST | Supervision. Draft Motion for Authority to Make Second Distribution and proposed Order. | 0.60 hrs |
| 06/20/17 | JST | Supervision. Begin drafting Receiver's Request to Amend Agreed ORder Appointing Receiver. | 1.00 hrs |
| 06/21/17 | WEW | Collection: Gather information from various vendors re estimates for final billing for present quarter and for the remainder of the receivership | 1.00 hrs |
| 06/21/17 | JST | Supervision. Telephonic conference with W. Wendling re draft Motion for Authority to Make Second Interim Distribution. | 0.30 hrs |
| 06/21/17 | JST | Supervision. Second telephonic conference w/ W. Wendling. | 0.20 hrs |
| 06/21/17 | JST | Supervision. Continue drafting Motion to Amend Agreed Order Appointing Receiver; e-mail to Anne Hensley Poindexter re Motion for Authority to Make a Second Interim Distribution. | 0.60 hrs |
| 06/21/17 | JST | Receive/review e-mails from Anne Hensley Poindexter and Cari Bonty; revise/edit proposed Order re Authority to Make a Second | 0.20 hrs |

|            |     | Interim Distribution. |          |
|------------|-----|------------------------|----------|
| 06/21/17   | JST | Supervision. Continue drafting/editing Motion for Authority to Make Second Interim Distribution. | 0.50 hrs |
| 06/22/17   | WEW | Collection: Review and formulate plan to terminate receivership/calculate appropriate amount for second interim distribution/follow-up with vendors for estimate for final services/conference with Paul Roth re Qualified Settlement Fund issues | 2.30 hrs |
| 06/22/17   | JST | Supervision. Telephonic conference with W. Wendling; review bank statements re checks that have cleared from interim distribution; prepare calculation of available funds for second distribution; e-mail to W. Wendling re the same; telephone call to David Krebs (left message); e-mail to David Krebs re fees; e-mail to Cari Bonty re fees. | 1.80 hrs |
| 06/22/17   | JST | Supervision. Additional telephonic conference w/ W. Wendling; receive/review bills from David Krebs. | 0.20 hrs |
| 06/22/17   | JST | Supervision. Telephone call from David Krebs; e-mail from David Krebs. | 0.10 hrs |
| 06/23/17   | WEW | Collection: Motion to the court to abandon Veros Craft Brew Private Placements and motion for second distribution | 0.80 hrs |
| 06/23/17   | JST | Supervision. Brief conference with W. Wendling re various matters. | 0.00 hrs |
| 06/23/17   | JST | Supervision.  Update and hyperlink pleadings index, and e-mail to Rod Jackson re uploading the same to Receiver's web page. | 0.30 hrs |
| 06/26/17   | JST | Supervision. Draft e-mail to investors of Veros Craft Brews re Receiver's Motion to Abandon Veros Private Placements Veros Craft Brew, Veros Craft Brew II LLC, and Veros Craft Brew III LLC. | 0.20 hrs |
| 06/26/17   | JST | Supervision. Conference w/ W. Wendling re Veros Craft Brews investors, Cherry Farms Quickbooks files, and Blue Crop Group files; e-mail to Veros Craft Brews investors re Motion to Abandon Private Placements. | 0.30 hrs |
| 06/26/17   | JST | Supervision. Telephonic conference with W. Wendling re e-mail to Veros Craft Brew Investors. | 0.10 hrs |
| 06/27/17   | JST | Supervision.  Update and hyperlink pleadings index, and e-mail to Rod Jackson re uploading the same to Receiver's web page. | 0.20 hrs |
| 06/27/17   | JST | Supervision. Prepare receipt re Blue Crop Group USB drives/files. | 0.20 hrs |
| 06/27/17   | JST | Supervision. Conference w/  W. Wendling re various matters re Blue Crop Group files, etc. | 0.60 hrs |
| 06/27/17   | JST | Supervision. E-mail to Valerie Brennan re Raymond James Adam & Aaron Howell Raymond James statements. | 0.10 hrs |
| 06/27/17   | JST | Supervision. Review/save documents to system. | 0.10 hrs |
| 06/27/17   | JST | Supervision. Input documents in file and organize the same. | 0.20 hrs |
| 06/28/17   | JST | Supervision. Conference w/ W. Wendling; telephone conference with Bridgette Mugge. | 0.20 hrs |
| 06/28/17   | JST | Supervision. Receive/review Order re Motion to Withdraw Appearance; print/save the same for Receiver's file. | 0.10 hrs |
| 06/29/17   | JST | Supervision. Receive/review e-mails re taxes. | 0.10 hrs |
| 06/30/17   | JST | Supervision. Receive/review Plaintiff's Motion for Authority to Transfer Settlement Funds to the Receiver; update pleadings index. | 0.20 hrs |

**Total fees for this matter**                                                   $21,592.50

United States Securities & Exc

**EXPENSES INCURRED**

06/30/17          Copy expense since last invoicing                                         17.60

            **Total expenses for this matter**                                     **$17.60**

**BILLING SUMMARY**

| | | | |
|---|---|---|---|
| HAWORTH, ANITA G. | 27.30  hrs | FLAT FEE /hr | No Charge |
| HAWORTH, ANITA G. | 16.40  hrs | 125.00 /hr | $2,050.00 |
| BISHOP, JOHN B. | 2.00  hrs | FLAT FEE /hr | No Charge |
| BISHOP, JOHN B. | 4.50  hrs | 175.00 /hr | $787.50 |
| SMITH, JESSICA O. | 19.60  hrs | FLAT FEE /hr | No Charge |
| SMITH, JESSICA O. | 25.50  hrs | 125.00 /hr | $3,187.50 |
| WENDLING, WILLIAM E. | 7.00  hrs | FLAT FEE /hr | No Charge |
| WENDLING, WILLIAM E. | 50.90  hrs | 325.00 /hr | $15,567.50 |

| | | |
|---|---|---|
| TOTAL FEES | 153.20  hrs | $21,592.50 |
| TOTAL EXPENSES | | $17.60 |
| TOTAL CHARGES FOR THIS BILL | | $21,610.10 |
| NET BALANCE FORWARD | | $28,728.34 |
| **BALANCE NOW DUE** | | **$50,338.44** |

## RECAP OF OUTSTANDING INVOICES

| Bill Number | Bill Date | Original Amount of Bill | Amount Outstanding |
|---|---|---|---|
| 160247 | 04/03/2017 | $28,728.34 | $28,728.34 |



# COHEN GARELICK & GLAZIER

A Professional Corporation of Attorneys at Law

**July 7, 2017**

Billed through                06/30/17            WEW

Bill number            16214    -    00007    -    161702

**United States Securities & Exchange Commission**
**c/o  Robert M. Moye, Senior Trial Counsel**
**US Securities and Exchange Commission**
**Chicago Regional Office**
**175 W. Jackson Blvd., Suite 900**
**Chicago, IL  60604**

# EXHIBIT B-7

RE:  Accounting/Auditing
       Our file number:   16214/7

| | | |
|---|---|---:|
| Balance forward as of last bill dated | 04/07/17        161702 | $5,262.50 |
| Payments received since last bill (last payment | 03/22/17  ) | $0.00 |
| **Net balance forward** | | **$5,262.50** |

**PROFESSIONAL SERVICES RENDERED**

| | | | |
|---|---|---|---:|
| 04/04/17 | AGHT | Collections. Began Downloaded bank statements and copies of cancelled checks for each account for the month of March. Noted outstanding checks and invoices to pay. | 0.90 hrs |
| 04/11/17 | AGHT | Private Placements. Conference with W. Wendling. Drafted check from PinCap receivership account to Receiver's General Private Placement account for Broker Dealer Veros Fees. Scanned and coded same. Letter to Joshua Casselman enclosing check for MainSource Bank and emailed copy of same to Mr. Casselman, cc W.Wendling. Scanned and coded all. | 0.50 hrs |
| 04/12/17 | AGHT | Collections. Ordered checks for 2 receivership accounts. | 0.30 hrs |
| 04/13/17 | AGHT | Collections. Conference with W.Wendling, and then telephone conference with W.Wendling and JT Loughmiller regarding banking, accounts payable and receivables going forward. Conference with J.Smith re same and follow up noted. Scheduled meeting for 4/18/17 at 9:00 am. | 0.70 hrs |
| 04/27/17 | JST | Collections. Download invoice from Gustafson forwarded by W. Wendling with instructions to pay. Drafted check and transmittal letter for same. Updated spreadsheet totalling payments to date. | 0.30 hrs |
| | | **Total fees for this matter** | **$337.50** |

**EXPENSES INCURRED**

| | | |
|---|---|---:|
| 06/30/17 | Copy expense since last invoicing | 3.60 |
| | **Total expenses for this matter** | **$3.60** |

**BILLING SUMMARY**

| | | | |
|---|---|---|---:|
| HAWORTH, ANITA G. | 2.40  hrs | 125.00 /hr | $300.00 |
| SMITH, JESSICA O. | 0.30  hrs | 125.00 /hr | $37.50 |

| | | |
|---|---|---|
| TOTAL FEES | 2.70  hrs | $337.50 |
| TOTAL EXPENSES | | $3.60 |
| TOTAL CHARGES FOR THIS BILL | | $341.10 |
| NET BALANCE FORWARD | | $5,262.50 |
| **BALANCE NOW DUE** | | **$5,603.60** |

## RECAP OF OUTSTANDING INVOICES

| Bill Number | Bill Date | Original Amount of Bill | Amount Outstanding |
|---|---|---|---|
| 160249 | 04/07/2017 | $5,262.50 | $5,262.50 |