US SEC v Veros Partners, Inc., et al
USDC Southern IN, Case No. 1:15-cv-00659-JMS-DJM

**Anne Hensley Poindexter, Altman Poindexter & Wyatt LLC**
*Counsel for Receiver*

# EXHIBIT C

Quarter Period: 04/01/2017 - 06/30/2017

Last updated: 7/16/2017
By: js

| Legal Activity | Fees | Expenses | Total Due | Invoice No. | Invoice time period | SEC Receivership - Quarter Period | Note: |
|---|---|---|---|---|---|---|---|
| Asset Analysis & Recovery-001 | $357.50 | $0.00 | $357.50 | 1661 | April-June 2017 | 2017- 2nd quarter | To be submitted with Receiver's 2017 2nd quarter (9th) fee app |
| Asset Disposition-002 | $7,022.50 | $0.00 | $7,022.50 | 1662 | | | |
| Business Operations-003 | $972.50 | $0.00 | $972.50 | 1663 | | | |
| Case Administration-004 | $840.00 | $0.00 | $840.00 | 1664 | | | |
| Accounting/Auditing-007 | $0.00 | $0.00 | $0.00 | | | | |
| | | | | | | | |
| **Totals:** | **$9,192.50** | **$0.00** | **$9,192.50** | | | | |
| **Total Fees and Expenses:** | | | **$9,192.50** | | | | |



# Altman, Poindexter & Wyatt LLC

90 Executive Drive, Suite G
Carmel, Indiana 46032
Phone: 317-350-1000
Email: apw@apwlawyer.com
www.apwlawyer.com

**INVOICE**

Invoice # 1661
Date: 07/13/2017
Due Upon Receipt

William E. Wendling, Jr.
Cohen Garelick & Glazier 8888 Keystone Crossing, Suite 800
Indianapolis, IN 46240

# EXHIBIT C-1

## 1605-00247/SEC v. Veros, et al - Asset Analysis and Recovery

### SEC v. Veros, et al - Asset Analysis and Recovery

| Type | Date | Attorney | Description | Time | Total |
|---|---|---|---|---|---|
| Service | 05/16/2017 | AHP | Supervision - Receive and review email from Bill, letter form IRS re: FGC 2014 tax return audit complete no adjustments made | 0.20 | $55.00 |
| Service | 05/18/2017 | AHP | Collections: Receive, review and revise draft motion re: Williams; emails re: same; Instructions to staff | 0.70 | $192.50 |
| Service | 05/23/2017 | AHP | Supervision: Call with Bill re: surgery, email re: limitations, instructions to staff re: motion | 0.40 | $110.00 |
| | | | | Total | $357.50 |

## Detailed Statement of Account

### Past Due Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1322 | 04/25/2017 | $1,237.50 | $0.00 | $1,237.50 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1661 | 07/13/2017 | $357.50 | $0.00 | $357.50 |
| | | | Outstanding Balance | $1,595.00 |
| | | | Total Amount Outstanding | $1,595.00 |

Please make all amounts payable to *Altman, Poindexter & Wyatt LLC*, 75 Executive Drive, Suite G, Carmel, Indiana 46032.

You may also pay your statement by credit card by either contacting our office at 317-350-1000 or online at **www.apwlawyer.com**.

Please include all invoice numbers associated with your payment as an additional reference so we may accurately identify and apply your payment.



# Altman, Poindexter & Wyatt LLC

90 Executive Drive, Suite G
Carmel, Indiana 46032
Phone: 317-350-1000
Email: apw@apwlawyer.com
www.apwlawyer.com

**INVOICE**

Invoice # 1662
Date: 07/13/2017
Due Upon Receipt

William E. Wendling, Jr.
Cohen Garelick & Glazier 8888 Keystone Crossing, Suite 800
Indianapolis, IN 46240

# EXHIBIT C-2

## 1605-00248/SEC v. Veros, et al. - Asset Disposition

### SEC v. Veros, et al. - Asset Disposition

| Type | Date | Attorney | Description | Time | Total |
|---|---|---|---|---|---|
| Service | 04/06/2017 | AHP | Collections: Review and revise motion to distribute, conference with Bill, email motion and order to Hamish and SEC for review | 0.70 | $192.50 |
| Service | 04/06/2017 | AHP | Collections - emails from Bill, respond to same, emails re: Williams issues and conference call | 0.50 | $137.50 |
| Service | 04/06/2017 | AHP | Private Placements - emails to and from Conway re: Cherry documents, conference with Bill re: same | 0.40 | $110.00 |
| Service | 04/10/2017 | AHP | Private Placements - emails to and from Receiver | 0.30 | $82.50 |
| Service | 04/12/2017 | AHP | Private Placement - Call with Receiver, review comments, emails with Conway re; BCG documents, changes and issues to move forward | 0.50 | $137.50 |
| Service | 04/12/2017 | AHP | Collections: Email from SEC re: distribution proposed, reply | 0.30 | $82.50 |
| Service | 04/13/2017 | AHP | Collections: Revise drafts, instructions to staff, emails with Receiver | 0.30 | $82.50 |
| Service | 04/13/2017 | AHP | Private Placement: Emails to and from Kevin re; Cherry Farms transfer | 0.30 | $82.50 |
| Service | 04/15/2017 | AHP | Private Placements: Emails with Bill re: Cherry Farms transfer and documents | 0.30 | $82.50 |
| Service | 04/18/2017 | AHP | Private Placements: Call from Receiver, review signatures on new Cherry entity for transfer, still | 0.80 | $220.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | | missing Poole; receive and review email and attachments from counsel on BCG transfer, email to Bill | | |
| Service | 04/20/2017 | AHP | Private Placements - review emails, respond to Tretter re: Cherry transfer; review emails and forward to Bill with question on Blue Crop Group transfer | 0.90 | $247.50 |
| Service | 04/24/2017 | AHP | Private Placements - Emails from and to Bill, email to Laura re: BCG docuemnts | 0.50 | $137.50 |
| Service | 04/26/2017 | AHP | Private Placement : Emails from Bill and others, call with Laura Conway re: BCG, emails re: same;emails to Bill, telephone with Bill and Brian Christ re: Flat 12 | 1.10 | $302.50 |
| Service | 04/27/2017 | AHP | Private Placement :Emails from and to Bill, review emails from Laura, forward same re: BCG | 0.30 | $82.50 |
| Service | 04/27/2017 | AHP | Private Placements - Call from Bill re BCG documents and transfer issues | 0.30 | $82.50 |
| Service | 04/29/2017 | AHP | Private Placements - emails from and to Bill, email from and to Kevin Tretter re: Cherry, instruction to staff | 0.30 | $82.50 |
| Service | 05/01/2017 | CB-Paralegal | Private Placement: Review emails from K. Tretter and A. Poindexter; revisions to Cherry Farms assignments; email to A. Poindexter with revised documents. | 0.70 | $87.50 |
| Service | 05/02/2017 | AHP | Private Placements: Emails from Laura, to and from Bill | 0.30 | $82.50 |
| Service | 05/04/2017 | AHP | Private Placements: emails to and from Laura re: Cherry farms documents, email to Bill re same | 0.30 | $82.50 |
| Service | 05/05/2017 | AHP | Private Placements: text and email from Bill, email to and from Laura; receive and review redline re: Cherry documents | 0.60 | $165.00 |
| Service | 05/08/2017 | AHP | Private Placements: Review revised Cherry documents, emails to and from Receiver | 0.50 | $137.50 |
| Service | 05/10/2017 | AHP | Private Placements: Emails to and from Laura, email to Bill re: Cherry documents | 0.30 | $82.50 |
| Service | 05/15/2017 | AHP | Private Placements - Conference with Receiver re: Cherry Farms and BCG status, remaining items | 0.40 | $110.00 |
| Service | 05/18/2017 | CB-Paralegal | Collections: Revise motion to initiate litigation regarding RJW Williams; email to SEC for review and comment. Conference with A. Poindexter; review emails; additional revisions to motion; email to W. Wendling for review. Finalize and e-file motion and proposed order. | 1.30 | $162.50 |
| Service | 05/22/2017 | AHP | Private Placements: Email from Bill, email to Laura re: status of Cherry and BCG documents | 0.30 | $82.50 |
| Service | 05/25/2017 | AHP | Private Placements: Review Cherry spreadsheet, vm from Kevin, email to Laura and Bill | 0.50 | $137.50 |

| Type | Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|---|
| Service | 05/26/2017 | AHP | Private Placements: Receive emails re: Cherry, forward to Bill, attempt to gain signatures, respond, instructions to staff | 0.50 | $137.50 |
| Service | 05/29/2017 | AHP | Private Placements: Email from and to Kevin re: Cherry transition | 0.30 | $82.50 |
| Service | 05/30/2017 | AHP | Private Placements - Cherry Farms, receive email with Matt's signature pages, check for completeness of investor signatures, email to counsel re: missing signatures, email requesting documents re: individual loans | 1.10 | $302.50 |
| Service | 06/07/2017 | AHP | Private Placements: Emails to and from Bill re: BCG documents, conference with Jessica re: arrangements for signature due to Bill's recovery | 0.40 | $110.00 |
| Service | 06/08/2017 | CB-Paralegal | Private Placements: Review executed Transfer of IAAAs and investor summaries to confirm receipt of all investor signatures; conference with A. Poindexter regarding missing signature page. Scan fully executed transfer documents and email to L. Conway. | 1.00 | $125.00 |
| Service | 06/08/2017 | AHP | Private Placements: Conference with staff re: missing signature on BCG transfer documents, email to Laura re: same; Follow up email to Laura re: missing 3 signatures on Cherry transfer documents | 0.40 | $110.00 |
| Service | 06/09/2017 | AHP | Private Placements: Conference call re: Issues conference agenda; follow up with Bill and Doressia | 0.80 | $220.00 |
| Service | 06/12/2017 | AHP | Private Placements: Emails from and to Laura re: BCG and Cherry, receive additional Cherry signature, instructions to staff, check final signatures on BCG | 0.50 | $137.50 |
| Service | 06/13/2017 | CB-Paralegal | Private Placements: Review emails from A. Poindexter; review BCG and Cherry Farms transfer documents for receipt of all signatures; email to A. Poindexter regarding remaining outstanding investor signature. | 0.40 | $50.00 |
| Service | 06/13/2017 | AHP | Private Placements: Emails, instructions to staff, final signature checks on Cherry and BCG, email re: same, email from and to Bill | 0.80 | $220.00 |
| Service | 06/15/2017 | AHP | Private Placements: Extended telephone with Bill, emails to and from Caroline Richardson, emails to and from Laura, instructions to staff | 0.60 | $165.00 |
| Service | 06/15/2017 | AHP | Supervision: review 8th quarterly report and outline items remaining | 0.60 | $165.00 |
| Service | 06/16/2017 | AHP | Supervision: Preparation for, attend issues conference, follow up with Bill | 4.00 | $1,100.00 |
| Service | 06/21/2017 | CB-Paralegal | Private Placement: Review information regarding Flat 12 and Veros Craft Brew entities; conference with A. Poindexter; draft motion to abandon Veros Craft Brew | 1.60 | $200.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | | entities; revise motion and email to W. Wendling for review. | | |
| Service | 06/21/2017 | AHP | Private Placements: Instructions to staff re motion re: Craft Brew, review motion for second distribution, instructions re: same | 0.60 | $165.00 |
| Service | 06/22/2017 | CB-Paralegal | Private Placement: Attention to file regarding Cherry Farms assignments; email to D. Krebs re 2014 LOC. | 0.30 | $37.50 |
| Service | 06/22/2017 | CB-Paralegal | Private Placement: Review emails from W. Wendling and A. Poindexter; note instructions; email motion and proposed order to abandon Veros Craft Brew entities to SEC for review and approval. Review response from SEC; finalize pleadings for filing. | 0.30 | $37.50 |
| Service | 06/22/2017 | AHP | Private Placements: Emails to and from Bill, final changes to Motion, instructions to staff | 0.50 | $137.50 |
| Service | 06/23/2017 | CB-Paralegal | Private Placement: Finalize and e-file Motion for Authority to abandon Veros Craft Brew entities and proposed order thereon. | 0.20 | $25.00 |
| Service | 06/27/2017 | AHP | Private Placements: Emails re: transfer of information on BCG, instructions re: same | 0.20 | $55.00 |
| Service | 06/29/2017 | AHP | Private Placements: Emails to and from Bill and JT re: tax issues | 0.30 | $82.50 |
| Service | 06/29/2017 | AHP | Private Placements: Receive and review draft motion, email Bill, call to Doressia re: no objection | 0.30 | $82.50 |

| | |
|---|---|
| Total | $7,022.50 |

## Detailed Statement of Account

### Past Due Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1323 | 04/25/2017 | $17,574.60 | $0.00 | $17,574.60 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1662 | 07/13/2017 | $7,022.50 | $0.00 | $7,022.50 |

| | |
|---|---|
| Outstanding Balance | $24,597.10 |
| Total Amount Outstanding | $24,597.10 |

Please make all amounts payable to *Altman, Poindexter & Wyatt LLC*, 75 Executive Drive, Suite G, Carmel, Indiana 46032.

You may also pay your statement by credit card by either contacting our office at 317-350-1000 or online at **www.apwlawyer.com**.

Please include all invoice numbers associated with your payment as an additional reference so we may accurately identify and apply your payment.



**Altman, Poindexter & Wyatt** LLC

90 Executive Drive, Suite G
Carmel, Indiana 46032
Phone: 317-350-1000
Email: apw@apwlawyer.com
www.apwlawyer.com

**INVOICE**

Invoice # 1663
Date: 07/13/2017
Due Upon Receipt

William E. Wendling, Jr.
Cohen Garelick & Glazier 8888 Keystone Crossing, Suite 800
Indianapolis, IN 46240

# EXHIBIT C-3

## 1605-00249/SEC v. Veros, et al. - Business Operations

## SEC v. Veros, et al. - Business Operations

| Type | Date | Attorney | Description | Time | Total |
|---|---|---|---|---|---|
| Service | 04/06/2017 | CB-Paralegal | Supervision: Conference with A. Poindexter; email to and telephone conference with A. Haworth; revise notice to court and request to make interim distribution; draft proposed order thereon. | 1.00 | $125.00 |
| Service | 04/07/2017 | AHP | Private Placement: Receive and review revised BCG agreements re: transfer of Rights in Inter creditor Agent Agreement and Resignation documents from Conway; review same, email to Receiver | 0.70 | $192.50 |
| Service | 04/12/2017 | AHP | Private Placements: Email to Tretter re: follow up on Cherry transfer | 0.20 | $55.00 |
| Service | 04/14/2017 | CB-Paralegal | Supervision: Conference with A. Poindexter; note instructions; revise and finalize Notice to Court and Request to Make Interim Distribution on VFLH and FGC and proposed order thereon; e-file notice and proposed order; email to A. Haworth regarding same. | 0.50 | $62.50 |
| Service | 04/20/2017 | AHP | Collections: Emails from Bill and IRS re: FarmGrowCap | 0.20 | $55.00 |
| Service | 06/14/2017 | AHP | Private Placement: Extended call with Bill re: list from Hamish, prep for conference | 1.30 | $357.50 |
| Service | 06/21/2017 | CB-Paralegal | Supervision: Additional revisions to motion for authority to make second interim distribution on VFLH and FGC and proposed order thereon. | 0.30 | $37.50 |
| Service | 06/22/2017 | CB-Paralegal | Supervision: Conference with A. Poindexter; note instructions; email motion and proposed order for | 0.30 | $37.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | | second interim distribution on VFLH and FGC to SEC for review and approval. Review email from SEC; additional revisions to motion. | | |
| Service | 06/23/2017 | CB-Paralegal | Supervision: Review email from W. Wendling; finalize motion for authority to make second interim distribution to VFLH and FGC investors; e-file motion and proposed order thereon. | 0.40 | $50.00 |

| | |
|---|---|
| Total | $972.50 |

## Detailed Statement of Account

### Past Due Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1324 | 04/25/2017 | $467.50 | $0.00 | $467.50 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1663 | 07/13/2017 | $972.50 | $0.00 | $972.50 |
| | | | Outstanding Balance | $1,440.00 |
| | | | Total Amount Outstanding | $1,440.00 |

Please make all amounts payable to *Altman, Poindexter & Wyatt LLC*, 75 Executive Drive, Suite G, Carmel, Indiana 46032.

You may also pay your statement by credit card by either contacting our office at 317-350-1000 or online at **www.apwlawyer.com.**

Please include all invoice numbers associated with your payment as an additional reference so we may accurately identify and apply your payment.



# Altman, Poindexter & Wyatt LLC

90 Executive Drive, Suite G
Carmel, Indiana 46032
Phone: 317-350-1000
Email: apw@apwlawyer.com
www.apwlawyer.com

**INVOICE**

Invoice # 1664
Date: 07/13/2017
Due Upon Receipt

William E. Wendling, Jr.
Cohen Garelick & Glazier 8888 Keystone Crossing, Suite 800
Indianapolis, IN 46240

# EXHIBIT C-4

## 1605-00250/SEC v. Veros, et al. - Case Administration

## SEC v. Veros, et al. - Case Administration

| Type | Date | Attorney | Description | Time | Total |
|---|---|---|---|---|---|
| Service | 04/17/2017 | CB-Paralegal | Supervision: Revisions to Receiver's Eighth Interim Report; | 0.70 | $87.50 |
| Service | 05/01/2017 | CB-Paralegal | Supervision: Draft Motion to Enlarge Time to file Quarterly Status Report; telephone conference with W. Wendling; email to SEC and defense counsel regarding motion; additional telephone conference with W. Wendling; revise and finalize motion and e-file same. | 0.70 | $87.50 |
| Service | 05/10/2017 | CB-Paralegal | Supervision: Telephone conference with J. Smith; revisions to Receiver's Eighth Interim Report; email to SEC for review; finalize and e-file interim report. | 0.70 | $87.50 |
| Service | 05/10/2017 | AHP | Supervision: Review and revise 8th Interim report | 0.80 | $220.00 |
| Service | 05/12/2017 | CB-Paralegal | Supervision: Revisions to 8th fee application; conference with A. Poindexter; email to SEC for review. | 1.90 | $0.00 |
| Service | 05/15/2017 | CB-Paralegal | Supervision: Additional revisions to fee application; email to SEC; finalize and e-file fee application and proposed order. | 0.80 | $0.00 |
| Service | 05/23/2017 | CB-Paralegal | Supervision: Conference with A. Poindexter; note instructions; email to counsel regarding continuance; | 0.40 | $50.00 |
| Service | 05/24/2017 | CB-Paralegal | Supervision: Draft motion to continue and proposed order thereon; finalize and e-file motion and proposed order. | 0.50 | $62.50 |

| Service | Date | By | Description | Hours | Amount |
|---|---|---|---|---|---|
| Service | 06/08/2017 | AHP | Review order in preparation for Case conference, email to counsel | 0.30 | $82.50 |
| Service | 06/13/2017 | CB-Paralegal | Supervision: Review A. Poindexter meet and confer notes; begin drafting issues conference agreed agenda. | 0.20 | $25.00 |
| Service | 06/14/2017 | CB-Paralegal | Supervision: Review email from H. Cohen; work on agreed agenda. | 0.30 | $37.50 |
| Service | 06/15/2017 | CB-Paralegal | Supervision: Issues conference preparation. | 0.40 | $50.00 |
| Service | 06/16/2017 | CB-Paralegal | Supervision: Conference with J. Smith and conference with A. Poindexter; preparation for issues conference. | 0.40 | $50.00 |

| | | | | Total | $840.00 |

## Detailed Statement of Account

### Past Due Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1325 | 04/25/2017 | $725.00 | $0.00 | $725.00 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1664 | 07/13/2017 | $840.00 | $0.00 | $840.00 |

| | | | Outstanding Balance | $1,565.00 |
|---|---|---|---|---|
| | | | Total Amount Outstanding | $1,565.00 |

Please make all amounts payable to *Altman, Poindexter & Wyatt LLC*, 75 Executive Drive, Suite G, Carmel, Indiana 46032.

You may also pay your statement by credit card by either contacting our office at 317-350-1000 or online at www.apwlawyer.com.

Please include all invoice numbers associated with your payment as an additional reference so we may accurately identify and apply your payment.