US SEC v Veros Partners, Inc., et al

USDC Southern IN, Case No. 1:15-cv-00659-JMS-DJM

# EXHIBIT D

Last updated:

*Blue & Co., LLC - (with assistance from Aliign, LLC as set forth in engagement letter)*

**04/01/2017 - 06/30/2017**

7/17/2017

By: js

| Description | Fees Due | Invoice Time Period | Invoice No. | SEC Task No. | SEC Receivership - Quarter Period | Note: | Total Accounting fees this Quarter |
|---|---|---|---|---|---|---|---|
| | | | | | | To be submitted with Receiver's | |
| **Veros Partners Receivership General Consulting** | $1,300.00 | April/May/June 2017 | 10506221 | 14 | 2017 - 2nd quarter | 2017 1st quarter fee app | |
| Veros PP - FarmGrowCap LLC | $2,400.00 | | 10506219 | 13/14 | | | |
| Veros PP - PinCap LLC | $150.00 | | 10506220 | 14 | | | |
| | | | | | | *Blue & Co. sub-total:* | *$3,850.00* |
| | | | | | | *Expenses sub-total:* | *$0.00* |
| | | | | | | *Grant Total - Blue & Co.* | *$3,850.00* |
| **Aliign - Veros PP - Blue Crop Group LLC** | $357.75 | April/May/June 2017 | 13409534 | 7/13 | 2017 - 2nd quarter | | |
| Aliign - Veros PP - FarmGrowCap LLC | $158.63 | | 13409533 | 7/13 | | | |
| Aliign - Veros PP - PinCap LLC | $104.63 | | 13409535 | 7/13 | | | |
| Aliign - Veros Partners Receivership | $220.00 | | 13409531 | 14 | | | |
| *Total Fees:* | *$4,691.01* | | | | | *Aliign sub-total:* | *$841.01* |
| *Total Expenses* | *$0.00* | | | | | *Aliign expenses sub-total:* | *$0.00* |
| **Total Due for Period** | **$4,691.01** | 3/1/17 - 06/30/17 | | 7,13,14 | 0 | *Aliign Total fees and expenses:* | $841.01 |

*CPAs / ADVISORS*

# blue

Veros Partners Receivership General Consulting
Attn. Mr. William Wendling, Jr. - Cohen Garelick & Glazier, P.C.
Attn: Mr. Bill Wendling
8888 Keystone Crossing # 800
Indianapolis, IN 46240

*F 6L*

| | **Invoice** | **10506221** |
|---|---|---|
| **Client No.** 116486 | **Invoice Date** | 6/28/2017 |
| | **Due Date** | 7/28/2017 |

Billing for the following services:

Tax and consulting services and reseach as requested by Receiver in
support of QSF and other related matters of Receivership

Total Due for Invoice**

|  |  |
|---|---|
| | 1,300.00 |
| **Reflects 20% discount extedned on beahlf of Receivership | |
| **Total Due** | **1,300.00** |

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).

| Entry Date | Billing Price, Total, Currency | Hours | Employee Name | Description |
|---|---|---|---|---|
| 2017-04-20 | 71.18 | 0.50 | Bridgette Mugge | Form 56 For Receiver |
| 2017-05-23 | 35.58 | 0.25 | Bridgette Mugge | Meet w/ Tax Team on Open Items |
| 2017-04-20 | 119.33 | 0.50 | Paul Roth | Receover on IRS form 56 for Farm Grow Cap |
| 2017-04-21 | 71.59 | 0.30 | Paul Roth | Tax Team on Form 56 and review Form 56 |
| 2017-06-22 | 71.60 | 0.30 | Paul Roth | Prepare for call on QSF court application |
| 2017-06-22 | 119.32 | 0.50 | Paul Roth | Phone with Receiver on QSF & court order |
| 2017-06-23 | 119.32 | 0.50 | Paul Roth | Review motion and email Receiver on QSF issue |
| 2017-06-26 | 119.33 | 0.50 | Paul Roth | Review QSF research & prepare for meeting with Receiver |
| 2017-06-26 | 429.56 | 1.80 | Paul Roth | Meeting w/ Receiver |
| 2017-06-27 | 71.60 | 0.30 | Paul Roth | Tax Team and meeting with Bill Re: holding account |
| 2017-06-27 | 71.59 | 0.30 | Paul Roth | Meeting with Tax Team on Receiver matters |
| | 1,300.00 | 5.75 | | |

*CPAs / ADVISORS*

# blue

Veros PP - FarmGrowCap LLC
Attn. Mr. William Wendling, Jr.  Cohen Garelick & Glazier, P.C.
Attn: M r. Bill Wendling
8888 Keystone Crossing #800
Indianapolis, IN 46240

*FGC*

| | | **Invoice** | **10506219** |
|---|---|---|---|
| **Client No.** | 116551 | **Invoice Date** | 6/28/2017 |
| | | **Due Date** | 7/28/2017 |

Billing for the following services:

Services rendered on behalf of Receivership in support of Veros
FarmGrowCap as follows:

Meetings with Receiver to discuss distributions / analysis in support of
FGC investors; RJW amort. loan analysis as requested by Receiver;
and various tax consulting matters in support of FGC.

Total Due for Invoice**                                                 2,400.00

**Reflects 20% discount extended on behalf of Receivership

**Total Due**                                                          **2,400.00**

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of Invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

| Entry Date | Billing Price, Total, Currency | Hours | Employee Name | Description |
|---|---|---|---|---|
| 2017-04-18 | 1,064.19 | 4.00 | Jarit Loughmiller | Meeting w/ Receiver to discuss distribution checks; pay to analysis for distributions |
| 2017-05-11 | 266.04 | 1.00 | Jarit Loughmiller | Meeting w/ Receiver |
| 2017-06-26 | 399.07 | 1.50 | Jarit Loughmiller | RJW Loan Amort schedule/call w/ Receiver |
| 2017-03-31 | 72.95 | 0.50 | Bridgette Mugge | Discuss Loan Write off w/ Paul & Bill |
| 2017-03-31 | 195.68 | 0.80 | Paul Roth | Discuss timing of bad debt write-off with Bill and Bridgette along with other related issues |
| 2017-04-01 | 145.89 | 1.00 | Bridgette Mugge | Call to Bill W/ Paul and respond to Jeff's email |
| 2017-04-04 | 109.43 | 0.75 | Bridgette Mugge | Draft Email to Bill |
| 2017-04-01 | 73.37 | 0.30 | Paul Roth | Tax return questions |
| 2017-04-14 | 73.38 | 0.30 | Paul Roth | Respond to Bill bad debt inquiry related to which year it should be deducted |
| | 2,400.00 | 10.15 | | |

*CPAs / ADVISORS*

# blue

Veros PP - PinCap LLC
Attn. Mr. William Wendling, Jr. - Cohen Garelick & Glazier, P.C.
Attn: Mr. Bill Wendling
8888 Keystone Crossing #800
Indianapolis, IN 46240

F6C

| | | |
|---|---|---|
| **Invoice** | | **10506220** |
| **Invoice Date** | | 6/28/2017 |
| **Due Date** | | 7/28/2017 |

**Client No.** 119573

---

Billing for the following services:

Tax and consulting services (as requested by Receiver) in relation to
PinCap LLC matters

Total Due for Invoice**                                                                          150.00

**Reflects 20% discount extended on behalf of Receivership

---

**Total Due**                                                                          **150.00**

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).

| Entry Date | Billing Price, Total, Currency | Hours | Employee Name | Description |
|---|---|---|---|---|
| 2017-04-10 | 46.34 | 0.2 | Paul Roth | Tax Team on debt allocation and Risinger questions |
| 2017-06-19 | 103.66 | 0.75 | Bridgette Mugge | K-1 Allocation Changes |
| | 150.00 | 0.95 | | |



*Where accounting expertise meets small business needs*

Veros Partners Receivership
Attn. Mr. William Wendling, Jr. Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **13409531** |
|---|---|---|---|
| **Client No.** | 116487 | **Invoice Date** | 7/10/2017 |
| | | **Due Date** | 8/9/2017 |

Billing for services rendered March 1, 2017 through June 30, 2017
related to the above entity as requested by Mr. William E. Wendling Jr.
(Receiver) including:

| | |
|---|---|
| QuickBooks hosting for the month of March 2017 ($55/month) | 55.00 |
| QuickBooks hosting for the month of April 2017 ($55/month) | 55.00 |
| QuickBooks hosting for the month of May 2017 ($55/month) | 55.00 |
| QuickBooks hosting for the month of June 2017 ($55/month) | 55.00 |
| **Total Due** | **220.00** |

**AR AGING**

| BALANCE 7/10/2017 | AFTER 7/10/2017 | AFTER 7/10/2017 | AFTER 6/10/2017 | AFTER 5/10/2017 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 195.93 | 2.81 | 2.81 | 2.81 | 0.00 | 187.50 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



*Where accounting expertise meets small business needs*

Veros PP - FarmGrowCap LLC
Attn. Mr. William Wendling, Jr.  Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240



|  | | **Invoice** | **13409533** |
|---|---|---|---|
| **Client No.** | 116590 | **Invoice Date** | 7/10/2017 |
|  | | **Due Date** | 8/9/2017 |

Billing for services rendered March 1, 2017 through June 30, 2017 related to the above entity as requested by Mr. William E. Wendling Jr. (Receiver) including:

Forensic Accounting: Nicole Paredes-Palma: 05/10/17: Entry of accounting activity and appropriate reconciliations for the months of January - March 2017 (1.0 hours) — 108.00

Forensic Accounting: Joell Grisel: 05/22/17: Review of accounting entries in QuickBooks (.5hours) — 50.63

Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

**Total Due**                    **158.63**

**AR AGING**

| BALANCE 7/10/2017 | AFTER 7/10/2017 | AFTER 7/10/2017 | AFTER 6/10/2017 | AFTER 5/10/2017 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 2,279.16 | 32.72 | 32.72 | 32.72 | 0.00 | 2,181.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



Where accounting expertise meets small business needs

Veros PP - Blue Crop Group LLC
Attn. Mr. William Wendling, Jr.  Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

*PP*

| | **Invoice** | **13409534** |
|---|---|---|
| | **Invoice Date** | 7/10/2017 |
| **Client No.**    116573 | **Due Date** | 8/9/2017 |

Billing for services rendered March 1, 2017 through June 30, 2017 related to the above entity as requested by Mr. William E. Wendling Jr. (Receiver) including:

Forensic Accounting: Nicole Paredes-Palma: 05/10/17: Entry of accounting activity and appropriate reconciliations for the months of January - April 2017 (.50 hours)                                                      54.00

Forensic Accounting: Joell Grisel: 05/22/17: Review of accounting entries in QuickBooks (.50 hours)                                                                                      101.25

Forensic Accounting: Joell Grisel: 06/22/17: Forward requested information to William E. Wendling Jr. including tax returns and quickbooks backup files (1.0 hours)                                                    202.50

Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

| | **Total Due** | **357.75** |

**AR AGING**

| BALANCE 7/10/2017 | AFTER 7/10/2017 | AFTER 7/10/2017 | AFTER 6/10/2017 | AFTER 5/10/2017 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 1,275.15 | 18.30 | 18.30 | 18.30 | 0.00 | 1,220.25 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



Where accounting expertise meets small business needs

Veros PP - PinCap LLC
Attn. Mr. William Wendling, Jr. - Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

*FGC*

| | |
|---|---|
| **Invoice** | **13409535** |
| **Invoice Date** | 7/10/2017 |
| **Due Date** | 8/9/2017 |

**Client No.**  116620

Billing for services rendered March 1, 2017 through June 30, 2017
related to the above entity as requested by Mr. William E. Wendling Jr.
(Receiver) including:

Forensic Accounting: Nicole Paredes-Palma: 05/10/17: Entry of                                          54.00
accounting activity and appropriate reconciliations for the months of
January - March 2017 (.50 hours)

Forensic Accounting: Joell Grisel: 05/22/17: Review of accounting                                      50.63
entries in QuickBooks (.25 hours)

Reflects a 10% discount for services rendered as set forth in Blue &
Co LLC engagement letter with Mr. William E. Wendling Jr.

**Total Due**                   **104.63**

### CUSTOMER STATEMENT

| ENTRY DATE | DUE DATE | TRANSACTION NO. | TEXT | AMOUNT | REMAINDER | CURRENCY |
|---|---|---|---|---|---|---|
| 3/9/2017 | 4/8/2017 | 13408790 | Customer Invoice | 767.85 | 767.85 | USD |
| 4/30/2017 | 5/30/2017 | 13382004 | Interest Charge | 11.52 | 11.52 | USD |
| 5/31/2017 | 6/30/2017 | 13382058 | Interest Charge | 11.52 | 11.52 | USD |
| 6/30/2017 | 7/30/2017 | 13382099 | Interest Charge | 11.52 | 11.52 | USD |
| **TOTAL** | | | | 802.41 | 802.41 | USD |

### AR AGING

| BALANCE 7/10/2017 | AFTER 7/10/2017 | AFTER 7/10/2017 | AFTER 6/10/2017 | AFTER 5/10/2017 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 802.41 | 11.52 | 11.52 | 11.52 | 0.00 | 767.85 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).