US SEC v Veros Partners, Inc., et al

USDC Southern IN, Case No. 1:15-cv-00659-JMS-DJM

**David R. Krebs, Hester Baker Krebs**
*Bankruptcy Counsel for Receiver*
Per Order dated 9/14/16 - Doc. No. 275

# EXHIBIT E

Quarter Period: 04/01/2017 - 06/30/2017

Last Updated: 7/24/2017
By: js

| Description | Fees | Expenses | Total Due | Invoice No. | Invoice time period | SEC Receivership - Quarter Period |
|---|---|---|---|---|---|---|
| | | | | | | To be submitted with Receiver's 2017 2nd quarter fee app |
| RJW Williams Farms | $1,235.00 | $0.00 | $1,235.00 | 1704 | 4/30/2017 | |
| RJW Williams Farms | $260.00 | $0.00 | $260.00 | 1784 | 5/31/2017 | |
| RJW Williams Farms | $1,197.50 | $0.00 | $1,197.50 | 2046 | 6/30/2017 | |
| Totals: | $2,692.50 | $0.00 | $2,692.50 | | | |

**Total Fees and Expenses:** $2,692.50

**RJW Williams Farms** Legal Activity: Asset Analysis and Recovery (Collections)



One Indiana Square, Suite 1600
Indianapolis, IN 46204
317-833-3030

05-04-2017

**William E. Wendling, Jr.**
Veros - Cherry Farms
Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing Blvd., Suite 800
Indianapolis, IN 46240-4636

**Invoice Number: 1704**
Invoice Period: 04-04-2017 - 04-30-2017

RE: **RJW Williams Farms, Inc. Bankruptcy**

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04-04-2017 | DRK | Telephone conference Wending/Poindexter re suit vs guarantors status/options | 0.200 | 325.00 | 65.00 |
| 04-06-2017 | DRK | Telephone conference Wendling/Poindexter/Wilson re pursuing guarantors/ABF issues; follow up e-mail Wendling/Poindexter re suit vs guarantors | 0.500 | 325.00 | 162.50 |
| 04-09-2017 | DRK | E-mail exchange Wendling/Poindexter re obtaining title work re potential foreclosure on guarantors; review file re mortgages/legal descriptions for title company | 0.400 | 325.00 | 130.00 |
| 04-10-2017 | DRK | Telephone conference Wilson & Seibrase re RJW/Williams foreclosure/bankruptcy issues | 0.500 | 325.00 | 162.50 |
| 04-14-2017 | DRK | Review Piatt Co/Macon Co title work; e-mail Wendling/Poindexter re title work/foreclosure options; review subpoenas from Topflight Grain to Trustee Wilson/First Security | 1.000 | 325.00 | 325.00 |
| 04-17-2017 | DRK | E-mail exchange Poindexter/Wendling re foreclosure or contract suit on guaranties; review documents/emails re claim against ADM on conversion of crop proceeds; e-mail Wilson re ADM issues | 1.000 | 325.00 | 325.00 |
| 04-18-2017 | DRK | Follow up e-mail exchange Wilson re ADM issue | 0.200 | 325.00 | 65.00 |
| | | | | **Total Fees** | **1,235.00** |

This invoice is due upon receipt. Please make your check payable to Hester Baker Krebs LLC and include your invoice number when making your payment. Thank you for your business!  Page 1 of 3

## Time Summary

| Professional | Hours | Rate | Amount |
|---|---:|---:|---:|
| DRK | 3.800 | 325.00 | 1,235.00 |
| | | Total Fees | 1,235.00 |

|  |  |
|---|---:|
| Total for this Invoice | 1,235.00 |
| Total Balance Due for Matter | 4,307.50 |

# Matter Statement of Account
## As Of 05-17-2017

| Matter | Invoices / Credits | Trust | Balance Due |
|---|---|---|---|
| RJW Williams Farms, Inc. Bankruptcy | 4,307.50 | | 4,307.50 |
| | **Total Balance Due for Matter** | | **4,307.50** |

### RJW Williams Farms, Inc. Bankruptcy

**Transactions**

| Date | Transaction | Applied | Invoice | Amount |
|---|---|---|---|---|
| 04-05-2017 | Previous Balance | | | 3,072.50 |
| 05-04-2017 | Invoice 1704 | | | 1,235.00 |
| | | | **Balance** | **4,307.50** |

**Open Invoices and Credits**

| Date | Transaction | Amount | Applied | Balance |
|---|---|---|---|---|
| 02-01-2017 | Invoice 1365 | 1,382.50 | | 1,382.50 |
| 03-01-2017 | Invoice 1433 | 1,527.50 | | 1,527.50 |
| 04-05-2017 | Invoice 1539 | 162.50 | | 162.50 |
| 05-04-2017 | Invoice 1704 | 1,235.00 | | 1,235.00 |
| | | | **Balance** | **4,307.50** |



One Indiana Square, Suite 1600
Indianapolis, IN 46204
317-833-3030

06-01-2017

**William E. Wendling, Jr.**
Veros - Cherry Farms
Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing Blvd., Suite 800
Indianapolis, IN 46240-4636

**Invoice Number: 1784**
Invoice Period: 05-18-2017 - 05-31-2017

**RE: RJW Williams Farms, Inc. Bankruptcy**

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05-18-2017 | DRK | Review court docket re status of RJW bankruptcy filing; telephone conference Tagge (attorney for First Farmers) re status; e-mail Wendling re status of RJW bankruptcy; review e-mails re ADM claim/status | 0.800 | 325.00 | 260.00 |
| | | | | Total Fees | 260.00 |

## Time Summary

| Professional | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| DRK | | | 0.800 | 325.00 | 260.00 |
| | | | | Total Fees | 260.00 |

| | | |
|---|---|---|
| | Total for this Invoice | 260.00 |
| | Total Balance Due for Matter | 4,567.50 |

# Matter Statement of Account

As Of 06-05-2017

| Matter | Invoices / Credits | Trust | Balance Due |
|---|---|---|---|
| RJW Williams Farms, Inc. Bankruptcy | 4,567.50 | | 4,567.50 |
| | **Total Balance Due for Matter** | | **4,567.50** |

## RJW Williams Farms, Inc. Bankruptcy

### Transactions

| Date | Transaction | Applied | Invoice | Amount |
|---|---|---|---|---|
| 05-04-2017 | Previous Balance | | | 4,307.50 |
| 06-01-2017 | Invoice 1784 | | | 260.00 |
| | | | **Balance** | **4,567.50** |

### Open Invoices and Credits

| Date | Transaction | Amount | Applied | Balance |
|---|---|---|---|---|
| 02-01-2017 | Invoice 1365 | 1,382.50 | | 1,382.50 |
| 03-01-2017 | Invoice 1433 | 1,527.50 | | 1,527.50 |
| 04-05-2017 | Invoice 1539 | 162.50 | | 162.50 |
| 05-04-2017 | Invoice 1704 | 1,235.00 | | 1,235.00 |
| 06-01-2017 | Invoice 1784 | 260.00 | | 260.00 |
| | | | **Balance** | **4,567.50** |



One Indiana Square, Suite 1600
Indianapolis, IN 46204
317-833-3030

07-05-2017

**William E. Wendling, Jr.**
Veros - Cherry Farms
Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing Blvd., Suite 800
Indianapolis, IN 46240-4636

**Invoice Number: 2046**
Invoice Period: 06-09-2017 - 06-30-2017

**RE: RJW Williams Farms, Inc. Bankruptcy**

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06-09-2017 | DRK | Review file re drafting complaint vs guarantors | 0.500 | 325.00 | 162.50 |
| 06-12-2017 | DJA | Draft Complaint against James and Robert Williams. | 1.000 | 125.00 | 125.00 |
| 06-13-2017 | DRK | Telephone conference Tagge re FFB foreclosure filing/acceptance of service | 0.200 | 325.00 | 65.00 |
| 06-15-2017 | DRK | Review FFBT foreclosure/request for receiver; e-mail Poindexter/Wendling re foreclosure; research priorities/effect of lis pendens notice | 1.000 | 325.00 | 325.00 |
| 06-21-2017 | DRK | Review/revise complaint vs guarantors; research compulsory counterclaim in FFBT's foreclosure/option to sue guarantors directly | 1.000 | 325.00 | 325.00 |
| 06-27-2017 | DRK | E-mail exchange Wendling re balance owed for complaint vs guarantors; revise/review complaint for filing | 0.300 | 325.00 | 97.50 |
| 06-30-2017 | DRK | Review/research service issues; sign and return consent to magistrate form | 0.300 | 325.00 | 97.50 |
| | | | | **Total Fees** | **1,197.50** |

## Time Summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| DJA | 1.000 | 125.00 | 125.00 |

This invoice is due upon receipt. Please make your check payable to Hester Baker Krebs LLC and include your invoice number when making your payment. Thank you for your business!

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| DRK | 3.300 | 325.00 | 1,072.50 |
| | | Total Fees | 1,197.50 |

## Expenses

| Date | Professional | Expense | Qty | Amount |
|---|---|---|---|---|
| 06-29-2017 | DJA | E115 - Filing Fee | 1 | 400.00 |
| | E115 - Filing Fee - District Court case against James & Robert Williams | | | |
| | | Total Expenses | | 400.00 |

## Expense Summary

| Expense | Qty | Amount |
|---|---|---|
| E115 - Filing Fee | 1 | 400.00 |
| Total Expenses | | 400.00 |
| Total for this Invoice | | 1,597.50 |
| Total Balance Due for Matter | | 6,165.00 |

# Matter Statement of Account
## As Of 07-14-2017

| Matter | Invoices / Credits | Trust | Balance Due |
|---|---|---|---|
| RJW Williams Farms, Inc. Bankruptcy | 6,165.00 | | 6,165.00 |
| **Total Balance Due for Matter** | | | **6,165.00** |

## RJW Williams Farms, Inc. Bankruptcy

### Transactions

| Date | Transaction | Applied | Invoice | Amount |
|---|---|---|---|---|
| 06-01-2017 | Previous Balance | | | 4,567.50 |
| 07-05-2017 | Invoice 2046 | | | 1,597.50 |
| | | | Balance | 6,165.00 |

### Open Invoices and Credits

| Date | Transaction | Amount | Applied | Balance |
|---|---|---|---|---|
| 02-01-2017 | Invoice 1365 | 1,382.50 | | 1,382.50 |
| 03-01-2017 | Invoice 1433 | 1,527.50 | | 1,527.50 |
| 04-05-2017 | Invoice 1539 | 162.50 | | 162.50 |
| 05-04-2017 | Invoice 1704 | 1,235.00 | | 1,235.00 |
| 06-01-2017 | Invoice 1784 | 260.00 | | 260.00 |
| 07-05-2017 | Invoice 2046 | 1,597.50 | | 1,597.50 |
| | | | Balance | 6,165.00 |