US SEC v Veros Partners, Inc., et al

USDC Southern IN, Case No. 1:15-cv-00659-JMS-DJM

*Jeffrey D. Richardson, Richardson & Erickson*
*Illinois Counsel for Receiver*

**EXHIBIT F**

Quarter Period: 04/01/2017 - 06/30/2017

Last Updated:
7/24/2017
By: js

| Description | Fees | Expenses | Total Due | Invoice time period | SEC Receivership - Quarter Period |
|---|---|---|---|---|---|
| | | | | | To be submitted with Receiver's 2017 2nd quarter fee app |
| RJW Williams Farms | $962.50 | $0.00 | $962.50 | 3/31/2017 | |
| RJW Williams Farms | $790.00 | $0.00 | $790.00 | 4/30/2017 | |
| **Totals:** | **$1,752.50** | **$0.00** | **$1,752.50** | | |

**Total Fees and Expenses:** $1,752.50

**RJW Williams Farms** Legal Activity: Asset Analysis and Recovery (Collections)

# RICHARDSON & ERICKSON

Attorneys at Law
132 S. WATER STREET, SUITE 444
DECATUR, IL 62523

March 31, 2017

Veros Partners
c/o Mr. William E. Wendling, Jr.,
Cohen. Garelick & Glazier, P.C.
888 Keystone Crossing Blvd., Suite 800
Indianapolis IN 46240-4636

Professional Services

| Date | Atty | Description | Amount |
|---|---|---|---:|
| 1/1/2017 | JDR | Further review of records; status letter to Bill Wendling re upcoming hearing and motions. | 110.00 |
| 1/4/2017 | JDR | Tel. conf. Bill; dictate short e-mail letter to Bill. | 82.50 |
| 1/5/2017 | JDR | Review correspondence from Mark Bogdanowicz, attorney for other creditor concerning Bill Wendlings interest in the litigation. | 27.50 |
| | JDR | Long tel. conf. with Kris Wilson, bankruptcy trustee. | 82.50 |
| 1/11/2017 | JDR | Download and review Order Lifting Automatic Stay. | 27.50 |
| 1/15/2017 | JDR | Download and review First Farmers motion to lift stay and abandon and some of the 700 pages of exhibits; letter to Bill Wendling re same. | 82.50 |
| 2/23/2017 | JDR | Listen in on tel. call in hearing on motions to lift stay conducted by the bankruptcy court. | 82.50 |
| 3/22/2017 | JDR | Review debt figures on the two old loans and compare against the settlement; letter to Anita with a copy to Bill; tickler memo to the file. | 110.00 |
| | JDR | Long tel. conf. with Bill re status of case. | 82.50 |
| 3/28/2017 | JDR | Review updated figures; complete proof of claim; correspondence to William Wendling; copy to Anita Haworth. | 275.00 |

For professional services rendered           $962.50

Previous balance                             $330.00

|  | Amount |
|---|---|
| 1/12/2017 Payment - thank you | ($330.00) |
| Total payments and adjustments | ($330.00) |
| Balance due | $962.50 |

# RICHARDSON & ERICKSON

Attorneys at Law
132 S. WATER STREET, SUITE 444
DECATUR, IL 62523

April 30, 2017

Veros Partners
c/o Mr. William E. Wendling, Jr.,
Cohen. Garelick & Glazier, P.C.
888 Keystone Crossing Blvd., Suite 800
Indianapolis IN 46240-4636

Professional Services

|  |  |  | Amount |
|---|---|---|---:|
| 4/3/2017 | JDR | Review correspondence from Bill; check Secretary of State's records to confirm state of incorporation of RJW Williams Farms, Inc.; run Secretary of State summary search on UCCs filed in Illinois; check our file for documents forwarded by Jim Knauer at the inception of litigation to look to see if we had a complete lien search; brief telephone call to Anita at Bill Wendling's office to let her know what I think and to leave a number for Bill to call me back. | 192.50 |
|  | JDR | Download and review proof of claim filed by TopFlight Grain Cooperative and 38 pages of attachments to support its secured claim. | 82.50 |
| 4/4/2017 | JDR | Long telephone conference with Bill and Anita; review most recent notice of disposition of collateral; opinion letter to Bill re: any potential equity for the receivership. | 137.50 |
| 4/7/2017 | LR | Search Illinois Secretary of State for status of LLCs. | 20.00 |
| 4/9/2017 | JDR | Review all papers forwarded by Anita; tel. conf. principle owners of Heavner, Beyers & Mihlar; review associate's work on LLC searches; privileged letter to Bill and Anita. | 357.50 |

|  |  |
|---|---:|
| For professional services rendered | $790.00 |
| Previous balance | $962.50 |
| Balance due | $1,752.50 |

# RICHARDSON & ERICKSON

Attorneys at Law
132 S. WATER STREET, SUITE 444
DECATUR, IL 62523

May 31, 2017

Veros Partners
c/o Mr. William E. Wendling, Jr.,
Cohen. Garelick & Glazier, P.C.
888 Keystone Crossing Blvd., Suite 800
Indianapolis IN 46240-4636

|  | Amount |
|---|---|
| Previous balance | $1,752.50 |
| Balance due | $1,752.50 |

# RICHARDSON & ERICKSON

Attorneys at Law
132 S. WATER STREET, SUITE 444
DECATUR, IL 62523

June 30, 2017

Veros Partners
c/o Mr. William E. Wendling, Jr.,
Cohen. Garelick & Glazier, P.C.
888 Keystone Crossing Blvd., Suite 800
Indianapolis IN 46240-4636

|  | Amount |
|---|---|
| Previous balance | $1,752.50 |
| Balance due | $1,752.50 |