US SEC v Veros Partners, Inc., et al
USDC Southern IN, Case No. 1:15-cv-00659-JMS-DJM

**William E. Wendling, Jr., Receiver**

# EXHIBIT B

Quarter Period: 07/01/2017-09/30/2017

*Last updated:*

11/1/2017

By: js

| Legal Activity | Fees | Expenses | Total Due | File/Invoice No. | Invoice time period | SEC Receivership - Quarter Period |
|---|---|---|---|---|---|---|
| Asset Analysis & Recovery-001 | $19,860.00 | $478.15 | $20,338.15 | 163815 | July - September 2017 | 2017 - 3rd quarter (10th quarter in Receivership) To be submitted with Receiver's 2017 3rd quarter fee app |
| Asset Disposition-002 | $0.00 | $0.00 | $0.00 | N/A | | |
| Business Operations-003 | $1,377.50 | $0.00 | $1,377.50 | 163816 | | |
| Case Administration-004 | $9,022.50 | $22.46 | $9,044.96 | 163817 | | |
| Claims Administration and Objections-005 | $0.00 | $0.00 | $0.00 | N/A | | |
| Employee Benefits/Pensions-006 | $0.00 | $0.00 | $0.00 | N/A | | |
| Accounting/Auditing-007 | $0.00 | $0.00 | $0.00 | N/A | | |
| **Totals:** | **$30,260.00** | **$500.61** | **$30,760.61** | | | |
| **Total Fees and Expenses:** | | | **$30,760.61** | | | |



# COHEN GARELICK & GLAZIER

A Professional Corporation of Attorneys at Law

**October 20, 2017**

Billed through 09/30/17 WEW

Bill number 16214 - 00001 - 163815

**United States Securities & Exchange Commission**
**c/o Robert M. Moye, Senior Trial Counsel**
**US Securities and Exchange Commission**
**Chicago Regional Office**
**175 W. Jackson Blvd., Suite 900**
**Chicago, IL 60604**

RE: Asset Analysis and Recovery
Our file number: 16214/1

| | | |
|---|---|---:|
| Balance forward as of last bill dated 07/07/17 163815 | | $43,471.54 |
| Payments received since last bill (last payment 09/20/17 ) | | $43,471.54 |
| **Net balance forward** | | **$0.00** |
| **Prepaid balance brought forward** | | **$130.00 cr** |

## PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours |
|---|---|---|---:|
| 07/03/17 | WEW | Collection: Follow-up on email request from investor for password to use to view private placement documents/email from Anne Poindexter requesting information/order from court re the transfer of $223,640 from SEC to the Receiver | 0.30 hrs |
| 07/06/17 | WEW | Collection: Meeting with Blue and Co. to discuss issues relating to QSF issue | 1.50 hrs |
| 07/06/17 | WEW | Collection: Email to Blue and Co. requesting comments on a motion to eliminate the QSF requirement/email to Anne Poindexter re concerns about information needed to file motion on QSF issue | 0.50 hrs |
| 07/11/17 | WEW | Collection: BCG investor's attorney request for information about leases between BCG and True Blue Berry Management. Gather information for the BCG investors. Email to John Bishop to put lease information together for BCG attorney | 0.80 hrs |
| 07/18/17 | WEW | Collection: Schedule meeting with Blue and Co. to discuss 2016 tax filing/outline receivership wind down issues and send to Anne Poindexter/settle claim for third party creditor of PinCap | 2.50 hrs |
| 07/18/17 | JST | Collection. Conference w/ W. Wendling & L. Fleming re second distribution to VFLH/FGC investors. | 0.50 hrs |
| 07/19/17 | WEW | Collection: Extended telephone conference with Paul Roth re QSF Declaration; letter to Bob Mitchell's attorney re his wage claim against Pin Financial/send same to Anne Poindexter for her review and comment | 1.10 hrs |
| 07/20/17 | WEW | Collection: Meeting with Blue and Co. re tax returns for FGC and PinCap/respond to email from investor re distribution/email to Anne Poindexter re FGC transition plan/motion to distribute investor funds private placement/instructions to staff to send FGC second interim | 1.80 hrs |

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | distribution checks | |
| 07/21/17 | WEW | Collection: Finalize and distribute FGC payments to investors/allocation of receivership expense issue for 8th and 9th fee application/work on final fee estimates for closing receivership/discuss Mitchell's wage claim with Anne Poindexter/modify letter re wage claim | 1.80 hrs |
| 07/24/17 | WEW | Collection: Discuss Rosentretter with Anne Poindexter uncollectable/draft notice to FGC investors discussing wind down and collection efforts for clawback and Rosentretter | 2.30 hrs |
| 07/26/17 | JST | Collection: Receive returned mail from Mercedes Plant and James & Anne Turner; e-mails to Ms. Plant and Mr. & Mrs. Turner re mailing addresses. | 0.20 hrs |
| 08/02/17 | WEW | Collections: Notice to investors re request to distribute funds to private placement investors/conference call with SEC and Blue and Co. re QSF requirement/discuss issue with Paul Roth and Anne Poindexter/find letter to attorney representing Bob Mitchell | 3.40 hrs |
| 08/03/17 | WEW | Collections: Answer questions submitted by investors re second distributions/work on terminating receivership | 1.40 hrs |
| 08/04/17 | WEW | Collections: Notice to investors re motion to distribution funds/correspondence to Mr. Mitchell re wage claim/notification from Blue and Co. re account balances from various receivership checking accounts/comments from investors re FGC second interim distributions | 3.20 hrs |
| 08/08/17 | WEW | Collections: Respond to investor question via Blue and Co. information/email from Bob Mitchell | 0.50 hrs |
| 08/09/17 | WEW | Collections: Answer investor questions re distributions/answer accounting questions/conference with paralegal re various pleadings and notices to investors and follow-up/final edits to notice to investors re status of wind-down/responses from investors re wind-down notice | 2.80 hrs |
| 08/10/17 | WEW | Collections: Questions and responses to investors' comments relating to wind-down letter/conference with Anne Poindexter re clawback procedure | 2.80 hrs |
| 08/11/17 | WEW | Collections: Respond to questions from FGC investors re status of clawback and Rosentretter/order from court re paying private placement investors/question from Jeff Risinger | 2.00 hrs |
| 08/15/17 | WEW | Collections: Follow-up on P. Cavazzoni question | 0.50 hrs |
| 08/16/17 | WEW | Collections: Respond to investor's question re her accounts/investor notices to Millennium Trust issues | 0.40 hrs |
| 08/17/17 | WEW | Collections: Follow-up on Williams settlement complaint/notices from conference with SEC/prepare to distribute private placement funds/check records re allocation of principal and intent to investors | 2.30 hrs |
| 08/22/17 | WEW | Collections: Distribution issue re private placements. Telephone call and email with JT Loughmiller at Blue and Co. | 1.80 hrs |
| 08/24/17 | WEW | Collections: Close out private placement distribution per court order/conference with JT Loughmiller re distributions/questions re distribution from investors/instructions to paralegal re inter-receivership transfer | 2.50 hrs |
| 08/24/17 | JST | Collections. Re-issue check to Chad Kodiak made payable to Millennium Trust fbo Chad Kodiak. | 0.20 hrs |
| 08/25/17 | WEW | Collections: Investor responses to wind-down letter | 0.40 hrs |
| 08/28/17 | WEW | Collections: Distribution issues/comments and questions/answer | 2.20 hrs |

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | investor questions and note responses to Rosentretter and clawback/correspondence with Valerie Brennan re private placements individual investor distribution issue/discuss distribution issue with Anne Poindexter | |
| 08/29/17 | WEW | Collections: Sign checks to distribute to investors/instructions to paralegal re distribution to investors/follow-up re which investors are involved/distribution amounts to Jennings investors | 1.00 hrs |
| 08/29/17 | JST | Collections. Conference w/ W. Wendling re distributions to private placements. | 0.30 hrs |
| 08/29/17 | JST | Collections. Write distribution checks to True Blue Berry Management Operating Loan 2015 investors; prepare letter to investors re the same. | 1.00 hrs |
| 08/29/17 | JST | E-mails to investors re Jennings Design distribution. | 0.20 hrs |
| 08/29/17 | JST | Brief conference w/ W. Wendling re distribution checks. | 0.20 hrs |
| 08/29/17 | JST | Collections. Finalize letter to investors and prepare checks for distribution to True Blue Berry Management 2015 Operating Loan. | 1.00 hrs |
| 08/30/17 | WEW | Collections: Correspondence with accountant on distribution checks to individual investors to private placement transferred out of the receivership | 0.60 hrs |
| 08/31/17 | WEW | Collections: Status of Williams settlement lawsuit/organize several files for closing/status of issues to be completed for termination of receivership | 2.00 hrs |
| 08/31/17 | JST | Collections. Prepare checks for distribution to Jennings Design investors; prepare checks per 8/11/17 Order to Blue Crop Group, True Blue Berry Management Loan, Veros 402 North, Rockdale Holding, and HF Land GP. | 0.80 hrs |
| 08/31/17 | JST | Brief conference w/ W. Wendling re distribution checks. | 0.20 hrs |
| 08/31/17 | JST | Collections. Transmittal letter to V. Brennan re distribution checks to private placements. | 0.20 hrs |
| 08/31/17 | JST | Collections. Letter to Jennings Design Investors re distribution of interest payment. | 0.30 hrs |
| 08/31/17 | JST | Collections. Prepare distributions to Jennings Design investors. | 0.30 hrs |
| 09/01/17 | WEW | Collections: Revise check to Somerset and deliver/email from Anne Poindexter re status of QSF motion; Anne Poindexter's response re signing Consent Judgment form for Defendants/review the consents - research judgment issue | 1.40 hrs |
| 09/01/17 | JST | Collections. Deliver private placement distribution checks to Valerie Brennan at Somerset CPAs. | 0.20 hrs |
| 09/04/17 | WEW | Collections: FGC and PinCap tax issues from 2016; request from Jeff Risinger to consider write-off date for Rosentretter loan/review notes re collection efforts on Rosentretter/notes from Blue and Co. re same | 0.80 hrs |
| 09/05/17 | WEW | Collections: Judgment request from SEC; note from Kyle Thompson re check error/instructions to paralegal to correct/respond to Kyle Thompson/FGC tax issue follow-up from Jeff Risinger | 0.70 hrs |
| 09/07/17 | WEW | Collections: Millennium Trust issue raised by Matt Haab for some investors; follow-up with paralegal re correcting check to investor/instructions to email FGC and PinCap returns to Defendants | 0.90 hrs |
| 09/07/17 | JST | Collections. Reissue check to Jose & Astrid Cartenas; prepare check for Alvin Haab. | 0.20 hrs |
| 09/07/17 | JST | Supervision. Letter to Jose & Astrid Cardenas re reissued check. | 0.20 hrs |

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | Bill number 16214 - 00001 - 163815 | PAGE 4 |
| | | United States Securities & Exc | |
| 09/08/17 | WEW | Collections: Call to Anne Poindexter re status of Williams settlement suit/tax issue information from Jeff Risinger/discuss with Paul Roth FGC tax issue | 0.70 hrs |
| 09/11/17 | WEW | Collection: Conference with Anne Poindexter re several issues relating to winding down the receivership (QSF, 2016 and 2017 FGC taxes, third party claims, Williams settlement complaint)/answer investor questions re distribution sources/notice from court re telephone conference/email to Mr. Mitchell re settlement of wage claim | 2.00 hrs |
| 09/12/17 | WEW | Collection: Rough draft of motion to court to abandon Rosentretter and clawback claim. Review email responses for investors. Conference with paralegal re motion. Email to Bob Mitchell; tax issues for FGC and PinCap 2016 and 2017/Rosentretter write-off | 2.00 hrs |
| 09/14/17 | WEW | Collection: Finalize FGC and PinCap tax filing/sign forms from Blue and Co./follow-up email from Bob Mitchell re wage claim | 1.30 hrs |
| 09/18/17 | WEW | Collection: Extended telephone conference with Bob Mitchell re settlement of his wage claim/note to Anne Poindexter re same | 0.40 hrs |
| 09/19/17 | WEW | Collection: Review invoices sent by Blue and Co./pretrial deadline review re court notice | 0.70 hrs |
| 09/20/17 | WEW | Collection: Prepare for conference call with Magistrate/conference call with Defendant and Court/payment issue re NBD/review with paralegal issue with purchase of checks | 0.80 hrs |
| 09/21/17 | WEW | Collection: Review court's entry re pretrial conference call/notice to calendar | 0.30 hrs |
| 09/22/17 | WEW | Collection: Review and sign Consent Judgment and instructions to return to Anne Poindexter for her signature | 0.40 hrs |
| 09/23/17 | WEW | Collection: Follow-up re consents/notice of final pretrial conference | 0.30 hrs |
| 09/26/17 | WEW | Collection: Follow-up information to Anne Poindexter for QSF motion/email re Anne Poindexter contacting Paul Roth | 0.40 hrs |
| 09/27/17 | WEW | Collection: Revised bills from Blue and Co. | 0.30 hrs |
| 09/28/17 | WEW | Collection: Conference with Paul Roth re additional information for QSF motion/message to Anne Poindexter/follow-up note to David Krebs re Williams | 1.20 hrs |
| 09/29/17 | WEW | Collection: Review and note certain information contained in the SEC's motion in limine re Receiver and Receivership issues/prepare response to Dangaard claim | 1.80 hrs |

**Total fees for this matter**   $19,860.00

## EXPENSES INCURRED

| Date | Description | Amount |
|---|---|---|
| 07/21/17 | Postage charges | 341.90 |
| 07/26/17 | Postage charges | 5.26 |
| 08/01/17 | Postage charges | 2.03 |
| 08/25/17 | Postage charges | 72.16 |
| 09/30/17 | Copy expense since last invoicing | 56.80 |

**Total expenses for this matter**   $478.15

## BILLING SUMMARY

| Name | Hours | Rate | Total |
|---|---|---|---|
| SMITH, JESSICA O. | 6.00 hrs | 125.00 /hr | $750.00 |
| WENDLING, WILLIAM E. | 58.80 hrs | 325.00 /hr | $19,110.00 |

| | | |
|---|---:|---:|
| TOTAL FEES | 64.80 hrs | $19,860.00 |
| TOTAL EXPENSES | | <u>$478.15</u> |
| TOTAL CHARGES FOR THIS BILL | | $20,338.15 |
| **BALANCE NOW DUE** | | **$20,338.15** |

*Prepaid Balance Carried Forward*          $130.00 cr



# COHEN GARELICK & GLAZIER

A Professional Corporation of Attorneys at Law

**October 20, 2017**

Billed through   09/30/17   WEW

Bill number   16214 - 00003 - 163816

**United States Securities & Exchange Commission**
c/o Robert M. Moye, Senior Trial Counsel
US Securities and Exchange Commission
Chicago Regional Office
175 W. Jackson Blvd., Suite 900
Chicago, IL  60604

RE: **Business Operations**
   Our file number: 16214/3

| | | |
|---|---|---:|
| Balance forward as of last bill dated   07/07/17   163816 | | $49,944.38 |
| Payments received since last bill (last payment   09/20/17  ) | | $49,944.38 |
| **Net balance forward** | | **$0.00** |

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description | Hours |
|---|---|---|---:|
| 07/11/17 | JEBT | Private Placement: Reviewed revised equipment and real estate leases for Heritage and Midwest properties regarding signed originals and status of delivery. | 0.60 hrs |
| 07/13/17 | JEBT | Private Placement: Prepared memo to the file regarding open action items remaining on Heritage and Midwest properties. | 1.00 hrs |
| 07/25/17 | WEW | Collection: Interim report draft with paralegal/rough draft of notice to FGC investors re Rosentretter and clawbacks | 2.20 hrs |
| 08/23/17 | WEW | Collections: Distribution issues/wind-down planning/status of 80SF motion | 1.10 hrs |
| 09/07/17 | JST | Supervision. E-mail tax returns to Jeff Risinger, Matt Haab, and Adam Decker. | 0.20 hrs |
| | | **Total fees for this matter** | **$1,377.50** |

**BILLING SUMMARY**

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| BISHOP, JOHN B. | 1.60 hrs | 175.00 /hr | $280.00 |
| SMITH, JESSICA O. | 0.20 hrs | 125.00 /hr | $25.00 |
| WENDLING, WILLIAM E. | 3.30 hrs | 325.00 /hr | $1,072.50 |
| **TOTAL FEES** | **5.10 hrs** | | **$1,377.50** |
| **TOTAL CHARGES FOR THIS BILL** | | | **$1,377.50** |
| **BALANCE NOW DUE** | | | **$1,377.50** |

www.cgglawfirm.com
8888 Keystone Crossing Blvd., Suite 800   Indianapolis, Indiana  46240-4636
Phone 317-573-8888   Fax 317-574-3855



# COHEN GARELICK & GLAZIER

A Professional Corporation of Attorneys at Law

**October 20, 2017**

Billed through    09/30/17    WEW

Bill number    16214 - 00004 - 163817

**United States Securities & Exchange Commission**
c/o Robert M. Moye, Senior Trial Counsel
US Securities and Exchange Commission
Chicago Regional Office
175 W. Jackson Blvd., Suite 900
Chicago, IL 60604

RE: Case Administration
    Our file number: 16214/4

| | | |
|---|---|---:|
| Balance forward as of last bill dated | 07/05/17   163817 | $50,338.44 |
| Payments received since last bill (last payment | 09/20/17 ) | $50,338.44 |
| **Net balance forward** | | **$0.00** |

## PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours |
|---|---|---|---:|
| 07/05/17 | WEW | Collection: Rough draft of a motion to Veros private placement investors/review investment that owe 2012 and 2013 FGC investment claw back/follow-up on the status of Williams suite/information requested by David Krebs for Williams Complaint/service of process issue raised by David Krebs | 3.20 hrs |
| 07/05/17 | JST | Supervision. Conference w/ W. Wendling re items to be done. | 0.20 hrs |
| 07/05/17 | JST | Supervision. Download and review bank statements; work on Receiver's Receipts & Disbursements Exhibit A to 9th Quarter Interim Report. | 0.80 hrs |
| 07/06/17 | WEW | Collection: Outline issues for 9th Quarterly Report | 1.00 hrs |
| 07/06/17 | WEW | Collection: Work on 9th Interim Report/email report information to Anne Poindexter; draft motion to make interim distribution to private placement investors/send to Anne Poindexter for comments and edits | 5.00 hrs |
| 07/06/17 | JST | Supervision. Continue working on accounting for Interim Report. | 1.50 hrs |
| 07/06/17 | JST | Supervision. Begin working on accounting for Interim Report | 2.50 hrs |
| 07/07/17 | JST | Supervision. Finish accounting for interim report; e-mail to W. Wendling re the same. | 1.00 hrs |
| 07/07/17 | JST | Supervision. E-mail from W. Wendling re sending wire instructions to the SEC; review file re the information; e-mail to Doressia re the same. | 0.20 hrs |
| 07/07/17 | JST | Supervision. Reviewed and made corrections to CGG prebills and noted items to discuss with W. Wendling. | 0.30 hrs |
| 07/10/17 | WEW | Collection: Interim Report/response from Anne Poindexter re private placement distribution motion | 2.00 hrs |
| 07/10/17 | JST | Supervision. Format Receiver's Motion for Authority to Distribute Funds to Private Placement Investors; review and accept redlined | 0.30 hrs |

| Date | Initials | Description | Hours |
|---|---|---|---|
| | | changes by Anne H. Poindexter. | |
| 07/11/17 | WEW | Collection: Anne Poindexter's revision to 9th Quarterly Report/conference with paralegal | 2.20 hrs |
| 07/11/17 | JST | Supervision. Conference with W. Wendling; revise/edit Receiver's Motion for Authority to Distribute Funds to Private Placement Investors. | 0.30 hrs |
| 07/11/17 | JST | Supervision. Receive/review/respond to e-mail from Bob Ellis. | 0.20 hrs |
| 07/11/17 | JST | Supervision. Conference w/ W. Wendling re Receiver's 9th Interim Report. | 0.30 hrs |
| 07/11/17 | JST | Supervision. Incorporate W. Wendling edits into draft 9th Interim Report. | 0.50 hrs |
| 07/12/17 | WEW | Collection: Edits to 9th Report/additional information for Laura Conway re Blue Crop Group lease documents/courts order to abandon Vero Craft Brew investment/court approval to distribute $450,000 to FGC investors/distribute spreadsheet | 1.80 hrs |
| 07/13/17 | WEW | Collection: Edits to 9th Quarterly Report/meet with paralegal to go over financial reporting issues/telephone call to court regarding fee order/distribution spreadsheet for the $450,000/issues relating to retaining funds in the private placement receivership checking account. SEC's suggestion not to distribute all funds to private placement investors. | 2.50 hrs |
| 07/13/17 | JST | Supervision. Make additional edits to 9th Interim Report; receive/review Order Authorizing Receiver to Abandon The Veros Private Placements and Order Authorizing Receiver to Make Second Distribution. | 0.50 hrs |
| 07/13/17 | JST | Supervision. Conference with W. Wendling. | 0.20 hrs |
| 07/13/17 | JST | Supervision. E-mail to Rod Jackson re uploading documents to Receiver's web site; update and hyperlink pleadings index. | 0.20 hrs |
| 07/13/17 | JST | Supervision. Additional edits/revision to 9th Interim Report; e-mail to Anne Poindexter and W. Wendling re the same. | 0.40 hrs |
| 07/14/17 | WEW | Collection: Fee application for 9th quarter ( NO CHARGE ) | 3.40 hrs |
| 07/14/17 | JST | Supervision. FEE APPLICATION (NO CHARGE). Begin accounting of CGG bills for 9th Fee Application. | 3.00 hrs |
| 07/16/17 | JST | Supervision. Fee Application (NO CHARGE) - Prepare accounting of CGG Bills for 9th Fee Application. | 2.00 hrs |
| 07/17/17 | WEW | Collection: Fee application ( NO CHARGE ) | 2.00 hrs |
| 07/17/17 | WEW | Collection: Change private placement motion pursuant to Anne Poindexter's suggestions/recalculate distribution to private placement/discuss additional concerns about QSF issue with JT Loughmiller. Set meeting to discuss further | 0.80 hrs |
| 07/17/17 | JST | Supervision - Fee Application (NO CHARGE); continue accounting for 9th Fee Application; review Blue & Co. invoices; exchange e-mails with JT; telephone call with Jacqueline Smith re Blue & Co. invoices; conferences with W. Wendling; being drafting Amended 8th Fee Application. | 4.50 hrs |
| 07/17/17 | JST | Supervision. Fee Application - NO CHARGE. Continue working on accounting for 9th Fee Application; telephone calls from/to Cari Bonty; conferences with W. Wendling. | 3.50 hrs |
| 07/18/17 | JST | Supervision - Fee Application - NO CHARGE. Continue working on accounting for 9th Fee Application. | 1.00 hrs |
| 07/18/17 | JST | Supervision. Fee Application - NO CHARGE. Brief conference w/ W. | 0.20 hrs |

| Date | Initials | Description | Hours |
|---|---|---|---|
| | | Wendling re invoices from Blue & Co., and Allign. | |
| 07/18/17 | JST | Supervision. Fee Application - NO CHARGE. Continue working on accounting for 9th fee application. | 1.50 hrs |
| 07/19/17 | WEW | Collection: Review and edit motion re distribution to private placement investor | 0.30 hrs |
| 07/19/17 | JST | Supervision. Fee Application - NO CHARGE. Exchange e-mails with Jacqueline Smith and review invoices from Blue & Allign. | 0.20 hrs |
| 07/21/17 | JST | Supervision. Fee Application - ( NO CHARGE ) Write checks and issue payment to Cohen Garelick & Glazier, Blue & Co., LLC, Aliign, Altman Poindexter, and Wyatt, Hutchinson, Cox, Coons, Orr & Sherlock, P.C., & Hester Baker Krebs per July 13, 2017 Court Order; prepare transmittal letters re the same. | 0.80 hrs |
| 07/21/17 | JST | Supervision. Conference w/ W. Wendling. | 0.30 hrs |
| 07/21/17 | JST | Supervision. Fee Application - NO CHARGE. Review Order re last quarter fees; discussion with W. Wendling re issuing payments. | 0.50 hrs |
| 07/24/17 | JST | Supervision. FEE APPLICATION - NO CHARGE. Continue accounting for 9th Fee Application; review Blue & Co., Aliign, Hester Baker Krebs and Richardson & Erickson invoices. | 3.00 hrs |
| 07/24/17 | JST | Supervision. FEE APPLICATION - NO CHARGE. Begin drafting Receiver's 9th Fee Application. | 1.50 hrs |
| 07/24/17 | JST | Telephonic conference w/ Anne Poindexter and W. Wendling re 9th Interim Report & Receiver's Motion for Authority to Distribute Funds to Private Placements. | 0.50 hrs |
| 07/25/17 | JST | Supervision. Conference with W. Wendling and finalize Motion for Authority to Distribute Funds to Private Placement Investors and 9th Interim Report; e-mail to Anne Poindexter re the same. | 1.00 hrs |
| 07/25/17 | JST | Supervision. FEE APPLICATION - NO CHARGE. Continue drafting 9th Fee Application. | 2.00 hrs |
| 07/26/17 | JST | Supervision. FEE APPLICATION - NO CHARGE. Conference with W. Wendling re draft of 9th Fee Application. | 1.00 hrs |
| 07/27/17 | WEW | Work on fee application | 1.00 hrs |
| 07/27/17 | JST | Supervision. FEE APPLICATION - NO CHARGE. Continue working on 9th Fee Application. | 0.50 hrs |
| 07/28/17 | WEW | Work on fee application | 1.00 hrs |
| 07/31/17 | JST | Supervision. Telephone call from Cari Bonty re Private Placement Refund motion. | 0.20 hrs |
| 08/01/17 | JST | Supervision. Telephone conference with W. Wendling; review file re contact lists for investors. | 0.30 hrs |
| 08/02/17 | JST | Supervision. Update and hyperlink pleadings index, and uploaded the same to Receiver's web page. | 0.30 hrs |
| 08/02/17 | JST | Supervision. Draft e-mail to Veros Private Placement Investors re Motion for Authority to Distribute Funds to Private Placement Investors. | 0.40 hrs |
| 08/03/17 | JST | Supervision. Review and update Receiver's website. | 0.30 hrs |
| 08/04/17 | JST | Supervision. Telephone conference with W. Wendling re e-mail to investors. | 0.20 hrs |
| 08/04/17 | JST | Supervision. E-mail to Investors with Receiver's Motion for Authority to Distribute Funds to Private Placement Investors. | 0.10 hrs |
| 08/04/17 | JST | Supervision. FEE APPLICATION - NO CHARGE. Review and edit Cohen Garelick & Glaizer pre-bills. | 0.20 hrs |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 08/07/17 | JST | Receive/review e-mail from Nicole Paredes-Palma; review checks written from FarmGrowCap account 5968; e-mail to Nicole Paredes-Palma re the same. | 0.20 hrs |
| 08/09/17 | JST | Supervision. Conference with W. Wendling. | 0.10 hrs |
| 08/09/17 | JST | Supervision. E-mail to Nicole Paredes-Palma re reconciliation of Receiver's PinCap checking account. | 0.10 hrs |
| 08/09/17 | JST | E-mail to investors re status of Receivership. | 0.10 hrs |
| 08/11/17 | WEW | Collections: Work on Fee Application ( NO CHARGE ) | 3.00 hrs |
| 08/14/17 | WEW | Collections: Review and edits to Fee Application ( NO CHARGE ) | 1.50 hrs |
| 08/14/17 | JST | Receive/review Order Authorizing Receiver to Distribute Funds to Private Placement Investors; update pleadings index and Receiver's website. | 0.20 hrs |
| 08/14/17 | JST | Supervision. Fee Application - NO CHARGE. Conference w/ W. Wendling re fee application. | 0.50 hrs |
| 08/14/17 | JST | Supervision. Fee Application NO CHARGE. Exchange e-mails with Cari Bonty re filing Motion for Enlargement of Time to File Fee Application. | 0.10 hrs |
| 08/14/17 | JST | Supervision. Fee Application - NO CHARGE. Continue working on 9th Fee Application. | 0.50 hrs |
| 08/16/17 | JST | Supervision. Receive/review Receiver's Motion for Enlargement of Time to File Motion for Receiver's Ninth Quarterly Fee Application; update pleadings index. | 0.10 hrs |
| 08/18/17 | WEW | Collections: Work on Fee Application ( NO CHARGE ) | 2.50 hrs |
| 08/18/17 | JST | Supervision. Update Receiver's website. | 0.10 hrs |
| 08/18/17 | JST | Supervision. E-mail with W. Wendling; telephone conference with W. Wendling. | 0.20 hrs |
| 08/21/17 | JST | Supervision. FEE APPLICATION - NO CHARGE. Receive/review e-mail from Cari Bonty; scan and save exhibits to 9th Fee Application; e-mail to Cari Bonty re the same. | 0.30 hrs |
| 08/21/17 | JST | Supervision. FEE APPLICATION - NO CHARGE. Exchange e-mails with Cari Bonty re Fee Application. | 0.20 hrs |
| 08/22/17 | JST | Supervision. Telephonic conference with W. Wendling. | 0.10 hrs |
| 08/23/17 | JST | Supervision. Conference with W. Wendling re multiple matters. | 0.30 hrs |
| 08/24/17 | JST | Supervision. Review FarmGrowCap statement re distribution checks still outstanding; e-mail to W.Wendling re the same. | 0.30 hrs |
| 08/24/17 | JST | Supervision. Print/review/organize bank statements. | 0.40 hrs |
| 08/24/17 | JST | Supervision. Conference with W. Wendling re distribution of funds to private placements. | 0.10 hrs |
| 08/24/17 | JST | Supervision. Prepare checks for transfers to Receiver's various receivership accounts. | 0.70 hrs |
| 08/25/17 | JST | Supervision. Receive/review file-marked Motion for Receiver's Ninth Quarterly Fee Application; update pleadings index; update Receiver's webpage. | 0.20 hrs |
| 08/25/17 | JST | Supervision. Brief conference with W. Wendling re account deposits and distributions to private placement investors. | 0.10 hrs |
| 08/25/17 | JST | Supervision. Order checks for Jennings Design. | 0.20 hrs |
| 08/29/17 | JST | Supervision. Receive/review Scheduling Order; docket the same. | 0.20 hrs |
| 08/31/17 | JST | Supervision. Update Receiver's website; update Pleadings Index. | 0.20 hrs |
| 09/06/17 | JST | Supervision. Instructions from W. Wendling. | 0.10 hrs |
| 09/07/17 | JST | Supervision. Conference with W. Wendling. | 0.10 hrs |

United States Securities & Exc

| Date | Initials | Description | Hours |
|---|---|---|---|
| 09/11/17 | JST | Supervision. Receive/review/respond to e-mail from Brian Tretter. | 0.10 hrs |
| 09/12/17 | JST | Supervision. Receive/Review Amended Scheduling Order and Motion to Withdraw Appearances; update Receiver's webpage; update and hyperlink pleadings index; docket new hearing date. | 0.30 hrs |
| 09/12/17 | JST | Supervision. Conference w/ W. Wendling re drafting Motion for Authority to Abandon Veros Farm Loan Holding/Farm Grow Cap and Pin Cap LLC Claims against Rosentretter, etc. | 0.50 hrs |
| 09/12/17 | JST | Supervision. Begin drafting Motion for Authority to Abandon Veros Farm Loan Holding/Farm Grow Cap and Pin Cap LLC Claims against Rosentretter, etc. | 0.80 hrs |
| 09/13/17 | WEW | Collection: Review Anne Poindexter motion re QSF | 0.50 hrs |
| 09/13/17 | JST | Supervision. Continue drafting Motion to Abandon Rosentreter Entities. | 0.70 hrs |
| 09/13/17 | JST | Supervision. Finish drafting Motion to Abandon Rosentreter Entities, etc. | 0.50 hrs |
| 09/14/17 | JST | Supervision. Receive/review revise tax returns for FarmGrowCap and PinCap LLC; E-mail the same to Jeff Risinger, Matt Haab, and Adam Decker. | 0.20 hrs |
| 09/14/17 | JST | Supervision. Fax tax e-filing authorizations to Blue & Co.; e-mail to Matt Haab re K-1. | 0.20 hrs |
| 09/18/17 | JST | Supervision. Review/print bank statements for Receiver account's; begin gathering documents for tenth interim report; brief conference with W. Wendling. | 0.40 hrs |
| 09/20/17 | JST | Supervision. FEE APPLICATION - NO CHARGE. Receive/review Order Approving Receiver's Motion for Ninth Quarterly Fee Application; write checks re the same; letters to A. Poindexter, Blue & Co., LLC, Aliign, Hester Baker Krebs, and Erickson & Richardson re the same. | 1.00 hrs |
| 09/20/17 | JST | Supervision. Update pleadings index; update Receiver's website. | 0.20 hrs |
| 09/20/17 | JST | Supervision. Brief conference with W. Wendling; review online banking re distribution checks written from Jennings & True Blue Berry Management accounts. | 0.40 hrs |
| 09/25/17 | JST | Supervision. Receive/review Minute Entry for September 20, 2017 Status Conference; update pleadings index; update Receiver's web page. | 0.20 hrs |
| 09/25/17 | JST | Supervision. Brief conference with W. Wendling; e-mail to Anne Poindexter with Consents of Veros Farm Loan Holding, Farm Grow Cap, and Pincap LLC. | 0.20 hrs |
| 09/26/17 | JST | Supervision. Receive/review Final Pretrial Conference Order; update pleadings index and hyperlink the same; update Receiver's web page. | 0.20 hrs |
| 09/26/17 | JST | Supervision. FEE APPLICATION - NO CHARGE. Begin working on 10th Quarterly Fee Application; begin reviewing invoices from Blue & Co. and Aliign and preparing various spreadsheets/exhibits; e-mail to Jaqueline Smith re Blue & Co., and Aliign invoices. | 1.80 hrs |
| 09/27/17 | JST | Supervision. FEE APPLICATION - NO CHARGE. Continue working on Blue & Co. invoices for 10th Fee Application. | 0.50 hrs |
| 09/27/17 | JST | Supervision. FEE APPLICATION - NO CHARGE. E-mail to JT regarding Blue & Co. Invoices. | 0.10 hrs |
| 09/27/17 | JST | Supervision. FEE APPLICATION - NO CHARGE. Telephone call from JT re outstanding invoices. | 0.20 hrs |

Bill number 16214 - 00004 - 163817  PAGE 6
United States Securities & Exc

| | | | |
|---|---|---|---|
| **Total fees for this matter** | | | $9,022.50 |

**EXPENSES INCURRED**

| | | |
|---|---|---|
| 08/24/17 | Postage charges | 5.26 |
| 09/30/17 | Copy expense since last invoicing | 17.20 |
| | **Total expenses for this matter** | **$22.46** |

**BILLING SUMMARY**

| | | | |
|---|---|---|---|
| SMITH, JESSICA O. | 30.60 hrs | FLAT FEE /hr | No Charge |
| SMITH, JESSICA O. | 22.00 hrs | 125.00 /hr | $2,750.00 |
| WENDLING, WILLIAM E. | 12.40 hrs | FLAT FEE /hr | No Charge |
| WENDLING, WILLIAM E. | 21.30 hrs | 325.00 /hr | $6,272.50 |
| TOTAL FEES | 86.30 hrs | | $9,022.50 |
| TOTAL EXPENSES | | | $22.46 |
| TOTAL CHARGES FOR THIS BILL | | | $9,044.96 |
| **BALANCE NOW DUE** | | | **$9,044.96** |