US SEC v Veros Partners, Inc., et al
USDC Southern IN, Case No. 1:15-cv-00659-JMS-DJM

**Anne Hensley Poindexter, Altman Poindexter & Wyatt LLC**
**Counsel for Receiver**

# EXHIBIT C

Quarter Period: 07/01/17-09/30/17

Last updated: 10/31/2017
By: js

| Legal Activity | Fees | Expenses | Total Due | Invoice No. | Invoice time period | SEC Receivership - Quarter Period | Note: |
|---|---|---|---|---|---|---|---|
| Asset Analysis & Recovery-001 | $0.00 | $0.00 | $0.00 | | | | To be submitted with Receiver's 2017 3rd quarter (10th) fee app |
| Asset Disposition-002 | $1,892.50 | $1.19 | $1,893.69 | 1860 | | 2017- 3rd quarter | |
| Business Operations-003 | $0.00 | $0.00 | $0.00 | | | | |
| Case Administration-004 | $262.50 | $0.00 | $262.50 | 1861 | | 2017- 3rd quarter | |
| Accounting/Auditing-007 | $0.00 | $0.00 | $0.00 | | | | |
| **Totals:** | **$2,155.00** | **$1.19** | **$2,156.19** | | | | |
| **Total Fees and Expenses:** | | | **$2,156.19** | | | | |



**Altman, Poindexter & Wyatt LLC**

90 Executive Drive, Suite G
Carmel, Indiana 46032
Phone: 317-350-1000
Email: apw@apwlawyer.com
www.apwlawyer.com

**INVOICE**

Invoice # 1860
Date: 10/30/2017
Due Upon Receipt

William E. Wendling, Jr.
Cohen Garelick & Glazier 8888 Keystone Crossing, Suite 800
Indianapolis, IN 46240

# EXHIBIT C-1

## 1605-00248/SEC v. Veros, et al. - Asset Disposition

## SEC v. Veros, et al. - Asset Disposition

| Type | Date | Attorney | Description | Time | Total |
|---|---|---|---|---|---|
| Service | 07/03/2017 | AHP | Private Placement: Receive order, email from and to Doressia re; transfer of funds | 0.30 | $82.50 |
| Service | 07/05/2017 | AHP | Private Placement: Receive and begin review of motion | 0.30 | $82.50 |
| Service | 07/10/2017 | CB-Paralegal | Private Placement: Review email from A. Poindexter; prepare and send correspondence to D. Krebs enclosing flash drives with QuickBooks file and copy of Receiver's electronic file pertaining to Cherry Farms. | 0.40 | $50.00 |
| Expense | 07/10/2017 | CB-Paralegal | Reimbursable expense: Postage | 1.00 | $1.19 |
| Service | 07/11/2017 | AHP | Private Placement: Emails to and from Conway,call from Bill, emails re: same | 0.30 | $82.50 |
| Service | 07/12/2017 | AHP | Private Placement: Receive and respond to emails from Krebs,email to Jessica, receive orders re: distributions to investors and to abandon craft brew | 0.40 | $110.00 |
| Service | 07/13/2017 | AHP | Private Placement: Receive and respond to emails for Cherry counsel, email from Bill | 0.20 | $55.00 |
| Service | 07/13/2017 | CB-Paralegal | Private Placement - Revisions to private placement distribution motion; draft proposed order thereon; email documents to SEC for review. | 1.00 | $125.00 |
| Service | 07/20/2017 | AHP | Private Placement: Receive and review draft letter from Bill, email suggestion | 0.20 | $55.00 |
| Service | 07/21/2017 | AHP | Private Placement: Emails to and from Bill, reply | 0.20 | $55.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 07/24/2017 | AHP | Supervision: Conference with Bill | 0.70 | $192.50 |
| Service | 07/30/2017 | CB-Paralegal | Private Placement: Review email from A. Poindexter; revisions to motion for authority to distribute funds to private placement investors. | 0.50 | $62.50 |
| Service | 07/31/2017 | CB-Paralegal | Private Placements - Additional revisions to motion for authority to distribute funds to private placement investors and proposed order thereon; telephone conference with Receiver's office; finalize motion and proposed order; e-file same. | 0.60 | $75.00 |
| Service | 07/31/2017 | CB-Paralegal | Private Placement: Revisions to Motion to Amend Agreed Order Appointing Receiver and Proposed Order thereon; email to SEC for review and approval. | 0.40 | $50.00 |
| Service | 08/01/2017 | AHP | Private Placement: Conference call with SEC | 0.50 | $137.50 |
| Service | 09/11/2017 | AHP | Private Placement: Revise motion to amend order, conference call with Bill re: outstanding issues and potential disposition | 1.10 | $302.50 |
| Service | 09/12/2017 | CB-Paralegal | Private Placements: Review email from A. Poindexter; email Cherry Farms executed Security Agreement to Krebbs office. | 0.20 | $25.00 |
| Service | 09/12/2017 | CB-Paralegal | Private Placement: revisions to motion to amend agreed order appointing Receiver. | 0.50 | $62.50 |
| Service | 09/13/2017 | AHP | Private Placement: Review and revise draft motions, email to Bill | 0.50 | $137.50 |
| Service | 09/20/2017 | AHP | Supervision: Exchanges with Bill and conference call with court, notes re: same | 0.50 | $137.50 |
| Service | 09/27/2017 | CB-Paralegal | Supervision: email executed Consents of Defendants VFLH, FGC, and PinCap to SEC | 0.10 | $12.50 |

| | | |
|---|---|---|
| | Total | $1,893.69 |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1860 | 10/30/2017 | $1,893.69 | $0.00 | $1,893.69 |
| | | | Outstanding Balance | $1,893.69 |
| | | | Amount in Trust | $0.00 |

| | |
|---|---|
| **Total Amount Outstanding** | **$1,893.69** |

Please make all amounts payable to *Altman, Poindexter & Wyatt LLC*, 75 Executive Drive, Suite G, Carmel, Indiana 46032.

You may also pay your statement by credit card by either contacting our office at 317-350-1000 or online at **www.apwlawyer.com**.

Please include all invoice numbers associated with your payment as an additional reference so we may accurately identify and apply your payment.



**Altman, Poindexter & Wyatt** LLC

90 Executive Drive, Suite G
Carmel, Indiana 46032
Phone: 317-350-1000
Email: apw@apwlawyer.com
www.apwlawyer.com

**INVOICE**

Invoice # 1861
Date: 10/30/2017
Due Upon Receipt

William E. Wendling, Jr.
Cohen Garelick & Glazier 8888 Keystone Crossing, Suite 800
Indianapolis, IN 46240

# EXHIBIT C-2

## 1605-00250/SEC v. Veros, et al. - Case Administration

## SEC v. Veros, et al. - Case Administration

| Type | Date | Attorney | Description | Time | Total |
|---|---|---|---|---|---|
| Service | 07/13/2017 | CB-Paralegal | Supervision: review and revise ninth interim report | 0.20 | $25.00 |
| Service | 07/17/2017 | CB-Paralegal | Supervision: Telephone conferences with Receiver's office regarding fee application. | 0.40 | $0.00 |
| Service | 07/18/2017 | CB-Paralegal | Supervision: Additional work on Ninth Interim Report. | 0.50 | $62.50 |
| Service | 07/30/2017 | CB-Paralegal | Supervision: Review email from A. Poindexter; revisions to Receiver's 9th Interim Report | 0.50 | $62.50 |
| Service | 07/30/2017 | CB-Paralegal | Private Placement: Review email from A. Poindexter; revisions to motion to amend agreed order appointing receiver and proposed order thereon. | 0.30 | $37.50 |
| Service | 07/31/2017 | CB-Paralegal | Supervision: Additional revisions to Ninth Interim Report; telephone conference with Receiver's office; finalize and file report. | 0.60 | $75.00 |
| Service | 08/14/2017 | CB-Paralegal | Supervision: Emails with Receiver's office; draft motion for enlargement of time to file quarterly fee application and proposed order; email to SEC regarding same. (No charge). | 0.50 | $0.00 |
| Service | 08/18/2017 | CB-Paralegal | Supervision - review and revise fee application | 0.10 | $0.00 |
| Service | 08/21/2017 | CB-Paralegal | Supervision: Revisions to fee application. | 2.10 | $0.00 |
| | | | | Total | $262.50 |

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1861 | 10/30/2017 | $262.50 | $0.00 | $262.50 |
| | | | Outstanding Balance | $262.50 |
| | | | Amount in Trust | $0.00 |
| | | | Total Amount Outstanding | $262.50 |

Please make all amounts payable to *Altman, Poindexter & Wyatt LLC*, 75 Executive Drive, Suite G, Carmel, Indiana 46032.

You may also pay your statement by credit card by either contacting our office at 317-350-1000 or online at **www.apwlawyer.com**.

Please include all invoice numbers associated with your payment as an additional reference so we may accurately identify and apply your payment.