US SEC v Veros Partners, Inc., et al

USDC Southern IN, Case No. 1:15-cv-00659-JMS-DJM

Blue & Co., LLC - (with assistance from Aliign, LLC as set forth in engagement letter)

# EXHIBIT D

07/01/2017 - 09/30/2017

Last updated: 10/18/2017

By: js

| Description | Fees Due | Invoice Time Period | Invoice No. | SEC Task No. | SEC Receivership - Quarter Period | Note: | Total Accounting fees this Quarter |
|---|---|---|---|---|---|---|---|
| **Veros Partners Receivership General Consulting** | $360.00 | July/August/September | 10511125 | 14 | 2017-3rd quarter | To be submitted with Receiver's 2017 3rd quarter fee app | |
| Veros Partners Receivership General Consulting | $3,910.00 | | 10508110 | 13/14 | | | |
| Veros PP - FarmGrowCap LLC | $805.50 | | 10511123 | 13/14 | | | |
| Veros PP - FarmGrowCap LLC | $1,950.00 | | 10508109 | 13/14 | | | |
| Veros PP - PinCap LLC | $0.00 | | 10511127 | 14 | | | |
| Veros PP - True Blue Berry Mgmt | $650.00 | | 10511124 | 14 | | | |
| Veros PP - Jennings Design LLC | $780.00 | | 10511126 | 14 | | | |
| | | | | | | *Blue & Co. sub-total:* | $8,455.50 |
| | | | | | | *Expenses sub-total:* | $0.00 |
| | | | | | | *Grant Total - Blue & Co.* | $8,455.50 |
| **Aliign - Veros PP - Blue Crop Group LLC** | $160.00 | July/August/September | 13409876 | 13 | 2017 - 3rd quarter | | |
| Aliign - Veros PP - FarmGrowCap LLC | $574.00 | | 13409878 | 13 | | | |
| Aliign - Veros PP - PinCap LLC | $160.00 | | 13409877 | 13 | | | |
| Aliign - Veros PP Jennings Design | $43.00 | | 13409879 | 13 | | | |
| Total Fees: | $9,392.50 | | | | | *Aliign sub-total:* | $937.00 |
| Total Expenses | $0.00 | | | | | *Aliign expenses sub-total:* | $0.00 |
| **Total Due for Period** | **$9,392.50** | 07/01/2017 - 09/30/2017 | | 7,13,14 | 0 | *Aliign Total fees and expenses:* | $937.00 |

CPAS/ADVISORS

# blue

Veros Partners Receivership General Consulting
Attn Mr. William Wendling, Jr. - Cohen Garelick & Glazier, P.C.
Attn: Mr. Bill Wendling
8888 Keystone Crossing # 800
Indianapolis, IN 46240

| | | |
|---|---|---|
| | **Invoice** | **10511125** |
| **Client No.** 116486 | **Invoice Date**<br>**Due Date** | 9/19/2017<br>10/19/2017 |

Billing for the following services:

Tax compliance matter on Veros engagement, calls with Receiver/SEC on various matters

| | |
|---|---:|
| Total Due for Invoice | 360.00 |
| **Total Due** | **360.00** |

---

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

| Entry Date | Invoiced | Hours | Employee Name | Description |
|---|---|---|---|---|
| 2017-09-05 | 140.00 | 0.5 | Bridgette Mugge | Tax Compliance on veros matters |
| 2017-09-06 | 140.00 | 0.25 | Bridgette Mugge | Tax Compliance on veros matters |
| 2017-09-07 | 140.00 | 0.25 | Bridgette Mugge | Prepare for call with SEC and call with SEC |
| 2017-08-01 | 220.00 | 1 | Paul Roth | Prepare for call with SEC and call with SEC |
| | 640.00 | 2.00 | | |

CPAS/ADVISORS

# blue

Veros Partners Receivership General Consulting
Attn. Mr. William Wendling, Jr. - Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing # 800
Indianapolis, IN 46240

| | | **Invoice** | **10508110** |
|---|---|---|---|
| **Client No.** | 116486 | **Invoice Date**<br>**Due Date** | 7/31/2017<br>8/30/2017 |

Billing for the following services:

Consulting services related to receivership including:
Meetings/Calls with receiver and related parties; bank account analysis relating to tax matters of receivership; assistance in drafting motion re: QSF; bad debt tax implication analysis for receiver

| Total Due for Invoice** | 3,910.00 |
|---|---|

**Reflects 20% discount extended to Receiver

| **Total Due** | **3,910.00** |
|---|---|

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

| Entry Date | Amount | Hours | Employee Name | Description |
|---|---|---|---|---|
| 2017-06-27 | 204.17 | 1.5 | Bridgette Mugge | Discuss Reciever Bank Account Issue with tax team |
| 2017-06-28 | 136.11 | 1 | Bridgette Mugge | Meet with Bill re: Reciever Bank Account |
| 2017-06-29 | 34.03 | 0.25 | Bridgette Mugge | Other tax returns |
| 2017-07-01 | 476.39 | 3.5 | Bridgette Mugge | General Account Analysis (6/30 time) |
| 2017-07-06 | 714.58 | 5.25 | Bridgette Mugge | Meetings and Analysis of General Account |
| 2017-07-06 | 251.01 | 1.1 | Paul Roth | Tax team on receivership acct |
| 2017-07-06 | 273.82 | 1.2 | Paul Roth | Meeting with team and Receiver onchecking acct |
| 2017-07-06 | 273.82 | 1.2 | Paul Roth | Meeting with Receiver |
| 2017-07-06 | 496.41 | 2 | Jerry Hammel | Preparating meeting with team. Meeting with Receiver to discuss true up of receiver expenses with various entities, related tax |
| 2017-07-19 | 45.64 | 0.2 | Paul Roth | Tax team on t/r issues |
| 2017-07-19 | 114.09 | 0.5 | Paul Roth | Prepare for meeting with Receiver on motion |
| 2017-07-19 | 159.73 | 0.7 | Paul Roth | Call with Receiver on motion |
| 2017-07-20 | 68.46 | 0.3 | Paul Roth | Prepare for Risinger meeting on FGC and Pincap |
| 2017-07-20 | 228.19 | 1 | Paul Roth | Meeting with Rissinger, Haab & Receiver on tax return questions |
| 2017-07-20 | 91.27 | 0.4 | Paul Roth | Additional discussion on bad debt timing with tax team and Receiver |
| 2017-07-20 | 45.64 | 0.2 | Paul Roth | Prepare suggested revisions to the order & revise letter to Receiver |
| 2017-07-21 | 159.73 | 0.7 | Paul Roth | Write declaration for court motion and attached memo to assist Receiver |
| 2017-07-24 | 91.27 | 0.4 | Paul Roth | Motion language discussion with team and Receiver |
| 2017-07-25 | 45.64 | 0.2 | Paul Roth | QSF letter |
| | 3,910.00 | 21.60 | | |

CPAS/ADVISORS

**blue**

Veros PP - FarmGrowCap LLC
Attn Mr. William Wendling, Jr.  Cohen Garelick & Glazier, P.C.
Attn: Mr. Bill Wendling
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **10511123** |
|---|---|---|---|
| **Client No.** | 116551 | **Invoice Date**<br>**Due Date** | 9/19/2017<br>10/19/2017 |

Billing for the following services:

FarmGrowCap analysis and tax consulting, calls with Receiver, and distribution analysis

| | |
|---|---:|
| Total Due for Invoice | 1,765.50 |
| **Total Due** | **1,765.50** |
| Less: Risinger Payment | ($960.00) |
| **Balance Due for Invoice** | **$805.50** |

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

| Entry Date | Invoiced | Hours | Employee Name | Description |
|---|---|---|---|---|
| 2017-08-15 | 260.25 | 1 | Jarit Loughmiller | Account reconcile info for specific investor (as requested by Receiver) |
| 2017-08-24 | 260.25 | 1 | Jarit Loughmiller | Accounting billing reconcile for fee application for Receiver (and counsel) |
| 2017-08-29 | 88.09 | 0.399990919 | Paul Roth | Review tax return changes |
| 2017-09-05 | 132.12 | 0.6 | Paul Roth | Phone with Receiver on Risinger letter on bad debt |
| 2017-09-06 | 44.04 | 0.2 | Paul Roth | Discuss Boyer loan w/o in 2016 w/ Receiver |
| 2017-09-07 | 66.07 | 0.300004541 | Paul Roth | Discuss w/ Receiver on write-off of Rose bad debt |
| 2017-09-08 | 110.10 | 0.5 | Paul Roth | Risinger email and memo; phone with Jeff; discuss w/ Receiver |
| 2017-09-12 | 110.11 | 0.5 | Paul Roth | Prepare engagement letter |
| 2017-09-12 | 46.04 | 0.5 | Lori Miller | Engagement Letter |
| 2017-09-13 | 15.35 | 0.166666667 | Lori Miller | Engagement Letter |
| 2017-09-13 | 88.08 | 0.4 | Paul Roth | Review revised tax return |
| 2017-09-13 | 264.26 | 1.199981836 | Paul Roth | Research bad debt |
| 2017-09-12 | 210.21 | 1.5 | Bridgette Mugge | FGC analysis |
| 2017-09-13 | 35.03 | 0.25 | Bridgette Mugge | Special Projects |
| 2017-09-14 | 14.50 | 1 | | courier service |
| 2017-09-01 | 21.00 | 1 | | courier service |

CPAS/ADVISORS

# blue

Veros PP - FarmGrowCap LLC
Attn. Mr. William Wendling, Jr. Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | |
|---|---|---|
| | **Invoice** | **10508109** |
| **Client No.** 116551 | **Invoice Date** | 7/31/2017 |
| | **Due Date** | 8/30/2017 |

Billing for the following services:

Consulting services in connection with FarmGrowCap including: Meeting/calls with Receiver; calculations for FGC distribution #2 and balances; tax consulting related to 1099s, QSF and other FGC tax matters

Total Due for Invoice**                                                                                   1,950.00

** Reflects 20% discount extended to Receiver

**Total Due**                                                                                              **1,950.00**

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

| Entry Date | Amount | Hours | Employee Name | Description |
|---|---|---|---|---|
| 2017-07-06 | 869.78 | 3.5 | Jarit Loughmiller | Meeting w/ tax team/ Receiver |
| 2017-07-13 | 248.51 | 1 | Jarit Loughmiller | Calculation distribution #2 for Receiver (by investor) and balances |
| 2017-07-20 | 102.21 | 0.75 | Bridgette Mugge | Correct Loan Write-off |
| 2017-06-27 | 186.39 | 0.75 | Jerry Hammel | Mtg with tax team to go over questions from our meeting on Monday with Receiver |
| 2017-06-26 | 497.02 | 2 | Jerry Hammel | Mtg with Paul Roth to prepare for meeting and meeting with Receiver to discuss QSF treatment and statement to SEC |
| 2017-06-30 | 23.04 | 0.25 | Brooke Bullard | Entered into new payroll software |
| 2017-07-06 | 23.05 | 0.25 | Brooke Bullard | Entered 1099's into payroll system |
| | 1,950.00 | 8.50 | | |



CPAS/ADVISORS

blue

Veros PP - PinCap LLC
Attn Mr. William Wendling, Jr. - Cohen Garelick & Glazier, P.C.
Attn Mr Bill Wendling
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **10511127** |
|---|---|---|---|
| **Client No.** | 119573 | **Invoice Date**<br>**Due Date** | 9/19/2017<br>10/19/2017 |

Billing for the following services:

Meeting with Receiver / tax compliance prep for Pin Cap LLC return

| | |
|---|---:|
| Total Due for Invoice | 540.00 |
| **Total Due** | **540.00** |
| Less: Risinger Payment | ($540.00) |
| Balance Due for Invoice | $0.00 |

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

| Entry Date | Invoiced | Hours | Employee Name | Description |
|---|---|---|---|---|
| 2017-07-20 | 34.13 | 0.25 | Bridgette Mugge | Tax compliance matters |
| 2017-08-29 | 88.33 | 0.399990943 | Paul Roth | Review tax return changes |
| 2017-09-13 | 44.16 | 0.2 | Paul Roth | Review tax return |
| 2017-07-20 | 373.38 | 1.5 | Jerry Hammel | Preparation time and meeting with Jeff, Matt and Bill Wendling to discuss tax reporting for PinCap and FarmgroCa |
| | 540.00 | 2.35 | | |



CPAS/ADVISORS

Veros PP - True Blue Berry Mgmt LLC 2015 Secured Loans
Attn Mr. William Wendling, Jr. - Cohen Garelick & Glazier, P.C.
Attn: Mr. Bill Wendling
888 Keystone Crossing #800
Indianapolis, IN 46240

| | | Invoice | 10511124 |
|---|---|---|---|
| **Client No.** | 116521 | Invoice Date<br>Due Date | 9/19/2017<br>10/19/2017 |

Billing for the following services:

TBBM loan analysis and consulting requested by Receiver

| Total Due for Invoice | 650.00 |
|---|---|
| **Total Due** | **650.00** |

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

| Entry Date | Invoiced | Hours | Employee Name | Description |
|---|---|---|---|---|
| 2017-08-21 | 195.00 | 0.75 | Jarit Loughmiller | TBBM loan analysis for Receiver |
| 2017-08-24 | 455.00 | 1.75 | Jarit Loughmiller | Distribution analysis for TBBM 2015 Secured |
| | 650.00 | 2.50 | | |



CPAS/ADVISORS

Veros PP - Jennings Design LLC 2015 Secured Loans
Attn Mr. William Wendling, Jr. - Cohen Garelick & Glazier, P.C.
Attn: Mr. Bill Wendling
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | |
|---|---|
| **Invoice** | **10511126** |
| **Invoice Date** | 9/19/2017 |
| **Due Date** | 10/19/2017 |

**Client No.**  116515

---

Billing for the following services

Consulting services in connection with Jennings Design LLC related to loan analysis requested by Receiver

Total Due for Invoice  780.00

**Total Due**  780.00

---

**Remit To:**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007
www.blueandco.com | Email: blue@blueandco.com

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**

| Entry Date | Invoiced | Hours | Employee Name | Description |
|---|---|---|---|---|
| 2017-08-21 | 260.00 | 0.75 | Jarit Loughmiller | Jennings loan analysis for Receiver |
| 2017-08-22 | 260.00 | 1.25 | Jarit Loughmiller | Call w/ Receiver / Jennings proposed distribution analysis |
| 2017-08-23 | 260.00 | 1 | Jarit Loughmiller | Jennings interst calculation for Receiver |
| | 780.00 | 3.00 | | |



Where accounting expertise meets small business needs

Veros PP - FarmGrowCap LLC
Attn Mr. William Wendling, Jr. Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | |
|---|---|---|
| | **Invoice** | **13409878** |
| | Invoice Date | 9/5/2017 |
| **Client No.** 116590 | Due Date | 10/5/2017 |

| | |
|---|---:|
| Billing for services rendered July 1, 2017 through August 31, 2017 related to the above entity as requested by Mr. William E. Wendling Jr. (Receiver) including: | |
| Forensic Accounting: Nicole Paredes-Palma: 8/4/17: Entry of accounting activity and appropriate reconciliations for the months of April - June 2017 (2.5 hours) | 326.00 |
| Forensic Accounting: Nicole Paredes-Palma: 08/07/17: Entry of accounting activity and appropriate reconciliations for the months of April - June 2017 (1.0 hours) | 131.00 |
| Forensic Accounting: Nicole Paredes-Palma: 08/17/17: Entry of accounting activity and appropriate reconciliations for the months of April - June 2017 (.5 hours) | 65.00 |
| Forensic Accounting: Joell Grisel: 08/21/17: Review of accounting entries in QuickBooks (.25hours)<br>Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr. | 52.00 |
| **Total Due** | **574.00** |

**AR AGING**

| BALANCE 9/5/2017 | AFTER 9/5/2017 | AFTER 9/5/2017 | AFTER 8/5/2017 | AFTER 7/5/2017 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 161.01 | 2.38 | 158.63 | 0.00 | 0.00 | 0.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



Where accounting expertise meets small business needs

Veros PP - Blue Crop Group LLC  
Attn Mr. William Wendling, Jr. Cohen Garelick & Glazier, P.C.  
8888 Keystone Crossing #800  
Indianapolis, IN 46240

| | Invoice | 13409876 |
|---|---|---|
| **Client No.** 116573 | **Invoice Date**<br>**Due Date** | 9/5/2017<br>10/5/2017 |

| | |
|---|---:|
| Billing for services rendered July 1, 2017 through August 31, 2017 related to the above entity as requested by Mr. William E. Wendling Jr. (Receiver) including: | |
| Forensic Accounting: Nicole Paredes-Palma: 08/04/17: Entry of accounting activity and appropriate reconciliations for the months of May - June 2017 (.83 hours) | 108.00 |
| Forensic Accounting: Joell Grisel: 08/24/17: Review of accounting entries in QuickBooks (.25 hours)<br>Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr. | 52.00 |
| **Total Due** | **160.00** |

**AR AGING**

| BALANCE 9/5/2017 | AFTER 9/5/2017 | AFTER 9/5/2017 | AFTER 8/5/2017 | AFTER 7/5/2017 | EARLIER | CURRENCY |
|---|---|---|---|---|---|---|
| 363.12 | 5.37 | 357.75 | 0.00 | 0.00 | 0.00 | USD |

**Remit To:**  
Aliign, LLC  
12800 N. Meridian St.  
STE 400  
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



Where accounting expertise meets small business needs

Veros PP - PinCap LLC
Attn Mr. William Wendling, Jr. - Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

| | | **Invoice** | **13409877** |
|---|---|---|---|
| | | Invoice Date | 9/5/2017 |
| **Client No.** | 116620 | Due Date | 10/5/2017 |

| | |
|---|---:|
| Billing for services rendered July 1, 2017 through August 31, 2017 related to the above entity as requested by Mr. William E. Wendling Jr. (Receiver) including: | |
| Forensic Accounting: Nicole Paredes-Palma: 08/04/17: Entry of accounting activity and appropriate reconciliations for the months of April - June 2017 (.50 hours) | 65.00 |
| Forensic Accounting: Nicole Paredes-Palma: 08/17/17: Entry of accounting activity and appropriate reconciliations for the months of April - June 2017 (.33 hours) | 43.00 |
| Forensic Accounting: Joell Grisel: 08/21/17: Review of accounting entries in QuickBooks (.25 hours) | 52.00 |
| Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr. | |
| **Total Due** | **160.00** |

**CUSTOMER STATEMENT**

| ENTRY DATE | DUE DATE | TRANSACTION NO. | TEXT | AMOUNT | REMAINDER | CURRENCY |
|---|---|---|---|---:|---:|---|
| 7/10/2017 | 8/9/2017 | 13409535 | Customer Invoice | 104.63 | 104.63 | USD |
| 8/31/2017 | 9/30/2017 | 13382186 | Interest Charge | 1.57 | 1.57 | USD |
| **TOTAL** | | | | 106.20 | 106.20 | USD |

**AR AGING**

| BALANCE 9/5/2017 | AFTER 9/5/2017 | AFTER 9/5/2017 | AFTER 8/5/2017 | AFTER 7/5/2017 | EARLIER | CURRENCY |
|---:|---:|---:|---:|---:|---:|---|
| 106.20 | 1.57 | 104.63 | 0.00 | 0.00 | 0.00 | USD |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**



Where accounting expertise meets small business needs

Veros PP - Jennings Design 2015 Secured Loans
Attn Mr. William Wendling, Jr.  Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing #800
Indianapolis, IN 46240

|  | Invoice | 13409879 |
|---|---|---|
| Client No.     116577 | Invoice Date<br>Due Date | 9/5/2017<br>10/5/2017 |

Billing for services rendered July 1, 2017 through August 31, 2017 related to the above entity as requested by Mr. William E. Wendling Jr. (Receiver) including:

Forensic Accounting: Nicole Paredes-Palma: 08/04/17: Entry of accounting activity and appropriate reconciliations for the months of April - June 2017 (.33 hours)     43.00
Reflects a 10% discount for services rendered as set forth in Blue & Co LLC engagement letter with Mr. William E. Wendling Jr.

**Total Due**     **43.00**

**CUSTOMER STATEMENT**

| ENTRY DATE | DUE DATE | TRANSACTION NO. | TEXT | AMOUNT | REMAINDER | CURRENCY |
|---|---|---|---|---|---|---|
| 7/10/2017 | 8/9/2017 | 13409532 | Customer Invoice | 86.27 | 86.27 | USD |
| 8/31/2017 | 9/30/2017 | 13382183 | Interest Charge | 1.29 | 1.29 | USD |
| **TOTAL** |  |  |  | **87.56** | **87.56** | **USD** |

**Remit To:**
Aliign, LLC
12800 N. Meridian St.
STE 400
Carmel, IN 46032

**After 30 days of invoice date, a late charge of 1.5% per month will be added (minimum late charge $1.00).**