US SEC v Veros Partners, Inc., et al

USDC Southern IN, Case No. 1:15-cv-00659-JMS-DJM

**David R. Krebs, Hester Baker Krebs**
*Bankruptcy Counsel for Receiver*
Per Order dated 9/14/16 - Doc. No. 275

**EXHIBIT E**

Quarter Period: 07/01/2017 - 09/30/2017

Last Updated: 10/18/2017
By: js

| Description | Fees | Expenses | Total Due | Invoice No. | Invoice time period | SEC Receivership - Quarter Period |
|---|---|---|---|---|---|---|
| | | | | | | To be submitted with Receiver's 2017 3rd quarter fee app |
| RJW Williams Farms | $1,197.50 | $400.00 | $1,597.50 | 2046 | 6/30/2017 | |
| RJW Williams Farms | $130.00 | $0.00 | $130.00 | 2294 | 8/31/2017 | |
| RJW Williams Farms | $162.50 | $140.00 | $302.50 | 2402 | 9/30/2017 | |
| **Totals:** | **$1,490.00** | **$540.00** | **$2,030.00** | | | |

**Total Fees and Expenses:** $2,030.00

**RJW Williams Farms** Legal Activity: Asset Analysis and Recovery (Collections)



One Indiana Square, Suite 1600
Indianapolis, IN 46204
317-833-3030

07-05-2017

**William E. Wendling, Jr.**
Veros - Cherry Farms
Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing Blvd., Suite 800
Indianapolis, IN 46240-4636

**Invoice Number: 2046**
Invoice Period: 06-09-2017 - 06-30-2017

RE: RJW Williams Farms, Inc. Bankruptcy

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06-09-2017 | DRK | Review file re drafting complaint vs guarantors | 0.500 | 325.00 | 162.50 |
| 06-12-2017 | DJA | Draft Complaint against James and Robert Williams. | 1.000 | 125.00 | 125.00 |
| 06-13-2017 | DRK | Telephone conference Tagge re FFB foreclosure filing/acceptance of service | 0.200 | 325.00 | 65.00 |
| 06-15-2017 | DRK | Review FFBT foreclosure/request for receiver; e-mail Poindexter/Wendling re foreclosure; research priorities/effect of lis pendens notice | 1.000 | 325.00 | 325.00 |
| 06-21-2017 | DRK | Review/revise complaint vs guarantors; research compulsory counterclaim in FFBT's foreclosure/option to sue guarantors directly | 1.000 | 325.00 | 325.00 |
| 06-27-2017 | DRK | E-mail exchange Wendling re balance owed for complaint vs guarantors; revise/review complaint for filing | 0.300 | 325.00 | 97.50 |
| 06-30-2017 | DRK | Review/research service issues; sign and return consent to magistrate form | 0.300 | 325.00 | 97.50 |
| | | | | **Total Fees** | **1,197.50** |

## Time Summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| DJA | 1.000 | 125.00 | 125.00 |

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| DRK | 3.300 | 325.00 | 1,072.50 |
| | | Total Fees | 1,197.50 |

## Expenses

| Date | Professional | Expense | Qty | Amount |
|---|---|---|---|---|
| 06-29-2017 | DJA | E115 - Filing Fee | 1 | 400.00 |
| | | E115 - Filing Fee - District Court case against James & Robert Williams | | |
| | | Total Expenses | | 400.00 |

## Expense Summary

| Expense | Qty | Amount |
|---|---|---|
| E115 - Filing Fee | 1 | 400.00 |
| Total Expenses | | 400.00 |
| Total for this Invoice | | 1,597.50 |
| Total Balance Due for Matter | | 6,165.00 |

# Matter Statement of Account

As Of 07-14-2017

| Matter | Invoices / Credits | Trust | Balance Due |
|---|---|---|---|
| RJW Williams Farms, Inc. Bankruptcy | 6,165.00 | | 6,165.00 |
| | **Total Balance Due for Matter** | | **6,165.00** |

## RJW Williams Farms, Inc. Bankruptcy

### Transactions

| Date | Transaction | Applied | Invoice | Amount |
|---|---|---|---|---|
| 06-01-2017 | Previous Balance | | | 4,567.50 |
| 07-05-2017 | Invoice 2046 | | | 1,597.50 |
| | | | **Balance** | **6,165.00** |

### Open Invoices and Credits

| Date | Transaction | Amount | Applied | Balance |
|---|---|---|---|---|
| 02-01-2017 | Invoice 1365 | 1,382.50 | | 1,382.50 |
| 03-01-2017 | Invoice 1433 | 1,527.50 | | 1,527.50 |
| 04-05-2017 | Invoice 1539 | 162.50 | | 162.50 |
| 05-04-2017 | Invoice 1704 | 1,235.00 | | 1,235.00 |
| 06-01-2017 | Invoice 1784 | 260.00 | | 260.00 |
| 07-05-2017 | Invoice 2046 | 1,597.50 | | 1,597.50 |
| | | | **Balance** | **6,165.00** |



## HESTER BAKER KREBS
LLC

One Indiana Square, Suite 1600
Indianapolis, IN 46204
317-833-3030

09-07-2017

**William E. Wendling, Jr.**
Veros - Cherry Farms
Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing Blvd., Suite 800
Indianapolis, IN 46240-4636

**Invoice Number: 2294**
Invoice Period: 08-11-2017 - 08-31-2017

**RE: RJW Williams Farms, Inc. Bankruptcy**

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08-11-2017 | DRK | Telephone conference Tagge re liquidation of RJW assets | 0.200 | 325.00 | 65.00 |
| 08-17-2017 | DRK | Telephone conference Tagge re potential voluntary liquidation by Williams | 0.200 | 325.00 | 65.00 |
| | | | | Total Fees | 130.00 |

## Time Summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| DRK | 0.400 | 325.00 | 130.00 |
| | | Total Fees | 130.00 |

Total for this Invoice    130.00
**Total Balance Due for Matter**    3,872.50

This invoice is due upon receipt. Please make your check payable to Hester Baker Krebs LLC and include your invoice number when making your payment. Thank you for your business!

Page 1 of 2

# Matter Statement of Account
## As Of 09-15-2017

| Matter | Invoices / Credits | Trust | Balance Due |
|---|---:|---:|---:|
| RJW Williams Farms, Inc. Bankruptcy | 3,872.50 | | 3,872.50 |
| **Total Balance Due for Matter** | | | **3,872.50** |

### RJW Williams Farms, Inc. Bankruptcy

**Transactions**

| Date | Transaction | Applied | Invoice | Amount |
|---|---|---|---|---:|
| 08-03-2017 | Previous Balance | | | 3,742.50 |
| 09-07-2017 | Invoice 2294 | | | 130.00 |
| | | | **Balance** | **3,872.50** |

**Open Invoices and Credits**

| Date | Transaction | Amount | Applied | Balance |
|---|---|---:|---|---:|
| 05-04-2017 | Invoice 1704 | 1,235.00 | | 1,235.00 |
| 06-01-2017 | Invoice 1784 | 260.00 | | 260.00 |
| 07-05-2017 | Invoice 2046 | 1,597.50 | | 1,597.50 |
| 08-03-2017 | Invoice 2161 | 650.00 | | 650.00 |
| 09-07-2017 | Invoice 2294 | 130.00 | | 130.00 |
| | | | **Balance** | **3,872.50** |



## HESTER BAKER KREBS
LLC

One Indiana Square, Suite 1600
Indianapolis, IN 46204
317-833-3030

10-02-2017

**William E. Wendling, Jr.**
Veros - Cherry Farms
Cohen Garelick & Glazier, P.C.
8888 Keystone Crossing Blvd., Suite 800
Indianapolis, IN 46240-4636

Invoice Number: 2402
Invoice Period: 09-14-2017 - 09-30-2017

**RE: RJW Williams Farms, Inc. Bankruptcy**

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09-14-2017 | DRK | Telephone conference Tagge re FFBT foreclosure action issues | 0.200 | 325.00 | 65.00 |
| 09-26-2017 | DRK | Review file re default status; telephone conference Cox re status/options/informal extension of time to respond | 0.300 | 325.00 | 97.50 |
| | | | | Total Fees | 162.50 |

## Time Summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| DRK | 0.500 | 325.00 | 162.50 |
| | | Total Fees | 162.50 |

## Expenses

| Date | Professional | Expense | Qty | Amount |
|---|---|---|---|---|
| 09-27-2017 | TAH | E135 - Service Fee | 0 | 140.00 |
| | | Private process service - Clutter Investigations Inc. dba Courthouse Courier | | |
| | | | Total Expenses | 140.00 |

## Expense Summary

This invoice is due upon receipt. Please make your check payable to Hester Baker Krebs LLC and include your invoice number when making your payment. Thank you for your business!

Page 1 of 3

| Expense | Qty | Amount |
|---|---|---|
| E135 - Service Fee | 0 | 140.00 |
| Total Expenses | | 140.00 |
| Total for this Invoice | | 302.50 |
| Total Balance Due for Matter | | 1,482.50 |

# Matter Statement of Account

As Of 10-04-2017

| Matter | Invoices / Credits | Trust | Balance Due |
|---|---|---|---|
| RJW Williams Farms, Inc. Bankruptcy | 1,482.50 | | 1,482.50 |
| | **Total Balance Due for Matter** | | **1,482.50** |

## RJW Williams Farms, Inc. Bankruptcy

### Transactions

| Date | Transaction | Applied | Invoice | Amount |
|---|---|---|---|---|
| 09-07-2017 | Previous Balance | | | 3,872.50 |
| 09-26-2017 | Payment Received - Reference 1237 | | | (2,692.50) |
| 09-26-2017 | Payment Applied | 1,235.00 | 1704 | |
| 09-26-2017 | Payment Applied | 260.00 | 1784 | |
| 09-26-2017 | Payment Applied | 1,197.50 | 2046 | |
| 10-02-2017 | Invoice 2402 | | | 302.50 |
| | | | **Balance** | **1,482.50** |

### Open Invoices and Credits

| Date | Transaction | Amount | Applied | Balance |
|---|---|---|---|---|
| 07-05-2017 | Invoice 2046 | 1,597.50 | (1,197.50) | 400.00 |
| 08-03-2017 | Invoice 2161 | 650.00 | | 650.00 |
| 09-07-2017 | Invoice 2294 | 130.00 | | 130.00 |
| 10-02-2017 | Invoice 2402 | 302.50 | | 302.50 |
| | | | **Balance** | **1,482.50** |