US SEC v Veros Partners, Inc., et al

USDC Southern IN, Case No. 1:15-cv-00659-JMS-DJM

**Jeffrey D. Richardson, Richardson & Erickson**
**Illinois Counsel for Receiver**

**EXHIBIT F**

Quarter Period: 07/01/2017 - 09/30/2017

Last Updated: 9/26/2017
By: js

| Description | Fees | Expenses | Total Due | Invoice time period | SEC Receivership - Quarter Period |
|---|---|---|---|---|---|
| | | | | | To be submitted with Receiver's 2017 3rd quarter fee app |
| RJW Williams Farms | $82.50 | $0.00 | $82.50 | 7/31/2017 | |
| RJW Williams Farms | $27.50 | $0.00 | $27.50 | 8/31/2017 | |
| **Totals:** | **$110.00** | **$0.00** | **$110.00** | | |

**Total Fees and Expenses:** $110.00

**RJW Williams Farms** Legal Activity: Asset Analysis and Recovery (Collections)

# RICHARDSON & ERICKSON

Attorneys at Law
132 S. WATER STREET, SUITE 444
DECATUR, IL 62523

July 31, 2017

Veros Partners
c/o Mr. William E. Wendling, Jr.,
Cohen. Garelick & Glazier, P.C.
888 Keystone Crossing Blvd., Suite 800
Indianapolis IN 46240-4636

Professional Services

|  |  | Amount |
|---|---|---:|
| 6/24/2017 | JDR | 82.50 |
|  | Letter to Bill Wendling re: First Security Bank's Motion for Relief. |  |
|  | For professional services rendered | $82.50 |
|  | Previous balance | $1,752.50 |
|  | Balance due | $1,835.00 |

# RICHARDSON & ERICKSON

Attorneys at Law
132 S. WATER STREET, SUITE 444
DECATUR, IL 62523

July 31, 2017

Veros Partners
c/o Mr. William E. Wendling, Jr.,
Cohen. Garelick & Glazier, P.C.
888 Keystone Crossing Blvd., Suite 800
Indianapolis IN 46240-4636

|  | Amount |
|---|---|
| Previous balance | $1,752.50 |
| Balance due | $1,752.50 |

# RICHARDSON & ERICKSON

Attorneys at Law
132 S. WATER STREET, SUITE 444
DECATUR, IL 62526

August 31, 2017

Veros Partners
c/o Mr. William E. Wendling, Jr.,
Cohen. Garelick & Glazier, P.C.
888 Keystone Crossing Blvd., Suite 800
Indianapolis IN 46240-4636

Professional Services

|  |  | Amount |
|---|---|---|
| 8/31/2017 JDR | Review 8 page motion filed by Pistorius Farms. | 27.50 |
| | For professional services rendered | $27.50 |
| | Previous balance | $1,835.00 |
| | Balance due | $1,862.50 |