# PIN FINANCIAL LLC
MEMBER FINRA AND SIPC

850 Third Avenue, Suite 16C
New York City, NY 10022
Phone 212-994-9868

**INVOICE**

**DATE:** July 20, 2015

**Bill To:**
Wade Hardes
Hardes Partnership
18461 355th Avenue
Miller, SD 57362

| DESCRIPTION | AMOUNT |
|---|---|
| Financial Advisory Fee ($7,750,000 x 4%) | $310,000.00 |
| Credit for Due Diligence Fee Paid by Hardes to PIN Financial | ($20,000.00) |
| Reimbursement for Hardes' Initial Expense Deposit paid by PIN Financial to Sandton | $20,000.00 |
| **TOTAL** | **$ 310,000.00** |

Payment is due at close and should be wired to the following account by 4PM EST the day of close.

Bank: National Bank of Indianapolis
Routing #: 074006674
Account #         )57
Account Name: PIN Financial General Receiver Account

**THANK YOU FOR YOUR BUSINESS!**

