UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>vs.<br><br>VEROS FARM LOAN HOLDING LLC, TOBIN J. SENEFELD, FARMGROWCAP LLC, PINCAP LLC, and PIN FINANCIAL LLC,<br><br>       Defendants. | No. 1:15-cv-00659-JMS-MJD |

**FINAL JUDGMENT AS TO TOBIN J. SENEFELD**

The Court incorporates by reference its October 11, 2017 Judgment as to Defendant Tobin J. Senefeld and, pursuant to Fed. R. Civ. P. 54(b) and the Court's Order entered this day, enters **FINAL JUDGMENT** against Mr. Senefeld and in favor of Plaintiff United States Securities and Exchange Commission in the amount of $698,818.29 in disgorgement, $94,538.36 in prejudgment interest, and a civil penalty of $50,000.

Date: 2/6/2018

_____
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk
BY: _____
Deputy Clerk, U.S. District Court

**Distribution via ECF only to all counsel of record**